(Rev. 03/07)

DEFENDANT:  Michael Destry Williams

YOB:  1964

ADDRESS:  Unknown

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:  Counts 1-3
    Tax Evasion
    26 U.S.C. §7201

LOCATION OF OFFENSE (COUNTY/STATE): Pueblo County, Colorado and elsewhere

PENALTY:  Per Count, NMT 5 years imprisonment; $250,000 fine, or both; together with costs of prosecution; $100 Special Assessment.

AGENTS:

David Topolewski, Special Agent
Internal Revenue Service, Criminal Investigation Division
Colorado Springs, CO

Klaton Knabb, Special Agent
Treasury Inspector General for Tax Administration

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    _____ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:  _____ Yes  __X__ No