IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.**

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

1.   MICHAEL DESTRY WILLIAMS,
     a/k/a "Will Williams,"

       Defendant.

2012 MAR 22 AM 9:19

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

**RESTRICTED**

---

## ORDER

---

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Indictment and Arrest Warrant in the above-named matter, as well as the Motion to Restrict filed by the Government herein, are restricted at Level 3 until the arrest of the defendant.

DATED this 22nd day of March, 2012.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO