## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**     303-844-2527
  Judge

March 23, 2012

### MEMORANDUM

TO:     Greg Langham, Clerk

FROM:     Judge Babcock     s/LTB

RE:     Criminal Action No. 12-cr-00140-LTB   *SEALED*
         USA v. Williams

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp