IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**Jul 26, 2012**

GREGORY C. LANGHAM, CLERK

**Criminal Case No.**

**UNITED STATES OF AMERICA**

       **Plaintiff,**

                              **RESTRICTED**

v.

1.    **MICHAEL DESTRY WILLIAMS,**
      a/k/a "Will Williams,"

       **Defendant.**

___

**ORDER**

___

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Superseding Indictment and Arrest Warrant in the above-named matter, as well as the Motion to Restrict filed by the Government herein, are restricted at Level 3 until the arrest of the defendant.

DATED this 26th day of July, 2012.

BY THE COURT:

[signature]

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO