DEFENDANT:           Michael Destry Williams

YOB:                 1964
ADDRESS:             Unknown

COMPLAINT FILED?      _____  YES    X      NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____  YES    X      NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   Counts 1-3
           Tax Evasion
           26 U.S.C. §7201

           Count 4
           Structuring Transactions to Evade Reporting Requirements
           31 U.S.C. 5324(a)(3)

           Counts 5-6
           Bank Fraud
           18 U.S.C. §1344

           Counts 7-9
           Fictitious Obligations
           18 U.S.C. §514

           Count 10
           Interference with administration of internal revenue laws
           26 U.S.C. §7212(a)

LOCATION OF OFFENSE (COUNTY/STATE): Pueblo County, Colorado and elsewhere

PENALTY:   Counts 1-3
           Per Count, NMT 5 years imprisonment; $250,000 fine, or both; together with costs of prosecution; $100 Special Assessment.

           Count 4
           NMT 5 years imprisonment; $250,000 fine, or both; $100 Special Assessment

           Counts 5-6
           Per Count, NMT 30 years imprisonment; $1,000,000 fine, or both;
           $100 Special Assessment. Restitution.

           Counts 7-9
           Per Count, NMT 25 years imprisonment; $1,000,000 fine, or both;
           NMT 5 years supervised release; $100 Special Assessment. Restitution.

           Count 10
           NMT 3 years imprisonment; $250,000 fine, or both; $100 Special Assessment

AGENTS:

David Topolewski, Special Agent

Internal Revenue Service, Criminal Investigation Division
Colorado Springs, CO

Klaton Knabb, Special Agent
Treasury Inspector General for Tax Administration

<u>AUTHORIZED BY</u>:

Kenneth M. Harmon
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_\_ five days or less      \_\_\_\_\_ over five days      \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

  X    will seek detention in this case      \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:         \_\_\_\_\_ Yes      X        No