IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  12-cr-00140-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
      a.k.a. Will Williams,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

     The Office of the Federal Public Defender, by and through undersigned counsel,

hereby enters its appearance in the above-captioned case.

                               Respectfully submitted,

                               WARREN R. WILLIAMSON
                               Federal Public Defender, Interim

                               s/ Robert W. Pepin_____
                               ROBERT W. PEPIN
                               Assistant Federal Public Defender
                               633 - 17th Street, Suite 1000
                               Denver, Colorado  80202
                               Telephone:  (303) 294-7002
                               FAX:  (303) 294-1192
                               robert_pepin@fd.org
                               Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ken Harmon, Assistant United States Attorney
　　　Kenneth.Harmon@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Michael D. Williams     *(via U.S. mail)*
Reg. No. 39714-013
Denver Contract Detention Facility
c/o GEO
3130 North Oakland Street
Aurora, CO 80010


　　　　　　　　　　　　s/ Robert W. Pepin
　　　　　　　　　　　　ROBERT W. PEPIN
　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　633 - 17th Street, Suite 1000
　　　　　　　　　　　　Denver, Colorado  80202
　　　　　　　　　　　　Telephone:  (303) 294-7002
　　　　　　　　　　　　FAX:  (303) 294-1192
　　　　　　　　　　　　robert_pepin@fd.org
　　　　　　　　　　　　Attorney for Defendant

2