UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    **MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby enters her appearance as court-appointed counsel for defendant Michael Destry Williams in the above-captioned action.

Dated:  July 3, 2013                MARTHA H. ESKESEN, P.C.

                                              s/ Martha H. Eskesen
                                              Martha H. Eskesen
                                              6200 South Syracuse Way, Suite 125
                                              Greenwood Village, CO 80111
                                              Telephone:   (303) 874-5160
                                              Facsimile:   (303) 573-4921
                                              Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 3, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams          (via hand-delivery)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
6200 South Syracuse Way, Suite 125
Greenwood Village, CO 80111
Telephone:   (303) 874-5160
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

2