UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.     **MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE
PURSUANT TO D.C.COLO.LCRr 49.3**

_____

     Please take notice that, **effective July 15, 2013,** the law firm of Martha H. Eskesen, P.C. will have the following new address and telephone:

Martha H. Eskesen, P.C.
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:  (303) 486-6938
Facsimile:  (303) 573-4921
E-mail:  meskesen@eskesenlaw.com

The facsimile and e-mail will not change.  Please update your records to reflect the new address and telephone.

Dated: July 10, 2013									MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com
*Advisory Counsel*

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 10, 2013, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE PURSUANT TO D.C.COLO.LCRr 49.3** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams		(via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

2