FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUL 15 PM 12:44

JEFF... ...WELL

BY_____ DEP. CLK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL DESTRY WILLIAMS,

    Defendant

and

Third Party Complainant,
Michael-destry Family of Williams and
The Executor of the Trust known as
MICHAEL DESTRY WILLIAMS,

vs.

THE INTERNAL REVENUE SERVICE,
  David Topolewski, Special Agent,
THE UNITD STATES TREASURY,
  Klaton Knabb, Special Agent,
THE UNITED STATES DISTRICT COURT FOR
  THE DISTRICT OF COLORADO, Petty Offense
Court, Honorable Judge Christine M. Arguello,
THE UNITED STATES ATTORNEY, Kenneth Harmon
  And John Walsh,

DEMANDING TRANSFER AND
INVOKING ARTICLE III COMMON LAW
COURT OF COMPETENT
JURISDICTION

---

    Now cometh the living man, Michael-destry Family of Williams, a citizen of

<u>Colorado</u> and <u>The United States of America</u>.

Thus being denied access to an Article III Common Law Court by a petty offense court of the United States District Court of the District of Colorado. Thus the beneficiary and the living man being held, kidnapped without our consent.

Request emergency transfer or asylum within the jurisdiction of the United States District Court for the District of Colorado, Article III Common Law Court with a judge of competent jurisdiction.

To demand a show cause hearing of all corporate and or entities under or acting in color of law to prove and/or provide personam or subject matter jurisdiction or contractual obligation or a lawful arraignment that has been denied.

By: *Michael-destry : executor*
Michael-destry executor
On behalf of Trust known as
MICHAEL DESTRY WILLIAMS
And the beneficiary Michael –destry
And on behalf of the living man
Michael-destry Family of Williams
And American National/citizens
Of The United States of America (sic)

2