IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-LTB

UNITED STATES OF AMERICA

   Plaintiff,

v.

1. MICHAEL DESTRY WILLIAMS,
   a/k/a "Will Williams,"

   Defendant.

```
                FILED
           U.S. DISTRICT COURT
          DISTRICT OF COLORADO

          2013 JUL 15  PM 12: 44

          JEFFREY P. COLWELL
                 CLERK

          BY_____ DEP. CLK
```

---

SUPERSEDING INDICTMENT
18 U.S.C. §514
18 U.S.C. §1344
26 U.S.C. §7201
26 U.S.C. §7202(a)
31 U.S.C. §5324(a)(3), (d)
18 U.S.C. §2

---

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times material to this indictment:

1.  The defendant, MICHAEL DESTRY WILLIAMS, was a resident of Pueblo and Pueblo County, Colorado.

2.  Defendant WILLIAMS was self-employed as a general contractor focusing primarily on residential construction projects, including roofing, remodeling and the repair and restoration of residential structures sustaining fire and water related damage.

1

---

Handwritten annotations surrounding the document:

"Notice; From the office of Executor Ultimus known as MICHAEL DESTRY WILLIAMS"

"Arrest Warrant — Arrest, seize ties, funds, & Entities & parties & ties"

"I C executed hereby. I Claim all Stocks, Bonds, Assets & AU Corporations relating to this Commercial presentment acting as Officers, Intervenors, by this Co — settled by a Article III Law until this dispute is Court of Law"

"Michael-destry known as MICHAEL DESTRY WILLIAMS Executor of Michael-destry Michael destry Williams Family of Living Man & The United States"

"A Beneficiary Trustee on behalf of Living Man doc-citizen & on behalf of Colorado doc-citizen of America"