From the office of the executor of  
the trust MICHAEL DESTRY WILLIAMS

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

14th of July, 2013

2013 JUL 15 PM 12:44

JEFFREY P. COLWELL
CLERK

To the United States District Court for  
The District of Colorado  
Honorable Judge Christine M. Arguello/Acting Trustee  
901 19th Street  
Denver, Colorado 80294

BY_____ C.M. DEP. CLK

12-Cr-00140-CMA

As I (the executor and the beneficiary being held as surety) am a permanently disabled American and have mercury poison and infection in my chest to my head, I am under the weather as they say, this is why I am having trouble talking in your court and understanding.

I have come to the conclusion you have not been informed by your agents United States Marshals Service that I am the beneficiary moved into the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS in written notice form on 26 June 2013.

When the United States Marshals, were without my consent, demanding my fingerprints and photos, their documents were arrested by the Executor claiming all bonds, stocks, securities, assets of any entity acting under or in color of law as third party intervenors of this commercial presentment without personam or subject matter jurisdiction or contractual obligation.

Please note that at the time the beneficiary was apprehended by the U.S. Marshals and the Pueblo Sheriff's Department failed to present a warrant of competent jurisdiction to himand refused to provide their letters of acceptance, certified copies of their bond, and certified copies of their oaths.

I direct an in camera meeting to resolve the misunderstanding and to allow any and all public servants to come back in Honor and reclaim their bonds if they so choose and all are still fired.

Failure to comply all stocks, bonds, securities, assets, currency is hereby arrested, seized and claimed of all corporations and or entities and their officers acting in or under color of law until the trust and beneficiary are made whole and/or brought before an article III common law court with a judge of competent jurisdiction.

By: *Michael-destry Executor*  
Michael-destry executor  
On behalf of Trust known as  
MICHAEL DESTRY WILLIAMS  
And the beneficiary Michael –destry  
And on behalf of the living man  
Michael-destry Family of Williams  
And American National/citizens  
Of The United States of America (sic)