IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-000140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

    Defendant.

---

GOVERNMENT'S MOTION TO DISCLOSE
GRAND JURY MATERIAL TO DEFENDANT

---

    The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the Government to disclose grand jury testimony and exhibits, as well as other materials obtained through the grand jury, to the Defendant and to his advisory and standby counsel, as well as any attorney who may come to represent him in this case, as part of discovery in this case, on the terms and conditions outlined below.

    AS GROUNDS for this motion, the Government states as follows:

    1.    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

    2.    The Government wishes to provide discovery to the Defendant, but some of the documents are grand jury transcripts and exhibits or may be materials reflecting matters occurring before the grand jury.

3.	Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.	The pending case against the Defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The Government wishes to provide this discovery, but can only do so with the Court's approval.

5.	Since these proceedings (and the related transcripts and exhibits) remain secret, see Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the Defendant and to his advisory and standby counsel, and any attorney who may come to represent him in this case; that such transcripts, exhibits and other grand jury material be maintained in the custody of the advisory or standby counsel, or any successor defense attorney; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.[1]

WHEREFORE, the Government  prays that the Court authorize the disclosure of grand jury  testimony,  exhibits and other materials to Defendant and to those who become his attorney

---

[1]	Undersigned counsel has exchanged emails with defendant Williams's standby and advisory counsel, Martha H. Eskesen, Esq., concerning the general subject of production of discovery materials to the defense in this case.  In these email communications, Ms. Eskesen has taken the position that discovery and other materials in the case should be sent directly to the defendant rather than through her and that all communication with the defendant must be directly with the defendant and not through her as an intermediary.

Accordingly, defendant's standby and advisory counsel objects to that portion of this motion that seeks to entrusts to counsel custody of the grand jury materials that are being produced to the defense as discovery in this case.

in this case, and to his standby and advisory counsel, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 16th day of July 2013.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>by: s/ Kenneth M. Harmon
>KENNETH M. HARMON
>Assistant United States Attorney
>U.S. Attorney's Office
>1225 Seventeenth Street, Suite 700
>Denver, Colorado 80202
>Tel. No. (303) 454-0100
>Fax No. (303) 454-0402
>E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Martha H. Eskesen, P.C.
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone: (303) 486-6938
Facsimile: (303) 573-4921
E-mail: meskesen@eskesenlaw.com

    And I hereby certify that I have caused a copy of the foregoing to be mailed, by U.S. Mail, to defendant Michael Destry Williams at the following address:

Michael Destry Williams
GEO Aurora Detention Center
3130 North Oakland Street
Aurora, CO 80010

                                          s/ Kenneth M. Harmon
                                          KENNETH M. HARMON
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          1225 Seventeenth Street, Suite 700
                                          Denver, Colorado 80202
                                          Tel. No. (303) 454-0100
                                          Fax No. (303) 454-0402
                                          E-mail: kenneth.harmon@usdoj.gov