IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(I).

    HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

    ORDERED that the Government's motion is granted, and that grand jury testimony and grand jury exhibits and other materials may be disclosed to the Defendant and to his standby and advisory counsel and to any attorney appearing in this case for the purpose of representing him, and his attorneys in the course of discovery in this case.  It is further

    ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant, his standby and advisory counsel and any attorney appearing in this case for the purpose of representing  him; that the defendant's standby and advisory counsel  or, alternatively any successor attorney for the defendant, shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this \_\_\_\_ day of July, 2013.

BY THE COURT:

_____
HON. CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record