IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
a/k/a "Will Williams,"

    Defendant.

## ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant (Doc. # 27), pursuant to Fed. R. Crim. P. 6(e) (3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds good and sufficient cause to support the same. It is, therefore,

ORDERED that the Government's motion is granted, and that grand jury testimony and grand jury exhibits and other materials may be disclosed to the Defendant and to his standby and advisory counsel and to any attorney appearing in this case for the purpose of representing him, and his attorneys in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall be used only in defending this case; that such materials are disclosed only to the Defendant, his standby and advisory counsel, and any attorney appearing in this case for the purpose of representing him; that the Defendant's standby and advisory counsel or, alternatively any successor attorney for the Defendant, shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this   16th   day of July, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2