**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
a/k/a Will Williams,

    Defendant.

## ORDER OF DETENTION

This matter was before the Court for an arraignment, discovery and detention hearing on July 8, 2013. Assistant United States Attorney Kenneth Harmon represented the government, and Martha Eskesen represented the Defendant. Defendant did not contest detention.

The Court has concluded, by a preponderance of evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant at future proceedings, based on the attached findings.

IT IS HEREBY ORDERED that the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; it is

FURTHER ORDERED that the Defendant is to be afforded reasonable opportunity to consult confidentially with defense counsel; it is

FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED and ENTERED this __23rd__ day of July, 2013, in Denver, Colorado.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge