UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.
_____

### NOTICE OF CLARIFICATION
_____

      Advisory Counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., provides the following notice of clarification:

      1.    Ms. Eskesen was initially appointed on July 3, 2013, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Mr. Williams (ECF No. 15).

      2.    On July 8, 2013, at the Arraignment, Discovery and Detention Hearing, the Court granted the defendant's request to represent himself, allowed Ms. Eskesen to withdraw, and appointed her as advisory counsel to Mr. Williams. The minute entry at ECF No. 20 has been amended to reflect that the Court appointed Ms. Eskesen as "stand-by counsel."

      3.    Ms. Eskesen did <u>not</u> represent the defendant at the July 8, 2013, hearing, as stated in the Order of Detention filed on July 23, 2013, at ECF No. 29.

      4.    Nor does Ms. Eskesen represent Mr. Williams or have any authority on his behalf to take action in this matter. As a pro se defendant, he must be allowed to control

the content and organization of his own defense.  *McKaskle v. Wiggins,* 468 U.S. 168, 174 (1984).

5. Ms. Eskesen makes this notice to clarify the record in light of the reference in the order filed at ECF No. 29 and her responsibilities as an attorney under the Colorado Rules of Professional Conduct and D.C.COLO.LCrR 57.6.

Dated:  July 24, 2013                          MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com
*Advisory Counsel*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 24, 2013, I electronically filed the foregoing **NOTICE OF CLARIFICATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams             (via U.S. Mail)

                                                 MARTHA H. ESKESEN, P.C.

                                                 s/ Martha H. Eskesen
                                               Martha H. Eskesen
                                               5445 DTC Parkway, Penthouse 4
                                               Greenwood Village, CO 80111
                                               Telephone:   (303) 486-6938
                                               Facsimile:   (303) 573-4921
                                               Email: meskesen@eskesenlaw.com