IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-000140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

    Defendant.

---

GOVERNMENT'S MOTION TO EXTEND FILING AND SUBMISSION
DEADLINES BY THREE BUSINESS DAYS

---

The United States of America, by and through its undersigned counsel, respectfully moves the Court for an order extending by three business days for both parties the current deadlines to make required filings and submissions in this case.

In support, and as grounds for the motion, the government states as follows:

1.    The defendant made his initial appearance in this case on June 27, 2013 (DE 11).[1] On July 8, 2013, he was arraigned on the indictment, ordered detained pending trial, and deemed to be proceeding *pro se* in the case, with his CJA court appointed counsel designated as his standby and advisory counsel for further proceedings in the case (DE20). The Court conducted a discovery conference in the case, at which the government advised that it would produce its disclosure materials by July 22, 2013 (DE 21). The Court at that time also set the case down for a ten day jury trial to commence on August 19, 2013, with a final pretrial conference and jury

---

[1] "DE" refers to docket entries in this case.

selection to take place a week before, and the Court directed that pretrial motions be filed by July 26, 2013 (DE 20).

  2. On July 22, 2013, the government produced its disclosure materials to the defendant and his standby and advisory counsel.  The government produced computer disks containing over 24,000 pages of scanned records both to the defendant and his standby and advisory counsel.  Pursuant to the grand jury disclosure order entered in this case (DE 28), the disks produced to the defendant's standby and advisory counsel included an additional 2,049 pages of scanned records constituting grand jury materials in this case.  The disks containing the defendant's non-grand jury disclosure materials were sent directly to him at his current detention facility, GEO Aurora Detention Center, where there are computer facilities available for the defendant to access the non-grand jury disclosure materials.  In accordance with the grand jury disclosure order in this case, the defendant must review the grand jury materials in this case through and with the assistance of his standby and advisory counsel.

  3. A considerable portion of the time that undersigned government counsel spent on this case up to July 22nd was devoted to coordinating and overseeing the review and production of disclosure materials to the defense in this case.  From July 23 through July 28, 2013, undersigned government counsel, who is currently the sole prosecutor assigned to this case, was out of the district on previously scheduled annual leave and so was only able to devote minimal time to work on this case.

  4. Pursuant to the assigned district judge's practice standards, based on the August 12th setting for the final pretrial conference in this case, the parties must currently electronically submit  proposed jury instructions to chambers by July 29, 2013 and must submit their witness

and exhibit lists and proposed voir dire questions to chambers the following week, by August 5, 2013. Given the defendant's status as a *pro se* litigant in pretrial detention it is unlikely that the parties would be able meaningfully to consult, if at all, concerning their exhibits or contemplated jury instructions given the current schedule. Given the defendant's statements to the Court to date, it is unlikely that such an exchange would likely take place directly with the defendant or indirectly through his standby and advisory counsel. Given the volume and breadth of discovery produced in this case to date, and the defendant's custodial status, it is unclear whether the defendant would even be in a position meaningfully to prepare the necessary defense submissions within the time currently allotted under the Court's practice standards.

5. Affording the parties three additional business days to make their submissions and filings will not, it is respectfully submitted, prejudice either party in further proceedings before the Court. The limited additional time should still permit the Court some time in advance of the pretrial conference to review the parties' submissions while permitting both parties additional time to prepare and present meaningful papers that will assist the Court in preparing for trial.

WHEREFORE, the United States respectfully requests that the Court grant this motion and enter an order extending by three business days for both parties in this case the current deadlines to make required filings and submissions in this case.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        by: s/ Kenneth M. Harmon
        KENNETH M. HARMON
        Assistant United States Attorney
        U.S. Attorney's Office

1225 Seventeenth Street, Suite 700  
Denver, Colorado 80202  
Tel. No. (303) 454-0100  
Fax No. (303) 454-0402  
E-mail: kenneth.harmon@usdoj.gov

### **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Martha H. Eskesen, P.C.  
5445 DTC Parkway, Penthouse 4  
Greenwood Village, CO 80111  
Telephone: (303) 486-6938  
Facsimile: (303) 573-4921  
E-mail: meskesen@eskesenlaw.com

   And I hereby certify that I have caused a copy of the foregoing to be mailed, by U.S. Mail, to defendant Michael Destry Williams at the following address:

Michael Destry Williams  
GEO Aurora Detention Center  
3130 North Oakland Street  
Aurora, CO 80010

s/ Kenneth M. Harmon_____  
KENNETH M. HARMON  
Assistant United States Attorney  
U.S. Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado 80202  
Tel. No. (303) 454-0100  
Fax No. (303) 454-0402  
E-mail: kenneth.harmon@usdoj.gov