

**EXHIBIT A**