Michael-destry Family of Williams
RR 1 St. Charles Mesa
Pueblo, Colorado
c/o
Geo
Address

**EXHIBIT B**