UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**ADVISORY COUNSEL'S REQUEST FOR LEAVE TO
FILE OBJECTION TO THE GOVERNMENT'S PROPOSED ORDER**
_____

        Advisory Counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., requests leave of Court to file an objection to the government's proposed order regarding physical and mental competency exams, and states:

        1.    By e-mail transmitted to chambers on Tuesday, August, 27, 2013, at 11:22 a.m., the government submitted a proposed order concerning the physical and psychiatric examinations ordered by this Court. A copy of the government's e-mail transmission with the proposed order is attached as Exhibit A.

        2.    As stated in the first page of Exhibit A, government counsel provided a draft of its initial proposed order to Advisory Counsel for review and Advisory Counsel returned a redlined version of the draft to the government, however, the government did not incorporate all of the suggested revisions.

3. Advisory counsel requests leave to respond to the government's proposed order before the Court enters any further orders to ensure that Mr. Williams' rights are protected.

4. Advisory counsel can respond to the government's proposed order within 48 hours of the Court's order on this request.

Dated:  August 28, 2013                MARTHA H. ESKESEN, P.C.


s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com
*Advisory Counsel*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 28, 2013, I electronically filed the foregoing **ADVISORY COUNSEL'S REQUEST FOR LEAVE TO FILE OBJECTION TO THE GOVERNMENT'S PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams            (via U.S. Mail)

                                              MARTHA H. ESKESEN, P.C.

                                              s/ Martha H. Eskesen
                                              Martha H. Eskesen
                                              5445 DTC Parkway, Penthouse 4
                                              Greenwood Village, CO 80111
                                              Telephone:   (303) 486-6938
                                              Facsimile:    (303) 573-4921
                                              Email: meskesen@eskesenlaw.com