UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**MOTION FOR HEARING**
_____

        Advisory Counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., requests the Court schedule a hearing to address the issues of Mr. Williams' (who prefers to be addressed as "Michael Destry Family of Williams") competency and assertion of his right to self-representation.  In support of this request, Advisory Counsel states:

        1.    The Court conducted a status conference on August 22, 2013, to address the logistics of its *Order Granting Motion for Physical Examination and Sua Sponte Ordering Mental Competency Evaluation*, filed on August 2, 2013, at ECF No. 37, and Advisory Counsel's *Motion for Status Conference*, filed July 31, 2013 at ECF No. 36.  At that proceeding, the Court clarified the undersigned's role and appointed her as "advisory counsel" to represent Mr. Williams' interests in the competency evaluation "to the extent [counsel] thinks his interests need to be represented."  Tr. Hearing August 22, 2013, at p.4, lines 12-17.

2.  The Court further ordered physical and competency evaluations of Mr. Williams and appointed Dr. Karen Fukutaki to conduct the competency evaluation of Mr. Williams and to submit a report to the Court.  The Court's written order memorializing its orders at the August 22, 2013, hearing and directing these examinations was filed on August 28, 2013 at ECF No. 47

3.  The Federal Bureau of Prisons and Dr. Fukutaki have complied with the Court's August 28, 2013, Order.  Dr. Fukutaki submitted her report to counsel and the Court via e-mail on September 9, 2013.  The Bureau of Prisons was not ordered to submit a report and did not do so.

4.  Mr. Williams is in custody at the Federal Detention Center-Englewood in Littleton, Colorado.  He has been in continuous custody since his arrest on June 27, 2013.

5.  There being no further reason to delay these proceedings or prolong Mr. Williams' presentence confinement, Advisory Counsel requests the Court schedule this matter for a competency hearing and schedule further proceedings to move the case along.

Dated:  September 10, 2013         MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com
*Advisory Counsel*

2

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 10, 2013, I electronically filed the foregoing **MOTION FOR HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams		(via U.S. Mail)

>MARTHA H. ESKESEN, P.C.
>
>s/ Martha H. Eskesen
>Martha H. Eskesen
>5445 DTC Parkway, Penthouse 4
>Greenwood Village, CO 80111
>Telephone:   (303) 486-6938
>Facsimile:   (303) 573-4921
>Email: meskesen@eskesenlaw.com

3