UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Michael Destry Williams,

    Defendant.

---

**ORDER REGARDING MENTAL COMPETENCY**

---

By written orders dated August 2, 2013, and August 28, 2013 (Doc. ## 37 and 45, respectively), the Court found that there was "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

Pursuant to those Orders, the Court directed that Defendant undergo a psychiatric examination pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and a physical examination. This Court is in receipt of the Competency Evaluation of Dr. Fukutaki in which she opines that Defendant is competent to proceed, *i.e.*, he does not have a mental disability or developmental disability that prevents him from having sufficient present ability to consult with his attorney with a reasonable degree of rational understanding in order to assist in his defense or that prevents him from having

a rational and factual understanding of the criminal proceedings.  Although this Court has not seen the evaluation conducted by Dr. Kraus at the Federal Detention Center, Dr. Fukutaki describes Dr. Kraus's findings and opinions and other physical examinations of Mr. Williams in sufficient detail that this Court is able to determine that there is no evidence that Mr. Williams has suffered mercury toxicity as he alleges or that he has any physical impairments that render him incompetent.

Although this Court was concerned about Mr. Williams' bizarre filings and refusal to accept mail from the Court, the Government, and his own attorney, Dr. Fukutaki's conclusion was that Defendant's disinclination to adhere to the Court's instructions and to courtroom protocol is the result of his belief that he is not subject to the rule of law of the United States of America or to the authority of this Court, rather than to a mental illness or cognitive impairment.

Title 18 U.S.C. § 4241(a) requires this Court to order a hearing if the Court believes there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."   Title 18 U.S.C. § 4241 does not require such a hearing if the Court finds a defendant competent to proceed.  Based on Dr.  Fukutaki's evaluation and report, this Court is inclined to find Mr. Williams competent to stand trial.

If Defendant wishes an opportunity to present evidence in opposition to this Court's inclination to find him competent to proceed, within 7 days of this Order, Defendant shall file a Request for Hearing on Competency. If no such Request is filed, **on or before September 24, 2013,** this Court will enter an order finding Defendant competent and the matter shall be set for further proceedings.

DATED: September   16  , 2013

BY THE COURT:

_____
Christine M. Arguello
U. S. District Judge