

**U.S. Department of Justice**

United States Attorney
District of Colorado
Criminal Division

1225 Seventeenth Street , Suite 700  (303) 454-0100
Seventeenth Street Plaza            (FAX) 454-0409
Denver, Colorado  80202

July 22, 2013

**BY FEDERAL EXPRESS**

Martha H. Eskesen, Esq.
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111

Re:  United States v. Michael Destry Williams
     Case No. 12-cr-00140-CMA

Dear Counsel:

Accompanying this letter is an "IPRO" computer disk containing computer file images of scanned records of the grand jury testimony and exhibits presented in connection with the indictment pending in this case, which materials are further identified as Bates Numbers GJ00001 through GJ02049 (hereinafter, "grand jury materials"), and scanned records of other materials being disclosed by the government as part of its disclosure obligations in this case, which materials are further identified as Bates Numbers 000001 through 024625 (hereinafter, "non-grand jury materials"). The IPRO computer disk includes self-executing software that will allow you to navigate through and view these images as well as a self-contained search engine that will provide you with certain search capabilities of the images. You may alternatively use this disk to print out hard copies of the disclosure materials.

Additionally, two sources of non-grand jury disclosure materials, Jeffrey Gorman and the Bank of America, produced electronic materials on computer disks during the course of the investigation leading to this case. These electronic materials have been copied onto three computer disks and further identified as Bates Numbers 020695 - 020696 (the "Gorman electronic materials") and 024375 (the "Bank of America electronic materials"). The Gorman electronic materials consist of electronic versions of quick book accounting records provided to Gorman by or on behalf of defendant Williams for Greenview Construction, Inc., and M.D. Williams, Inc. The Bank of America electronic materials consist of certain metadata in conjunction with bank account records that the bank produced in hard copy format. These three disks accompany this letter.

Finally, an index of the grand jury and non-grand jury materials also accompanies this letter.

By copy of this letter, we are producing directly to defendant Williams, through U.S. mail to the GEO Aurora Detention Center, this index, together with an IPRO computer disk of the non-

**Exhibit 1**

Martha H. Eskesen, Esq.
July 22, 2013
Page 2

grand jury materials and the three disks containing the Gorman and Bank of America electronic materials. Pursuant to the Court's Order entered July 16, 2013 in this case (Docket Entry 28), the grand jury materials are being produced and entrusted solely to you as the custodian of these materials for the defense for your provision to defendant Williams in a manner consistent with the limitations placed by the July 16th Order upon the dissemination and use of grand jury materials in this case.

The materials that accompany this letter constitute the non-expert disclosure materials—constituting Rule 16 discovery items, Jencks Act materials and information subject to disclosure under *Brady v. Maryland* and its progeny – that the government currently anticipates producing in this case.

Please do not hesitate to contact me if you have any questions concerning the foregoing, using the accompanying disks or the materials being supplied or identified to you with this letter.

Sincerely,

*s/Kenneth M. Harmon*
Kenneth M. Harmon
Assistant United States Attorney

Encls.

cc:   Michael Destry Williams (w/ identified enclosures)
      GEO Aurora Detention Center
      3130 North Oakland Street
      Aurora, CO 80010