IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
a/k/a "Will Williams,"

    Defendant.

---

### ORDER TO MODIFY GRAND JURY DISCLOSURE ORDER

    The Government's Motion to Modify Grant Jury Disclosure Order (Doc. # 66) is GRANTED. The Court's July 16, 2013 Order to Disclose Grand Jury Material to Defendant is modified as follows:

    The U.S. Bureau of Prisons is DIRECTED to receive and maintain custody of the grand jury material that the government is making available to the Defendant in this case and that it make these materials available to Defendant Willilams in a manner consistent with the limitations set forth in the July 16 Order (Doc. # 28), upon dissemination and use of grand jury materials in this case.

    SO ORDERED this __3rd__ day of October, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge