IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

        Defendant.

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENTION TO OFFER EVIDENCE PURSUANT TO FED.R.EVID. 404(b)

    The United States of America, by and through its undersigned counsel, hereby provides this supplemental notice to defendant Williams and to the Court of its intention or possible intention to offer in its case-in-chief at trial, pursuant to Federal Rule of Evidence 404(b), evidence of the conduct or acts, for purposes other than to show the character of the defendants and their conformity therewith in the instant case.

    In accordance with Rule 404(b), the government provides the following description of the general nature of evidence which it will or may seek to offer pursuant to Fed.R.Evid. Rule 404(b), which evidence has previously been disclosed or made available to the defendants as part of the government's ongoing pretrial disclosures in this case:

    A.    In its previous Rule 404(b) notice in this case, filed July 29, 2013, the government indicated that it intended to introduce evidence of partially completed federal income tax returns for defendant Williams found at the residence of Gerald Poynter pursuant to a federal search

1

warrant executed at the residence and defendant Williams' telephonic contact with the Internal Revenue Service in 2009 inquiring about a tax refund (DE 33, Notice at ¶ G).[1] The government herein expands upon its description of the evidence that it intends to offer with respect to defendant Williams's relationship and dealings with Gerald Poynter.

      1.      The government intends to present evidence showing that Poynter operated a tax preparation business that, over the course of 2008 and 2009, promoted a scheme whereby individuals could purportedly obtain large federal income tax refunds by claiming in original and amended federal income tax returns that they had had large amounts of income tax withheld from "original issue discount income" that they had received. Poynter and his associates offered to assist individuals secure these types of refunds by helping them prepare IRS Forms 1099-OID reflecting these large income tax withholdings and by preparing income tax returns for them reporting the withholdings and relying upon them to claim the tax refunds.   Poynter and his associates would solicit clients for this scheme throughout the country.[2]

      2.      The government will further show, primarily through records recovered pursuant to the search warrant of Poynter's residence, that defendant Williams became a client of this tax refund scheme in or about October or November 2008 and that he provided Poynter and his associates with information about his individual assets, finances and income for years including 2005 through 2007, years which are the subject of income tax evasion counts in the pending superseding indictment in this case.   The information included information about defendant Williams investment with the Colorado Housing and Investment Program ("CHIP") and the funds he received pursuant to that investment, which investment defendant Williams presented as part of

---

1    "DE" refers to docket entries in this case.
2    Poynter and others are currently charged in a multi-count indictment pending in the United States District Court for the Western District of Missouri with felonies arising from and relating to this tax refund scheme.

his personal finances.

      3.     The government would further show through the evidence recovered in the search warrant that based on this information draft federal income tax returns were prepared for defendant Williams which classified and treated funds that defendant Williams received from CHIP as income to him, as opposed to income that was attributable to and earned by one or more of his corporations, a claim he made to others (most notably the accountants for CHIP) .

      4.     The government would also offer evidence of email and Skype internet chat communications in December 2008 and January 2009 between defendant Williams to Poynter, recovered from Poynter's office computers, in which Williams acknowledged to Poynter that he, Williams, had not filed tax returns for 10 years, an acknowledgment made in the context of Williams discussing the need to complete the Forms 1099-OID and related income tax returns for the years that Williams had not previously filed (including the years 2005 through 2007) while Williams "had an open door with the IRS" concerning his back taxes.   In this connection, the government will offer IRS records of communications between IRS representatives and defendant Williams in October 2008 concerning his back taxes and a request by Williams for the IRS to send him wage documents on file for him with the IRS between 2000 and 2007.

      5.     The government intends to show through these same records of communication that over the course of July through August 2009 defendant Williams made multiple calls to the IRS inquiring about the status of an income tax refund that he claimed was due him for the year 2005.   During these calls, according to the records of communication, IRS representatives advised defendant Williams that they had no records of returns filed for him for him for the 2005 year and that records showed that defendant Williams was listed as "deceased," to which Williams replied that someone without authorization was claiming that he was deceased and

that he had filed returns for the years 2005 through 2007 within the past six months.

The government intend to offer the foregoing evidence for the following non-character purposes, among others: (1) to establish that the payments that defendant Williams received from CHIP during the years 2005 through 2007 was, in fact, income to defendant Williams, and not his corporations, and that defendant Williams was aware that this was so; (2) to establish that defendant Williams was aware of his obligation to file federal income tax returns and to report his income and pay taxes upon it, and so acted willfully and intentionally in failing to do so, and not as the product of mistake or ignorance; and (3) as evidence relating to defendant Williams's efforts to use IRS Forms 56 to appoint various State of Colorado judicial and law enforcement officials as his fiduciary in connection with tax matters and the effect that the filing of these forms had on the IRS's administration of his tax account.

B.      The government currently intends to offer evidence showing that, on or about August 8, 2003, in connection with applying for a loan from MBNA America Bank, defendant Williams represented to bank officials that he was exempt from federal taxation and did not have to file income tax returns as a result of a case he won against the Internal Revenue Service owing to the agency's purported failure to respond to arguments that he was making about the non-mandatory nature of federal income tax returns.   The government is prepared to establish that this representation was false.   The government would offer this evidence to show, among other things, the inconsistencies in defendant Williams' various assertions concerning the non-applicability of the federal tax laws to him, as part of its overall efforts to establish the willfulness of defendant Williams' charged conduct in this case.

                                            Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        by: s/ Kenneth M. Harmon
        KENNETH M. HARMON
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Tel. No. (303) 454-0100
        Fax No. (303) 454-0402
        E-mail: kenneth.harmon@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 7th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and will undertake to cause a copy of the foregoing to be mailed, by U.S. Mail, to defendant Michael Destry Williams at the following address:

Michael-destry Family of Williams
Reg. No. 39714-013
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

        s/ Kenneth M. Harmon
        KENNETH M. HARMON
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Tel. No. (303) 454-0100
        Fax No. (303) 454-0402
        E-mail: kenneth.harmon@usdoj.gov