Case No. 1:12-cr-00140-CMA Document 71 filed 10/15/13 USDC Colorado pg 1 of 2



Not here!
12CR140

Return to Sender
Not Deliverable as Addressed
Unable to Forward

Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street
Aurora, CO 80010

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2013
JEFFREY P. COLWELL
CLERK

**Orders on Motions**
1:12-cr-00140-CMA USA v. Williams

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2013 at 9:43 AM MDT and filed on 10/3/2013
**Case Name:**        USA v. Williams
**Case Number:**      1:12-cr-00140-CMA
**Filer:**
**Document Number:** 67

**Docket Text:**
ORDER granting [66] Motion to Modify Grant Jury Disclosure Order, as to Michael Destry Williams (1), by Judge Christine M. Arguello on 10/3/13. (dkals, )


**1:12-cr-00140-CMA-1 Notice has been electronically mailed to:**

Martha Horwitz Eskesen   meskesen@eskesenlaw.com

Kenneth Mark Harmon   kenneth.harmon@usdoj.gov, Andrea.Hough@usdoj.gov, USACO.ECFCriminal@usdoj.gov

**1:12-cr-00140-CMA-1 Notice has been mailed by the filer to:**

Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street
Aurora, CO 80010

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2013] [FileNumber=4206481-0
] [8ec2d0f49ce65818c5e47140da45dd7b390a271a0315cbbfac5f687361a2a129c01
4bb9aaa211eca515c7c7eeac0ba6e8f00c01bd2849575d90ca7d7c4cf9539]]