

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Michael Destry Williams,

    Defendant.

---

## ORDER REGARDING MENTAL COMPETENCY

By written orders dated August 2, 2013, and August 28, 2013 (Doc. ## 37 and 45, respectively), the Court found that there was "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

Pursuant to those Orders, the Court directed that Defendant undergo a psychiatric examination pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and a physical examination. This Court is in receipt of the Competency Evaluation of Dr. Fukutaki in which she opines that Defendant is competent to proceed, *i.e.*, he does not have a mental disability or developmental disability that prevents him from having sufficient present ability to consult with his attorney with a reasonable degree of rational understanding in order to assist in his defense or that prevents him from having