IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL DESTRY WILLIAMS,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    COMES NOW Kevin F. Sweeney, and enters his appearance as co-counsel for the United States in the above-captioned action and requests that he be included in the future on the service list for all notices and pleadings in this case.

    DATED this 21st day of October, 2013.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By: s/ Kevin F. Sweeney
    KEVIN F. SWEENEY
    Trial Attorney
    Tax Division, U.S. Department of Justice
    601 D. Street, NW
    Washington, DC 20004
    Tel. No.: (202) 305-3637
    E-mail: kevin.f.sweeney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2013, electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and that I caused a copy of the foregoing to be mailed, by U.S. Mail, to defendant Michael Destry Williams at the following address:

Michael-destry Family of Williams
Reg. No. 39714-013
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

s/ Andrea K. Hough
ANDREA K. HOUGH
Office of the United States Attorney