# Order

From the office of Executor of the Closed/Dead Trust known as MICHAEL DESTRY WILLIAMS
R 1 St Charles Mesa
Pueblo, Colorado

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV - 4 2013
JEFFREY P. COLWELL
CLERK

1st day of November 2013

TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO sic
Clerk of the Court and Acting Judge Christie M. Arguello (sic)
901 19th Street
Denver, Colorado 80294

RE: Commercial Presentment, claim, case # 1:12 cr 00140 CMA, But not Limited to

ATTN: Clerk of the Court and Acting Judge Christie M. Arguello (sic)

Here by ordered to release from your custody, to be set free into the public the living man, Beneficiary known as Michael-destry Family of Williams that you are detaining against his will, in your custody as Surity in the Commercial Presentment # 1:12 cr 000140 CMA, But not Limited to, this 6th day of November 2013 and or immediatly upon reciept of this order by U.S. Postal Service.

Also Ordered to stop all Commercial claims and actions against the Closed/Dead Trust known as MICHAEL DESTRY WILLIAMS aka. Mr. Williams this 6th day of November 2013 and or immediatly upon reciept of this order by the U.S. Postal Service.

So be it, so ordered

11-1-13 DATE OF

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

by: _Michael-destry: Executor_
Michael-destry: Executor
of the closed/Dead Trust known as
MICHAEL DESTRY WILLIAMS
on Behalf of the Beneficiary and
Livingman Michael-destry Family of Williams

STATE OF COLORADO
COUNTY OF ADAMS

# Proof of Service

1st day of November 2013

Enclosed: Hand written order dated 1st day of November 2013 Affidavit Dated 13th of August 2013 Notorized on 20th of August 2013

From the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS
RR1 St Charles mesa
Pueblo Colorado
c/o GEO Corporation
3130 N. Oakland St
Aurora, Colorado 80010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 4 2013

JEFFREY P. COLWELL
CLERK

TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO (sic) clerk of the Court and acting Judge Christie M. Arguello (sic)

11-1-13 DATE OF

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

STATE OF: COLORADO
COUNTY OF: ADAMS

by: Michael-destry: Executor
Michael-destry: Executor
of the Trust known as
MICHAEL DESTRY WILLIAMS
on Behalf of the Beneficiary
and Living Man Michael-destry Family
of Williams