**Changes from Friday to Today**

| Change | Notes | Instruction and Page |
|---|---|---|
| ~~,~~defendant WILLIAMS | For consistency, references to Mr. Williams appear as defendant WILLIAMS, when the Court quotes language directly from the indictment. | Throughout |
| Addition of Table of Contents | | 2 |
| Although Instructions ~~11~~10 through 16 include allegations from the superseding indictment, please keep in mind that these allegations are | Change from 11 to 10 to reflect the new numbering of the elements instructions. | Instruction 3, page 5 |
| CAUTION – PUNISHMENT AND PRO SE DEFENDANT | Court included part of the pro se defendant instruction proposed by the government. | Instruction 8, page 10 |
| Deletion of the term "additional" | The form instruction contemplates underpayment as opposed to non-payment of taxes. The Court has changed these references to reflect the allegations in the indictment | Instructions 10-13, pages 12-20 |
| Greenview~~'s~~ Construction, Inc.'s ("Greenview") | The Court clarified that Greenview as referenced the instructions refers to Greenview Construction Company | Instruction 10, page 13 |
| Taxpayer Identification Number ("TIN") | The Court clarified what this term means. | Instruction 10/11, page 13/17-18 |
| Colorado Housing & Investment Program, L.L.C., ("CHIP") | Same | Instruction 10, page 13 |
| ~~s~~M.D. Williams Enterprises, Inc.'s ("MDWE") | Same | Instruction 11, Page 17 |
| Dain Rauscher (hereinafter, "RBC"); | Same | Instruction 12, page 20 |
| **INSTRUCTION NO. 14** ~~**ELEMENTS OF OFFENSE**~~ **BANK FRAUD - ELEMENTS** | For consistency, Court adopts the above convention in the titles of the elements instructions. | Instructions 14-16, pages 25-30 |
| ~~1.~~ Mr. Williams ~~in any way~~ corruptly~~;~~ <br><br>~~2. Endeavored~~ endeavored to~~;~~ <br><br>~~Obstruct~~ obstruct or impede the due | Consistent with the case law on violations on § 7212, the court has amended this instruction to reflect the fact that the burden of proof here is not broken into three distinct elements. | Instruction 16, page 30 |

| | | |
|---|---|---|
| administration of the Internal Revenue Laws. | | |
| following ~~affirmative~~ acts<ins>, with respect to Count 10</ins>: | The Court deleted language from this instruction referencing affirmative acts, as this language was only appropriate for the Tax Evasion instructions | Instruction 16, page 31 |
| Providing Numbers to Sub-elements | The government had previously provided bullet points for the sub-elements of an act. The Court has changed these bullet points to numbers. | Instruction 16, pages 31-32 |