IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No: _____

Date: _____

Time: _____

## NOTE TO COURT

_____  We the jury have a verdict.

__X__  We the jury have a question.

Count 3. Define "substantial" in the context of income or self employment tax owed. Or provide dictionary.

Answer from the Court

The law does not set a particular dollar amount above which a tax owed is deemed or considered substantial. That matter is a question of fact left for you to decide.

Christine Arguello

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit __1__