# Affidavit

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 12 2013
JEFFREY P. COLWELL
CLERK

1st day of November 2013

Michael-destry Family of Williams
Beneficiary of the Trust known as
MICHAEL DESTRY WILLIAMS ©
Aka. Mr. Williams©
RR1 St. Charles Mesa, Pueblo, Colorado
C/o
1024 Ash Street,    Pueblo, Colorado [81001]

GEO Corporation
3130 N. Oakland Street,   Aurora, Colorado 80010

To : Public and THE UNITED STATES DISTRIC COURT OF THE DISTRICT OF COLORADO(sic) and Clerk of the Court and in their court case 1:12 cr 000140 CMA Acting judge Christie M. Arguello(sic). But not limited to 901 19th Street
Denver Colorado 80294

To whom it may Concern

I Michael-destry Family of Williams state and affirm that at no period or time from 1st of November 2013 back to my age of majority (nunc pro tunc) have I established my self as, proclaimed, accepted, used, been addressed as or addressed by the title of Mr. Williams aka, the Trust known as MICHAEL DESTRY WILLIAMS © or any derivative thereof, but not limited to WILL WILLIAMS ©.

When, if or am being incorrectly addressed by another Individual or person as Mr. Williams aka Trust known as MICHAEL DESTRY WILLIAMS© , I have and am do, correct them to address me by my given name Michael-destry, Michael and or Will as this is public notification thereof.

This Affidavit and Statement is notice to all, establishing this precedence into the public including but not limited to, notifying THE UNITED STATES DISTRIC COURT OF THE DISTRICT OF COLORADO(sic) Clerk of the Court and in their court case 1:12 cr 000140 CMA Acting judge Christie M. Arguello(sic). The false pretense and tagging of the living man, Michael-destry Family of Williams with the title of Mr. Williams © aka. the Trust known as MICHAEL DESTRY WILLIAMS ©.

Because of this false tagging and title, I Michael- destry the Beneficiary of the above mention Trust is being held surety in their custody/prison/jail under duress, without my permission, participation or agreement to be liable as surety for said Trust. Thus, having been refused and denied my freedom from their custody upon written and verbal request to be set free from their custody/prison / jail. When no persona or subject matter Jurisdiction has been establish or a contractual agreement between said parties brought to the light of day.

Any signature signed on behalf of the above mentioned Trust, from today 1st day of November 2013, back to the age of majority, nunc pro tunc, that was incorrectly signed due to failure to be notified by the Trustee and Fiduciaries as to the identity of said Trust or the true nature of the relationship of said Trust, is to be replaced by lawful signature with pure intent and clean hands as Michael-destry: Beneficiary or Michael-destry: Executor which ever is applicable or appropriate per each document and or signature.  This intent is to stop the Beneficiary, Michael-destry from being held and surety and kidnapped, incarcerated under false pretenses and in violation of the Beneficiaries International right of Self-Determination that has been publicly declared, recorded, witnessed and oath of citizenship established as publicly stated below. Thus, this is another public request to free into the public, the Beneficiary Michael-destry from their unlawful detainment of said living man with out any established lawful jurisdiction public or private.

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

*Michael-destry Family Williams* [signature]
Michael-destry Family of Williams
Beneficiary of the Trust known as
MICHAEL DESTRY WILLIAMS  aka, Mr. Williams©
Colorado citizen
The United States of America citizen

[signature] 11-8-13
COUNTY OF= ADAMS

Judge Arguello

From the Office of Executor
of the closed/Dead trust known as
MICHAEL DESTRY WILLIAMS

Document First Served at the office on 3rd of October 2013
Document filed in the Clerks office on the 4th Thursday of the November 2013 / Refused

Document Received by the official through the addressee or Passer Refuser of Court Time Second