# Proof of Service

12-cr-140-CMA

1st day of November 2013

Enclosed: Affidavit by Michael-destry Family of Williams upon false pretence and tagging of the Title of Mr. Williams Aka the Trust known as MICHAEL DESTRY WILLIAMS © dated 1st day of November 2013.

And

Copy of a Envelope with legal documents from the Office of Executor of the Trust Known as MICHAEL DESTRY WILLIAMS ©. Refused by acting judge Christie M. Arguello(sic) hand delivered by the Executor to her bailiff.

From: The Office of Executor of the Trust known as
MICHAEL DESTRY WILLIAMS aka, Mr. Williams ©
RR 1 St. Charles Mesa
Pueblo, Colorado
C/o
GEO Corporation
3130 N. Oakland Street
Aurora, Colorado [80010]

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 2 2013

JEFFREY P. COLWELL
CLERK

To: The Public at Large and
THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO(sic) Clerk of the Court and acting judge Christie M. Arguello(sic)

Mailed Throught the U.S. Postal Service on 8th day November 2013

by Michael-destry: Executor
Michael-destry: Executor
of the Trust known as
MICHAEL DESTRY WILLIAMS aka, Mr. Williams©
On behalf of the Beneficiary and living Man
Michael-destry Family of Williams
Colorado citizen
The United States of America citizen

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

11-8-13

County of: Adams