

## Minute Entries and Orders on Motions

1:12-cr-00140-CMA USA v. Williams

### U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 11/1/2013 at 1:33 PM MDT and filed on 10/31/2013
**Case Name:** USA v. Williams
**Case Number:** 1:12-cr-00140-CMA
**Filer:**
**Document Number:** 83(No document attached)

**Docket Text:**
**MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial (DAY FOUR) as to Michael Destry Williams held on 10/31/2013. Defendant present, in custody. WITNESSES SWORN AND TESTIFIED: Janice Weisenhorn, Tara Durrant, Trista Merz, Sean McCarthy, Robert Root, Michelle Bass, Dana RaNay Cascio-Weldon. EXHIBITS RECEIVED: 403d, 217, 203, 204, 205, 210, 211, 213, 215, 207d, 503a, 503b, 505, 508a, 508b, 508c, 508d, 508e, 508f, 507, 478, 501a, 501b, 501c, 501d, 520a, 520b, 520c, 520d, 520e, 520f, 520g, 450, 451, 452, 457, 459, 460, 461, 462b, 462e, 462f, 462g, 463a, 463b, 464, 465, 473b, 474, 475, 476, 477. Jury excused for the day. Trial continued. Defendant remanded. Trial Time: 5:06 (8:04 a.m.-1:59 p.m.)APPEARANCES: Kenneth M. Harmon and Kevin F. Sweeney on behalf of the Government; Michael Destry Williams, Pro Se, on behalf of Defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (wydcd, rrk) Text Only Entry**


**1:12-cr-00140-CMA-1 Notice has been electronically mailed to:**

Martha Horwitz Eskesen   meskesen@eskesenlaw.com

Kenneth Mark Harmon   kenneth.harmon@usdoj.gov, Andrea.Hough@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Kevin F. Sweeney   kevin.f.sweeney@usdoj.gov, Dane.Ellingson@usdoj.gov, Western.Taxcriminal@usdoj.gov, kevin.sweeney3@usdoj.gov

**1:12-cr-00140-CMA-1 Notice has been mailed by the filer to:**

Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street
Aurora, CO 80010