22nd day of January 2014

From: the office of Executor:
of the closed/dead trust Known as
MICHAEL DESTRY WILLIAMS
RR 1 St. Charles Mesa
Pueblo, Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 4 2014

JEFFREY P. COLWELL
CLERK

TO: THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO
Clerk of the Court and Acting Judge Christine M. Arguello
901 19TH Street
Denver, Colorado 80294

RE: Commercial Presentment, claim, case# 1:12-cr-00140 CMA

Notice of filing (44 pages, verified) of Case 14PR17,
Probate Court, City & County of Denver, CO, on
January 10, 2014, with Honorable Judge Elizabeth D. Leith,
1437 Bannock Street, Room 230, Denver, Colorado [80203]
on behalf of Michael-destry; Executer
of the closed (Dead Trust Known as
MICHAEL DESTRY WILLIAMS
on behalf of the beneficiary and
Living Man Michael-destry Family of
WILLIAMS

Honorable Judge Elizabeth D. Leith
Denver Probate Court
1437 Bannock Street, Room 220
Denver, Colorado [80202]

14PR14

PROBATE COURT
CITY & COUNTY OF DENVER, CO
RECEIVED

JAN 10 2014

Subject: Complaint with Emergency Injunction and
Asylum Request

Disputed Parties: Plaintiffs
UNITED STATES OF AMERICA; UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO; hereinafter the Charging Parties
c/o
ALFRED A ARRAJ U.S. COURTHOUSE
901 19th Street, 2nd Floor
Denver, Colorado [80294]

Alleged Defendants: Trusts known as: MICHAEL DESTRY
WILLIAMS under Statutory Commercial Presentment numbered
1:12-cr-00140-CMA; and RICHARD WAYNE FRANKLIN, a.k.a.,
RICHARD FRANKLIN under Statutory Commercial Presentment
numbered 1:11-cr-00235-WYD.

We, the Beneficiaries, Michael-destry Family of Williams
and Richard-Wayne Family of Franklin the Living men
of the Trusts known as MICHAEL DESTRY WILLIAMS and
RICHARD WAYNE FRANKLIN, a.k.a, RICHARD FRANKLIN,
being held as Surety for the aforementioned Com-
mercial Presentments, now come forth with this

1

Complaint/Notice/letter to the Colorado Probate Court of Record which has jurisdiction on this matter because the Charging Parties are either operating or being claims against the above named Trusts without any benefit to the Beneficiaries, without subject matter or jurisdiction in personam and without findings of facts or conclusions at law of any contractual obligations between the parties.

We, the Beneficiaries, Pray and Request Injunctions and Restraining Orders, Asylum, Hearings on Proof of Life, Hearings for Titles to our aforementioned Trusts, and lawful Travel Documents. As we are the Beneficiaries, being incarcerated, held as Surety without any benefits to us, by the Commercial Presentments by the Statutory Court known as UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO actions numbered 1:12-cr-00140-CMA and 1:11-cr-W035-WYD, respectively, without our agreement or voluntary participation. Thus we are being denied access to a Court of Record, by, but not limited to access to a lawful law library, and now GEO's Immigration law library, copiers and word processors, etc.

My, Michael-destry family of Williams', incarceration Has become an emergency physical and health issue. I am permanently disabled and highly allergic to

2

the processed food that are served at the GEO Group, Inc's Aurora Detention Center. I entered this facility at 185 pounds, per their records, and now weigh under 160 pounds, and still loosing weight. Additionally I am fighting a tooth and gum infection without the benefit or choice of natural medicines.

I, Richard-Wayne Family of Franklin, have been incarcerated since 9 June 2011 over this Statutory Commercial Presentment without any consideration to my God given rights, United Nations Universal Declaration of Human Rights Rights, or due process of rights as evidenced by my written Affidavits both dated 25 Nov 2013. A third Affidavit will follow this complaint.

We have attempted to resolve these Commercial Presentments from the Office of Executor and as the Beneficiary of said Trusts, the alleged Defendants in their claims. Enclosed please find correspondence, Affidavits, motions for Change of Venue, Liens and claims, all presented to the Charging Parties, with no avail, consideration, or due process of law. Thus, irreparable damages have occurred, but not limited to, incarceration time, denied healthy medicines and foods, denied legal materials for proper defense, and defamation of character through newspapers and websites, loss of income, and family relationships.

Again, we Pray and request, in this common law form of filing—as we do not have your forms available to us, Injunctions and Restraining Orders, Asylum, and hearings be established in your Court of Record, as stated before, but not limited to the matters. We are indigent and also request that fees be deferred until we are released from custody of the Statutory Court system or settlement of our Trust claims and Rights are endowed upon us and/or recognized as Colorado Citizens and released as Surety for the aforementioned Trusts.

Additionally, please have your office notice the Charging Parties of all documents and court hearings, as they have refused our notices, documents, and requests that have been sent to their Statutory court and have not appeared upon their records.

Dated this Sunday, 15 December, 2013

17th day December 2013

By: _Michael-destry: Executor_
Michael-destry: Executor
of the Office of Executor of the Trust known as
MICHAEL DESTRY WILLIAMS © on Behalf of the
Trust known as MICHAEL DESTRY WILLIAMS ©
Family of Williams
Beneficiary Michael-destry Family of Williams

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

4

<u>Colorado</u> citizen and <u>the United States of Ameri</u>
Lyeal Route / Saint Charles Mesa
Pueblo, Colorado
c/o
GEO Group, Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado [80010]

By: <u>Richard Wayne: Beneficiary</u> "
Richard-Wayne: Beneficiary
of the Trust known as RICHARD WAYNE FRANKLIN,
a.k.a., RICHARD FRANKLIN
<u>Colorado</u> citizen and <u>the United States of America</u> cit
General Post Montbello Station
Denver, Colorado
c/o
GEO Group, Inc.
Aurora Detention Center,
3130 N. Oakland Street
Aurora, Colorado [80010]

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

5

Colorado Probate Court
Of Record (non Statutory)
1437 Bannock Street
Denver, Colorado 80202

Date:  27th day of November 2013

Plaintiff:
UNITED STATES OF AMERICA
C/o
901 19th Street
Denver, Colorado 80294

Vs

Defendant:
MICHAEL DESTRY WILLIAMS  Trust
RR 1 St. Charles Mesa
Pueblo, Colorado
C/o
GEO Group Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010

Second Parties

Second Party Plaintiff:
Office of Executor of the Trust known as
MICHAEL DESTRY WILLIAMS
RR 1 St. Charles Mesa
Pueblo, Colorado
C/o
GEO Group Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010

Vs

Second Party Defendant:
UNITED STATES OF AMERICA aka

In a Common Law a
Court of Record of Trust Law

1.
Invoking Change of Venue
to a Court of Record Colorado Probate
Court,
2.
Claim of Title Hearing and
Proof of Life hearing on Behalf of the
Beneficiary Michael–destry Family of
Williams of the Trust known as
MICHAEL DESTRY WILLIAMS ©
3.
Show Cause Hearing of the Parties
Prove up their claim,
Relief of Claim
4.
Hearing for Release of the Beneficiary
being held as Surety of the Statutory
Commercial Presentment
1:12 cr 00140 CMA

Page 1 of 7
Probate Court
Transfer of Venue

DEPARTMENT OF JUSTICE and subsidiaries known as
UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO,
UNITED STATES TREASURY DEPARTMENT
UNITED STATES ATTORNYS OFFICE
INTERNAL REVENUE SERVICE (sic)
C/o
901 19th Street
Denver, Colorado 80294


Third Parties Plaintiff:
Michael-destry Family of Williams
RR 1 St. Charles Mesa
Pueblo, Colorado
C/o
GEO Group Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010

Vs

Third Parties Defendants:
John Walsh, Kenneth Harmon
Christine M. Arguello,  Klaton Knabb
David Topolewski
C/o
901 19th Street
Denver, Colorado 80294


Notice to agent is notice to principal; notice to principal is notice to agent, subsidiaries, assignees and assignors

---

Now cometh Michael-destry Family of Williams, Beneficiary holding and executing by and through the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS © identification numbers 105196416457 and  xxx-xx-0608. Having Proof of Life through Baptismal after the age of reason by Reverend Clint Perry at Central Christian Church, Pueblo, Colorado and also, in St. Patrick Catholic

Church in Pueblo Colorado by Reverend Anthony Berteska and served as an altar boy in the Roman Catholic Church known as Christ the King Church, Pueblo, Colorado. Being held by a Executive Branch of Government by the Department of Justice under a Statutory Court System of private codes and statutes without my consent, agreement, willing participation, contractual obligation or personam or subject jurisdiction , thus I am in their custody, jail, prison as Surety for their alleged Defendant the Trust known as MICHAEL DESTRY WILLIAMS ©, without any findings of fact or Conclusions of Law

Colorado Probate Court (sic) of Record has Jurisdiction in the matter, of the claim, of the Statutory Commercial Presentment # 1:12 cr 00140 CMA dispute between the parties where the First Party Defendant is a Trust know as MICHAEL DESTRY WILLIAMS ©, over mismanagement of said Trust without any benefit to the Beneficiary, Michael-destry Family of Williams the Third Party Plaintiff. Michael-destry the Beneficiary is occupying the Office of Executor since 26th day of June 2013 and is a Colorado and a The United States of America citizen of record (non statutory, non FEDERAL Citizen) with Publicly declared Sacramental records, Birth records in the Scriptures, Declarations, Apostile, Oath taken, picture identification of Proof of Life as a Living Man. Thus, I am indigent and being denied access to a true Law Library, hindering access to any and all Lawful Courts of Record of the People With a Lawful Seal of Office, of the Judicial Branch of Government, by the officers, agents of and the Statutory Court System known as THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO(sic) subsidiaries of the Department of Justice of their Executive Branch of Government.

The First Party Plaintiff, Second Party Defendants and the Third Party Defendants hereinafter known as the Charging Party, has served a Statutory Commercial Presentment claim, case # 1:12 cr 00140 CMA to the Beneficiary Michael-destry Family of Williams in the name of the Trust known as MICHAEL DESTRY WILLIAMS © instead of the Trustees of said Trust and without any benefit for or to the Beneficiary.

The Charging Party has arrested, kidnapped and is holding in their custody, jail, prison the Beneficiary Michael-destry Family of Williams as Surety for the First Party Defendant the Trust known as MICHAEL DESTRY WILLIAMS ©.  Through their Statutory Commercial Presentment under Color of Law, without the consent, agreement or voluntary participation of the Beneficiary or the Office of Executor and failing to provide or prove personam and subject matter jurisdiction or a lawful contractual obligation between the alleged parties.

Michael-destry the Beneficiary moved into the Office of Executor on the 26th day of June 2013,  on behalf of the First Party Defendant the Trust known as MICHAEL DESTRY WILLIAMS ©, to verify and settle the alleged Statutory Commercial Presentment of the Charging Party, thus, without any avail or response to the Office of Executor to date by the Charging Party.

Enclosed please find Correspondence, Notice served upon  the statutory court THE UNITED STATES DISTRICT COURT OF THE DISTRUCT OF COLORADO

Affidavit dated 13th day of August 2013, notarized the 20th day of August 2013, with four exhibits,  " A" - request of change of venue to a court of competent jurisdiction, "B" – letter of settlement request to the Charging Party from the Office of Executor, "C" – Arrest Warrant of all stocks, bonds assets, etc., of the Charging Party from the Office of Executor,  with UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO's stamp of receipt with Exhibit "D" copy of correspondence sent to the Beneficiary form the Charging Party instead of to the Trustee of the Trust known as MICHAEL DESTRY WILLIAMS.

Hand written Order from the Office of Executor dated and notarized the 1st day of November 2013 and a Proof of Service dated and notarized 1st day of November 2013 mailed through, noticed by Mr. Gutierrez GEO facility case manager using U. S. Postal Service on the 1st day of November 2013.

Affidavit and Proof of service dated 1st day of November 2013, notarized the 8th day of November 2013 through notary Mr. Gutierrez along with a copy of a hand delivered envelope by the Office of Executor to addressee Judge Arguello, a settlement offer, showing refusal of service by the addressee on the 31st day of October 2013 and 4th day of November 2013.

Affidavit dated 17 day of November 2013 notarized on the 26th day of November 2013

Complaint, Notice and Request of Asylum to the Clerk of Court room 224 dated 19th of November 2013, Notarized the 22nd day of November 2013 with Proof of service 30th day of November 2013. Sent on the 6th of December signed by the Executor, Michael-destry Family of Williams, Beneficiary Paul-Ernest House of Sellers, and Richard-Wayne Family of Franklin with affidavit from each with a grievance from Michael-destry dated the 6th day of December taken by Lt. Knight on the 8th of December through GEO Group Inc. Detention Center.


## Request


1.

Pray and request Transfer Of Venue of the Statutory Commercial Presentment to the jurisdiction of the Colorado Probate Court of Record on the grounds that the First Party Defendant is a Trust known as

MICHAEL DESTRY WILLIAMS © and the Third Party Plaintive is the Beneficiary Michael-destry

being held as Surety, without his consent and or willing participation and or personam or subject matter

jurisdiction or receiving any benefit from the Statutory Commercial Presentment on his behalf.


2.

Proof of Life Hearing to recognize that Michael-destry Family of Williams is alive and is the Beneficiary

of the Trust known as MICHAEL DESTRY WILLIAMS © the alleged First Party Defendant, thus,

Michael-destry is claiming Title of the Trust praying and requesting full accounting, closure and

distribution of the Trust to the Lawful Beneficiary.


3.

A Show Cause Hearing to allow the Charging Party, it's officers and agents to Prove Up their claims,

Statutory Commercial Presentment # 1:12 cr 00140 CMA, upon the First Party Defendant, the Trust

known as MICHAEL DESTRY WILLIAMS ©, showing the alleged benefit to or for the Beneficiary.

Thus, to providing findings of Fact and Conclusions of Law why they, Charging Party are incarcerating,

jailing and holding as Surety the Beneficiary Michael-destry Family of Williams and the Office of

Executor in their custody.  Including why they are trespassing on God Given Rights which include but not

limited to the Beneficiaries International Right of Self Determination and Universal Declaration of

Human Rights.  Thus, providing Findings of Fact and Conclusions of Law of the Charging Parties  Right,

Authority, Agreement, Contractual obligation or personam or subject matter jurisdiction.  If not provided

praying that  relief can be granted each and severally per the public Fee schedule as noticed on the

Affidavit dated 13th day of August 2013, notarized the 20th day of August 2013, with four exhibits "A, B,

C" to the  UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO's stamp of

receipt with Exhibit "D", for each  injury, trespass and or violation as set forth if not listed on the public

fee schedule as 1 million Silver Species of  1 o/z  .999 pure silver per injury, trespass or violation.

Encompassing any previous notice or billed trespasses, injuries or violations that has been noticed and or billed.  But will agree to compromise and have no desire to harm.

4.

Michael-destry Family of Williams the Beneficiary , holding the Office of Executor, pray and request Asylum within the jurisdiction of the Court of Record of the Colorado Probate Court and to be released as Surety and removed from the Charging Party Statutory incarceration of private authority under Color of Law, thus, freed back into the public with Lawful Travel Documents.

*17th December 2013*

By: *Michael- destry Executor*

Michael-destry:  Executor
of the Office of Executor of the Trust known as
MICHAEL DESTRY WILLIAMS©
On Behalf of
Trust known as MICHAEL DESTRY WILLIAMS ©
Family of Williams
Beneficiary Michael-destry Family of Williams
Colorado citizen and The United States of America citizen

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

To: Clerk of Court – Room 224

And of Claims – Court of Record (Non Statutory)

And of Appeal – Court of Record (Non Statutory)

And of Probate – Court of Record (Non Statutory)

1437 Bannock Street

Denver, Colorado [80202]

Date 19 day of November 2013

Dear Clerks

We are being held by a statutory court without agreement or contractual obligation between parties and without our consent or participation, thus, being expressly denied access to a true Court of Record of Competent Jurisdiction under a lawful Seal of Office. If you have the authority to accept our request for asylum within your jurisdiction or a request for a Change of Venue or now that you have been noticed of a injury, trespass, thus, have the authority to make a claim against the statutory court holding us unlawfully under Color of Law, this is our request to move upon said requests to act upon with are full authority.

The statutory claims being allegedly made are:

1:12 cr 00140 CMA alleged defendant the Trust Known as MICHAEL DESTRY WILLIAMS tagged with Federal Bureau of Prisons # 39714-013.  Being held as surety, Beneficiary Michael-destry Family of Williams.

1:13 cr 00140 CMA alleged defendant the Trust Known as PAUL ERNEST SELLORS tagged with Federal Bureau of Prisons # 16941-041.  Being held as surety,  Beneficiary Paul-Ernest of the House of Sellors.

1:11 cr 00235 WYD alleged defendant the Trust Known as RICHARD WAYNE FRANKLIN aka RICHARD FRANKLIN tagged with Federal Bureau of Prisons # 37724 - 013.  Being held as surety, Beneficiary Richard-Wayne Family of Franklin.

If you do not posses that authority for the requests, then we ask that you provide for us the proper lawful names, filing instructions, jurisdiction of the true Colorado Probate Court of Record, (non

statutory); the true Court of Claims of Record, (non statutory); true Court of Appeals of Record (non statutory);  and or all true Courts of Record with a lawful Seal of Office.

Thank you for your consideration and attention.

ReturnMailing address below

*Michael-destry Family of Williams*

Michael-destry Family of Williams
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o - Geo Group Inc. Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010
Colorado citzen with Proof of Life

*Paul Ernest (the House) Sellors*

Paul-Ernest of the House of Sellors
General Post
C/o Eastside Postal Station
Minneapolis, Minnesota
C/o - Geo Group Inc. Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010
Colorado citzen with Proof of Life

Richard-Wayne Family of Franklin
General Post
Montebello Postal Station
Denver, Colorado
C/o - Geo Group Inc. Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010
Colorado citzen with Proof of Life

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN 14, 2017

11-22-13

COUNTY OF: ADAMS

# Proof of Service

29th day of November, 2013

Enclosed:       Clerk of the Court of the Court of Record at 1437 Bannock Street, Denver, Colorado 80202
                Notice, Complaint, Request all in Common Law of a Court of Record with a lawful Seal of
                Office to the Public

                Affidavit dated 17th day of November, 2013, notarized 26th day of November,2013, by Michael-
                destry Family of Williams being held as Surety, incarcerated, without consent for the Trust
                known as MICHAEL DESTRY WILLIAMS © by false pretence and tagging by the statutory
                court system.

                And

                Affidavit dated and notarized 26th day of November, 2013, by Paul Ernest of the House of
                Sellors being held as Surety, incarcerated, without consent for the Trust known as PAUL
                ERNEST SELLORS under false pretence and tagging by the statutory court system.

                And

                Affidavit dated 25th day of November, 2013, notarized 27th day of November, 2013, by Richard-
                Wayne Family of Franklin being held as Surety, incarcerated, without consent for the Trust
                known as RICHARD WAYNE FRANKLIN aka RICHARD FRANKLIN under false pretence
                and tagging by the statutory court system.

From:           The Office of Executor of the Trust known as
                MICHAEL DESTRY WILLIAMS, aka Mr. Williams ©
                RR 1 St. Charles Mesa
                Pueblo, Colorado
                c/o
                GEO Corporation
                3130 N. Oakland Street
                Aurora, Colorado [80010]

                The Beneficiary of the Trust known as
                PAUL ERNEST SELLORS
                General Post, Eastside Postal Station
                Minneapolis, Minnesota
                c/o
                GEO Corporation

3130 N. Oakland Street
Aurora, Colorado [80010]

The Beneficiary of the Trust known as
RICHARD WAYNE FRANKLIN
General Post, Montbello Postal Station
Denver, Colorado
c/o
GEO Corporation
3130 N. Oakland Street
Aurora, Colorado [80010]

To:     The Public at Large, and
        THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (sic) and
        acting judges Christine M. Arguello and Wiley Y. Daniel.

Mailed Through the U.S. Postal Service on _18th_ day of _December_, 2013

By: _Michael-destry: Executor_
        Michael-destry: Executor of the Trust known as
MICHAEL DESTRY WILLIAMS aka Mr. Williams ©
        On behalf of Beneficiary and living Man
        Michael-destry Family of Williams
        Colorado citizen
        The United States of America citizen

_Paul Ernest Beneficiary_
Paul Ernest: Beneficiary of the Trust known as
PAUL ERNEST SELLORS
On behalf of the Beneficiary and living Man
Paul Ernest of the House of Sellors
Minnesota citizen

_Richard Wayne Beneficiary_
Richard Wayne: Beneficiary of the Trust known as
RICHARD WAYNE FRANKLIN aka
RICHARD FRANKLIN
On behalf of the Beneficiary and living Man
Richard-Wayne Family of Franklin
Colorado citizen

To: Clerk of Court – Room 224

And of Claims – Court of Record (Non Statutory)

And of Appeal – Court of Record (Non Statutory)

And of Probate – Court of Record (Non Statutory)

1437 Bannock Street

Denver, Colorado [80202]

Date 19 day of November 2013

Dear Clerks

We are being held by a statutory court without agreement or contractual obligation between parties and without our consent or participation, thus, being expressly denied access to a true Court of Record of Competent Jurisdiction under a lawful Seal of Office. If you have the authority to accept our request for asylum within your jurisdiction or a request for a Change of Venue or now that you have been noticed of a injury, trespass, thus, have the authority to make a claim against the statutory court holding us unlawfully under Color of Law, this is our request to move upon said requests to act upon with are full authority.

The statutory claims being allegedly made are:

1:12 cr 00140 CMA alleged defendant the Trust Known as MICHAEL DESTRY WILLIAMS tagged with Federal Bureau of Prisons # 39714-013.  Being held as surety, Beneficiary Michael-destry Family of Williams.

1:13 cr 00140 CMA alleged defendant the Trust Known as PAUL ERNEST SELLORS tagged with Federal Bureau of Prisons # 16941-041.  Being held as surety,  Beneficiary Paul-Ernest of the House of Sellors.

1:11 cr 00235 WYD alleged defendant the Trust Known as RICHARD WAYNE FRANKLIN aka RICHARD FRANKLIN tagged with Federal Bureau of Prisons # 37724 - 013.  Being held as surety, Beneficiary Richard-Wayne Family of Franklin.

If you do not posses that authority for the requests, then we ask that you provide for us the proper lawful names, filing instructions, jurisdiction of the true Colorado Probate Court of Record, (non

statutory); the true Court of Claims of Record, (non statutory); true Court of Appeals of Record (non statutory);  and or all true Courts of Record with a lawful Seal of Office.

Thank you for your consideration and attention.

ReturnMailing address below

*Michael-destry Family of Williams*

Michael-destry Family of Williams
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o - Geo Group Inc. Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010
<u>Colorado</u> citzen with Proof of Life

*Paul Ernest of the House of Sellors*

Paul-Ernest of the House of Sellors
General Post
C/o Eastside Postal Station
Minneapolis, Minnesota
C/o - Geo Group Inc. Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010
<u>Colorado</u> citzen with Proof of Life

Richard-Wayne Family of Franklin
General Post
Montebello Postal Station
Denver, Colorado
C/o - Geo Group Inc. Aurora Detention Center
3130 N. Oakland Street
Aurora, Colorado 80010
<u>Colorado</u> citzen with Proof of Life

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN 14, 2017

11-22-13

COUNTY OF: ADAMS

**Page 2 of 2**
**Letter Clerk of Courts**

# Affidavit

17 day of November 2013

I Michael-destry Family of Williams having Proof of Life through Baptism after the age of reason by Reverend Clint Perry at Central Christian Church in Pueblo, Colorado and was baptized by Reverend Anthony Berteska in the St. Patrick's Catholic Church in Pueblo, Colorado and served as an altar boy in Roman Catholic Church known as Christ the King Church in Pueblo Colorado.

Once again, I am announcing my Immortal Living Spirit returned to the light here on Earth. Acknowledgement through Birth Record, in the Scriptures, Public Declarations, Apostile, Oath, and Picture Identification of Proof of Life as the living man.

I am a citizen of <u>Colorado</u> and <u>The United States of America</u> and I am permanently disabled, allergic to processes foods and pharmaceuticals drugs with mercury poison and infection from head to chest.

I am being denied access to a Common Law Court of Record of the Judicial Branch of Government from the Executive branch of Governments Department of Justice Statutory Court System and or Entities known as UNITED STATES OF AMERICA, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, UNITED STATES MARSHAL SERVICE and their subsidiaries entities, including their officers and agents, hereinafter known as Statutory Court, of said Statutory Entities. The Statutory Court's claim, commercial presentment number 1:12-cr-00140-CMA, based in private Codes and Statutes under Color of Law against the Trust known as MICHAEL DESTRY WILLIAMS© without providing, establishing or proving, any agreement or contractual obligation exists between the alleged disputed parties and or without providing any benefit to or for the Beneficiary Michael-destry.

Also, the Statutory Court system is holding, in their custody, jail, prison the Beneficiary (Michael-destry) of the above mentioned Trust/ alleged Defendant as Surety for payment of their commercial presentment without his consent or willing participation and or any contractual obligation between parties.

I have also noticed and requested that the Statutory Court, UNITED STATES OF AMERICA, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, UNITED STATES MARSHAL SERVICE and their subsidiaries entities, including their officers and agents to provide their Seal of Office, Letter of Acceptance of Office, Oath and Bond. None have been provided or produced to date.

Noticing into the Public again, to have the Statutory Commercial dispute, transferred to a Common Law Court of Record under a Seal of Office of a Competent Jurisdiction to have a Show Cause Hearing. Thus, so that the alleged disputed parties may Prove Up their claim any and all Lawful Agreements, Contractual Obligations, Jurisdiction, Authority, right or release the claim - statutory commercial presentment. Thus; releasing the living man, Beneficiary, Michael-destry from their statutory custody, jail and or prison since no contractual obligation exists.

*Michael-destry Family of Williams*

Michael-destry Family of Williams
Beneficiary of the Trust known as
MICHAEL DESTRY WILLIAMS ©
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o Geo Group Inc
3130 N. Oakland Street
Aurora, Colorado 80010
citizen of <u>Colorado</u> and <u>The United States of America</u>

11-26-13

County of ADAMS

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

# AFFIDAVIT

## Of

### Paul-Ernest of the House of Sellors

General Post
Eastside Postal Station
Minneapolis, Minnesota
c/o GEO Corporation
3130 N. Oakland Street
Aurora, Colorado [80010]
Also
c/o P.O. Box 18532
Minneapolis, Minnesota [55418]

Re: Trust known as PAUL ERNEST SELLORS

Paul-Ernest, the immortal living spirit within Paul-Ernest of the House of Sellors, having sacramental records and proof of life through declarations, oaths and birth records, being Beneficiary of the Trust known as PAUL ERNEST SELLORS, comes as a Minnesota citizen of record, not statutory, never having made an Oath of Citizenship to, nor having been an employee or officer of the entity United States or UNITED STATES or UNITED STATES OF AMERICA.

On May 15, 2013, Paul-Ernest was violently kidnapped by entities known as UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA and UNITED STATES MARSHAL SERVICE (USMS) for the statutory commercial claim 13-cr-00140-CMA, forced to wear an animal tracking collar, tagged with USMS and BUREAU OF PRISONS tracking identifier 16941-041, forced to travel from the land of Minnesota to the foreign land of Colorado, and finally imprisoned as surety for the Trust following a judgment by agents of the above named Petty Offense Court: Judge Christine M. Arguello and Attorneys John Walsh, David B. Barlow (Utah) and John W. Huber (Utah) with witnesses and jury carefully selected by the agents all under color of law.

At no time has the Beneficiary, Paul-Ernest, sui juris, volunteered, consented or given permission to become surety for the Trust, also referred to as the Defendant in the statutory commercial claim which was all under false pretenses without contract under color of law and any and all signatures regarding this matter are rescinded nunc pro tunc.

Page 1 of 2

The Beneficiary is seeking asylum in a Court of Record, not a statutory court, from imprisonment in GEO Corporation Aurora jail where he is being held in clear violation of basic human rights according to the Universal Declaration of Human Rights of 10 December 1948.

By: *Paul Ernest Beneficiary*

Paul-Ernest Beneficiary
On behalf of the Trust known as
PAUL ERNEST SELLORS
And the Beneficiary Paul-Ernest
And on behalf of the living man
Paul-Ernest of the House of Sellors
A Minnesota state citizen

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN 14, 2017

11-22-13

COUNTY OF ADAMS

Page 2 of 2

**Affidavit**

I, Richard-Wayne Family of Franklin, the living man, a Colorado citizen of Record, affirming Life through Baptism at New Hope Baptist Church, on the corner of 23rd Avenue and Ogden Street in Denver, Colorado, in the Name of the Father, and of the Son, and of the Holy Spirit, Amen, after the Age of Reason, on 5 March 1977.

I further affirm that I am a continuing victim of Human Rights violations by my imprisonment as Surety for the Trust known as RICHARD WAYNE FRANKLIN, a.k.a., RICHARD FRANKLIN, which is the alleged Defendant in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO action numbered 1:11-cr-00235-WYD, which is a Statutory Commercial Presentment, under Color of Law.

The corporate entities including UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, UNITED STATES OF AMERICA, and UNITED STATES MARSHAL SERVICE operating under the DEPARTMENT OF JUSTICE, a department under the executive branch of the federal government and preventing the Beneficiary of the Trust from accessing the true Court of Record, lawful courts operating under the Judicial branch of government, thus I am demanding access to the true Courts of Record.

I have also been tagged with the Federal Bureau of Prisons number 37724-013. Through the aforementioned commercial presentment, threats, duress, coercion, and harassment, by the Plaintiff, the entity known as UNITED STATES OF AMERICA and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, violating several Articles of the United Nations Universal Declaration of Human Rights, thus God given Rights, adopted 10 December, 1948 of which the United States is a

charter member, by denying me access to a Court of Record of competent jurisdiction, not Statutory. Instead, through the entity knows as UNITED STATES MARSHAL SERVICE, and its agents, transporting me, under restraints, exclusively to the aforementioned "DISTRICT COURT' where I can not lawfully resolve this commercial dispute.

Your affiant is the Beneficiary of the aforementioned Trust, and I have at no time, since the Age of Majority, agreed, consented, or contracted, knowingly or unwittingly to become Surety for the said Trust.

Finally, also under Color of Law, through the willful use of an invalidly enacted, Statue at Large, Title 18 of the United States Code, Public Law 80-772, Act of 25 June, 1948, Chapter 645, 62 Stat. 683 et seq, all of the aforementioned entities, officers, and agents continue to violate Human Rights and are all Fired back to the Age of Majority and ensuing.

Dated this Monday, 25 November, 2013

Richard Wayne Family of Franklin
General Post Montbello Station
Denver, Colorado
C/O
GEO Group, Inc
Aurora Dentention Center
3130 N. Oakland Street
Aurora, CO [80010]
A Colorado citizen

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

County of Adams
11/27/2013

GEC. Group Inc.
Aurora Detention Center
3120 N Oakland Street / Aurora Colorado [80011]

# DETAINEE GRIEVANCE FORM

Alleged CASE # 1:12 cr 00140 CMA — Commercial Presentment

Trust
MICHAEL DESTRY WILLIAMS©
tagged with [39714-013]

Beneficiary
Michael-destry
Family of Williams                          C-3 #105

**Detainee ID Number**        **Detainee Name (Nombre de Detenido)**        **Dorm (Dormitorio)**

by Michael-destry: Executor with and on Behalf
Michael-destry Family of Williams

6th day of December 2013

**Detainee Signature (Firma)**                     **Date Grievance is Written**

_____        _____

**Grievance Coordinator Signature**                **Date Grievance is Received**

**Statement of Grievance:** Being denied access to a Common Law court of Record of the Judicial Branch of Government with a Public Seal of Office which are Colorado Probate Court, United States District Court, United States Claims Court and/or United States Court of Appeals by a Statutory Court — UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO under the Department of Justice Part of the Executive Branch of Government. Naming a Trust MICHAEL DESTRY WILLIAMS© as the defendant, holding the Beneficiary Michael-destry as Surety and incarcerating him without his consent or willing participation agreement or a contractual obligation between the alleged parties.

**Relief Sought:** Transfer of venue of the commercial presentment to any Common Law Court of Record of the Judicial Branch of Government with a Public Seal of Office, thus releasing the Beneficiary Michael-destry held as surety in the statutory custody of the Executive Branch of Government of the Department of Justice, in to the Public and/or his mother Esther-Jean: Williams on or by

**Grievance Findings:** _____

_____

_____

_____

_____

_____

**Department Head Signature/Date:** _____

**Reviewed By/Date:** _____
          **Assistant Facility Administrator**

**Reviewed By/Date:** _____
          **Facility Administrator**

Attn: Warden          GEO Group inc.
Johnney Choate        Aurora Detention Center
                      3130 N. Oakland Street
                      Aurora, Colorado [80010]

# DETAINEE GRIEVANCE FORM

Trust        Alleged CASE # 1:12 00140 CMA   Commercial Presentment
MICHAEL DESTRY WILLIAMS        Beneficiary
tagged          Michael-destry
with    [39714-013]            Family of Williams          C-3 # 105
**Detainee ID Number**     **Detainee Name (Nombre de Detenido)**   **Dorm (Dormitorio)** Taken on

Michael-destry                        (2-5-13                    Dated by LT
**Detainee Signature (Firma)**            **Date Grievance is Written**

                                      Major Dav.3 came to talk
                                      about the Grievance 4:45PM Same Day
**Grievance Coordinator Signature**        **Date Grievance is Received**

Second Grievance request, First was dated 15th of November 2013
and received the same day

**Statement of Grievance:** I am being denied a det of Natural Food
that meets the five basic food groups (without processes food in th chemicals
add) that is required to sustain a human body with proper nutrients
Plus the quantity of food has been reduced by half that it being served.
I am always Hungry and my body is again in stress do to the food served.
I entered your facility at 185 pounds per your records, and now I am under
160 pounds and still loosing weight Again I am having problems with
stomach, bowels gastral pain and gas with stool problems and bleeding.
I have informed the Lt guards and Kitchen with no avail.
request have Been Logged in your records

**Relief Sought:** A Menu for the kitchen of a non processed no chemicals
natural food plate that meets the five basic food groups that is
required to sustain a human body, which includes quality and
quantity of food Like the menu that was set up for the
kitchen staff by your previous kitchen Supervisor Mr. Bokar
                                   Please

**Grievance Findings:** _____
_____
_____
_____
_____
_____
_____

**Department Head Signature/Date:** _____

**Reviewed By/Date:** _____
           Assistant Facility Administrator

**Reviewed By/Date:** _____
           Facility Administrator

ATW: Assitance Warden Ms. Beda   Hand Written Copy
or Warden Johns Choate

# DETAINEE GRIEVANCE FORM
## CASE # _____

Michael-desty
_Family of Williams_        C-3 #.105
**Detainee ID Number**   **Detainee Name (Nombre de Detenido)**   **Dorm (Dormitorio)**

Michael-desty Family of Williams      15th day November 2013
**Detainee Signature (Firma)**        **Date Grievance is Written**

Lt McCown                             18 day november 2013
**Grievance Coordinator Signature**   **Date Grievance is Received**

**Statement of Grievance:** I am highly allergic to Margarine which is a processed food, one molecule from plastic, thus is a plastic that has been exposed in the public as such. The new kitchen supervisor or kitchen staff are using Margarine in and on the food being served to the inmates. Margarine was not used by the previous kitchen Supervisor Mr. Baker as explained to me in person. He was aware margarine is a chemical and not part of a food group and causes allergic reaction in human beings and is a health risk.

**Relief Sought:** A return to a natural base food diet without Margarine or other processed foods or chemicals. ~~being fed and served~~ that does not meet the basic nutritional food requirement of the basic food groups.
Thank You

**Grievance Findings:** _____
_____
_____
_____
_____

**Department Head Signature/Date:** Lt McCown  McCown

**Reviewed By/Date:** _____
**Assistant Facility Administrator**

**Reviewed By/Date:** _____
**Facility Administrator**

Attn: Warden Johnney Choate

## DETAINEE GRIEVANCE FORM
### CASE # _____

N/A
**Detainee ID Number**

Michael-destry: Family g Wilkins ~~Executor~~
**Detainee Name (Nombre de Detenido)**

C-3
**Dorm (Dormitorio)**

Michael-destry: Executor
**Detainee Signature (Firma)**

1st of August 2013
**Date Grievance is Written**

**Grievance Coordinator Signature**

**Date Grievance is Received**

**Statement of Grievance:** Second written request for non process
Food. First ~~Request~~ written request on 20th July 2013. First
verbal request made on 26th June 2013 and every day since.
There has been a miss understanding of the Health requirement
of food. that is not processed. Changed from its (food)
Original state. Food that is processed does not meet
the nutritional requirements of a human Bodies needs.
I am allergic to all processed food that include
chicken, beef meats, veutables, milk, cheese eggs, Bread.
corn, wheat, soy and refind sugar that has been altered from its
original state.

**Relief Sought:**
I request non processed food then Natural food.
Boiled eggs, apples, Bananas, Oranges, Cellary, Carrots
Sides Pinto Beans, Onions, Bellpeppes, shredded turkey or
chicken Salds.

**Grievance Findings:** #1 thus I have the shakes, Dietary issues
now and Blood in my stool.                    Bowds

Taken by Gutierez

**Department Head Signature/Date:** _____

**Reviewed By/Date:** _____
            **Assistant Facility Administrator**

**Reviewed By/Date:** _____
            **Facility Administrator**

# DETAINEE GRIEVANCE FORM
## CASE # _____

**N/A**
Detainee ID Number

**Michael-destry: executr**
Detainee Name (Nombre de Detenido)

**C-3**
Dorm (Dormitorio)

**Michael-destry: Exector**
Detainee Signature (Firma)

**20th July, 2019**
Date Grievance is Written

_____
Grievance Coordinator Signature

_____
Date Grievance is Received

**Statement of Grievance:** I Michael-destry Family of Williams Beneficiary of the trust Known as MICHAEL DESTRY WILLIAMS has moved into the office of Executor. I am permenatly disabled 6 Surgeries 2 are Back and I have Mercury poisening + infection of Chest to head. 7 years ago the Licensed Medical Comainity sent me home Stateing I was sick and they Could not cure me. I was 240 pounds and hoarder'ng on diabetic. I was instructed by a few Licensed Medical Indiv'duals to prefore with Natural med's + Food They were correct Thus I can no longer be on any to all prescribed Foods + Medicin

**Relief Sought:** I request Natural food + Medicine be provided to me. I have made this information available from your Medical staff to here. Recrws with us over.

**Grievance Findings:**
_____
_____
_____
_____

**Department Head Signature/Date:** _____

**Reviewed By/Date:** _____
Assistant Facility Administrator

**Reviewed By/Date:** _____
Facility Administrator

Lt Takapris (sp)

Rt. Rev. Robert J. O'Neil
Bishop of Colorado
Episcopal Diocese of Colorado
1300 Washington Street
Denver, CO 80203

Rt. Rev. Brian N. Prior
Bishop of Minnesota
Episcopal Church of Minnesota
1730 Clifton Place
Minneapolis, MN 55403

Most Rev. Samuel J. Aquila
Archbishop of Denver
Archdiocese of Denver
1300 S. Steele Street
Denver, CO 80210

Most Rev. John C. Nienstedt, S.T.D.
Archbishop of Saint Paul & Minneapolis
Archdiocese of Saint Paul & Minneapolis
226 Summit Ave
Saint Paul, MN 55102

25 November, 2013

Greetings Brother in Christ,

We are who we say we are, affirmed:

I, Paul Ernest, the immortal living spirit within Paul Ernest of the House of Sellors, Baptized in the Church of Saint Alice in Fort Worth, Texas, Confirmed in the Church of Saint Ignatius in Winnipeg, Canada, and now a faithful parishioner of the Church of Saint Charles Borromeo in Saint Anthony, Minnesota, and Beneficiary of the Trust known as PAUL ERNEST SELLORS, announcing my return from the desert of the world and now standing at the gateway into the Garden here on Earth.  I, the living man, is being held as Surety by the Statutory System Commercial Presentment numbered 1:13-cr-00140-CMA and I have been tagged with the Federal Bureau of Prisons Number 16941-041.

I, Michael-destry Family of Williams, the beneficiary of the Trust known as MICHAEL DESTRY WILLIAMS ©, having Proof of Life through Baptismal after the age of reason by Reverend Clint Perry at Central Christian Church in Pueblo Colorado and Baptized in the Roman Catholic Church known as Christ the King Church Pueblo, Colorado and served as an Altar boy in said church.  Once again announcing my Immortal Living Spirit returned to the light on Earth.  Acknowledgment by Birth recorded in the Scriptures, Public Declarations, Apostle, Oath, and picture identification of Proof of Life as the Living Man.  The Beneficiary, being held as Surety, by the Statutory System Commercial Presentment number 1:12-cr-00140-CMA by the entity the UNITED STATEST DISTRICT COURT FOR THE DISTRICT OF COLORADO and have been tagged with Federal Bureau of Prisons Number 39714-013.

I, Richard Wayne Family of Franklin, the immortal living spirit, the Beneficiary of the Trust known as RICHARD WAYNE FRANKLIN, has been baptized in the Name of the Father, and of the Son, and the Holy Spirit, Amen, at New Hope Baptist Church, by Rev. James T. Pruitt, on Sunday 5 March 1977 in Denver, Colorado; after the Age of Reason. I am announcing my return from the desert of the world and, now standing as a Living Man of at the gateway into the Garden here on Earth. I, the Living Man, am being held as Surety by the Statutory System Commercial Presentment number 1:11-cr-00235-WYD, under the Federal Bureau of Prisons tag/tracking number 37724-013.

There are any number of like-minded souls on the same journey, returning to the light, who have recently by divine intervention, been drawn together in a particular direction by faith and deed.

Utilizing Holy Scripture, books on the laws of England, estates and property, commercial, Roman Rite and Episcopal Canon, and many other books for the various forms of law, histories of the Church, ancient civil societies, cartoons and movies, we search for signs that lead to a new reality.

Our findings lead us to the door of the Episcopal Church and its unique position as the ordained civil authority within the Realms of England to administer equity and justice via the court of Chancery, it being one of the four superior courts of English Law, as the court of Equity.

Would it surprise you to know that God's children are subjected to false accusations by those practicing protestant legalism, simulating a legal process by the use of Judeo-Christian beliefs?

Yes, as you read this, somewhere not far away another falsely accused human being is standing before a black-robbed priest who has assumed the role of "Judge" (no lawful commission). The result will be the confiscation of property, lands and spirit, false imprisonment, torture and torment. One way or another God's children will be martyred at the alter of the false accuser.

Many claiming authority have only assumed the office as usurpers. They do not have valid oaths, commissions, or acceptance of offices properly recorded. This includes not only the court officers, but supposed State, County, Local government officers, policing authorities and attorneys, and Codes and Statutes. The common law and the constitutional offices of the State are being vacated and usurped.

While I am not sure to which Christian denomination these false accusers and co-conspirators profess to belong, they are certainly not the civil authority of a Christian nation. They run by way of commercial presentments, under color of law, or by way of the Jew, not the Christian, for they do not require the accuser to swear or affirm to his complaint nor take an oath, nor provide testimony, nor valid evidence as proof.

The Plaintiff is a fictitious entity, as is the Defendant, a Trust, holding the Beneficiary of said Trust as Surety, without consent. This in itself is contempt of court. Errors and omissions on court documents are blindly overlooked. There are no judicial seals, nor proper notices, nor is proper court procedure followed, except one, i.e., the use of secret signs. According to the Talmud, in the court of the Jew a gentile can be legally cheated.

This is how the "COURTS" of the assumed Statutory Court System, under the executive branch of government, by and through the Department of Justice and or Corporate STATES' Courts operate. All are Statutory courts not Courts of Record. They are not lawful tribunals. They use deceit, threat, coercion and duress to get "consent" to their arbitrator's ("judge") decision that can then be lawfully enforced by the civil law.

**Page 2 of 4**
**Letter for**
**Bishops**

These "COURTS", not of record but Codes and Statutes, were made part of the contracts, including the Magna Carta, which the Kings of England entered into. These ancient contracts form the basis of English Common Law, the Law of the Land. One of the requirements of these contracts was that if a Christian had a complaint against a Jew, it had to be laid before one of the King's Officers.

These officers of the King have been concealed from us, but should be known to you as you are one of them. There may already be king's officers within the STATE COURT SYSTEM charged with keeping the king's peace, such as a Justice of the Peace, Royal Coroner and clerics, but they are concealed.

It is why there are two separate and distinct jurisdictions here in America, being the Republic under God, the Church, and that of the GODLESS STATE. The Church represents Christ's grace, justice and equity. The STATE represents, commercial presentments, Codes and Statutes—Civil Law.

The Episcopal Church represents the civil authority of England in America. The STATE is granted its authority by the Church. The State's offices of record have been usurped, and it is the duty of the Church to take superintending control via the Court of Chancery and its Writs under the Great Seal.

These topics could be and should be discussed for hours, but our reason for contacting you today is quite simple. We believe that we the faithful have been granted an ecclesiastic office by baptism and confirmation. However, to claim this office we must be domiciled in Rome (church), not a resident of the STATE OF MINNESOTA or the STATE OF COLORADO, etc.

Our residence in Rome is established by attaining the status of "Communicant in Good Standing" as defined in the Episcopal Diocese of Minnesota, or Diocese of Colorado, Canon 501.1, wherein we record our sacramental records with the Episcopal Church. This would be public notice of our faith, proof of life, and choice of jurisdictions in which we wish to abide.

When the faithful are baptized, they are adopted by the Heavenly Father as one of His children. As the bishop of Rome has no jurisdiction in the Realms of England, our desire to claim our office must come through a Diocese under the See of Canterbury.

Therefore it is our desire to record our sacramental records with the Episcopal Church in accordance with Canon 501 of your Diocese Canon Law, as defined under Communicant in Good Standing, and petition for an inquest of office and thus Proof of Life. We wish to participate in the Liturgy within the One, Holy, Catholic and Apostolic Church.

We are attempting to collect certificates of our sacramental records for recordation with the Episcopal Church. We believe this is done through a local parish, but we are sure they will be unaware such a thing is possible. We ask your intercession on our behalf with the local parish secretary informing them to register our sacramental records as required by Canon.

When you have time we would truly appreciate an opportunity to speak with you. We spend most waking hours studying, contemplating, and looking for signs of the Kingdom of Heaven here on Earth. It is here, right here, if and when we make it so.

We are requesting your intervention upon the commercial presentments that have been placed upon us under Color of Law, by the CORPORATE STATES COURTS, kidnapping and holding us as Surety for

the Entities/Trusts without any agreements, contractual obligations thereof between parties.  Thus we ask for asylum within your jurisdiction to be released from their prisons/jails, being falsely accused.

Please find, enclosed, Paul Ernest's, Michael-destry's, and Richard Wayne's Proof of Life documents.

Your brothers in Christ,

Paul Ernest of the House of Sellors
General Post Eastside Postal Station
Minneapolis, Minnesota
Within the diocese of Minnesota
C/O
GEO Group, Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, CO [80010]
Colorado citzen with Proof of Life

Michael-destry Family of Williams
Rural Route 1 Saint Charles Mesa
Pueblo, Colorado
Within the diocese of Colorado
C/O
GEO Group, Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, CO [80010]
Colorado citzen with Proof of Life

Richard Wayne Family of Franklin
General Post Montbello Station
Denver, Colorado
Within the diocese of Colorado
C/O
GEO Group, Inc.
Aurora Detention Center
3130 N. Oakland Street
Aurora, CO [80010]
Colorado citzen with Proof of Life

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

County of Adams
11-27-13

Page 4 of 4
Letter for
Bishops

# Affidavit

From the office of Executor
Of the Trust known as MICHAEL DESTRY WILLIAMS
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o GEO Corporation
3130 N. Oakland Street
Aurora, Colorado [80010]

Date: 13ᵗʰ of August 201

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO # 1:12-cr 00140-CMA operated by Christie M. Arguello, and any officers, acting public servants, Trustees, Principals and or agents, have been fired Nunc Pro Tunc and ensuring. They do not have authority, permission, lawful contract and or agreements to represent or act on behalf of said Trust, Beneficiary and or living man Michael-destry and or to proceed under any and all legal or lawful fiduciary relationships including, but not limited too the above mentioned Commercial Presentment under Color of Law.  All agreements must be in lawful contract form with full discloser of all facts, parties, jurisdiction and procedures through Lawful Process of Service to the correct party.

At no time has Attorney Martha H. Eskesen been hired from this office to act as Counsel of Record of the Petty Offense Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO # 1:12-cr 00140-CMA.  She acted upon her own accord under False Pretenses, without Agreement and or Contract, verbal or written from this office and or the living man Michael-destry Family of Williams.  She was ordered and instructed from first public meeting and two others to correct her error in written form and to identify on the public forum, that she is not Counsel of Record of any and all including this Commercial Presentment.  She acted without authority and upon her own accord and refuses to set the public forum straight.  There is no Agreement or Contract between the stated parties.  As all acting public servants, officers, agents, Principals, Trustees but not limited too, have been fired, Nunc Pro Tunc and ensuring.

The Attorney Martha H. Eskesen was served three documents from this office on the 14ᵗʰ July 2013, Exhibit "A" Demanding Transfer and Invoking Article III Common Law Court of Competent Jurisdiction and defining Beneficiaries and Trusts citizenship to Colorado  and The United States of America.  Exhibit "B" Letter and offer to settle their debt, invoked on behalf of the above mentioned Commercial Presentment under Color of Law.  Exhibit "C" Arrest Warrant of said Commercial Presentment operated under Color of Law.  All Exhibits/ documents stamped by said DISTRICT COURT CLERKS OFFICE on the 15ᵗʰ of July 2013 with no avail.

As there is a public fee schedule for all Commercial Presentments on behalf of the Beneficiary, Michael-destry and the Trust known as MICHAEL DESTRY WILLIAMS and any derivative there of, listing detailed charges including 1,000,000.00 silver species 1 oz .999 pure silver for any injuries and or trespasses not listed.  All Bonds of said court and third party entities,  acting public servant, agents, Principals, Trustees and or officers of said Petty Offense Court have been arrested and claimed for three different injuries and or trespasses on behalf of five different entities and or individuals by this Office, for 1,000,000.00 silver species 1 oz .999 pure silver per injuries and or trespasses for a total of 3,000,000.00 silver species 1 oz .999 pure silver per entity and individuals, but not limited to these and other trespasses and injuries that have also a cured.

The Petty Offense Court and its public servant, Trustees, Principals and or agents and or officer of said Petty Offense Court has been fired and notice verbally and now in written form.  Thus, all correspondence attempts to contract from said Petty Offence Court has been returned to sender and or stating send to Trustee.  See Exhibit "D" copy of returned mail.

Exhibit "C" is in support of the first written Arrest Warrant of this Office on the 26ᵗʰ of June 2013, Served up the UNITED STATES MARSHAL SERVICE during the arrest and attempt to contract with the Beneficiary said Trust. The Beneficiary, Michael-destry, demanded a lawful warrant, their Letter of Acceptance of their Offices, certified copy of their Oaths of Offices and a certified copy of their Bonds. They were never produc and or provided to date. As were the same demands made upon the Petty Offense Court and its officers, actin public servant, agents, Principals and or Trustees. Thus, with the same negative results refusing to produce o provide to date. This Office was also refused the above mentioned documents and the original Arrest Warra 26ᵗʰ of June 2013 for its records.

This Office, Trust and Beneficiary have a previous judgment against the Internal Revenue Service including aforementioned Commercial Presentment acting under Color of Law, proving no Lawful obligation exists between the parties.

Michael-destry Family of Williams has never taken an Oath of Citizenship to the entity known as UNITED STATES aka UNITED STATES OF AMERICA. He has exercised his International Right of Self-Determinat publicly stated and claimed citizenship to Colorado and The United States of America.

The intent of citizenship and legal obligation has been noticed verbally and to all parties through Exhibits A,B and D upon the public record with Clean Hands, thus, has been established without rebuttle.

This Office and the Beneficiary have requested travel documents and an accounting of said Trust for use, trans and or closer without any avail. Plus, a meeting to settle this Commercial Presentments under Color of Law of trespasses and injuries invoke by said court and entities, acting public servant, agents, Principals, Trustees and officers of said Petty Offense Court. This request is on behalf of the five entities and individuals stated below represented by this Office.

Notice to Principal is notice to agent, Notice to agent is notice to principal, Silence is acquiescence, Nunc Pro Tunc.

by: Michael-destry: Executor
Michael-destry: Execu
on behalf
Trust known as MICHAEL DESTRY WILLIAM
Beneficiary - Michael-des
Family of Willia
Colorado state citizen of the original Repub
American citizen of the The United States of Ameri

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

8-20-13

Exhibit "A"

FILED
U.S. DISTRICT COU
DISTRICT OF COLOR

2013 JUL 15  PH 12:

JEFF    ____ WEI
CLERK

BY_____ ____ DEP. C

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

MICHAEL DESTRY WILLIAMS,

        Defendant

and

Third Party Complainant,
Michael-destry Family of Williams and
The Executor of the Trust known as
MICHAEL DESTRY WILLIAMS,

vs.

THE INTERNAL REVENUE SERVICE,
  David Topolewski, Special Agent,
THE UNITD STATES TREASURY,
  Klaton Knabb, Special Agent,
THE UNITED STATES DISTRICT COURT FOR
  THE DISTRICT OF COLORADO, Petty Offense
Court, Honorable Judge Christine M. Arguello,
THE UNITED STATES ATTORNEY, Kenneth Harmon
  And John Walsh,

**DEMANDING TRANSFER AND
INVOKING ARTICLE III COMMON LAW
COURT OF COMPETENT
JURISDICTION**

---

    Now cometh the living man, Michael-destry Family of Williams, a citizen of

Colorado and The United States of America.

*Exhibit "A"*
*page 2*

Thus being denied access to an Article III Common Law Court by a petty offense court of the United States District Court of the District of Colorado. Thus the beneficiary and the living man being held, kidnapped without our consent.

Request emergency transfer or asylum within the jurisdiction of the United States District Court for the District of Colorado, Article III Common Law Court with a judge of competent jurisdiction.

To demand a show cause hearing of all corporate and or entities under or acting in color of law to prove and/or provide personam or subject matter jurisdiction or contractual obligation or a lawful arraignment that has been denied.

By: *Michael-destry : ekec*
Michael-destry executor
On behalf of Trust known as
MICHAEL DESTRY WILLIAMS
And the beneficiary Michael –destry
And on behalf of the living man
Michael-destry Family of Williams
And American National/citizens
Of The United States of America (sic)

2

Exhibit "B"

From the office of the executor of                    FILED
the trust MICHAEL DESTRY WILLIAMS          U.S. DISTRICT COURT
                                           DISTRICT OF COLORADO 14th of July, 2013

                                           2013 JUL 15  PM 12: 44

To the United States District Court for
The District of Colorado                   JEFFREY P. COLWELL
Honorable Judge Christine M. Arguello/Acting Trustee    CLERK
901 19th Street                            BY_____ a.m. DEP. CLK
Denver, Colorado 80294    12 - Cr - 00140 - CMA

As I (the executor and the beneficiary being held as surety) am a permanently disabled
American and have mercury poison and infection in my chest to my head, I am under the
weather as they say, this is why I am having trouble talking in your court and
understanding.

I have come to the conclusion you have not been informed by your agents United States
Marshals Service that I am the beneficiary moved into the Office of Executor of the Trust
known as MICHAEL DESTRY WILLIAMS in written notice form on 26 June 2013.

When the United States Marshals, were without my consent, demanding my fingerprints
and photos, their documents were arrested by the Executor claiming all bonds, stocks,
securities, assets of any entity acting under or in color of law as third party intervenors of
this commercial presentment without personam or subject matter jurisdiction or
contractual obligation.

Please note that at the time the beneficiary was apprehended by the U.S. Marshals and the
Pueblo Sheriff's Department failed to present a warrant of competent jurisdiction to
himand refused to provide their letters of acceptance, certified copies of their bond, and
certified copies of their oaths.

I direct an in camera meeting to resolve the misunderstanding and to allow any and all
public servants to come back in Honor and reclaim their bonds if they so choose and all
are still fired.

Failure to comply all stocks, bonds, securities, assets, currency is hereby arrested, seized
and claimed of all corporations and or entities and their officers acting in or under color
of law until the trust and beneficiary are made whole and/or brought before an article III
common law court with a judge of competent jurisdiction.

                                By: _Michael-destry: Executor_
                                    Michael-destry executor
                                    On behalf of Trust known as
                                    MICHAEL DESTRY WILLIAMS
                                    And the beneficiary Michael—destry
                                    And on behalf of the living man
                                    Michael-destry Family of Williams
                                    And American National/citizens
                                    Of The United States of America (sic)

Case 1:12-cr-00140-CMA   Document 8   Filed 07/26/12   USDC Colorado   Page 1 of 22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA

Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
a/k/a "Will Williams,"

Defendant.

FILED
U.S. DISTRICT CO
DISTRICT OF COLO

2013 JUL 15 PM 12

JEFFREY P. C. WE
CLERK

BY _____ DEP. C

**SUPERSEDING INDICTMENT**
18 U.S.C. §514
26 U.S.C. §1344
26 U.S.C. §7206
26 U.S.C. §7212(a)
31 U.S.C. §5324(a)(3), (d)
18 U.S.C. §2

The Grand Jury charges that:

**GENERAL ALLEGATIONS**

At all times material to this indictment:

1.     The defendant, MICHAEL DESTRY WILLIAMS, was a resident of Pueblo and Pueblo County, Colorado.

2.     Defendant WILLIAMS was self-employed as a general contractor focusing primarily on residential construction projects, including roofing, remodeling and the repair and restoration of residential structures sustaining fire and water related damage.

1





LEGAL MAIL
OPEN ONLY IN PRESENCE
OF INMATE

M- J. H
7-30-13
1210 HRS.

RTS
CLAIMS UNLAWFUL ADDRESS 7 NM
NEED TO SEND TO TRUSTEE

FROM
MARTHA H. ESKESEN, P.C.
ATTORNEY AT-LAW
9250 SOUTH SYRACUSE WAY
SUITE 125
GREENWOOD VILLAGE, COLORADO 80111

TO
Michael-destry Family of Williams
(U.S. Marshal Detainee)
Aurora Detention Center
3130 North Oakland Street
Aurora, CO 80010

Michael-destry Family
Executor/Williams
RR1 St. Charles MeSa
Pueblor Colorado
, Michael-destry executor
, isn to Sender or no?
Trust b the Trust
am ps MICHAEL DESTRY WILLIAMS

Exh.I.b.4 "O"

Proof of Service

1st day of November
2013

Enclosed Hand written Order Dated 1st day of November and
Affidavit dated 13th of August 2013 Notorized
20th of August 2013

From The office of Executor
of the Trust known as
MICHAEL DESTRY WILLIAMS
RR 1 St charles Mesa
Pueblo, Colorado
C/o GEO Corporation
3130 N. Oakland ST
Aurora, Colorado 80010

TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT
OF Colorado    Clerk of the Court and acting Judge
Christie M. Arguello

11-1-13 Date of

**GUILLERMO H GUTIERREZ**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20134037809**
**COMMISSION EXPIRES JUN. 14, 2017**

STATE OF: COLORADO
COUNTY OF: ADAMS

by: Michael-destry: Executor

Michael-destry: Executor
of the Trust known as
MICHAEL DESTRY WILLIAMS
On Behalf of the Beneficiary
and Living Man Michael-destry
Family of Williams

# Affidavit

1st day of November 2

Michael-destry Family of Williams
Beneficiary of the Trust known as
MICHAEL DESTRY WILLIAMS ©
Aka.  Mr. Williams©
RR1 St. Charles Mesa,  Pueblo, Colorado
C/o
1024 Ash Street,    Pueblo, Colorado [81001]

GEO Corporation
3130 N. Oakland Street,   Aurora, Colorado 80010

To :  Public and THE UNITED STATES DISTRIC COURT OF THE DISTRICT OF COLORADO(sic) and
Clerk of the Court and in their court case 1:12 cr 000140 CMA Acting judge Christie M. Arguello(sic).  But not limited to
901 19th Street
Denver Colorado 80294

To whom it may Concern

I Michael-destry  Family of Williams state and affirm that at no period or time from 1st of November  2013 back  to my
age of majority (nunc pro tunc)  have I established my self as, proclaimed, accepted, used, been addressed as or addresse
by the title of Mr. Williams aka,  the Trust known as MICHAEL DESTRY WILLIAMS © or any derivative thereof, but
not limited to WILL WILLIAMS ©.

When, if or am being incorrectly addressed by another Individual or person as Mr. Williams aka Trust known as
MICHAEL DESTRY WILLIAMS© , I have and am do,  correct  them to address me by my given name Michael-destry
Michael and or Will as this is public notification thereof.

This Affidavit and Statement is notice to all, establishing this precedence into the public including but not limited to,
notifying THE UNITED STATES DISTRIC COURT OF THE DISTRICT OF COLORADO(sic)  Clerk of the Court and
in their court case 1:12 cr 000140 CMA Acting judge Christie M. Arguello(sic).  The false pretense and tagging of  the
living man, Michael-destry Family of Williams with the title of Mr. Williams © aka. the Trust known as MICHAEL
DESTRY WILLIAMS ©.

Because of this false tagging and title, I Michael- destry the Beneficiary of the above mention Trust is being held surety i
their custody/prison/jail under duress, without my permission, participation or agreement to be liable as surety for said
Trust.  Thus, having been refused and denied my freedom from their custody upon written  and verbal request to be set
free from their custody/prison / jail.  When no persona or subject matter Jurisdiction has been establish or a contractual
agreement between said parties brought to the light of day.

Any signature signed on behalf of the above mentioned Trust, from today 1st day of November 2013, back to the age of
majority, nunc pro tunc,  that was incorrectly signed due to failure to be notified by the Trustee and Fiduciaries as to the
identity of said Trust or the true nature of the relationship of said Trust,  is to be replaced by lawful signature with pure
intent and clean hands as Michael-destry: Beneficiary or Michael-destry: Executor which ever is applicable or appropriat
per each document and or signature.  This intent is to stop the Beneficiary, Michael-destry from being held and surety an
kidnapped, incarcerated under false pretences and in violation of the Beneficiaries International right of Self-
Determination that has been publicly declared, recorded, witnessed and oath of  citizenship established as publicly stated
below.  Thus, this is another public request to free into the public, the Beneficiary Michael-destry from their unlawful
detainment of said living man with out any established lawful jurisdiction public or private.

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

_Michael- destry Family g Willia_
Michael-destry Family of William
Beneficiary of the Trust known a
MICHAEL DESTRY WILLIAMS  aka, Mr. Williams©
Colorado citizer
The United States of America citizer

county of: ADAMS

11-8-13



From the Office of Executor of the closed/Dead trust known as MICHAEL DESTRY WILLIAMS

Document First Served in this office on 31st to October 2013, Refused by the clerk the addressee

Document Received on 4th of November 2013 by this office, through the addressee Clerk. Refused a Second time

Judge Arguello

Proof of Service

1st day of November 2013

Enclosed Hand written Order Dated 1st day of November 2013 Affidavit dated 13th of August 2013 Notarized on 20th of August 2013

From The office of Executor
Of the Trust known as
MICHAEL DESTRY WILLIAMS
R R 1 St charles Mesa
Pueblo, Colorado
C/o GEO Corporation
3130 N. Oakland ST
Aurora, Colorado 80010

TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT
OF Colorado Clerk of the Court and acting Judge
Christie M. Arguello

11-1-13 Date of

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

STATE of: COLORADO
COUNTY of: ADAMS.

by: Michael-destry: Executor
Michael-destry: Executor
Of the Trust known as
MICHAEL DESTRY WILLIAMS
On Behalf of the Beneficiary
and Living man Michael-destry
Family of Williams

Order

From the Office of Executor;
of the closed/Dead Trust known as
MICHAEL DESTRY WILLIAMS
R R 1 St. Charles Mesa
Pueblo, Colorado

1st day of Novemb

TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO(i)
    Clerk of the Court and Acting Judge Christie M. Arguello(ic)
    901 19th Street,
    Denver, Colorado 80294

RE: Commercial Presentment, Claim, case # 1:12 cr 000140 CMA. But not Limited

ATTN: Clerk of the Court and Acting Judge Christie M. Arguello(ic)

Here by ordered to release from your custody, to be set free into the
public, the living man, Beneficiary known as Michael-destry Family of Williams
that you are detaining against his will, in your custody as surity in the
Commercial Presentment # 1:12 000140 CMA, But not Limited to this 6th day
of November 2013 and or upon immediatly reciept of this order by US Postal
Service.

Also Ordered to stop all commercial claims and actions against the
closed/Dead Trust known as MICHAEL DESTRY WILLIAMS aka Mr Williams
this 6th day of November and or immediatly upon reciept of this order
by the US Postal Service.

            So be it, So Ordered

                                    by: Michael-destry; Executor
                                    Michael-destry; Executor
                                    of the closed/Dead Trust known a
                                    MICHAEL DESTRY WILLIAMS
                                    on Behalf of the Beneficiary and
                                    Living man Michael-destry Family of W.

11-1-13   DATE OF
GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

STATE OF: COLORADO
county of: ADAMS