**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL DESTRY WILLIAMS,

        Defendant.

---

**GOVERNMENT'S MOTION FOR AN UPWARD SENTENCING VARIANCE**
**FROM THE DEFENDANT'S CALCULATED**
**ADVISORY SENTENCING GUIDELINE RANGE**

---

COMES NOW the United States of America (the government), by and through its undersigned counsel, and moves this Court to impose a sentence which varies upwardly from the advisory sentencing guideline range calculated by the United States Probation Office in its provisional Presentence Report of Investigation (hereinafter, "PSIR") filed in this case (DE 100).[1]

As grounds for this motion, the government incorporates and relies upon the arguments made in the sentencing recommendation section of the Government's Sentencing Statement (DE 98 at 46) as to why the calculated advisory sentencing range in this case, and the calculations underlying that range, do not completely and adequately take into account all of the defendant's criminal conduct in this case or measure adequately the seriousness or severity of that conduct. The government also relies upon and incorporates as part of its motion the observations and

---

[1] "DE" refers to docket entries in this case.

arguments made by the United States Probation Office as justification for its recommendation of a sentence which upwardly varies from the calculated advisory sentencing guideline range in this case (DE 100, PSIR at R-3 through R-5).

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kenneth M. Harmon
By:   Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 14th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I further caused to be mailed a copy of the foregoing to the defendant at the following address:

    Michael-destry Family of Williams
    Reg. No. 39714-013
    Federal Detention Center
    9595 W. Quincy Avenue
    Littleton, CO 80123

                                                  s/ Andrea K. Hough
                                                  Office of the United States Attorney