**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

        Defendant.

---

**SUPPLEMENT TO GOVERNMENT'S OBJECTIONS TO THE PROVISIONAL
PRESENTENCE INVESTIGATION REPORT**

---

The United States of America (the government), by and through Kenneth M. Harmon, Assistant United States Attorney for the District of Colorado, supplements it previously filed objections to the provisional Presentence Report of Investigation (hereinafter, "PSIR") filed in this case (DE 100, 101) as follows:[1]

1.    Attached as Exhibit A is a copy of the December 5, 2007 letter to defendant Williams in State of Colorado, El Paso County Case No. 2006M1224 (hereinafter, "El Paso County Case 06M1224"). The letter advises defendant Williams that his appeal of El Paso County Case 06M1224 had been dismissed, orders defendant Williams to appear in the El Paso Combined Courts on December 14, 2007 in connection with the case, and admonishes him that failure to appear would result in a bench warrant for his arrest.

2.    Attached as Exhibit B is the transcript of trial testimony in this case of Karla

---

[1]   "DE" refers to docket entries in this case.

Hansen, the presiding judge in El Paso County Case 06M1224. Judge Hansen testified about the purpose of the December 14th hearing as follows:

> Q. What was the purpose of the hearing?
>
> A. Simply to address the fact that the appeal no longer was pending, at least according to the information I had. Which would mean that Mr. Williams would recommence his jail sentence at that time.

(Ex. B., Tr. at 9, ll. 1-5).

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

                s/Kenneth M. Harmon
                By:   Kenneth M. Harmon
                Assistant U.S. Attorney
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Tel. No. (303) 454-0100
                Fax No. (303) 454-0402
                E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I further caused to be mailed a copy of the foregoing to the defendant at the following address:

    Michael-destry Family of Williams
    Reg. No. 39714-013
    Federal Detention Center
    9595 W. Quincy Avenue
    Littleton, CO 80123


                                    s/ Andrea K. Hough
                                    ANDREA K. HOUGH
                                    Legal Assistant
                                    Office of the U.S. Attorney