FILED-DISTRICT & COUNTY
COURTS-EL PASO CO., CO

DEC 0 5 2007

STATE OF COLORADO

Karla J. Hansen
County Court Judge

DIVISION D

---

| FOURTH JUDICIAL DISTRICT | EL PASO COMBINED COURT | 270 SOUTH TEJON, DIVISION D |
|---|---|---|
| PHONE (719) 448-7612 | FAX (719) 329-7050 | COLORADO SPRINGS, CO 80903 |

December 5, 2007

Michael Destry Williams
1735 Cortner Rd.
Pueblo, CO 81006

RE:      The People of Colorado vs. Michael Williams 06M1224

Dear Mr. Williams,

    It has come to the Court's attention that your appeal on the above captioned case has been dismissed. Therefore, you are hereby ordered to appear in Division D of the El Paso Combined Courts on December 14, 2007 at 8:30 am. Failure to appear will result in a bench warrant being issued for your arrest.

Sincerely,

*Karla Hansen*
Karla J. Hansen
County Court Judge

srn

State of Colorado, County of El Paso
Certified to be a true, and correct
copy of the original in my custody.

FEB 2 6 2014

LYNETTE D. COLLINS
CLERK OF THE DISTRICT/COUNTY
By _____

**EXHIBIT A**