Affidavit of Service

I, Esther Jean Williams, on this 18th day of November 2016 mailed by and through the United State Post Office:

TO:   Administrative Office of the United States Courts
      One Columbus Circle N.E.
      Washington D.C. [20544]
      ATTN: Administrator or Assignee
      Registered Mail #RB 628 225 416 US

And

      Bankruptcy Notice Center
      Director: Joseph T. Speetjen, or Assignee
      2525 Network Place, Third Floor
      Herndon, Virginia [20171-3514]
      Registered Mail #RB 628 225 402 US

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2016

JEFFREY P. COLWELL
CLERK

1) **Complaint, Affidavit, Bill, Notice, Claim Deed and Title document dated 1st February 2016, 17 pages each, Public Recordings #2016032990 and #2016032989, City & County of Denver Clerk and Recorders Office on 3/15/2016**

Supporting Documents Enclosed

01) Court Petition, marked Exhibit A, 2 pages, Demanding Transfer and Invoking Article III. Common Law Court of Competent Jurisdiction, recorded with the U.S. District Court, District of Colorado on the 15th of July 2013
02) Notice dated 14th of July 2013, marked Exhibit B, from the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS© addressed To the United States District Court for the District of Colorado, Attn: Honorable Judge Christine M. Arguello/Acting Trustee, stamped received by Clerk of the Court on 2013 July 15
03) Notice dated 15th of July 2013, marked Exhibit C, from the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS©, Arrest Warrant, filed in: United States District Court for the District of Colorado, Honorable Judge Christine M. Arguello/Acting Trustee, stamped received 2013 July 15 by Court Clerk
04) Exhibit D, dated 7-30-13, 1210 Hrs. by Aurora Personnel, Mailing envelope marked "RTS Claims Unlawful Address & Name, Need to send to Trustee"
05) IRS Form SSA-521, dated March 18, 2009, 2 pages, Public Recording #1970982 at Pueblo County Clerk/Recorder, dated 03/28/2014
06) IRS Form SSA-521, 2 pages, dated May 15, 2014, Request for Withdrawal of Application referencing Attachment #806080-1
07) Attachment, dated May 15, 2014, to Form SSA-521 #806080-1 in conjunction with Form SSA-521, dated 18 March 2009, 3 pages
08) Letter to Board of Trustees, dated May 23, 2014, 2 pages, Third _Praecipe_ Notice and Request

09) Power of Attorney and Notice of Authority for the Trust known as MICHAEL DESTRY WILLIAMS©, publicly notarized February 25, 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969491 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014
10) Notice from Office of Executor, Trust known as MICHAEL DESTRY WILLIAMS©, dated 25th February 2014, publicly notarized February 25, 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969492 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014
11) Letter of Acceptance Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS©, notarized February 25, 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969490 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014
12) Letter of Request, dated on 25th February 2014 and publicly notarized on 25 February 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969493 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014
13) Order – Office of Executor, dated 1st November 2013, TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO, Clerk of the Court and Acting Judge Christine M. Arguello, and publicly notarized 11-1-13, Guillermo H. Gutierrez, Adams County, Colorado
14) Affidavit from the Office of Executor, 2 pages, dated 13th August 2013, and publicly notarized on 8-20-13, Guillermo H. Gutierrez, Adams County, Colorado
15) Affidavit from Michael-destry Family of Williams, dated 1st November 2013, and publicly notarized on 11-8-13, Guillermo H. Gutierrez, Adams County, Colorado
16) Form 56 – Notice Concerning Fiduciary Relationship, 2 pages, dated 2nd March 2014, publicly notarized on 3/2/14, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969496 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014
17) Letter, dated February 23, 2009, to Deputy Commissioner International, Department of the Treasury/Internal Revenue Service Center, Austin, Texas 73301 and Proof of Registered Mail #RA 218 748 837 US, dated 02/24/2009, RE: W-8BEN and Declaration, 2 pages; Cc to Secretary of the US Treasury, 1500 Pennsylvania Ave NW, Washington, D.C. 20220
18) W-8BEN Form, dated 02-04-2009, stamped received 02-26-2009
19) Declaration of Michael-Destry: for the family of Williams, a Living Man, Non-Resident Alien, date executed February 23rd, A.D. 2009; witnessed by two of the People; publicly notarized 24th February 2009, by James Galladora, East Baton Rouge, Louisiana
20) Letter, dated February 23, 2009, to Deputy Commissioner International, Department of the Treasury, Bensalem, PA 19020, and Proof of Registered Mail #RA 218 748 783 US, dated 02/24/2009, RE: W-8BEN and Declaration, 2 pages; Cc to Secretary of the US Treasury, 1500 Pennsylvania Ave. NW, Washington, D.C. 20220
21) W-8BEN Form, dated 02-04-2009, stamped received 02-26-2009
22) Declaration of Michael-Destry: for the family of Williams, a Living Man, Non-Resident Alien, date executed February 23rd, A.D. 2009; witnessed by two of the

People; publicly notarized 24th February 2009, by James Galladora, East Baton Rouge, Louisana

23) Apostille (Convention de La Haye du 5 Octobre 1961) of Public Notice, Declarations, and Honorable Clarifications Apostille, State of Louisiana, No. 5524, 22 October 2008; Public Recording #1969494, 11 pages, at Pueblo County Clerk/Recorder, Pueblo County, Colorado, dated 03/11/2014

24) Deed of Secondary Conveyance of Incorporeal Hereditaments, An Authenticated Foreign Document, Hague Convention, 5 October 1961, Apostille of PUBLIC NOTICE, DECLARATIONS, AND HONORABLE CLARIFICATIONS, State of Louisiana, No. 5524, 22 October 2008; Certified and publicly notarized 22nd October 2008, by James Galladora, East Baton Rouge Parish, Louisana; Public Recording #1787988, 9 pages, at Pueblo County Clerk/Recorder, Pueblo County, Colorado, dated 11/12/2008

Copies to

Bankruptcy Notice Center
Attn: Director Joseph T. Speetjen, Jr. or Assignee
2525 Network Place, 3rd Floor
Herndon, Virginia [20171-3514]
By Registered Mail # RB 628 225 402 US


Federal Trade Commission
600 Pennsylvia Avenue N.W.
Washington D.C. [20580]
By Registered Mail #RB 628 225 380 US


Solicit General of the United States
Room 5614, Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. [20530-0001]
By Certified Mail #7015 1520 0001 6174 3928


UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO
Clerk of the Court and Accused
901 19th Street
Denver, Colorado [80294]
By Certified Mail #7015 1520 0001 6174 3911

Fourth Judicial District
Attn: Clerk of the Court and Accused
270 South Tejon
PO Box 2980
Colorado Springs, Colorado [80901]
By Certified Mail #7015 1520 0001 6174 3904

Deputy Commissioner (International)
Department of Treasury/
Internal Revenue Service Center
Austin, Texas [73301-0215]
U. S. A.
By Certified Mail #7015 1520 0001 6174 3942


I, Esther Jean Williams, do affirm that above-stated mailings have been mailed by and through and correct with clean hands.

_____
Esther Jean Williams
1024 East Ash Street, Pueblo, Colorado [81001]

_____ 11/18/16
Witness                          Date

_____ 11-18-16
Witness                          Date

Notarized:

STATE OF COLORADO
COUNTY OF Pueblo
The Foregoing Instrument was acknowledged before me this 18th day of November 20 16 by Esther J. Williams
_____
Notary Public
5-6-2020
Commission Expiration Date

ERIN YAHOLA SELFRIDGE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164017673
My Commission Expires 05-06-2020