|||||2016032989
Page: 1 of 17
03/15/2016 08:23 AM   R $91.00   D $0.00
City & County of Denver             D

#RB 628 225 402 US

Registered Mail # 7015 1520 0002 3007 0078 Cert. Mail

Date: 1ST February 2016

## Complaint, Affidavit, Bill
## Notice, Claim, Deed and Title
### In Common Law of the Land- The United States of America

To: Federal Trade Commission
   600 Pennsylvania Avenue, NW
   Washington, DC 20580

RE: Claim and complaint against the bankrupt UNITED STATES OF AMERICA- Corporation and Subagencies, owner, officers, agents (herein known as the accused).

1) Mismanagement and rape of the trust known as MICHAEL DESTRY WILLIAMS (C) SS# XXX-XX-0608, file# 1051964016457, (herein known as the "SS-Trust") and ignoring and evading the authority and directives of the Office of Executor of the "SS-Trust".

2) Unlawful incarceration and involuntary servitude of the sole foreign beneficiary Michael-destry Family of Williams (herein known as Creditor/beneficiary) of the above mentioned "SS-Trust". The Creditor/beneficiary being held and incarcerated under Color of Law without lawful Authority as the unwilling compulsory surety under compelled performance, of the "SS-Trust", the alleged defendant in the accused criminal commercial complaints/Bills/charges/cases (herein known as "commercial complaints") #12-cr-0014-CMA, #12-cr-0014-CMA 1, #14-cv-02983GPG. Through a bankrupt private and or Article 1 Admiralty Court/Tribunal known as UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO (herein known as "USDCDC") including but not limited to sub-agency El Paso, Colorado Fourth Judicial District case 06M1224.

3) Accused is invoking and acting as and upon Color of Law, presumptive, undisclosed, unlawful contracts in Equity and or unsubstantiated claim of Right or Authority or alleged Citizenship. Using threat-duress-coercion (T.D.C.) and violence to establish their unlawful contracts and or claim of Right or Authority in a private



**CERTIFICATION**
The Clerk and Recorder for the CITY AND COUNTY OF DENVER State of Colorado does hereby certify this document to be a full, true and correct copy of the original document recorded in my office.

Clerk and Recorder
by _____
Deputy County Clerk
Date 2/18/16
LS (mm)

Page 1 of 17
Complaint/Affidavit
AOUSC/FTC

City & County of Denver 2016032989
2016032989
Page. 2 of 17
03/15/2016 08:23 AM R$91.00 D$0.00
City & County of Denver
RB 628 225 402 US 2 of 17
Registered Mail # 7015 1520 0002 3007 0078 Cert Mail

Court or tribunal without any full disclosure of facts, parties or Nature and Cause of the Action. In direct violation of the law of the Land <u>America's</u> Constitution, Bill of Rights- Common law, In Law and Equity Court procedures, Universal Declaration of Human Rights, International Common Law, In Law and Equity, International Treaties in relation to involuntary servitude, economic slavery, slavery but not limited to.

4) UNITED STATES OF AMERICA- Corporation and sub agencies, Officers and agents are insolvent - Bankrupt - Chapter 11. The accused is in violation of International and National bankruptcy laws, Acts and procedures. Acting and participating as a Court or Tribunal, unbonded plantiff in Court proceedings, and in a fiduciary authority over a ward.

## Parties

Accused- Fictional entities, officers and agents, including but not limited to UNITED STATES OF AMERICA- Sub agencies Courts (USDCDC), UNITED STATES MARSHAL SERVICE, FEDERAL BURUEA OF PRISONS- Officers and agents, Clerk of the Court (unknown name) USDCDC, Judge Christine M. Arguello, Keneth Harmon, John Walsh, Klaton Knabb, David Topolewski, Judge Boyd N. Boland, Stephen John Nalty, Fourth Judicial District, El Paso County Colorado, Clerk of Court M.V. Perry, Judge Karla J. Hansen and Trustees and agents of the "SS-Trust". Warden Deborah Denham, Judge C. Dennis Mayes (sic)

Address: UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO
Clerk of the Court and accused
901 19th Street
Denver, Colorado 80294

## Parties Complaintants

1) Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS (C) SS# XXX-XX-0608, file# 1051964016457 herein known as "SS-Trust"- a UNITED STATES OF AMERICA citizen, A.K.A. Federal zone citizen. Office of Executor was occupied and claimed on 26th June 2013, to date, by the sole foreign beneficiary, creditor, Equity Title Holder living man Michael-destry Family of Williams.

City & County of Denver                    2016032989
                                                                        3 of 17
‖‖‖‖‖‖‖‖‖‖‖‖‖  2016032989                    # RB 628 225 402 US
03/15/2016 08:23 AM        Page: 3 of 17     Registered Mail # 7015 1520 0002 0007 0078 Cert
                   R$91.00   D$0.00                                              Mail
City & County of Denver      D

Office of Executor of the Trust-               Second Mailing Location
MICHAEL DESTRY WILLIAMS (C)                    Office of Executor of the Trust-
ATTN: Michael-destry: Executor                 MICHAEL DESTRY WILLIAMS (C)
c/o General Post                               ATTN: Michael-destry: Executor
   1024 E. Ash Street                          c/o FCI- Englewood
   Pueblo, Colorado [91001]                    BOP# 39714-013
                                               9595 W. Quincy Avenue
                                               Littleton, Colorado [80123]

2) Michael-destry Family of Williams- In propria persona, sui juris, living man with Proof of Life, Creditor, beneficiary, Equity Title Holder, Citizen of The United States of America, (herein known as America), Colorado State Citizen, A.K.A. State Zone Citizen, physically permanently disabled American under God Sole foreign beneficiary, creditor, Equity Title Holder of the "SS-Trust"- MICHAEL DESTRY WILLIAMS (C).

Michael-destry Family of Williams              Second Mailing Location:
Rural Route 1                                  Michael-destry Family of Williams
St Charles Mesa                                Beneficiary- Compulsory Surety of the
Pueblo, Colorado                               "SS-Trust"- MICHAEL DESTRY WILLIAMS (C)
c/o General Post                               BOP# 39714-013
1735 Courtner Road                             FCI-Englewood
Pueblo, Colorado [81006]                       9595 W. Quincy Avenue
                                               Littleton, Colorado [80123]

## Affidavit/Facts

1) One Holy Pope, Roman Pontiff, Roman Catholic Church, Holy See, Vatican- Claiming the Superior Trustee for the planet Earth by the Papal bull of the year 1302- Pope Bonifee issued his Papal bull, Unam Sanctum, being the First Expressed Trust claiming control over the whole planet Earth, effectively claiming vicar of Christ, for the Creditors/beneficiaries living men and women, creation of God, upon Earth.

2) As per, First Express Trust- Supreme Trustee, claiming mother Earth as the original surface Estate, placed in trust by the settelor, One True God, for the Creditor/beneficiary- Equity Title Holder- Michael-destry Family of Williams Ex aequo et bone (by Equity and Right) with Notice, Declaration, acknowledgement of Proof of Life including but not limited to Baptismals, Notices, Claims and Declarations, noticed upon the accused and their officers, agents and principals.

City & County of Denver                     2016032989                          4 of 17

2016032989
Page: 4 of 17
03/15/2016 08:23 AM    R$91.00    D$0.00
City & County of Denver              D

Registered Mail # 7015 1520 0002 3007 0078

#R13 628 225 402 US

(Cert Mail)

3) Nation known Internationally as <u>The United States of America</u> and <u>Colorado</u> State and other States under the Original Republic Jurisdiction of said nation, and their Sovereign Citizens, are free living men upon the land under the One True God,- Settlor/Grantor. Thus, this Nation, State, Citizens of the Original Republic Jurisdiction are the Creditor/beneficiary- Equity Title Holder under One True God of this land <u>America</u>.

Ex injuria Jus non oritur (law does not arise from injustice) is a principle of International law.

4) Michael-destry Family of Williams- in propria persona sui juris living man upon the land under <u>God</u>, has noticed, declared, publicity acknowledged with oath of citizenship, his International Right of self Determination. Creditor, beneficiary, Equity Title Holder, Citizen of <u>The United States of America</u> A.K.A. Creditor, beneficiary, Equity Title Holder of the One True <u>God</u>- Creditor/settelor of man and planet Earth. A.K.A. Creditor, beneficiary, Equity Title Holder of the First Express Trust, by status, standing, capacity as a free living man upon planet Earth, per the trust corpus, with notice, declaration and acknowledgement of Proof of Life thereof.

Derivativa Potestas non potest essa major primitiva- (The power which is derived cannot be greater than that from which it is derived).

5) Michael-destry Family of Williams is the unrebutted sole foreign beneficiary of the "SS-Trust"- MICHAEL DESTRY WILLIAMS (C), thus, equity title has been claimed since 18th March 2009.
See form SSA-521 dated 18th March 2009 and other public documents.

6) Creditor/beneficiary is <u>not</u> a UNITED STATES citizen, is <u>not</u> a Federal zone citizen, is <u>not</u> a UNITED STATES OF AMERICA citizen, "<u>not</u> within the UNITED STATES".

7) Creditor/beneficiary has never received a Lawful benefit from the "SS-Trust" to date, from the conception of the "SS-Trust".

City & County of Denver
2016032989
5 of 17

2016032989
Page: 5 of 17
03/15/2016 08:23 AM   R$91.00   D$0.00
City & County of Denver

Registered Mail # 7015 1520 0002 3007 0078

ARB 628 225 402 US

Cert Mail

8) "SS-Trust" was established for the Sole foreign beneficiary- Creditor/beneficiary, under the age of Majority.

9) Trustee of the "SS-Trust" never contacted the Creditor/beneficiary at the age of majority and or to date, to disclose the "SS-Trust" corpus-benefit, obligations, duties thereof to the sole foreign beneficiary.

10) Creditor/beneficiary has made numerous requests, both verbal and written to have the "SS-Trust" accounted, settled, closed and distributed to the sole foreign beneficiary, the Equity Title Holder. See attached documents including but not limited to, the two- SSA-521 Forms dated 18th of March 2009, and 15th of May 2014 and supporting publicly recorded documents, notices, orders and affidavits thereof.

11) A trust made for a minor, under the age of majority is irrevocable to the Grantor/Settlor and revocable by the beneficiary after he/she reaches the age of majority and any time after thereof.

12) "SS-Trust" was closed by the sole foreign beneficiary on the 18th of March, 2009 with SSA-521 form, confirmed by the Internal Revenue Service. But, unlawfully reopened through violation of fiduciary duties and responsabilities by M.V. Perry, Clerk of the Court of the Fourth Judicial District with limited power of attorney to close and settle "SS-Trust" through form 56.

13) UNITED STATES OF AMERICA - A.K.A. UNITED STATES is a fictional entity- a corporation as stated in the accused private statutes and codes- A.K.A. UNITED STATES CODES (U.S.C.) Title 28- 3002 (15)A and 3, but not limited to.

14) UNITED STATES OF AMERICA, Sub agencies, officers and agents are Bankrupt, under chapter 11 bankruptcy. Thus, they are insolvent and have no standing in Law.
   - to be a plaintiff in a court. (unbonded)
   - to act, perform as a court or tribunal.
   - to act, perform as a Guardian over a Ward in a fiduciary relationship.
   Emergency Banking Act, March 9, 1933, 48 Stat.1, Public Law 89-719.

City & County of Denver  2016032989

2016032989
Page: 6 of 17

03/15/2016 08:23 AM   R$91.00   D$0.00
City & County of Denver             D



Registered Mail # 7015 1520 0002 3007 0078

# RB 628 225 462 US   6 of 17

Cert mail

15) Creditors/beneficiary's Citizenship - A.K.A. International Right of Self Determination, Status and standing, has been established and noticed upon the accused, since 26th of February 2009 - registered mail #RA 218 748 837US and numerous times to date, with Good Faith and Clean Hands. See attached public recorded notices, affidavits, orders, Apostille, declarations, forms and other documents.

16) No lawful contract, either by citizenship or by commerce (lawful contract) exists or has been lawful established disclosed or "Brought to the Light of Day" publicly or privately between the alleged parties, by the accused for there claims.

Quod ab initio non valet, in tracto temporis non convalescit- what is not valid in the beginning does not become valid by time.

17) Accused are holding and incarcerating the sole foreign beneficiary- (Creditor/beneficiary), as the unwilling compulsory surety under compelled performance in involuntary servitude, on behalf of the "SS-Trust" -(the defendant of the accused commercial complaints), at a debtor's prison- FCI Englewood, 9595 W. Quincy Avenue, Littleton, Colorado [80123] as a P.O.W. under B.O.P. #39714-013.

18) In Good Faith and Clean Hands, the Creditor/beneficiary has noticed the accused of his status and standing through, but not limited to, private and public recorded notices, Apostille, affidavits, declarations, oaths, orders, fee schedules, forms, bonds and other documents herein enclosed. Thus, the accused is in commercial dishonor and has acted and performed with full intent to harm the "SS-Trust" and the creditor/beneficiary.

19) USDCDC - is a private tribunal and or Article I Admiralty Court. Judge Arguella refused to provide her oath of office or identify the authority and jurisdiction of the Court and proceedings along with the nature and cause of action.
   A) The Court is acting without establishing persona or subject matter jurisdiction.
   B) The Court, by and through threat, duress, coercion (T.D.C.), involuntary

City & County of Denver  2016032989  7 of 17

2016032989
Page: 7 of 17
03/15/2016 08:23 AM   R$91.00   D$0.00
City & County of Denver   D

Registered Mail #RB 628 225 400 US
7015 1520 0002 3007 0078
Cert mail

19) (continued)

servitude, unlawful incarceration with force of violence against the sole foreign beneficiary-Creditor/beneficiary by an unlawful commercial complaints. Under Color of Law, without any lawful contract between the parties, are holding, incarcerating the sole foreign beneficiary as the unwilling, compulsory/surety under compelled performance in economic slavery and slavery.

20) Accused claimed their commercial complaints is a criminal complaint, Bill, charge, against the "SS-Trust"- (MICHAEL DESTRY WILLIAMS (C)), their alleged defendant by and through their private UNITED STATES CODE (U.S.C.), which has never been inacted into positive law.

21) Creditor/beneficiary is being denied his Rights to remedy In-Law and Equity, was refused the invoking of Common Law and Show Cause Hearing, mail correspondance and contact with the outside world, during the Creditors/beneficiary unlawful incarceration by the accused.

22) The Grand Jury and Court proceedings, in the Commercial Complaints, were held "Exparte" against the "SS-Trust", without the trustees being present, identified or summons to the hearings.

23) No warrant, at law or In Law, was ever issued or served upon a trustee or the Creditor/beneficiary, in the lawful Name and or capacity relationship to the alleged defendant, the "SS-Trust".

Lex est sanctio Sancta Jubens honesta et prohibens contraria- The law is a sacred sanction- commanding what is right and prohibiting the contrary.

Supressio veri expressio falsi- A suppression of truth is equivalant to an expression of falsehood.

24) The Creditor/beneficiary and Office of Executor has redrafted the accused commercial complaints. The accused has been served with Proof of Service of the redrafts, has performed upon said redraft of contracts, holding and

City & County of Denver
2016032989
8 of 17

2016032989
Page: 8 of 17
03/15/2016 08:23 AM   R$91.00   D$0.00
City & County of Denver

RB 628 215 401 US
Registered Mail # 7015 1520 0002 3007 0078
Cert Mail

24) (continued)
unlawfully incarcerating, kidnapping, the Creditor/beneficiary. Thus, the accused has agreed to pay the fee schedule of 1,000,000.00 (one million) silver species - 1oz. of pure silver .999, per injury, per trespass, per violation, per commercial dishonor, per day, each and severally.

25) The accuse is in commercial dishonor since 26th June, 2013.

26) Office of Executor of the "SS-Trust" has been occupied by the Creditor/beneficiary since 26th of June, 2013. Said office has arrested and claimed all stocks, bonds, securities, titles, funds, interests and any asset of the accused. Notice served upon the accuse through process of service by and through USDCDC Court stamp dated 15th July, 2013 at 12:--pm and previously notice upon the UNITED STATES Marshal Service on 26th of June, 2013. See other recorded affidavit, documents of service.

27) Sending of false, Color of Law, fraudulant presentments contracts and complaints through the Post Office of the United States is mail fraud. Also, involation and mail fraud of the International- Universal Postal Union.

Fides servanda est- Good faith is to be preserved.
Quod ab initio non valet, in tractu temporis non convalescit- What is not valid in the beginning does not become valid by time.
Fictio credit veritati; fictio juris non est, ubi veritas- Fiction yields to truth. Where truth is, fiction of law does not exist.

### Complaint

1) "SS-Trust" known as MICHAEL DESTRY WILLIAMS (C) is being mismanaged and raped.
   A) Creditor/beneficiary has publicly claimed his rights, A.K.A. Equity Title of the "SS-Trust" since 18th of March, 2009 without any equitable relief availed to date.
   B) Sole foreign beneficiary has never received a lawful or any benefit from said "SS-Trust" since conception of said "SS-Trust".
   C) Trustees have never contacted Creditor/beneficiary at the age of majority, or to date, to give accountability of said "SS-Trust" to the Creditor/beneficiary.

City & County of Denver  2016032989  9 of 17



2016032989
Page: 9 of 17
03/15/2016 08:23 AM    R$91.00    D$0.00
City & County of Denver                    D

Registered Mail #7015 1520 0002 3007 0078
RB 628 225 46 245
Cert mail

1) (continued)

   D) Trustees and their agents refuse to account, settle, close and distribute the "SS-Trusts" assets to the lawful Equity Title Holder- Creditor/beneficiary- Michael-destry Family of Williams. Numerous written and verbal requests since 18 March, 2009. See attached forms and document including but not limited to SSA-521 Form.

   Invito beneficium non datur- A benefit is not conferred upon one against his consent.

   E) Trustees and agents are refusing to acknowledge the authority of the Office of Executor- Notices, orders, documents their of. From the day- 26th June, 2013, when the Creditor/beneficiary occupied, publicly the Office of Executor and claimed mismanagement and rape of the "SS-Trust". Thus, the Trustees, agents and or accused are in violation of Trust Law, their ministerial and fiduciary duties and responsibilities, harming, injuring, trespassing on the "SS-Trust" and Creditor/beneficiary in In Law and Equity with full intent and knowledge of their actions thereof.

2) Accused- UNITED STATES OF AMERICA is bankrupt under Chapter 11, thus is insolvent, has no standing In Law and is violating bankruptcy laws, acts, and has no authority or Right to act as stated below, but not limited to:

   A) Accused, is acting and performing as a Court and or tribunal (USDCDC) under Color of Law with the force of violence incarcerating the Creditor/beneficiary as a P.O.W. in a debtor's prison- kidnapping.

   B) Accused is acting and performing as an unbonded plaintiff in their "commercial complaints". Claiming without authority or standing, to be a true injured party, stating their commercial complaints are criminal in nature.

   C) Accused is acting and proceeding in a fiduciary authority as:
   - Guardian over a ward- Federal Bureau of Prisons
   - As trustees or sub trustees over above mention "SS-Trust"

   Thus the accused has no lawful authority, jurisdiction, Right and or claim. They are in violation of International and National bankruptcy laws and acts. Harming, trespassing and injuring the "SS-Trust" and Creditor/beneficiary. In Involuntary servitude, economic slavery, slavery, unlawful incarceration and commercial dishonor under Color of Law with use of violence, but not limited




2) (continued)
   to. Emergency Banking Act March 9, 1933, 48 Stat. 1, Public law 89-719.
   UNITED STATES Congressional Record of March 17th 1993 (Vol, page H-1303).

3) The accused in the above mention Commercial complaints by and through Judge
   Christine M. Arguello, Clerk of the Court (USDCDC)(unknown name) and other
   officers and agents, failed to comply to their ministerial duties, heirarchy
   of authority at law, In Law and Equity, including but not limited to acknowledge
   the Creditor/beneficiary in his capacity, status, standing In Law and Equity,
   and as sole foreign beneficiary of the "SS-Trust".
   A) Refused to comply, when the Creditor/beneficiary invoked the Article III
   original jurisdiction- common law court, it's procedures and petition of a
   Show Cause Hearing.
   B) Refused to identify the authority of their Court and to produce their
   Oaths of Office of their Court agents and other acting public servants, officers
   and agents, there of.
   C) refused to produce a Lawful Claim, Complaint, Bill, Charges and or a Lawful
   Contractual obligation between the alleged parties in their commercial complaint-
   at law, In Law or In Equity.
   D) The accused and their Court (USDCDC) proceeded without establishing personam
   or Subject Matter Jurisdiction.
   E) Accused is holding and incarceration the Creditor/beneficiary under Color
   of Law, without Lawful Authority as an unwilling compulsory surety under
   compelled performance in a debtor's prison with a P.O.W.# 39714-013 at the
   Federal Bureau of Prisons FCI- Englewood Colorado.
   F) Accused is refusing and denying the Creditor/beneficiary his God given
   National and International Rights, procedures, remedies and Citizenship as
   a free living man In Law and Equity. Including but not limited to, his Rights
   under the American and Colorado Constitution, Articles of Confederation,
   Bill of Rights, Universal Declaration of Human Rights and his International
   Right of Self Determination.
   G) Accused has created and or unlawfully invoked a relationship of involuntary
   servitude, economic slavery and slavery upon the Creditor/beneficiary, under
   Color of Law of a fraudulent, undisclosed presumptive alleged contract with
   force of violence.



#RB 628 225 402 US
Registered Mail #7015 1570 0002 3007 0078
Cert Mail

3) (continued)

H) Accused is in commercial dishonor, since 26th of June, 2013, trespassing, injuring and violating the "SS-Trust" and Creditor/beneficiary without lawful authority or contractual obligation- knowingly, willingly with full intent to defraud, in bad faith and unclean hands.

4) The alleged Grand Jury in the accused stated commercial complaints, was Exparte, has no standing In Law or Equity. It is prima fascia evidence of bad faith, violations, unclean hands, trespass, injuries under Color of Law against the Complaints- "SS-Trust" and the Creditor/beneficiary.

   Ei incumbit probatio qui- The onus of providing a fact rests upon the man.

5) No warrant, summons, claim, Bill or complaint was ever served upon trustee of the "SS-Trust" and or the Creditor/beneficiary in his capacity as Equity Title Holder of said "SS-Trust".

   Fraus est odiosa et non praesumenda- Fraud is obious and is not to be presumed.

6) No warrant, summons claim, Bill or Complaint was ever served upon the Creditor/beneficiary in his lawful name and address.

7) Post Office of the United States- mail was utilized as an avenue of correspondence by the accused to send, notice, serve their Color of Law, unlawful commercial complaint. Accused failed to address their mail to a living human being in relation to their alleged fictional entity defendant the "SS-Trust". Thus, they addressed their mail directly to a fictional entity.

8) Accused Judge Karla J. Hansen and Clerk of the Court M.V. Perry of the Fourth Judicial District have acted as a third party intervenor in bad Faith and unclean Hands by and through perjured testimony and their own commercial complaint 06cv1224 failing to comply with their ministerial duties and fiduciary responsabilities and duties under limited Power of Attorney and form 56 Notice of Concerning Fiduciary Relationship to the "SS-Trust" and the Creditor/beneficiary.




Claim

1) From the Office of Executor of the "SS-Trust"- MICHAEL DESTRY WILLIAMS (C) SS# XXX-XX-0608, file# 1051964016457. The Executor Michael-destry of the Family of Williams has on 26th June 2013 and 15th July 2013 served and notice to the accused (see recorded documents here in), the arrest warrent-seizure and claim of all their stocks, bonds, securities, titles, funds, interest and assets, but not limited to, all other rights and claims reserved. For the mismanagement and rape of the "SS-Trust".

2) For the "SS-Trust" to be made whole for all the damages by the accused for their mismanagement and rape thereof, in conjunction to Trust Law, In Law and Equity relief and sanctions. All rights reserved nunc pro tunc to the conception of the "SS-Trust".

3) From Creditor/beneficiary- inpropria persona sui juris living man upon the land of America and Colorado state- Michael-destry Family of Williams by and through lawful notice of Right, standing, Status Capacity and fee schedule, to the accused, since 26th February 2009- registered mail# RA-218 748 837 US but not limited to All rights reserved nunc pro tunc to 23rd May 1964.
A) Each day the Creditor/beneficiary is held, unlawfully incarcerated under Color of Law, denied his God given, National and or International Rights, status, standing and capacity as a free living man upon the land with proof of life. An assessment to the accused and acting public servants per trespasses, violation, injuries and commercial dishonor will be assessed per a lump sum charge and or per a public fee schedule, notice affidavits, declarations legal forms and redraft of commercial complaint as herein stated but not limited to a 1,000,000.00 (one million) silver species (1oz. of pure silver) is assessed against any and all trespasses, injuries, violations, commercial dishonors, per day; each and severly; upon the accused and or any acting and or public servents. In Law and Equity, by the Creditor/beneficiary as stated herein below, but not limited to- all Rights Reserved including the Right to change or add this claim, Bill at any time.
   1) Being held unlawfully or incarcerated under Color of Law, false pretense and or presumptive contract in a debtor's prison, jail and or held as a P.O.W.

#RB 628 225 402 US

Registered Mail #7015 1570 0002 3007 0078

Cert Mail

3) B (continued)

    2) Being denied Holistic and Western medical treatment and medicine during incarceration

    3) Being denied access to mail and correspondence during incarceration.

    4) Being denied access to true law library, In Law and Equity books, materials and computer word processor, etc. during incarceration.

    5) Being denied natural/holistic foods, unprocessed foods during incarceration.

    6) Being denied remedy and or access thereof.

      A) Access to an Article III common law Court of original Jurisdiction and proceedings of the Law of the Land, America and or Colorado state, In Law.

      B) Access to Court of Equity of competent original jurisdiction between the alleged parties, of the land, America and Colorado State.

      C) Right to face our accusers- A.K.A. lawful injury party In Law and Equity.

      D) Right to American and or Colorado Constitution- Bill of Rights including but not limited to, council and spoke person of choice to be secure in our private papers, etc.

      E) Full disclosure of the cause and nature action and or Court proceedings- charges, Bills, claims, commercial presentments and the parties of interest thereof.

    7) Being denied my right to life, liberty and the pursuit of happiness- the benefit as the Creditor/beneficiary, citizen of The United States of America and Colorado State.

    8) Being denied my benefit as the Equity Title Holder, the sole foreign beneficiary of the "SS-Trust", A.K.A. holder to the Deed of Title to the "SS-Trust".

Fraus et jus nun quam cohabitant- Fraud and justice never dewll together.

Fraus est celare fraudem- It is fraud to conceal a fraud.

Ex dolo malo actio non oritur- A right of action cannot arise out of a fraud.

## Bill

Partial assessment upon the accused, each and severly for herein stated trespasses, injuries, violations and commercial dishonors twelve per day assessed during time period of 26th June, 2013 to February 1st, 2016, number of days, 950.

City & County of Denver                    2016032989                                14 of 17


2016032989
Page: 14 of 17
03/15/2016 08:23 AM    R$91.00    D$0.00
City & County of Denver            D

Registered Mail #7015 1520 0002 3007 0078
#RB 628 225 402 US
Cert Mail

## Bill (continued)

12 trespasses per day X 1,000,000.00 silver species X 950 days = Total of the partial assessment 11,400,000,000.00 silver species each and severly per accused.

Reserve right to change and/or add to this complaint, Bill at any time.

### Notice of Oath Acceptance

Notice for all of the The United States of America, Colorado State and UNITED STATES OF AMERICA acting and public servants - fiduciary responsible - Officers, agents and Trustees, on behalf of the "SS-Trust" and for the Creditor/beneficiary, -to act, perform and complete their ministerial duties and obligations herein noticed. Thus, all Oath of Offices and commercial and private liabilities are hereby accepted by the Creditor/beneficiary and the Office of Executor of the "SS-Trust". Notice to assignees and signers, nunc pro tunc to 23rd May 1964 and ensueing.

Qui non onstate quod abstare protest facere videtur- He who does not prevent what he is able to prevent, is considered as committing the thing.
Qui non prohibet quod prohibere protest assentire videtur- He who does not prohibit what he is able to prohibit, is in fault.
Non est arctius vinculum inter homines quam jusjurandum- There is no stronger link among men than an oath.

### Relief Requested

1) Public recording, acknowledgement and recognition of the Claims, Standing, Status, Titles, Rights, Proof of Life, Deeds of the Creditor/beneficiary- Michael-destry Family of Williams including but not limited to his International Right of Self Determination as a free living man upon the land- Citizen of The United States of America and Colorado State - State zone Citizen, (none U.S. citizen, "not within the UNITED STATES") Thus being provided travel documents of said standing and status.



2016032989
Page: 15 of 17
03/15/2016 08:23 AM   R$91.00   D$0.00
City & County of Denver   D

Registered Mail # 7015 1520 0002 3007 0078

# RB 628 225 402 US
Cert,
Mail

2) Recognition and acknowledgement of the Creditor/beneficiary Equity Title and Rights as the sole foreign beneficiary of the "SS-Trust"- known as MICHAEL DESTRY WILLIAMS (C) SS# XXX-XX-0608, file# 1051964016457. Along with, complying and completing the request of the SSA-521 form and supporting documents, to account, repayment of interest and unlawful fees and payments, settlement, closure and distribution of the "SS-Trust" assets to an unincorporated association account and or escrow account with ID# RA 218 748 837 US in the name of the Creditor/beneficiary- Michael-destry Family of Williams. Including but not limited to Equitable relief for the "SS-Trust", to be made whole, for damages of the mismanagement and rape of said "SS-Trust" by the accused.

3) Injunctive relief- freezing, seizure of all titles, securities, bonds, stocks, funds, real property, currency, assets, of the accused in compliance with this complaint, claim, Bill. Notice of trespass, injuries, violations and commercial dishonor presented by the Creditor/beneficiary and the Office of Executor of the "SS-Trust", herein assessed against the accused for their actions under COlor of Law, without- any disclosure and or lawful authority or lawful contractual agreement between the alleged parties and or claiming falsely to be the lawful injured party of the commercial complaint.

4) To have this matter- accused commercial complaint and complaintants counter claim, transfered, filed, brought and or settled in a true Court of original competent jurisdiction, between the parties- In Law and Equity, including but not limited to, an original American Article III Common law Court jurisdiction, Court of the United States, In Law and Equity, and or an International Common Law Court of competent jurisdiction In Law and Equity. Whereas full disclosure of all facts, parties and the true Nature and Cause of the actions- claims, complaints, Bills, charges and lawful authority and or contractual obligation be "brought to the Light of Day".

5) Injunctive relief- releasing the Creditor/beneficiary - living man - Michael-destry Family of Williams from being held and incarcerated unlawfully and or as the unwilling compulsory surety under compelled performance in economic slavery, involuntary servitude for the accused alleged defendant- "SS-Trust" in their commercial complaints under P.O.W.# 39714-013 at the Federal Bureau of Prisons at FCI- Englewood, Colorado prison, until this matter is resolved in a competent court In Law and Equity as stated above.

Case No. 1:12-cr-00140-CMA   Document 108-2   filed 11/21/16   USDC Colorado   pg 16 of 17

City & County of Denver                2016032989                              16 of 17

2016032989
Page: 16 of 17
03/15/2016 08:23 AM    R$91.00    D$0.00
City & County of Denver            D

#RB 628 225 402 US
Registered Mail #7015 1590 0002 3007 0078
(ert Mail)

6) Request andy and all other relief not listed herein, that is available and or guaranteed In Law and Equity, to be administered, including but not limited to charging the accused criminally under the law of the land and or internationally.

7) Herein appoint Director Joseph T. Speetjens Jr. as receiver for the "SS-Trust" and this complaint, claim.

8) request the Head Trustee and Court over the UNITED STATES OF AMERICA bankruptcy- the accused, to come forward and be recognized by the Creditor.beneficiary.

9) Payment of the partial assessment, Bill 11,400,000,000.00 silver species to the Creditor/beneficiary in an uncorporated account with the ID# RA 218 748 837 US in his lawful name Michael-destry Family of Williams.

Lex dabit remedium- The law will give a remedy.

Justitia nemini neganda est- Justice is to be denied to no one.

Executio legis non habet injuriam- Execution of the law does no injury.

### Affirmation

All Rights Reserved including but not limited to the Right to add and or change this affadavit, complaint, claim, Bill at any time.

Notice to principal is notice to agent.
Notice to agent is notice to principal, assignees and or assignors.

Jurare est Deum in testem vocare et est actus divini cultius- To affirm is to call God to witness and is an act of divine worship.



2016032989
Page: 17 of 17
03/15/2016 08:23 AM    R$91.00    D$0.00
City & County of Denver                D

Registered Mail # 7015 1520 0002 3007 0078

#RB 628 225 $02 US

(Cert Mail)

I Michael-destry Family of Williams in propria persona sui juris and as Executor of the Office of Executor of the "SS-Trust" - MICHAEL DESTRY WILLIAMS (C) in Good Faith and Clean Hands, affirm under God, this document, complaint, Affadavit, Claim, notice, Bill is true and correct. Bonafide- sincere, in good faith.

Completed this 1st day of February in the year 2016. "NOT within the UNITED STATES"

On behalf of Michael-destry Family of Williams, then the family of Williams, the Citizens of <u>The United States of America</u> A.K.A. any State zone Citizen.

Office of Executor
of the Trust MICHAEL DESTRY WILLIAMS (C)
Michael-destry: Executor

Creditor/beneficiary
Equity Title Holder
Michael-destry Family of Williams

*Michael-destry: Executor*            *Michael-destry Family of Williams*

### CERTIFICATION

The Clerk and Recorder for the CITY AND COUNTY OF DENVER State of Colorado does hereby certify this document to be a full, true and correct copy of the original document recorded in my office.

by _____ Clerk and Recorder,
    Deputy County Clerk
Date 3/15/16

Page 17 of 17
Complaint/Affidavit
AOUSC/FTC