U.S. POSTAGE
PAID
PUEBLO, CO
81008
NOV 19, 16
AMOUNT
**$12.80**
R2304Y122949-11

1006  80294

CERTIFIED MAIL®
7015 1520 0001 6174 3911

ReadyPost

RECEIVED
NOV 2 1 2016
JEFFREY P. COLWELL
CLERK
UNITED STATES DISTRICT COURT
DENVER, CO

**TO:**
UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO
Clerk of the Court and Accused
901 19th Street
Denver, Colorado [80294]
By Certified Mail #7015 1520 0001 6174 3911

**FROM:**

Esther Jean Williams
Mailing Agent
1024 East Ash Street
Pueblo, Colorado [81001]

Utility Mailer
10 1/2" x 16"

