FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 15 2018
JEFFREY P. COLWELL
CLERK

# Common Law
# Writ of Error
# Notice of
# Malice of Legal Process

Date: 10th August 2018

RE: Common Law Administrative Judgement and supporting documents, to be recorded in the Commercial case # 1:12-cr-00140-CMA-(1)

To: Admiralty- UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO - (USDCDC court)
Attn: Clerk of the Court- Jeffery P. Colwell
901 19th Street
Denver, Colorado [80294]
Certified Mail # 7016 1370 0001 2875 5038

From: Michael-destry Family of Williams
In propria personia sui juris
Creditor and sole foreign beneficiary, Executor of the Office of Executor, unwilling compulsory surety of the trust MICHAEL DESTRY WILLIAMS © the alleged defenant in commercial case # 1:12-cr-00140-CMA-1.
C/o Federal Correctional Institution.
FCI Englewood Corporate prison.
B.O.P. # 39714-013
9595 W. Quincy Avenue
Littleton, Colorado [80123]

Thank you for your actions, acknowledging service of the Common Law Administrative Judgement dated, 18th July 2016 on the USDCDC court and it's Commercial case # 1:12-cr-00140-CMA-(1). Served upon the USDCDC court and officers, by Affidavit of service dated, 12th July 2018. Noticing and serving the Common Law Administrative Judgement and Nine (9) other supporting documents, served by certified mail # 7018 0360 0000 9854 2564, by Colonel Gregory Staut, Air Force reserves - Unit manager FCI Englewood prison.

Common Law Administrative Judgement and supporting documents was incorrectly and maliciously placed in a new commercial case # 1:18-cv-01805-GPG. by USDCDC court and officers.

All documents and the Administrative Judgement are to be recorded in USDCDC court commercial case # 1:12-cr-00140-CMA-1 only.

Your Malice of Legal Process, by starting a new case, disregarding the identified and noted case # 1:12-cr-00140-CMA-(1) upon the Affidavit of service of Common Law Administrative Judgement with supporting documents, is Prima Fascia Evidence of Fraud, Violation of Due Process (V Amendment) and malicious attempt to try and subvert the Common Law Judgement. Which is guaranted by VII Amendment. Your actions prove Full Entent to criminally harm the Creditor- Michael-destry Family of Williams

This malice action by the USDCDC court and your Corporate Officers has added Magistrate Gordon P. Gallagher as a Third Party Intervenor. His dishonor, forfeiting, his commercial and personal liability, now claimed in Common Law Arrest Warrant of the new Case 1:18-cv-01805-GPG Commercial documents 4-Pages herein attached for recording in Commercial case # 1:12-cr-00140-CMA-(1).

USDCDC court is hereby Served a second time the Common Law Administrative Judgement and supporting and attached documents for recording in commercial case # 1:12-cr-00140-CMA-(1).

This is also request to send a copy of the updated docket sheet, showing the recordings of the Common Law Judgement and supporting documents to the Creditor/Petitioner - address herein, of case # 1:12-cr-00140-CMA-(1)

Affirmation

Hereby Affirm under God, that the enclosed and stated documents are to the best of my Knowledge, true, correct, in Clean Hands, Bona-Fide Sincere in Good Faith

Witness:

Stormy-Bob Family of Griffith
Stormy-Bob Family of Griffith

Chandler-allen Family of Ingersoll
Chandler-allen Family of Ingersoll

Gregory Stant, UNIT MGR
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF 2 1/8" JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

[signature] 8/10/18
(STAFF SIGNATURE) (DATE)

Michael-destry Family of Williams
Michael-destry Family of Williams
Creditor - Colorado State Republic
Citizen of the Republic Nation
The United States of America
of Error

Common Law
Affidavit of Service
Case# 1:12-cr-00140-CMA-(1)

Second time Served

I, Michael-destry Family of Williams, being incarcerated as the unwilling compulsory surety, on 10th August 2018, by and through FCI Englewood Prison Mail room and Officers, I present this Common Law Writ of Error and below stated legal mailings, envelopes and documents for inspection, placement and sealing in envelopes for mailing by Unit Manager Mr G. Staut to be delivered to the Post Office of the United States through FCI Englewood prison mail room.

Documents:

- Common Law Administrative Procedures and Remedies: Third Notice - Administrative Judgement Dated: 18th July 2016, Notorized: 8th June 2017, 6-pages.
- Fax Receipt of Administrative Judgement TO: Bankruptcy Noticing Center, dated: 25th April 2017.
- Affidavit of Service: First Notice - Common Law Administrative Procedures and Remedies, dated and notorized: 18th November 2016, 4-pages.
- Affidavit of Service: Second Notice - Common Law Administrative Procedures and Remedies, dated and notorized on: 25th January 2017, 2-Pages.
- Arrest Warrant in Common Law of the Admiralty UNITED STATES DISTRICT COURT - DISTRICT OF COLORADO, Commercial indictment case 1:12-cr-00140-CMA-1, Judgement in a Criminal Case, Imprisonment, Supervised Release, Conditions, Penalties, Schedule of Payment, Statement of Reason, dated: 12th July 2018 11-pages.

Judgement "2"
Affidavit of Service

- Arrest Warrant in Common Law of STATE OF COLORADO Corporation - Fourth Judicial District. Warrant for Failure to Appear, Case# CO 212006M-001224.

- Power of Attorney - katinie Jensen and Bret-Dana: Swenson, with Revokation of Power of Attorney of UNITED STATES OF AMERICA inc. (U.S.A. Corporation) and it's federal Corporate agencies, 1-page.

- Power of Attorney - Stormy-Bob: Griffith and Chandler-allen: Ingersoll, with Revocation of Power of Attorney of UNITED STATES OF AMERICA inc. (U.S.A. Corporation) and it's federal corporate agencies, 1-page.

- Common Law writ of Contract, offer to settle, 3rd request. B.O.P. FCI Englewood Prison - Warden; R. Hudgins, staff and President Trump - Dated: 12th June 2018, 6-Pages Notorized

- Proof of Service by Unit Manager Mr. Staut FCI Englewood copout of Common Law writ of Contract dated: 18th June 2018

- Common Law - Affidavit of Service (First Notice of Service) Administrative Judgement - dated 12th July 2018 4-pages - TO: Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO by Certified Mail # 7018 0360 0000 9854 2564 for Commercial case # 1:12-cr-00140-CMA-(1).

- Common Law Arrest Warrant - seize and claimed the Commercial case # 1:18-cv-01805 GPG of the Admiralty - UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO dated 10th August 2018 4-pages, Third Party Intervener into commercial Case# 1:12-cr-00140-CMA-(1).

Judgement "2"
Affidavit of Service
2 of 3

TO: Admiralty- UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO
Clerk of the Court - Jeffery P. Colwell
901 19th Street
Denver, Colorado [80294]
Certified Mail# 7016 1370 0001 2875 5038

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Assignees and Assignors
Silence is Acquiescence, All Rights Reserved, Without Prejuduce, Without Recourse

Affirmation

Here by Affirm under God that the stated documents and Affidavit of service is to the best of my knowledge, true, correct, in Clean Hands, Bonafide Sincere, in Good Faith

Witness

Chandler-allen Family of Ingersoll
Chandler-allen Family of Ingersoll

Stormy-bob Family of Griffith
Stormy-bob Family of Griffith

Michael-destry Family of Williams
Michael-destry Family of Williams
in propria persona sui juris, Creditor, Citizen of Colorado State Republic, of the Republic Nation - The United States of America of Turtle Island.
Sole foreign beneficiary, Equity Title holder, and Executor of the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS ©

Bren Stout, Witness
(NAME) (TITLE)
"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."
(STAFF SIGNATURE) 8/10/18 (DATE)

Judgement "2"
Affidavit of Service
3 of 3



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01805-GPG

**(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

MICHAEL DESTRY WILLIAMS,

Plaintiff/Applicant,

[NO NAMED DEFENDANTS/RESPONDENTS],

Defendants/Respondents.

**ORDER DIRECTING MR. WILLIAMS TO CURE DEFICIENCIES**

On July 16, 2018, Michael Destry Williams submitted to the Court a pleading titled "Common Law Affidavit of Service." ECF No. 1. Mr. Williams is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order. Mr. Williams will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time. Any papers that Mr. Williams files in response to this Order must include the civil action number on this Order.

Gregory Hart Unit mgr
(NAME) (TITLE)

**28 U.S.C. § 1915 Motion and Affidavit:**

21/8" JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)

(1) X is not submitted (must use Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action if filing a

(STAFF SIGNATURE) 8/10/18 (DATE)





**Other Orders/Judgments**

1:18-cv-01805-GPG Williams v. No Named Defendants

JD, PS1

**U.S. District Court - District of Colorado**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 7/18/2018 at 1:52 PM MDT and filed on 7/18/2018

**Case Name:** Williams v. No Named Defendants
**Case Number:** 1:18-cv-01805-GPG
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER Directing Mr. Williams to Cure Deficiencies. If Mr. Williams fails to cure the designated deficiencies within thirty days from the date of this Order the action will be dismissed without further notice, by Magistrate Judge Gordon P. Gallagher on 7/18/2018. (angar, )**

**1:18-cv-01805-GPG Notice has been electronically mailed to:**

**1:18-cv-01805-GPG Notice has been mailed by the filer to:**

Michael Destry Williams
#39714-013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=7/18/2018] [FileNumber=6595034-0] [7807d12b9fa095e0034e4091f9cf3ec439e222456be7f8d4c57a4db38952bd3466b 6c09cae6413a1f11c2bde4cb05fb824aceb922fe5a16cea59b0153a642293]]

AUTHORIZED BY THE ACT OF JULY 7, 1955 TO ADMINISTER OATHS (18 USC 4004).

Grant Stout, Case Manager
(TITLE)

(STAFF SIGNATURE) 8/10/18 (DATE)



FURTHER ORDERED that if Mr. Williams fails to cure the designated deficiencies within thirty days from the date of this Order the action will be dismissed without further notice.

DATED July 18, 2018, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge

Arrest Warrant In Common law- claim and commercial Seize these terms, conditions, Color of Law, documents, claims, Contracts, true bills, Case # 1:18-cv-01805-GPG Magistrate and Corporate officer Commercial and Gorden P. Gallagher, A Third Party personal liability. Commercial case # 1:12-cr-00140- Intervener into Common Law Administrator Judgement CMA-1 and Common Law served by certified mail # dated: 18th July 2016, upon the Admiralty UNITED STATES 7018 0360 0000 9854 2564 COLORADO for Malicious abuse DISTRICT COURT OF DISTRICT OF Law and Malicious injury for failing of legal process, Malice in Law and Judgement in commercial With full entent to record stated Judgement and noted on said Judgement, Case # 1:12-cr-00140-CMA-1, as identified improper persona sui juris By the authority of Michael-destry Family of Williams Republic National of the United States Creditor - Colorado State Republic Citizen of the office of Executor of the of America and sole foreign beneficiary, Executor of the alleged Plaintiff/Applicant Trust known as MICHAEL DESTRY WILLIAMS© All Rights Reserved, Without Prejudice Without Recourse, All other claims Reserved.

Assessment fifteen (15) Billion silver species (species-102 of .999 pure silver) and ensuing Each and seperatly, per- Law of the Land Constitution of the United States - Article III In Law and Equity, VII Amendment "Suits in Common Law"

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Assignees, Assignors, Silence is Aquiesense.

Date: 10th August 2018

by: Michael-destry: Executor
Michael-destry: Executor of the office of Executor of trust - MICHAEL DESTRY WILLIAMS©
Michael-destry Family of Williams
Michael-destry Family of Williams
Rural Rout 1 St. Charles Mesa, Pueblo Colorado - Near and c/o
1735 Cortner Road
Pueblo, Colorado [81006]

Greg Stout UNIT Mgr
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (10 USC 4004)."

(STAFF SIGNATURE) 8/10/18 (DATE)



habeas action or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant § 1915 if filing a prisoner complaint)

(2) ___ is missing affidavit

(3) _X_ is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing if filing a prisoner complaint

(4) _X_ is missing a certified account statement showing the current balance in prison account is not certified if filing a habeas action

(5) ___ is missing required financial information

(6) ___ is signed but not dated by the prisoner

(7) ___ is not on proper form (must use the Court's current form)

(8) ___ names in caption do not match names in caption of complaint, petition or habeas application

(9) _X_ is missing a signed authorization to allow agency to disburse funds from inmate account if filing a prisoner complaint

(10) _X_ other: In the alternative, Mr. Williams may prepay the $400 filing fee in full if filing a prisoner complaint or $5 if filing a habeas action.

**Complaint, Petition or Application:**

(11) ___ is not submitted

(12) _X_ is not on a proper court-approved form (if filing a prisoner complaint must submit claims on a Court-approved Prisoner Complaint form; if filing a habeas action must submit claims on an Court-approved Application/Motion form)

(13) ___ is missing an original signature by the prisoner

(14) ___ is missing page nos.

(15) ___ uses et al. instead of listing all parties in caption

(16) _X_ names in caption do not match names in text

(17) ___ other:

Accordingly, it is

ORDERED that Mr. Williams cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Williams files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Williams shall obtain the current Court-approved forms as identified above depending on what claims he intends to pursue in this action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, for use in curing deficiencies. It is

"AUTHORIZED BY THE ACT OF JULY 7, 1955 TO ADMINISTER OATHS (18 USC 4004)."

greg [signature] (NAME) (TITLE)

(STAFF SIGNATURE) 8/10/18 (DATE)

Common Law
Affidavit of Service

I, Michael-destry Family of Williams, being incarcerated as the unwilling compulsory surety, on 12th July 2018, by and through FCI Englewood Prison, Officers and agents, presented the below stated legal mailings, envelopes and documents for inspection, placement and sealing in envelopes for mailing by Unit Manager Mr. Staut to be delivered to the Post Office of the United States through FCI Englewood prison mail room.

Documents:

- Common Law Administrative Procedures and Remedies: Third Notice - Administrative Judgement Dated: 18th July 2016, Notorized: 8th June 2017, 6-pages.
- Fax Receipt of Administrative Judgement To: Bankruptcy Noticing Center, dated: 25th April 2017.
- Affidavit of Service: First Notice - Common Law Administrative Procedures and Remedies, dated and notorized: 18th November 2016, 4-pages.
- Affidavit of Service: Second Notice - Common Law Administrative Procedures and Remedies, dated and notorized on: 25th January 2017, 2-Pages.
- Arrest Warrant in Common Law of the Admiralty UNITED STATES DISTRICT COURT - DISTRICT OF COLORADO, Commercial indictment case 1:12-cr-00140-CMA-1, Judgement in a Criminal Case, Imprisonment, Supervised Release, Conditions, Penalties, Schedule of Payment, Statement of Reason, dated: 12th July 2018 11-pages.

- Arrest Warrant in Common Law of STATE OF COLORADO corporation - Fourth Judicial District-Warrant for Failure to Appear, Case# CO 212006M-001224.
- Power of Attorney - katinie Jensen and Bret-Dana: Swenson, with Revokation of Power of Attorney of UNITED STATES OF AMERICA inc. (U.S.A. corporation) and it's federal corporate agencies, 1-page.
- Power of Attorney - Stormy-Bob: Griffith and Chandler-allen: Ingersoll, with Revocation of Power of Attorney of UNITED STATES OF AMERICA inc. (U.S.A. Corporation) and it's federal corporate agencies, 1-page.
- Common Law writ of Contract, offer to settle, 3rd request. B.O.P. FCI Englewood Prison - Warden; R. Hudgins, staff and President Trump - Dated: 12th June 2018, 6-Pages Notorized
- Proof of Service by Unit Manager Mr. Staut FCI Englewood copout of Common Law writ of Contract dated: 18th June 2018

TO:

Bankruptcy Noticing Center
Attn: Director Joseph T. Spetjen Jr. or Assignee
2525 Network Place
Herndon, Virginia [20171-3514]

Registered mail #: RE 687 348 036 US

RE 687 348 036 US

Judgement
Affidavit of Service

To:

Solicit General of the United States
Room 5614 Department of Justice
950 Pennsylvania Avenue N.W.
Washington D.C. [20530-0001]
Certified mail # 7018 0360 0000 9854 2557

Admiralty: UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO
Clerk of the Court and Accused - Jeffery P. Colwell
901 19th Street
Denver, Colorado [80294]
Certified mail # 7018 0360 0000 9854 2564

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington D.C. [20580]
Certified Mail # 7018 0360 0000 9854 2571

FOURTH JUDICIAL DISTRICT
ATTN: clerk of Court and Accused - Dr. Lynetta D. Cornelis
270 S. Tejon -
P.O. Box 2980
Colorado Springs, Colorado [80901]
Certified mail # 7018 0360 0000 9854 2588

Administrative Office of the United States
One Columbus Circle N.E.
Washington D.C. [20514]
certified mail # 7018 0360 0000 9854 2762

To:

UNITED STATES OF AMERICA inc.
Registered agent: THE COMPANY CORPORATION
2711 Centerville Road, Suite 400
Wilmington, Delaware [19808]
Certified mail # 7018 0360 0000 9854 2694

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Assignees and Assignors
Silence is Acquiescence, All Rights Reserved,
Without Prejudice, Without Recourse

Affirmation

Here by Affirm under God that the stated documents and Affidavit of Service is to the best of my Knowledge, true, correct, in Clean Hands, Bonafide Sincere, in Good Faith

Witness

Stormy-bob: Family of [illegible]
Stormy-bob: Family of Gr[illegible]

Chandler-allen: Family of [illegible]
Chandler-allen: Family of In[illegible]

Michael-destry Family of Williams
Michael-destry Family of Williams
inpropria persona sui juris, Creditor, Citizen of Colorado State Republic, the Republic Nation - The United States of America of Turtle Island. Sole foreign beneficiary, Equity Title holder, and Executor of the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS ©

Gregory Stout, UUIT mgr
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

[signature] 7/12/18
(STAFF SIGNATURE) (DATE)

Judgement

~~Affidavit of Service~~

4 of 4

Michael-destry: Williams

RE 687 348 036 US
Registered Mail #.

In Common Law, Original Jurisdiction of the Land

**The United States of America** and **Colorado** State

Date: 18th July 2016

**Administrative Judgement**

**Common Law Administrative Procedures and Remedies**

To: Bankruptcy ~~Notice~~ Noticing Center

ATTN: Director Joseph T. Spetjen Jr. or Assignee

2525 Network Place - ~~3rd Floor~~

Herndon, Virginia [20171-3514]

and Registered mail # RE 687 348 036 US

Accused and/or their Trustees

Re: Administrative Judgement - Third Notice, to all in connection to Petition, First Notice dated 1st February 2016 - complaint, Affidavit, Bill, Notice Claim Arrest Warrant etc, Fault Notice, Second Notice dated 28th of June 2016, and other supporting documents.

**Parties**

**Accused:**

Fictional entities, officers and agents, including but not limited to UNITED STATES OF AMERICA- Sub Corporate agencies Courts (USDCDC), UNITED STATES MARSHAL SERVICE, (BOP) FEDERAL BUREAU OF PRISONS- Officers and agents, Clerk of the Court (Unknown name) [Jeffrey P. Colwell] USDCDC, Judge Christine M. Arguello, Keneth Harmon, John Walsh, Klaton Knabb, David Topolewski, Judge Boyd N. Boland, ~~Stephen John Nalty~~, Fourth Judicial District, El Paso County Colorado, Clerk of Court M.V. Perry, Judge Karla J. Hensen, Warden Deborah Denham, Judge C. Dennis ~~Mayes~~ Maes (sic), Trustees and agents of the "SS-Trust!" Added - Judge: Gilbert A. Martinez Clerk of Court: Dr. Lynetta D. Cornelius - Fourth Judicial District.

Address: UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO

(USDCDC) Commercial Complaint #. 12-cr-00140-CMA-1

Clerk of the Court and accused

901 19th Street

Denver, Colorado 80294

RE 687 348 036 US
Registered Mail #.

**Parties**
**Continued**

**Complaintants:**

1) Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS (C) SS# xxx-xx-0608, file# 1051964016457 herein known as "SS-Trust"- a UNITED STATES OF AMERICA Corporate citizen, A.K.A. Federal zone citizen. Office of Executor was occupied and claimed on the 26th of June, 2013, to date, by the sole foreign beneficiary, creditor, Equity Title Holder, Executor, living man Michael-destry Family of Williams.

Office of Executor of the SS-Trust
MICHAEL DESTRY WILLIAMS (C)
ATTN: Michael-destry: Executor
Rural Rout 1
St. Charles Mesa
Pueblo, Colorado
C/O: FCI-Englewood
BOP# 39714-013
9595 West Quincy Avenue
Littleton, Colorado [80123]

2) Michael-destry Family of Williams- in propria persona, sui juris, living man with Proof of Life, Creditor, beneficiary, Equity Title Holder, Citizen of The United States of America, (herein known as America), Colorado State Citizen, A.K.A. State Zone Citizen, physically permanently disabled American under God, Sole foreign beneficiary, creditor, Equity Title Holder of the "SS-Trust"- MICHAEL DESTRY WILLIAMS (C).

Michael-destry Family of Williams
Rural Rout 1
St. Charles Mesa
Pueblo Colorado

RE 687 348 036 US
Registered Mail #.

**Complaintants (con):**

C/O: MICHAEL DESTRY WILLIAMS (C) SS-Trust
FCI Englewood
BOP# 39714-013
9595 West Quincy Avenue
Littleton, Colorado [80123]

This is public notice of Common Law Administrative Judgement assessed upon the Accused, and notice to their Trustees, The Administrative Office of the United States Courts, Bankruptcy Notice Center, and Federal Trade Commission. Thus, Accused failed to answer, respond, (by lawful proof of service), to the complaintants, in reference to their Common Law Administrative Proceedures and Remedies Petition, First Notice-Complaint, Claim, Bill, etc. dated 1st of February, 2016, Fault Notice dated 28th of June, 2016, Served upon the stated above Entitied and Individuals, by third party, with registered and certified mailings.

As the registered and certified mail numbers are not identified herein, It is prima facie evidence that the complaintants are being denied their Constitutional Rights of Association, Due Process and Remedy, but not limited to. Being denied U.S. Mail and other means of Correspondence and communication, to the outside public, friends and family, Facilitated by, the prison and officials at the Federal Correctional Institution FCI-Englewood 9595 West Quincy Avenue, Littleton, Colorado [80123]

The complaintant- the living man, beneficiary of the SS-Trust, impropria persona sui juris, - Michael-destry Family of Williams, American and Colorado Citizen, A.K.A. State Zone Citizen, is being denied access to the original Jurisdiction of the Land, Article III Common Law Court - district court of the United States. The Complaintant is being held, in a debtors prison, without Lawful Authority (Kidnapped) by the Accused, as the unwilling compulsary surety, of the Accused's defendant, (SS-Trust), in their commercial complaint/case, in their private Admiralty Court - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO- (USDCDC), under their private codes, statutes, and jurisdiction, under compelled performance, in involuntary servitude, economic slavery, but not limited to.

RE 687 348 036 US
Registered Mail #.

The comlaintant, SS-Trust, MICHAEL DESTRY WILLIAMS (C), by and through the Office of Executor, has publicly and privately, notice all, of the Mismanagement and Rape of the SS-Trust. Office of Executor- "highest office of the Land;" has established a public claim, record and Arrest Warrant. Beginning 18th March, 2009, 28 June, 2013, 15 July, 2013, 1st February, 2016, to date and ensuing. Includes seizure of the Accused, Titles, securities, Bonds, Stocks, Funds, Real Property, Currency, Assets, Commercial complaints/case but not limited to, USDCDC # 12-cr-00140-CMA, # 12-cr-00140-CMA-1, 14-cv-02983-GPG and Fourth Judicial District, El Paso, Colorado, Case# 06M1124. Also, the Executor has requested and demanded that the SS-Trust be accounted, settled, closed and distributed to the unrebutted sole beneficiary Michael- destry Family of Williams - American and Colorado Citizen- non U.S. citizen, none Federal zone Citizen.

**Common Law Administrative Judgement**

This is partial Judgement of the Trespasses, injuries, and encroachments induced by the Accused upon the complaintant, the living man, by and through their commercial presentments/complaints/cases, without Lawful Authority or contract with the complaintant, listed herein in this Common Law Administrative Proceedures and remedies claim.

Partial Administrative Judgement by the complaintant, in the amount of 11,400,000.00 silver species (1 oz. of .999 pure silver). Assessed against each of the Accused and separately, owing the full amount in full in their commercial and personal liabilities per entities and individuals.

RE 687 348 036 US
Registered Mail #.

**Notice and Clarification:**

Any and all Correspondence, response to the complaintants Common Law Administrative Proceedures/notice/claims/judgement, must be facilitated by Lawful notice and Proof of Service, upon the Complaintants in their lawful and proper names, standing, status, and address - Rural Route 1, St. Charlse Mesa, Pueblo Colorado, C/O FCI-Englewood Prison, BOP# 39714-013, 9595 West Quincy Avenue, Littleton, Colorado, 80123. With return of receipt of signature of the complaintants, establishing lawful Proof of Service.

All Rights Reserved

Reserve the Right to change and/or add to this Common Law Administrative Proceedures Notice, Complaint, Claim, Bill, Judgement, etc. without Prejudice, without Recourse.

Notice to principal is notice to agent, notice to agent is notice to principal, assignees and/or assignors.

Silence is Acquiescence.

by: Michael-destry: Executor
by: Michael-destry: Executor

Office of Executor of the
Trust MICHAEL DESTRY WILLIAMS (C)
Michael-destry: Executor

Michael-destry Family of Williams
Michael-destry Family of Williams

Michael-destry Family of Williams
Creditor/Beneficiary
American and Colorado Citizen

On behalf of Michael-destry Family of Williams than Williams Family and any and all American Citizen.

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

State of CO, County of Jefferson
Signed before me on this 8th day of June, 2017 by Michael Williams
Notary Public Amanda L Vargas

Michael-destry: Williams

RE 687 348 036 US
Registered Mail #.

CC:

Solicit General of the United States
Room 5614 Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. [20530-0001]
Certified Mail# 7018 0360 0000 9854 2557

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO
Clerk of the Court and Accused – Jeffery P. Colwell
901 19th Street
Denver, Colorado [80294]
Certified Mail# 7018 0360 0000 9854 2564

Federal Trade Commission
600 Pennsylvania Ave. N.W.
Washington, D.C. [20580]
Certified Mail# 7018 0360 0000 9854 2571

FOURTH JUDICIAL DISTRICT
ATTN: Clerk of the Court and Accused – Dr. Lynetta D. Cornelis
270 S. Tejon
P.O. Box 2980
Colorado Springs, Colorado [80901]
Certified Mail# 7018 0360 0000 9854 2588

Administrative Office of the United States Courts
One Columbus Circle N.E. / Attn: Office of Director
Washington, D.C. [20514]
Certified Mail# 7018 0360 0000 9854 2762

UNITED STATES OF AMERICA inc.
Registered agent: THE COMPANY CORPORATION
2711 Centerville Road, Suite 400
Wilmington, Delaware [19808]
Certified Mail # 7018 0360 0000 9854 2694

Affidavit of Service

I, Esther Jean Williams, on this 18th day of November 2016 mailed by and through the United State Post Office:

TO:   Administrative Office of the United States Courts
One Columbus Circle N.E.
Washington D.C. [20544]
ATTN: Administrator or Assignee
Registered Mail #RB 628 225 416 US

And

       Bankruptcy Notice Center
Director: Joseph T. Speetjen, or Assignee
2525 Network Place, Third Floor
Herndon, Virginia [20171-3514]
Registered Mail #RB 628 225 402 US

1) **Complaint, Affidavit, Bill, Notice, Claim Deed and Title document dated 1st February 2016, 17 pages each, Public Recordings #2016032990 and #2016032989, City & County of Denver Clerk and Recorders Office on 3/15/2016**

Supporting Documents Enclosed

01) Court Petition, marked Exhibit A, 2 pages, Demanding Transfer and Invoking Article III. Common Law Court of Competent Jurisdiction, recorded with the U.S. District Court, District of Colorado on the 15th of July 2013

02) Notice dated 14th of July 2013, marked Exhibit B, from the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS© addressed To the United States District Court for the District of Colorado, Attn: Honorable Judge Christine M. Arguello/Acting Trustee, stamped received by Clerk of the Court on 2013 July 15

03) Notice dated 15th of July 2013, marked Exhibit C, from the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS©, Arrest Warrant, filed in: United States District Court for the District of Colorado, Honorable Judge Christine M. Arguello/Acting Trustee, stamped received 2013 July 15 by Court Clerk

04) Exhibit D, dated 7-30-13, 1210 Hrs. by Aurora Personnel, Mailing envelope marked "RTS Claims Unlawful Address & Name, Need to send to Trustee"

05) IRS Form SSA-521, dated March 18, 2009, 2 pages, Public Recording #1970982 at Pueblo County Clerk/Recorder, dated 03/28/2014

06) IRS Form SSA-521, 2 pages, dated May 15, 2014, Request for Withdrawal of Application referencing Attachment #806080-1

07) Attachment, dated May 15, 2014, to Form SSA-521 #806080-1 in conjunction with Form SSA-521, dated 18 March 2009, 3 pages

08) Letter to Board of Trustees, dated May 23, 2014, 2 pages, Third Praecipe Notice and Request

09) Power of Attorney and Notice of Authority for the Trust known as MICHAEL DESTRY WILLIAMS©, publicly notarized February 25, 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969491 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014

10) Notice from Office of Executor, Trust known as MICHAEL DESTRY WILLIAMS©, dated 25th February 2014, publicly notarized February 25, 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969492 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014

11) Letter of Acceptance Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS©, notarized February 25, 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969490 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014

12) Letter of Request, dated on 25th February 2014 and publicly notarized on 25 February 2014, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969493 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014

13) Order – Office of Executor, dated 1st November 2013, TO: THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO, Clerk of the Court and Acting Judge Christine M. Arguello, and publicly notarized 11-1-13, Guillermo H. Gutierrez, Adams County, Colorado

14) Affidavit from the Office of Executor, 2 pages, dated 13th August 2013, and publicly notarized on 8-20-13, Guillermo H. Gutierrez, Adams County, Colorado

15) Affidavit from Michael-destry Family of Williams, dated 1st November 2013, and publicly notarized on 11-8-13, Guillermo H. Gutierrez, Adams County, Colorado

16) Form 56 – Notice Concerning Fiduciary Relationship, 2 pages, dated 2nd March 2014, publicly notarized on 3/2/14, Guillermo H. Gutierrez, Adams County, Colorado; Public Record #1969496 at Pueblo County Clerk/Recorder Office, Pueblo County, Colorado, dated 03/11/2014

17) Letter, dated February 23, 2009, to Deputy Commissioner International, Department of the Treasury/Internal Revenue Service Center, Austin, Texas 73301 and Proof of Registered Mail #RA 218 748 837 US, dated 02/24/2009, RE: W-8BEN and Declaration, 2 pages; Cc to Secretary of the US Treasury, 1500 Pennsylvania Ave NW, Washington, D.C. 20220

18) W-8BEN Form, dated 02-04-2009, stamped received 02-26-2009

19) Declaration of Michael-Destry: for the family of Williams, a Living Man, Non-Resident Alien, date executed February 23rd, A.D. 2009; witnessed by two of the People; publicly notarized 24th February 2009, by James Galladora, East Baton Rouge, Louisiana

20) Letter, dated February 23, 2009, to Deputy Commissioner International, Department of the Treasury, Bensalem, PA 19020, and Proof of Registered Mail #RA 218 748 783 US, dated 02/24/2009, RE: W-8BEN and Declaration, 2 pages; Cc to Secretary of the US Treasury, 1500 Pennsylvania Ave. NW, Washington, D.C. 20220

21) W-8BEN Form, dated 02-04-2009, stamped received 02-26-2009

22) Declaration of Michael-Destry: for the family of Williams, a Living Man, Non-Resident Alien, date executed February 23rd, A.D. 2009; witnessed by two of the

People; publicly notarized 24th February 2009, by James Galladora, East Baton Rouge, Louisana

23) Apostille (Convention de La Haye du 5 Octobre 1961) of Public Notice, Declarations, and Honorable Clarifications Apostille, State of Louisiana, No. 5524, 22 October 2008; Public Recording #1969494, 11 pages, at Pueblo County Clerk/Recorder, Pueblo County, Colorado, dated 03/11/2014
24) Deed of Secondary Conveyance of Incorporeal Hereditaments, An Authenticated Foreign Document, Hague Convention, 5 October 1961, Apostille of PUBLIC NOTICE, DECLARATIONS, AND HONORABLE CLARIFICATIONS, State of Louisiana, No. 5524, 22 October 2008; Certified and publicly notarized 22nd October 2008, by James Galladora, East Baton Rouge Parish, Louisana; Public Recording #1787988, 9 pages, at Pueblo County Clerk/Recorder, Pueblo County, Colorado, dated 11/12/2008

Copies to

Bankruptcy Notice Center
Attn: Director Joseph T. Speetjen, Jr. or Assignee
2525 Network Place, 3rd Floor
Herndon, Virginia [20171-3514]
By Registered Mail # RB 628 225 402 US

Federal Trade Commission
600 Pennsylvia Avenue N.W.
Washington D.C. [20580]
By Registered Mail #RB 628 225 380 US

Solicit General of the United States
Room 5614, Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. [20530-0001]
By Certified Mail #7015 1520 0001 6174 3928

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO
Clerk of the Court and Accused
901 19th Street
Denver, Colorado [80294]
By Certified Mail #7015 1520 0001 6174 3911

Fourth Judicial District
Attn: Clerk of the Court and Accused
270 South Tejon
PO Box 2980
Colorado Springs, Colorado [80901]
By Certified Mail #7015 1520 0001 6174 3904

Deputy Commissioner (International)
Department of Treasury/
Internal Revenue Service Center
Austin, Texas [73301-0215]
U. S. A.
By Certified Mail #7015 1520 0001 6174 3942

I, Esther Jean Williams, do affirm that above-stated mailings have been mailed by and through and correct with clean hands.

Esther Jean Williams
1024 East Ash Street, Pueblo, Colorado [81001]

Witness Date 11/18/16

Witness Date 11-18-16

Notarized:

STATE OF COLORADO
COUNTY OF Pueblo
The Foregoing Instrument was acknowledged before me this 18th day of November 20 16 by Esther J. Williams
Notary Public
5-6-2020
Commission Expiration Date

ERIN YAHOLA SELFRIDGE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164017673
My Commission Expires 05-06-2020

Affidavit of Service

I, Esther Jean Williams, on this 25th day of January 2017 mailed by and through the United State Post Office:

TO: Bankruptcy Notice Center
Director: Joseph T. Speetjens, or Assignee
Accused and/or their Trustees
2525 Network Place
Herndon, Virginia [20171-3514]
Registered Mail #RB 628 225 376 US
Bankruptcy Noticing Center, Herndon, VA 20171, FAX (703)563-7508
Bankruptcy Noticing Center, 45479 Hollywood Dr., Sterling, VA 20166, FAX (517)392-9103

**RE:** **Fault** Notice, to all, in relation to Petition, First Notice dated 1st February, 2016 – Complaint, Affidavit, Bill, Notice, Claim, etc.;
**Arrest** Warrant of Commercial Complaint, Failure to appear in the 4th Judicial District, Bonds of Gilbert A. Martinez and Dr. Lynette Cornelius;
**Lawful** proof of Citizenship of Michael-destry: Family of Williams

First Notice Petition--Complaint, Affidavit, Bill, Notice, Claim Deed and Title document dated 1st February 2016, 17 pages each, Public Recording #2016032990, City & County of Denver Clerk and Recorders Office on 3/15/2016. Sent by USPS on November 19, 2016; Received by:

Bankruptcy Notice Center, Registered Mail #RB 628 225 402 US
Solicit General of the United States, Certified Mail #7015 1520 0001 6174 3928
UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO, Certified Mail #7015 1520 0001 6174 3911
Federal Trade Commission, Registered Mail #RB 628 225 380 US
Fourth Judicial District, Certified Mail #7015 1520 0001 6174 3904
Administrative Office of the United States Courts, Registered Mail #RB 628 225 416 US
Deputy Commissioner (International), Department of Treasury, Certified Mail #7015 1520 0001 6174 3942

Copies to:

Solicit General of the United States
Room 5614, Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. [20530-0001]
Certified Mail #7016 2070 0000 2273 4863

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO
Clerk of the Court and Accused
901 19th Street
Denver, Colorado [80294]
Certified Mail #7016 2070 0000 2273 4856

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington D.C. [20580]
Certified Mail #7016 2070 0000 2273 4849

Fourth Judicial District
Attn: Clerk of the Court and Accused
270 South Tejon
PO Box 2980
Colorado Springs, Colorado [80901]
Certified Mail #7016 2070 0000 2273 4832

Administrative Office of the United States Courts
One Columbus Circle N.E.
Washington, D.C. [20544]
Certified Mail #7016 2070 0000 2273 4825

I, Esther Jean Williams, do affirm that above-stated mailings have been mailed by and through and correct with clean hands.

Notarized:

MARTIN SLOBODNIK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084001168
My Commission Expires 01-11-2020

Esther Jean Williams
Mailing Agent
1024 East Ash Street, Pueblo, Colorado [81001]

Witness 1/25/17
Date

Witness 1-25-17
Date

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of COLORADO

UNITED STATES OF AMERICA
V.
MICHAEL DESTRY WILLIAMS
a/k/a Will Williams

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 12-cr-00140-CMA-01
USM Number: 39714-013
Michael Destry Williams, Pro Se
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to Count(s)
☐ pleaded nolo contendere to Count(s) which was accepted by the Court.
☒ was found guilty on Counts 1 through 10 of the Superseding Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 01/11/08 | 1 |

The defendant is sentenced as provided in pages 2 through 11 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s)
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 4, 2014
Date of Imposition of Judgment

Signature of Judge

Christine M. Arguello, U.S. District Judge
Name and Title of Judge

03/10/14
Date

Gregory Staut, Unit mgr
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

(STAFF SIGNATURE) 7/12/18 (DATE)

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 01/11/08 | 2 |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 04/15/08 | 3 |
| 31 U.S.C. 5324(a)(3) and (d); 31 C.F.R. 103.22 and 103.63; and 18 U.S.C. 2 | Structuring Transactions to Evade Reporting Requirements and Aiding and Abetting | 09/29/08 | 4 |
| 18 U.S.C. § 1344 and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | 11/09/09 | 5 |
| 18 U.S.C. § 1344 and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | 11/12/09 | 6 |
| 18 U.S.C. § 514(a)(2) and 18 U.S.C. § 2 | Fictitious Obligations and Aiding and Abetting | 11/09/09 | 7 |
| 18 U.S.C. § 514(a)(2) and 18 U.S.C. § 2 | Fictitious Obligations and Aiding and Abetting | 11/12/09 | 8 |
| 18 U.S.C. § 514(a)(2) and 18 U.S.C. § 2 | Fictitious Obligations and Aiding and Abetting | 02/03/10 | 9 |
| 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 | Interference with Administration of Internal Revenue Law and Aiding and Abetting | 12/15/10 | 10 |

Gregory Grant, Unit mgr
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

(STAFF SIGNATURE) 7/12/18 (DATE)

AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: sixty (60) months as to each of Counts 1 through 4, seventy-one (71) months as to each of Counts 5 through 9, and thirty-six (36) months as to Count 10, all such terms to run concurrently for a total term of seventy-one (71) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______ ☐ a.m. ☐ p.m. on ______

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 12 p.m. on ______

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ______ to ______

at ______, with a certified copy of this judgment.

Gregory Haut, UNIT Mgr
(NAME) (TITLE)

______
UNITED STATES MARSHAL

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

By ______
DEPUTY UNITED STATES MARSHAL

[signature], 7/12/18
(STAFF SIGNATURE) (DATE)

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years on each of Counts 1 through 4; five (5) years on Counts 5 through 9; and one (1) year on Count 10, all such terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall provide access to any requested financial information.

Gregory Hunt (NAME) UNIT MGR (TITLE)

AUTHORIZED BY THE ACT OF JULY 7, 1955, AS AMENDED, TO ADMINISTER OATHS (18 USC 4004)

(STAFF SIGNATURE) 7/12/18 (DATE)

Rural Route 1, Near and c/o 1751 Chateau Mesa Road, Pueblo, Colorado [81007]

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

## SPECIAL CONDITIONS OF SUPERVISION

1. Pursuant to 18 U.S.C. § 3583(d), it is ordered that the defendant make restitution to the victim, the Internal Revenue Service, in the amount of $60,597.80.

2. Because this sentence imposes restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payment sheet set forth in the judgment and this order.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

4. As directed by the probation officer, the defendant shall apply any monies, received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

5. All employment must be approved in advance by the probation officer and the defendant shall not engage in any business activity unless approved by the probation officer. All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation office with the business entities and their registered agents. The defendant shall maintain business for any approved business activity and provide all documentation and records as restitution by the probation officer.

6. The defendant shall maintain separate personal and business finances and shall not commingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

7. The defendant shall document all income, compensation and financial support generated or received from any source and provide such information to the probation officer as requested.

8. The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.

9. The defendant shall comply with all legal obligations associated with the Internal Revenue Service and any applicable state agency regarding federal and state income taxes. This includes resolution of any tax arrearage as well as continued compliance with federal and state laws regarding the filing of taxes.

10. The defendant shall make payments on the restitution and fine obligations that remain unpaid at the commencement of supervised release. Within 60 days of commencement of supervision, the defendant shall meet with the probation officer to develop a plan for the payment of restitution and the fine. This plan will be based upon the defendant's income and expenses. The plan will be forwarded to the Court for review and approval.

11. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

12. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

13. The defendant shall submit his or her person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3/12/18

(STAFF SIGNATURE) (DATE)

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Count 1 | $ 100.00 | $ 10,000.00 | $ 60,597.80 |
| Count 2 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 3 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 4 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 5 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 6 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 7 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 8 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 9 | $ 100.00 | $ 0.00 | $ 0.00 |
| Count 10 | $ 100.00 | $ 0.00 | $ 0.00 |
| TOTALS | $ 1,000.00 | $ 10,000.00 | $ 60,597.80 |

☐ The determination of restitution is deferred until ________. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| IRS - RACS<br>Attn: Mail Stop 6261,<br>Restitution<br>333 West Pershing Avenue<br>Kansas City, KS 64108 | $60,597.80 | $60,597.80 | |
| TOTALS | $ 60,597.80 | $ 60,597.80 | |

☐ Restitution amount ordered pursuant to plea agreement $ ________

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

(NAME) (TITLE)

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

(STAFF SIGNATURE) 7/12/18 (DATE)

Arrest X Warrant, Counsel, [illegible] Payment [illegible] Commercial [illegible]
Claims, these Law, Documents, indictment, Contract, Statements - IRS Commercial, Plaintiff, Federal
Claims, Contracts, Statements, 1:12-cr-0140 - the [illegible] admit [illegible] OF Argue
Contentions, Cases 1:12-cr-00140-CMA, [illegible] of the DISTRICT Christine M. Arguello
Persons, UNITED STATES OF AMERICA and agents, COURT of DISTRICT - UNITED STATES
agencies, UNITED STATES DISTRICT COURT and Judge Colwell - UNITED STATES ATTORNEY
COLORADO, Clerk of Court 1-100 agents and Jeffery P. Colwell - UNITED STATES FEDERAL
MARSHAL SERVICE 1-300 agents, Kenneth Harmon, Attorney, Jason [illegible] Ms. Marlow Warden
OF BUREAU OF PRISONS 1-500 agents and PROBATION AND PAROLE agency 1-50 agents, Jurisdictions
R. Hoagland, UNITED STATES Family of Williams - improper persona suit, America
By the authority of Michael, Citizen of the Republic Nation The United States of America & the
Colorado State Republic, beneficiary of the Executor of the Executor species
the creditor and Sole foreign Estate, defendant. (Billion silver species
trust MICHAEL DESTRY WILLIAMS, the alleged Assignment of fifteen silver) and ensuing
Without Reserved without Prejudice, (Special and separately Law of the Land Constitution
All other claims, Each of the United States Article III In Law and Equity
Date 10th July 2018, VI Amendment is not limited in Common Law.
Notice to Agent is Notice to Principal, but not limited to
Notice to Principal is Notice to Agent
Assignors, Silence is Acquiesence
by: Michael-destry: Executor
Michael-destry: Executor
Michael-destry, Family of Williams
Michael destry, Family of Williams
Rural Route 1, ST. Charles Mesa, Pueblo Colorado
Near and c/o - 1735 Cortner Road
Pueblo, Colorado [81006]
Michael [illegible]

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 7 of 11

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ ______ due immediately, balance due

☐ not later than ______, or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal ______ (e.g., weekly, monthly, quarterly) installments of $ ______ over a period of ______ (e.g., months or years), to commence ______ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal ______ (e.g., weekly, monthly, quarterly) installments of $ ______ over a period of ______ (e.g., months or years), to commence ______ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ______ (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The special assessment, fine, and restitution obligations are due immediately. The defendant shall make payments on the restitution and fine obligations that remain unpaid at the commencement of supervised release. Within 60 days of commencement of supervision, the defendant shall meet with the probation officer to develop a plan for the payment of restitution and the fine. This plan will be forwarded to the Court for review and approval.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following Court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.

[Stamp:] (NAME) ______ , UNIT MGR (TITLE)

2 1/8" JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

(STAFF SIGNATURE) , 7/12/18 (DATE)

[Handwritten annotations written diagonally across the page, partly legible:]

Arrest Warrant ... these ... Law, Documents ... Claims ... indictment ... Conditions ... statements ... Case 1:12-cr-00140-CMA-01 ... and persons ... UNITED STATES ... agencies ... UNITED STATES DISTRICT COURT ... COLORADO ... Clerk ... MARSHALS ... OFFICE ... BUREAU OF PRISONS ... R. Hunter ... By the ... Colorado ... the Creditor ... trust MICHAEL DESTRY WILLIAMS ... of Michael ... public ... foreign ... judices ... claims ... DISTRICT OF ... Christine M. Arguello ... UNITED STATES ATTORNEY ... John Walsh ... FEDERAL ... Marlow, Warden ... agency 1-50 agents ... persona ... The United States of America ... Office of Executor of the ... PAROLE ... (15) Billion silver species ... and ensuing ... Land, Constitution ... In Law and Equity ... Common Law ... Each ... of the ... Amendment ... not limited ... Notice ... silence

All Rights Reserved, without Recourse, All Rights Reserved. Date: 12th July 2018

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent. Assignees, Assignors,

By: Michael-destry: Executor
Michael-destry: Executor
Michael-destry Family of Williams
Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo Colorado
Near and c/o 1735 Gartner Road
Pueblo, Colorado [81006]

Michael-destry Williams

AO 245B (Rev. 09/08) Criminal Judgment
Attachment (Page 1) — Statement of Reasons

Judgment—Page 8 of 16

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

# STATEMENT OF REASONS

I COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

A ☐ The Court adopts the presentence investigation report without change.

B ☒ The Court adopts the presentence investigation report with the following changes.
(Check all that apply and specify Court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)
(Use page 4 if necessary.)

1 ☐ Chapter Two of the U.S.S.G. Manual determinations by Court (including changes to base offense level, or specific offense characteristics):

2 ☐ Chapter Three of the U.S.S.G. Manual determinations by Court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

3 ☒ Chapter Four of the U.S.S.G. Manual determinations by Court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

The Court finds that two criminal history points pursuant to §§ 4A1.1(d) and 4A1.2(n) are warranted in this case, resulting in a criminal history category III.

4 ☐ Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

C ☐ The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.

II COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

A ☒ No Count of conviction carries a mandatory minimum sentence.

B ☐ Mandatory minimum sentence imposed.

C ☐ One or more Counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the Court has determined that the mandatory minimum does not apply based on

☐ findings of fact in this case

☐ substantial assistance (18 U.S.C. § 3553(e))

☐ the statutory safety valve (18 U.S.C. § 3553(f))

III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):

Total Offense Level: 23
Criminal History Category: III
Imprisonment Range: 57 to 71 months
Supervised Release Range: 1 to 3 years as to Counts 1-4; 2 to 5 years as to Counts 5-9; and 1 year as to Count 10.
Fine Range: $ 10,000 to $ 2,000,000
☐ Fine waived or below the guideline range because of inability to pay.

(NAME) (TITLE) "AUTHORIZED BY THE ACT OF 2 1/8" JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

UNIT mgr

7/12/18
(STAFF SIGNATURE) (DATE)

Arrest Warrant sealed ... these Commercial Payment ... Law, Documents, Corporation ... Claims, Statements, Indictments ... Contracts, Conditions, Cases: 1:12-cr-00140-IA ... 1:12-cr-00140-CMA ... the Plaintiff ... Federal ... Christine M. Arguello ... UNITED STATES ATTORNEY ... FEDERAL ... Warden ... Ms. Marlow ... agency 1-50 agents ... United States of America ... Office of Executor of the ... and personal liability ... UNITED STATES OF AMERICA ... DISTRICT COURT ... UNITED STATES ... agencies, UNITED STATES ... COLORADO ... Clerk of Court ... MARSHAL ... OFFICE 1-20 agents ... BUREAU OF PRISONS ... UNITED STATES ... R. Huggins ... silver species ... Constitution ... Law and Equity ... Common Law ... Article III ... VII Amendment

By the authority of Colorado, the Creditor trust MICHAEL DESTRY WILLIAMS ... All Rights Reserved Without Recourse.

Date: 12th July 2018

Notice to Agent is Notice to Principal

Notice to Principal is Notice to Agent

Assignees, Assigns, Silence is Acquiesence

By: Michael-destry: Executor

Michael-destry: Executor

Michael-destry family of Williams

Michael-destry family of Williams, Pueblo Colorado

Rural Route 1, St. Charles Mesa, Pueblo Road

Near and c/o - 1735 Cartner Road

Pueblo, Colorado [81006]

AO 245B (Rev. 09/08) Criminal Judgment
Attachment (Page 2) — Statement of Reasons

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

# STATEMENT OF REASONS

IV ADVISORY GUIDELINE SENTENCING DETERMINATION (Check only one.)

A [X] The sentence is within an advisory guideline range that is not greater than 24 months, and the Court finds no reason to depart.

B [ ] The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons. (Use page 4 if necessary.)

C [ ] The Court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual. (Also complete Section V.)

D [ ] The Court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

V DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES (If applicable.)

A The sentence imposed departs (Check only one.):
- [ ] below the advisory guideline range
- [ ] above the advisory guideline range

B Departure based on (Check all that apply.):

1 Plea Agreement (Check all that apply and check reason(s) below.):
- [ ] 5K1.1 plea agreement based on the defendant's substantial assistance
- [ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
- [ ] binding plea agreement for departure accepted by the Court
- [ ] plea agreement for departure, which the Court finds to be reasonable
- [ ] plea agreement that states that the government will not oppose a defense departure motion.

2 Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):
- [ ] 5K1.1 government motion based on the defendant's substantial assistance
- [ ] 5K3.1 government motion based on Early Disposition or "Fast-track" program
- [ ] government motion for departure
- [ ] defense motion for departure to which the government did not object
- [ ] defense motion for departure to which the government objected

3 Other
- [ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C Reason(s) for Departure (Check all that apply other than 5K1.1 or 5K3.1.)

| | | |
|---|---|---|
| [ ] 4A1.3 Criminal History Inadequacy | [ ] 5K2.1 Death | [ ] 5K2.11 Lesser Harm |
| [ ] 5H1.1 Age | [ ] 5K2.2 Physical Injury | [ ] 5K2.12 Coercion and Duress |
| [ ] 5H1.2 Education and Vocational Skills | [ ] 5K2.3 Extreme Psychological Injury | [ ] 5K2.13 Diminished Capacity |
| [ ] 5H1.3 Mental and Emotional Condition | [ ] 5K2.4 Abduction or Unlawful Restraint | [ ] 5K2.14 Public Welfare |
| [ ] 5H1.4 Physical Condition | [ ] 5K2.5 Property Damage or Loss | [ ] 5K2.16 Voluntary Disclosure of Offense |
| [ ] 5H1.5 Employment Record | [ ] 5K2.6 Weapon or Dangerous Weapon | [ ] 5K2.17 High-Capacity, Semiautomatic Weapon |
| [ ] 5H1.6 Family Ties and Responsibilities | [ ] 5K2.7 Disruption of Government Function | [ ] 5K2.18 Violent Street Gang |
| [ ] 5H1.11 Military Record, Charitable Service, Good Works | [ ] 5K2.8 Extreme Conduct | [ ] 5K2.20 Aberrant Behavior |
| | [ ] 5K2.9 Criminal Purpose | [ ] 5K2.21 Dismissed and Uncharged Conduct |
| [ ] 5K2.0 Aggravating or Mitigating Circumstances | [ ] 5K2.10 Victim's Conduct | [ ] 5K2.22 Age or Health of Sex Offenders |
| | | [ ] 5K2.23 Discharged Terms of Imprisonment |
| | | [ ] Other guideline basis (e.g., 2B1.1 commentary) |

D Explain the facts justifying the departure. (Use page 4 if necessary.)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

(NAME) Ryan Stark (TITLE) UNIT MGR

(STAFF SIGNATURE) (DATE) 7/12/18

Michael-destry: Family of Williams
Rural Route 1, Near and c/o - 17355 Pueblo, Colorado [81006]

AO 245B (Rev. 09/08) Criminal Judgment
Attachment (Page 4) — Statement of Reasons

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

## STATEMENT OF REASONS

**VII COURT DETERMINATIONS OF RESTITUTION**

A ☐ Restitution Not Applicable.

B Total Amount of Restitution: $60,597.80

C Restitution not ordered (Check only one.):

1 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

2 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

3 ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

4 ☐ Restitution is not ordered for other reasons. (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

**VIII ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE** (If applicable.)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

Arrest Warrant seize of and Claims of Law, Documents payment these Contracts, Commercial Conditions, indictment Cases, Statements 1:12-cr-00140-CMA-1, the Plaintiff 1:12-cr-00140-CMA-01 the and personal liability of the federal UNITED STATES OF AMERICA incorporated agencies, UNITED STATES agents of DISTRICT COURT OF DISTRICT OF COLORADO, Clerk of Court Jeffrey P. Colwell - Judge Christine M. Arguello MARSHAL SERVICE agents - UNITED STATES Attorney John Walsh OFFICE 1-20 agents - Harmon [illegible] and PAROLE, Ms. Marlow, Warden BUREAU OF PRISONS - UNITED STATES FEDERAL agency 1-50 agents R. Hudgins - UNITED STATES [illegible] Williams in propria persona sui juris By the authority of Michael-destry Williams Nation The United States of America Colorado state Republic Citizen [illegible] of the Office of Executor of the the Creditor and sole foreign beneficiary [illegible] (15) Billion silver species trust MICHAEL DESTRY WILLIAMS© the alleged Assessment [illegible] and ensuing All Rights Reserved, without Prejudice (Species [illegible]) [illegible] Law of the Land Constitution Without Recourse, All other claims Each and Seperate Article III In Law and Equity Reserved. of the United States [illegible] Common Law Date: 12th July 2018 VII Amendment [illegible] suit

Notice to Agent is Notice to Principal. Notice to Principal is Notice to agent. Assignees, Assignors; Silence is Acquiesense

by: Michael-destry: Executor
Michael-destry: Executor

Michael-destry Family of Williams
Michael-destry Family of Williams
Rural Route 1, ST. Charles Mesa, Pueblo Colorado
Near and c/o - 1735 Cartner Road
Pueblo, Colorado [81006]

Grey Stout, unit mgr
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

[signature], 7/12/18
(STAFF SIGNATURE) (DATE)

AO 245B (Rev. 09/08) Criminal Judgment
Attachment (Page 2) — Statement of Reasons

Judgment—Page 10 of 11

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 12-cr-00140-CMA-01

# STATEMENT OF REASONS

## VI COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM

(Check all that apply.)

A The sentence imposed is (Check only one.):
- [x] below the advisory guideline range
- [ ] above the advisory guideline range

B Sentence imposed pursuant to (Check all that apply.):

1 Plea Agreement (Check all that apply and check reason(s) below.):
- [ ] binding plea agreement for a sentence outside the advisory guideline system accepted by the Court
- [ ] plea agreement for a sentence outside the advisory guideline system, which the Court finds to be reasonable
- [ ] plea agreement that states that the government will not oppose a defense motion to the Court to sentence outside the advisory guideline system

2 Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):
- [ ] government motion for a sentence outside of the advisory guideline system
- [ ] defense motion for a sentence outside of the advisory guideline system to which the government did not object
- [ ] defense motion for a sentence outside of the advisory guideline system to which the government objected

3 Other
- [ ] Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (

C Reason(s) for Sentence Outside the Advisory Guideline System (Check all that apply.)
- [ ] the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
- [ ] to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))
- [x] to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))
- [x] to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))
- [x] to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))
- [x] to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))
- [ ] to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D Explain the facts justifying a sentence outside the advisory guideline system. (Use page 4 if necessary.)

Arrest X Warrant X [illegible]
Warrant and seizure of [illegible] payment [illegible] principal [illegible] plaintiff [illegible] Federal [illegible]
these Contents [illegible] Commercial [illegible] its Admiral [illegible] of the DISTRICT OF [illegible] Arguello
Law, Documents, indictments, statements, 1:12-cr-00140-1 the [illegible] inc. [illegible] Christine M. Arguello, UNITED STATES ATTORNEY
Claims, Contracts, Statements [illegible] 1-IA [illegible] the UNITED STATES DISTRICT COURT, Judge [illegible] Colwell - UNITED STATES FEDERAL [illegible] Warden [illegible] agents, Jurisdiction, America
Conditions, Cases; 1:12-cr-00140-1, AMERICA and [illegible] agents - John Walsh [illegible] Marlow [illegible] agency 1-50 [illegible] persona suit [illegible] of the
and personal [illegible] of AMERICA [illegible] Attorney, Ms [illegible] AND PAROLE [illegible] improper persona, The United States of America
UNITED STATES officers [illegible] PROBATION [illegible] Williams Nation [illegible] the Office of Executor of the
agencies, UNITED STATES [illegible] Family [illegible] Executor of [illegible] Fifteen (15) Billion silver species
COLORADO [illegible] Clerk of Court [illegible] Executor [illegible] of 999 [illegible] Silver) and ensuing [illegible] Constitution
MARSHAL SERVICE, OFFICE 1-20 [illegible] PRISONS [illegible] UNITED STATES [illegible] Michael-destry [illegible] Citizen [illegible] beneficiary [illegible] alleged [illegible] Assets [illegible] Species [illegible] Each and [illegible] of the United States [illegible] Law of the Land, [illegible] Article III In Law and Equity
BUREAU OF [illegible] R. Hudgins [illegible] MICHAEL DESTRY WILLIAMS [illegible] Prejudice [illegible] claims [illegible] Amendment [illegible] Common Law
By the authority of the Colorado state [illegible] within [illegible] Principal [illegible] agent
the Creditor of the trust MICHAEL DESTRY WILLIAMS [illegible] All other claims [illegible] III Amendment [illegible] Notice to Principal is Notice to agent
All Rights Reserved, without Prejudice, Re-Served. Date: 12th July 2018 [illegible] Silence is Acquiesense
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Assignees Assignors)

by: Michael-destry: Executor
Michael-destry: Executor

Michael-destry Family of Williams
Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa Pueblo Colorado
Near and c/o — 1735 Cartner Road
Pueblo, Colorado [81006]

Mich[illegible]

Greg Stant, Unit Mgr
(NAME) (TITLE)

"AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)."

[signature], 7/12/18
(STAFF SIGNATURE) (DATE)



R.I.D: C0212D006M 001224-000137

DOCKET#: C0212D06M 001224 137 COUNTY COURT, EL PASO COUNTY D

WARRANT FOR FAILURE TO APPEAR

The People of the State of Colorado vs WILLIAMS, MICHAEL DESTRY

The People of the State of Colorado to any officer duly authorized to execute warrants within the State of Colorado. You are commanded to arrest:

Party: WILLIAMS, MICHAEL D A.K.A. names follow on separate page

DOB: 5/23/64 Race: Caucasian
Hght: 5' 8" Hair: Brown
Wght: 190 Sex: M Eyes: Brown

Address:
7250 AUBURN BLVD APT 133
C/O DOREEN WALKER
CITRUS HEIGHTS CA 95610-

Charges:
Cnt # 1 18-8-111
False Reporting unspecified M3

Pursuant to Rule 5, Colorado Rules of Criminal Procedure, the arrested person is to be taken before the nearest available county court, or shall be brought before this court, unless released on bond.

Warrant Issued To: El Paso Sheriff (Fugitives)
Further Instructions: Bond Amt: .00 Type: No Bond
Expires:
DEFT FTA ON 12/14/07 WARRANT RETURNABLE TO DIV D OF EL PASO COMBINED CRT 270S TEJON COLORADO SPRINGS CO MON THRU FRI AT 830 AM
BOND TYPE: NO BOND

State of Colorado, County of El Paso
Certified to be a true, and correct copy of the original in my custody.

Dated: 12/26/2012

MAY 14 2015

Gilbert A. Martinez
JUDGE/MAGISTRATE

Clerk of Court
County Court, El Paso County

DR. LYNETTE CORNELIUS
CLERK OF THE DISTRICT COURT
By __________ Deputy
DEPUTY COURT CLERK

COMBINED COURT, EL PASO COUNTY, COLORADO, 1879

RETURN OF SERVICE

I certify I arrested this party on __________ at
Date and Time
__________, __________ County, Colorado
Location

Fees: __________ __________
Officer
Mileage: __________
Return: __________ __________
Warrant #: __________

# Power of Attorney

Date: 7th June 2018

I, Michael-destry Family of Williams in propria persona: Sui juris and as the sole foreign beneficiary, Equity Title Holder and Executor of the Office of Executor of the Cestui Que Vie trust known as MICHAEL DESTRY WILLIAMS©, - Rural Route 1, St. Charles Mesa, Pueblo Colorado; Near- c/o 1735 Cortner Road, Pueblo Colorado [81006].

Hereby grant Limited Power of Attorney to Stormy-Bob: Griffith and Chandler-allen: Ingersoll, to perform as a Lawyer and or Counsel as stated in Amendment VI of the Constitution of the United States the Republic, for the living man Michael-destry Family of Williams and the trust MICHAELDESTRY WILLIAMS©

Including the authority to arrest, claim, seize, settle, close, access charges and defend against any and all legal and lawful, Federal and or STATE, corporate, commercial, charges, indictments, cases, claims, negotiable instruments, charging instruments, liens, bonds, true bills, contracts, docket sheets and commercial paper.

All actions must be for the True Benefit of the Living man-Michael-destry Family of Williams and the aboved stated trust.

Notice: All other Power of Attorneys, knowing and unknowingly granted to or by the Quasi SS-5 contract or sub contracts thereof, and or any and all U.S.A. corporation and federal corporate agencies, Officers and Agents thereof, hereby noticed again, of revocation of any and all Powers of Attorney, nunc pro tunc and ensuing.

by: Michael-destry : Executor
by: Michael-destry : Executor

Michael-destry Family of Williams
Michael-destry Family of Williams

State of CO, County of Jefferson
Signed before me on this 7th day
of June, 2018 by Michael Williams

AMANDA L VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEB. 17, 2022



# Power of Attorney

Date: 7th June 2018.

I, Michael-destry Family of Williams in propria persona sui juris and as the sole foreign beneficiary, Equity Title Holder and Executor of the Office of Executor of the Cestui Que Vie trust known as MICHAEL DESTRY WILLIAMS©, - Rural Route 1, St. Charles Mesa, Pueblo Colorado; Near- c/o 1735 Cortner Road, Pueblo Colorado [81006].

Hereby grant Limited Power of Attorney to Katinie Jensen and Brett-Dana: Swenson, to perform as a Lawyer and or Counsel as stated in Amendment VI of the Constitution of the United States the Republic, for the living man Michael-destry Family of Williams and the trust MICHAEL DESTRY WILLIAMS©

Including the authority to arrest, claim, seize, settle, close, access charges and defend against any and all legal and lawful, Federal and or STATE, corporate, commercial, Charges, indictments, cases, claims, negotiable instruments, Charging instruments, liens, bonds, true bills, contracts, docket sheets and commercial paper.

All actions must be for the True Benefit of the Living man-Michael-destry Family of Williams and the aboved stated trust.

Notice: All other Power of Attorneys, knowing and unknowingly granted to or by the Quasi SS-5 contract or sub contracts thereof, and or any and all U.S.A. corporation and federal Corporate agencies, Officers and Agents thereof, hereby noticed again, of revocation of any and all Powers of Attorney, nunc pro tunc and ensuing.

Michael-destry: Executor
Michael-destry: Executor

Michael-destry Family of Williams
Michael-destry Family of Williams

State of CO, County of Jefferson
Signed before me on this 7th day of June, 2018 by Michael Williams
Notary Public [signature]

AMANDA L VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEB. 17, 2022

# Writ of Contract
# Offer of Settlement
# Order/Notice
# in
# Common Law
# The United States of America

Date: 12th June 2018

TO: Federal Bureau of Prison
FCI Englewood Prison
Warden: Mr. R. Hudgins
Assistant Warden: Mr. R Mitchell
Captain: Mr. Guimond
9595 W. Quincy Avenue
Littleton, Colorado [80123]

and

Certified mail # 7018 0360 0000 9854 2618

President: Donald J. Trump
The United States of America
The White House
1600 Pennsylvania Avenue N.W.
Washington, D.C. [20500]

From: Michael-destry; Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo Colorado
near- 1735 Cortner Road
Pueblo Colorado [81006]

C/o FCI Englewood Prison
Federal Correction Institution
Inmate; MICHAEL DESTRY WILLIAMS© Trust
B.O.P. #[39714-013]
9595 W. Quincy Avenue
Littleton, Colorado [80123]

This is third (3) notice and request for formal settlement of federal corporate commercial claim, indictment, case # 1:12-CR-00140-CMA-(1) and any other commercial claims of or against the alleged defendant - MICHAEL DESTRY WILLIAMS© trust (also known as M.D.W.© trust) B.O.P. # 39714-013 and the sole foreign beneficiary, Executor of the Office of Executor - living man, Creditor, Michael-destry Family of Williams, being held/incarcerated as the unwilling compulsory surety for said federal commercial claim case.

Heryby order, to produce the FCI Englewood Prison jacket - central file and or all commercial instruments, charging instruments, negotiable instruments, Liens, bonds, claims, true bills, incident reports, C.U.S.I.P. contracts, all other contracts, docket sheets, payroll sheets, finger print sheet, but not limited to, for settlement, distribution and discharge of all assets including the unwilling compulsory surety.

FCI Englewood Prison, officers and agents, herein notice, but not limited to, have until the 22nd June 2018 to comply to the creditors third (3) request to produce central file and instruments/documents, per their public servants fiduciary duties and responsabilities or beheld in dishoner of their commercial and personal liability.

Failure to produce and comply to this request, order, offer of settlement and to publicly record the Creditors, settled, claimed, seized, arrested Central files, commercial negotiable instruments/documents, at the City and County of Denver-Clerk and Recorders Office, under category of liens, and at the Admiralty UNITED STATES DISTRICT COURT- clerks office in commercial case, 1:12-cr-00140-CMA-(1). And, deliver original recorded documents to the Creditor, for his personel files, and to file a copy of the recorded documents in to the Bureau of Prisons and FCI Englewoods-jackets, central files number, B.O.P. # 39714-013, the prison inmate, M.D.W.© Trust; and the discharge, release the Creditor, the unwilling compulsory surety from FCI-Englewood corporate debtors prison, by or before 27th of June 2018, will constitute Breach of Contract, violation of fiduciary duties and responsabilities, establishing their assessment of their commercial and personal liability as follows, for refusal to settle.

One thousand (1,000.00) gold species (species is 1oz of .9999 pure gold), will be assessed upon and against the commercial and personal liability, of the federal corporate agencies, Federal Bureau of Prisons, FCI Englewood Prison, the officers and agents; Warden - Mr. R. Hudgins, Assistant Warden - Mr. R. Mitchell, Captian - Guimond, each and separately, per day ensuing on the 23rd of June 2018; if

Central file documents / commercial negotiable instruments are not produced to the creditor, for settlement, arrest, seizure, claim, on or by the 22nd of June 2018. And or on the 28th June 2018 if the creditors, settled, arrested, seized claimed central file documents are not recorded by Prison Officers and agents, as ordered herein stated, and orginal recorded central file documents, returned to creditor, for his personal files, then discharge, release of surety from FCI Englewood prison on or before 27th June 2018.

All other trespasses, injuries, violations and Breach of Contracts are Reserved and or Stated on Common Law Administrative Procedures and Remedies - First Notice dated 1st February 2016 - Registered mail # RB 628 225 402 U.S., Recorded City and County of Denver # 2016 032990 and 2016 032989.

Enclosed is a second (2) request to Prison staff dated 29th May 2018, delivered by prison mail and compound officer to acting assistant Warden - Mr Guimond, verbaly noticed on 4th June 2018.

I regret to serve and notice President Trump in this manner of the liability that is being created by the Executive Branchs Corporate agencier, officers and agents thereof upon their principal. Especially since President

Trump is being successful in giving the American People back their Republic form of goverment and Constitutional Article III Courts, Judges and Remedies of the United States.

I also request President Trump to notify me of an active district court of the United States of Colorado and or intervene, transfer these Complaints and the Admiralty federal Commercial indictment # 1:12-cr-00140-CMA-(1) to said Constitutional Article III Judge and Court of Competent jurisdiction of the United States. As I am being denied access to the Constitutional Courts.

This notice is not meant to be harmful, but to inform President Trump of the liability, that is being created by civil servants, the Corporate agencies, officers and agents thereof.

Also, I have made several attempts to close the Cestui Que Vie trust M.D.W.© XXX-XX-0608, including three attempts with form SSA-521 dating back to March 18th, 2009.

This complaint was also filed with the Delaware Chancery Court, New Castle County case # 2018 0320 PWG, Without Substantive Law response in Inherent Original Equity Jurisdiction.

The federal agency - Bankruptcy Noticing Center is refusing mail service of lawful notices, claims, complaints etc., see Registered mail # RB 628 225 402 US, RB 628 225 376 US and certified mail # 7018 0360 0000 9854 3370.

All Rights Reserved, Without Prejudice

Without Recourse

Notice to Agent is notice to Principal
Notice to Principal is notice to Agent
Assignees and Assignors
Silence is Acquiescence

Affirmation

I, Michael-destry Family of Williams, Creditor, in propria persona sui juris and in my capacity as the sole foreign beneficiary and Executor of the Office of Executor of the Cestui Que Vie trust - MICHAEL DESTRY WILLIAMS© and Citizen of Colorado State Republic of the Republic Nation The United states of America on Turtle Island, hereby state that the foregoing documents, Offer of Settlement, order, Under Oath, Under God, is to the best of my knowledge, true, correct in Clean Hands - bonafide sincere, in Good Faith.

Thank you for your attention to this matter. All other documents upon request.

by: Michael-destry: Executor
by: Michael-destry: Executor
Of the Office of Executor
Cestui Que Vie trust
MICHAEL DESTRY WILLIAMS©
(M.D.W.©)

State of CO County of Jefferson
Signed before me on this 12th day
of June, 2018 by Michael Williams
Notary Public Amanda L Vargas

AMANDA L VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEB. 17, 2022

Michael-destry Family of Williams
Michael-destry Family of Williams
Citizen of Colorado State Republic
of the Republic Nation -
The United States of America
by Oath of Military Officer
in Good Standing
Lt. Commander - David G. Anderson
retired Navy.
Disabled American.

Michael Williams

3c USA

~~BP-S148.055~~ INMATE REQUEST TO STAFF ~~CDFRM~~
~~SEP 98~~

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Programing Acting Assistant Warden Mr. Guimond | DATE: 29th May 2018 |
|---|---|
| FROM: Michael-Destry Family of Williams Executor of the Office of Executor of the Trust | REGISTER NO.: M.D.W.© 39714-013 |
| WORK ASSIGNMENT: med unassigned | UNIT: 78 LE |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.) Formal Request - Offer to settle

request MICHAEL DESTRY WILLIAMS©/M.D.W.©) trust Jacket, central file and or to produce all Charging Instruments, Negotiable Instruments, inditement, Liens, Bonds, claims, true Bills, Cusip number, commercial Contracts, Docket sheets, Marketing funds but not Limited to. for settlement and immediate discharge by the 31st May 2018.

by: Michael-destry: Executor of the office of Executor

Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

~~This form replaces BP-148.070 dated Oct 86~~
~~and BP-S148.070 APR~~ 94

PRINTED ON RECYCLED PAPER

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Unit Manager Stout | DATE: 18th June 2018 |
|---|---|
| FROM: Michael-destry Family of Williams. Executor of the Office of Executor of the trust MDW. © | REGISTER NO.: / 39714-013 |
| WORK ASSIGNMENT: Med unassigned | UNIT: 70 LE |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

request Copout - Inmate request to staff offer to settle and six(6) page attachment - offer to settle be electronically sent to Warden R. Hudgins, Asst-Warden R Mitchell and Captain Guimond, also please serve a hard copy to their FCT mail Boxes

Thank you

(Do not write below this line)

DISPOSITION:

Received

| Signature Staff Member | Date 6/18/18 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER** **SECTION 6**



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7018 0360 0000 9854 2571

Williams-F.M.O. WC Trust 3974-013 LE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ 2.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.47 |
| Total Postage and Fees | $ 8.70 |

Postmark Here: COLUMBINE HILLS BRANCH USPS-LITTLETON CO 80123 JUL 13 2018

Sent To: Federal Trade Commission
Street and Apt. No., or PO Box No.: 600 Pennsylvania Ave. N.W.
City, State, ZIP+4®: Washington D.C. 20580

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7018 0360 0000 9854 2694

Williams-F.M.C. WC Trust 3974-013 LE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ 2.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.47 |
| Total Postage and Fees | $ 8.70 |

Postmark Here: COLUMBINE USPS-LITTLETON CO 80123 JUL 13 2018

registerd Agent
Sent To: U.S.A. inc. THE COMPANY CORPORATION
Street and Apt. No., or PO Box No.: 2711 Centerville Road, suite 400
City, State, ZIP+4®: Wilmington Delaware 19808

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7018 0360 0000 9854 2564

Williams-F.M.O. WC Trust 3974-013 LE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ 2.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.47 |
| Total Postage and Fees | $ 8.70 |

Postmark Here: COLUMBINE HILLS

Attn: clerk - Mr. Colwell
Sent To: UNITED STATES DISTRICT COURT
Street and Apt. No., or PO Box No.: 901 19th Street
City, State, ZIP+4®: Denver, Colorado 80294

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7018 0360 0000 9854 2588

Williams-F.M.C. WC Trust 3974-013 LE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ 2.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.47 |
| Total Postage and Fees | $ 8.70 |

Postmark Here: COLUMBINE HILLS USPS-LITTLETON CO 80123 JUL 13

Clerk - Mr. Cornelis
Sent To: Fourth Judicial District
Street and Apt. No., or PO Box No.: P.O. Box 2980
City, State, ZIP+4®: Colorado Springs, Colorado 80901

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7018 0360 0000 9854 2762

Williams-F.M.O. WC Trust 3974-013 LE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ 2.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.47 |
| Total Postage and Fees | $ 8.70 |

Postmark Here: COLUMBINE HILLS BRANCH USPS-LITTLETON CO 80123 JUL 13 2018

70L

Attn: Director
Sent To: Administrative Office of the U.S. courts
Street and Apt. No., or PO Box No.: One Columbus Circle N.E.
City, State, ZIP+4®: Washington, D.C. 20514

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7018 0360 0000 9854 2557

Williams-F.M.C. WC Trust 3974-013 LE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ 2.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.47 |
| Total Postage and Fees | $ 8.70 |

Postmark Here: COLUMBINE HILLS BRANCH USPS-LITTLETON CO 80123 JUL 13 2018

Sent To: Solicit General of the U.S.
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. N.W.
City, State, ZIP+4®: Washington D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #

9590 9402 3031 7124 1087 72

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Sole foreign beneficiary and Executor of the office of Executor of the trust known as

Michael-destry Family of Williams
MICHAEL DESTRY WILLIAMS ©
C/o Federal Correction Institution
FCI Englewood, - BOP # [39714-013]
9595 W. Quincy Avenue
Littleton, Colorado [80123]

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bankruptcy Noticing Center
AHN: Office of Director
Joseph T. Spetjen Jr./Assignee
2525 Network Place
Herndon Virginia [20171-3514]

9590 9402 3031 7124 1087 72

2. Article Number (Transfer from service label)

RE 687 348 036 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☒ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt