

Case No. 1:12-cr-00140-CMA   Document 109-1   filed 08/15/18   USDC Colorado   pg 2 of 2