OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

12-cr-00140-CMA
Doc. 110

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 28 2018
JEFFREY P. COLWELL
CLERK

Michael Destry Williams
#39714-013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
9595 W
LITTLE

INMATE

DENVER
SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost 08/20/2018
US POSTAGE $00.47
ZIP 80294
041L11245087
FIRST-CLASS MAIL

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 8029425009 *1220-04142-20-39