FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
July 1, 2019
JEFFREY P. COLWELL, CLERK

# Internal Revenue Service
# and USDC Inc,
# Letter of Instruction

Closure of Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS©
and complaint of Fiduciaries dishonor/failure of duties

**Date:** 26ᵗʰ June 2019

**TO:**

Internal Revenue Service / Technical Support Division
d/b/a Treasury Trust
Internal Revenue Service; Commissioner, CID, Officers and Agents thereof
324  25th Street
Ogden, Utah  [84401]   Phone # 844-545-5640
Certified Mail # 7017 1000 0001 1073 5522

**TO:**  UNITED STATES DISTRICT COURT OF COLORADO inc
Attn: Clerk of Court Jeffery P. Colwell
901 19th Street, Room A-105
Denver, Colorado [80294-3589]
Corporate Commercial Case #  12-cr-00140-CMA-(1)
Certified Mail # 7017 1000 0001 1073 5539

**From:**

Michael-destry: Williams - American National
Sole foreign beneficiary, Equity Title holder of the Cestui Que Vie Social
Security Trust - MICHAEL DESTRY WILLIAMS©
RFD - Rural Route 1,  St. Charles Mesa,  Pueblo, Colorado
C/o 1024 East Ash Street,  Pueblo, Colorado [81001]



**RE:** Service and Notice of appointment of fiduciaries, Notice of dishonor and failure of duties
and responsibilities of orders to revocation, cancellation, close the Cestui Que Vie Social Security
Trust - MICHAEL DESTRY WILLIAMS©, File #1051964016457, Private # 524080608, Public #
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 and sub accounts, including but not limited to, the U.S. DISTRICT COURT inc.'s,
commercial case # 12-cr-00140-CMA-(1).  See Enclosed forms 56, SSA-521,3949A, W-8BEN and
Trust Registration Statements.

Dear: IRS Commissioner  Charles P. Rettig, CID, Officers, Agents and Trustees

Hereby served, noticed, order, request and to record and or file,

You and your office are instructed/ordered to complete an accounting, settlement, closure, discharged and distribution of all Cestui Que Vie Social Security Trusts-MICHAEL DESTRY WILLIAMS (c), assets and or estates, File # 1051964016457, Private # 524080608 and Public # 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.  With a complete investigation, of the named corporate agencies, Officers and agents but not limited to, for failure of fiduciary duties and responsibilities as Trustees and acting public servants within the Judicial Law and their corporate special law. (please note the Accardi Doctrine).

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc..  Upon delivery of this order.

2) Complete a accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative or sub or constructive trust thereof,  transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166.   Upon delivery of this order.

3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc.,  to Cease and Desist,  Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1).  Upon delivery of this order.

4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.  Upon delivery of this Order and ensuing actions.

Thus, I Michael-destry Family of Williams the sole foreign beneficiary and occupant of the Office of Executor, am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, by and through the named fiduciaries appointed herein and Denver County Probate Court case # 19PR0166. All Assets, Property and Currency to be transferred, deposited, recorded into the Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259

Page **2** of **3**
**Letter of Instruction**
**IRS Ogden Utah**

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Assigners and Assignors.

All Rights Reserved, Without Prejudice, Without Recourse

In Propria Persona Sui Juris, Citizen of <u>Colorado</u> State Republic of the Republic Nation <u>The United States of America</u> (usa), Citizen of the several union States, American National, **not** a U.S. citizen, In Common Law, VII Amendment of the Constitution for the United States.

By: *Michael-destry Family of Williams*
Michael-destry Family of Williams - American National
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81001]
**Not** a UNITED STATES citizen

Witness Notary: CYNTHIA A. ELLINGSON
Colorado State:
                    ss.
Pueblo County:

Subscribed and Affirmed before this 26 of June 2019 by Michael-destry Family of Williams

Cynthia A. Ellingson Notary Public
My commission Expires: 1|15|2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cc:
UNITED STATES DISTRICT COURT OF COLORADO inc
U.S. PROBATION OFFICE inc.,   Attn: Joel Nelson
212 North Wahsatch Avenue,  suite 300
Colorado Springs, Colorado [80903]          Firm mailing/Hand Delivery

Page **3** of 3
**Letter of Instruction**
**IRS Ogden Utah**



# Affidavit of Service

I, Michael-destry: Williams, Executor of the Office of Executor of the Cestui Que Vie Social Security Trust, MICHAEL DESTRY WILLIAMS © on this day _____ of _____ 2019, mailed by and through the Post Office of the United States, using Certified Mail # 7017 1000 0001 1073 5522 and Firm Mailing sheet for Accountable Mail.

TO:    Internal Revenue Service / Technical Support Division / d/b/a Trea
        Internal Revenue Service; Commissioner, CID, Officers and Agents ⌐ (
        324  25th Street
        Ogden, Utah  [84401]   Phone # 844-545-5640

TO:    UNITED STATES DISTRICT COURT OF COLORADO inc
        Attn: Clerk of Court Jeffery P. Colwell
        901 19th Street, Room A-105
        Denver, Colorado [80294-3589]
        Corporate Commercial Case #  12-cr-00140-CMA-(1)
        Certified Mail # 7017 1000 0001 1073 5539

**RE:**    Revocation, Cancellation, Closure SS-Trust- Cestui Que Vie Social Security Trust, MICHAEL DESTRY WILLIAMS ©, File #1051964016457, Private # 524080608 and Public # 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, and all derivatives, sub trusts and constructive trusts thereof.

**Mailed and Served: Enclosed please find:**

IRS Letter of Instruction,                          3-Pages
    City and County of Denver Recorded #*2019084427*

Form 56 dated 01/20/2019, Secretary of Treasurer/Office of Treasurer
    City and County of Denver Recorded # 2019036060    2-Pages

The Fourth-SSA-521 Form dated 01/20/2019,
    City and County of Denver Recorded # 2019036060    2-Pages

Claimed and Seized Security-Birth Certificate of the Cestui Que Vie Social Security Trust,
    MICHAEL DESTRY WILLIAMS © dated 01/20/2019, front and back.
    Original sent to Secretary of Treasury of the United States, on 25th of January 2019
        by registered mail # RE 589 138 899 US
    ' City and County of Denver Recorded # 2019036060    1-Pages

W-8BEN form,   City and County of Denver Recorded # 2019036060    1-Pages

Revised Trust Registration Statement - Filed Denver Probate Court
    City and County of Denver Recorded # 2019057046    3-Pages

Revised Affidavit - Trust Registration Statement
    City and County of Denver Recorded # 2019057047                     6-Pages

2 - Forms 56, dated 5/15/2019
    Amber Roth/Clerk of Court, Denver Probate Court (Corp. court)
            City and County of Denver Recorded # 2019059938            2-Pages
    Amber Roth/Clerk of Court, Denver Probate Court  (SS-Trust)
            City and County of Denver Recorded # 2019059939            2-Pages

6 - Forms 56, dated 08/06/2019
    US PROBATION OFFICE inc. Joel Nelson and all Officers and agents
    (Corp. court)    City and County of Denver Recorded # 2019073158    2-Pages

    US DISTRICT COURT inc./Judge Arguello/Clerk Colwell    (Corp. court)
            City and County of Denver Recorded # 2019073159            2-Pages

    Steven Mnuchin/Secretary of Treasury/Office of the Treasury (SS-Trust)
            City and County of Denver Recorded # 2019073160            2-Pages

    Steven Mnuchin/Secretary of Treasury/Office of the Treasury (Corp. court)
            City and County of Denver Recorded # 2019073161            2-Pages

    Amber Roth-District Administrator/Stephanie Kunkel-Clerk of Court/
        Elizabeth Leith-Judge, Denver Probate Court        (Corp. court)
            City and County of Denver Recorded # 2019073162            2-Pages

    Amber Roth-District Administrator/Stephanie Kunkel-Clerk of Court/
        Elizabeth Leith-Judge, Denver Probate Court        (SS-Trust)
            City and County of Denver Recorded # 2019073163            2-Pages

7-Forms 3949-A,  dated 4/27/2017
    Christine M. Arguello, Judge US DISTRICT COURT inc.              1-Page
    Jeffrey P. Colwell, Clerk of US DISTRICT COURT inc.             1-Page
    Joseph T. Speetjens, Director BANKRUPTCY NOTICE CENTER inc.     1-Page
    Deborah Denham, Warden FCI ENGLEWOOD inc.                      1-Page
    Dr. Lynette Correlius, Clerk FOURTH JUDICIAL DISTRICT inc.      1-Page
    Ms. Leslie Montoya, Director Pueblo Social Security Office       1-Page
    Del Olivas, Pueblo County Treasurer                             1-Page
    Affidavit of Service notarized 4/27/2017                        2-Pages
City and County of Denver Recorded # 2019084430

UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO inc.  (USDC)
    SPECIAL ASSESSMENT/FINE/RESTITUTION PAYMENT SLIP
            City and County of Denver Recorded # 2019084428    1-Page

Surrender of their defendant / security bond/ Birth Certificate
Cestui Que Vie Social Security Trust, MICHAEL DESTRY WILLIAMS ©,
File #1051964016457

*Front + Back 1-Page*

City and County of Denver Recorded #2019036060, + 2019084429
One American silver dollar/with photo copy of silver dollar                    1-Page
currency sent to (USDC) for extortion payment.
*Also see your special law UCC 3-603.  Offer to Pay*

Firm mailing sheet receipt upon request for a copy of proof of service.


I, Michael-destry: Williams, do affirm that above stated mailings have been mailed and
served, by and through Post Office of the United States by Certified mail  numbers with
proof of service Firm mailing sheet, stated above, correctly with Clean Hands under God
witness and/or notarization.


By: *Michael-destry Family of Williams*
Michael-destry Family of Williams - American National
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81001]
**Not** a UNITED STATES citizen


Witness Notary: CYNTHIA A. ELLINGSON
Colorado State:
                                ss.
Pueblo County:

Subscribed and Affirmed before this 26 of  JUNE        2019 by
Michael-destry Family of Williams

Cynthia A. Ellingson Notary Public
My commission Expires:     1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Copies to:
UNITED STATES DISTRICT COURT OF COLORADO inc
U.S. PROBATION OFFICE inc.,  Attn: Joel Nelson
212 North Wahsatch Avenue,  suite 300
Colorado Springs, Colorado [80903]            Firm mailing/Hand Delivery



Registered Mail #  RE 589 138 899 US

| Form **56** | **Notice Concerning Fiduciary Relationship** | |
|---|---|---|
| (Rev. November 2017)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Go to *www.irs.gov/Form56* for instructions and the latest information.<br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MICHAEL DESTRY WILLIAMS   (Cestui Que Vie Social Security Trust -SS-Trust) | 1051964016457 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

C/o  1024 E. Ash Street

City or town, state, and ZIP code (If a foreign address, see instructions.)

Pueblo,  Colorado   [81001]

Fiduciary's name

Steven  T.  Mnuchin, Secretary of Treasury and  the Office of the Treasury of the U.S. Treasury

Address of fiduciary (number, street, and room or suite no.)

1500 Pennsylvania Avenue  NW

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Washington   DC   [20204 - 0002] | (      )      unknown |

## Section A.  Authority

**1**  Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☐ Valid trust instrument and amendments

**e** ☑ Bankruptcy or assignment for the benefit or creditors

**f** ☑ Other. Describe ▶   Sole foreign beneficiary, Equity Title holder, by Substantive Trust Law and Equity Rights and Law & SSA-521

**2a** If box 1a or 1b is checked, enter the date of death ▶ - - - - - - - - - - - - - - - - - - - - - - - - -   *Form attached*

**b** If box 1c — 1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ - - - - - - - - - - - - - - -

## Section B.  Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ Any  and All

**4**  Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ   **f** ☐ 1041   **g** ☐ 1120  **h** ☑ Other (list) ▶ Any and All

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 11-2017)

Registered Mail #  RE 589 138 899 US

Form 56 (Rev. 11-2017)

Page 2

## Part II    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

6  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  ▶ ☑
  Reason for termination of fiduciary relationship. Check applicable box:
a  ☐ Court order revoking fiduciary authority
b  ☑ Certificate of dissolution or termination of a business entity
c  ☑ Other. Describe ▶  <u>Termination - Accounting, closure, settlement and distribution of the Cestui Que Vie Social Security Trust</u>

### Section B—Partial Revocation

7a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . .  ▶ ☐
b  Specify to whom granted, date, and address, including ZIP code.
  ▶ ----------------------------------------------

### Section C—Substitute Fiduciary

8  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . .  ▶ ☐
  ▶ ----------------------------------------------

## Part III    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| <u>COLORADO Deartment of Public Health & Environment - Vital Records Section/HSVRDVR-A1</u> | June  2, 1964 |
| Address of court | Docket number of proceeding |
| 4300 Cherry Creek Drive South | 1051964016457 |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Denver, Colorado   [80246-1530] | May 23, 1964 | 05:47 | ☑ a.m. ☐ p.m. | usa |

## Part IV    Signature   In Common Law

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

*Without Prejudice, Without Recourse    Executor of the Office of Executor*
*All Rights Reserved    of the SS-Trust.*
*M: Michael-destry: Williams    owner, creditor*
Fiduciary's signature    Sole foreign Beneficiary, Equity Title
Title, if applicable    holder    1/20/2019    Date

### *Notice / Standing and Status*

Form 56 (Rev. 11-2017)

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of <u>Colorado</u> State Republic of the Republic Nation <u>The United States of America</u> (usa), an American National, one of the Citizens of the several union States, **not** a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393427640 US. I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all my SS-Trust is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Amendment VII of the Constitution of the United States. By and through the named fiduciaries appointed herein. **Attached herein is Letter of Instruction and the SSA-521 form for cancelation of SS-5 application and contracts.**

All Rights Reserved, Without Prejudice, Without Recourse

STATE OF COLORADO } ss.
COUNTY OF PUEBLO }

Subscribed and sworn to before me this 20th day of January, 2019 by Michael-destry: Williams.

by: *Michael-destry: Williams*

*Cynthia N. Ellingson*
My Comm. Expires 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Registered Mail # RE 589 138 899 US

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0015

TOE 420

## REQUEST FOR WITHDRAWAL OF APPLICATION

Do not write in this space

**IMPORTANT NOTICE.**— This is a request to cancel your application. If it is approved, the decision we made on your application will have no legal effect, all rights attached to an application, including the rights of reconsideration, hearing, and appeal will be forfeited, and any payments we made to you or anyone else on the basis of that application will have to be returned. You must then reapply if you want a determination of your Social Security rights at any time in the future but any subsequent application may not involve the same retroactive period. This procedure is intended to be used only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL | SOCIAL SECURITY NUMBER |
|---|---|
| MICHAEL DESTRY WILLIAMS (c) SS-Trust | *Private # 524080608*   Public # 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 |

| PRINT YOUR NAME *(First name, middle initial, last name)* | DATE OF APPLICATION 2 JUne 1964 | TYPE OF BENEFIT *Social Security* |
|---|---|---|
| Michael-destry:Williams, beneficiary, Equity title holder | TYPE OF APPLICATION SS-5 Application | Old-Age Insurance *Trust* |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand that (1) this request may not be cancelled after 60 days from the mailing of notice of approval; and (2) if a determination of my entitlement has been made, there must be repayment of all benefits paid on the application I want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. I further understand that the application withdrawn and all related material will remain a part of the records of the Social Security Administration and that this withdrawal will not affect the proper crediting of wages or self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, use the reverse of this form.)*

1. ☐ I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under full retirement age and still wish to withdraw my application.)

2. ☑ Other (Please explain fully): _____

I never was notified by the Legal title holder/trustee of said SS-Trust when I reached the age of majority. I was instructed that SS number was a mandatory requirement for contracting. I was not a voluntary participant. This is Notice and demand for cancellation and recision of the SS-5 application, termination of all adhesive, secondary contracts, bonds, Liens, charters, grants, claims. Thus, withdrawing U.S. dominion, and/or jurisdiction of any and all claims, records, indenturedness and citizenship and the return of all contributions, funds, assets, property and

☑ Continued on reverse

| SIGNATURE OF PERSON MAKING REQUEST | |
|---|---|
| Signature *(First name, middle initial, last name) (Write in ink)*   *In Common Law* Without Prejudice, Without Recourse, All Rights Reserved **SIGN HERE** ► *Michael-destry:Williams· Beneficiary* | Date *(Month, day, year)* 01/20/2019 |
| | Telephone Number *(include area code)* 719-544-5362 |

Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*
FRD-Rural Route 1, St. Charles Mesa, Pueblo. C/o 1024 E. Ash Street

| City and State   Pueblo,   Colorado | ZIP Code [81001] | Enter Name of County (if any) in which you now live   Colorado Republic |
|---|---|---|

**Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.**

| 1. Signature of Witness   *Cynthia A. Ellingson* - NOTARY PUBLIC | 2. Signature of Witness STATE OF COLORADO COUNTY OF PUEBLO | CYNTHIA A. ELLINGSON NOTARY PUBLIC STATE OF COLORADO |
|---|---|---|
| Address *(Number and Street, City, State and ZIP Code)* *Subscribed to and sworn to before me this 20th day of January, 2019, by Michael-destry: Williams.* | Address *(Number and Street, City, State and ZIP Code)* *My Comm. expires 1/15/2023* | NOTARY ID 20034001638 MY COMMISSION EXPIRES   JANUARY 15, 2023 |

## FOR USE OF SOCIAL SECURITY ADMINISTRATION

| ☐ APPROVED | ☐ NOT APPROVED BECAUSE ——— | ☐ BENEFITS NOT REPAID | ☐ CONSENT(S) NOT OBTAINED | ☐ OTHER *(Attach special determination)* |
|---|---|---|---|---|

| SIGNATURE OF SSA EMPLOYEE | TITLE ☐ CLAIMS AUTHORIZER | ☐ OTHER *(Specify)* | DATE |
|---|---|---|---|

Form **SSA-521** (04-2009) EF (04-2009) Destroy Prior Editions

Registered Mail #  RE 589 138 899 US

Additional Remarks:

interest thereof.  An accounting, settlement, closure and distribution of all assets, funds, interest, etc. of SS-Trust.
Also terminating all Power of Attorney given unknowingly to the SOCIAL SECURITY TRUST/ADMINISTRATION and or
U.S. corporation and or agencies.  Returning me the sole foreign beneficiary to competency, Nunc Pro Tunc to May
23, 1982, as I am competent to handle my own affairs.

Thus, I Michael-destry: Williams, In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic
Nation, The United States of America (usa), a American National, one of the Citizens of the several union States,
not a U.S. citizen.  Notice to all that I am Indemnified against all claims, private, public, commercial corporate
charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001  RA 393427640 US.
I have Declared a Peace Notice,  I am not at war with the UNITED STATES OF AMERICA corporation, its principal or
its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation.  I am not Executor of
the Estate or trustee of SS-Trust, not Legal title holder.  I am, sole foreign beneficiary, Equity Title holder,
owner/creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the
Land, informing all my SS-Trust is being Mismanaged and Raped.  I, the sole foreign Beneficiary, have never
received a true Benefit from said SS-Trust or been given a written copy of SS-Trust.  Thus, I am, claiming my
Equitable Rights to terminate said SS-Trust.   An accounting, settlement, closure, and distribution of trust assets to
the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights, In Common Law, Amendment VII of
the Constitution of the United States.  By and through the appointed fiduciaries, per Form 56, Office of the Treasury
U.S..  Unless you can provide a Judicial Law that mandates the use of the social security number and contracts
and/or for the purpose of a trust for the express use of old age insurance, all contracts, instruments and obligations
created by said social security number, SS-Trust and contracts herby terminated, rescinded including but not
limited to U.S. citizenship, DRIVERS LICENCE, BANK SIGNATURE CARD, CREDIT CARD, STATE AND FEDERAL TAX
AND FORMS, CODICILS, W4 FORMS, MARRAIAGE LICENSE etc. and any other such contracts or instruments,
created by the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS (c).
Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agents, Assignees and Assignors.
All Rights Reserved, Without Prejudice, Without Recourse

### Privacy Act Statement

### Collection and Use of Personal Information

Sections 202 (a), 205 (a), and 1872 of the Social Security Act, as amended, authorize us to collect this information. The information you provide
will be used to cancel your application for benefits.

The information you furnish on this form is voluntary.  However, failure to provide the requested information may cause continued consideration
of your benefits claim.

We rarely use the information you supply for any purpose other than for cancelling an application. However, we may use it for the administration
and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved
routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or
coverage;
2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government
Accountability Office and Department of Veterans' Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, state and local
level; and
4. To facilitate statistical research, audit or investigative activities necessary to assure the integrity of Social Security
programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other
Federal, state, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for
Federally funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Additional information regarding this form, routine uses of information, and our programs and systems, is available on-line at www.ssa.gov or at
your local Social Security office.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the
Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget
control number.  We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. SEND THE
COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory
or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to:  SSA, 6401
Annex Building, Baltimore, MD  21235-6401. Send **only** comments relating to our time estimate to this address, not the completed form.*

Form SSA-521 (04-2009)  EF  (04-2009)

Form **W-8BEN**
(Rev. December 2000)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Nonresident Alien for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |
| **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary | W-8IMY |

**Note:** See instructions for additional exceptions.

### Part I   Identification of Nonresident Alien

| 1   Name of human being, individual, or organization that is the Nonresident Alien | 2 Country of incorporation or organization |
|---|---|
| Michael-Destry: for the family Williams | None |

3 Type of nonresident alien:
☐ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation  ☒ Transient foreigner

| 4   Permanent address (street, apt. or suite no., or rural route). | | |
|---|---|---|
| N/A | | |
| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) | |
| N/A | N/A | 0 2 2 6 2009 |

| 5   Mailing address (if different from above) | | |
|---|---|---|
| Care of: non-domestic, United States Post Office, Postmaster, care of: 1735 Cortner Road | | |
| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) | |
| Pueblo city,Pueblo County, upon State of the Colorado republic [FPUO 81006] | Colorado Republic | |

| 6   Identification number | 7 Foreign tax identifying number, if any |
|---|---|
| None        ☐ ITIN   ☐ EIN | None |

8 Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The nonresident alien is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the identification number is stated on line 6 (see instructions).

c ☐ The nonresident alien is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The nonresident alien is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The nonresident alien is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____
Explain the reasons the nonresident alien meets the terms of the treaty article: _____

### Part III   Notional Principal Contracts

11 ☒ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States.

### Part IV   Certification

Under penalties of perjury from without the "United States" in accordance with 28 U.S.C. 1746(1), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete when litigated only in a state court with a jury trial. I further certify under penalties of perjury that:
○ I am the nonresident alien (or am authorized to sign for the nonresident alien) of all the transactions to which this form relates,
• The nonresident alien is NOT a U.S. person and is not liable for withholding or paying income taxes or filing returns under the 26 U.S.C. or 26 C.F.R.
• The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States and is not subject to tax under an income tax law or treaty, and
• For broker transactions or barter exchanges, the nonresident alien is a "foreign estate" as defined under 26 U.S.C. 7701 (a)(31).
Furthermore, information submitted on this form is considered licensed and may not be provided to any government organization , third party, or entered into any ieiectronic information system. Violators of this copyright shall be subject to a $100,000 personal liability for each such wrongful disclosure.

**Sign Here**   ✗ _Michael-Destry: Williams_                02-04-2009                Colorado

Signature of nonresident alien (or person authorized to sign for nonresident alien)   Date (MM-DD-YYYY)   Capacity in w...

For Paperwork Reduction Act Notice, see separate instructions.   Registered Mail # RE 589 138 899 US   Cat. No. 25047Y   Form **W-8BEN** (Rev...



# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER
105196401645

NAME OF REGISTRANT
MICHAEL   DESTRY   WILLIAMS

DATE AND TIME OF BIRTH
MAY 29, 1964

SEX OF REGISTRANT
MALE

CITY OF BIRTH
GUNNISON

COUNTY OF BIRTH
GUNNISON

MOTHER'S NAME PRIOR TO FIRST MARRIAGE
ESTHER JEAN   VITOLO

MOTHER'S PLACE OF BIRTH
COLORADO

MOTHER'S AGE AT TIME OF BIRTH
24

FATHER'S NAME
FRANK   RALPH   WILLIAMS

FATHER'S PLACE OF BIRTH
COLORADO

FATHER'S AGE AT TIME OF BIRTH
24

DATE RECORD FILED
JUNE 02, 1964

2019036066
Page: 1 of 11
D $0.00

R $83.00      L

03/28/2019 10:57 AM
City & County of Denver

Date: 1/20/2019
Claim and Union of this security and all of the SS numbers,
all related documents, grants, notes, bonds, liens, assets and
instruments, companies attached, adhesive, securities, contracts,
interest, but not limited to, under Substantive Law, all Rights
and Law, Notice by and through the Post Office of The United
States of America, registered mail # RE 589 138 899 US.
Thus, all accounting, settlement, closure and disbursement of all SS
Trust- Cestui Que Vie Social Security Trust, assets and or estates, File
105196401645, Private # 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 and Account for Birth
the sole foreign beneficiary; Williams, A.K.A., Michael-destry Family of
man Michael-destry: Williams, equity title holder, owner, creditor, living
Williams.
Notice to Agent is Notice to Principal, Notice to Principal is Notice to
Agent, Assigners and Assignors, Silence is Acquiescence.
In Propria Persona Sui Juris, Citizen of Colorado State Republic of the
Republic Nation The United States of America (usa), Citizen of the
several union States, American National, not a U.S. citizen, In
Common Law, VII Amendment of the Constitution of the United
States.
All Right Reserved, Without Prejudice, Without Recourse

by: Michael-destry: Williams
sole foreign
Beneficiary

STATE OF COLORADO )
COUNTY OF PUEBLO )SS.
Subscribed and Sworn to before me this 30th day
of January, 2019, by Michael-destry: Williams
Cynthia Ellingson
My Comm Expires:
7/15/2013

STATE OF CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001
MY COMMISSION EXPIRES  JANUARY 15, 2023

DATE ISSUED
OCTOBER 29, 2018

Certified
copy: MW

A. ALEX QUINTANA
STATE REGISTRAR

*009118177*

A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on paper with high resolution border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to another for deceptive use any vital statistics record.
NOT VALID IF PHOTOCOPIED.
REV 04/16
IF ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

2019057046
Page: 1 of 3

05/10/2019 10:40 AM          R $23.00
City & County of Denver              TST

D $0.00

☐District Court ☒Denver Probate Court
_Denver_ County, Colorado
Court Address: 1437 Bannock Street
Denver, Colorado 80202

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

MAY 1 0 2019

▲ COURT USE ONLY ▲

**In the Matter of the Trust created by:**

Settlor: _STATE OF COLORADO Inc._

Attorney or Party Without Attorney (Name and Address):
Michael destry Williams, Sole foreign Beneficiary
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
c/o 1029 1/2 E Ash St.

Phone Number: 719-544  E-mail:
FAX Number: 5362  Atty. Reg.#: Pueblo, Colorado [81001]

Case Number: # 19 PRO 165
and # 19 PR 0165

Division          Courtroom

Revised - **TRUST REGISTRATION STATEMENT**
Per Colorado State Constitution - Enabling Act - Judicial Law

**Important Notice**

The court will not routinely review or adjudicate matters unless it is specifically requested to do so by a beneficiary, creditor, or other interested person. All interested persons, including beneficiaries and creditors, have the responsibility to protect their own rights and interests in the estate or trust in the manner provided by the provisions of this code by filing an appropriate pleading with the court by which the estate or trust is being administered and serving it on all interested persons pursuant to §15-10-401, C.R.S, Subservient to Substantive Trust Law and Common Law - VII. Amendment Constitution for The United States of America - Judicial Law

The name of the trust is: MICHAEL DESTRY WILLIAMS © and all derivatives thereof.

- **Information about the trustee:**

  Name: _See Attached Exhibit 6_

  Street Address: _____

  City: _____ State: _____ Zip Code: _____

  Mailing Address, if different: _____

  City: _____ State: _____ Zip Code: _____

  Primary Phone: _____ Alternate Phone: _____

  Email Address: _____

- The records of this trust are kept at the principal place of administration, which is in _____
  _Denver_ (City and County) at the following address: STATE OF COLORADO inc.
  Department of Public Health and Environment, 4300 Cherry Creek Drive
  South, Denver, Colorado [80246-1530] but not limited to.

- **This trust**

  ☐ has not been registered elsewhere.

  ☒ has been registered previously on _2nd June 1964_ (date) with the STATE OF COLORADO

  (name of court) in the State of _COLORADO_ pursuant to §-15-16-102(3), C.R.S.

- **This is**

JDF 732SC   9/18 TRUST REGISTRATION STATEMENT                    Page 1 of 3

☐ a testamentary trust established by the will of _____.

The will was admitted to probate on _____ (date), in _____ (name of court) in the State of _____ in case number: _____.

☒ an *inter vivos* trust established by *STATE OF COLORADO* (settlor) dated 2ⁿᵈ *June* 1964. The trustee is *See Exhibit "6"*

• If multiple trusts are registered on this date, provide additional identifying information: Constructive and Res trust, derivatives of MICHAEL DESTRY WILLIAMS@ Constructive trust # Case 12-cr-00140-CMA-1. UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO Inc.

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☒ By checking this box, I am acknowledging that I have made a change to the original content of this form.

beneficiary

The undersigned ~~trustee~~ acknowledges the existence of this trust and submits to the jurisdiction of this court in any proceeding relating to this trust. Within 30 days of registration, the trustee represents that the trustee must comply with § 15-16-303(2), C.R.S. and Substantive Trust Law, Judicial Law, Common Law VII Amendment in Constitution for The United States of America

Date: 9th May 2019          by: Michael-destry:Williams
                              Signature of ~~Trustee~~ Sole foreign beneficiary
                              Executor of the Office of Executor
                              Live Flesh + blood man

### VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct, to the best of my knowledge.

Executed on the 9th day of May, 2019,
          (date)        (month)   (year)

at Pueblo County, Colorado State
(city or other location, and State OR country)

Michael-destry:Williams
(printed name)

by: Michael-destry Family of Willi[ams]
~~(signature)~~ Executor of the
Office of Executor, Sole foreign beneficiary

Cynthia Ellingson
NOTARY PUBLIC   My Com. Exp. 4/15/23

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID. 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

### INFORMATION OF TRUST REGISTRATION

It is not necessary that this portion of the form be completed on the copy of the statement filed with the court.

To:

_____     _____
_____     _____
_____     _____
_____     _____

You are a beneficiary with a present interest or you represent a beneficiary with a future interest, in the trust(s) described in the above Trust Registration Statement.

Upon reasonable request, you may be entitled to additional information about this trust and its administration pursuant to § 15-16-303, C.R.S., ~~~~~~~~~~ by and through Common Law Judicial Law, State and National VII Amendment of the Constitution of The United States of America

Date: _9th May 2019_      by: Michael-destry: Williams

Signature of ~~Trustee~~ Sole for America

Executor of the Office of Executor
Live Flesh and Blood

**Note:**

- File this registration statement in the county where the trust is being administered pursuant to § 15-16-101(1), C.R.S. For further requirements, see § 15-11-901, C.R.S. and § 15-16-101, C.R.S. and C.R.P.P. 70.
- The requirements of § 15-16-303(2), C.R.S. may be satisfied by mailing a copy of this statement to entitled persons. See also § 15-10-403, C.R.S, subservient to substantive Trust Law, Judicial Law State & Nation Common Law - VII Amendment of the Constitution of The United States of America

STATE OF COLORADO )
                 )ss.
COUNTY OF PUEBLO )

Subscribed and Affirmed before me this 9th day of May, 2019, by Michael-destry: Family of Williams.

Cynthia A Comission
NOTARY PUBLIC
My Commission Expires 1/15/2023



2019057047
Page: 1 of 6
D $0.00

05/10/2019 10:40 AM          R $38.00
City & County of Denver                    TST

FILED IN THE
CITY & COUNTY OF DENVER CO

MAY 10 2019

# In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America

Date: **9th May 2019**

## *(Revised)*
## Affidavit
## Trust Registration Statement
## Certification of Acknowledgement
### With Proof of Life

**To:**

Denver Probate Court / case # 19PR0165 and # 19PR0166
Attn: Judge Elizabeth D. Leith, Clerk of Court - Stephanie Kunkel
and District Administrator and Clerk of Court - Amber Roth

**Address:**
1437 Bannock Street
Denver Colorado [80202]

**From:**

Michael-destry Family of Williams (Sole foreign beneficiary, Creditor, Obligee, Live Man)

**Address:**
Rural Route 1, St. Charles Mesa, Pueblo Colorado
    In Care Of:   1024 1/2 East Ash Street
                      Pueblo Colorado [81001]

**RE:** Trust Registration Statement of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust) and any derivative thereof, or any constructive or sub trust(s) thereof, to the Denver Probate Court, as Identified in the Colorado State Constitution Enabling Act, of lawful Judicial courts of Colorado State Republic 1876.

### Facts / Affidavit

**Settler:**                   STATE OF COLORADO inc.,

**Addresses:**
**but not limited to:**

| | |
|---|---|
| 444 North Capital Street NW<br>Washington, D.C. [20001]<br>(Public and Criminal Records) | 1700 Broadway # 350<br>Denver, Colorado [80290]<br>(General Offices) |
| 780 Elizabeth Street<br>Denver, Colorado [80206]<br>(Categorized under Courts) | 200 East Colfax Avenue # 91<br>Denver, Colorado [80203]<br>(Categorized under Governors Office) |

Principal of:   STATE OF COLORADO inc.,

UNITED STATES OF AMERICA corporation
File # 2193946   Delaware State.  (see exhibit # 3)

Resident Agent:        THE COMPANY CORPORATION
2711 Centerville Road   Suite 400
Wilmington Delaware [19808]

Trustees:            See Exhibit # 6

Sole Foreign Beneficiary:    Michael-destry Family of Williams, Living man, American National

## Certification of Acknowledgement

I, Michael-destry Family of Williams, a living flesh and Blood man, acknowledge the Cestui Que Vie Social Security Trust MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608, (herein stated as MDW Trust).  I am the sole foreign beneficiary, Equity Title holder and have moved into the fourth position of a trust, the Executor of the Office of Executor, stating my trust is being mismanaged and raped on and before the 26th of June 2013.

Trustees have been served/notice/ordered, of the Substantive Trust Law, Equitable Right of the beneficiary to hold and occupy the Office of Executor of the MDW Trust.  The Trustees are in Dishonor.  See exhibits 2,4,5 but not limited to.

MDW Trust was established when the sole foreign beneficiary was under the age of majority, unable to contract.

Sole foreign beneficiary was never informed or given or provided a copy of the MDW Trust at the age of majority and/or ensuing to date, and has not agreed/contracted upon reaching the age of Majority.

MDW Trust is revocable to the sole foreign beneficiary and irrevocable for the settler, as the sole foreign beneficiary was under the age of majority and could not lawfully contract.

MDW Trust was registered at the STATE OF COLORADO inc., on 2 June 1964.  By the Settler - STATE OF COLORADO Inc.

MDW Trust was shut down in 2009.  Agents failed to complete the request by the sole foreign beneficiary of an accounting, settlement, closure, and distribution of trust assets to the sole foreign beneficiary as requested lawfully on 18th March 2009, see form SSA-521, including ensuing demands.

No search party was ever conducted for the sole foreign beneficiary, living man of the MDW Trust when he was incorrectly listed lost at sea.

## Supporting documents

Revised list of Trustees of the Cestui Que Vie Social Security Trust MICHAEL DESTRY WILLIAMS©. and any and all derivatives thereof.  Exhibit (6), 2-Pages

Public Incorporation statement of privately held company known as US District Court, A.k.A. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, CO [80294] Exhibit (7) 1 - Page

Public Incorporation statement of privately held company known as STATE OF COLORADO, 200 East Colfax Avenue # 91, Denver, Colorado [80203] (with many other derivatives,) See Exhibits 8 and 9.

## Previously submitted documents

- List of Trustees of the Cestui Que Vie Social Security Trust MICHAEL DESTRY WILLIAMS©. Exhibit (1A), 2-Pages.
- Claim and seize - certificate/bond of MDW Trust, Forms 56 and SSA-521, etc., Registered Mail # RE 589 138 899 US - January 2019.  11-  pages recorded at the City and County of Denver # 2019036060.  Exhibit (2).
- Registration of UNITED STATES OF AMERICA Corporation.  Delaware State File # 2193964.  Exhibit (3).
- Common Law - Administrative Judgment.  Claimed and seized commercial negotiable instruments and documents - Registered Mail # RE 687 348 036 US, July 2016.  30 - pages recorded at the City and County of Denver # 2019012882. Exhibit (4).
- Claimed, MDW Trust Security/Bond - STATE OF COLORADO, CERTIFICATION OF RECORD - CERTIFICATE OF LIVE BIRTH.  File #    1051964015764.  Claimed by sole foreign Beneficiary - Michael-destry Family of Williams. Exhibit (5).

## Peace Notice

I am not at war with anyone or any entity upon Planet Earth.  Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation.  I just want to live in peace.  I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application/agreement and or by and through the trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©, and/or any derivative thereof and/or constructive trust or sub trust.

## Notice

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor.        Silence is Acquiescence.
All Rights Reserved, Without Prejudice, Without Recourse.

## Standing and Status

I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris, permanent physically disable individual, a Citizen of <u>Colorado</u> State Republic of the Republic Nation <u>The United States of America</u> (usa), of Turtle Island, an American National, one of the Citizens of the several union States, with established **Proof of Life** as living man, under God, of linage to David to Jacob to Adam, free live man of God.

I am not the Executor of the Estate or trustee of MDW-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, obligee, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust - MDW Trust, MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am **Not** a US citizen, not a 14th Amendment citizen, not a citizen of the Federal Corporation – UNITED STATES OF AMERICA Inc., A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen. Not within the UNITED STATES.

### Fee Schedule

Notice of Fee schedule to all, including but not limited to; UNITED STATES OF AMERICA Inc., subagents STATE OF COLORADO and any and all agencies, officers and agents thereof. For any and all trespasses, injuries and violations against the Cestui Que vie Trust know as MICHAEL DESTRY WILIAMSo and the sole foreign beneficiary known as Michael-destry Family of Williams. Assessment of (1) one million Silver species. per trespass, injury and violation per day, each and separately, (Specie is 1 oz. of .999 % of pure Silver A.K.A. and/or United States Treasure Notes, Article 1, Section 10 of the Constitution of The United States of America).

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Willia...*

Michael-destry Family of Williams living man
Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON
Colorado State:                    )
                                   )ss.
Pueblo County:                     )

Subscribed and Affirmed before this 9th of May 2019 by
Michael-destry Family of Williams

*Cynthia M Winson*

NOTARY PUBLIC
My commission Expires: 1|15|2023

CERTIFICATION OF VITAL RECORD

CITY & COUNTY OF DENVER, CO

MAY 10 2019

FILED IN PROBATE
CITY & COUNTY OF DENVER

APR 12 2019

*Exhibit "5" Court*
*Probate*

CERTIFICATE OF LIVE BIRTH

*Date: 11th April 2019*

*Case #*
*19 PR 0165*
*+*
*19 PR 0166*

STATE FILE NUMBER
1051964016457

NAME OF REGISTRANT
MICHAEL    DESTRY    WILLIAMS

*Sole foreign beneficiary, equity title holder, owner, creditor, living man Michael-destry:*
*Williams, Michael-destry, Family of Williams, herein;*
*A.K.A. Michael Destry Williams Cestui Que Vie Trust - Social Security Trust -*
*Claim and Seize dominion of this security and all of its contract presentment, value, securities,*
*Instruments, charters, grants, documents, bonds, liens, assets and such but not*
*MICHAEL DESTRY WILLIAMS© and all related, accompanying, attached herein;*
*limited to, under Estate, Trust Law, Equity Rights and Law, Registered by and through*
*Agent is Notice to Principal Notice to Principal is Notice to Agent, Assigners and*
*Assignors, Silence is Acquiescence, Citizen of Colorado State Republic of the Republic Nation The*
*In Propria Persona Sui Juris, Citizen of the several union States, American National, not a*
*United States of America (usa), Citizen of Colorado State Republic of the Republic Nation The*
*U.S. citizen.   In Common Law, VII Amendment of the Constitution for the United States.*
*All Right Reserved, Without Prejudice, Without Recourse*

DATE AND TIME OF BIRTH
MAY 24, 1964   04 05 PM

SEX OF REGISTRANT
MALE

PLACE OF BIRTH
GUNNISON

COUNTY OF BIRTH
GUNNISON

MOTHER'S NAME PRIOR TO FIRST MARRIAGE
ESTHER    JEAN    DITULLIO

MOTHER'S PLACE OF BIRTH
COLORADO

MOTHER'S AGE AT TIME OF BIRTH
24

FATHER'S NAME
FRANK    RALPH    WILLIAMS

*by: Michael-destry: Williams*
*Sole foreign beneficiary*

FATHER'S PLACE OF BIRTH
COLORADO

FATHER'S AGE AT TIME OF BIRTH
26

DATE RECORD FILED
JUNE 02, 1964

*Michael-destry Family of Williams*

STATE OF COLORADO )
COUNTY OF PUEBLO ) ss.
Subscribed and Sworn to before me this 11th day
of April, 2019 by Michael-destry: Williams
*Cynthia A Ellingson*
My Commission Expires 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES JANUARY 15, 2023

OCTOBER 29, 2018

*A. Alex Quintana*
A. ALEX QUINTANA
STATE REGISTRAR

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED. Do not accept unless prepared on security paper with a resolution border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 04/16

* 009118178 *

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Pay to the Order of:

Back of Exhibit 15

RECEIVED FOR FILING
CITY & COUNTY OF DENVER, CO

MAY 1 0 2019

# Michael-destry: Williams

Claimant/Creditor,
Private Citizen of Colorado State Republic
American State National - American National,
Sole foreign beneficiary, equity title holder of the Cestui Que
Vie Social Security Trust, SS-Trust
known as MICHAEL DESTRY WILLIAMS ©

By and through the City and County of Denver, Denver
Probate Court.

Without Prejudice, Without Recourse
All Rights Reserved.

by: *Michael-destry: Williams*

Michael-destry: Williams

Date: 11ᵗʰ April 2019

STATE OF COLORADO } ss.
COUNTY OF PUEBLO }

Subscribed and Sworn to before me this 11ᵗʰ
day of April, 2019 by Michael-destry: Williams.
Cynthia Ellingson
My Commission expires 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023

Back side of Certificate of Live Birth / security
file # 105 1964 016457

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

MAY 1 0 2019

# Exhibit "6"
## Trustees and Settler
of
Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS☉
and any derivative thereof, but not limited to; any and all known and unknown Trustees, herein Notice

Settler:         STATE OF COLORADO inc. (sic)  and its Principal - UNITED STATES OF AMERICA inc.

Board of Trustees:

United States Secretary of Treasury:
Secretary of Treasurer - Steven T. Mnuchin
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]
   (also see attached form 56 and SSA - 521)

United States Secretary of Labor:
Secretary of Labor - Alexander Acosta
200 Constitution Avenue NW
Washington DC [20210
888-487-2365

Acting Commissioner of the Social Security Administration and Trustee:
Acting Commissioner:  Nancy  A. Berryhill
6401 Security Boulevard
Baltimore, Maryland [21235]

Deputy Commissioner of Social Security Administration:
Attn: Deputy Commissioner: Mark J Warshawsky
6401 Security Boulevard
Baltimore, Maryland [21235]

## Co Trustees

STATE OF COLORADO, Trustees, officers and agents thereof, including but not limited to;
STATE REGISTRAR - A. Alex Quintana
COLORADO Department of Public Health and Environment
4300 Cherry Creek Drive South
Denver, Colorado [80246-1530]

STATE OF COLORADO SUPREME COURT
Clerk of Court/Administrator - Christopher T Ryan
2 East 14th Avenue
Denver, Colorado [80203]

*Trustees - Cestui Que vie Social Security Trust*
*A.K.A. Old -age, Survivors and Disability Trustees*

Manager of Finance, Denver County Court
Ms. Terrie Langham
1437 Bannock Street
Denver, Colorado [20202]

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO inc.
Attn: Acting Trustees
Admiralty Judge Christina M Arguello and all other Foreign corporate Admiralty Judges,
Clerk of Court: Jeffery P Colwell
901 19th Street
Denver Colorado [80294]         Commercial civil Case # 12-cr-00140-CMA-1

Commissioner (International)
        Internal Revenue Service
        Attn: Commissioner  Charles P. Rettig, Assignee, Assignors
        P.O. Box 480
        Holpsville, New York [11742-0480]

        Internal Revenue Service
        Office of the Commissioner,  Room 3000
        1111 Constitutional Avenue NW
        Washington,  D.C.  [20204-0002]

        IRS Technical Support Division, d/b/a
        Treasury UCC Contract Trust
        Internal Revenue Service
        1500 Pennsylvania Avenue, NW
        Washington, District of Columbia [20220]

Pueblo County Treasurer
Attn: Treasurer - Del Olivas
215 West 10th Street  Room 110
Pueblo, Colorado [81003]
719-583-6015

Social Security Office, Pueblo
Attn: Director:  Ms.  Montoya or assignee
3769 Park Boulevard
Pueblo, Colorado [81008]

C/c:
Solicit General of the United States          House of Representative - Scott Tipton
Room 5614 Department of Justice              Attn:  Brian McCain
950 Pennsylvania Avenue NW                   503 North Main Street  # 658
Washington, District Of  Columbia [20530-0001]   Pueblo, Colorado  [81001]
                                             Fax 719-542-1127

*Trustees - Cestui Que vie Social Security Trust*
*A.K.A. Old -age, Survivors and Disability Trustees*

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

MAY 1 6 2019

Form **56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MICHAEL DESTRY WILLIAMS - Cestui Que Vie Social Security Trust | 1051964016457 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

*and 524080608*

In Care of: 1024 East Ash Street

City or town, state, and ZIP code (if a foreign address, see instructions.)

Pueblo, Colorado [81001]

Fiduciary's name

Amber Roth - District Administrator / Clerk of the Court, Probate Court, City and County of Denver Colorado State.

Address of fiduciary (number, street, and room or suite no.)

1437 Bannock Street / Room 230.   City and County Building

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Denver, Colorado [80202-5382] | ( 720 ) 865-8389 |

**Section A. Authority**

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Valid trust instrument and amendments *Trust Law*
**e** ☐ Bankruptcy or assignment for the benefit or creditors| *Appointed by Authority of*
**f** ☑ Other. Describe ▶ Sole foreign beneficiary, Equity Title Holder - Executor of the Office of Executor of the stated SS-Trust.
**2a** If box 1a or 1b is checked, enter the date of death ▶ Fictional entity
**b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ Executor of the Office of Executor of the stated trust on and before 26 th June 2012. Authority: substantive Trust and Contract Law.

**Section B. Nature of Liability and Tax Notices**

**3** Type of taxes (check all that apply): ☐ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment
☐ Excise ☑ Other (describe) ▶ Any and All if needed

**4** Federal tax form number (check all that apply): **a** ☐ 706 series **b** ☐ 709 **c** ☐ 940 **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ **f** ☐ 1041 **g** ☐ 1120 **h** ☑ Other (list) ▶ Any and All if needed

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.   Cat. No. 16375I   Form **56** (Rev. 11-2017)

Writ of Execution: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS.

Hereby Order:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT. Upon delivery of this order.

2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS, deposited all assets into Common Law Millstone Management Trust by and through beneficiary/Executor. Upon delivery of this order.

3) Emergency Preliminary Injunction ordering the US DISTRICT COURT to cease and desist. Releasing sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1). Upon delivery of this order.



05/18/2019 01:06 PM   R $23.00
City & County of Denver   TST

**2019059938**
Page: 1 of 4
D $0.00

Form 56 (Rev. 11-2017)                                                                                             Page **2**

## Part II    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

6 ☐ Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☑
Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority

b ☑ ~~Certificate of dissolution or termination of a business entity~~

c ☒ Other. Describe ▶ Termination - Accounion, Closure, Settlement, Discharge and Distribution of the stated Social Security Trust

Other Officers and agents have failed in their fiduciary duties/responsibilities

### Section B—Partial Revocation

7a ☐ Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐

b Specify to whom granted, date, and address, including ZIP code.
▶ --------------------------------------------------------------------------

### Section C—Substitute Fiduciary

8 ☐ Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ▶ ☐
▶ --------------------------------------------------------------------------

## Part III    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Inc. | June 26 2012 |

| Address of court | Docket number of proceeding |
|---|---|
| 901 19th Street | 12-cr-00140-CMA-(1) |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Denver, Colorado [80294] | June 26, 2012 | unknown | ☐ a.m. ☐ p.m. | Colorado State |

## Part IV    Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Without Prejudice, Without Recourse   Executor of the Office of Executor of
All Rights Reserved                   the SS-Trust, owner, creditor, obligee

*Michael-destry: Williams*          Sole Foreign Beneficiary/Equity Title   15th May 2019

~~Fiduciary's signature~~ beneficiary- America
National                    Title, if applicable   holder       Date

Form 56 (Rev. 11-2017)

### Notice / Standing and Status

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, not a U.S. citizen, not a Federal zoned citizen or employee, not within the UNITED STATES Inc. I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Amendment VII of the Constitution for the United States. By and through the named fiduciaries appointed herein. Previously filed with Probate Court case # 19PRO165 and 19PRO166-Letter of Instruction and the SSA-521 form, for cancelation of SS-5 application and contracts.

All Rights Reserved, Without Prejudice, Without Recourse

Colorado State

by: *Michael-destry Family of Williams*

Pueblo County

subscribed an affirmed before me on ____15____, May 2019
by Michael-destry Family of Williams

*Cynthia Williamson*

Cynthia A. Ellingson ~~Public~~ Notary PuBLiC
My Comm. Expires 1/15/2023.

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023

CITY & COUNTY OF DENVER, CO

MAY 16 2019

**Form 56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to www.irs.gov/Form56 for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MICHAEL DESTRY WILLIAMS - Cestui Que Vie Social Security Trust | 1051964016457 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
*cind*
*524080608*

In Care of: 1024 East Ash Street

City or town, state, and ZIP code (If a foreign address, see instructions.)

Pueblo, Colorado [81001]

Fiduciary's name

Amber Roth - District Administrator / Clerk of the Court, Probate Court, City and County of Denver Colorado State.

Address of fiduciary (number, street, and room or suite no.)

1437 Bannock Street / Room 230.   City and County Building

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Denver, Colorado [80202-5382] | ( 720 )   865-8389 |

## Section A. Authority

**1**    Authority for fiduciary relationship. Check applicable box:

**a**  ☐ Court appointment of testate estate (valid will exists)

**b**  ☐ Court appointment of intestate estate (no valid will exists)

**c**  ☐ Court appointment as guardian or conservator

**d**  ☐ Valid trust instrument and amendments *Trust Law*   *Appointed by Authority of*

**e**  ☐ Bankruptcy or assignment for the benefit or creditors

**f**  ☑ Other. Describe ▶  Sole foreign beneficiary, Equity Title Holder - Executor of the Office of Executor of the stated SS-Trust.

**2a**  If box 1a or 1b is checked, enter the date of death ▶  Fictional entity

**b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ Executor of the Office of Executor of the stated trust on and before 26 th June 2012. Authority: substantive Trust and Contract Law.

## Section B. Nature of Liability and Tax Notices

**3**    Type of taxes (check all that apply):  ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶  Any and All if needed

**4**    Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041   **g** ☐ 1120  **h** ☑ Other (list) ▶ Any and All if needed

**5**    If your authority as a fiduciary does not cover all years or tax periods, check here   .   .   .   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 11-2017)

---

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS.

Hereby Order:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT.  Upon delivery of this order.

2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS, deposited all assets into Common Law Millstone Management Trust by and through beneficiary/Executor. Upon delivery of this order.

3) Emergency Preliminary Injunction ordering the US DISTRICT COURT to cease and desist.  Releasing sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1).  Upon delivery of this order.



**2019059939**
Page: 1 of 2

05/16/2019 01:06 PM    R $23.00
City & County of Denver    TST    D $0.00

Form 56 (Rev. 11-2017)                                                                                               Page **2**

**Part II**   **Revocation or Termination of Notice**

Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☑
Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☑ ~~Certificate of dissolution or termination of a business entity~~

c   ☑ Other. Describe ▶   Termination - Accoution, Closure, Settlement, Discharge and Distribution of the stated Social Security Trust

Other officers and agents have failed in their fiduciary duties/responsibilities

Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . . . ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ ------------------------------------------------------------------

Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . . . ▶ ☐
▶ ------------------------------------------------------------------

**Part III**   **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated |
|---|---|---|---|
| STATE OF COLORADO-Registrar and Department of Public health& Environment - | | | 2nd June 1964 |
| Address of court | | | Docket number of proceeding |
| 4300 Cherry Creek Drive South | | | 1051964016457 |
| City or town, state, and ZIP code | Date | Time | Place of other proceedings |
| Denver, Colorado [80246-1530] | May 23, 1964 | 05:47 ☑ a.m. ☐ p.m. | Colorado State |

**Part IV**   **Signature**

Please Sign Here ▶   I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Without prejudice, without recourse   Executor of the Office of Executer
All Rights Reserved   of the ss-Trust, owner, cred. for, obligee

by: _Michael-destry : Williams_   sole foreign beneficiary/Equity title ▶   15th May 2019
~~Fiduciary's~~ signature   beneficiary - Amer.   Title, if applicable   holder   Date
National

Form 56 (Rev. 11-2017)

*Notice / Standing and Status*

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado [81001]. In Propria
Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of
the several union States, not a U.S. citizen, not a Federal zoned citizen or employee, not within the UNITED STATES Inc. I have Declared a Peace Notice. I am
not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF
COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder,
owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social
Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true
Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement,
closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Amendment VII of
the Constitution for the United States. By and through the named fiduciaries appointed herein. Previously filed with Probate Court case # 19PR0165 and
19PR0166-Letter of Instruction and the SSA-521 form, for cancelation of SS-5 application and contracts.

           All Rights Reserved, Without Prejudice, Without Recourse

Colorado State

         by: _Michael-destry Family of Williams_

Pueblo County

subscribed an affirmed before me on _15_ , May

2019 by Michael-destry Family of Williams

_Cynthia Ellingson_
Cynthia A. Ellingson ~~Public~~ Notary PUBLIC
My Comm. Expires 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CC

JUN 10 2019

Form **56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

---

Part I **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **MICHAEL DESTRY WILLIAMS - Cestui Que Vie Social Security Trust** | **1051964016457** | **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** |

Address of person for whom you are acting (number, street, and room or suite no.)
*and*
*524080608*

In Care of: **1024 East Ash Street**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Pueblo, Colorado [81001]**

Fiduciary's name

**UNITED STATES PROBATION OFFICE inc., any and all Officers and agents, including but not limited to: Joel Nelson**

Address of fiduciary (number, street, and room or suite no.)

**212 North Wahsatch Avenue, Suite 300**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Colorado Springs, Colorado  [80903]** | ( **719** )  **471-3387** |

## Section A.  Authority

**1**  Authority for fiduciary relationship. Check applicable box:

- **a** ☐ Court appointment of testate estate (valid will exists)
- **b** ☐ Court appointment of intestate estate (no valid will exists)
- **c** ☐ Court appointment as guardian or conservator
- **d** ☑ Valid trust instrument and amendments  *Trust Law*
- **e** ☐ Bankruptcy or assignment for the benefit or creditors  *Appointed by the Authority of*
- **f** ☒ Other. Describe ▶  Sole foreign beneficiary,  Equity Title Holder - Executor of the Office of Executor of the stated SS-Trust.
- **2a** If box 1a or 1b is checked, enter the date of death ▶  **Fictional entity**
- **b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶  **Executor of the Office of Executor of the stated trust on and before 26 th June 2012. Authority: substantive Trust and Contract Law.**

## Section B.  Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶  **Any and All if needed**

**4**  Federal tax form number (check all that apply): **a** ☐ 706 series  **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041   **g** ☐ 1120  **h** ☑ Other (list) ▶  **Any and All if needed**

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 11-2017)

---

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.

### Hereby Order To:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc.. Upon delivery of this order.

2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©,  transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166.  Upon delivery of this order.

3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc., to Cease and Desist,  Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1). Upon delivery of this order.

4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.  Upon delivery of this Order and ensuing actions.

Form 56 (Rev. 11-2017)                                                                                                      Page **2**

## Part II    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**6**  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**  ☐  Court order revoking fiduciary authority

**b**  ☐  Certificate of dissolution or termination of a business entity

**c**  ☑  Other. Describe ▶  Termination - Accounting, Closure, Settlement, Discharge and Distribution of the stated Social Security Trust
and any and all sub-accounts and trusts

### Section B—Partial Revocation

**7a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐

**b**  Specify to whom granted, date, and address, including ZIP code.
▶ --------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**8**  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
▶ --------------------------------------------------------------------------

## Part III    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
|---|---|---|
| UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Inc. | | June 26 2012 |
| Address of court | | Docket number of proceeding |
| 901 19th Street, Room A-105 | | Any and All & 12-cr-00140-CMA-(1) |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Denver, Colorado [80294-3589] | June 26, 2012 | unknown | ☐ a.m.  ☐ p.m. | Colorado State |

## Part IV    Signature

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here** ▶

*Without Prejudice, without Recourse  Executor of the Office of Executor of
All Rights Reserved                           the SS trust, owner, creditor, obligee*

X *Michael-destry: Willia...* Sole Foreign Beneficiary/Equity Title   ⸙ JUNE 2019

*Not liened*   —Fiduciary's signature *Executor/bene...*  —Title, if applicable   *holder*   Date

*Notice / Standing and Status*                                                              Form 56 (Rev. 11-2017)

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado
[81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an,
American National, one of the Citizens of the several union States, **not** a U.S. citizen, **not** a Federal zoned citizen or employee, not within
the UNITED STATES Inc.

I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner,
creditor, and have moved into the fourth position of the trust, the "Office of Executor", of the Cestui Que Vie Social Security Trust, SS-
Trust, MICHAEL DESTRY WILLIAMS©.

Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, discharge,
closure, and distribution of SS-Trust assets to the sole foreign beneficiary, by and through the named fiduciaries appointed herein and
Denver County Probate Court case # 19PR0166. All Assets, Property and Currency to be transferred, deposited, recorded into the
Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-
0259, Fax 719-595-0259

Notary Witness CYNTHIA A. ELLINGSON                                    All Rights Reserved, Without Prejudice, Without Recourse
Colorado State )
                    ) ss.
Pueblo County )
subscribed an affirmed before me on 8th , June , 2019   by: *Michael-destry: W.Ill...*
by Mickaeldestry Family of Williams

*[signature]*
Cynthia A. Ellingson Public Notary   My Com. Exp: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

FILED IN OFFICE OF
CITY & COUNTY OF DENVER, CO

JUN 10 2019

| Form **56** (Rev. November 2017) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** ▶ Go to *www.irs.gov/Form56* for instructions and the latest information. (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

**Part I**   **Identification**

| Name of person for whom you are acting (as shown on the tax return) **MICHAEL DESTRY WILLIAMS - Cestui Que Vie Social Security Trust** | Identifying number **1051964016457** | Decedent's social security no. **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** |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**In Care of: 1024 East Ash Street**    *and  524080608*

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Pueblo, Colorado [81001]**

Fiduciary's name    *and any and all other Officers and Agents thereof.*
**UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Inc., Judge Christine M. Arguello, Clerk of Court Jeffrey P. Colwell**

Address of fiduciary (number, street, and room or suite no.)
**901 19th Street, Room A-105**

City or town, state, and ZIP code
**Denver, Colorado [80294-3589]**      Telephone number (optional) (   )

**Section A.   Authority**

1   Authority for fiduciary relationship. Check applicable box:
a   ☐ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☑ Valid trust instrument and amendments   *Trust Law   Appointed by the Authority of*
e   ☐ Bankruptcy or assignment for the benefit or creditors
f   ☒ Other. Describe ▶ **Sole foreign beneficiary,  Equity Title Holder - Executor of the Office of Executor of the stated SS-Trust.**

2a   If box 1a or 1b is checked, enter the date of death ▶ **Fictional entity**
b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **Executor of the Office of Executor of the stated trust on and before 26 th June 2012.  Authority: substantive Trust and Contract Law.**

**Section B.   Nature of Liability and Tax Notices**

3   Type of taxes (check all that apply):   ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ **Any and All if needed**

4   Federal tax form number (check all that apply):   a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
e ☐ 1040, 1040-A, or 1040-EZ   f ☐ 1041   g ☐ 1120   h ☑ Other (list) ▶ **Any and All if needed**

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ ------------------------------

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.      Cat. No. 16375I      Form **56** (Rev. 11-2017)

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.

**Hereby Order To:**

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc..  Upon delivery of this order.
2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©,  transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166.  Upon delivery of this order.
3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc., to Cease and Desist,  Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1).  Upon delivery of this order.
4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.  Upon delivery of this Order and ensuing actions.

**2019073159**
Page: 1 of 2

08/10/2019 01:21 PM      R $18.00      D $0.00
City & County of Denver      TST

Form 56 (Rev. 11-2017)                                                                                     Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☑ Other. Describe ▶ Termination - Accounting, Closure, Settlement, Discharge and Distribution of the stated Social Security Trust and and and all sub accounts and trust

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ▶ ☐

**b** Specify to whom granted, date, and address, including ZIP code.
▶

### Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . ▶ ☐
▶

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Inc. | June 26 2012 |

| Address of court | Docket number of proceeding |
|---|---|
| 901 19th Street, Room A-105 | Any and All  &  12-cr-00140-CMA-(1) |

| City or town, state, and ZIP code | Date | Time | | | Place of other proceedings |
|---|---|---|---|---|---|
| Denver, Colorado [80294-3589] | June 26, 2012 | unknown | ☐ a.m. ☐ p.m. | | Colorado State |

| **Part IV** | **Signature** |

**Please Sign Here** ▶

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.
Without Prejudice, Without Recourse Executer of the Office of Executor of All Rights Reserved the SS-trust, owner, Cred, tor. obligee

*Michael-destry: Williams* Sole Foreign Beneficiary/Equity Title  8th June 2019
Fiduciary's signature   Executor/beneficiary   Title, if applicable   holder   Date

National

*Notice / Standing and Status*

Form 56 (Rev. 11-2017)

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, **not** a U.S. citizen, **not** a Federal zoned citizen or employee, not within the UNITED STATES Inc.

I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", of the Cestui Que Vie Social Security Trust, SS-Trust, MICHAEL DESTRY WILLIAMS©.

Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, discharge, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, by and through the named fiduciaries appointed herein and Denver County Probate Court case # 19PR0166. All Assets, Property and Currency to be transferred, deposited, recorded into the Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259

All Rights Reserved, Without Prejudice, Without Recourse

Notary Witness CYNTHIA A. ELLINGSON
Colorado State )
                        )SS.
Pueblo County )
subscribed an affirmed before me on 8th , June , 2019
by Michael-destry Family of Williams
*Cynthia A Ellingson*
Cynthia A. Ellingson Public Notary   My Comm. Exp 1/15/2023

by: *Michael-destry: Williams*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

Form **56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

JUN 10 2019

| **Part I** | Identification |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MICHAEL DESTRY  WILLIAMS  (Cestui Que Vie Social Security Trust -SS-Trust) | 1051964016457 | 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 *and* 524080608 |

| Address of person for whom you are acting (number, street, and room or suite no.) |
| C/o  1024 E. Ash Street |

| City or town, state, and ZIP code (If a foreign address, see instructions.) |
| Pueblo, Colorado   [81001] |

| Fiduciary's name |
| Treasurer, Steven  T.  Mnuchin Secretary of Treasury and  the Office of the Treasury of the U.S. Treasury, Assignees and Assignors. |

| Address of fiduciary (number, street, and room or suite no.) |
| 1500 Pennsylvania Avenue  NW |

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Washington   DC   [20204 - 0002] | (     )             unknown |

## Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☐ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☒ Valid trust instrument and amendments   *Trust Law*
e   ☑ ~~Bankruptcy~~ or assignment for the benefit or creditors   *Appointed by the Authority of*
f   ☒ Other. Describe ▶   Sole foreign beneficiary, Equity Title holder, by Substantive Trust Law and Equity Rights and Law. SSA-521
2a   If box 1a or 1b is checked, enter the date of death ▶ --------------------------------------
b   If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ -----------------------
Executor of the Office of Executor of the stated trust on and before 26 th June 2012.

## Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply):  ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶  Any  and All -----------------------------------------------------------

4   Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041   g ☐ 1120  h ☑ Other (list) ▶  Any and All ----------------------------

5   If your authority as a fiduciary does not cover all years or tax periods, check here   .   .   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶ -----------------------------------------------------------------------

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 11-2017)

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.

### Hereby Order To:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc.. Upon delivery of this order.
2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©,  transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166.  Upon delivery of this order.
3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc.. to Cease and Desist, Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1).  Upon delivery of this order.
4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.  Upon delivery of this Order and ensuing actions.

Form 56 (Rev. 11-2017)                                                                                        Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

**6**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

   **a** ☐ Court order revoking fiduciary authority

   **b** ☑ Certificate of dissolution or termination of a business entity

   **c** ☐ Other. Describe ▶ <u>Termination-Accounting, closure, settlement and distribution of the Cestui Que Vie Social Security Trust</u>

### Section B—Partial Revocation

**7a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐

   **b**   Specify to whom granted, date, and address, including ZIP code.
    ▶ ------------------------------------------

### Section C—Substitute Fiduciary

**8**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ▶ ☐
   ▶ ------------------------------------------

| **Part III** | **Court and Administrative Proceedings** |

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated
COLORADO Deartment of Public Health & Environment - Vital Records Section/HSVRDVR-A1 | June 2, 1964

Address of court | Docket number of proceeding
4300 Cherry Creek Drive South | 1051964016457

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Denver, Colorado   [80246-1530] | May 23, 1964 | 05:47 | ☑ a.m.  ☐ p.m. | usa |

| **Part IV** | **Signature** |

**Please Sign Here** ▶

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

*Without Prejudice, Without Recourse Executor of the Office of Executor of All Rights Reserved, the ss Trust, owner, Creditor, obligee*

*Michael-destry: Willia[...]*   Sole foreign Beneficiary, Equity Title *8th June 2019*

Fiduciary's signature *Executor / benefi[...]*   Title, if applicable *holder*   Date

*Nationall*

*Notice /Standing and Status*    Form **56** (Rev. 11-2017)

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, **not** a U.S. citizen, **not** a Federal zoned citizen or employee, not within the UNITED STATES Inc.

I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", of the Cestui Que Vie Social Security Trust, SS-Trust, MICHAEL DESTRY WILLIAMS©.

Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, discharge, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, by and through the named fiduciaries appointed herein and Denver County Probate Court case # 19PR0166. All Assets, Property and Currency to be transferred, deposited, recorded into the Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259

All Rights Reserved, Without Prejudice, Without Recourse

Notary Witness CYNTHIA A. ELLINGSON
Colorado State \
      )ss.
Pueblo County, )
subscribed a affirmed before me on *8th*, *June*, 20*19*
by Michael-destry Family of Williams

*Cynthia a Ellingson*
Cynthia A. Ellingson Public Notary   My Com.Exp 1/15/2023

by: *Michael-destry: Willia[...]*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

Form **56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, C
OMB No. 1545-0013
JUN 10 2019

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **MICHAEL DESTRY WILLIAMS**  (Cestui Que Vie Social Security Trust) | **1051964016457** | **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** |

Address of person for whom you are acting (number, street, and room or suite no.)

**C/o 1024 E. Ash Street**

and
*524080608*

City or town, state, and ZIP code (if a foreign address, see instructions.)

**Pueblo, Colorado   [81001]**

Fiduciary's name

**Treasurer - Steven  T. Mnuchin and  Office of the Treasury of the U.S. Treasury, Assignees and Assignors**

Address of fiduciary (number, street, and room or suite no.)

**1500 Pennsylvania Avenue  NW**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Washington   DC   [20204 - 0002]** | (     )       **unknown** |

## Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☑ Valid trust instrument and amendments   *Trust Law*

**e** ☒ ~~Bankruptcy or~~ assignment for the benefit or creditors   *Appointed by the Authority of-*

**f** ☒ Other. Describe ▶ Sole foreign beneficiary, Equity Title holder, by Substantive Trust Law and Equity Rights.

**2a** If box 1a or 1b is checked, enter the date of death ▶ *Fictional entity*

**b** If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **Executor of the Office of executor of the stated trust on and before 26 th June 2012.**

## Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ **Any  and All**

**4** Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041   **g** ☐ 1120  **h** ☑ Other (list) ▶ **Any and All**

**5** If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.      Cat. No. 16375I      Form **56** (Rev. 11-2017)

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.

### Hereby Order To:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc..  Upon delivery of this order.

2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©,  transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166.  Upon delivery of this order.

3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc., to Cease and Desist, Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1).  Upon delivery of this order.

4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.  Upon delivery of this Order and ensuing actions.

**2019073161**
Page: 1 of 2

06/10/2019 01:21 PM       R $18.00       D $0.00
City & County of Denver                  TST

Form 56 (Rev. 11-2017)                                                                                                          Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  ▶ ☐
     Reason for termination of fiduciary relationship. Check applicable box:

a   ☐  Court order revoking fiduciary authority
b   ☒  ~~Certificate of dissolution~~ or termination of a business entity
c   ☑  Other. Describe ▶  Termination - closer and settlement  of the Commercial US DISTRICT COURT inc. case # 12-cr-00140-CMA-01

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
      for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . . ▶ ☐
b    Specify to whom granted, date, and address, including ZIP code.
      ▶

### Section C—Substitute Fiduciary

8    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
      specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . . . . ▶ ☐
      ▶

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc. | **26 June 2013** |

| Address of court | Docket number of proceeding |
|---|---|
| 901 19th Street, Room A-105.  Attn: Clerk | 12-cr-00140-CMA-01 |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Denver, Colorado   [80294] | 03/10/14 | ☐ a.m. ☐ p.m. | | Colorado |

| **Part IV** | **Signature** |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here** *by:*  Without Prejudice, without Recourse  Executor of the Office of Executor of
All Rights Reserved   the SS-Trust, owner, Creditor, obligee
▶ *Michael-destry: Williams*   Sole foreign Beneficiary, Equity Title  8th  June 2019
National   Fiduciary's signature   Executor/benefactor   Title, if applicable   holder   Date

*Notice / Standing and Status*                                                  Form **56** (Rev. 11-2017)

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado
[81001].  In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America  (usa), an,
American National, one of the Citizens of the several union States,  **not** a U.S. citizen, **not** a Federal zoned citizen or employee, not within
the UNITED STATES Inc.

I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder.  I am, sole foreign beneficiary, Equity Title holder, owner,
creditor, and have moved into the fourth position of the trust, the "Office of Executor", of the Cestui Que Vie Social Security Trust, SS-
Trust, MICHAEL DESTRY WILLIAMS©.

Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust,  an accounting, settlement, discharge,
closure, and distribution of SS-Trust assets to the sole foreign beneficiary, by and through the named fiduciaries appointed herein and
Denver County Probate Court case # 19PR0166.  All Assets, Property and Currency to be transferred, deposited, recorded into the
Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-
0259, Fax 719-595-0259

                                                                                    All Rights Reserved, Without Prejudice, Without Recourse

Notary Witness  CYNTHIA A. ELLINGSON
Colorado State  )
                 )ss
Pueblo County   )
subscribed an affirmed before me on  8th   June       , 2019
by Michael-destry Family of Williams
  [signature]
Cynthia A. Ellingson Public Notary   My Com. Exp. 4/15/2023

by: *Michael-destry: Willia*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **56** (Rev. November 2017) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** ▶ Go to *www.irs.gov/Form56* for instructions and the latest information. (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 ~~2019~~ |

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **MICHAEL DESTRY WILLIAMS - Cestui Que Vie Social Security Trust** | **1051964016457** | **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** |

Address of person for whom you are acting (number, street, and room or suite no.)
*and 524080608*

**In Care of: 1024 East Ash Street**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Pueblo, Colorado [81001]**

Fiduciary's name
**Amber Roth - District Administrator / Stephanie Kunkel-Clerk of the Court / Judge Elizabeth D. Leith, City and County Denver Probate Court.**

Address of fiduciary (number, street, and room or suite no.)
**1437 Bannock Street / Room 230.   City and County Building**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Denver, Colorado [80202-5382]** | ( **720** )   **865-8389** |

### Section A. Authority
*720   865-8010*

1   Authority for fiduciary relationship. Check applicable box:
a ☐ Court appointment of testate estate (valid will exists)
b ☐ Court appointment of intestate estate (no valid will exists)
c ☐ Court appointment as guardian or conservator
d ☒ Valid trust instrument and amendments   *Trust Law*
e ☒ ~~Bankruptcy~~ or assignment for the benefit or creditors   *Appointed by the Authority of*
f ☒ Other. Describe ▶ **Sole foreign beneficiary,   Equity Title Holder - Executor of the Office of Executor of the stated SS-Trust.**

2a   If box 1a or 1b is checked, enter the date of death ▶ **Fictional entity**
b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **Executor of the Office of Executor of the stated trust on and before 26 th June 2012.   Authority: substantive Trust and Contract Law.**

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☒ Other (describe) ▶ **Any and All if needed**

4   Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
e ☐ 1040, 1040-A, or 1040-EZ   f ☐ 1041   g ☐ 1120   h ☒ Other (list) ▶ **Any and All if needed**

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.   Cat. No. 16375I   Form **56** (Rev. 11-2017)

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.

### Hereby Order To:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc.. Upon delivery of this order.
2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©, transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166.   Upon delivery of this order.
3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc., to Cease and Desist, Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1). Upon delivery of this order.
4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©. Upon delivery of this Order and ensuing actions.

**2019073162**
Page: 1 of 2
D $0.00

06/10/2019 01:21 PM   R $18.00
City & County of Denver   TST

Form 56 (Rev. 11-2017)        Page **2**

## Part II   Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**6**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☒ ~~Certificate of dissolution~~ or termination of a business entity

**c** ☑ Other. Describe ▶ <u>Termination - Accounting, Closure, Settlement, Discharge and Distribution of the stated Social Security Trust</u>

### Section B—Partial Revocation

**7a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.

▶ ----------------------------------------------------------------

### Section C—Substitute Fiduciary

**8**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐

▶ ----------------------------------------------------------------

## Part III   Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| **UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Inc.** | | | **June 26 2012** | |
| Address of court | | | Docket number of proceeding | |
| **901 19th Street** | | | **12-cr-00140-CMA-(1)** | |
| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
| **Denver, Colorado [80294]** | **June 26, 2012** | **unknown** ☐ a.m. ☐ p.m. | | **Colorado State** |

## Part IV   Signature

**Please Sign Here** ▶

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

*without Prejudice, without Recourse Executor of the Office of Executor of All Rights Reserved. the SS-Trust, owner, Creditor, obligee*

✗ *Michael-destry : Willi...* Sole Foreign Beneficiary/Equity Title *8th June 2019*

National ─ Fiduciary's signature *Executor/bene...* Title, if applicable   *holder*   Date

*Notice of Standing and Status*

Form **56** (Rev. 11-2017)

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation <u>The United States of America</u> (usa), an, American National, one of the Citizens of the several union States, **not** a U.S. citizen, **not** a Federal zoned citizen or employee, not within the UNITED STATES Inc.

I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", of the Cestui Que Vie Social Security Trust, SS-Trust, MICHAEL DESTRY WILLIAMS©.

Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, discharge, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, by and through the named fiduciaries appointed herein and Denver County Probate Court case # 19PR0166. All Assets, Property and Currency to be transferred, deposited, recorded into the Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259

All Rights Reserved, Without Prejudice, Without Recourse

Notary Witness CYNTHIA A. ELLINGSON
Colorado State )
           )ss.
Pueblo County )
subscribed an affirmed before me on 8th , June , 2019
by Michael-destry family of Williams

by: *Michael-destry : Willia...*

*Cynthia a. Ellingson*   Cynthia A. Ellingson Public Notary   My Com Exp: 4/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES JANUARY 15, 2023

CITY & COUNTY OF DENVER, CC

**Form 56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

JUN 1 0 2019
OMB No. 1545-0013

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MICHAEL DESTRY WILLIAMS - Cestui Que Vie Social Security Trust | 1051964016457 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
In Care of: 1024 East Ash Street

*and*
*524080608*

City or town, state, and ZIP code (If a foreign address, see instructions.)
Pueblo, Colorado [81001]

Fiduciary's name
Amber Roth - District Administrator / Stephanie Kunkel-Clerk of the Court / Judge Elizabeth D. Leith, City and County Denver Probate Court.

Address of fiduciary (number, street, and room or suite no.)
1437 Bannock Street / Room 230. City and County Building

City or town, state, and ZIP code
Denver, Colorado [80202-5382]

Telephone number (optional)
( 720 )  865-8389

*720   865- 8010*

## Section A. Authority

1 Authority for fiduciary relationship. Check applicable box:
   a ☐ Court appointment of testate estate (valid will exists)
   b ☐ Court appointment of intestate estate (no valid will exists)
   c ☐ Court appointment as guardian or conservator
   d ☑ Valid trust instrument and amendments *Trust Law*
   e ☑ Bankruptcy ~~or~~ assignment for the benefit or creditors   *Appointed by the Authority of*
   f ☑ Other. Describe ▶ Sole foreign beneficiary, Equity Title Holder - Executor of the Office of Executor of the stated SS-Trust.
2a If box 1a or 1b is checked, enter the date of death ▶ Fictional entity
   b If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ Executor of the Office of Executor of the stated trust on and before 26 th June 2012. Authority: substantive Trust and Contract Law.

## Section B. Nature of Liability and Tax Notices

3 Type of taxes (check all that apply): ☐ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment
   ☐ Excise ☑ Other (describe) ▶ Any and All if needed

4 Federal tax form number (check all that apply): a ☐ 706 series b ☐ 709 c ☐ 940 d ☐ 941, 943, 944
   e ☐ 1040, 1040-A, or 1040-EZ f ☐ 1041 g ☐ 1120 h ☑ Other (list) ▶ Any and All if needed

5 If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ▶ ☐
   and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.   Cat. No. 16375I   Form **56** (Rev. 11-2017)

**Writ of Execution**: from the Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©.

### Hereby Order To:

1) Produce and deliver to the beneficiary/Executor all liens, bonds, claims, financial instruments of the stated trust including but not limited to commercial claim # 12-cr-00140-CMA-(1) of US DISTRICT COURT inc.. Upon delivery of this order.
2) Accounting, settlement, discharge, closure and distribution of Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©, transfer, deposit, and record all assets into Common Law trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259, by and through the named fiduciaries appointed herein and the Denver County Probate Court case # 19PR0166. Upon delivery of this order.
3) Emergency Preliminary Injunction ordering the US DISTRICT COURT inc., to Cease and Desist, Demand and Order of assignment of surrender of legacy for the release of the sole foreign beneficiary living man, Michael-destry: Williams from being held as the unwilling compulsory surety and parolee of their commercial claim # 12-cr-00140-CMA-(1). Upon delivery of this order.
4) To Notice and inform the Executor/beneficiary and the Trustees of Millstone Management Trust by mail and fax, of all actions, notices, requests, orders, procedures, time frames, schedules, hearings etc., herein pertaining to Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS©. Upon delivery of this Order and ensuing actions.

**2019073163**
Page: 1 of 2

06/10/2019 01:22 PM   R $18.00   D $0.00
City & County of Denver   TST

Form 56 (Rev. 11-2017)     Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority
**b** ☑ Certificate of dissolution or termination of a business entity
**c** ☐ Other. Describe ▶ <u>Termination- Accounting, Closure, Settlement, Discharge and Distribution of the stated Social Security Trust</u>

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐
**b** Specify to whom granted, date, and address, including ZIP code.
▶ --------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ▶ ☐
▶

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| STATE OF COLORADO-Registrar and Department of Public health& Environment - | 2nd June 1964 |

| Address of court | Docket number of proceeding |
|---|---|
| 4300 Cherry Creek Drive South | 1051964016457 |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Denver, Colorado [80246-1530] | May 23, 1964 | 05:47 | ☑ a.m. ☐ p.m. | Colorado State |

| **Part IV** | **Signature** |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here** *Without Prejudice, Without Recourse Executor of the Office of Executor of All Rights Reserved the SS-trust, owner, creditor, obligee.*

by ▶ *Michael-destry: Williams,* Sole Foreign Beneficiary/Equity Title *8th June 2019*
National — Fiduciary's signature *Executor/beneficiary* Title, if applicable *holder* Date

*Notice / Standing and Status*

Form **56** (Rev. 11-2017)

Thus I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of <u>Colorado</u> State Republic of the Republic Nation <u>The United States of America</u> (usa), an, American National, one of the Citizens of the several union States, **not** a U.S. citizen, **not** a Federal zoned citizen or employee, not within the UNITED STATES Inc.

I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", of the Cestui Que Vie Social Security Trust, SS-Trust, MICHAEL DESTRY WILLIAMS©.

Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, discharge, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, by and through the named fiduciaries appointed herein and Denver County Probate Court case # 19PR0166. All Assets, Property and Currency to be transferred, deposited, recorded into the Common Law Trust known as Millstone Management Trust, Attn: Trustees, C/o P.O. Box 11814, Pueblo, Colorado [81001], Phone 719-544-0259, Fax 719-595-0259

All Rights Reserved, Without Prejudice, Without Recourse

Notary Witness CYNTHIA A. ELLINGSON
Colorado State }
          ) ss.
Pueblo County )
subscribed and affirmed before me on 8th , June , 2019
by Michael-destry Family of Williams

by: *Michael-destry: Willia...*

Cynthia A. Ellingson *Cynthia A. Ellingson* Public Notary My Comm. Exp 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023

# 17RO100

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

JUL 0 1 2019

07/01/2019 11:11 AM    R $53.00    L
D $0.00
City & County of Denver
Page: 1 of 9

**Form 3949-A**
(April 2016)

Department of the Treasury - Internal Revenue Service

## Information Referral
*(See instructions on reverse)*

OMB Number
1545-1960

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use **Form 14039**.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| Christine M. Arguello | Unknown | Unknown |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 901 19th Street | Denver | CO | 80294 |

| h. Occupation | i. Email address |
|---|---|
| Acting Judge/Trustee | Telephone: 303-335-2174 |

| j. Marital status (check one, if known) | k. Name of spouse |
|---|---|
| ☑ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated | Unknown |

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number |
|---|---|---|
| UNITED STATES DISTRICT COURT Inc. | Unknown | 303-844-3433 |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 901 19th Street | Denver | CO | 80294 |

| h. Email address | i. Website |
|---|---|
|  | -3589 |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption  ☐ Unsubstantiated Income  ☑ Unreported Income  ☐ Failure to Withhold Tax
☐ False Deductions  ☐ Earned Income Credit  ☐ Narcotics Income  ☐ Failure to File Return
☐ Multiple Filings  ☑ Public/Political Corruption  ☑ Kickback  ☑ Failure to Pay Tax
☑ Organized Crime  ☐ False/Altered Documents  ☐ Wagering/Gambling  ☑ Other (describe in 5)

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010 - $10,000)*.

TY 13 $ ?   TY 14 $ ?   TY 15 $ ?   TY 16 $ ?   TY 17 $ ?   TY ___ $ ___

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* The State Court and officers under "special laws" of a Undisclosed agreement, or the policy of a foreign occupying state administration, claiming the trust MICHAEL DESTRY WILLIAMS© Violated their policy and owe a tax are duty. But they are kidnapping and incarcerating the sole foreign Beneficiary- State Zone Citizen, Equity Title Holder as a Unwilling Compulsory surety under Compelled performance, denying foreclosure his Status, standing, Citizenship, Equity and Lawful Rights.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.

Are books/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*  ☑ Yes  ☐ No
Do you consider the taxpayer dangerous?  ☑ Yes  ☐ No
Banks/financial institutions used by the taxpayer

| Name | Name |
|---|---|
| Unknown |  |
| Street address | Street address |
|  |  |

| City | State | ZIP code | City | State | ZIP code |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Section C – Information About Yourself

We never share this information with the person or business you are reporting. This information is not required to process your report, but would be helpful to contact you for any additional information.

| 7a. Your name | b. Telephone number | c. Best time to call |
|---|---|---|
| Michael-destry Family of William | none | Sole foreign Beneficiary |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| c/o 9595 W. Quency Avenue | Pueblo, Colorado | CO | 83123 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

AMANDA J. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Catalog Number 47872E                www.irs.gov                Form **3949-A** (Rev. 4-2016)

State or Co. County of Jefferson
Signed before me on this...

# 19PRI0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **3949-A**<br>(April 2016) | JUL 01 2019 | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>(See instructions on reverse) | OMB Number<br>1545-1960 |
|---|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint.**
(For example, if you suspect your identity was stolen, use Form 14039.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>Jeffrey P Colwell | b. Social Security Number/TIN<br>Unknown | c. Date of birth<br>Unknown |
|---|---|---|
| d. Street address<br>901 19th Street | e. City<br>Denver | f. State ☑ CO  g. ZIP code<br>80294 |

h. Occupation
Clerk of the Court / Trustee

i. Email address

j. Marital status (check one if known)
☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated

k. Name of spouse
Unknown

| 2a. Name of business<br>UNITED STATES DISTRIC COURT-COLORADO Unknown | b. Employer Tax ID number (EIN)<br>Unknown | c. Telephone number<br>303-844-3433 |
|---|---|---|
| d. Street address<br>901 19th Street | e. City<br>Denver | f. State ☑  g. ZIP code<br>80294 |

h. Email address

i. Website
-3599

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. (Check all that apply.)

☐ False Exemption  ☐ Unsubstantiated Income  ☑ Unreported Income  ☐ Failure to Withhold Tax
☐ False Deductions  ☐ Earned Income Credit  ☐ Narcotics Income  ☐ Failure to File Return
☐ Multiple Filings  ☑ Public/Political Corruption  ☑ Kickback  ☑ Failure to Pay Tax
☑ Organized Crime  ☐ False/Altered Documents  ☐ Wagering/Gambling  ☑ Other (describe in 5)

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known (e.g., TY 2010 - $10,000)
TY 13 $ ?  TY 14 $ ?  TY 15 $ ?  TY 16 $ ?  TY 17 $ ?  TY ___ $ ___

5. Comments (Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.) Private Court and officers under special power of a private contract or charitable trust foreign occupying state administrator, claiming the trust MICHAEL DESTRY WILLIAMS violated their policy and owe a tax and duty. But are kidnaping and incarcerating the sole foreign beneficiary-State Zone C#20 Equity Title Holder as a unwilling compulsory surety under Complied performance, Denying Beneficiary his Status, Standing, Citizenship, Equity, and Lawful Rights.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? (If available, do not send now. We will contact you, if they are needed for an investigation.)  ☑ Yes  ☐ No
b. Do you consider the taxpayer dangerous?  ☑ Yes  ☐ No
c. Banks, Financial Institutions used by the taxpayer.

| Name<br>Unknown | | Name | |
|---|---|---|---|
| Street address | | Street address | |
| City | State ☑  ZIP code | City | State ☑  ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>Michael-destry Family of Williams | b. Telephone number | c. Best time to call<br>Sole foreign Beneficiary |
|---|---|---|
| d. Street address  Rural route, St. Charles Mesa, 1st Scdcpolumbia Avenue | e. City<br>Pueblo Colorado, Vista | f. State ☑  g. ZIP code<br>80123 |

Signed before me on this ___

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

of April 2017 by Michael Williams

Catalog Number 47872E

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104007433
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Form 3949-A (Rev. 4-2016)

# 19 PR 0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **3949-A** (April 2016) | JUL 01 2019 Department of the Treasury - Internal Revenue Service **Information Referral** (See instructions on reverse) | OMB Number 1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual **Joseph T. Speetjens** | b. Social Security Number/TIN **Unknown** | c. Date of birth **Unknown** |
|---|---|---|
| d. Street address **2525 Network Place** | e. City **Herndon** | f. State **VA** g. ZIP code **20171 -3514** |
| h. Occupation **Director** | i. Email address | |

j. Marital status *(check one, if known)*
☐ Married   ☐ Single   ☐ Head of Household   ☐ Divorced   ☐ Separated
k. Name of spouse **Unknown**

| 2a. Name of business **Bookrunner Noticing Center** | b. Employer Tax ID number (EIN) **Unknown** | c. Telephone number |
|---|---|---|
| d. Street address **2525 Network Place** | e. City **Herndon** | f. State **VA** g. ZIP code **20171 -3514** |
| h. Email address | i. Website | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption  ☐ Unsubstantiated Income  ☒ Unreported Income  ☐ Failure to Withhold Tax
☐ False Deductions  ☐ Earned Income Credit  ☐ Narcotics Income  ☐ Failure to File Return
☐ Multiple Filings  ☒ Public/Political Corruption  ☒ Kickback  ☒ Failure to Pay Tax
☒ Organized Crime  ☐ False/Altered Documents  ☐ Wagering/Gambling  ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*.
TY **13** $ **?**   TY **14** $ **?**   TY **15** $ **?**   TY **16** $ **?**   TY **17** $ **?**   TY ____ $ ____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* Refused registered mail service of Legal documents #RB 628-685-403 US, # RB 629-025-370 US. and forms of same documents failing to acknowledge and file the creditor and Beneficiary claims Conspiring with the mismanagement and rape of the Trust MICHAEL DESTRY WILLIAMS© incarcerating the Creditor beneficiary under a claim of a public tax of a Undisclosed agreement of private property

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are books/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* ☒ Yes ☐ No
b. Do you consider the taxpayer dangerous? ☐ Yes ☒ No
c. Banks/Financial Institutions used by the taxpayer

| Name **Unknown** | Name |
|---|---|
| Street address | Street address |
| City | State ZIP code | City | State ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| c. Your name **Michael-destry Family of Willia...** | b. Telephone number | c. Best time to call **Sole foreign Beneficiary** |
|---|---|---|
| d. Street address **c/o 9595 W. Quincy Avenue** | e. City **Pueblo, Colorado** | f. State **CO** g. ZIP code **80123** |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Catalog Number 47872E   www.irs.gov   Form 3949-A (Rev. 4-2016)

Notary Public ... before me this ... day of ...

#01

# 19PR0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **3949-A**<br>(April 2016) | JUL 0 1 2019 | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint.
**(For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>Deborah Denham | b. Social Security Number/TIN<br>Unknown | c. Date of birth<br>Unknown |
|---|---|---|
| d. Street address<br>9595 W. Quincy Avenue | e. City<br>Littleton | f. State CO   g. ZIP code 8012? |
| h. Occupation<br>Warden | i. Email address | |

j. Marital status *(check one, if known)*
☐ Married   ☐ Single   ☐ Head of Household   ☐ Divorced   ☐ Separated     k. Name of spouse

| 2a. Name of business<br>FCI Englewood Prison | b. Employer Tax ID number (EIN)<br>Unknown | c. Telephone number<br>Unknown |
|---|---|---|
| d. Street address<br>9595 W. Quincy Avenue | e. City<br>Littleton | f. State CO   g. ZIP code 80123 |
| h. Email address | i. Website | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☐ False Exemption | ☐ Unsubstantiated Income | ☒ Unreported Income | ☐ Failure to Withhold Tax |
| ☐ False Deductions | ☐ Earned Income Credit | ☐ Narcotics Income | ☐ Failure to File Return |
| ☐ Multiple Filings | ☒ Public/Political Corruption | ☒ Kickback | ☒ Failure to Pay Tax |
| ☒ Organized Crime | ☒ False/Altered Documents | ☐ Wagering/Gambling | ☒ Other *(describe in 5)* |

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known (e.g., TY 2010– $10,000)
TY 13 $ ?   TY 14 $ ?   TY 15 $ ?   TY 16 $ ?   TY 17 $ ?   TY ___ $ ___

5. Comments *(Briefly describe the facts of the alleged violation–Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* are incarcerating the Beneficiary of a credit/compact/surety of a (Commercial claim under "special laws" of a assumed public security and/or Violation of a Undisclosed agreement between Non-Person State Zone Citizen and the defacto occupying foreign State Administrator U.S. Corporation who is in dishonor being belligerent. Violating the Treaty of Peace, In law and Equity Contract law Trust law and Law of Nation

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☒ Yes   ☐ No
b. Do you consider the taxpayer dangerous?   ☒ Yes   ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name<br>Unknown | State of CO, County of Jefferson<br>Signed before me on this 27th day<br>of April, 2017 by Michael L | Street address |
|---|---|---|
| Street address | | |
| City | Notary Public   ZIP code | State   ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>Michael-destry family of (Will | Sole Prior Beneficiary |
|---|---|
| d. Street address RR-1 St Charles Mesa   Pueblo Colorado<br>9595 W. Quincy Avenue   Littleton | f. State CO   g. ZIP code 80123 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

Catalog Number 47872E          www.irs.gov

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
Form **3949-A** (Rev. 4-2016)

# 19 PR 0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **3949-A** (April 2016) | JUL 0 1 2019 | Department of the Treasury - Internal Revenue Service **Information Referral** *(See instructions on reverse)* | OMB Number 1545-1960 |

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual Dr. Lynette Cornelius | b. Social Security Number/TIN Unknown | c. Date of birth Unknown |
| d. Street address 270 S. Tejon P.O. Box 2980 | e. City Colorado Spring- | f. State CO   g. ZIP code 80901 |
| h. Occupation Clerk of the Court | i. Email address Unknown | |

j. Marital status *(check one, if known)*
☐ Married   ☐ Single   ☐ Head of Household   ☐ Divorced   ☐ Separated

k. Name of preparer: Judge: Gilbert A. Martinez

| 2a. Name of business Fourth Judicial District Court | b. Employer Tax ID number (EIN) Unknown | c. Telephone number Unknown |
| d. Street address 270 S. Tejon P.O. Box 2980 | e. City Colorado Springs | f. State CO   g. ZIP code 80901 |
| h. Email address Unknown | i. Website Unknown | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption   ☐ Unsubstantiated Income   ☒ Unreported Income   ☐ Failure to Withhold Tax
☐ False Deductions   ☐ Earned Income Credit   ☐ Narcotics Income   ☐ Failure to File Return
☐ Multiple Filings   ☒ Public/Political Corruption   ☒ Kickback   ☐ Failure to Pay Tax
☒ Organized Crime   ☒ False/Altered Documents   ☐ Wagering/Gambling   ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010 - $10,000)*

TY 05 $ ?   TY 06 $ ?   TY 07 $ ?   TY 08 $ ?   TY 09 $ ?   through   TY 17 $ ?

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* Private Court are acting under special laws of a private land pretend- of a policy of a foreign occupying state and/or returns claiming the trust MICHAEL DESTRY WILLIAMS© violated their policy and owe a tax and duty. But they are kidnaping and incarcerating the sole foreign Beneficiary-State Zoned Citizen, Equi-Title Holder as a unwilling compulsory surety under compelled performance Denying the Beneficiary his status, standing, Citizenship, Equi-Law'n Rights.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are books/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☒ Yes   ☐ No
b. Do you consider the taxpayer dangerous?   ☒ Yes   ☐ No
c. Banks, Financial Institutions used by the taxpayer.

| Name State of CO County of Jefferson | Name |
| Street address Signed before me on this 27th day | Street address |
| City of April, 2017 by Michael Williams   State ☐   ZIP code   Notary Public [signature] | City   State ☐   ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name Michael-destry Family of Willia- | b. Telephone number | c. Title Sole foreign Beneficiary |
| d. Street address R.R. 2, St. Charles Mesa   c/o 9595 W. Quincy Avenue | Pueblo, Colorado   Littleton | f. State CO ☐   g. ZIP code 80123 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

**AMANDA L. VARGAS**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Catalog Number 47872E      www.irs.gov      Form **3949-A** (Rev. 4-2016)

# 19 PR 0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **3949-A** (April 2016) | JUL 0 1 2019   Department of the Treasury - Internal Revenue Service **Information Referral** *(See instructions on reverse)* | OMB Number 1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual Ms. Leslie Montoya | b. Social Security Number/TIN Unknown | c. Date of birth Unknown |
|---|---|---|
| d. Street address 3769 Park Blvd | e. City Pueblo | f. State CO   g. ZIP code 81008 |

| h. Occupation Director - Pueblo SS- Office | i. Email address, Unknown |
|---|---|

| j. Marital status *(check one, if known)* Unknown  ☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated | k. Name of spouse Unknown |
|---|---|

| 2a. Name of business Social Security Office | b. Employer Tax ID number (EIN) Unknown | c. Telephone number |
|---|---|---|
| d. Street address 3769 Park Blvd | e. City Pueblo | f. State CO   g. ZIP code 81008 |

| h. Email address Unknown | i. Website Unknown |
|---|---|

## Section B – Describe the Alleged Violation of Income Tax Law

**3. Alleged violation of income tax law. *(Check all that apply.)***

| | | |
|---|---|---|
| ☐ False Exemption | ☐ Unsubstantiated Income | ☒ Unreported Income | ☐ Failure to Withhold Tax |
| ☐ False Deductions | ☐ Earned Income Credit | ☐ Narcotics Income | ☐ Failure to File Return |
| ☐ Multiple Filings | ☒ Public/Political Corruption | ☒ Kickback | ☒ Failure to Pay Tax |
| ☒ Organized Crime | ☒ False/Altered Documents | ☐ Wagering/Gambling | ☒ Other *(describe in 5)* |

**4. Unreported income and tax years**
Fill in Tax Years and dollar amounts, if known (e.g., TY 2010- $10,000)

TY 12 $ ?   TY 13 $ ?   TY 14 $ ?   TY 15 $ ?   TY 16 $ ?   TY 17 $ ?

**5. Comments** *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* Since 13th March 2009, Social Security Office and other agents and agents have failed in their fiduciary obligation to close and distribute the Trust MICHAEL DESTRY WILLIAMSON # XXX-XX-0403, Conspiring with the Mismanagement and rape of said Trust and account, Harming and incarcerating the Beneficiary-State Zone Citizen, as a unwilling compulsory surety for a public tax over a undisclosed agreement, corporate Jurisdiction under "Special law"

**6. Additional information. Answer these questions, if possible. Otherwise, leave blank.**

a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☒ Yes  ☐ No

b. Do you consider the taxpayer dangerous?   ☐ Yes  ☒ No

c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| State of CO County of Jefferson Street address Signed before me on this 27th day of April 2017 by Michael Williams Notary Public Amanda L Vargas   State  ZIP code | Street address City   State  ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name Michael- destry Family of Williamson | b. Telephone number | Sole foreign beneficiary |
|---|---|---|
| d. Street address P.R. 1, 2 Charles Meza c/o 9595 W. Quincy Avenue | e. City Pueblo Colorado | f. State CO   g. ZIP code 80123 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

Catalog Number 47872E          www.irs.gov          Form **3949-A** (Rev. 4-2016)

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164003393
MY COMMISSION EXPIRES FEBRUARY 15, 2020

#19PR0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

| Form **3949-A** (April 2016) | JUL 01 2019   Department of the Treasury - Internal Revenue Service **Information Referral** *(See instructions on reverse)* | OMB Number 1545-1960 |

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual Del Olivas | b. Social Security Number/TIN Unknown | c. Date of birth Unknown |
| d. Street address 215 W. 10th Street Rm 110 | e. City Pueblo | f. State CO   g. ZIP code 81003 |

h. Occupation Pueblo County Treasurer/Trustee

i. Email address

j. Marital status *(check one, if known)* Unknown
☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated

k. Name of spouse Unknown

| 2a. Name of business MICHAEL DESTRY WILLIAMS (Trust | b. Employer Tax ID number (EIN) 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 | c. Telephone number none |
| d. Street address FCI Englewood Prison #29714-53 c/o 9595 W. Quincy Avenue | e. City Littleton | f. State CO   g. ZIP code 80123 |

h. Email address

i. Website

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption  ☐ Unsubstantiated Income  ☒ Unreported Income  ☐ Failure to Withhold Tax
☐ False Deductions  ☐ Earned Income Credit  ☐ Narcotics Income  ☐ Failure to File Return
☐ Multiple Filings  ☒ Public/Political Corruption  ☒ Kickback  ☒ Failure to Pay Tax
☒ Organized Crime  ☒ False/Altered Documents  ☐ Wagering/Gambling  ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*

TY 13 | $ ?   TY 14 | $ ?   TY 15 | $ ?   TY 16 | $ ?   TY 17 | $ ?   TY ___ | $ ___

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* The trustees of the trust have never been disclosed, or the Res of the trust, to the sole foreign Beneficiary. The Trust has been mismanaged and raped by the foreign occupying State corporate administrator and its agencies and others through a commercial claim and unenforced agreement of a assumed public safety and tax, under "special laws". The Beneficiary State Zoned Citizen has requested closure of said trust since 13th March 2009.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.

a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☒ Yes  ☐ No

b. Do you consider the taxpayer dangerous?   ☐ Yes  ☒ No

c. Banks, Financial Institutions used by the taxpayer

State of CO, County of Jefferson
Signed before me on this 27th day
of April 2017 by Michael Williams

| Name Board of Trustees | | |
| Street address U.S. Secretary of Treasury 1500 Pennsylvania Avenue | | |
| City Managing Trustee | State ☐ | ZIP code |

Notary address
City Washington | State DC | ZIP code 20220

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name Michael-destry Family of Willia... | ...number | Sole foreign Beneficiary |
| d. Street address RR. 1, St Charles Mesa c/o 9595 W. Quincy Avenue | ...blo Colorado | f. State ☐   g. ZIP code 80123 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Catalog Number 47872E   www.irs.gov   Form 3949-A (Rev. 4-2016)

# 19PR0166
FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

JUL 01 2019

Firm Mailing Book ID# 7102724

# Affidavit of Service

On 27th day of April 2017 I, Michael-destry Family of Williams mailed the below list of documents by Notorized Firm mailing Book, USPS Form 3877 to the Criminal Investigation Division of the Internal Revenue Service by and through FCI Englewood Prison mail room in Littleton Colorado.

## Enclosed Documents

1) 3949-A form — Information Referral
A) Pueblo Social Security office
   - Director : Ms. Leslie Montoya
2) MICHAEL DESTRY WILLIAMS © Trust · xxx-xx-0609
   - Trustee : Del Olivas · Pueblo County Treasurer
C) U.S. DISTRICT COURT OF COLORADO
   - Acting Judge : Christine M. Arguello
D) U.S. DISTRICT COURT OF COLORADO
   - Clerk of the Court : Jeffrey P. Colwell
E) FOURTH JUDICIAL DISTRICT
   - Judge : Gibert A Martinez
   - Clerk of Court : Dr. Lynette Cornelius
F) Bankruptcy Noticing Center
   - Director : Joseph T. Speetjens jr.
G) FCI Englewood Prison
   - Warden - Deborah Denham

CID
Page 1 of 2

2) Request for Withdrawal of Application
   SS-5 and closure of Trust   xxx-xx-0603
   6-pages. Dated 18th April 2017   certified mail
   # 7014-0150-0001-4042-2621

3) SSA-521 forms
   A) 18th March 2009
   B) 15th May 2014
   C) 11th April 2017
   D) Attachment # 806080-1   Dated 15th May 2014

4) Internal Revenue Service   FOIA response letter,
   Exhibit "K"

5) Letter to the Board of Trustees - Federal Old Age
   and Survivors Trust. A.K.A. Social security
   Dated 23rd May 2014

6) Law of Nations   Chapter XVI section 195 and 196

State of CO, County of Jefferson
Signed before me on this 24th day
of April, 2017 by Michael Williams
Notary Public Amanda L. Vargas

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Michael-destry Family of Wil
Michael-destry Family of
R.R.1, St Charles Mesa
Pueblo. Colorado
C/o FCT Englewood Prison
BOP # 39714-013 - Trust.
MICHAEL DESTRY WILLIAMS ©
9595 W. Quincy Avenue
Littleton. Colorado. 80123

C.I.D.
Page 2 of 2

# 1MPK 0166

**SPECIAL ASSESSMENT/FINE/RESTITUTION PAYMENT SLIP**
**(ON OR AFTER APRIL 24, 1996)**

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

JUL 0 1 2019

2019084428
Page: 1 of 2
D $0.00

**CORPORATE**

**Commercial**

DEFENDANT'S NAME:  MICHAEL DESTRY WILLIAMS   Cestui Que Vie SS - Trust

PROBATION OFFICER'S NAME: JOEL NELSON

CRIMINAL DOCKET NUMBER:  12-CR-00140-CMA-01      of U.S.  Corporation

AMOUNT OF PAYMENT:  *In Full*

DATE OF PAYMENT:  *7/1/2019*

R $18.00

Corporate Penal Sum Payment/Extortion by U.S. DISTRICT COURT inc. debt note claim FRN'

**TYPE OF PAYMENT:**   ☐ S/A       ☐ Fine       ☐ Restitution
Payment made under Threat, Duress and Coercion

**TO THE DEFENDANT:**   MAKE CHECK OR MONEY ORDER PAYABLE TO:   CLERK,
UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ UNITED STATES
COURTHOUSE, 901 19TH STREET, ROOM A-105, DENVER, COLORADO   80294-3589

07/01/2019 11:10 AM
City & County of Denver

**FACTS:**
UNITED STATES DISTRICT COURT inc., is a foreign corporation under mercantile special law of a undiscl
contract and is **not** a Constitutional, Article III, Judicial Court of this Republic Nation - The United States of
America.

U.S. DISTRICT COURT inc., Claiming and Demanding under special law, private codes and statutes, corporate
commercial case # 12-cr-00140-CMA-(1), penal sum payment under Color of Law in debt notes - FRN's -
Federal Reserve Notes.  By and from the sole foreign beneficiary of their alleged defendant the Cestui Que Vie
Social Security Trust known as MICHAEL DESTRY WILLIAMS©  File # 1051964016457.

Article I sec. 10  for the Constitution for the United States: "No State shall enter into any Treaty, Alliance, or Confederation;
grant Letters of Marque and Reprisal, coin Money; emit Bills of Credit; make anything but gold and silver coin a tender in Payment of
debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility ".  i.e.:
esquire. :

U. S. DISTRICT COURT officers including Joel Nelson, are refusing to produce a True Bill of their commercial
claim case # 12-cr-00140-CMA-(1).  Payment method, Per their special laws, known as HJR 192 payment
means -discharge of corporate claims is being denied by refusing to serve their True Bill.  Penal sum was
commercially settled, discharged and claimed by the beneficiary from the Office of Executor; see  Common
Law, Administration Judgment publicly recorded at City and County of Denver # 2019012882, on 12th of July
2018.

U. S. DISTRICT COURT inc., is in violation of the Accardi Doctrine, denial of Due Process with Fraudulent
Alteration, Conveyance and Conversion but not limited to and denying alleged defendant and it's beneficiary
Suits in Common Law, VII Amendment for the Constitution for the United States.

Enclosed Payments in full both Judicial and special law.  (1) one American silver dollar and surrender of
defendant - security bond - payment- Birth Certificate of their alleged defendant Cestui Que Vie Social Security
Trust known as MICHAEL DESTRY WILLIAMS©  File # 1051964016457, under extortion, threat, duress and
coercion.

By: *Michael-destry Family of Williams*
Michael-destry Family of Williams - American National
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©
**Not** a UNITED STATES citizen

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Witness Notary:  CYNTHIA A. ELLINGSON
Colorado State: }
                          ss.
Pueblo County:

Subscribed and Affirmed before this 26 of  June    2019 by
Michael-destry Family of Williams

Cynthia A. Ellingson Notary Public   My Comm. Exp 1/15/2023

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

JUL 0 1 2019
# 19 PR 0166



Payment To:

UNITED STATES DISTRICT COURT OF THE DISTRICT
OF COLORADO Inc.

Commercial case: 12-cr-00140-CMA-(1)

Defendant claimed as the Cestui Que Vie Social Security
Trust - known as MICHAEL DESTRY WILLIAMS ©

under extortion, threat, duress and coercion of and by
U.S. DISTRICT COURT Inc., and U.S. PROBATION OFFICE Inc.
officers and agents thereof to and upon the sole foreign
beneficiary, Equity Title holder, Creditor, Obligee and
Executor of the Office of Executor above stated Trust.

by: _Michael-destry Family of Williams_
American National, Executor of the
Office of Executor
Not a U.S. citizen

**USPS POSTAL SERVICE ®**

Firm Mailing Book For Accountable Mail

**Name and Address of Sender**

Michael-dustry-William
...Gaia National
ural Post 4 St. Charles
easy Pueblo Colorado
...1024/... East St.
...Colorado on [81001]

Check type of mail or service:

- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt)
Postmark with Date of Receipt

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Documents Sent 1. Letter of Instructions ... US ... | Internal Revenue Service Gaia Treasury Trust 324 as 4th Street Ogden Utah 84401 | 3.90 | | | | | | | | | | | |
| 2. | Sample docs | U.S. DISTRICT COURT Inc. Attn. Clerk of Court Jeffrey Colwell 901 19th Street Rm. A-105 Denver Colorado 80294-3589 | 7017 1000 0001 1073 5522 | | | | | | | | .28 | | 3.50 | |
| 3. | Sample docs | U.S. SBA RATION Inc. Attn. Isela Nelson 721 North Weber Ave. Colorado Springs Colorado 80903 | 7017 1000 0001 1073 5539 | | | | | | | | .28 | | 3.50 | |
| 4. | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender _____
Total Number of Pieces Received at Post Office _____

Postmaster, Per (Name of receiving employee) _____

Complete in ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.



# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF LIVE BIRTH

# 19 PR 0166

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

JUL 01 2019

STATE FILE NUMBER
105196401645?

NAME OF REGISTRANT
MICHAEL    DESTRY    WILLIAMS

DATE AND TIME OF BIRTH
MAY 23, 1964 · 05:47 AM

SEX OF REGISTRANT
MALE

CITY OF BIRTH
GUNNISON

COUNTY OF BIRTH
GUNNISON

MOTHER'S NAME PRIOR TO FIRST MARRIED
ESTHER    JEAN    VITULLO

MOTHER'S PLACE OF BIRTH
COLORADO

MOTHER'S AGE AT TIME OF BIRTH
24

FATHER'S NAME
FRANK    RALPH    WILLIAMS

FATHER'S PLACE OF BIRTH
COLORADO

FATHER'S AGE AT TIME OF BIRTH
26

DATE RECORD FILED
JUNE 02, 1964

**2019084429**
Page: 1 of 2

07/01/2019 11:10 AM          R $18.00          D $0.00
City & County of Denver          L

DATE ISSUED
DECEMBER 19, 2018

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS
RECORDED IN THIS OFFICE. Do not accept unless prepared on
security paper with high resolution border displaying the Colorado state
seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118,
Colorado Revised Statutes, 1982, if a person alters, uses, attempts to
use or furnishes to another for deceptive use any vital statistics record.
NOT VALID IF PHOTOCOPIED

ALEX QUINTANA
STATE REGISTRAR

009123638

REV 04/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



by: Michael - dean: Family of Williams

Executor of the Office of Executor

of this 15-Trust.

Settlement & discharge

closure of commercial case #

12-cr-00140-CMA-1 in full

VI

for

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 05 2019
JEFFREY P. COLWELL
CLERK

Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa
Pueblo, Colorado
c/o 1024 1/2 East Ash Street
Pueblo, Colorado [81001]

U.S. DISTRICT COURT Inc.
Attn: Clerk of Court, Jeffery Colwell
901 19th Street, RM A-105
Denver Colorado 80294-3589

CERTIFIED MAIL

7017 1000 0001 1073 5539




