OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2019

JEFFREY P. COLWELL
CLERK

12-CR-140-CMA
#112

neopost
07/08/2019
US POSTAGE $00.50⁰
ZIP 80294
041L11245087

Michael Destry Williams
Rural Route 1 St. Charles Mesa
Pueblo, CO 81001

NIXIE          808    DE 1         0007/13/19
              RETURN TO SENDER
              INSUFFICIENT ADDRESS
              UNABLE TO FORWARD

BC: 80294250099     *2278-08555-08-38
81001-999955
80294>2500