**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:12CR00140-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL DESTRY WILLIAMS,

        Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

____   ORDERS the issuance of an arrest warrant.

____   ORDERS the issuance of a summons.

____   DENIES the request.

      DATED at Denver, Colorado, this ____ day of August, 2019.

                                BY THE COURT:

                                _____
                                Christine M. Arguello
                                United States District Judge