IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,

    Defendant.

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

    This matter is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision. (Doc. # 115.) Having considered the probation officer's petition, the Court ORDERS the issuance of a summons for the reasons stated by the probation officer.

    DATED: August 30, 2019

                                                       BY THE COURT:

                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge