AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No. 1:12-cr-00140-CMA-01 |
| Michael Destry Williams | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ❐ Complaint
❐ Probation Violation Petition ☑ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of Court

| Place: | Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: A402 |
| --- | --- | --- |
| | | Date and Time: 09/13/2019 10:00 am |

This offense is briefly described as follows:
Failure to Report to the Probation Officer and Submit Written Reports as Directed
Failure to Pay Fine and Restitution as Directed
Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer

Date: 08/30/2019

Jeffrey P. Colwell, Clerk of Court
*Issuing officer's signature*

/S P. Glover, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❐ Executed and returned this summons    ❐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*