IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 12-cr-00140-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

        Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 5th day of September, 2019.

        JASON R. DUNN
        United States Attorney

By:    s/ *Andrea Surratt*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: andrea.surratt@usdoj.gov

        Attorney for the Government

## **CERTIFICATE OF SERVICE**

   I certify that on this 5th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

and I hereby certify that I have sent the document to the non CM/ECF participant via email to the following participant:

          By: *s/Portia Peter*
             Legal Assistant
             United States Attorney's Office
             1801 California Street, Suite 1600
             Denver, CO 80202
             Telephone: 303-454-0100