UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

### NOTICE OF ATTORNEY APPEARANCE
_____

Pursuant to the Order entered on October 15, 2019 by Magistrate Judge S. Kato Crews at ECF No. 123, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby enters her appearance as court-appointed counsel for defendant Michael Destry Williams in this matter.

Dated:  October 15, 2019        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        5445 DTC Parkway, Penthouse 4
        Greenwood Village, CO 80111
        Telephone:   (303) 486-6938
        Facsimile:   (303) 573-4921
        Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 15, 2019, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surrat, Assistant U.S. Attorney
**Andrea.Surrat@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams          (via U.S. Mail)

                        MARTHA H. ESKESEN, P.C.

                        s/ Martha H. Eskesen
                        Martha H. Eskesen
                        6200 South Syracuse Way, Suite 125
                        Greenwood Village, CO 80111
                        Telephone:   (303) 874-5160
                        Facsimile:   (303) 573-4921
                        Email: meskesen@eskesenlaw.com