AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 OCT 15 PM 2:32

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-cr-00140-CMA |
| MICHAEL DESTRY WILLIAMS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Michael Destry Williams,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:

Failure to Appear on 9/13/2019.

Date:    09/13/2019

s/M. Ortiz, Deputy Clerk
*Issuing officer's signature*

City and state:    Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/13/2019, and the person was arrested on *(date)* 10/11/2019
at *(city and state)* PUEBLO, CO

Date: 10/15/2019

*Arresting officer's signature*

DUSM THOMAS ROHN
*Printed name and title*