James Frank
RFD-9/b
PO Box 11814
Pueblo Colorado
[81001]

U.S. District Court of Colorado Inc.
901 19TH St. Room A-105
Denver Colorado 80294-3589

