**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:12-cr-00140-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,

    Defendant.

_____

**ORDER OF DETENTION**
_____

    The Defendant appeared before this Court for a detention hearing on Monday, October 21, 2019 on a petition to revoke the Defendant's supervised release. The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). That Rule provides that "the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the Defendant." Fed. R. Crim. P. 32.1(a)(6).

    For the reasons stated on the record, the Defendant has failed to establish by clear and convincing evidence that he will not flee or that he is not a danger to any other person or to the community. In addition to the Court's findings made on the record, the Court

notes that the Defendant refused to participate in the proceedings of this matter (both during his initial appearance and today during his preliminary revocation and detention hearings) despite being afforded every opportunity by this Court to participate. He did so by specifically stating his refusal to participate. The Defendant's conduct before the Court has been disruptive and has bordered on obstructionism. He threatened this Court numerous times in his two appearances before the undersigned, twice tried to "serve" this Court with papers of some sort, and threatened law enforcement during the circumstances leading to his arrest in this matter. He has further clung to his refrain and belief that he is not subject to the rule of law of the United States of America or to the authority of this Court, and has exhibited a consistent pattern of behavior to this effect when considering his identical conduct in his underlying proceedings, all of which leads this Court to the conclusion that there are no conditions or combination of conditions which would reasonably assure his appearance as required or reasonably assure the safety of another or the community.

The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with standby counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in

charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding. The Defendant is remanded into the custody of the United States Marshal.

DATED: 10/21/2019

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge