IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,

    Defendant.

---

## ORDER SETTING FINAL HEARING REGARDING REVOCATION OF SUPERVISED RELEASE

---

    The Court hereby sets a Final Hearing re Revocation of Supervised Release for **January 23, 2020**, at **3:00 PM** in Courtroom A 602 before Judge Christine M. Arguello. Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position. The Government's response to Defendant's sentencing statement must be filed not later than 5 days before the Supervised Release Revocation Hearing. Failure to comply with this order may result in a continuance of the Supervised Release Revocation Hearing. The deadlines for filing such papers will be extended only upon the showing of good cause.

    DATED: October 25, 2019

                                                      BY THE COURT:

                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge