OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DATE RECEIVED
STAFF INITIALS
DATE RECEIVED
I/M INITIALS

OPEN ONLY IN THE
PRESENCE OF THE
INMATE

DENVER
CO 802
25 SPECIAL MAIL

neopost
10/25/2019
US POSTAGE
$00.50⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Michael Destry-Williams
39714-013

3/30 N. Marlowe,

80294>2500

REF

BC: 8029425

NIXIE        898      DC 1        9911/07/19

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC:  80294250099      *1720-06265-25-38