UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**COUNSEL'S NOTICE AND RESPONSE TO ECF NO. 132**
_____

        Martha H. Eskesen of MARTHA H. ESKESEN, P.C., appointed counsel for Michael Destry Williams who has directed that he be addressed as "Michael-destry Family of Williams," and wishes to represent himself, submits the following response to ECF No. 132.

        1.    ECF No. 132 is the Court's Order setting the Final Hearing Regarding Revocation of Supervised Release.  The Order provides, in pertinent part, that  submits the within Notice Regarding Representation and Scheduling, and states:  "Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position."

        2.    Ms. Eskesen is unable to comply with this Order for two reasons.  First, Ms. Eskesen has been unable to successfully communicate with Mr. Williams.  Second, pursuant to CMA Crim. Practice Standard 11(d)(1), "[t]he Probation Officer shall file the

Supervised Release Violation Report with the Court not later than 21 days prior to the Final Hearing on Supervised Release." It is one week before the scheduled hearing and the Supervised Release Violation Report has not been filed.

3. Based on the foregoing, counsel is not able to comply with ECF No. 132. Counsel understands that, based on CMA Crim. Practice Standard 11(d)(3), failure to comply with the Court's Practice Standard 11(d), a continuance of the Supervised Release Revocation hearing may result. Counsel specifically requests that the Court **not** continue the hearing so that this case can be resolved without further delay.

Dated: January 16, 2020        MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:     (303) 573-4921
Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 16, 2020, I electronically filed the foregoing **COUNSEL'S NOTICE AND RESPONSE TO ECF. NO. 132** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Andrea Surrat, Assistant U.S. Attorney
**Andrea.surrat@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael-destry Family of Williams          (via U.S. Mail)

                                                    MARTHA H. ESKESEN, P.C.

                                                    s/ Martha H. Eskesen
                                                    Martha H. Eskesen
                                                    5445 DTC Parkway, Penthouse 4
                                                    Greenwood Village, CO 80111
                                                    Telephone:   (303) 486-6938
                                                    Facsimile:   (303) 573-4921
                                                    Email: meskesen@eskesenlaw.com