IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL DESTRY WILLIAMS,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT

The United States of America, by and through undersigned counsel, respectfully submits the following response to the defendant's sentencing statement (Dkt #135):

1.    On August 27, 2019, the Probation Department filed a Petition alleging that the defendant violated the terms of his supervised release. (Dkt #115).

2.    The Government expects that the defendant will not admit any of the three specifications alleged in the Petition, and intends to call the Probation Officer as a witness at the January 23, 2020 hearing in this matter.

3.    If the Court ultimately finds that the defendant violated his supervised release as alleged in the Petition, the Government intends to ask for a sentence of 11 months' incarceration, as recommended in the Violation Hearing Report. (Dkt #136).

Respectfully submitted this 17th day of January, 2020.

                    JASON R. DUNN
                    United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov
       Attorney for the Government

CC: Michael Destry Williams, USMS# 39714-013