*CASE #12CR-00140-CMA*

No. __ 19/01587 __

*Demand for Release of Diplomat*

# United States of America

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2019

JEFFREY P. COLWELL
CLERK

2020009910
Page: 1 of 33.
D $0.00
R $173.00   AFF

01/23/2020 12:21 PM
City & County of Denver

**DEPARTMENT OF STATE**

## To all to whom these presents shall come, Greeting:

I Certify That __ Brykyta K. Shelton, __

whose name is subscribed to the document hereunto annexed, was at the time

of subscribing the same __ Chief, Records Services Division, __

__ Passport Services __ , *Department of State, United States*

of America, and that full faith and credit are due to his acts as such.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2020

JEFFREY P. COLWELL
CLERK

In testimony whereof, I __ Michael R. Pompeo __

Secretary of State, have hereunto caused the seal of the

Department of State to be affixed and my name subscribed by the

Authentication Officer of the said Department, at the City of

Washington, in the District of Columbia, this __ 6th __

day of __ June __ , 20 __ 19 __

*Michael R. Pompeo*
*Secretary of State*

*Raymond W. Thongo*
*Authentication Officer, Department of State*

*This certificate is not valid if it is removed or altered in any way whatsoever*



United States Department of State

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of 26 pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #293175589 for United States passport book #592612813 and passport card #C18850067 issued to Michael Destry Williams on January 8, 2019, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

- 2 -

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: _____JUN 0 4 2019_____

# APPLICATION FOR A U.S. PASSPORT

Please Print Legibly Using Black Ink Only

Attention: Read WARNING on page 1 of instructions.
Please select the document(s) for which you are applying.

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☒ Both

☒ Regular Book (standard)    ☐ Large Book (non-standard)

203175389

Williams

Michael    Destiny

05-23-1964    Gunnison, Kolorado

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    719-544-5362

In care of: Jay E. Ash Street

Pueblo    CO 81001

## STOP! CONTINUE TO PAGE 2

DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)

Michael Destiny Williams

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)

X    Esther Jean Williams

X

NOV 16 2016

U.S. POSTAL SERVICE
3000 WEDGEWOOD BLVD
PUEBLO, CO 81005-9998

FOIA: (b)(6)

DS-11    06-2014    DS 11 A 09 2013 1    Page 1 of 2

Michael, Destry                                    05/23/1964

Frank    Ralph                    Williams

10311938   Pueblo   Colorado

Esther   Jean                    Vitollo

04091940   Pueblo   Colorado

Contractor

S.A.  Brown   Brown

RFD   RR 1 St. Charles Mesa

Pueblo                          Co   00000

Esther Williams          c/o 1024 I Ash

Pueblo        Co Bloom   714-544-5362   Mother

MICHAEL DESTRY WILLIAMS     206133113   03 July 2002

DS 11 A 09 2013 2

APPLICATION FOR A U.S. PASSPORT

☐ U.S. Passport Book  ☐ U.S. Passport Card  ☐ Both

Williams

Michael                    Destry

05 23 1964          Gunnison Colorado

52 080 608                          7 195 445 362

In Care of: 1024 E Ash street

Pueblo                    CO 81001          USA

**STOP CONTINUE TO PAGE 2**

Michael Destry Williams

Without Prejudice

Michael Destry Williams

SUNSET POST OFFICE
U.S. POSTAL SERVICE
3000 WEDGEWOOD DR
PUEBLO, CO 8100

FOIA: (b)(6)

DS 11 A 03 2013 1

Page 1 of 2



lliams, Michael Destry          05/23/1964

Frank Ralph                    Williams

10311937 Pueblo Colorado

Esther Jean                    Vitullo

06041940 Pueblo Colorado

Contractor Self

5 8 Brown Brown

RT. RR 1 St. Charles Mesa

Pueblo                         Co 00000

Esther Williams    C/o 1024 E. Ash Street

Pueblo                 81001  719-544-5  Mother

Michael Destry Willi  106733183 03 July 2002

DEPARTMENT OF STATE

JUL - 9 2013

FOIA: (b)(6)

DS 11 A 09 2013 2

Page 2 of 2

U.S. Department of State

Please Print legibly Using Black Ink Only

**STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD**

**IMPORTANT NOTICE**

A U.S. citizen may not normally have more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previous valid or potentially valid passport is lost or stolen. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported this lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) attempting to use a lost or stolen passport will be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit the cancellation to the Consular Lost and Stolen Unit. See page one of this form for more information.

| | | U.S. | | |
|---|---|---|---|---|

Williams | Michael | Destry

I/O

Male | 05/23/1967 | Gunnison, Colorado | 509 00 0000

AFD, Rural Route 1 St. charles Mesa, Pueblo, Colorado | 81006-0000

+719 544-5366 | N/A | N/A

Are you submitting this form in connection with an application for a new U.S. passport book or card? ☒ Yes ☐ No

Explain how your U.S. passport book and/or card was lost or stolen:  Was lost when I moved

Did you file a police report? ☐ Yes ☒ No

Explain where the lost or theft occurred:  CO 10247 Ash Street, Pueblo, colorado

On what date was the U.S. passport book and/or card lost or stolen:  1 February 2011

Last place lost or stolen U.S. Passport Book: | 7/29/2001 | Last place lost or stolen U.S. Passport Card:

Number AOE8 13799

Have you had any other U.S. passport lost or stolen? ☐ Yes ☒ No

Michael Destry Williams | 11/05/2018

DS-64 06-2010 | Page 2 of 2

U.S. Department of State

## AFFIDAVIT OF IDENTIFYING WITNESS
IDENTIFICATION OF A PASSPORT APPLICANT

This form should be completed ONLY by the identifying witness and is to ONLY be used in conjunction with form DS-11, Application for a U.S. Passport.

This affidavit must be accompanied by a photocopy of the front and back of the witness' identification.

1. Passport Applicant's Name (Last, First, Middle)

Williams Michael Deaton

2. How do you know the applicant?

Stepson Mother's Son

3. How long have you known the applicant?

5 ½ years        3 ½ years        5 months

### WITNESS INFORMATION

4. Witness Name (Last, First, Middle)

Williams Esther Jean

5. Witness Residence Address

1224 East Ash St.

City, State, ZIP Code

Pueblo, Colorado, 81001

6. Witness Place of Birth (City, State)    7. Witness Date of Birth (mm-dd-yyyy)

Pueblo, Colorado        06-09-1940

8. Witness Home Telephone Number   9. Witness Social Security Number   10. Have you ever applied for or been issued a U.S. Passport?  [X] Yes  [ ] No

719 544 6421       523 45 1126       if "Yes", answer questions 11 + 12

11. Witness Passport Number        12. Date of Issue (mm-dd-yyyy) or if unknown give approximate date

310167339        25 Jan 2007

I declare under penalty of perjury that I know or have reason to believe the above-named passport applicant is a citizen or non-citizen national of the United States, and the above statements are true and correct.

Signature    Esther Jean Williams    Date (mm-dd-yyyy) 11-16-2018

### FOR ACCEPTANCE AGENT'S USE ONLY

[ ] Acceptance Agent
[ ] Passport Staff Agent
[ ] Vital/Denver USA

City & County of Denver
2020009910

William Michael Bailey

Supervise birth _____ Denver Col __ 67 ___ 7 ___

William Father Jones

1624 Cast Ave 9.

Pueblo Colorado 51101

Pueblo information                          June 7, 1940

(719) 544-5364       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        [X] Yes  [ ] No

Recently cancelled did he did

Esther Jean Williams   Date received   Dec 15, 2018

[ ]
[ ]
[ ]



## Affidavit of Service

Date: 28th December 2018

**To:**
Department of State of the United States
National Passport Center
Attn: # 698, Supervisor Laura  532 (sic)
207 International Drive
Portsmouth, New Hampshire [03801]

**From:**
Michael Destry Family of Williams
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o      1026 East Ash Street
          Pueblo, Colorado [81001]

RE: Application for Passport, Response to rejection letters, dated 7th December 2018 and 19th December 2018.  Acceptable signature and additional copies of secondary identification.

Dear: Laura and/or To whom it may concern,

Enclosed please find Requested copies, as specified upon our telephone conversation of 11th December 2018 and rejections letters from your office.

1)    The rejection letters dated 7th December 2018 and 19th December 2018.
2)    New DS-11 with signature in cursive instead of printed signature of applicant.

## Photocopies of Secondary Identification

| | | |
|---|---|---|
| 3)  | Colorado Drivers License, | issued 11/27/2007 |
| 4)  | Colorado Drivers License, | issued 03/25/2003 |
| 5)  | The United States of America Passport, | issued 07/03/2002 |
| 6)  | The United States of America Passport, | issued 06/05/1992 |
| 7)  | Social Security Trust card      ID # 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 | |
| 8)  | Certificate of Baptism | issued 08/31/1964 |
| 9)  | Certificate of Birth Record Gunnison Registrar | issued 09/25/1964 |
| 10) | Copy of Birth record-Gunnison and Copy of Passport | issued 07/07/1982 |
| 11) | Selective Service Acknowledgement Letter | issued 08/02/1982 |

Page 1 of 2
Passport Application

**certificate**
**Previously Submitted**

12) **STATE OF COLORADO**
   **Certificate of Live Birth - File 1051964016457** - **Recorded  06/02/1964**

13) **DS-71 Affidavit of Identifying Witness - Affiant**
   **Esther Jean Williams - Mother of Applicant**
   **Post Office, Sunset Station Pueblo, Colo.**                 **Issued   11/06/2018**

### U.S. Department of State.   Certificates of Non Citizen Nationality

Pursuant to Section 301(b) of the Immigration and Nationality Act (INA), 8USC 1452(b). As defined by the INA, all U.S. citizens are U.S. nationals.  Section 101(a)(21) defines the term "national" as a person owing permanent allegiance to a State. Section 101(a)(22) defines the term "national of the United States" includes all U.S. citizens as well persons who, though not citizens of the United States, owe permanent allegiance to United States (non-citizen nationals).  American National is a Citizen of the several union States as defined in Constitution for the United States, especially Article 3, sec 2 clause 1 and Article 4, sec 2, State Zoned Citizen.  U.S., United States, UNITED STATES defined A1 congress 1871, also see 28 USC 3002 (15) means Federal Corporation.

#### Affirmation

I, Michael Destry Family of Williams, do affirm that above stated Affidavit and stated documents have been mailed and served, by and through Post Office of the United States, by postal agent witness below, under God, to the best of my knowledge, correctly, with Clean Hands and in Good Faith.

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Assigners and Assignors.

All Rights Reserved, Without Prejudice, Without Recourse

In Propria Persona Sui Juris, Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), Citizen of the several union States, American National, not a U.S. citizen, affiant was not born in UNITED STATES AKA DISTRICT OF COLUMBIA.
 In Common Law, VII Amendment of the Constitution of the United States.

Cursive Signature stated here Also, Per request of Passport Agent

By: *Michael Destry Williams*

By: *Michael Destry Williams*
**Michael-destry Family of Williams**

**Postal Agent and/ or Witness**

_____

Cc.
Scott Tipton - House of Representative
Attn: Brian McCain.   (719) 542-1073
503 North Main Street  # 653
Pueblo, Colorado  [81001]

Page 2 of 2
Passport Application

00311882-4482

Signature of Account Holder: *Michael Destry Williams*
Name/Title of Account Holder: *Michael Destry*  Date 4-15-2010



**Colorado**
*Driver License*

MICHAEL DESTRY WILLIAMS
1738 CORTNER ROAD
PUEBLO, CO 81006

## Notice / Standing and Status

Thus I  Michael-destry: Williams, FRD-Rural Route 1  St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street,
Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation
The United States of America  (usa), an  American National, one of the Citizens of the several union States,  not a
U S. citizen.  Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges,
and or losses under the sovereign usa Private Registered Indemnity Bond AMAN00091-RA 393427640 US   I have
Declared a Peace Notice,  I am not at war with the UNITED STATES OF AMERICA corporation its principal or its
agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation.  I am not Executor of the
Estate or trustee of SS-Trust, not Legal Title holder  I am, sole foreign beneficiary, Equity Title holder, owner,
creditor, and have moved into the fourth position of the trust, the 'Office of Executor', highest office of the Land
Informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being
Mismanaged and Raped.  I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust.
Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust,  an accounting,
settlement, closure  and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and
Equitable Rights in Common Law.  Amendment VH of the Constitution of the United States.  All previous STATE OF
COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 18th March 2009
See publicly recorded SSA-521 form.  Pueblo County #1970982

**Witness:**

*Maria Jesse Ramos*

All Rights Reserved  Without Prejudice  Without Recourse

by: *Michael destry Williams*

00311862-0483



## *Notice / Standing and Status*

Thus I, Michael destry Winians FRD Rural Route 1, St Charles Mesa, Pueblo, Colorado, c/o 1024 East Ash Street Pueblo, Colorado [81001], in Propria Persona sui juris, a Citizen of Colorado State Republic of the Republic Nation **The United States of America** case, an American National, one of the Citizens of the several union States, **not** a US citizen. Notice to all that I am indemnified against all claims; private, public, commercial, corporate charges and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 1943 76 163 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principals its agencies or its subsidiaries including but not limited to STATE OF COLORADO corporation and or their agencies. I am Estate or trustee of SS Trust not Legal Title holder. I am sole foreign beneficiary Equity Title holder... settlor and have moved into the fourth's position of the trust free of Social Security, Highest office, ... object to all involvement, the Vile Social Security Trust SS Trust MICHAEL DESTRY WILLIAMS or closely so named and at issue of the sole foreign beneficiary having no involvement of designed Cognizant SS Trust Thus I am claiming dominion of the SS Trust and my Equitable Rights reserved under dissolved Cognizant SS Trust settlement closure and distribution of SS Trust assets of the sole beneficiary as well as Estate or trustee now of Equitable Rights of Common Law American Flag of the constitutional union, United States Nature, usa STATE OF COLORADO corporate by instruments reckless where signed without prejudice at all times all duly March 2006 Section B.V free from SSA 324 form. Pueblo County #19700...

**Witness.**

by                                                         

00211982-0404

---

Signature of Account Holder: *Michael Destry Williams*

Name/Title of Account Holder: *Manager* ___ Date: *4-15-2016*



P<USAWILLIAMS<<MICHAEL<DESTRY<<<<<<<<<<<<<<<<
2067339934USA6405238N1207024<<<<<<<<<<<<<<08

## *Notice / Standing and Status*

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America [usa], an American National, one of the Citizens of the several usus States, not a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393127640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL. DESTRY WILLIAMS(c), is being Mismanaged and Raped. I the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust Thus I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law. Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporation instruments, licenses, where signed without prejudice and revoked on 18th March 2009. See publicly recorded SSA-521 form. Pueblo County #1970982

Witness:

All Rights Reserved. A cent corporate is WITH ALL Reserve

by: _____

P<USAWILLIAMS<<MICHAEL<DESTRY<<<<<<<<<<<<
07301916  .U8A6640523BM0230d042<<<<<<<<<4

## Notice / Standing and Status

Thus I, Michael-destry Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street. Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (was), an, American National, one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign use Private Registered Indemnity Bond AMRI000002 RA 393427640 US. I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner creditor, and have moved into the fourth position of the trust, the "Office of Executor". Highest office of the Land informing all, my Cestui Que Vie Social Suretyship Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and any Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law, Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporation instruments, licenses, where signed without prejudice and revoked on 18th March 2009. See publicly recorded SSA-521 form. Pueblo County #1970962.

Witness:

All Rights Reserved  Without Prejudice  Without Recourse

by: _M. destry Williams_



## Notice / Standing and Status

Thus I, Michael-destry: Williams, PRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an. American National, one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 395427640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, as accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law, Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 12th March 2009 See publicly recorded SSA-521 form. Pueblo County #1970982

Witness:

All Rights Reserved Without Prejudice Without Recourse

by: _____

City & County of Denver

# Certificate of Baptism

I hereby certify, that Michael Destry Williams

Son / Daughter of Frank S. Williams and Esther Jean Cittels

was born in Denver, Colo. on the 23 day of May 196_

and was Baptized according to the Rite of the Roman Catholic Church

on the 31 day of August 1964 by Rev. Anthony Bertanka

the Sponsors being Joseph Felice and Mona Sisneros

as appears in the Register of the Church.

Dated Aug 31 1964    Rev. ____ Pastor

**STATE OF COLORADO**

Office of the Local Registrar of Vital Statistics

**CERTIFIED COPY OF BIRTH RECORD**

Colorado, Gunnison County, Colorado

June 2, 1963

Registration District Number

Gunnison, Gunnison County

Office of the local Registrar of Vital Statistics

Gunnison , Colorado

# CERTIFIED COPY OF BIRTH RECORD

Warning: This copy is not valid if it does not bear the raised seal of the local registrar of vital statistics. Any reproduction or alteration of this copy is prohibited.

| Name of child | Sex |
|---|---|
| Michael Destry Williams | Male |
| Place of birth | Date of birth |
| Gunnison, Gunnison County, Colorado | May 23, 1964 |

| Name of father | Age | Place of birth |
|---|---|---|
| Frank Ralph Williams | 26 | Colorado |
| Name of mother | Age | Place of birth |
| Esther Jean Vitullo | 24 | Colorado |

| Date record filed | Local registration number |
|---|---|
| June 2, 1964 | Bk. 67 No 139 in 1964 |

I hereby certify that I hold the office of local Registrar of Vital Statistics in Gunnison Colorado, and have custody of the birth records required by law to be kept by said office and that the information set forth above was correctly copied from a record of birth in my office.

Witness my hand and seal of local Registrar

on this 25th day of September , 1964

*[signature]*
Local Registrar of Vital Statistics

Registration District Number 102

Gunnison, Gunnison County , Colorado

No. One hundred fourteen

RS 158 (1-54-100)







**64-9112-8**

## SELECTIVE SERVICE SYSTEM

### ACKNOWLEDGEMENT LETTER

64-0602306-5     18     29082-252065                    AUGUST 2, 1982

MICHAEL DESIRY   WILLIAMS                    Mail Correction/Change
1723 BONNY BRAE                              Form to:
PUEBLO, CO 81001
                                             Selective Service System
                                             Great Lakes, Illinois 60094

Dear Mr. WILLIAMS,

This letter shows the current information in your Selective Service record and should
be kept as evidence of your registration.

Please read every item in your record, especially those with asterisks (**). If an
item is incorrect (like your date of birth), include the correct information on the
attached CORRECTION/CHANGE FORM and return the form to Selective Service. It is your
legal responsibility to notify us of any errors within ten days after receipt of this
letter.

The law requires you to notify Selective Service of any changes in your current or
permanent address, or any legal name change, within ten days of the date of the change.
The law also requires that you provide your social security account number to Selective
Service. Failure to do so could result in legal action. If you do not have a social
security number you do not have to get one for registration purposes.

TO NOTIFY SELECTIVE SERVICE OF CHANGES IN YOUR RECORD, YOU MAY USE EITHER THE ATTACHED
CORRECTION/CHANGE FORM OR THE CHANGE OF INFORMATION FORMS WHICH ARE AVAILABLE AT ANY
U.S. POST OFFICE OR OVERSEAS AT AN AMERICAN EMBASSY OR CONSULATE.

If your record is complete and all items shown are correct, please keep this letter
and attached form for future use.

Thank you for your cooperation.

(Special note for Hispanic registrants) Si usted que esta carta u otra información
la que envíe en español, saque el encasillado en el formulario incluido.

| 64-0602306-5 | 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 | M | 15-23-64 | 303-544-8418 | 07-30-82 |
|---|---|---|---|---|---|
| Selective Service No. | Social Security No. | Sex | Date of Birth | Telephone Number | Date of Record |

**NAME**

MICHAEL DESIRY     WILLIAMS

| CURRENT MAILING ADDRESS | PERMANENT ADDRESS |
|---|---|
| 1723 BONNY BRAE | 1723 BONNY BRAE |
| Number and Street | Number and Street |
| PUEBLO                CO   81001 | PUEBLO                CO   81001 |
| City                  State  Zip Code | City                  State  Zip Code |

SSS-3243-0003
SSS Form 3A(Dec81)      Keep this copy for your record

# CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER
**1051964016457**

NAME OF REGISTRANT
**MICHAEL   DESTRY   WILLIAMS**

DATE AND TIME OF BIRTH
**MAY 23, 1964 05:47 AM**

SEX OF REGISTRANT
**MALE**

CITY OF BIRTH
**GUNNISON**

COUNTY OF BIRTH
**GUNNISON**

MOTHER'S NAME PRIOR TO FIRST MARRIAGE
**ESTHER   JEAN   VITULLO**

MOTHER'S STATE OF BIRTH
**COLORADO**

MOTHER'S AGE AT TIME OF BIRTH
**24**

FATHER'S NAME
**FRANK   RALPH   WILLIAMS**

FATHER'S STATE OF BIRTH
**COLORADO**

FATHER'S AGE AT TIME OF BIRTH
**26**

DATE RECORD FILED
**JUNE 02, 1964**

OCTOBER 29, 2018

009118178



United States Department of State

National Passport Center
207 International Drive
Portsmouth, New Hampshire 03801-2913

December 7, 2016

Michael Gonty Williams
1024 E Ash St
Pueblo, CO 81001

NE: 293175589

Dear Mr. Williams:

We received your recent passport request.  However, the printing of a name is not acceptable for passport purposes.  It is necessary for you to sign a new application.

To submit your application, please return to the acceptance facility where you originally applied, with the following:

- ➢ A new, completed application (Form DS-11, *Application for a U.S. Passport*)  **Do not sign it until instructed by the passport acceptance agent;**
- ➢ Identification;
- ➢ Passport photograph; and
- ➢ This letter.

Your evidence of U.S. citizenship has been retained by our office and will be returned to you once the application process is concluded.

No additional execution fee will be charged if you return to the same acceptance facility where you initially applied.  However, if you apply at a different acceptance facility, an additional execution fee must be paid directly to that acceptance facility.

AND,

The identification you presented to the Acceptance Agent was not properly recorded on your application.  Please submit a clear photocopy (front and back) of one or more of the following valid documents that contains your photograph:

- • Driver's license (not temporary or learner's permit);
- • State identification card,
- • Military identification;
- • Student identification (high school or college/university); or
- • Federal/state/municipal employee identification card.

**0831 1682-0404**

To assist with processing your application, we must receive the requested information within ninety (90) days of the date shown on this letter. If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY TDD) 1-888-874-7793)

**For general passport information, to check the status of your passport application, please visit us on-line at travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO A PASSPORT ACCEPTANCE FACILITY.**

Customer Service Department

Enclosure(s)
DS-11, Application for Passport
https://eforms.state.gov/Forms/ds11.pdf

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## For Acceptance Agents Only

- ❏ Accept completed DS-11, *Application for a U S  Passport*, identification, and one photo from the above-mentioned customer.  (He/she is returning to your office because an execution error was made when the application was initially filed at your office.)
- ❏ Execute the application
- ❏ Please do not collect the execution fee
- ❏ Attach this letter to the application
- ❏ Send the executed application to the address indicated on this letter

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *



United States Department of State

National Passport Center
207 International Drive
Portsmouth, New Hampshire 03801-2837

December 19, 2018

Michael Henry Williams
1024 E Ash St
Pueblo, CO 81001

RE: 293175589

Dear Mr. Williams:

Thank you for your recent passport application.

However, the identification you provided is not sufficient for passport purposes. Please submit photocopies of **one or more** personal documents, which are **listed below or other**. For your information we have included a list of acceptable forms of personal documents that may assist our office in establishing your identity. However, you may submit any other document in your possession that shows either your name and photo (with issue date) or name and signature (with issue date).

### RECORDS WITH PHOTOGRAPH (VALID or EXPIRED)

- , Driver's license
- Learner's or temporary driver's permit
- School yearbook photograph with your name and photo, also with school's name and year that it was issued
- U S Passports
- Newspaper/Magazine articles (with your photo & name, news paper's name & date)

### RECORDS WITH EITHER PHOTOGRAPH OR SIGNATURE (must have a date)

- Employment identification card
- Professional license (ex. nurse, pilot, mechanic, etc)
- Federal, State or Municipal identification card
- Military identification
- Student identification card

### SIGNED IDENTIFICATION ITEMS (Should have your hand signature and date)

- Military records such as DD-214
- Selective Service registration card
- Union membership (bearing name signature or name/photo and issuance date)
- Medicare health insurance card
- Welfare card
- Marriage certificates
- Medical records

- Voter's registration card
- Children's birth certificates
- Social Security card
- Traffic ticket

**If you were asked abroad you may also submit*:**

- Foreign school records with name, photo and date
- Foreign passports
- Foreign driver's license (valid or expired)
- Foreign government issued identification, such as voter's registration cards or national identification cards.

* If in a language other than English, please provide a certified English translation from an organization such as a foreign embassy/consulate or translation service. The translation must include the name, address, and telephone number of the organization or individual who translated the document.

**AND,**

We received your recent passport request. However, **the printing of a name is not acceptable for passport purposes. It is necessary for you to sign a new application.**

To submit your application, please return to the acceptance facility where you originally applied with the following:

- A new, completed application (Form DS-11, *Application for a U.S. Passport*). **Do not sign it until instructed by the passport acceptance agent;**
- Identification;
- Passport photograph; and
- This letter.

Your evidence of U.S. citizenship has been retained by our office and will be returned to you once the application process is concluded.

No additional execution fee will be charged if you return to the same acceptance facility where you initially applied. However, if you apply at a different acceptance facility, an additional execution fee must be paid directly to that acceptance facility.

To assist with processing your application, we must receive the requested information <u>within ninety (90) days of the date shown on this letter</u>. If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY 1-888-874-7793).

**For general passport information, to check the status of your passport application, please visit us on-line at travel.state.gov.**

**<u>PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO A PASSPORT ACCEPTANCE FACILITY.</u>**

00311862-0498

Sincerely,

Customer Service Department

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### For Acceptance Agents Only

❏ Accept completed DS-11 *Application for a U.S. Passport* identification and one photo
  from the above mentioned customer. (He/she is returning to your office because an
  execution error was made when the application was initially filed at your office.)
❏ Execute the application
❏ Please do not collect the execution fee
❏ Attach this letter to the application
❏ Send the executed application to the address indicated on this letter

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Enclosure(s):
DS-11, Application for Passport

City & County of Denver



**United States Department of State**

*Washington, D.C. 20520*

May 8th, 2019                          Case Number: LE-2019001587

Michael-destry Williams
Rural Route 1, St. Charles Mesa
Pueblo, Colorado
C/o 1024 ½ East Ash Street
Pueblo, CO 81001

Dear Mr./Ms: Williams

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated ____April 11, 2019_____ to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

                              Sincerely,
                              Passport Services
                              Office of Legal Affairs
                              Law Enforcement Liaison Division

City & County of Denver



United States Department of State

*Washington, D.C. 20520*

**JUN 1 1 2019**

In reply refer to: Case Number - 2019001587
CA/PPT/S/L/LE – WILLIAMS, Michael Destry

Michael Williams
1024 ½ East Ash Street
Pueblo, CO 81001

Dear Mr. Williams:

We are responding to your letter requesting the release of information from your passport records pursuant to the Freedom of Information/Privacy Acts.

We conducted a search of our records and were able to locate one document that appears relevant to your request. After careful review of the document, we have determined that it may be released in part. Enclosed please find two certified copies of the document.

You may overcome the Freedom of Information Act restriction by providing either notarized consent from the file subject authorizing release of the information, credible evidence that the subject is deceased, or a court order signed by a judge of competent jurisdiction. If you are unable to provide these items but feel you are entitled to this information, please provide this office with your justification for having access to the excised information. Please forward your appeal to the following address:

Chairman Appeals Review Panel
c/o Appeals Office
A/RPS/IPS/PP
515 22nd Street, N.W. – Room 8100
Washington, D.C. 20522-8100

-2-

We have also enclosed with this letter additional information to assist you with the appeals process.  Please include a copy of this letter with your appeal letter.

We hope the document proves helpful to you.  If we can be of further assistance, please feel free to contact us.

Sincerely,

M. Pleasant
Team Lead
Law Enforcement Liaison
Office of Legal Affairs
Passport Services

# APPEAL OF DENIAL OF ACCESS

**You have the right to appeal the determinations provided to you in our attached response. Listed below are the appeal procedures for the Department of State.**

(a) You my request a review of an initial denial of access to a record under the Freedom of Information Act (5 USC 552), the Privacy Act of 1974 (5 USC 552a), or Executive Order 12958. The review (hereinafter referred to as the appeal) must be in writing and should be sent certified mail to:

Chairman Appeals Review Panel
c/o Appeals Office
A/RPS/IPS/PP
515 22nd Street, N.W. – Room 8100
Washington, D.C. 20522-8100

The appeal should be received within **60 days** of the date of the Department's refusal to grant access to a record in whole or in part.

(b) The appeal review begins on the date the appeal is received by the Chairman, Appeals Review Panels (hereinafter referred to as the Chairman). The appeal of a denial of access to records should include any documentation, information and statements to support your request for access and to refute the use of the exemptions(s) cited in the Department's justification concerning the denial of access.

(c) The Chairman or her/his designee and at least two other members of the Panels designated by her/him will constitute a panel to consider and decide the appeal. They will maintain a written record of the reasons for the final determination. The final determination will be made within **30 working days** (excluding Saturday, Sunday and Federal holidays) for Executive Order and Privacy Act appeals, and within **20 working days** for FOIA appeals. For good cause shown, the Chairman may extend such determination beyond the 30 day period in Privacy Act cases.

(d) The Chairman shall then notify the requester in writing of the panel's decision to grant access and of the Department's regulations concerning access.

(e) When the final decision of the Panel is to refuse to grant access to a record, the Chairman of the Panel will advise you in writing:

    (1) of the refusal to grant the appeal and the reasons, therefore, including the exemptions of the Freedom of Information Act, the Privacy Act of 1974 and Executive Order 12958 under which access is denied.

(2) of your right to seek judicial review of the Department's decision, where applicable.