CASE #12-CR-00140-CMA - Notice of Lien -

Arrest of Court Documents

BP-A0308
JAN 17

# ADMINISTRATIVE DETENTION ORDER

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

ENGLEWOOD FCI
Institution

Date/Time: 10-15-2019 16:55

TO: Special Housing Unit Officer

FROM: JACKSON, LIEUTENANT (Name/Title)

SUBJECT: Placement of WILLIAMS, MICHAEL DESTRY, Reg. No.: 39714-013 in Administrative Detention

✓ (a) Is pending an investigation for a violation of Bureau regulations;

____ (b) Is pending an SIS investigation;

____ (c) Is pending investigation or trial for a criminal act;

____ (d) Is to be admitted to Administrative Detention

____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: ____

Staff Witness Printed Name Signature: ____

____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

____ (e) Is pending transfer or is in holdover status during transfer.

____ (f) Is pending classification; or

____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because: interfering with staff in performance of duties.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date / time) 10/15/19 5:55PM

Staff Witness Signature/Printed Name R STEVENS R ____ Date 10/15/19

Supervisor 24 hour review of placement Signature/Printed name ____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF Prescribed by P5270 (Replaces BP-A0308 of JAN 88.)

Arrest Warrant! Claim and Seize the Color of Law Commercial Claims, Documents, Conditions, Contracts, Indictments, Payments, 1:12-cr-00140-CMA and 1:20-IAB and Family of the Plaintiff - Tenements of Corporate Cases; 1:12-cr-00140-CMA and the Commercial and Personal Liability of the Agents, Admiralty Statements of the Commercial and Personal Liability of the Agents, Trustee/Judge 1:12-cr-00140-cma-1, its Federal Agencies, Officers and Agents, Trustee/Judge UNITED STATES OF AMERICA, Inc. DISTRICT OF COLORADO, 1 to 100 Agents, Trustee/Judge UNITED STATES DISTRICT COURT OF COLORADO, Clerk of Court Jeffrey P. Colwell, UNITED Christine M. Arguello, Trustee/Magistrate Crews, Keven F. Sweeney, Kenneth Harmon, UNITED STATES ATTORNEYS OFFICE agents Andrea Lee Surratt, FEDERAL BUREAU OF PRISONS, and 1-500 agents, STATES MARSHAL SERVICE 1-100 agents; Kathleen Hawk Sawyer, ICE Warden Johnny Choate and 1-500 agents. By UNITED STATES PROBATION AND PAROLE agents 1-50, Aurora Colorado, American State National inhabitant in Colorado State authority of James Frank Family of Williams - in Propia Persona, sui juris, through lawful power of Attorney for Michael Destry Family of Republic in the Republic Nation, The United States of America by and through Executor of the Office of Executor of the Trust Williams, American State National, the creditor and Sole Foreign Beneficiary, Executor of the Office of Executor of the Trust MICHAEL DESTRY WILLIAMS© the alleged defendant.

Assessment of One (1) Billion Silver Species (specie = 1oz .999 pure silver) and ensuing each and separately per Law of the Land Constitution of The United States of America - Article III in Law and Equity, VII Amendment Suits in Common Law but Not limited to.

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent. Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent Assignees, Assignors - all are without excuse! Silence is acquiescence!

All Rights Reserved, Without Prejudice, Without Recourse, All other claims Reserved. Dated January 22, 2020

By: James Frank: Williams - POA for Michael-Destry: Williams - Executor. c/o PO Box ____, Pueblo Colorado

State of Colorado ) ss. Pueblo County )

Subscribed and Sworn to before me this 22 day of January 2020, By: James Frank Williams, Notary Public, Cynthia A. Ellingson, Notary Public. My Commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES JANUARY 15, 2023

CERTIFIED COPY
The Clerk and Recorder of the CITY AND COUNTY OF DENVER of Colorado does hereby certify this document to be a full, true and correct copy of the original document recorded in my office.
by ____ Clerk and Recorder
Deputy County Clerk
Date 1-23-20

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 23 2020
JEFFREY P. COLWELL
CLERK

2020009909
Page: 1 of 7
01/23/2020 12:21 PM R $43.00 D $0.00
City & County of Denver

**STATEMENT IN SUPPORT OF RELEASE AT INITIAL APPEARANCE:**

The defendant is not viewed as presenting a risk of flight and danger to the community. In addition, he does not present a risk of non-appearance. Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.

Arrest Warrant!
[illegible] Seize [illegible] Color
[illegible] Claims, Documents,
[illegible] Payments, Conditions,
Terms, [illegible] 12-cr-00140-IAB and
Statements of [illegible] Personal Liability of the Plaintiff Admiralty
1:12-cr-00140-cma-1, the Commercial [illegible] Officers and Agents, Trustee/judge
UNITED STATES OF AMERICA, Inc., its Federal [illegible] to 100 agents, [illegible] Colwell, UNITED
UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO, [illegible] Jefferson [illegible] Harmon, UNITED
Christine M. Arguello, Trustee/Magistrate S. Kato Crews, [illegible] Kenneth [illegible] and 1 – 500 agents,
STATES ATTORNEYS OFFICE agents Andrea Lee Surratt, Keven [illegible] OF PRISONS and 1 – 50 agents. By
STATES MARSHAL SERVICE 1 – 300 agents, Kathleen Hawk Sawyer – FEDERAL BUREAU [illegible] Choate [illegible] in Colorado State
UNITED STATES PROBATION AND PAROLE agents 1 -50, Aurora Colorado ICE [illegible] inhabitant [illegible] destry, Family of
authority of James Frank, Family of Williams – in Propia Persona, Sui Juris, American State National [illegible] Michael [illegible] Trust MICHAEL
Republic in the Republic Nation, The United States of America by and through lawful Power of Attorney [illegible] of the
Williams, American State National, the creditor and Sole Foreign Beneficiary, Executor of the Office of Executor of [illegible]
DESTRY WILLIAMS© the alleged defendant.

Assessment of One (1) Billion Silver Species [illegible] Agent of
999 pure silver) and ensuing each and separate [illegible] Lawful
the Land Constitution of The United States of America Article
III In Law and Equity, VII Amendment Suits In Common Law
Not limited to.

All Rights Reserved, Without Prejudice
Without Recourse. All other claims Reserved
Date January 22, 2020

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent
Assignees, Assignors – all are without excuse!
Silence is acquiescence!
By: James F. Williams
James Frank: Williams - POA for:
Michael-destry: Williams – Executor
RFD – c/o PO Box 11814
Pueblo Colorado

Notary Witness:
Colorado State )
) ss.
Pueblo County )

Subscribed and Sworn to before me this 22 day of January
2020 By: James F. Williams
Cynthia A. Ellingson
Cynthia A. Ellingson, Notary Public
My Commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES JANUARY 15, 2023

Case 1:12-cr-00140-CMA Document 119 Filed 09/12/19 USDC Colorado Page 1 of 1

Case 1:12-cr-00140-CMA Document 115 Filed 08/30/19 USDC Colorado Page 1 of 1

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America

v.

Michael Destry Williams

*Defendant*

Case No. 1:12-cr-00140-CMA-01

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Alfred A. Arraj Courthouse 901 19th Street Denver, CO 80294 | Courtroom No.: A602 |
|---|---|
| | Date and Time: 09/13/2019 10:00 am |

This offense is briefly described as follows:

Failure to Report to the Probation Officer and Submit Written Reports as Directed

Failure to Pay Fine and Restitution as Directed

Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer

Date: 08/30/2019

Jeffrey P. Colwell, Clerk of Court
*Issuing officer's signature*

S. R. Glover, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 9/6/19

*Server's signature*

Joel Nelson United States Probation Officer
*Printed name and title*

Subscribed and sworn to before me this 23 day of January 2020 By: James Frank Williams

Notary Witness: Colorado State, Pueblo County

Cynthia A. Ellingson, Notary Public
My Commission Expires:

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023

The defendant exhausted all contracted treatment services, so the probation officer directed the defendant to complete a mental health and substance abuse assessment on his own within the next 60 days. The probation officer gave him a list of agencies that would provide services to him, but that it would be up to him to complete the assessment. The defendant failed to complete the assessment and/or provide the results to the probation office.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's alleged violations, the probation officer requests a summons.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a summons ordering the defendant to appear in court for a violation hearing, and that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*/s/ Joel R. Nelson*
Joel R. Nelson
United States Probation Officer
Place: Colorado Springs
Date: August 27, 2019

*/s/ Travis L. Cormaney*
Travis L. Cormaney
Supervisory United States Probation Officer
Place: Colorado Springs
Date: August 27, 2019

CYNTHIA A. ELLINGSON NOTARY PUBLIC STATE OF COLORADO NOTARY ID 20034001638 MY COMMISSION EXPIRES JANUARY 15, 2023

## PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION

The defendant was originally convicted of a Class B felony, thus the maximum sentence allowed upon revocation is three (3) years imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history is a Category III, thus the advisory guideline range for revocation is 5 to 11 months.



## 2. FAILURE TO PAY FINE AND RESTITUTION AS DIRECTED

The defendant has failed to make payments toward his fine and restitution as directed by the Court and probation officer, which constitutes a Grade C violation of supervised release.

At his sentencing on March 4, 2014, the Court ordered the defendant to pay a $1,000 assessment, a $10,000 fine, and $60,597.80 in restitution. During his custodial time in the Bureau of Prisons, the defendant made three payments of $25 toward his assessment before informing BOP officials that he did not give the government permission to remove any funds. He refused to further participate in the Inmate Financial Responsibility Program.

On October 30, 2018, upon the defendant's release from custody, the probation officer reviewed the judgment with the defendant and explained the criminal monetary penalties. The defendant would not sign a payment plan or complete a financial statement until he reviewed all of the paperwork. The probation officer asked him to review the forms and complete them before returning them to the probation officer. The defendant failed to complete the requested financial forms.

On May 13, 2019, the probation officer again explained the criminal monetary penalties and directed him to make monthly payments toward his court ordered monetary penalties. The defendant has failed to make any payments toward his outstanding balances during his period of supervised release.

The defendant does not acknowledge that he has criminal monetary penalties and indicates on his written monthly reports that, "NO Lawful Bill Under Article 1 section 10 has been served upon me the Sole foreign Beneficiary".

## 3. FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to complete a substance abuse and mental health assessment in which the probation officer directed him to complete on July 13, 2019. This constitutes a Grade C violation of supervised release.

The defendant was referred to Recovery Unlimited, a licensed and contracted treatment agency, on May 13, 2019, to complete a mental health and substance abuse assessment. The defendant reported as directed; however, he signed the assessment paperwork in a manner that prevented the counselor from completing the assessment. The defendant agreed to sign the paperwork, but would only do so by adding the wording, "under threat, duress, coercion". The treatment provider would not provide services for someone under those circumstances.

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023



City & County of Denver 2020009909 6 of 7

CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

U.S.A. VS. MICHAEL DESTRY WILLIAMS DKT. NO. 1:12CR00140-1

## PETITION FOR SUMMONS ON PERSON UNDER SUPERVISION

COMES NOW, Joel R. Nelson, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Michael Destry Williams, who was placed on supervision by the Honorable Christine M. Arguello, sitting in the United States District Court in Denver, Colorado, on March 4, 2014. The defendant was sentenced to seventy-one (71) months imprisonment and five (5) years supervised release for an offense of Tax Evasion and Aiding and Abetting (3 counts); Structuring Transactions to Evade Reporting Requirements and Aiding and Abetting; Bank Fraud and Aiding and Abetting (2 counts); Fictitious Obligations and Aiding and Abetting (3 counts); and Interference with Administration of Internal Revenue Law and Aiding and Abetting. Supervision commenced on August 22, 2018, and is set to expire on August 21, 2023. As noted in the judgment [Document 107], the Court ordered mandatory, special and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT FOR CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

1. **FAILURE TO REPORT TO THE PROBATION OFFICER AND SUBMIT WRITTEN REPORTS AS DIRECTED**

On or about October 30, 2018, the defendant was directed to complete written monthly reports and submit them to the probation office by the 5th day of each month. The defendant failed to submit written monthly reports as directed for May, June, and July, 2019, which constitutes a Grade C violation of supervised release.

The defendant initially complied with this condition of supervision and submitted his reports on a monthly basis. In April 2019, the defendant submitted a monthly written report. Attached to his report was a "Notice and Demand to Cease and Desist" letter, in which the defendant indicates that he is recognized as an "American National and not a US citizen". The defendant asks to be removed from the docket and registry and to "Cease and Desist all trespasses" upon him. Since that time, the defendant has failed to submit any written reports to the probation office.

CYNTHIA ... NOTARY PUBLIC STATE OF COLORADO NOTARY ID 2004... MY COMMISSION EXPIRES

BP-A0288
JAN 17

# INCIDENT REPORT

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

**Part I – Incident Report**

| | | | |
|---|---|---|---|
| 1. Institution: FCI ENGLEWOOD | | Incident Report Number: | |
| 2. Inmate's Name: WILLIAMS, DESTRY | 3. Register Number: 39714-013 | 4. Date of Incident: 10/15/2019 | 5. Time: 4:30 PM |
| 6. Place of Incident: FDC RECEIVING AND DISCHARGE | 7. Assignment: UNASSGN | | 8. Unit: FDC |
| 9. Incident: REFUSING TO PROGRAM/REFUSING AN ORDER | 10. Prohibited Act Code (s): 306/307 | | |

11. Description of Incident (Date: 10/15/2019 Time: 4:30 PM Staff became aware of incident):

On October 15, 2019 at approximately 4:30 pm, I responded to the FDC Receiving and Discharge area due to an uncooperative inmate. Upon arrival R&D staff informed me inmate Williams, Destry Reg. No. 39714-013 was refusing to submit to the intake screening process. Specifically, Inmate Williams was refusing to have his photo taken, answer screening questions, submit his fingerprints or allow medical to complete intake assessment. I advised inmate Williams intake screening was required by Bureau Policy and ordered him to comply. He refused, stating, "I'm not going to. I will passively resist. You can take me to SHU." The order to follow the intake screening procedures was presented to inmate Williams numerous times by R&D staff, Unit Team staff and myself however, inmate Williams refused to comply each time.

| | |
|---|---|
| 12. Typed Name/Signature of Reporting Employee: E. QUEZADA | 13. Date And Time: 10/15/2019 8:00 PM |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): A. Stanchev | 15. Date Incident Report Delivered: 10/16/19 |
| 16. Time Incident Report Delivered: | |

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

January 28, 2020

James Williams

18. A. It is the finding of the committee that you:

☐ Committed the Prohibited Act as charged:
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s). ______

B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: ______ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

James Williams 1/15/2020 (handwritten)

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023

Chairman (Typed Name/Signature): Member (Typed Name): Member (Typed Name):

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation