IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-CMA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL DESTRY WILLIAMS,**

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

TO:    The clerk of the court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this Court, and that pursuant to a Criminal Justice Act appointment I appear in this case as counsel for Defendant Michael Destry Williams. Counsel has reviewed the Court's most recent order (Doc. 138) and will coordinate with opposing counsel and Chambers, for purposes of re-setting the hearing related to revocation of supervised release.

DATED this 31st day of January, 2020.

    Respectfully submitted,

    By: s/Kelly Meilstrup

    Kelly Meilstrup
    2nd-Chair, LLC
    1600 Stout Street Suite 1400
    Denver, CO 80202
    Telephone: 858-204-6375
    KellyM@2nd-chair.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020 I filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

U.S. Attorney's Office-Denver

 s/Kelly Meilstrup
Kelly Meilstrup
2nd-Chair, LLC
Denver, Colorado