IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-140-CMA
UNITED STATES OF AMERICA,

      Plaintiff,

v.

  1.  MICHAEL DESTRY WILLIAMS

      Defendant.

---

**JOINT STATEMENT REGARDING DELAY OF
REVOCATION OF SUPERVISED RELEASE**

---

In response to Court Order #157.

1.  Unfortunately, without Mr. Williams' consent to video teleconference pursuant to the CARES ACT[1], this hearing cannot occur by video teleconference. Defense counsel has been unable to obtain Mr. Williams' consent despite multiple attempts.

2.  If this hearing continues to be delayed due to the COVID-19 pandemic, defense counsel is prepared to present an interest of justice argument outlining the prejudice especially if the detention exceeds what is called for under the guidelines, in combination with good time reductions, or any other circumstances that give rise to additional prejudice.

Respectfully submitted

                  *s/ Kelly Meilstrup*
                  KELLY L. MEILSTRUP
                  1600 Stout Street #1400

---

[1] H.R. 748-249 Video teleconferencing or telephone conferencing authorized under paragraph (1) or (2) may only take place with the consent of the defendant, or the juvenile, after consultation with counsel.

Denver CO 80202
858-204-6375
KellyM@2nd-chair.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on May 12, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties and the following:

Andrea Surratt
Assistant United States Attorney
Andrea.Surratt@usdoj.gov

Service will also be provided by mail to
Mr. Destry-Williams
at the GEO Facility.

*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
Attorney for the Defendant