

2020042238
Page: 1 of 8
D $0.00

03/24/2020 12:19 PM     R $48.00
City & County of Denver              AFF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:39 pm, May 21, 2020
JEFFREY P. COLWELL, CLERK

# Verified affidavit

## of four complaining witnesses

## of High Crimes, Felonies, Treason and Piracy committed

## by B.A.R. members Christine M. Arguello, Andrea Lee Surratt, Martha H.

## Eskesen, Kelly L. Meilstrup, Probation Officer Joel Nelson and United States

## Marshals Service, in Denver County Colorado.

**TO:**   President Donald J. Trump
The White House
Office of President
1600 Pennsylvania Avenue, N.W.
Washington D.C. [20500]

Congressman Scott Tipton
House of Representatives
Attn: Brian McCain
503 North Main Street #653
Pueblo Colorado [81001]

1. We demand their immediate capture and prosecution.
2. We demand the immediate rescue of Michael Destry Williams.
3. And we petition congress and the president for a Letter of Marque and Reprisal.

In conformity with:
**Crimes act of 1790 and U.S.A. Constitution, Article 3, Section 3 Treason**: (Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.) **and Constitution of the State of Colorado, Article 2, section 9, Treason:** (Treason against the State, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.)

**Crimes act of 1790 and 18 U.S. Code § 2382 Misprision of treason**
Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.
And…

### Crimes act of 1790 and 18 U.S. Code § 4 - Misprision of felony

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

### Who we are:

1. **It is a fact:** That we James Frank Williams, Jeffrey Walter Terzian, Jessica Given Thomas and Troy Jerome Strack, are natural born State Citizens of the Several States of the Union. We are "We the people". We are not a part of any admiralty or maritime contracts, and we are standing on dry land. We are not U.S. citizens, PERSONS or any other legal fictions. Our birth certificates and/or passports are proof of these facts.

2. **It is a fact:** That we retain all rights and due process secured by the dejure constitution for The United States of America and the dejure constitution of the State of Colorado. We are not subject to admiralty, military, commercial or copyrighted law, including the Uniform Commercial Code (also see UCC 1-308) or the copyrighted Colorado Revised Statutes. Nor are we subject to the courts established by the foregoing. Our silence does not waive any rights nor perfect any contracts. We will not Submit to a Subject Matter, Statutory Jurisdiction Court, or Secret Law known only to Judges and Attorneys.

### Facts of treason

1. **It is a fact: U.S.A. constitution, Article 3, Section 3:** Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of <u>two witnesses</u> to the same overt act, or on confession in open court.
Also see... **Constitution of the State of Colorado, article two, section 9, Treason.**
2. **It is a fact:** Warring and treason is:
   - Tucker's Blackstone Vol. 1 Appendix Note B [Section 3] 1803 – "If in a limited government the **public functionaries exceed the limits which the constitution prescribes to their powers, every such act is an act of usurpation in the government, and, as such, treason against the sovereignty of the people."**
   - Black's Law 6th Edition – "**A breach of allegiance to one's government,** usually committed through levying of war against such government or by giving aid or comfort to the enemy."
   - Bouvier's Law Dictionary 1856- TREASON, crim. law. "**This word imports a betraying, treachery, or breach of allegiance. 4 Bl. Com. 75.**"
   - Mirriam-Webster Learner's: "Involved in **war, conflict or disagreement**"

### Facts of Law

1. **It is a fact:** "US Supreme Court held that state officials acting by "color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted."; Scheuer v. Rhodes, 416 US 232 (1974), 94 S. Ct. 1683, 1687 (1974), "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."; Warnock v Pecos County, Texas, 116 F. 3d 776 – No.96-50869 Summary Calendar. July 3, 1997.
2. **It is a fact:** "**United States v. Haymond**" questioned the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty."
3. **It is a fact:** That an action in REM cannot be against people. In Latin, in rem means "against or about a thing". It derives from the word "res", which means "the thing".
4. **It is a fact:** The dejure Constitution for The United States of America only establishes common law and equity courts. VII Amendment (Bill of Rights) of the Constitution for The United States of America.
5. **It is a fact:** that the Colorado Revised Statutes and the Uniform Commercial Code are copyrighted commercial law. And is for the purpose of the overthrow of the Republic, and the enslavement of "We the people".

## Event

At the time of this signing, acting Judge Christine M. Arguello, prosecutor Andrea Lee Surratt, as well as B.A.R. members Martha H. Eskesen and Kelly Lynne Meilstrup, Probation officer Joel Nelson and the UNITED STATES MARSHAL SERVICE are colluding and trespassing on the Liberty Rights of United States Secretary of State recognized American National Michael Destry Williams, holding him hostage in the Aurora ICE Detention Facility in Aurora Colorado since on or around October 10, 2019. They are using his captivity as threat, duress and coercion, to force Michael into their unconstitutional, Color of Law commercial jurisdiction against his will.

## Acts of High Crime, Treason and Piracy

1. **It is a fact:** Michael Destry Williams is being deprived of **Due Process; Double Jeopardy; Bail; Habeas Corpus** guaranteed by the **Constitution for The United States of America.**

No person shall be held to answer for a criminal offense without due process of law, and no person shall be put twice in jeopardy of punishment for the same offense, nor be compelled in any criminal case to be a witness against himself, nor be <u>deprived of life, liberty or property without due process of law. All persons before conviction shall be bailable by sufficient sureties</u>, except for capital offenses when the proof is evident or the presumption great. The privilege <u>of the writ of habeas corpus shall not be suspended</u> unless the public safety requires it in case of rebellion or invasion.

2. **It is a fact:** Michael Destry Williams is being held without a common law bail by Arguello, Surratt, Eskesen, Meilstrup, and Nelson. See the **8th amendment** and **Article one section ten** of the **Constitution for the United States of America**

3. **It is a fact:** Michael Destry: Williams is being held for the purpose of forcing him to contract against his will, in exchange for his freedom, because lawful money, gold and silver coin are not available. See **Constitution for the United States of America, article one section 10 and Eight amendment. Excessive bail or punishment prohibited — Witnesses — Detention. Excessive bail shall not be required; nor shall excessive fines be imposed; nor shall cruel or unusual punishments be inflicted; nor witnesses be unreasonably detained.**

4. **It is a fact:** Michael Destry Williams is being held without a common law warrant by Arguello, Surratt, Eskesen, Meilstrup, and Nelson and United States Marshals, as mandated by the **4th amendment** of the **Constitution for the United States of America,**

5. **It is a fact:** Michael Destry Williams is being held without a common law grand jury indictment by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals. See the **5th amendment** of the **Constitution for The United States of America.**

6. **It is a fact:** Michael Destry Williams is being held without being informed as to the <u>common law</u> nature and cause of the accusation by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals, as mandated by the **6th amendment** of the **Constitution for the United States of America.**

7. **It is a fact:** Michael Destry Williams is being conspired against under Color of Law by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals. See Conspiracy Against Rights - U.S.C. 18 Section 241.

8. **It is a fact:** Michael Destry Williams is being Deprived of his Rights under Color of Law by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals. See Deprivation of Rights – U.S.C. 18 Section 242.

9. **It is a fact:** On January 23, 2020, Arguello and Surratt, in the US District Court of Colorado courthouse in Denver Colorado, were served personally and/or through the Clerk of Court with a Writ of Habeas Corpus and Certification of Nationality as well as several other documents.

10. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, Arguello interrupted Michael Destry: Williams numerous times as he tried to inform her of his nationality and non-consent to her corporate court, as well as ask if Arguello was suspending Habeas Corpus.

11. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, Arguello refused to answer Michael Destry Williams' question as to whether she was suspending Habeas Corpus.

12. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, Michael Destry: Williams refused representation of a BAR member as counsel and would not accept any

appointments of counsel by Arguello. Arguello tries to ignore this as is indicated in the case Docket Report, number 138, page 5.

13. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, BAR member Martha Horwitz Eskesen replied to Arguello that she had not had any contact what-so-ever with Michael Destry Williams because he refused to meet with her.

14. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, after Michael Destry Williams asked Arguello if she was suspending Habeas Corpus, Arguello, without answering Michael Destry Williams' question, quickly said that court would be set for another day until Michael Destry Williams' representation could be addressed and then adjourned court as she left her seat, abandoning the courtroom. This was in direct contradiction to Michael Destry Williams' refusal to accept any representation.

15. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, we four witnesses observed no other "orders" by Arguello other than her saying a future date would be set during this session of the hearing.

16. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, that after Arguello abandoned the courtroom, Michael Destry Williams was immediately escorted out of the courtroom.

17. **It is a fact:** On January 23, 2020, in the US District Court of Colorado courthouse, hallway next to room A602, 901 19th Street in Denver Colorado, that we witnesses observed that the doors to courtroom A602 had been locked behind us as we left the courtroom, with no others other than we four and several other witnesses to this court hearing exiting the courtroom. All court officers and marshals remained in the courtroom.

18. **It is a fact:** On March 12, 2020, in the US District Court of Colorado courthouse, room A105, Clerk of Court, 901 19th Street in Denver Colorado, we witnesses obtained a Certified true copy of the Docket Report for case # 1:12-cr-00140-CMA-1 from a deputy clerk.

19. **It is a fact:** On March 12, 2020, in the US District Court of Colorado courthouse, room A105, Clerk of Court, 901 19th Street in Denver Colorado, we witnesses observed on pages 4 and 5 of the Docket Report for case # 1:12-cr-00140-CMA-1, that orders (see docket numbers 146 and 138), now appeared on the docket that were not given in open court while Michael Destry Williams, we 4 witnesses or any of the other public witnesses were in the courtroom on January 23, 2020. Some of the "orders" by Arguello are in direct contradiction to what Michael Destry Williams declared and refused in open court, on the record and in front of witnesses on January 23, 2020.

20. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals have violated their oaths of office, have and are still committing Treason. 18 USC 2381 Treason with arms warring against us, "We the people" and the Federal and State Constitutions. Violation of both the U.S.A. and Colorado Constitutions. Denial of our guaranteed Republican form of government. (U.S.A. constitution Article IV, Section 4), Bill of rights, no lawful search warrants, no constitutional arrest warrants, using unlawful

money for discharge of citations and other private commercial UCC convictions, (article one section 10), no common law court, no common law jury and no due process. In so doing of the foregoing, have violated their oaths of office.

21. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals have and are still committing Piracy. Fraudulent use of admiralty or maritime jurisdiction on dry land, against a State Citizen is robbery ashore, and/or also, to do with their cohorts, in vessel (Law Enforcement Automobiles) outfitted for the purpose of piracy. See U.S.C. 18 section 1661 – Robbery Ashore. Whoever, being engaged in any piratical cruise or enterprise, or being of the crew of any piratical vessel, lands from such vessel and commits robbery on shore, is a pirate and shall be imprisoned for life. See also U.S.C. 18 section 1654 – arming or serving on privateers.
22. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup Nelson and United States Marshals are involved in the falsification of court records. See the **Crimes Act of 1790, Corruption of Judicial records**. "[I]f any person shall feloniously steal, take away, alter, falsify, or otherwise avoid any record, **Writ**, process or other proceedings in any of the courts…" "…shall be fined not exceeding five thousand dollars, or be imprisoned not exceeding seven years and be whipped not exceeding thirty-nine stripes."
23. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup and United States Marshals as well as the commercial corporations known as the UNITED STATES OF AMERICA, the UNITED STATES DISTRICT COURT OF COLORADO, UNITED STATES MARSHAL SERVICE, STATE OF COLORADO and CITY AND COUNTY OF DENVER are crime organizations and in violation of their own RICO Statutes.
24. **It is a fact:** That *"Where rights secured by the Constitution are involved, there can be rule making or legislation which would abrogate them." Miranda v Arizona, 384 US 436, 491.*
25. **It is a fact:** That all parties involved with Michael Destry Williams' captivity / imprisonment are and have committed acts of treason, are warring and participating in the overthrow of the Republic as well as working to prevent its restoration. They are pirates and enemies of the Republic.

### Remedy sought

1. We, James Frank Williams, Jeffrey Walter Terzian, Jessica Given Thomas and Troy Jerome Strack petition for the immediate capture and prosecution of Christine M. Arguello, Andrea Lee Surratt, Martha Horwitz Eskesen, Kelly Lynne Meilstrup and all Marshal's Deputies involved as well as all others involved in the forgoing piracy, crimes and treason involving Michael Destry Williams. And,
2. The immediate rescue of Michael Destry Williams. And,
3. Because we are without our Constitutionally guaranteed Republic form of government, or any Constitutional protection and remedy as well as continually being the victims of unceasing treason, piracy and other harassments by the de-facto authorities throughout Colorado, we petition Congress and the President of the United States for a letter of Marque and Reprisal, for use within the borders of The State of Colorado on the land, air and sea/waters, with the authority to deputize. Also, to use said Letter; A) against any and

all officials and their minions, who aid and abet them, B) who violate their Oaths of Office, C) who violate the dejure Constitutions, D) Who use Admiralty jurisdiction, E) Who use undisclosed / silent contracts. For those are all acts of treason and piracy on dry land, air and the seas/water ways of the dejure Colorado State, a Union State, for they are pirates and enemies of the Republic. See **U.S. Constitution, Article 1, section 8, clause 10 and 11.**

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Assigners and Assignors. All are without excuse.**
**All Rights Reserved, Without Prejudice, Without Recourse**

**We the undersigned swear that all is true and correct to the best of our knowledge.**

James Frank Williams

By: _/s/ James Williams_  Date: 3/24/20  All rights explicitly reserved

Jeffrey Walter Terzian

By: _/s/ Jeffrey Walter Terzian_  Date: 3/24/2020  All rights explicitly reserved

Jessica Given Thomas

By: _/s/_  Date: 3/24/2020  All rights explicitly reserved

Troy Jerome Strack

By: _/s/_  Date: 3/24/20  All rights explicitly reserved

**Notary Public**

Colorado State        )
                      )ss.
Denver County         )

On this 24 day of March 2020, before me the undersigned officer,

<u>James Frank Williams, Jeffrey Walter Terzian, Jessica Given Thomas and Troy Jerome Strack,</u> personally appeared and are known to me (or satisfactorily proven) to be the person whose name is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained. In witness whereof I hereunto set my hand and official seal.

_/s/ Cynthia A. Ellingson_
Cynthia A. Ellingson – Notary Public
My Commission Expires: 1/15/2023

```
CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES   JANUARY 15, 2023
```

Cc:

TO: Kevin Vereen - Provost Marshal General
2800 Army Pentagon
Washington D.C. [20310-5066]

TO: Attorney General William Barr
US Department of Justice Room 4400
950 Pennsylvania Avenue
Washington D.C. [ 20530-0001]

TO: Secret Service of the United States
245 Murray Lane
Washington D.C. [20223]

TO: Office of Inspector General
12345 W. Alameda Pkwy Ste. 300
Lakewood Colorado [80228]

TO: U.S. Department of State
Office of Law Enforcement Liaison
44132 Mercure Circle
P.O. Box 1227
Sterling, Virginia [20166]

TO: UNITED STATES DISTRICT COURT OF COLORADO Inc.
Attn: Daniel Desmond Domenico, Christine M. Arguello, Andrea L. Surratt
901 19th Street
Denver, Colorado [80294-3589]

TO: US Senator Michael Bennet
129 B Street
Pueblo Colorado [81003]