

## NOTICE AND DEMAND

TO:  Acting Director, Federal Bureau of Investigation
FBI Headquarters
935 Pennsylvania Avenue NW
Washington DC 20535-0001

TO:  Elena Latarola – FBI, Special Agent in charge
8000 E. 36th Avenue
Denver Colorado [80238]

RE:  Detainment via Unlawful/Unconstitutional "supervised release" of Michael-destry, Family of Williams (herein known as Michael-destry), permanently disabled, an American *National/State Citizen registered as such with the United States State Department.* Michael-destry, is being unlawfully incarcerated under penal corporate Color of Law, by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., in a commercial Constructive Trust case # 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc., (  ). Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. (                                    ). Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry as the unwilling compulsory surety, under threat, duress and coercion.

I, James Frank, family of Williams, an American National/State Citizen registered as such with the United States State Department and lawful Power of Attorney in all legal matters, for Michael-destry does hereby bring Notice to the above names public servants of the fraud, coercion, extortion, threats, *unlawful actions as well as physical and mental torture of Michael-destry,* while currently in the custody of the corporation known as US MARSHAL DEPARTMENT, detained at the GEO/ICE Detention Center in Aurora Colorado, since October 2019.

Based on a fraudulent and unlawful corporation arrest warrant (                     ) Michael-destry was kidnapped in October 2019, from his residence in Pueblo Colorado, by US MARSHAL DEPARTMENT armed agents accompanied by agents of the PUEBLO COUNTY SHERIFF corporation, without properly investigating the Identification presented by American National Michael-destry.

Since this time, Michael-destry was moved to the Aurora Detention Center, he has been purposely poisoned with food that he is allergic to without any assessment of his health. His physical and nutritional needs are well documented with the Bureau of Prisons, but current agents of the BOP, including Warden Johnny Choate, Case worker Mr. Jones, DHO Ms. Shook and physician Dr. Serafini and assistants Byrne, Dunn, and Gardner, but not limited to, at this facility are purposely ignoring assessing his physical needs, leading to physical and mental torture of Michael-destry. This a violation of the basic human rights of any man or woman being held under force as well as against GEO/ICE's own corporate rules. They also completely endanger Michael-destry's life by holding him because of the verified cases of Coronavirus at this facility.

The corporation known as the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO and its agents, have and continue to operate outside of all Constitutional Law including, but

not limited to suspending Habeas Corpus (see attached), acting without consent and jurisdiction of an American National. They have exceeded Michael-destry's Right to speedy trial. They unlawfully under Color of Law, act where the US Supreme Court has declared in **Haymond v US** that no one except a jury of one's peers can take away a man's Liberty, referring to the unlawful extended sentences of "Supervised Release." The USDC has tried to refuse legal documents for recording into the case by this POA. They continue to push one of their foreign agents of the BAR upon Michael-destry as his representation, when he has clearly stated in writing (see attached Writ of Error) and in open "court" that he will not and never has, accepted representation by the foreign agents of the BAR. Having observed each of the "court" actions since Michael-destry's unlawful kidnapping, it is obvious that they are trying to take jurisdiction over this American National by fraudulent representation of him by a colluding fellow BAR member Kelly Meilstrup in order to remove him from the courtroom and pass an unlawful sentence upon him through this misrepresentation by this BAR member.

  Michael-destry has personally informed me through our weekly legal calls that the operators of the detention facility understand that they are holding an American National unlawfully but because they have a "contract" with the US MARSHAL DEPARTMENT corporation, they will not act to release him.

  This is why Notice is now brought to each of you public servants and Demand your immediate actions to stop this unlawful and un-Constitutional detention by these corporations, placing it upon your liability to act to secure the immediate release of American National Michael-destry upon receipt of this Notice and Demand, to end the Trespass perpetrated on his Liberty Rights.

Respectfully,

BY: _/James F. Williams/_
James Frank, Family of Williams-Sui Juris
American National
RFD -In care of: PO Box 11814
Pueblo Colorado

We the undersigned American Nationals, witness the autograph of James Frank: Williams as well as petition the above-named Special Agents of the Federal Bureau of Investigation, to immediately act upon this Notice and Demand for the release of fellow American National Michael-destry: Williams.

Cynthia Ann: Ellingson
Signed _Cynthia Ellingson_ Date: 5/16/20 All rights explicitly reserved

Michael Paul: Marshall
Signed _M. P. M._ Date: 5/16/20 All rights explicitly reserved

Jeffrey Walter: Terzian
Signed _Jeffrey-Walter: Terzian_ Date: 5/16/20 All rights explicitly reserved

## Bill of Lading

### All Attachments for the Notice and Demand to the FBI.

1. Writ of Habeas Corpus to the United States and their subordinates (Inferior Courts), including Exhibits:
    A:  Incorporation document – UNITED STATES OF AMERICA, Inc.
    B:  Probate Court Document- acknowledging MICHAEL DESTRY WILLIAMS as a Trust.
    C:  Certificate of Identity
    C1: Passport Directive by US Secretary of State.
    D:  Affidavit of James Frank: Williams concerning arrest of Michael-destry.
    E:  USDC/COLORADO/PUEBLO SHERIFF/US MARSHAL corporation documents.
    F:  Standing, Status and Citizenship Affidavit of Michael-destry.
    G:  Declaration and Affirmation of National for The United States of America.
    H:  Arrest Warrant for USDC Documents by Michael-destry.

2. Arrest Warrant for Trust Fiction MICHAEL DESTRY WILLIAMS.

3. Affidavit of Service – Notice of Surrendering Defendant (MICHAEL DESTRY WILLIAMS)

4. Verified Affidavit of 4 Complaining Witnesses.

5. Writ of Error by Michael-destry.

6. Arrest of USDC Documents by POA James Frank: Williams.

7. Written note and "Medical Kite" (copy) from Michael-destry to POA James Frank sent 5/01/2020

8. Westworld article proving COVID-19 at GEO/ICE detention center.

I certify that all documents listed in this Bill of Lading are true, correct and included in this mailing as listed.

By: *[signature]*
James Frank, Family of Williams-Sui Juris
American National
RFD -In care of:  PO Box 11814
Pueblo Colorado

Cc:

TO:   Attorney General William Barr
      US Department of Justice Room 4400
      950 Pennsylvania Avenue
      Washington D.C. 20530-0001

TO:   Secret Service of the United States
      245 Murray Lane
      Washington D.C. 20223

TO:   U.S. Department of State
      Office of Law Enforcement Liaison
      44132 Mercure Circle
      P.O. Box 1227
      Sterling Virginia [20166]

TO:   Office of Inspector General
      12345 W. Alameda Pkwy Ste. 300
      Lakewood Colorado [80228]

TO:   UNITED STATES DISTRICT COURT OF COLORADO, Inc.
      Attn: Clerk of Court
      901 19th Street
      Denver Colorado [80294-3589]

