CASE #12CR-00140 CMA

4TH SUBMISSION Habeas Corpus



2019146452
Page: 1 of 24

10/21/2019 12:20 PM   R $128.00   D $0.00
City & County of Denver                AFF

# Writ of Habeas Corpus

## In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America
Not within the UNITED STATES Inc.

To:   All nine men and women known as Justices for
      the Supreme Court of the United States
      1 1st Street NE
      Washington D.C. 20543-0001

From: James Frank, Family of Williams - In Propria Persona Sui Juris
      Address:    RFD
      In Care Of: PO Box 11814
                  Pueblo Colorado [81001]
      Herein known as Affiant.

RE:   Michael-destry Family of Williams, permanently disabled, an American National/State Citizen as per the United States State Department, is being held/incarcerated and/or under penal corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC} in a commercial case # 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc., (see Exhibit A). Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress and coercion.

I.    Jurisdiction arises under this Affiant's International Right of Self Determination of actions of Declarations/ Affidavits/Public Records, maintaining my sacred honor per my compact known as The Declaration of Independence 1776, Articles of Confederation and 1787/89/91 Constitution for The United States of America. I am not bound by any corporate Rules, Regulations, Statures or Codes in any manner.

II.   Venue is proper as per my International Right of Self Determination as an American National/State Citizen, as guaranteed in the VII Amendment (Bill of Rights) of the Constitution for The United States of America. Again, not by any corporate Rules, Regulations, Statutes or Codes.

III.  Parties are: 1. This Affiant, 2. Michael-destry, Family of Williams, 3. and all Nine Justice Individuals occupying the Supreme Court of the United States, plus their unknown and unnamed subordinates.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
          CLERK

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 1 of 4*

## Facts/Affidavit

**IV.** The following Facts are Self-Evident,

1. You nine individuals are by actual fact or open public pretension the deciders of the Law of the Land for The United States of America via this Affiant. Via one of your recent decisions in "**United States v. Haymond**" you bring into question the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty." That is NOT happening!

2. You nine Justices, Office of Supreme Court and agents thereof, have created or ok'ed a **non-judicial**, foreign corporate special law jurisdiction, - 14th Amendment of the US constitution, federally zoned citizen with privileges, in contrast with the Constitution for The United States of America, Article 4 section 4, Republic State and State Zoned Citizen Rights, the latter of which applies to this Affiant and Michael-destry. The previous which you know or should know allows your subordinates, with impunity, to:
   A. impeach our sacred Honor,
   B. deny or ignore our Citizenship as an American National/State Citizen, (see exhibits C and C1) (as is again being done since Michael-destry's unlawful arrest on October 11, 2019) (see exhibit D – James Frank's Affidavit)
   C. Trespass on Michael-destry's Unalienable Rights, specifically his Liberty Rights at the whims of a corporate agent Christina M. Arguello, ACTING as a lawfully seated judge.

3. This Affiant's and Michael-destry's American National status, Unalienable and Equitable Rights have been taken for a number of years via the Nonfeasance, Misfeasance, Malfeasance committed via Color of Law, in violation of your own laws, specifically U.S. Code 18 sections 241 & 242, but not limited to, with the sanctions of the Supreme Court of The United States of America, and now you impeach my sacred honor.

4. Michael-destry: Williams is unlawfully being held in **non judicial** custody of the corporate Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (exhibit E) by acting Judge Christine M. Arguello and acting Clerk of Court Jeffery P. Colwell, under special laws of a **foreign** corporation (Color of Law private codes and statutes), denying Michael-destry his Unalienable Rights from the Creator, including but not limited to, violation of XI Amendment, suits prosecuted by Citizens of Subjects of any Foreign State, being denied VII Amendment suits In Common Law, denied Due Process, and VI, V, IV Amendments of the Constitution for The United States of America.

5. Acting public servants; Judge Christina M. Arguello, Clerk of Court Jeffery P. Colwell, UNITED STATES Attorneys Kenneth Harman, and John Walsh but not limited to, do not have a valid Oath of Office nor bonds filed with the City and County of Denver Clerk and Recorder or the Secretary of State of Colorado State, as required by Colorado State Constitution(1876), Article XII sections 8,9, and 10, and Article VI section 3 of the Constitution for The United States of America(1787/89/91), and the General Laws of Colorado, making all of their offices vacant and actions void.

6. This Affiant's honor, duties and responsibilities as an American National/State Citizen, requires me to notify you of the wrongs being perpetrated upon American National/State Citizen Michael-destry. This has been done by this Writ of Habeas Corpus, but not limited to.

7. If this matter is not corrected or openly denied, this will be Prima Facia Evidence to you admitting to the facts and accepting liability.

V. If you wish to honor your duty to this Affiant and Michael-destry as well as your Oath of Office as required in the VI Amendment of the Constitution for The United States of America, the following is suggested by correcting the misjustice / trespasses upon this Affiant and Michael-destry by the foreign corporation and its corporate agencies as follows;

1. Release Michael-destry this day from the federal corporate USDC alleged jurisdiction (Incarceration/Parole), with express written notification and orders.
2. Vacate the judgment and sentence of the corporate Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO commercial case # 12-cr-00140-CMA-(1), all enacted under Color of Law.
3. Recognize and correct Michael-destry's, Standing, Status and Citizenship (exhibit F) with all branches of the government of the United States.

### Exhibits

A   Entity details of corporation UNITED STATES OF AMERICA, Inc.
B   Letter from corporate DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO Confirming the all caps name MICHAEL DESTRY WILLIAMS is a fictional trust.
C   Certificate of Identity form DS-4240 with Request page and Photocopy of Passport card and passport. City and County of Denver Recorder # 2019043968. 3 - Pages.
C1  Photocopy of page inside passport showing request from Secretary of State that was ignored.
D   James Frank: Williams' Affidavit.
E   Proof of Entity Incorporation. 5 pages
F   Standing, Status and Citizenship Affidavit.
    City and County of Denver Recorder # 2019057051. 3 - Pages.
G   Oath of Citizenship of Michael-destry, Family of Williams administered by Officer of the Nation, Lt. Cdr., USN, Retired, now deceased, David G. Anderson on 8th of May 2012. City and County of Denver Recorder # 2019043967. 2 - Pages.
H   Notice and arrest of UNITED STATES DISTRICT COURT Inc. commercial case # 12-cr-00140-CMA-(1) Indictment.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence.
All are without excuse
All Rights Reserved, Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, flesh and blood man, as a living soul, Freeman/American National upon Planet Earth.

By: _James F. Williams_
James Frank, Family of Williams
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State          )
                        ) ss.
Pueblo County           )

Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023

Cc:

TO:   Attorney General William Barr
      US Department of Justice Room 4400
      950 Pennsylvania Avenue
      Washington D.C. 20530-0001

TO:   UNITED STATES DISTRICT COURT OF COLORADO Inc.
      Attn: Clerk of Court Jeffery P. Colwell
      901 19th Street, Room A-105
      Denver, Colorado [80294-3589]
      Corporate Commercial Case # 12-cr-00140-CMA-(1)

