EXHIBIT   A

4

Exhibit 3

NOTICE TO AGENT IS NUTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Entity Details
### THIS IS NOT A STATEMENT OF GOOD STANDING

2193946      04/19/1989
(mm/dd/yyyy)

UNITED STATES OF AMERICA, INC.

CORPORATION      Entity Type: NON-PROFIT OR RELIGIOUS

DOMESTIC      State: DE

### REGISTERED AGENT INFORMATION

Name:      THE COMPANY CORPORATION

Address:      2711 CENTERVILLE ROAD SUITE 400

City: WILMINGTON      County: NEW CASTLE

State: DE      Postal Code: 19808

Phone: (302) 636-5440

Additional Information is available for a fee  You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like Status Status,Tax & History Information

IRS0091 1a

# EXHIBIT B

| DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO | |
|---|---|
| Court Address:<br>1437 Bannock Street, Room 230, Denver, CO, 80202 | |
| In the Matter of the Trust: MICHAEL DESTRY WILLIAMS | DATE FILED: July 22, 2019<br><br>△ COURT USE ONLY △ |
| | Case Number: 2019PR166<br>Division: 1            Courtroom: |
| **ORDER** | |

THIS MATTER is before the Court for review and consideration of filings presented by Michael Destry Williams on April 12, 2019, May 10, 2019, May 16, 2019, June 10, 2019, July 1, 2019 and July 15, 2019. The Court has reviewed the filings, finds them to be nonsensical and accordingly finds the filings fail to state a claim upon which relief may be granted.

To the extent necessary, the filings are denied. No further action shall be taken by the Court.

Issue Date: 7/22/2019

*Elizabeth D. Leith*

ELIZABETH DEMBERG LEITH
District Court Judge

# EXHIBIT C



U.S. Department of State

## CERTIFICATION OF IDENTITY

| 1. Full Name of Requester¹ (Last, First, MI) | 2. Date of Birth (mm-dd-yyyy) |
|---|---|
| Williams, Michael Destry | |
| 3. Full Name of Subject of Records | 4. Citizenship Status² |
| Michael Destry Williams | |
| 5. Current Address | 6. Place of Birth |
| | |

### Third Party Authorization

Complete this section if you are authorizing release of your records to another person.

I, _____ pursuant to 5 U.S.C Section 552a(b), _____

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party _____

Address of Third Party _____

Type of Third Party (check one):  ☐ Parent   ☐ Custodial Guardian   ☐ Legal Representation   ☒ Other _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature³ _Michael destry Williams_   Date (mm-dd-yyyy) _04/11/2019_

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171, 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

¹ Name of individual who is the subject of the record(s) sought.
² Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Name of individual who is the subject of the record(s) sought.

Certified mail #
7017 1000 0001 1073 5992

DS-4240
06-2013

04/12/2019 10:28 AM   R $23.00
City & County of Denver   CTF

2019043968
Page: 1 of 3
D $0.00

U.S. Department of State

## CERTIFICATION OF IDENTITY

| 1  Full Name of Requester [1] *(Last, First, MI)* | 2.  Date of Birth *(mm-dd-yyyy)* |
|---|---|
| 3  Full Name of Subject of Records | 4  Citizenship Status |
| 5.  Current Address | 6.  Place of Birth |

### Third Party Authorization
Complete this section if you are authorizing release of your records to another person.

_____ pursuant to 5 U.S.C. Section 552a(b),

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party

Address of Third Party

Type of Third Party (check one)  [ ] Parent  [ ] Custodial Guardian  [ ] Legal Representation  [ ] Other

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct  and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000

Signature _____  Date *(mm-dd-yyyy)*

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171, 5 U.S.C. Section 552a (the Privacy Act of 1974), 5 U S C 552 (Freedom of Information Act)

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a  This solicitation is to ensure that the records of individuals who are the subject of U.S Department of State records are not wrongfully disclosed by the Department.  The information furnished may also be used to provide third party authorization

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies  More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records

**DISCLOSURE:** Providing this information is voluntary.  Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request  False information on this form may subject the requester to criminal penalties under 18 U.S.C  Section 1001 and/or 5 U.S  C  Section 552a(i)(3)

[1] Name of individual who is the subject of the record(s) sought
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence " pursuant to 5 U.S.C. Section 552a(a)(2)  Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence
[3] Name of individual who is the subject of the record(s) sought

DS-4240
05-2013



2019043968
Page 1 of 3
D $0.00

04/12/2019 10:29 AM
City & County of Denver

R $23.00

CTF

# Request for
# Passport Records
# (2) Certified Copies

Date: _11th April 2019_

TO:   U.S. Department of State
      Office of Law Enforcement
      Liaison
      44132 Mercure Circle
      P.O. Box 1227
      Sterling, Virginia [20166]

Pursuant to The Privacy Act of 1974 and special law [5 USC 552 (2)].

Name:
Date and Place of Birth:                Michael destry: Williams
Mailing Address:                        23rd May,1964, Gunnison, Colorado State
                                        Rural Route 1, St. Charles Mesa
                                        Pueblo, Colorado
                                        C/o 1024 1/2 East Ash Street
                                                Pueblo, Colorado [81001]
Telephone:                              (719) 544-5362
Email Address:                          none
Dates Passport Issued                   8th January 2019
Passport number:                        592612813
Passport Card number:                   C 18850067

Enclosed copies:    Passport and Card,  Exhibit 1.  Postal Money order for $ 100.00. ↓
                    Certification of Identity Form DS-4240· / # 255 318900 60

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my
knowledge.

Certified mail                     _Michael-destry: Williams_
# 7017 1000 0001 1073 5492
                                   Michael-destry Family of Williams
                                   Rural Route 1, St. Charles Mesa, Pueblo Colorado
                                   In care of: 1024 1/2 East Ash Street,
                                                Pueblo Colorado [81006]

Notary: CYNTHIA A. ELLINGSON
Colorado State:
                        ss.
Pueblo County:

Subscribed and Affirmed before this _11th_ of April 2019 by
Michael-destry Family of Williams

_Cynthia A Ellingson_

My commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES   JANUARY 15, 2023

City & County of Denver

20191404652









American National

All Rights Reserved
Without Prejudice

Michael-destry: Williams
Beneficiary

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code    Passport No / No du
P    USA    592612833

Surname / Nom / Apellidos
WILLIAMS

Given Names / Prénoms / Nombres
MICHAEL DESTRY

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
23 May 1964

Place of birth / Lieu de naissance / Lugar de nacimiento
COLORADO, U.S.A.

Date of issue / Date de délivrance / Fecha de expedicion
08 Jan 2019

Date of expiration / Date d'expiration / Fecha de caducidad
07 Jan 2029

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USAWILLIAMS<<MICHAEL<DESTRY<<<<<<<<<<<<<<<<
5926128133USA6405238M2901075293175589<109562

3 of 3



EXHIBIT C₁

# EXHIBIT D

### Affidavit of American National/State Citizen
### James Frank, Family of Williams
### Concerning the arrest of American National/State Citizen
### Michael-destry (Will), Family of Williams

On October 11, 2019 at 10:58 am, this Affiant received a phone call from my mother, stating that armed agents of the corporations, THE PUEBLO COUNTY SHERIFF'S DEPARTMENT and the UNTITED STATES MARSHALS SERVICE were at her home at 1024 East Ash Street in Pueblo Colorado. These Armed Agents were supposedly acting on a warrant to arrest Michael-destry (herein known as Will) for "Failure to Appear" in a corporate constructive trust case. This Affiant told her to order them off of her property, which I heard her doing over the phone and then immediately while still speaking to her, this Affiant left my property and traveled the few miles to my mother's house.

Upon arriving at this Affiant's mother's house, I observed my brother Will being cuffed into the backseat of one of the corporate agent's automobiles and then immediately being driven away by these corporate agents.

After filming the exodus of most of these agents, this Affiant noticed and recognized Charles Lee Gallegos, a friend and corporate agent for the PUEBLO COUNTY SHERIFF'S DEPARTMENT parole division.

This Affiant asked agent Gallegos to show me the "warrant," which agent Gallegos did, and this Affiant also asked to see the "verified affidavit" that is required to lawfully use a warrant. Agent Gallegos did not have an affidavit with his warrant and this Affiant did not see a judge's signature on the warrant.

This Affiant also observed that the warrant was for the Cestui Que Vie Trust entity MICHAEL DESTRY WILLIAMS, not the living man Will: Williams.

Agent Gallegos personally told this Affiant that Will clearly said that he was not the PERSON on the warrant.

Agent Gallegos also was in possession of Will's passport card, which Gallegos personally told me that neither he nor any other arresting agent ran to ascertain Will's actual identity. Agent Gallegos also held the US State Departments certified copy of the application that attests to Will's non corporate US citizen status.

I Affirm under God the Creator that this Document is true and correct to the best of my Knowledge.

By: _James F: Williams_

James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State                )
                             ) ss.
Pueblo County                )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES   JANUARY 15, 2023





2019148452

12 of 24

EXHIBIT E



05/10/2019 10:40 AM
City & County of Denver     R $13.00     TST

2019057048
Page: 1 of 1
D $0.00

# Us District Court (/c/mmjn778/us-district-court)

*Judiciary Courts Of The State Of Colorado*

901 19th Street # 105a

Denver, CO 80294

Phone: ⊘ Show Number

(303) 844-4694 (tel:3038444694)

**A.K.A. - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc.,**

Web: www.coloradojudicialperformance.gov

(/api/v1/uriverify/http%3A%2F%2Fwww.coloradojudicialperformance.gov)

Ad

~~Search Public Records Now~~

Enter a Name and Select a State to View Public Records Now!

~~TruthFinder~~

Us District Court is a privately held company in Denver, CO .

| Own This Business? |
| --- |

Categorized under State Courts. Current estimates show this company has an annual
revenue of unknown and employs a staff of approximately 5 to 9.

**Notice of: Constructive Trust(s) created by said US DISTRICT COURT inc., commercial case # 12-cr-00140-CMA- (1).**
**This public notice of incorporation was served upon, by personal presentment, to Joel Nelson Corporate US**
**Probation Officer and on agent Ryan Jessie of Recovery Unlimited L.L.C.,** on 25th April 2019.

**Affirmation**

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Michael-destry Family of Williams,  Rural Route 1, St. Charles Mesa, Pueblo Colorado℗
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Notary: CYNTHIA A. ELLINGSON

Colorado State:

ss.

Pueblo County:

Subscribed and Affirmed before this ___9th___ of ___MAY_____ 2019 by
Michael-destry family of Williams

*Cynthia Ellingson*

NOTARY PUBLIC

My commission Expires: ___1/15/2023___

| CYNTHIA A. ELLINGSON |
| --- |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20034001636 |
| MY COMMISSION EXPIRES    JANUARY 15, 2023 |



State of Colorado Washington DC, 20001 - Manta.com

4/28/19, 2:18 PM

US (/mb) ▸ Washington, DC (/mb_51_ALL_2YS/washington_dc) ▸ Government (/mb_53_F3_2YS/government/washington_dc)
  ▸ General Government, NEC (/mb_54_F30C7_2YS/general_government_nec/washington_dc)
   ▸ State Government-General Offices (/mb_55_F30C7088_2YS/general_government_administration/washington_dc) ▸ State of Colorado

MAR 1 0 2019

## State of Colorado (/c/mh5ycm4/state-of-colorado)

444 North Capitol Street NW
Washington, DC 20001
Phone: (202) 624-7865 (tel:2026247865)
Ad
Public and Criminal Records
Intelius provides you access to billions of online public
Intelius.com
State of Colorado is a privately held company in Washington, DC .

[ Own This Business? ]

---

Colorado Department Of State Denver CO, 80290 - Manta.com

4/28/19, 2:14 PM

U.S. (/mb) ▸ Denver, CO (/mb_51_ALL_2YS/denver_co) ▸ Government (/mb_53_F3_2YS/government/denver_co)
  ▸ General Government, NEC (/mb_54_F30C7_2YS/general_government_nec/denver_co)
   ▸ State Government-General Offices (/mb_55_F30C7088_2YS/general_government_administration/denver_co) ▸ Colorado Department Of State

## Colorado Department Of State (/c/mhhv9f0/colorado-department-of-state)

Secretary Of State, Colorado
1700 Broadway # 350
Denver, CO 80290
Phone: ✆ Show Number
Web: www.sos.state.co.us
(/api/v1/url/verify/http%3A%2F%2Fwww.sos.state.co.us)
Ad
Buy Meat Wholesale Online
Add us to your Weekly Orders & Save up to 50% on a '
More.
Colorado Department Of State is a privately held company in Denver, CO .
Categorized under State Government-General Offices.

[ Own This Business? ]

Certification of Authentication

2019057049
Page: 1 of 1
D $0.00
R $13.00
05/10/2019 10:40 AM
City & County of Denver
TST

---

*Affirmation*

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth

*Michael-destry Family of Willi...*

Michael-destry Family of Williams,
Rural Route 1, St. Charles Mesa, Pue...
in care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A ELLINGSON
Colorado State
    ss.

Pueblo County:

Subscribed and Affirmed before this _9th_ of _MAY_____ 2019 by
Michael-destry Family of Williams

*CYNTHIA ELLINGSON*
NOTARY PUBLIC

My commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES    JANUARY 15, 2023



State Of Colorado Denver CO, 80206 - Manta.com

4/26/19, 2:20 PM

U.S. (/mb) › Denver, CO (/mb_61_ALL_2FH/denver_co) › Government (/mb_63_F3_2FH/government/denver_co) › Courts (/mb_84_F3OD3_2FH/courts/denver_co)
› Courts (/mb_86_F3OD3OD_2FH/courts_federal_government/denver_co) › State Of Colorado

## State Of Colorado (/c/mhz96c4/state-of-colorado)

**780 Elizabeth Street**
Denver, CO 80206
Phone: (303) 355-3546 (tel:3033553546)
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

View public record now
Intelius provides you access to billions of online public
Intelius.com

State Of Colorado is a privately held company in Denver, CO .
Categorized under Courts.

| Own This Business? |

*(handwritten)* Exhibit "9"

MAY 1 0 2019

---

State Of Colorado Denver CO, 80203 - Manta.com

4/26/19, 2:17 PM

U.S. (/mb) › Denver, CO (/mb_61_ALL_2FH/denver_co) › Government (/mb_63_F3_2FH/government/denver_co) › State Of Colorado
› Executive Offices (/mb_84_F306F_2FH/executive_offices/denver_co) › Governor Office (/mb_56_F306F06N_2FH/governors_office/denver_co) › State Of Colorado

## State Of Colorado (/c/mm2swt2/state-of-colorado)

**200 East Colfax Avenue # 91**
Denver, CO 80203
Phone: ✆ Show Number
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

Search Public Records Now
Enter a Name and Select a State to View Public Recor
TruthFinder

State Of Colorado is a privately held company in Denver, CO and is a Headquarters
business.
Categorized under Governors' Office. Our records show it was established in 1876 and
incorporated in Colorado. Current estimates show this company has an annual revenue
of unknown and employs a staff of approximately 81349.

| Own This Business? |

*(right margin, vertical stamp text):* 2019067050 Page: 1 of 1 D $0.00 R $13.00 TBT 08/10/2018 10:40 AM City & County of Denver

**Certification of Authentication**

**Affirmation**

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth

*(signature)* Michael-destry Family of Willia

Michael-destry Family of Williams,        Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado (81006)
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

**Witness Notary:** CYNTHIA A. ELLINGSON

**Colorado State :**
                        ss.
**Pueblo County:**

Subscribed and Affirmed before this ___9th___ of ___MAY___ 2019 by
Michael-destry Family of Williams

*(signature)* Cynthia Ellingson

NOTARY PUBLIC

**My commission Expires:** ___1/15/2023___

| CYNTHIA A. ELLINGSON
| NOTARY PUBLIC
| STATE OF COLORADO
| NOTARY ID 20034001638
| MY COMMISSION EXPIRES   JANUARY 15, 2023 |



## Pueblo County Sheriff's Office
## (/c/mmjw3ch/pueblo-county-sheriff-s-
## office)

*Pueblo County Government*

☆ ☆ ☆ ☆ ☆  0 customer reviews - add your review
(/c/mmjw3ch/pueblo-county-sheriff-s-office#reviews)

909 Court Street
Pueblo, CO 81003
Phone: (719) 583-6125
(tel:7195836125)
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d655&cb=66
29547&emid=mmjw3ch)

Own This Business? (/build/c/mmjw3ch)

Pueblo County Sheriff's Office is a privately held
company in Pueblo, CO .
Categorized under Sheriff. Current estimates show this
company has an annual revenue of unknown and
employs a staff of approximately 10 to 19.

## 📇 Contact  *Is this your business? Claim This Profile*

(/build/c/mmjw3ch)

**Pueblo County Sheriff's
Office**
Phone: (719) 583-6125
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d655&cb=66
29548&emid=mmjw3ch)

Name: Kirk Taylor

Call Company    (tel:7195836125)

# US Marshal Department (/c/mttt1fc/us-marshal-department)

*Us Marshals Service*

☆ ☆ ☆ ☆ ☆   0 customer reviews - add your review
(/c/mttt1fc/us-marshal-department#reviews)

1929 Stout Street
Denver, CO 80294
Phone: (303) 844-2801
(tel:3038442801)

Own This Business? (/build/c/mttt1fc)

▷

Additional fees apply
Rate cuadottas fixed
Speed may not be

US Marshal Department is a privately held company in Denver, CO and is a Branch business. Categorized under Services (Unclassified). Our records show it was established in 2008 and incorporated in Colorado. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 10 to 19.

## FIND QUALITY HOME IMPROVEMENT PROS

| Choose Your Project | ⌄ | Select Project | ⌄ | 80294 | Submit |

## 📇 Contact  *Is this your business? Claim This Profile (/build/c/mttt1fc)*

**US Marshal Department**
Phone: (303) 844-2801

Call Company   (tel:3038442801)

Name: Dave Williams
Job Title: Principal

## You May Also Like

(http://bridge.lga1.admarketplace.net/ct?version=16.0.0&ci=1571089602043.11981&key=1571089602900600001.1)   ad

City & County of Denver

# EXHIBIT F

## Standing, Status and Citizenship
## Affidavit

In God's Law and In Common Law
7th Amendment (Bill of Rights) of the Constitution for The United States of America

Date: 25th April 2019

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado State Republic, In Care of: 1024 1/2 East Ash Street, Pueblo, Colorado [81001], being of sound mind and lawful age, do solemnly declare:

1. I am a Freeman-American National, State Zoned Citizen, born on the land of <u>Colorado</u> State Republic, of parents who were Citizen-Principals of <u>Colorado</u> State of the Republic Nation <u>The United States of America</u>. As an hereditament I acquired directly the status of Citizen-Principal-American National-creditor-obligee, of said <u>Colorado</u> State sharing equally in its sovereignty. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a free living man, born on the land of <u>Colorado</u> State. I am not a restricted by or a party to the contract stipulation known as the 14th Amendment of the UNITED STATES inc., constitution. I am not a UNITED STATES citizen and because I receive no protection from it. I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid State of my birth and derivative and mediate thereof, , I am a State Zoned Citizen, Citizen of one of the several union States/American National of <u>The United States of America</u> as contemplated in the Constitutional Contract of 1787, . INA Section 101(a)(29), Butler v. Farnsworth, federal case, Vol. 4, page 902 (1821).

4. I am not a UNITED STATES citizen, A.K.A. U.S. citizen, as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency of the 14th Amendment and/or UNITED STATES citizen . United States v. Cruikshank, 92 U.S. 542 (1875), and K. Tashiro v. Jordan 256 P. 545, 549 (1927); affirmed 278 U.S. 123 (1928).

6. As the tax imposed in private corporate special laws - 26 U.S.C.1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me. State Zoned Citizen, as I am neither such a citizen or resident and or employee of the UNITED STATES inc., Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done without being given Full Disclosure of the alleged contract, under threat, duress, coercion, not knowing that such filings were and are mandated only on citizens and residents of the UNITED STATES, U.S., UNITED STATES OF AMERICA inc., as contemplated by the 14th Amendment.

7. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, powers of attorney, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence, including but not limited to SS-5 Social Security Administration form/contract that would grant me any privileges and thereby ascribe to me privileges, immunities and duties under a special law-private codes and statutes system of rules, other than that

*Affidavit of Standing and Status-Citizenship*



05/10/2019 10:00 AM        R $22.00
City & County of Denver                  AFF

of God the Creator and the Constitutional Contract of 1787/89, ratified 1791 for The United States of America, the Constitution for The United States of America. Articles of confederation and Declaration of Independents 1776, Judicial Law, Common Law (VII amendment), Constitution for Colorado State Republic and Substantive Law-Contract Law, Trust Law etc., and of the treaties for the several states of the Union.   Exclusive of the corporate U.S. Constitution, its 14th Amendment and substantive regulations.

8. Also notice and claim all Rights as the sole foreign beneficiary and Equity title holder of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust).  And, as the sole foreign beneficiary, I have moved into the Office of Executor of MDW Trust as the MDW Trust is being mismanaged and raped, on and before 26th of June 2013.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the Laws of the United States, Colorado State Republic Judicial Law or any of the several union states agreements, Lawfully enacted.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth.  Included but not limited to corporation known as UNITED STATES OF AMERICA  or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation.   I just want to live in peace.  I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

### Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application and or by and through its trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative, sub or constructive trust thereof.

### Notice

Notice to Agents is Notice Principal.  Notice to Principal is Notice to Agents.
Assignee and Assignor.     Silence is Acquiescence
All Rights Reserved, Without Prejudice.  Without Recourse.

### Standing and Status

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street Pueblo, Colorado [81001].  In Propria Persona Sui Juris, permanently physically disable American National, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an American National, one of the Citizens of the several union States, with Proof of Life as living man, under

*Affidavit of Standing and Status-Citizenship*

Page 2 of 3

God, of linage to David to Jacob to Adam, Freeman of God a living soul, beneficiary of this Planet Earth put into Trust by God. Thus, I claim and seize the Office of Executor of Gods Trust as said trust is being mismanaged and raped.

I am not the Executor of the Estate or trustee of MDW Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, obligee and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am _Not_ a U.S. citizen, not a 14th Amendment citizen, not a citizen or employee of the Federal Corporation – UNITED STATES OF AMERICA, A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

_Michael-destry Family of Williams_

Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNThIA A. ELLINGSON

Colorado State:

                    ss.

Pueblo County:

Subscribed and Affirmed before this 25th of ___APRIL___ 2019 by Michael-destry Family of Williams

_Cynthia J. Ellingson_
NOTARY PUBLIC
My commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

_Affidavit of Standing and Status-Citizenship_

Page 3 of 3

2019043967
Page: 1 of 2
04/12/2019 10:29 AM     R $18.00
City & County of Denver     D $0.00     CTF

EXHIBIT G

# Declaration and Affirmation of National for The United States of America

I, Michael Destry Williams, promise to be without fear in the face of The United States of America's enemies, foreign or from within The United States of America. I will be brave and upright and do all righteous rulings, that Yahweh may love me. I promise to follow and uphold these three simple rules:

1: Love my neighbor as myself,

2: Do unto others as I would have them do unto me, and

3: I will seek first the kingdom of heaven with all of my heart, mind and soul, and

Furthermore, I will safeguard the helpless and ignorant and teach them to stand on their own. I speak these words in the name of Yahweh, not in conflict with his testimony yahshua, and before my neighbors, so that I shall have standing among all other Nations and States, The United States of America or otherwise. All these words I speak, I promise, and

So solemnly affirmed, declared and promised on the forty-ninth day, in the year of Yahweh, six thousand and fifteen, translation 8th day of May, two thousand and twelve,

*Michael-destry*

*Michael-destry*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 16, 2023

*thomas robert* , Witness          ( , Witness

JOHN HAROLD

STATE OF COLORADO )
COUNTY OF PUEBLO ) ss.

Subscribed and Affirmed before me this 11th day of April, 2019 by Michael-destry.

*Cynthia A Ellingson*

NOTARY PUBLIC   My commission expires 1/16/2023

Intellectual Property Rights Copyright (c) 2012, page one of two

# CERTIFICATION OF ADMINISTERING AFFIRMATION

On this eighth day of the fifth month in the Year, two thousand twelve A. D., for the purpose of verification, I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., do certify that the American National for The United States of America, appeared before me with the following document **Declaration and Affirmation of National for The United States of America**. I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., personally administered the above affirmation to the living Man, Michael Destry Williams, for verification of status and political decision. The herein named affirmation was taken and administered to Michael Destry Williams without coercion, and of his own free will as a matter of right of self determination according to the Law of Nations, and with his left hand on The Scriptures and his right hand in the air.

WITNESS my hand.

David G. Anderson. Lt. Cdr., USN, Ret.

Intellectual Property Rights Copyright©2012, page two of two

Mar 16 17 09:14a

EXHIBIT H

p.10



23 of 24

Mar 16 17 09:15a

p.11



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

PRESENTENCE INVESTIGATION REPORT

MICHAEL DESTRY WILLIAMS

Docket No.: 1:12CR00140-1

Prepared for:      The Honorable Christine M. Arguello
                   United States District Judge

Prepared by:       Katrina M Devine
                   United States Probation Officer
                   Denver, CO
                   303-335-2456

Assistant U.S. Attorney        Defense Counsel
Kenneth Mark Harmon            Michael Destry Williams, Pro Se
1225 17th Street East          c/o GEO-Aurora/Orlando Facility
Denver, CO 80202              3130 North Oakland Street
303-454-0100                  Aurora, CO 80010

Kevin F. Sweeney
501 D Street, N.W.
Washington, DC 20004
202-335-3637

Sentence Date:     March 4, 2014 3:00 PM

Offense:           Count 1:   Tax Evasion and Aiding and Abetting
                              26 U.S.C. § 7201 and 18 U.S.C. § 2
                              Not more than 5 years imprisonment/$250,000.00 fine
                              (Class D Felony)

                   Count 2:   Tax Evasion and Aiding and Abetting
                              26 U.S.C. § 7201 and 18 U.S.C. § 2
                              Not more than 5 years imprisonment/$250,000.00 fine
                              (Class D Felony)

                   Count 3:   Tax Evasion and Aiding and Abetting
                              26 U.S.C. § 7201 and 18 U.S.C. § 2
                              Not more than 5 years imprisonment/$250,000.03 fine
                              (Class D Felony)

DATE REPORT PREPARED: January 28, 2014  DATE REPORT REVISED: February 20, 2014

2063621  AFFI 03/03/2017 04:22:59 2M
Page: 3 of 3  R 22.00 D 0.00  T 22.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



*LIEN*

Case 1:12-cr-00140-CM...   Document 107   Filed 03/13/...   ...Colorado   Page 8 of 11

**DEFENDANT:** MICHAEL DESTRY WILLIAMS
**CASE NUMBER:** 12-cr-00140-CMA

## STATEMENT OF REASONS

**COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

**COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

**COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

State of CO County of Jefferson
Signed before me on this 28th day
of February 2017 by Michael Williams
Notary Public  Amanda L. Vargas

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094036012
MY COMMISSION EXPIRES DECEMBER 17, 2019

2019146453
Page. 1 of 1
D $0.00

10/21 2019 12.20 PM        R $13.00
City & County of Denver              AFF

# UNITED STATES DISTRICT COURT

MICHAEL DESTRY WILLIAMS

## ARREST WARRANT

**YOU ARE COMMANDED**

**Return**