# Affidavit of Service

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

## Notice of Surrendering of Defendant

JAN 23 2019



2020009908
Page: 1 of 6
D $0.00

01/23/2020 12:21 PM   R $38.00
City & County of Denver   AFF

JEFFREY P. COLWELL
CLERK

Date: January 22, 2020

I James Frank, Family of Williams, Sui Juris in Propia Persona, an American National and as lawful Power of Attorney for Michael-destry, Family of Williams (see attached POA), also an American National, do hereby surrender this alleged defendant: Security/Bond, Certificate of Birth, MICHAEL DESTRY WILLIAMS, State File Number 1051964016457.

To: Clerk of Court: Jeffrey P. Colwell Esq., and all agents and officers thereof of the corporate ADMIALTY UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO. 901 19th Street, Denver, Colorado [80294-3589]. Commercial Constructive Trust case # 12-cr-00140-CMA-1, For:

Settlement, closure and payment/discharge of the Payment Bond, Bid Bond, Performance Bond, Lien and any and all other obligations of the commercial Constructive Trust case #12-cr -00140-CMA-1. Thus immediate release of the unwilling compulsory surety - sole foreign beneficiary, living man, American State National - Michael-destry Family of Williams having been unlawfully incarcerated as a prisoner at Aurora Contract Detention Facility – Aurora Colorado and/or Federal Correctional Institution Englewood Colorado debtors prison, know being detained by corporate agency UNITED STATES PROBATION OFFICE, Officer Joel Nelson and superiors, including other foreign officers unknown 1 0f 10 and agency Attorneys 1 of 10 also unknown foreign agents, 212 N. Wahsatch Avenue suite 300, Colorado Springs Colorado [80903-3476]. In direct violation of their own United States Supreme Court ruling of United States v. Haymond 139 S. Ct. 2369 (2010).

As stated by special laws of the corporation 18 UNITED STATES CODE section 951, foreign agents, Attorneys, IRS agents and other corporate agents. Anyone working for a foreign corporation or government A.K.A. (UNITED STATES OF AMERICA corporation government and its corporate agencies and subsidiaries must be registered.

Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents,
Assignee and Assignor. All are without excuse.
 Silence is Acquiescence
All Rights Reserved, Without Prejudice, Without Recourse.

Page 1 of 2
Affidavit
Surrender of certificate of Birth/security

Affirmation

I affirm under God or Creator that this Document is true and correct to the best of my knowledge.

BY /s/ James F. Williams

James Frank, Family of Williams- American National
RFD – c/o PO Box 11814
Pueblo Colorado
Power of Attorney for Michael-destry, Family of
Williams – American National

**Notary Witness:**

Colorado State:      )
                     ) ss.
Pueblo County:       )

Subscribed and Affirmed before me this 22 day of January, 2020
By James Frank, Family of Williams

_Cynthia Ellingson_
Cynthia A. Ellingson – Notary Public
My commission Expires: 1/15/2023

```
CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023
```

Attached: 1) Surrendered defendant MICHAEL DESTRY WILLIAMS/CERTIFICATE OF LIVE BIRTH
State File Number - 1051964016457, Registrar Number - 009123639
2) Recorded copy of original CERTIFIED COPY OF BIRTH RECORD
3) Power of Attorney

Cc:
Office of Commissioner of the Internal Revenue Service
77 K Street North East
Washington, DC 20002

A. Alex Quintana
State Registrar Director of Vital Records,
CHED CO Dept. of Public Health and Environment
4300 Cherry Creek Drive South - CHED-HS-A1
Denver, Colorado 80246-1530



Page 2 of 2
Affidavit
Surrender of certificate of Birth/security

# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER**
1051964016457

**NAME OF REGISTRANT**
MICHAEL   DESTRY   WILLIAMS

**DATE AND TIME OF BIRTH**
MAY 23, 1964  05:47 AM

**SEX OF REGISTRANT**
MALE

**CITY OF BIRTH**
GUNNISON

**COUNTY OF BIRTH**
GUNNISON

**MOTHER'S NAME PRIOR TO FIRST MARRIAGE**
ESTHER   JEAN   VIGILLO

**MOTHER'S PLACE OF BIRTH**
COLORADO

**MOTHER'S AGE AT TIME OF BIRTH**
24

**FATHER'S NAME**
FRANK   RALPH   WILLIAMS

**FATHER'S PLACE OF BIRTH**
COLORADO

**FATHER'S AGE AT TIME OF BIRTH**

**DATE RECORD FILED**
JUNE 02, 1964

**DATE ISSUED**  DECEMBER 19, 2018

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with high resolution border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use, or furnishes for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 04/18

A. ALEX QUINTANA
STATE REGISTRAR

* 009123639 *

Case No. 1:12-cr-00140-CMA   Document 160-6   filed 05/21/20   USDC Colorado   pg 4 of 7

City & County of Denver

2020009908

09/22/2005  10:30:39 AM
Doc $0.00   Page
Rec $6.00   1 of 1   205149044

4 of 6

**Identification of the Natural American Native born Sovereign: Michael Destry; Williams. Living soul legal and correct identification document of proper legal name.**



Signed this 22 day of September, 2005, under the pain and penalty of Perjury.

by/ Michael Destry /Will
**Michael Williams**

)ss:
Pueblo county    )
Colorado State   )

Sworn and subscribed before me this 22nd day of September, 2005

_____
Notary Public

My commission expires: July 17, 2008

## STATE OF COLORADO

Office of the Local Registrar of Vital Statistics

_____Gunnison_____, Colorado

# CERTIFIED COPY OF BIRTH RECORD

**Warning:** This copy is not valid if it does not bear the raised seal of the local registrar of vital statistics. Any reproduction or alteration of this copy is prohibited.

| Name of child | | Sex |
|---|---|---|
| Michael Lesley Williams | | Male |
| **Place of birth** | | **Date of birth** |
| Gunnison, Gunnison County, Colorado | | 5-23-1964 |
| **Name of father** | Age | **Place of birth** |
| Tony Ralph Williams | 26 | Colorado |
| **Name of mother** | Age | **Place of birth** |
| Kathleen Ann Vitullo | 24 | Colorado |
| **Date record filed** | | **Local registration number** |
| June 2, 1964 | | 1-67 in 130 in 1964 |

I hereby certify that I hold the office of Local Registrar of Vital Statistics in __Gunnison__, Colorado, and have custody of the birth records required by law to be kept by said office and that the information set forth above was correctly copied from a record of birth in my office.

Witness my hand and seal of Local Registrar

on this ____26th____ day of ____November____, 19_64_

_Sylvia P. Carroll_
Local Registrar of Vital Statistics

Registration District Number __312__

__Gunnison, Gunnison County__, Colorado

No. __One hundred fourteen__

RS 15B (1-64-100)

# Power of Attorney

Date: MARCH 23, 2019

I, Michael-destry Family of Williams, In Propria Persona Sui Juris, American National, a Citizen of several union States of The United States of America - Colorado State Republic, and as the sole foreign beneficiary, Equity title holder and Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c) - Rural Free Deliver -Rural Route 1, St. Charles Mesa, Pueblo Colorado; In care of: 1735 Cortner Road, Pueblo Colorado [81006].

Hereby grant Limited Power of Attorney to James Frank Family of Williams to perform as a Lawyer and/or Counsel as stated in VI Amendment of the Constitution of the United States, the Republic. For the living man Michael-destry Family of Williams and the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c), upon incarceration, arrest and or detention of Michael-destry Family of Williams.

Including the authority to arrest, claim, seize, settle, close, access charges and defend against any and all legal and lawful, National, Federal, State, corporate, commercial entities and their indictments, cases, claims, negotiable instruments, charging instruments, liens, bonds, true bills, contract, docket sheets, commercial paper and to protect all interest, property of Michael-destry Family of Williams and Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c).

All actions must be for the True Benefit of the living man - Michael-destry Family of Williams and Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c).

### Notice of Revoke/Removal of Power of Attorney

All Powers of Attorney, knowingly and unknowingly granted to any and all Government Agencies, Offices, Departments, etc. and/or by the Quasi SS-5 contract by or through the Social security Administration Office and or all U.S. government corporate, federal and state agencies, offices, departments and all officers and agents thereof, hereby notice again, of revocation of any and all Powers of Attorney, nunc pro tunc and ensuing.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

Notice

Page 1 of 2
Power of Attorney JFW

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor.                    Silence is Acquiescence
All Rights Reserved, Without Prejudice, Without Recourse.

## Standing and Status

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1735 Cortner Road, Pueblo Colorado [81006]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, under God, of linage to Jacob to David to Adam, free man of God, permanent physically disable individual.

Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393427640 US. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am *Not* a US citizen, not a 14th Amendment citizen, not a citizen of the Federal Corporation – UNITED STATES OF AMERICA A.K.A. UNITED STATES – U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

## Affirmation

I affirm under God or Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Notary:

Colorado State:
                        ss.
Pueblo County:

Subscribed and Affirmed before this __23__ of March 2019 by Michael-destry Family of williams

*Cynthia Ellingson*

My commission Expires: __4/15/2023__

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023

Page 2 of 2
Power of Attorney JFW