

**The independent voi**
**Denver since 1977**

**CONOR MCCORMICK-CAVANAGH**    APRIL 8, 2020    10:57AM

Three more people who work at the immigrant detention facility in Aurora have tested positive for COVID-19. They're all employees of private prison company GEO Group, which runs the facility through a contract with Immigration and Customs Enforcement, and are quarantining at home, according to the company.

"Based on a contact investigation conducted in partnership with the Tri-County Health Department, none of the employees who tested positive appear to have had any interactions with detainees that would have left them exposed to the coronavirus," says GEO Group spokesperson Pablo Paez.

The positive tests for the three GEO Group employees brings the number of workers at the ICE facility who have tested positive for COVID-19 to five. Earlier, two ICE employees who work at the facility, including one whose job involves contact with detainees, tested positive for COVID-19.