Jim

date _____

please [illegible]

[illegible] at [illegible] 9th Mailing

1) Medical kite dated 20th April 2020

2) 5 pages of my Log front and back # 32-39

3) 2 pages of Grievance dated 6th February 2020 of Cell doors being locked 24-7 [illegible] Grievance with [illegible] Answer

4) Appeal pink prisoner copy on cell doors being locked down during [illegible], 13th February 2020

GEO has never given me written response to this appeal Cap't Knight (in Log) stated he was answering for Warden Jonny Choate. Violation of their procedures not to said Cap't. Warden [illegible] in answer

5) GEO food Ticket for E 1 unit 4/28/2020 Tuesday Dinner.

6) Six kites returned with answers + [illegible] signature

7) [numbered list] ① 6th April 2020 - Notary Service /② 16th April 2020 refusal of batteries /③ 16th April 2020 7th legal mailing in [illegible]/ ④ 8th legal mailing to J Fw /⑤ 21st April 2020 refusal of weekly batteries /⑥ 4/23/2020 - kite written by Mr Jones for batteries for me without my authority.

7) 1-page Administration [illegible] review - GEO's on me. I never sign them + give them authorization to deter me.

Request for accessment of prisoner's Living conditions, Rights as a Physical permanent Disabled American National with food allergies Dietbetic.

"Medical Kite"

~~REQUEST FOR HEALTH SERVICES~~
~~SOLICITUD PARA SERVICIOS MEDICOS~~

WILLIAMS

GEO
The GEO Group, Inc.

Request for additional accessment of basic prisoner living conditions At GEO.

☐ ~~Psychological Complaint~~ / ~~Queja Psicológica~~    ☐ ~~Medical Complaint~~ / ~~Queja Medica~~    ☐ ~~Dental Complaint~~ / ~~Queja Dental~~

Print: Michael-destry Family of Williams American National — # 2334622-04    E-1    Rm. 212    N/A

Inmate/Detainee/Resident's (I/D/R) Name / Nombre de Identificación    Number American National / Numero    Housing Location / Lugar de Vivienda    Duty Hours / Horas de Trabajo

and written original copy.

Briefly state the reason for your request: Verbal request to GEO staff and Medical have been ignored. Accessment Medical diet stopped on 9th April 2020, without new Accessment of prisoner by GEO staff and Medical

PROBLEM/QUEJA: I, Michael-destry am permanent physically Disabled, including being highly allergic to processed foods, Pasturization, gluton-processed breads, Margarine, processed meats, refined sugar - Dietbetic, etc. Request diet - food that I am not allergic to, - which poisens me, making me deathly sick. Headaces, migraines, sinus-head, throat, ear congestion, stomach pain, gut pain, runs, shits to blood in my stool, gas, muscle and nerve-pain and craping.

26th April 2020

I/D/R's Signature/Firma    Date of Request / Fecha de Solicitud

→ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ←

Date/Time Received: 4/26/2020
Date/Time Triaged: 4/26/2020

☐ ROUTINE
☒ URGENT **

☐ Written Response (see below)    ☒ Referred To: Nsc    ☐ Appointment Made

Received back on 4-29-20 Do Bryan

Triage Nurse: (Signature/Title Stamp) ___ /m/ T.Nanengolu/

ACTION TAKEN: As far as medical care goes - Medical can assess when you sign medical consent. As far as your diet goes you need to speak with your case manager.

Medical Staff Signature/Stamp    Date

Rev 2/11, 6/11, 1/13, 1/15, 5/17    HS-154 (Dual)

Michael-dest: Family of Williams
American National #23346∞-04
RFD
c/o GEO Detention Center
3130 N. Oakland Street
Aurora, Colorado [80010]
BOP's # 39714-013

James-Frank Family of Williams
P.O.A. 14th Amendment Counsel
RFD
c/o P.O. Box 11514
Pueblo, Colorado [81001]