IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL DESTRY WILLIAMS

        Defendant.

## NOTICE REGARDING VIDEO CONFERENCE

Counsel appointed on behalf of Mr. Williams, provides the following notice.

1. Defense tried to call Mr. Destry Williams at the ICE facility in Aurora to discuss video conference and expressed waiver. Mr. Destry Williams refused the attempted communication.

2. Defense counsel contacted a family member via email to see if he could provide assistance in communication with Mr. Destry Williams regarding expressed consent. In that email, defense counsel mistakenly expressed a concern that the July 10, 2020, hearing would be continued again without the expressed consent for video conferencing. Regardless, the family member was not willing to cooperate and indicated as much for Mr. Destry Williams.

3. As a result, defense counsel is unable to obtain Mr. Destry Williams' expressed consent for video conferencing and requests that the revocation of supervised release hearing be conducted in person on July 10, 2020, as scheduled.

        Respectfully submitted,

*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
1600 Stout Street #1400
Denver CO 80202
858-204-6375
KellyM@2nd-chair.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on June 15, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interest parties and the following:

Andrea Surratt
Assistant United States Attorney
Andrea.Surratt@usdoj.gov

Service will also be provided by mail to
Mr. Destry-Williams
at the GEO Facility.

*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
Attorney for the Defendant