USDC

Clerk of Court,

Please record this document (NOTICE OF APPEAL) into case # 12-cr-00140-CMA-1

Biffle v Morton Rubber Indus., Inc 785 S.W.2d 143, 144 (Tex1990) - An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file-marked.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2020

JEFFREY P. COLWELL
CLERK

Title 18 USC - Crimes and Criminal Procedures

Part 1 - Crimes
Chapter 101 Records and Reports
Section 2071 - Concealment, removal
a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or
attempts to do so, or, with intent to do so **takes and carries away** any record, proceeding, map, book, paper, **document**, or other thing, **filed or deposited with any clerk or officer of any court of the United States**, or in any public office, **or with any judicial or public officer of the United States**, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or
other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
**Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court**, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
**If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws**, or to injure him or his property for lawfully enforcing, or

Notice to Clerk                                Page **1** of **2**

attempting to enforce, **the right of any person**, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 2004-2010, 5506-5510.1

SEC. 5408. (**Destroying record by officer in charge**.)
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

I, _Michael : Marshall_, did witness James Frank: Williams place this page and a _2_ page document titled _NOTICE OF APPEAL_ into a USPS envelope and deposit it with the USPS on this day _7-22-20_.

By: _[signature]_
Print: _Michael Marshall_
All Rights Reserved, Without Prejudice

Notice to Clerk                                                    Page **2** of **2**

# NOTICE OF APPEAL
## and Fraud under Color of Law
### standing In Common Law

TO:    The United States Court of Appeals
       for the Tenth Circuit
      Byron White Court House
      1823 Stout Street
      Denver, CO 80257
      Clerk's Office: 303-844-3157

From:  James Frank, Family of Williams, Sui Juris, in Propria Persona
       Recognized as an American National by the U.S. State Department
       Lawful Power of Attorney for:
       Michael-destry, Family of Williams, Sui Juris, in Propria Persona
       Permanently Disabled
       Recognized as an American National by the U.S. State Department

RE:    **Notice of Appeal for Michael-destry Family of Williams,** (herein known as Michael-destry) permanently disabled and indigent, and **moving In Forma Pauperis**, an American National/State Citizen as per the United States State Department, is being held/incarcerated and/or under penal corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc, in a **commercial case # 12-cr-00140-CMA -(1),** with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc. Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress and coercion.

      This document is not only a "Notice of Appeal" and to move In Forma Pauperis, for Michael-destry, but also a notice to their superiors, of the lawlessness, fraud and torture, perpetrated under Color of Law, in violation of US. Code 18, sections 241 and 242, and without jurisdiction in violation of U.S. Code 18 section 1545, but not limited to, in the corporation known as the UNITED STATES DISTRICT COURT OF COLORADO, against Michael-destry. These actions are perpetrated by BAR member Phillip Brimmer, acting as chief judge. BAR member Steven Crews acting as a Magistrate. BAR member Christine M. Arguello, acting as a lawfully seated judge. BAR member Andrea L. Surratt acting as a prosecutor and bringing charges under Color of Law. BAR member Kelly L. Meilstrup, fraudulently acting as counsel for the accused without lawful authority or contract. BAR member Martha H. Eskesen, who fraudulently acted as counsel for the accused without lawful authority or contract. BAR member Jeffrey Colwell acting as Clerk of Court, fraudulently altering the accused's name into a fictitious entity and Joel Nelson, acting U.S. Probation Officer for the UNITED STATES DISTRICT COURT OF COLORADO. Also, United States Marshal David A. Weaver, acting outside his Oath, represented by numerous deputies under his command, in collusion with afore mentioned BAR members, to perpetrate the kidnapping, detainment and torture of the accused Under Color of Law and

without lawful warrant.  Aurora GEO Contract Detention Facility Warden Johnny Choate colluding with the above mentioned peoples and his staff as well as other workers inside the GOE Facility including Major Garcia and other guards, case worker David Jones and the medical staff all ignoring the accused's Nationality, disabilities, allergies and as of July 17, 2020 holding him in medical isolation without physical assessment as per their own handbook in order to coerce a signature for contract.

I James Frank: Williams am writing and submitting this Notice, on behalf of Michael-destry, as his P.O.A. because since his kidnapping in October of 2019, Michael-destry has been without access to a law library and a properly working word processor.  His communications are with me and I act as to his wishes.  I am the ONLY man or woman who he has given this authority to in this Commercial Case.

### Notice

Notice to Agents is Notice Principal.  Notice to Principal is Notice to Agents.
Assignee and Assignor.  All are without excuse.  Silence is Acquiescence.
All Rights Reserved, Without Prejudice, Without Recourse.

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

BY: *James F: Williams* (signature)
James Frank: Family of Williams-Sui Juris
American National
RFD -In care of:   PO Box 11814
Pueblo Colorado

Colorado State      )
                    ) ss.
Pueblo County       )

Subscribed and sworn to before me this 21 Day of July, 2020, by James Frank; Williams

_Cynthia Ellingson_ (signature)
Cynthia A. Ellingson, Notary Public
My commission expires   1/15/2023

> CYNTHIA A. ELLINGSON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20034001638
> MY COMMISSION EXPIRES   JANUARY 15, 2023

CC:   UNITED STATES DISTRICT COURT OF COLORADO Inc.
      Attn: Clerk of Court
      901 19th Street
      Denver, Colorado [80294-3589]

NOTICE OF APPEAL
2 of 2




UNITED STATES POSTAL SERVICE

EXPRESS MAIL

**EXTREMELY URGENT** *Please Rush To Addressee*

Flat Rate
Mailing Envelope
*For Domestic and International Use*

*Visit us at usps.com*

