APPEAL,TERMED

# U.S. District Court − District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:12−cr−00140−CMA All Defendants

| | |
|---|---|
| Case title: USA v. Williams | Date Filed: 03/22/2012 |
| | Date Terminated: 03/10/2014 |

Assigned to: Judge Christine M. Arguello

### Defendant (1)

**Michael Destry Williams**
*TERMINATED: 03/10/2014*
also known as
Will Williams
*TERMINATED: 03/10/2014*

represented by **Michael Destry Williams**
RFD−C/O
P.O. Box 11814
Pueblo, CO 81001
PRO SE

**Martha Horwitz Eskesen**
Martha H. Eskesen, P.C.
5445 DTC Parkway
Penthouse 4
Greenwood Village, CO 80111
303−486−6938
Fax: 303−573−4921
Email: meskesen@eskesenlaw.com
*TERMINATED: 01/23/2020*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Kelly Lynne Meilstrup**
Second−Chair
1600 Stout Street
Suite 1400
Denver, CO 80202
858−204−6375
Email: KellyM@2nd−chair.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert William Pepin**
Robert W. Pepin, Attorney at Law
P.O. Box 2727
Port Angeles, WA 98362
303−324−4633
Email: aticusbooradley@gmail.com
*TERMINATED: 07/02/2013*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| ATTEMPT TO EVADE OR DEFEAT TAX (1−2) | Dismissed |
| ATTEMPT TO EVADE OR DEFEAT TAX (1s−3s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised |

| | |
|---|---|
| | Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| ACTS AFFECTING PERSONAL FINANCIAL INTEREST (3) | Dismissed |
| STRUCTURING TRANSACTIONS TO EVADE REPORTING REQUIREMENTS (4s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy–one(71)months as to wach of Counts 5 through 9; and thirty–six(36)months as to Count 10, all to run concurrently for a total term of seventy–one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| BANK FRAUD (5s–6s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy–one(71)months as to wach of Counts 5 through 9; and thirty–six(36)months as to Count 10, all to run concurrently for a total term of seventy–one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| FICTITIOUS OBLIGATIONS INTENDED TO DEFRAUD (7s–9s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy–one(71)months as to wach of Counts 5 through 9; and thirty–six(36)months as to Count 10, all to run concurrently for a total term of seventy–one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| CORRUPT OR FORCIBLE INTERFERENCE (10s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy–one(71)months as to wach of Counts 5 through 9; and thirty–six(36)months as to Count 10, all to run concurrently for a total term of seventy–one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kenneth (Former AUSA) Harmon**<br>U.S. Attorney's Office−Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303−454−0100<br>Fax: 454−0402<br>Email: USACO.ECFCriminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |
| | | **Andrea Lee Surratt**<br>U.S. Attorney's Office−Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303−454−0124<br>Email: andrea.surratt@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |
| | | **Kevin F. Sweeney**<br>U.S. Department of Justice−DC−601 D Street<br>601 D Street, N.W.<br>Washington, DC 20004<br>202−305−3637<br>Fax: 202−514−9623<br>Email: kevin.f.sweeney@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2012 | 1 | INDICTMENT as to Michael Destry Williams (1) count(s) 1−2, 3. (Attachments: # 1 Criminal Information Sheet) (lygsl, ) (Entered: 03/23/2012) |
| 03/22/2012 | 2 | Arrest Warrant Issued in case as to Michael Destry Williams. (lygsl, ) (Entered: 03/23/2012) |
| 03/22/2012 | 3 | MOTION to Restrict Case, by USA as to Michael Destry Williams. (lygsl, ) (Entered: 03/23/2012) |
| 03/22/2012 | 4 | ORDER. The Indictment and Arrest Warrant, as well as the Motion to Restrict, are restricted until arrest of the defendant re 3 Motion for Leave to Restrict as to Michael Destry Williams (1), by Magistrate Judge Kristen L. Mix on 3/22/102. (lygsl, ) (Entered: 03/23/2012) |
| 03/23/2012 | 5 | Memorandum Returning Case in case as to Michael Destry Williams. Case reassigned to Judge Christine M. Arguello for all further proceedings by Judge Lewis T. Babcock on 03/23/12. (jjhsl, ) Modified on 3/27/2012 to correct type of order (jjhsl, ). (Entered: 03/23/2012) |

| | | |
|---|---|---|
| 07/26/2012 | 6 | MOTION to Restrict Case, by USA as to Michael Destry Williams. (sgrim) (Entered: 07/27/2012) |
| 07/26/2012 | 7 | ORDER. The Superseding Indictment and Arrest Warrant, as well as the Motion to Restrict, are restricted at Level 3 until the arrest of the defendant, by Magistrate Judge Kathleen M. Tafoya on 7/26/12. (sgrim) (Entered: 07/27/2012) |
| 07/26/2012 | 8 | Superseding INDICTMENT as to Michael Destry Williams (1) count(s) 1s−3s, 4s, 5s−6s, 7s−9s, 10s. (Attachments: # 1 Criminal Information Sheet) (dkals, ). (Entered: 07/27/2012) |
| 07/26/2012 | 9 | Arrest Warrant Issued in case as to Michael Destry Williams. (dkals, ) (Entered: 07/27/2012) |
| 06/27/2013 | 10 | Arrest of Michael Destry Williams on Superseding Indictment. Initial Appearance set for 6/27/2013 at 02:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (Text Only Entry)(nmmsl, ) (Entered: 06/27/2013) |
| 06/27/2013 | 11 | COURTROOM MINUTES for Initial Appearance as to Michael Destry Williams held on 6/27/2013 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody without counsel. Defendant advised and Federal Public Defender appointed. Arraignment, Discovery, and Detention Hearing set for 7/2/2013 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. (Total time: 7 mins, Hearing time: 2:45−2:52)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Darren Streich on behalf of Pretrial. FTR: S. Grimm. (sgrim) Text Only Entry (Entered: 06/28/2013) |
| 06/27/2013 | 13 | CJA 23 Financial Affidavit by Michael Destry Williams. (bnbcd, ) (Entered: 06/28/2013) |
| 06/28/2013 | 12 | NOTICE OF ATTORNEY APPEARANCE: Robert William Pepin appearing for Michael Destry Williams (Pepin, Robert) (Entered: 06/28/2013) |
| 07/02/2013 | 14 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment, Discovery, and Detention Hearing as to Michael Destry Williams held on 7/2/2013. Defendant present in custody. Mr. Pepin moves to withdraw as counsel. The Government has no objection to the oral motion to withdraw. Defendant has no objection to the oral motion to withdraw. Defendant states that he wishes to represent himself in this matter. Discussion regarding Defendant's request to represent himself and Magistrate Judge Tafoya's previous findings regarding Defendant's competency to represent himself. ORDERED: Robert Pepin's oral motion to withdraw as counsel is GRANTED, and the Court appoints Criminal Justice Act counsel to represent the defendant. Arraignment, Discovery, and Detention Hearing reset for 7/5/2013 1:30 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Status Conference set for 7/5/2013 1:30 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. (Total time: 17 minutes, Hearing time: 2:16−2:33)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Robert Pepin on behalf of the defendant, Paige Meador on behalf of Pretrial Services. Text Only Entry. FTR: CRIMINAL PM −− Courtroom A−501. (mehcd) (Entered: 07/03/2013) |
| 07/03/2013 | 15 | CJA 20/30 Appointment of Martha Horwitz Eskesen for Michael Destry Williams by Magistrate Judge Michael E. Hegarty on 7/3/2013. (smatl, ) (Entered: 07/03/2013) |
| 07/03/2013 | 16 | NOTICE OF ATTORNEY APPEARANCE: Martha Horwitz Eskesen *court−appointed counsel* appearing for Michael Destry Williams (Eskesen, Martha) (Entered: 07/03/2013) |
| 07/03/2013 | 17 | Unopposed MOTION for Order *to Reset Arraignment, Discovery and Detention Hearing* by Michael Destry Williams. (Eskesen, Martha) (Entered: 07/03/2013) |
| 07/03/2013 | 18 | ORDER GRANTING 17 Motion for Order as to Michael Destry Williams (1). The arraignment, discovery and detention hearing for Defendant Williams, currently set for 07/05/2013 before Magistrate Judge Michael E. Hegarty is VACATED and RESET to 07/08/2013 at 2:00 PM, in Courtroom A602, BEFORE JUDGE CHRISTINE M. ARGUELLO. SO ORDERED BY Judge Christine M. Arguello on 07/03/13. Text Only Entry (cmasec) (Entered: 07/03/2013) |

| Date | # | Description |
|---|---|---|
| 07/08/2013 | 19 | RESTRICTED BAIL REPORT − Level 4: as to Michael Destry Williams. (cesco, ) (Entered: 07/08/2013) |
| 07/08/2013 | 20 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Arraignment, Discovery, Detention Hearing held on 7/8/2013. Defendant present in custody. NOT GUILTY Plea entered by Michael Destry Williams on all counts. Discovery memorandum executed. ORDERED Defendant detained. MOTION: Defendant's Oral Motion to Withdraw as Attorney is granted. Martha Eskesen is allowed to withdraw as attorney and is appointed as stand−by counsel. HEARINGS AND DEADLINES: Motions are due 7/26/2013. Responses 8/6/2013. A 10−day Jury Trial is set for 8/19/2013 at 8:00 AM in Courtroom A−602. Final Pretrial Conference is set for 8/12/2013 at 1:00 PM in Courtroom A−602. Jury Selection is set for 8/12/2013 at 1:30 PM in Courtroom A−602. Defendant remanded. (Total time: 01:35, Hearing time: 2:01−3:36)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Matha Eskesen on behalf of the defendant, Darren Streich on behalf of probation. Court Reporter: Darlene Martinez. (cmacd) Text Only Entry Modified on 7/10/2013 to include language regarding appointment of stand−by counsel (cmacd). (Entered: 07/09/2013) |
| 07/08/2013 | 21 | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 10 days as to Michael Destry Williams. By Judge Christine M. Arguello on 7/8/2013. (cmacd) (Entered: 07/09/2013) |
| 07/10/2013 | 22 | NOTICE of Change of Address/Contact Information (Eskesen, Martha) (Entered: 07/10/2013) |
| 07/15/2013 | 23 | (MOTION) Demanding Transfer and Invoking Article III Common Law Court of Competent Jurisdiction by Michael Destry Williams. (dkals, ) (Entered: 07/15/2013) |
| 07/15/2013 | 24 | NOTICE re: arrest, seizure and claim by Michael Destry Williams (dkals, ) (Entered: 07/15/2013) |
| 07/15/2013 | 25 | LETTER re: beneficiary status by Michael Destry Williams (dkals, ) (Entered: 07/15/2013) |
| 07/16/2013 | 26 | ORDER DENYING 23 Motion for Change of Venue as to Michael Destry Williams (1), by Judge Christine M. Arguello on 07/16/13. Text Only Entry (cmasec) (Entered: 07/16/2013) |
| 07/16/2013 | 27 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Michael Destry Williams. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 07/16/2013) |
| 07/16/2013 | 28 | ORDER granting 27 Motion to Disclose Grand Jury Material to Defendant, as to Michael Destry Williams (1), by Judge Christine M. Arguello on 7/16/13. (dkals, ) (Entered: 07/16/2013) |
| 07/23/2013 | 29 | ORDER OF DETENTION as to Michael Destry Williams by Judge Christine M. Arguello on 7/23/13. (dkals, ) (Entered: 07/23/2013) |
| 07/24/2013 | 30 | NOTICE *of Clarification by Advisory Counsel* by Michael Destry Williams (Eskesen, Martha) (Entered: 07/24/2013) |
| 07/29/2013 | 31 | MOTION for Medical Exam/Treatment *PHYSICAL EXAMINATION OF* by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 07/29/2013) |
| 07/29/2013 | 32 | MOTION for Extension of Time to File *MOTION TO EXTEND FILING AND SUBMISSION DEADLINES BY THREE BUSINESS DAYS* by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 07/29/2013) |
| 07/29/2013 | 33 | Notice of Rule 404b by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 07/29/2013) |
| 07/30/2013 | 34 | ORDER GRANTING 32 Motion for Extension of Time to File as to Michael Destry Williams (1). The parties shall have an extension of three business days to make the following required filings and submissions in this case: Proposed jury instructions shall be submitted to Chambers NO LATER THAN 08/01/2013; witness and exhibit lists, and proposed voir dire questions shall be submitted to Chambers NO LATER |

| | | |
|---|---|---|
| | | THAN 08/08/2013. SO ORDERED BY Judge Christine M. Arguello on 07/30/13. Text Only Entry (cmasec) (Entered: 07/30/2013) |
| 07/30/2013 | 35 | SUPPLEMENT to 31 MOTION for Medical Exam/Treatment *PHYSICAL EXAMINATION OF* by USA as to Michael Destry Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Harmon, Kenneth) (Entered: 07/30/2013) |
| 07/31/2013 | 36 | MOTION for Hearing *Motion for Status Conference* by Michael Destry Williams. (Eskesen, Martha) (Entered: 07/31/2013) |
| 08/02/2013 | 37 | ORDER granting 31 Motion for Physical Examination as to Michael Destry Williams (1) by Judge Christine M. Arguello on 8/2/13. The Final Trial Preparation Conference and Jury Trial are vacated. (dkals, ) (Entered: 08/02/2013) |
| 08/08/2013 | 38 | ORDER GRANTING 36 Motion for Hearing as to Michael Destry Williams (1). A status conference to address Advisory/Standby counsel's role in this matter, as well as Defendant's medical evaluation issues, is set for 08/22/2013 at 1:30 PM, in Courtroom A602, before Judge Christine M. Arguello. SO ORDERED BY Judge Christine M. Arguello on 08/08/13. Text Only Entry (cmasec) (Entered: 08/08/2013) |
| 08/12/2013 | 39 | TRANSCRIPT of Arraignment Hearing as to Michael Destry Williams held on 7/8/13 before Judge Arguello. Pages: 1−71. <br>**<br> NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 11/15/2013. (Martinez, Darlene) (Entered: 08/12/2013) |
| 08/14/2013 | 40 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/14/2013) |
| 08/22/2013 | 41 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/22/2013) |
| 08/22/2013 | 42 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/22/2013) |
| 08/22/2013 | 43 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/22/2013) |
| 08/22/2013 | 44 | Affidavit re: Commercial Presentments by Michael Destry Williams (dkals, ) (Entered: 08/22/2013) |
| 08/22/2013 | 45 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference as to Michael Destry Williams held on 8/22/2013. Defendant present in custody but was removed from the courtroom and placed in the holding cell after becoming disruptive. Martha Eskesen's attorney status as to the Defendant has been changed from stand−by counsel to advisory counsel. Ms. Eskesen is to represent the Defendant's interest regarding competency issues only. The Court has ordered a physical and mental evaluation of the Defendant. A written Order will follow. Defendant remanded. (Total time: 00:25, Hearing time: 1:36−2:01)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Martha Eskensen, on behalf of the defendant (advisory counsel). Court Reporter: Janet Coppock. (cmacd) Text Only Entry (Entered: 08/23/2013) |
| 08/28/2013 | 46 | MOTION for Leave to File *Advisory Counsel's Objection to Government's Proposed Order* by Michael Destry Williams. (Attachments: # 1 Exhibit A)(Eskesen, Martha) (Entered: 08/28/2013) |
| 08/28/2013 | 47 | Order Directing Examinations as to Michael Destry Williams by Judge Christine M. Arguello on 8/28/13. (dkals, ) (Entered: 08/28/2013) |

| Date | # | Description |
|---|---|---|
| 08/28/2013 | 48 | Letter re: rights violations by Michael Destry Williams (dkals, ) (Entered: 08/29/2013) |
| 09/04/2013 | 63 | CJA 24 Payment Authorization as to Michael Destry Williams by Judge Christine M. Arguello on 9/4/2013. (smatl, ) (Entered: 09/27/2013) |
| 09/05/2013 | 49 | TRANSCRIPT of Status Conference as to Michael Destry Williams held on August 22, 2013 before Judge Christine M. Arguello. Pages: 1−19. <br><br> **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/9/2013. (Coppock, Janet) (Entered: 09/05/2013) |
| 09/09/2013 | 50 | Mail Returned as Undeliverable: 47 Order addressed to Michael Destry Williams. (dkals, ) (Entered: 09/10/2013) |
| 09/10/2013 | 51 | MOTION for Hearing *by Advisory Counsel* by Michael Destry Williams. (Eskesen, Martha) (Entered: 09/10/2013) |
| 09/12/2013 | 52 | TRANSCRIPT of Arraignment/Discovery/Detention Hearing as to Michael Destry Williams held on July 2, 2013 before Magistrate Judge Hegarty. Pages: 1−18. **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/16/2013. (Avery Woods Reporting, ) (Entered: 09/12/2013) |
| 09/12/2013 | 53 | TRANSCRIPT of Initial Appearance as to Michael Destry Williams held on 6−27−13 before Magistrate Judge Tafoya. Pages: 1−9. **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/16/2013. (Avery Woods Reporting, ) (Entered: 09/12/2013) |
| 09/12/2013 | 64 | CJA 24 Payment Authorization as to Michael Destry Williams by Judge Christine M. Arguello on 9/12/2013. (smatl, ) (Entered: 09/27/2013) |
| 09/13/2013 | 54 | RESTRICTED DOCUMENT − Level 1 as to Michael Destry Williams. (dkals, ) (Entered: 09/13/2013) |
| 09/16/2013 | 55 | ORDER Regarding Mental Competency as to Michael Destry Williams by Judge Christine M. Arguello on 9/16/13. (dkals, ) (Entered: 09/17/2013) |
| 09/16/2013 | 69 | CJA 24 Payment Authorization as to Michael Destry Williams by Magistrate Judge Michael E. Hegarty on 9/16/2013. (smatl, ) (Entered: 10/09/2013) |

| | | |
|---|---|---|
| 09/16/2013 | 70 | CJA 24 Payment Authorization as to Michael Destry Williams by Magistrate Judge Kathleen M. Tafoya on 9/16/2013. (smatl, ) (Entered: 10/09/2013) |
| 09/17/2013 | 56 | NOTICE re 55 Order by Michael Destry Williams (Eskesen, Martha) (Entered: 09/17/2013) |
| 09/17/2013 | 57 | Certificate of Service: 55 Regarding Mental Competency sent via mail by Clerk to Michael Destry Williams, #39714−013, at FCI ENGLEWOOD, Inmate Mail/Parcels, 9595 WEST QUINCY AVENUE, LITTLETON, CO 80123. Text Only Entry (dkals, ) (Entered: 09/17/2013) |
| 09/20/2013 | 58 | MOTION for Hearing *(Scheduling Conference) and Incorporated Speedy Trial Report* by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 09/20/2013) |
| 09/23/2013 | 59 | ORDER GRANTING 58 Motion for Hearing as to Michael Destry Williams (1). A Status/Scheduling Conference is set for 9/24/2013 at 3:30 PM, in Courtroom A602 before Judge Christine M. Arguello, at which time trial dates will be set. SO ORDERED BY Judge Christine M. Arguello on 09/23/13. Text Only Entry (cmasec) (Entered: 09/23/2013) |
| 09/24/2013 | 60 | NOTICE *OF LEGAL AUTHORITY RE: STANDBY COUNSEL* by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 09/24/2013) |
| 09/24/2013 | 61 | ORDER DENYING AS MOOT 46 Motion for Leave to File as to Michael Destry Williams (1) by Judge Christine M. Arguello on 09/24/13. Text Only Entry (cmasec) (Entered: 09/24/2013) |
| 09/24/2013 | 62 | MINUTE ENTRY for Scheduling Conference proceedings held before Judge Christine M. Arguello on 9/24/2013 as to Michael Destry Williams. Defendant present in custody. The Court notes that the Defendant refused to respond to any of its questions and remained silent the entire hearing. The Court also notes that the Defendant has refused to accept any mail and/communications from Ms. Eskesen. The Court finds there is no basis to continue with stand−by counsel and relieves Ms. Eskesen of this appointment. Defendant is instructed by the Court to file a motion if he finds stand−by counsel is necessary. DEADLINES: Motions due by 10/7/2013; Responses due by 10/15/2013; Jury Trial set for 10/28/2013 08:30 AM; Trial Preparation Conference set for 10/21/2013 at 03:00 PM. All hearings to be held in Courtroom A 602 before Judge Christine M. Arguello. Defendant is REMANDED. (Total time: 8 minutes; Hearing time: 3:32 p.m. − 3:40 p.m.) Court Reporter: Darlene Martinez. (babia)Text Only Entry APPEARANCES: Ken Harmon on behalf of the Government; Also present, Special Agent, Clayton Knabb − U.S. Treasury Department Inspector General. Defendant present in custody. Martha Eskesen, present as stand−by counsel to Defendant. (Entered: 09/26/2013) |
| 09/29/2013 | 65 | CJA 20/30 Payment Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 09/29/2013) |
| 10/02/2013 | 66 | MOTION to Modify 28 Order on Motion to Disclose Grand Jury Material by USA as to Michael Destry Williams. (Attachments: # 1 Exhibit 1)(Harmon, Kenneth) (Entered: 10/02/2013) |
| 10/02/2013 | 77 | CJA 20/30 Payment Authorization as to Michael Destry Williams by Judge Christine M. Arguello on 10/2/2013. (smatl, ) (Entered: 10/21/2013) |
| 10/03/2013 | 67 | ORDER granting 66 Motion to Modify Grant Jury Disclosure Order, as to Michael Destry Williams (1), by Judge Christine M. Arguello on 10/3/13. (dkals, ) (Entered: 10/03/2013) |
| 10/07/2013 | 68 | Notice of Rule 404b by USA as to Michael Destry Williams *Supplemental* (Harmon, Kenneth) (Entered: 10/07/2013) |
| 10/15/2013 | 71 | Mail Returned as Undeliverable: 67 Order addressed to Michael Destry Williams. (dkals, ) (Entered: 10/16/2013) |
| 10/18/2013 | 72 | MINUTE ORDER as to Michael Destry Williams: This matter is before the Court sua sponte. Because a conflict has arisen on the Court's docket, the time of the Final Trial Preparation Conference, currently set for 10/21/2013 at 3:00 PM, is RESET to 9:00 AM. SO ORDERED BY Judge Christine M. Arguello on 10/18/13. Text Only Entry (cmasec) (Entered: 10/18/2013) |

| | | |
|---|---|---|
| 10/18/2013 | 73 | Mail Returned as Undeliverable: 55 Order addressed to Michael Destry Williams. (dkals, ) (Entered: 10/18/2013) |
| 10/19/2013 | 74 | Notice of Rule 404b by USA as to Michael Destry Williams *Second Supplemental* (Harmon, Kenneth) (Entered: 10/19/2013) |
| 10/21/2013 | 75 | NOTICE OF ATTORNEY APPEARANCE Kevin F. Sweeney appearing for USA. (Sweeney, Kevin) (Entered: 10/21/2013) |
| 10/21/2013 | 76 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Trial Preparation Conference as to Michael Destry Williams held on 10/21/2013. APPEARANCES: Kenneth Harmon on behalf of the Government; Also present at Government table: Trista Merz, IRS CI Special Agent and Klaton Knabb, TIGTA Special Agent; Defendant present pro se and in custody. ORDERS: Witnesses shall be sequestered aside from expert witnesses. Counsel shall remain behind the podium. Defendant shall let the Court know in advance if he wishes to call witnesses. MOTIONS: Granting Government's Motion to Have Both Case Agents at Counsel Table. Granting Government's Request to Excuse Mr. Knabb from Thursday's afternoon session. DEADLINE: Unusual names shall be given to the court reporter no later than 4:00 p.m. on 10/25/13. Defendant remanded. (Total time in court: 00:38 − Hearing time: 9:08 − 9:46) Court Reporter: Mary George. (eseam) Text Only Entry (Entered: 10/21/2013) |
| 10/28/2013 | 78 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial−DAY ONE held on 10/28/2013 as to Michael Destry Williams. Defendant present in custody. Voir Dire. Jury of 12 plus 1 alternate impaneled and sworn. Opening Statement. Trial continued. Defendant remanded. (Total time: 4:32, Hearing time: 8:29−2:39)<br><br>**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government. Michael Destry Williams, pro se, on behalf of the defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (cma) Text Only Entry (Entered 10/29/2013) (Entered: 10/29/2013) |
| 10/29/2013 | 79 | Mail Returned as Undeliverable: 76 Minute Entry addressed to Michael Destry Williams. (dkals, ) (Entered: 10/29/2013) |
| 10/29/2013 | 80 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial−DAY TWO held on 10/29/2013 as to Michael Destry Williams. Defendant present in custody. WITNESSES SWORN AND TESTIFIED: Kristy Morgan, Debra Grasmick, Kristin Hocker, Tami Cornelison, and Jeffrey Gorman. EXHIBITS RECEIVED: 101, 102, 102c, 103, 103c, 104a, 105a, 108a, 114a, 115, 116, 117, 121, 122, 123, 124, 137, 138, 139a, 142a, 149, 149c, 150a, 153a, 156a, 156b, 157, 158, 159, 159c, 160, 161, 162, 163, 164b, 169, 170, 171, 172, 173, 174, 175, 176, 177, 182, 183, 184, 185, 186, 187, 188, 189, 311 [conditionally admitted], 517a−j, 518a−o, 519a−m, 530c, 530d, 530f, 530i, 530j, 530k, 530l, 530s, 530t, 602a−c, 603a−d, 604a−d, 631a, 631b, 909, 910, 911. Jury excused for the day. Trial continued. Defendant remanded. (Total time: 5:40, Hearing time: 8:02−2:29)APPEARANCES: Ken Harmon and Kevin Sweeney on behalf of the Government; Michael Destry Williams, pro se on behalf of the Defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (rmcd) Text Only Entry (Entered: 10/30/2013). (Entered: 10/30/2013) |
| 10/30/2013 | 81 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial−DAY THREE held on 10/30/2013 as to Michael Destry Williams. Defendant present in custody. WITNESSES SWORN AND TESTIFIED: Jeffrey Gorman (continued from 10/29), Kelly Weis, Rodger McKlem, Patty Dalton. EXHIBITS RECEIVED: 178, 400, 401, 402a, 402b, 403a, 403b, 404, 406, 406a, 406b, 408, 408a, 409, 409a, 410, 410a, 411, 411a, 412, 412a, 413, 420, 423, 423a, 424, 424a, 425, 425a, 426, 426a, 427, 427a, 427b, 428, 428a, 429, 429a, 430, 430a, 431, 432, 432a, 433, 433a, 434, 434a, 435, 436, 437, 437a, 438, 438a, 439, 439a, 440, 441, 442, 443, 444, 445, 446a, 446b, 446c, 447a, 447b, 447c, 447d, 457b, 611a−c, 612a−c, 618, 619, 620, 1003, 1004, 1005. Jury excused for the day. Trial continued. Defendant remanded. (Total time: 5:32, Hearing time: 8:07−2:27)BR><br>**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government. Michael Destry Williams, Pro Se, on behalf of the defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: |

| | | |
|---|---|---|
| | | Darlene Martinez. (rmcd) Text Only Entry (Entered: 10/31/2013) |
| 10/31/2013 | 83 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial (DAY FOUR) as to Michael Destry Williams held on 10/31/2013. Defendant present, in custody. WITNESSES SWORN AND TESTIFIED: Janice Weisenhorn, Tara Durrant, Trista Merz, Sean McCarthy, Robert Root, Michelle Bass, Dana RaNay Cascio−Weldon. EXHIBITS RECEIVED: 403d, 217, 203, 204, 205, 210, 211, 213, 215, 207d, 503a, 503b, 505, 508a, 508b, 508c, 508d, 508e, 508f, 507, 478, 501a, 501b, 501c, 501d, 520a, 520b, 520c, 520d, 520e, 520f, 520g, 450, 451, 452, 457, 459, 460, 461, 462b, 462e, 462f, 462g, 463a, 463b, 464, 465, 473b, 474, 475, 476, 477. Jury excused for the day. Trial continued. Defendant remanded. Trial Time: 5:06 (8:04 a.m.−1:59 p.m.)APPEARANCES: Kenneth M. Harmon and Kevin F. Sweeney on behalf of the Government; Michael Destry Williams, Pro Se, on behalf of Defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (wydcd, rrk) Text Only Entry (Entered: 11/01/2013) |
| 11/01/2013 | 82 | ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS as to Michael Destry Williams. By Judge Christine M. Arguello on 11/1/2013. (cmacd) (Entered: 11/01/2013) |
| 11/01/2013 | 84 | RESTRICTED BAIL REPORT − Level 4: as to Michael Destry Williams. (cesco, ) (Entered: 11/01/2013) |
| 11/04/2013 | 85 | AFFIDAVIT by Michael Destry Williams (dkals, ) (Entered: 11/05/2013) |
| 11/04/2013 | 86 | NOTICE entitled "Order RE: Commercial Presentment" by Michael Destry Williams (dkals, ) (Entered: 11/05/2013) |
| 11/04/2013 | 88 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial DAY FIVE as to Michael Destry Williams held on 11/4/2013,Defendant present in custody.WITNESSES SWORN AND TESTIFIED: Judge Victor Reyes, Mary Perry,Judge Karla Hansen,Wayne Everett,Evan Garrett,Jonathan Lynch. EXHIBITS ADMITTED AND ENTERED: 306,307,308,310,311[admitted without condition] 312,313,314a,315, 325,326,330,331,332,333,334,336,337,353,901,902,903,904, 905,906,907,908,920,921. Jury excused for the day. Trial continued. Defendant remanded. (Total time: 05:46, Hearing time: 8:01−2:39)<br><br>**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government, Michael Destry Williams, Pro Se, on behalf of the defendant. ALSO PRESENT: Clayton Knabb and Trista Merz,representing the Government. Court Reporter: Darlene Martinez. (cmacd) Text Only Entry Modified on 11/6/2013 (cmacd, ). Modified on 11/6/2013 to correct syntax (kweck). (Entered: 11/06/2013) |
| 11/05/2013 | 87 | AFFIDAVIT by Michael Destry Williams (dkals, ) (Entered: 11/05/2013) |
| 11/05/2013 | 89 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial DAY SIX as to Michael Destry Williams held on 11/5/2013. Defendant present in custody. WITNESS SWORN AND TESTIFIED. Jonathan Lynch. EXHIBIT RECEIVED: 492 (page 3 only). Charging conference. Jury Instructions. Closing arguments. Jury deliberations. JURY VERDICT: Guilty as to counts 1 through 10. Sentencing set for 1/27/2014 at 3:30 PM before Judge Christine M. Arguello. The US Probation Office shall prepare a Presentence Report in accordance with Federal Rule of Criminal Procedure 32(c). Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than seven days before the sentencing date. Any post−trial motions are to be submitted in accordance with the Federal Rules of Criminal Procedure. Defendant remanded. (Total time: 02:25, Hearing time: 8:02−2:23)<br><br>**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government, Michael Destry Williams, Pro Se, on behalf of the defendant, Katrina Devine on behalf of probation. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (cmacd) Text Only Entry (Entered: 11/06/2013) |
| 11/05/2013 | 90 | Proposed Jury Instructions. (cmacd) (Entered: 11/06/2013) |

| | | |
|---|---|---|
| 11/05/2013 | 91 | Changes to Jury Instructions from Friday to Today (cmacd) (Entered: 11/06/2013) |
| 11/05/2013 | 92 | FINAL Jury Instructions as to Michael Destry Williams (cmacd) (Entered: 11/06/2013) |
| 11/05/2013 | 93 | Jury Notes as to Michael Destry Williams (Attachments: # 1 Court Note # 2 (cmacd) (Entered: 11/06/2013) |
| 11/05/2013 | 94 | REDACTED JURY VERDICT as to Michael Destry Williams (1) Guilty on Count 1−2,1s−3s,3,4s,5s−6s,7s−9s,10s. (cmacd) (Entered: 11/06/2013) |
| 11/12/2013 | 95 | AFFIDAVIT by Michael Destry Williams (Attachments: # 1 Proof of Service)(dkals, ) (Entered: 11/12/2013) |
| 11/12/2013 | 96 | Mail Returned as Undeliverable: 83 Minute Entry addressed to Michael Destry Williams. (dkals, ) (Entered: 11/12/2013) |
| 12/17/2013 | 97 | MINUTE ORDER as to Michael Destry Williams: This matter is before the Court sua sponte. It has been brought to the Court's attention that the Government has failed to timely file the sentencing statement in this case. The Government is DIRECTED to file the required sentencing statement NO LATER THAN NOON 12/24/2013. FURTHER, IT IS ORDERED that the Sentencing as to Defendant Williams set for 01/27/2014 is VACATED and RESET for 03/04/2014 at 3:00 PM, in Courtroom A602. SO ORDERED BY Judge Christine M. Arguello on 12/17/13. Text Only Entry (cmasec) (Entered: 12/17/2013) |
| 12/24/2013 | 98 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 12/24/2013) |
| 01/24/2014 | 99 | NOTICE Re: Commercial Presentment by Michael Destry Williams (dkals, ) (Entered: 01/24/2014) |
| 01/30/2014 | 100 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Michael Destry Williams (srich, ) (Entered: 01/30/2014) |
| 02/14/2014 | 101 | OBJECTION/RESPONSE to Presentence Report 100 by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 02/14/2014) |
| 02/14/2014 | 102 | MOTION for Departure by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 02/14/2014) |
| 02/21/2014 | 103 | RESTRICTED PRESENTENCE REPORT as to Michael Destry Williams (Attachments: # 1 Exhibit A)(srich, ) (Entered: 02/21/2014) |
| 02/21/2014 | 104 | RESTRICTED ADDENDUM to Presentence Report 103 as to Michael Destry Williams (srich, ) (Entered: 02/21/2014) |
| 02/27/2014 | 105 | SUPPLEMENT to 101 Objection/Response to Presentence Report by USA as to Michael Destry Williams (Attachments: # 1 Ex A, # 2 Ex B)(Harmon, Kenneth) (Entered: 02/27/2014) |
| 03/04/2014 | 106 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Defendant present in custody. MOTION and RULING: Government's Motion for an Upward Sentencing Variance from the Defendant's Calculated Advisory Sentencing Guideline Range 102 is denied. Defendant sentenced as reflected on the record. Defendant remanded. (Total time: 00:24, Hearing time: 2:59−3:23)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Michael Williams, pro se on behalf of the defendant, Katrina Devine on behalf of probation. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 03/05/2014) |
| 03/10/2014 | 107 | JUDGMENT as to defendant Michael Destry Williams (1), Count(s) 1−2, 3, Dismissed; Count(s) 1−10 of the Superseding Indictment, Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to each of Counts 5 through 9; and thirty−six(36) months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5) years on counts 5−9; and one(1)year on Count 10, all to run concurrently; $100 Assessment per count for a |

| | | |
|---|---|---|
| | | total of $1,000; $10,000 fine ; $60,597.80 in Restitution; by Judge Christine M. Arguello on 3/10/2014. (evana, ) (Entered: 03/11/2014) |
| 11/21/2016 | 108 | STRICKEN by Doc. 110 − Affidavit of Service of Complaint, Affidavit, Bill, Notice, Claim Deed and Title by Esther Jean Williams as to Michael Destry Williams (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit A, # 4 Envelope) (athom, ) Modified on 8/20/2018 (cmasec). (Entered: 11/21/2016) |
| 08/15/2018 | 109 | STRICKEN by Doc. 110 − Common Law Writ of Error by Michael Destry Williams (Attachments: # 1 Envelope) (athom, ) Modified on 8/20/2018 (cmasec). (Entered: 08/17/2018) |
| 08/20/2018 | 110 | ORDER as to Michael Destry Williams: Defendant's 108 Affidavit of Service of Complaint and 109 Common Law Writ of Error are STRICKEN as inappropriate filings in a criminal case that has been closed since 3/10/2014. SO ORDERED by Judge Christine M. Arguello on 8/20/2018. Text Only Entry (cmasec) (Entered: 08/20/2018) |
| 08/28/2018 | 111 | Mail Returned as Undeliverable re: 110 Order, Addressed to Michael Destry Williams. (athom, ) (Entered: 08/30/2018) |
| 07/01/2019 | 112 | Letter of Instruction from Michael Destry Williams (evana, ) (Entered: 07/08/2019) |
| 07/01/2019 | 113 | Conventionally Submitted Material : Coin re Letter of Instruction 112 taped to the last page of the documents filed. by Defendant Michael Destry Williams. (Placed in the vault) Text Only Entry (evana, ) (Entered: 07/08/2019) |
| 07/18/2019 | 114 | Mail Returned as Undeliverable re: 112 Letter Addressed to Michael Destry Williams. (evana, ) (Entered: 07/18/2019) |
| 08/27/2019 | 115 | Petition for Summons of Offender Under Supervision as to Michael Destry Williams. (Attachments: # 1 Proposed Order (PDF Only), # 2 Summons); (Judgment 107 ) (ldohm) (Entered: 08/27/2019) |
| 08/30/2019 | 116 | ORDER granting in part and taking under advisement 115 Petition for Warrant/Summons of Offender Under Supervision as to Michael Destry Williams as to Michael Destry Williams (1) by Judge Christine M. Arguello on 8/30/19. (pglov) (Entered: 08/30/2019) |
| 08/30/2019 | 117 | Probation Summons Issued as to Michael Destry Williams Initial Appearance on Revocation Proceedings set for 9/13/2019 10:00 AM in Courtroom A 402 before Honorable Duty Magistrate Judge. (pglov) (Entered: 08/30/2019) |
| 09/05/2019 | 118 | NOTICE OF ATTORNEY APPEARANCE Andrea Lee Surratt appearing for USA. Attorney Andrea Lee Surratt added to party USA(pty:pla) (Surratt, Andrea) (Entered: 09/05/2019) |
| 09/12/2019 | 119 | Summons Returned Executed on 09/06/2019 as to Michael Destry Williams. (ldohm) (Entered: 09/12/2019) |
| 09/13/2019 | 120 | MINUTE ENTRY for Initial Appearance re Revocation of Supervised Release as to Michael Destry Williams held before Magistrate Judge Scott T. Varholak on 9/13/2019. Defendant not present. The Court notes for the record that the Summons directing the Defendant to appear in court today was returned executed at [Doc. No. 119]. Due to the Defendant's failure to comply with the Summons, the government is requesting a warrant be issued for the Defendant's arrest. ORDERED: A warrant will be issued for the Defendant's arrest. Hearing concluded. (Total time: 2 minutes, Hearing time: 10:29−10:31) <br><br> **APPEARANCES**: Andrea Surratt on behalf of the Government, Joel Nelson on behalf of probation. FTR: 402. (morti, ) Text Only Entry (Entered: 09/13/2019) |
| 09/13/2019 | 121 | Arrest Warrant Issued in case as to Michael Destry Williams. (morti, ) (Entered: 09/13/2019) |
| 10/15/2019 | 122 | Arrest of Michael Destry Williams. Initial Appearance on Revocation Proceedings set for 10/15/2019 02:00 PM in Courtroom C204 before Magistrate Judge S. Kato Crews. (Text Only entry)(tsher, ) (Entered: 10/15/2019) |

| | | |
|---|---|---|
| 10/15/2019 | 123 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance re Revocation of Supervised Release as to Michael Destry Williams held on 10/15/2019. Defendant present in custody. Objection by defendant regarding this Court's jurisdiction. Defendant advised. Defendant advises that he does not to be represented by counsel. The Court appoints counsel. Ms. Surratt asks the Court to set the next hearings more than three days out. Request is granted. Preliminary Revocation and Detention Hearing set for 10/21/2019 02:00 PM in Courtroom C201 before Magistrate Judge S. Kato Crews. Defendant remanded. (Total time: 14 minutes, Hearing time: 2:35−2:49 p.m.)<br><br>**APPEARANCES**: Andrea Surratt on behalf of the Government, Laura Suelau on behalf of the defendant, Stephanie Hartz on behalf of probation. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 10/15/2019) |
| 10/15/2019 | 124 | ORDER APPOINTING COUNSEL as to Michael Destry Williams by Magistrate Judge S. Kato Crews on 10/15/19. Text Only Entry (amont, ) (Entered: 10/15/2019) |
| 10/15/2019 | 125 | CJA 23 Financial Affidavit by Michael Destry Williams. (amont, ) (Entered: 10/15/2019) |
| 10/15/2019 | 126 | NOTICE OF ATTORNEY APPEARANCE: Martha Horwitz Eskesen *court−appointed counsel* appearing for Michael Destry Williams (Eskesen, Martha) (Entered: 10/15/2019) |
| 10/15/2019 | 127 | Arrest Warrant Returned Executed on 10/11/2019 in case as to Michael Destry Williams. (evana, ) (Entered: 10/16/2019) |
| 10/17/2019 | 128 | NOTICE *Regarding Representation and Scheduling* by Michael Destry Williams (Eskesen, Martha) (Entered: 10/17/2019) |
| 10/18/2019 | 129 | Writ of Habeas Corpus by Michael Destry Williams. (Attachments: # 1 Envelope)(evana, ) (Entered: 10/21/2019) |
| 10/21/2019 | 130 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Preliminary Revocation and Detention Hearing as to Michael Destry Williams held on 10/21/2019. Defendant present in custody. Ms. Eskesen advises that the defendant intends to represent himself. Opening remarks by the Court. The Court attempts to advise the defendant regarding self representation. The Court notes the defendant's multiple attempts to obstruct the advisement. The Court defers to the transcript on the docket from District Judge Arguello's Faretta advisement from a previous hearing. Ms. Eskesen's oral motion to withdraw as counsel is granted. Ms. Eskesen is withdrawn as full counsel, but will remain as standby counsel. The Court proceeds to the Preliminary Revocation hearing. The government calls Probation Officer Travis Cormaney. Witness sworn. Direct examination. The Court takes judicial notice of the petition filed in the case. Defendant advises the Court that he will not be participating in today's court proceedings and presents no evidence on the issue of preliminary revocation. Argument by the government regarding preliminary revocation. The Court determines probable cause has been established. The government rests on their earlier arguments in regards to detention. Defendant does not present any evidence or argument regarding detention. Defendant is ORDERED detained. Defendant remanded. Counsel is directed to chambers. (Total time: 40 minutes, Hearing time: 3:36−4:16 p.m.)<br><br>**APPEARANCES**: Andrea Surratt on behalf of the Government, Marth Eskesen and Pro se on behalf of the defendant, Travis Cormaney on behalf of probation. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 10/22/2019) |
| 10/21/2019 | 131 | ORDER OF DETENTION as to Michael Destry Williams by Magistrate Judge S. Kato Crews on 10/21/19. (amont, ) (Entered: 10/22/2019) |
| 10/25/2019 | 132 | SETTING FINAL HEARING REGARDING REVOCATION OF SUPERVISED RELEASE as to Michael Destry Williams. The Court hereby sets a Final Hearing re Revocation of Supervised Release for January 23, 2020, at 3:00 PM in Courtroom A 602 before Judge Christine M. Arguello. Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position. The Government's response to Defendant's sentencing statement must be |

| | | |
|---|---|---|
| | | filed not later than 5 days before the Supervised Release Revocation Hearing. Failure to comply with this order may result in a continuance of the Supervised Release Revocation Hearing. The deadlines for filing such papers will be extended only upon the showing of good cause, by Judge Christine M. Arguello on 10/25/2019. (evana, ) (Entered: 10/25/2019) |
| 11/12/2019 | 133 | Mail Returned as Undeliverable re: 132 Order, Addressed to Michael Destry Williams. (evana, ) (Entered: 11/13/2019) |
| 11/21/2019 | 134 | REPLY to letter Concerning to 129 Writ of Habeas Corpus by Michael Destry Williams Order (evana, ) (Entered: 11/24/2019) |
| 01/16/2020 | 135 | NOTICE *Counsel's Notice and Response to ECF No. 132* by Michael Destry Williams (Eskesen, Martha) (Entered: 01/16/2020) |
| 01/16/2020 | 136 | RESTRICTED VIOLATION HEARING REPORT as to Michael Destry Williams. (Presentence Report 103 , Violation Petition 115 ). (pmcdo) (Entered: 01/16/2020) |
| 01/17/2020 | 137 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Surratt, Andrea) (Entered: 01/17/2020) |
| 01/23/2020 | 138 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Hearing Re Revocation of Supervised Release as to Michael Destry Williams held on 1/23/2020. **ORDERED**: GRANTING Oral Motion to Withdraw as Attorney. Martha Eskesen is permitted to withdraw as counsel for Defendant Michael Destry Williams. The Clerk of the Court is DIRECTED to delete Ms. Eskesen's email address from future ECF filings and electronic notifications in this case. **FURTHER ORDERED: that conflict−free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant. If Defendant refuses to communicate or cooperate with counsel, counsel shall prepare for the Supervised Release Violation hearing to the best of his ability. Counsel shall be prepared to proceed as standby counsel at such hearing in the event Defendant continues to be disruptive, as he was during today's hearing, and the Court has to remove him from the hearing due to such disruptiveness. FURTHER ORDERED: that the Final Hearing Re Revocation of Supervised Release is continued. Newly appointed defense counsel is to contact chambers, in conjunction with government's counsel, to reset the hearing. Defendant present in custody, Defendant remanded. (Total time: 4 Minutes, Hearing time: 3:02 p.m. −− 3:06 p.m.)**<br><br>**APPEARANCES: Andrea Surratt on behalf of the Government; Martha Eskesen on behalf of the Defendant; Joel Nelson on behalf of Probation. Court Reporter: Terri Lindblom. (swest) Text Only Entry (Entered: 01/23/2020)** |
| 01/23/2020 | 139 | Tendered NOTICE by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 140 | Tendered NOTICE by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 141 | NOTICE of Writ of Habeas Corpus by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 142 | Tendered NOTICE of Certification of Identity by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 143 | NOTICE of Documents by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 144 | Tendered NOTICE of Surrendering of Defendant by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/31/2020 | 145 | NOTICE OF ATTORNEY APPEARANCE: Kelly Lynne Meilstrup appearing for Michael Destry WilliamsAttorney Kelly Lynne Meilstrup added to party Michael Destry Williams(pty:dft) (Meilstrup, Kelly) (Entered: 01/31/2020) |
| 02/06/2020 | 146 | ORDER Setting Hearing as to Michael Destry Williams. Pursuant to email correspondence between counsel and Chambers staff, a Final Hearing re Revocation of Supervised Release is set for 4/1/2020 at 3:30 PM in Courtroom A 602 before Judge Christine M. Arguello. Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position. The |

| | | |
|---|---|---|
| | | Governments response to Defendants sentencing statement must be filed not later than 5 days before the Supervised Release Revocation Hearing. Failure to comply with this order may result in a continuance of the Supervised Release Revocation Hearing. The deadlines for filing such papers will be extended only upon the showing of good cause. SO ORDERED by Judge Christine M. Arguello on 2/6/2020. Text Only Entry (cmalc2) (Entered: 02/06/2020) |
| 03/13/2020 | 147 | ORDER as to Michael Destry Williams: the Final Hearing re Revocation of Supervised Release currently set for 4/1/2020 is hereby VACATED. Counsel are DIRECTED to e−mail Chambers at arguello_chambers@cod.uscourts.gov on or before **April 6, 2020,** in order to reset the hearing. SO ORDERED by Judge Christine M. Arguello on 3/13/2020. Text Only Entry (cmalc2) (Entered: 03/13/2020) |
| 04/06/2020 | 148 | ORDER as to Michael Destry Williams: Pursuant to email correspondence between counsel and Chambers staff, the Final Hearing re Revocation of Supervised Release in this case is RESET for 5/26/2020 at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 4/6/2020. Text Only Entry (cmalc2) (Entered: 04/06/2020) |
| 04/09/2020 | 149 | MOTION for Reconsideration re 131 Order of Detention by Michael Destry Williams. (Meilstrup, Kelly) (Entered: 04/09/2020) |
| 04/10/2020 | 150 | MEMORANDUM regarding 149 MOTION for Reconsideration re 131 Order of Detention filed by Michael Destry Williams. Motion(s) referred to Magistrate Judge S. Kato Crews. by Judge Christine M. Arguello on 4/10/2020. Text Only Entry (evana, ) (Entered: 04/10/2020) |
| 04/13/2020 | 151 | MINUTE ORDER as to Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention filed by Michael Destry Williams. The government shall file a response to the motion no later than 5:00 p.m. on 4/15/2020. A reply shall be filed no later than 5:00 p.m. on 4/16/2020. The Court may rule without conducting a hearing, therefore, the parties should be sure to present all relevant information in their filings. SO ORDERED by Magistrate Judge S. Kato Crews on 4/13/2020. Text Only Entry (amont, ) (Entered: 04/13/2020) |
| 04/14/2020 | 152 | RESPONSE in Opposition by USA as to Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention (Surratt, Andrea) (Entered: 04/14/2020) |
| 04/16/2020 | 153 | REPLY TO RESPONSE to Motion by Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention (Meilstrup, Kelly) (Entered: 04/16/2020) |
| 04/16/2020 | 154 | REPLY by USA as to Michael Destry Williams to 153 Reply to Response (Surratt, Andrea) (Entered: 04/16/2020) |
| 04/18/2020 | 155 | ORDER denying 149 Motion for Reconsideration as to Michael Destry Williams: District Judge Arguello referred the Motion to this Court on 04/10/2020 150 . The Motion is fully briefed. [*See* 149, 152, 153, 154.] The Motion seeks relief under 18 U.S.C. § 3145 to revoke or amend this Court's Order of Detention entered on 10/21/2019 131 . The Court ordered Defendant detained pending his final revocation hearing after a detention hearing in which he failed his burden to establish "by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community...." Fed. R. Crim. P. 32.1(a)(6). By its plain language, 18 U.S.C. § 3145(b) does not provide a mechanism for a magistrate judge to review a detention order; it allows a district judge to review a magistrate judge's detention order *de novo*. See *United States v. Platt*, No. 18−CR−195−WJM, 2018 WL 4698616, at *2 (D. Colo. Oct. 1, 2018); *United States v. Cordova*, No. 04−CR−00514−WYD, 2015 WL 13729646, at *2 (D. Colo. June 18, 2015). So, the Court construes the Motion as seeking relief under 18 U.S.C. § 3142(f), and in the alternative, under § 3142(i). *See, e.g., United States v. Romero*, No. 09−CR−00426−PAB, 2010 WL 11523871, at *2 (D. Colo. May 17, 2010).The Motion fails to raise sufficient changed circumstances or compelling reasons to suggest there are now conditions which may be imposed to reasonably assure Defendant will not flee or pose a danger to the community if released pending his final revocation hearing. Indeed, the Motion literally "presumes" that Defendant has family members to whom he could be temporarily released. And because of Defendant's sovereign citizen views, which his family members appear to share, neither he nor his family have spoken to Defendant's attorney about the relief sought by the Motion; in fact, they apparently refuse to speak to the attorney. This |

| | | |
|---|---|---|
| | | merely highlights that the Motion presents no changed circumstances at all other than the existence of the COVID−19 pandemic. While the Court is sympathetic to the unique concerns posed by COVID−19, the Court remains duty−bound to evaluate detention decisions under the particulars of the Bail Reform Act. Given that the Motion fails to raise sufficient changed circumstances or compelling reasons besides generalized concerns over COVID−19, the Court does not find a hearing is necessary to decide the Motion. The Motion is DENIED. The Parties are further ADVISED of their right to file objections to this Order within 14 days pursuant to Fed. R. Crim. P. 59(a). By Magistrate Judge S. Kato Crews on 04/18/2020. Text Only Entry (skc) (Entered: 04/18/2020) |
| 04/21/2020 | 156 | STATEMENT Title 18 USC Crimes and criminal procedures by Defendant Michael Destry Williams (evana, ) (Entered: 04/21/2020) |
| 05/07/2020 | 157 | ORDER as to Michael Destry Williams: On or before 5/12/2020, the parties are DIRECTED to submit a joint filing indicating whether the Revocation of Supervised Release Hearing ("the Hearing") cannot be further delayed without serious harm to the interests of justice. If the Hearing can be delayed, the joint filing may simply state the same. In that case, the Court will vacate the Hearing, and the parties shall contact Chambers, at arguello_chambers@cod.uscourts.gov, on or before 5/13/2020, in order to reset an in−person hearing. However, if the Hearing cannot be delayed, the joint filing shall detail the reasons why that is the case so that the Court may consider whether to conduct the Hearing, at the currently scheduled time, by video teleconference, or by telephone conference if video teleconferencing is not reasonably available. SO ORDERED by Judge Christine M. Arguello on 5/7/2020. Text Only Entry (cmasec) (Entered: 05/07/2020) |
| 05/12/2020 | 158 | Joint STATEMENT re 157 Order, by Defendant Michael Destry Williams (Meilstrup, Kelly) (Entered: 05/12/2020) |
| 05/13/2020 | 159 | ORDER as to Michael Destry Williams: Pursuant to email correspondence between counsel and Chambers staff, the Revocation of Supervised Release Hearing set for 5/26/2020 is VACATED and RESET to 7/10/2020, at 11:00 AM in Courtroom A602 before Judge Christine M. Arguello. All deadlines relating to this Hearing shall be adjusted accordingly. SO ORDERED by Judge Christine M. Arguello on 5/13/2020. Text Only Entry (cmasec) (Entered: 05/13/2020) |
| 05/21/2020 | 160 | **STRICKEN** by 161 −− Verified AFFIDAVIT by Michael Destry Williams (Attachments: # 1 Writ of error, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Affidavit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(evana, ) Modified on 5/26/2020 (cmasec). (Entered: 05/21/2020) |
| 05/26/2020 | 161 | ORDER: Mr. Williams' 160 Verified Affidavit is hereby STRICKEN due to being filed pro se by a party who is currently represented by counsel. SO ORDERED by Judge Christine M. Arguello on 5/26/2020. Text Only Entry (cmasec) (Entered: 05/26/2020) |
| 06/10/2020 | 162 | ORDER as to Michael Destry Williams re Revocation of Supervised Release Hearing set for 7/10/2020: In an effort to slow the spread of COVID−19, to promote public health and safety, and to minimize the risk of exposure to the virus for all parties, the Court will hold as many hearings by video conference or teleconference as practicable during the month of July. The Court may hold the instant hearing by video conference or teleconference only with the express consent of Defendant. *See* United States v. Thompson, 599 F.3d 595, 599600 (7th Cir. 2010). Accordingly, Defense Counsel is to consult with Defendant and file, on or before 6/17/2020, a notice in CM/ECF advising the Court as to whether Defendant voluntarily waives his right to be physically present at the instant hearing and consents to appear instead by video conference or teleconference. If Defendant wishes to waive his right to appear in person, Counsel are directed to contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) on or before 6/24/2020 for instructions on how to proceed with the VTC. If Defendant does not wish to waive his right to appear in person, the Revocation of Supervised Release hearing will proceed in person and as scheduled. SO ORDERED by Judge Christine M. Arguello on 6/10/2020. Text Only Entry (cmasec) (Entered: 06/10/2020) |

| | | |
|---|---|---|
| 06/15/2020 | 163 | NOTICE *of lack of expressed consent* re 162 Order,,,,, by Michael Destry Williams (Meilstrup, Kelly) (Entered: 06/15/2020) |
| 06/17/2020 | 164 | ORDER as to Michael Destry Williams re 163 Notice: In an effort to slow the spread of COVID−19, to promote public health and safety, and to minimize the risk of exposure to the virus for all parties, the Court is limiting access in the courtroom to the parties and their attorneys. Family members or other persons will be limited to phone access and should contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) at least a day before the hearing for instructions on how to proceed telephonically. SO ORDERED by Judge Christine M. Arguello on 6/17/2020. Text Only Entry (cmasec) (Entered: 06/17/2020) |
| 06/24/2020 | 165 | ORDER as to Michael Destry Williams: Pursuant to email correspondence between counsel and Chambers staff, the Revocation of Supervised Release Hearing set for 7/10/2020 is VACATED and RESET to 7/9/2020, at 10:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 6/24/2020. Text Only Entry (cmasec) (Entered: 06/24/2020) |
| 07/02/2020 | 166 | SENTENCING STATEMENT by Michael Destry Williams (Meilstrup, Kelly) (Entered: 07/02/2020) |
| 07/02/2020 | 167 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Surratt, Andrea) (Entered: 07/02/2020) |
| 07/09/2020 | 168 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Hearing re Revocation of Supervised Release as to Michael Destry Williams held on 7/9/2020. WITNESS SWORN AND TESTIFIED: Joel Nelson. EXHIBITS RECEIVED: 1−4. **ORDERED:** Supervised Release is revoked. **FURTHER ORDERED:** counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 52 Minutes; Hearing time: 9:57 a.m. −− 10:29 a.m.; 10:33 a.m. −− 10:45 a.m.)<br><br>**APPEARANCES**: Andrea Surrat on behalf of the Government; Kelly Meilstrup on behalf of the Defendant; Joel Nelson on behalf of Probation. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 07/09/2020) |
| 07/14/2020 | 169 | JUDGMENT for Revocation of Supervised Release as to defendant Michael Destry Williams. SO ORDERED by Judge Christine M. Arguello on 7/14/2020. (cmasec) (Entered: 07/14/2020) |
| 07/23/2020 | 170 | NOTICE OF APPEAL re 168 Supervised Release − Final Revocation Hrg, Terminate Motions, Text Only Entry − Prompts, 169 Judgment for Revocation by Michael Destry Williams. (evana, ) (Entered: 07/24/2020) |