**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | September 02, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Ryan Thomas Truskoski
1300-G El Paseo Road, Suite 122
Las Cruces, NM 88001

**RE:**   **20-1266, United States v. Williams**
Dist/Ag docket: 1:12-CR-00140-CMA-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir.

R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

                                                Sincerely,

                                                Christopher M. Wolpert
                                                Clerk of the Court

cc:       Michael Conrad Johnson
           Andrea L. Surratt

CMW/at