**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 1, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

―――――――――――――――――――――

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 20-1266 |
| MICHAEL DESTRY WILLIAMS, | (D.C. No. 1:12-CR-00140-CMA-1) (D. Colo.) |
| Defendant - Appellant. | |

―――――――――――――――――――――

### ORDER
―――――――――――――――――――――

This matter is before the court on Appellant Michael Destry Williams' *Motion to Transcribe Hearings*.

CJA counsel for Mr. Williams states that he filed a transcript order form on September 11, 2020 but that the district court rejected the request twice.

It is not clear from Appellant's motion, or the district court docket, what specific communications occurred between CJA counsel, the court reporter, and the district court, and the explanation(s) given for rejecting the transcript order form.

Accordingly, within 5 days from the date of this order, CJA counsel shall file a supplement to the *Motion to Transcribe Hearings* to provide this court with any additional explanation and any documentation available that may further inform this court on the rejection of Appellant's transcript order form by the district court.

The *Motion to Transcribe Hearings* is taken under advisement pending further supplement by Appellant.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Sunil N. Rao
    Counsel to the Clerk