

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

November 13, 2020

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

RE:   USA v. Michael Destry Williams

District Court Case No.  12-cr-00140 CMA-1
Court of Appeals Case No.  20-1266

Dear Clerk:

Enclosed please find the Record on Appeal in  (5) five    volume(s) which consist of the following:

Volume I         Electronic Pleadings
Volume II        Electronic Pleadings
Volume III       Electronic Pleadings
Volume IV       Electronic Pleadings (Restricted Level 2)
Volume V       Restricted Transcripts (90 Days)

JEFFREY P. COLWELL, CLERK

By:  s/ E. Van Alphen
Deputy Clerk