APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:12–cr–00140–CMA</u>–1

Case title: USA v. Williams

Date Filed: 03/22/2012
Date Terminated: 03/10/2014

Assigned to: Judge Christine M. Arguello

Appeals court case number: 20–1266 USCA

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Michael Destry Williams** | represented by | **Martha Horwitz Eskesen** |
| *TERMINATED: 03/10/2014* | | Martha H. Eskesen, P.C. |
| *also known as* | | 5445 DTC Parkway |
| Will Williams | | Penthouse 4 |
| *TERMINATED: 03/10/2014* | | Greenwood Village, CO 80111 |

Greenwood Village, CO 80111
303–486–6938
Fax: 303–573–4921
Email: meskesen@eskesenlaw.com
*TERMINATED: 01/23/2020*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Kelly Lynne Meilstrup**
Second–Chair
1600 Stout Street
Suite 1400
Denver, CO 80202
858–204–6375
Email: KellyM@2nd–chair.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert William Pepin**
Robert W. Pepin, Attorney at Law
P.O. Box 2727
Port Angeles, WA 98362
303–324–4633
Email: aticusbooradley@gmail.com
*TERMINATED: 07/02/2013*
*Designation: Public Defender or Community Defender Appointment*

**<u>Pending Counts</u>**

**<u>Disposition</u>**

1

ATTEMPT TO EVADE OR
DEFEAT TAX
(1–2)                                                  Dismissed

ATTEMPT TO EVADE OR
DEFEAT TAX
(1s–3s)                                               Defendant to be imprisoned for a total term of
                                                      sixty(60)months as to each of Counts 1 through 4;
                                                      seventy−one(71)months as to wach of Counts 5
                                                      through 9; and thirty−six(36)months as to Count 10,
                                                      all to run concurrently for a total term of
                                                      seventy−one(71)months; three(3)years Supervised
                                                      Release on each of counts 1–4; five(5)years on
                                                      counts 5–9; and one(1)year on Count 10, all to run
                                                      concurrently;$100 Assessment per count for a total
                                                      of $1,000; $10,000 fine on Count 1; $60,597.80 in
                                                      Restitution

ACTS AFFECTING PERSONAL
FINANCIAL INTEREST
(3)                                                   Dismissed

STRUCTURING
TRANSACTIONS TO EVADE
REPORTING REQUIREMENTS
(4s)                                                  Defendant to be imprisoned for a total term of
                                                      sixty(60)months as to each of Counts 1 through 4;
                                                      seventy−one(71)months as to wach of Counts 5
                                                      through 9; and thirty−six(36)months as to Count 10,
                                                      all to run concurrently for a total term of
                                                      seventy−one(71)months; three(3)years Supervised
                                                      Release on each of counts 1–4; five(5)years on
                                                      counts 5–9; and one(1)year on Count 10, all to run
                                                      concurrently;$100 Assessment per count for a total
                                                      of $1,000; $10,000 fine on Count 1; $60,597.80 in
                                                      Restitution

BANK FRAUD
(5s−6s)                                               Defendant to be imprisoned for a total term of
                                                      sixty(60)months as to each of Counts 1 through 4;
                                                      seventy−one(71)months as to wach of Counts 5
                                                      through 9; and thirty−six(36)months as to Count 10,
                                                      all to run concurrently for a total term of
                                                      seventy−one(71)months; three(3)years Supervised
                                                      Release on each of counts 1–4; five(5)years on
                                                      counts 5–9; and one(1)year on Count 10, all to run
                                                      concurrently;$100 Assessment per count for a total
                                                      of $1,000; $10,000 fine on Count 1; $60,597.80 in
                                                      Restitution

FICTITIOUS OBLIGATIONS
INTENDED TO DEFRAUD
(7s−9s)                                               Defendant to be imprisoned for a total term of
                                                      sixty(60)months as to each of Counts 1 through 4;
                                                      seventy−one(71)months as to wach of Counts 5
                                                      through 9; and thirty−six(36)months as to Count 10,
                                                      all to run concurrently for a total term of
                                                      seventy−one(71)months; three(3)years Supervised
                                                      Release on each of counts 1–4; five(5)years on
                                                      counts 5–9; and one(1)year on Count 10, all to run
                                                      concurrently;$100 Assessment per count for a total
                                                      of $1,000; $10,000 fine on Count 1; $60,597.80 in
                                                      Restitution

CORRUPT OR FORCIBLE
INTERFERENCE
(10s)

Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Kenneth (Former AUSA) Harmon** |
|---|---|---|
| | | U.S. Attorney's Office−Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303−454−0100 |
| | | Fax: 454−0402 |
| | | Email: USACO.ECFCriminal@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Agency Attorney* |
| | | |
| | | **Andrea Lee Surratt** |
| | | U.S. Attorney's Office−Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303−454−0124 |
| | | Email: andrea.surratt@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

*Designation: Federal Agency Attorney*

**Kevin F. Sweeney**
U.S. Department of Justice–DC–601 D
Street
601 D Street, N.W.
Washington, DC 20004
202–305–3637
Fax: 202–514–9623
Email: kevin.f.sweeney@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/27/2014 | 105 | 6 | SUPPLEMENT to 101 Objection/Response to Presentence Report by USA as to Michael Destry Williams (Attachments: # 1 Ex A, # 2 Ex B)(Harmon, Kenneth) (Entered: 02/27/2014) |
| 03/10/2014 | 107 | 36 | JUDGMENT as to defendant Michael Destry Williams (1), Count(s) 1–2, 3, Dismissed; Count(s) 1–10 of the Superseding Indictment, Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy–one(71)months as to each of Counts 5 through 9; and thirty–six(36) months as to Count 10, all to run concurrently for a total term of seventy–one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5) years on counts 5–9; and one(1)year on Count 10, all to run concurrently; $100 Assessment per count for a total of $1,000; $10,000 fine ; $60,597.80 in Restitution; by Judge Christine M. Arguello on 3/10/2014. (evana, ) (Entered: 03/11/2014) |
| 08/27/2019 | 115 | 47 | Petition for Summons of Offender Under Supervision as to Michael Destry Williams. (Attachments: # 1 Proposed Order (PDF Only), # 2 Summons); (Judgment 107 ) (ldohm) (Entered: 08/27/2019) |
| 08/30/2019 | 116 | 53 | ORDER granting in part and taking under advisement 115 Petition for Warrant/Summons of Offender Under Supervision as to Michael Destry Williams as to Michael Destry Williams (1) by Judge Christine M. Arguello on 8/30/19. (pglov) (Entered: 08/30/2019) |
| 08/30/2019 | 117 | 54 | Probation Summons Issued as to Michael Destry Williams Initial Appearance on Revocation Proceedings set for 9/13/2019 10:00 AM in Courtroom A 402 before Honorable Duty Magistrate Judge. (pglov) (Entered: 08/30/2019) |
| 10/25/2019 | 132 | 55 | SETTING FINAL HEARING REGARDING REVOCATION OF SUPERVISED RELEASE as to Michael Destry Williams. The Court hereby sets a Final Hearing re Revocation of Supervised Release for January 23, 2020, at 3:00 PM in Courtroom A 602 before Judge Christine M. Arguello. Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position. The Government's response to Defendant's sentencing statement must be filed not later than 5 days before the Supervised Release Revocation Hearing. Failure to comply with this order may result in a continuance of the Supervised Release Revocation Hearing. The deadlines for filing such papers will be extended only |

| | | | |
|---|---|---|---|
| | | | upon the showing of good cause, by Judge Christine M. Arguello on 10/25/2019. (evana, ) (Entered: 10/25/2019) |
| 11/21/2019 | 134 | 56 | REPLY to letter Concerning to 129 Writ of Habeas Corpus by Michael Destry Williams Order (evana, ) (Entered: 11/24/2019) |
| 01/16/2020 | 135 | 87 | NOTICE *Counsel's Notice and Response to ECF No. 132* by Michael Destry Williams (Eskesen, Martha) (Entered: 01/16/2020) |
| 01/17/2020 | 137 | 90 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Surratt, Andrea) (Entered: 01/17/2020) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1.      MICHAEL DESTRY WILLIAMS,

                Defendant.

---

**SUPPLEMENT TO GOVERNMENT'S OBJECTIONS TO THE PROVISIONAL
PRESENTENCE INVESTIGATION REPORT**

---

The United States of America (the government), by and through Kenneth M. Harmon, Assistant United States Attorney for the District of Colorado, supplements it previously filed objections to the provisional Presentence Report of Investigation (hereinafter, "PSIR") filed in this case (DE 100, 101) as follows:[1]

1.      Attached as Exhibit A is a copy of the December 5, 2007 letter to defendant Williams in State of Colorado, El Paso County Case No. 2006M1224 (hereinafter, "El Paso County Case 06M1224"). The letter advises defendant Williams that his appeal of El Paso County Case 06M1224 had been dismissed, orders defendant Williams to appear in the El Paso Combined Courts on December 14, 2007 in connection with the case, and admonishes him that failure to appear would result in a bench warrant for his arrest.

2.      Attached as Exhibit B is the transcript of trial testimony in this case of Karla

---

[1] "DE" refers to docket entries in this case.

Hansen, the presiding judge in El Paso County Case 06M1224.   Judge Hansen testified about the

purpose of the December 14th hearing as follows:

> Q.      What was the purpose of the hearing?
>
> A.      Simply to address the fact that the appeal no longer was pending, at least according to the information I had. Which would mean that Mr. Williams would recommence his jail sentence at that time.

(Ex. B., Tr. at 9, ll. 1-5).


                                    Respectfully submitted,

                                    JOHN F. WALSH
                                    United States Attorney


                                    s/Kenneth M. Harmon
                                    By:   Kenneth M. Harmon
                                    Assistant U.S. Attorney
                                    1225 Seventeenth Street, Suite 700
                                    Denver, Colorado 80202
                                    Tel. No. (303) 454-0100
                                    Fax No. (303) 454-0402
                                    E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I further caused to be mailed a copy of the foregoing to the defendant at the following address:

Michael-destry Family of Williams
Reg. No. 39714-013
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

s/ Andrea K. Hough
ANDREA K. HOUGH
Legal Assistant
Office of the U.S. Attorney

3

STATE OF COLORADO

FILED-DISTRICT & COUNTY COURTS-EL PASO CO., CO

DEC 0 5 2007

Karla J. Hansen
County Court Judge DIVISION D

FOURTH JUDICIAL DISTRICT   EL PASO COMBINED COURT   270 SOUTH TEJON, DIVISION D
PHONE (719) 448-7612        FAX (719) 329-7050          COLORADO SPRINGS, CO 80903

December 5, 2007

Michael Destry Williams
1735 Cortner Rd.
Pueblo, CO 81006

RE:        The People of Colorado vs. Michael Williams 06M1224

Dear Mr. Williams,

        It has come to the Court's attention that your appeal on the above captioned case
has been dismissed. Therefore, you are hereby ordered to appear in Division D of the El
Paso Combined Courts on December 14, 2007 at 8:30 am. Failure to appear will result in
a bench warrant being issued for your arrest.

Sincerely,

Karla J. Hansen
County Court Judge

srn

State of Colorado, County of El Paso
Certified to be a true, and correct
copy of the original in my custody.

FEB 2 6 2014

LYNETTE D. COLLINS
CLERK OF THE DISTRICT/COUNTY COURT
By

**EXHIBIT A**

9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12cr00140

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL DESTRY WILLIAMS,**

**Defendant.**

_____

**REPORTER'S PARTIAL TRANSCRIPT**
**(Jury Trial Day 5 - Testimony of K. Hansen)**
_____

　　　　Proceedings before the HONORABLE CHRISTINE M.
ARGUELLO, Judge, United States District Court, for the
District of Colorado, commencing at 10:33 a.m. on the 4th
day of November, 2013, Alfred A. Arraj United States
Courthouse, Denver, Colorado.

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
KENNETH MARK HARMON, U.S. Attorney's Office, 1225 17th St.
E., Seventeenth Street Plaza, Suite 799 , Denver, CO 80202

**FOR THE DEFENDANT:**
Pro Se

**EXHIBIT B**

```
 1                      NOVEMBER 4, 2013

 2           (Requested proceedings.)

 3           THE COURT:  Government may call its next witness.

 4           MR. HARMON:  Your Honor, at this time we call Judge

 5      Karla Hansen.

 6           COURTROOM DEPUTY:  Remain standing.

 7           Your attention please.  Please raise your right

 8      hand.

 9                  THE HONORABLE KARLA HANSEN

10      having been first duly sworn, testified as follows:

11           COURTROOM DEPUTY:  Please be seated.

12           Please state your name, and spell your first and

13      last names for the record.

14           THE WITNESS:  My name is Karla Hansen.  K-A-R-L-A

15      H-A-N-S-E-N.  And, actually, I have a married name also,

16      but the name I am a Judge under is Karla Hansen.  My

17      married last name is Adkinson, A-D-K-I-N-S-O-N.

18           THE COURT:  You may proceed.

19                      DIRECT EXAMINATION

20      BY MR. HARMON:

21      Q.   Good morning.

22      A.   Good morning.

23      Q.   Let's start off with your profession.  And what

24      position do you hold?

25      A.   I am a county court judge in El Paso County,
```

1     Colorado.

2     Q.   How long have you had that position?

3     A.   I was sworn in right before 9/11 of 2001.  So that

4     would make it 12 years.

5     Q.   What types of cases do you hear as a county court

6     judge?

7     A.   I handle criminal cases that result in incarceration

8     up to 2 years in jail.  So a lot of traffic, driving under

9     the influence.  Also misdemeanors, like domestic violence

10    cases, theft cases with lower values.  That kind of thing.

11    I also do civil cases if the amount in controversy is up

12    to $15,000.

13    Q.   How long have you been hearing those types of cases

14    as a county court judge?

15    A.   The whole time, 13 years.

16    Q.   Are you familiar with an individual named Michael

17    Destry Williams?

18    A.   I am.

19    Q.   How did you become familiar with him?

20    A.   A case of his was assigned to my division, and he

21    ended up having a jury trial in my division.

22    Q.   Do you recall the charges?

23    A.   False reporting to authorities, I believe.

24    Q.   And was there a register of action that was

25    maintained on the case?

1    A.    There was.

2    Q.    Okay.  Would looking at that help answer some

3    specific questions about the procedural history of the

4    case?

5    A.    It would.

6    Q.    May I ask the witness be shown Government's Exhibit

7    325.  It is in a sleeve, Judge.  You can take it out and

8    use it that way.

9    A.    I've got it.  Thank you.

10   Q.    So I believe you said it was a false reporting case?

11   A.    I did.

12   Q.    Okay.  What type of charge is that?

13   A.    A Class Three misdemeanor.

14   Q.    Is it a criminal charge?

15   A.    It is.

16   Q.    And what case number was it under?

17   A.    06M1224.

18   Q.    And was that the sole charge?

19   A.    Yes.

20   Q.    Can you tell us when the charges were brought?

21   A.    The offense date was October 27th of 2005.

22   Q.    Okay.  And when were the charges actually brought,

23   and how were they brought?

24   A.    There would have been a summons filed that would have

25   been served sometime around that date.  It looks like --

1    let's see.

2    Q.   Would there be -- are there events described in the

3    register of action?

4    A.   There are.

5    Q.   What are events?

6    A.   The things that happen.  In this case, for instance,

7    there was a date when the summons and complaint was filed,

8    which is February 15th of 2006.  There would be events,

9    like jury trial held, sentencing held, those types of

10   things.

11   Q.   Now, you indicated that the case went to trial?

12   A.   It did.

13   Q.   What type of trial?

14   A.   Jury trial.

15   Q.   When did that trial take place?

16   A.   Let's see.  It looks like he was found guilty on

17   October 19th of 2006.  I think that would have been about

18   the third day of his trial.  Let me look.  It looks like

19   the trial started October 17th of 2006 and concluded

20   October 19th of 2006.

21   Q.   Did you preside over the trial?

22   A.   I did.

23   Q.   Before I go too much further, the false reporting

24   charge, was it related to matters that were the subject of

25   another criminal misdemeanor case that was brought in your

     1   court?
     2   A.   The other criminal case was brought in a different
     3   court, but it was related to a previous criminal case.
     4   Q.   When I say "court," I meant El Paso County.
     5   A.   Correct.
     6   Q.   Was that the Judge Wilson case?
     7   A.   It was.
     8   Q.   So this false reporting charge, did that arise out of
     9   conduct involving the Judge Wilson case?
    10   A.   It did.
    11   Q.   You said the trial lasted about three days?
    12   A.   It did.
    13   Q.   What was the result?
    14   A.   The jury found Mr. Williams guilty.
    15   Q.   Who sentenced Mr. Williams?
    16   A.   I did.
    17   Q.   Do you recall the sentence?
    18   A.   I do.
    19   Q.   Using the ROA?
    20   A.   I do recall.  It was a 90-day sentence that he was
    21   sentenced to on the 18th.
    22   Q.   When you say "a 90-day sentence," a 90-day sentence
    23   to what?
    24   A.   Jail.
    25   Q.   Were there other aspects of the sentence, as well?

1    A.    There probably were court costs.  There were.

2    Q.    Are you able to appeal convictions and sentences for

3    this type of a charge?

4    A.    Yes.

5    Q.    Do you know if an appeal was initiated in this case?

6    A.    It was.

7    Q.    What happened to the appeal?

8    A.    It was abandoned and then dismissed.

9    Q.    While the case was being pursued on appeal, what

10   happened with the 90-day jail sentence that was imposed?

11   A.    Mr. Williams posted an appeal bond.  So he served a

12   portion of the jail sentence, but not all of it.

13   Q.    Do you recall how much?

14   A.    Let me look.  It looks like the appeal bond was

15   posted on October 25th.  So he would have served from the

16   19th to the 25th, until he posted that bond.

17   Q.    Did you order him to jail right away, then, after the

18   sentence?

19   A.    I did.

20   Q.    So he was free at the time he posted the bond?

21   A.    As soon as the bond was posted, he got out of jail.

22   Q.    And did there come a time when you had further

23   proceedings in your court after the appeals process ran

24   its course?

25   A.    Yes.

1   Q.   What proceeding did you set after that -- what was

2   the next proceeding you set?

3   A.   I sent a notice to Mr. Williams indicating that the

4   appeal had been dismissed, and that he needed to appear.

5   Let's see, actually sent him a notice on December 5th

6   ordering him to appear for a hearing on November 14th.  He

7   failed to appear for that hearing.

8   Q.   Did he file something between the time that you sent

9   that notice and his failure to appear at the hearing?

10   A.   I don't see that he -- well, there was a notice that

11   was filed December 12th, and a motion to recuse me

12   December 12th, and an affidavit in support of the motion

13   to recuse me on December 12th.  And then there was a

14   limited power of attorney on December 13th.

15   Q.   And the actual hearing you held was what date?

16   A.   December 14th.

17   Q.   And the defendant did not show up?

18   A.   That's correct.

19   Q.   Okay.  Did somebody appear on his behalf?

20   A.   Yes.

21   Q.   According to the records, who appeared and what

22   happened?

23   A.   Michael Doll (phonetic) appeared indicating that the

24   defendant had been admitted into the hospital on December

25   13th.

1   Q.   What was the purpose of the hearing?

2   A.   Simply to address the fact that the appeal no longer

3   was pending, at least according to the information I had.

4   Which would mean that Mr. Williams would recommence his

5   jail sentence at that time.

6   Q.   When the defendant failed to appear at this hearing,

7   but somebody else appeared instead, how did you proceed?

8   A.   I issued a bench warrant for Mr. Williams' arrest.

9   Q.   Did the defendant appear in your court after that?

10   A.   No.

11   Q.   Was the warrant at all executed?

12   A.   It was not executed ever, as far as I know.  It might

13   have been executed since he has been handling this case.

14   I don't know.  I have never seen him in my courtroom since

15   that time.

16   Q.   Have you seen him since that time?

17   A.   I see him today.

18   Q.   Can you identify an article of clothing he is wearing

19   and point him out?

20   A.   The gentleman in the green jumpsuit.

21       MR. HARMON:  Your Honor, may the record reflect

22   Judge Hansen has identified the defendant, Michael Destry

23   Williams.

24       THE COURT:  It will so reflect.

25   Q.   (BY MR. HARMON)  You said you didn't physically see

```
1    him after that date that he issued -- is it called a
2    failure to appear warrant?
3    A.   It is.
4    Q.   If you didn't see him after that, did you hear from
5    him in any way?
6    A.   I did.
7    Q.   How did you hear from him?
8    A.   There were filings submitted to my court.
9    Q.   Okay.  Were these -- if you had to look at them and
10   characterize them, would these be traditional court
11   pleadings or something else?  How would you describe them?
12   A.   Certainly documents that aren't typical court
13   proceeding documents.
14   Q.   Okay.  Would they include things you would call
15   correspondence -- loosely call correspondence?
16   A.   Yes.
17   Q.   Was this correspondence addressed to you, any of it?
18   A.   I think that it was.
19   Q.   When you got it, what would you do with it?
20   A.   Generally speaking, I would submit it to Mary Perry,
21   the clerk of court at that time.
22        MR. HARMON:  At this time I would ask that we
23   republish Government's Exhibit 310, and ask that the
24   witness be able to look at Government's Exhibit 310.
25        THE COURT:  You may.
```

 1    Q.   (BY MR. HARMON)  Judge Hansen, let's start off this

 2    way.  Take a look at the actual exhibit so you can make

 3    sure -- it will be a hard copy, then go on the screen.  We

 4    will show portions of it on the screen.

 5    A.   I don't know if I have the hard copy in this binder.

 6    The binder starts with 312.  Okay.  I have 310.

 7    Q.   Have you looked at it?

 8    A.   Yes.

 9    Q.   Is this some of the correspondence you got?

10    A.   Yes.

11    Q.   I want to focus on the first page.  Is that the

12    letter, Judge?

13    A.   Yes.

14    Q.   Is that a letter addressed to you?

15    A.   It is.

16    Q.   I think we have it on the screen.

17         MR. HARMON:  I would ask for permission to

18    republish that page.

19         THE COURT:  You may.

20    Q.   (BY MR. HARMON)  Can you kindly read the body of the

21    letter, from the salutation, where it says "Judge Hansen,"

22    and through the rest of it?

23    A.   Sure.  "This letter is notification and request for

24    settlement of the case/account No. 0006M1224.  The fund

25    that this account is trading under is Fund No. 6, CUSIP

1   No. 316127109 and symbol FDESX for your convenience.

2   Please provide a certified presentment of the value of

3   costs of charges to allow this case/account to be settled

4   in honor.

5        Please e-mail presentment at Destry_231965@

6   yahoo.com.  Destry_231965@yahoo.com, and send additional

7   hard copy original presentment to Michael D. Williams,

8   1735 Courtner Road, Pueblo, Colorado 81006.  Mr. Michael

9   McKlem also has the authority to accept, retrieve any and

10  all documents relating to this person's corporations case

11  account.  He will also be requesting a presentment in

12  person for settlement of this case account at your

13  location in the near future.

14       I look forward to settling this dispute without

15  involving CID of the IRS.  I am positive that we can come

16  to an agreement and all live in honor and peace.  Your

17  attention to this matter is appreciated.  Thank you.

18  Michael-Destry Williams."

19  Q.   Judge, I want to focus on that reference to "CID of

20  the IRS."  What did you understand it to be reference to.

21  A.   It appeared to be reference to an investigative body

22  related to the IRS.  The Criminal Investigation Division

23  is what I would think it stands for.

24  Q.   Did you take this as a veiled threat?

25  A.   Yes.

1    Q.   What did you understand, if at all, anything this was

2    attempting to convey besides this threat about the IRS?

3    A.   I can't -- I can't say that I understood what exactly

4    the point was.

5    Q.   At the point that the letter was received, would that

6    be reflected by the stamp on the upper right part of the

7    letter?

8    A.   Yes.

9    Q.   So as of January 30, 2009, how much of the jail

10   sentence in your case had Mr. Williams satisfied?

11   A.   The original 6 days or so.

12   Q.   Was it permissible in your court at that time for him

13   to write out a check or make some type of payment to avoid

14   serving the rest of his sentence?

15   A.   Not ever.

16   Q.   Judge, I would like you to take a look next at what

17   has been received in evidence as Government's Exhibit 305

18   -- excuse me, I believe it is 306, actually.  Let's start

19   off with looking at the actual correspondence, then we

20   will put the portions on the screen, with the Court's

21   permission.

22   A.   Okay.  I have 306.

23   Q.   Do you recall getting this correspondence?

24   A.   I do.

25   Q.   Included in this correspondence, is there something

1    called an Information Referral Form, an IRS form there?

2    A.    There is.

3            MR. HARMON:  Your Honor, at this time I request

4    permission to republish page 2 of Government's Exhibit

5    306.

6            THE COURT:  You may.

7    Q.    (BY MR. HARMON)  Judge Hansen, the jury now has on

8    the screen the Information Referral Form that is part of

9    306.  It will be to your right.  Are you addressed in this

10   form?

11   A.    I am.

12   Q.    How are you identified?

13   A.    As a taxpayer named Karla J. Hansen, doing business

14   as Judge Hansen.

15   Q.    And is that your business address, the Tejon address?

16   A.    It is.

17   Q.    Are you accused of committing tax violations in this

18   form?

19   A.    It seems like I probably am, yes.

20   Q.    Take a look at box 4.  Is that completed in the form?

21   A.    It is.

22   Q.    What is the heading of that box?

23   A.    Alleged Violation of Income Tax Law.

24   Q.    What is checked off?

25   A.    Failure to pay tax.  Unreported income.  Failure to

1    file return.  Other, describe below.

2    Q.   And is there a portion of this form that describes

3    the other?

4    A.   I take it it is under "Comments."  Use of account

5    524080608 without legal or lawful permission.  Failed to

6    disclose any contractual obligation.  Failed to disclose

7    funds borrowed.  Failed to pay taxation on said funds that

8    is required.  And failed to return funds to the

9    beneficiary as directed.  Also failed to comply to the

10   legal commercial process of forms noticed upon them which

11   are forms 56, 28, 90, 91 and 1099A.

12   Q.   Judge, did you have any dealings with Michael Destry

13   Williams outside of the case, the false reporting case

14   that you have discussed?

15   A.   Not at all.

16   Q.   Do you have any understanding of -- do you know of

17   any factual basis that Mr. Williams would have for

18   accusing you of failing to pay tax?

19   A.   No.

20   Q.   How about not reporting all of your income?

21   A.   No.

22   Q.   How about failing to file returns?

23   A.   No.

24   Q.   Do you even understand what you're being accused of

25   in section 5A of this form?

1    A.   I do not.

2    Q.   Can you tell us, is there a section of the form that

3    talks about how the information was come upon for this

4    referral?

5    A.   Yes.

6    Q.   What portion of the form is that?

7    A.   Sub E below 5.

8    Q.   Is there something identifying -- what is identified

9    there?

10   A.   El Paso County Court Case No. 2006M1224, symbol

11   FDESX, KUSIP No. 316127109 Fund 6.

12   Q.   What portion of this do you understand?

13   A.   The court case number.

14   Q.   Do you know anything about the rest of it?

15   A.   I do not.  It was referenced in that other letter,

16   but that is all I know about it.

17   Q.   Do you recall how you responded when you got this

18   referral?

19   A.   I am certain I would have sent it to Ms. Perry.

20   Q.   Did there come a time that you had contact with

21   federal investigators from the Treasury Department about

22   this?

23   A.   Yes.

24   Q.   And did you provide it to them?

25   A.   I did.

1   Q.   What type of concern, if any, did getting this

2   referral cause you?

3   A.   Well, it looks like a standard Department of Treasury

4   form.  And if you look at it, without knowing any of the

5   parties involved here, you might think there is something

6   to this, because it is just a standard form that acts like

7   he is accusing me of not -- of doing several things that

8   violate IRS law.

9   Q.   Now, did you recall other types of IRS forms from

10  Mr. Williams that concerned your case?

11  A.   I think there were some others, yes.

12  Q.   At this time I would ask that you take a look at

13  Government's Exhibit 307.  Judge, if you look at the last

14  page, you will see an envelope.  Can you take a look at

15  that.

16  A.   Yes.

17  Q.   Who is it addressed to?

18  A.   Me.

19  Q.   And is this correspondence you would have gotten?

20  A.   Yes.

21  Q.   If you can flip through it and tell me if you see any

22  forms 56 that have your name on them.

23  A.   I do see a form 56.

24  Q.   All right.  And does it -- is one of them for you?  I

25  might be showing you the wrong document.

1    A.    I see a form 56 relating to Michael Destry Williams.

2    Q.    Were these form 56s of the sort that you saw that had

3    your name on them, too?

4    A.    Yes.

5    Q.    Do you recall a check coming with one of these?

6    A.    I do.

7    Q.    What did you do when you saw the check?

8    A.    I gave it to Mary Perry.

9    Q.    I would like to go to page 18 of Government's Exhibit

10   307 if we could, please.

11         MR. HARMON:  May I republish that, Your Honor?

12         THE COURT:  You may.

13   Q.    (BY MR. HARMON)  Is one of the documents in the

14   correspondence the arrest warrant you issued in this case?

15   A.    Yes.

16   Q.    Is that on the screen now before the jurors?

17   A.    It is.

18   Q.    This indicates -- tell me if I am reading this

19   correctly.  Does it indicate this was a certified copy,

20   certified in August of 2009?

21   A.    Yes.

22   Q.    Had the defendant yet appeared on this warrant?

23   A.    No.

24   Q.    Do you know why you are getting a certified copy of

25   this arrest warrant?

1    A.   I do not.

2    Q.   Just a couple more documents I would like to show

3    you, Judge.

4    A.   That's fine.

5    Q.   I would like to draw your attention to Government's

6    Exhibit 205.  It is already in evidence.  If we can have

7    you take a look at that binder.

8         MR. HARMON:  I would like to republish, I believe

9    it is page 11.

10        THE COURT:  You may.  I am sorry, 205?

11        MR. HARMON:  Yes, Your Honor.

12        THE COURT:  You may.

13   Q.   (BY MR. HARMON)  Judge Hansen, you can take a look at

14   the actual Exhibit 205, then you will see on the screen a

15   form 56.

16   A.   Okay.

17   Q.   Is this one of the -- do you have it there in hard

18   copy?

19   A.   I do.

20   Q.   Does it name you?

21   A.   It does.

22   Q.   How are you named?

23   A.   Karla J. Hansen, as a fiduciary.  And my bar number.

24   Q.   The fiduciary for whom?

25   A.   The form would make it look like I am a fiduciary for

1   Michael Destry Williams.

2   Q.   Did you give Mr. Williams authority to claim you as a

3   fiduciary for the IRS?

4   A.   I did not.

5   Q.   Do you know how it came to be that he could have

6   named you as a fiduciary?

7   A.   I have no idea.

8   Q.   Can you read what the purported authority you have

9   been given in connection with Mr. Michael Williams on this

10  form would be?

11  A.   It says, "Valid trust instrument and amendments and

12  other, all commercial transactions are directed to Case

13  No. 2006M1224 and/or to balance, pay, compensate, close,

14  settle any and all disputes, warrants, and liabilities."

15  Q.   Was it permissible for Mr. Williams to resolve the

16  case that he had with you by appointing you as a fiduciary

17  and somehow dealing with the IRS?

18  A.   It was not.

19  Q.   I would like to turn to Government's Exhibit 203 now.

20  And I would like to --

21       MR. HARMON:   I would like to republish page 2 of

22  the exhibit.

23       THE COURT:   You may.

24  Q.   (BY MR. HARMON)  Judge, there is on the screen a

25  failure to appear warrant.  Is that the warrant that you

1    issued?

2    A.   Yes.

3    Q.   Do you know anything about the stamp that is written

4    across it?

5    A.   I do not.

6    Q.   I would like to now turn you to Government's Exhibit

7    213.

8         MR. HARMON:  I would request permission to

9    republish page 3 of Exhibit 213.

10        THE COURT:  You may.  Page 4?

11        THE WITNESS:  Page 4?

12   Q.   (BY MR. HARMON)  I believe it is the fourth page,

13   Judge.

14   A.   Yes.

15   Q.   Another copy of your warrant?

16   A.   Yes.

17   Q.   Is this another type of stamp across it?

18   A.   It is.

19   Q.   Do you recognize the stamp?

20   A.   I do not.

21   Q.   Is there some handwriting toward the lower part of

22   the warrant?  Do you see some handwriting there?

23   A.   The part that says "Money Order.  Pay to United

24   States Treasury."

25   Q.   Was that part of the warrant when you issued it?

1    A.   It was not.

2    Q.   Can you decipher -- so you deciphered part of it.

3    Tell us the rest of what you can read on that.

4    A.   Well, it looks like it is dated 2/24/2010.  There is

5    an amount due, and a blank.  There is -- then on the left

6    there is an amount.  I don't know what that is, either.

7    Maybe it is "amount" or "for amount."  I am not sure.

8    Looks like "amount," where part of the A got cut off.  I

9    don't know.

10   Q.   Then is there somebody who is --

11   A.   By Michael Destry Williams, authorized agent.  EIN

12   52408068.

13   Q.   Do you know what an EIN is?

14   A.   I am not certain I know.

15   Q.   Have you heard of employer identification numbers?

16   A.   I have.

17   Q.   I would like to turn to 215 now.

18        MR. HARMON:  I would like to republish page 10.

19        THE COURT:  You may.

20   Q.   (BY MR. HARMON)  I will focus, Judge, on the top

21   form.  There are three forms depicted on this page.  Do

22   you know what the IRS Form 1099-OID is?

23   A.   I do.

24   Q.   Do you see yourself listed there had as a payor?

25   A.   I do.

1    Q.   And how is Michael Destry Williams listed, if he is

2    on the form?

3    A.   Recipient.

4    Q.   Do you know why you are listed there as a payor?

5    A.   I do not.

6    Q.   There is a description in box 5.  Can you read it to

7    us?

8    A.   "False swearing by police."

9    Q.   How does that relate to the charges in the case you

10   presided over?

11   A.   It relates that -- Mr. Williams' contention was that

12   the police had lied in their police report about what

13   occurred at the scene.  So the case was about an internal

14   affairs investigation initiated by Mr. Williams, where he

15   had one version of what he says the police did, and their

16   statements were different than that.

17   Q.   Okay.  Judge, there is a series of the referrals

18   later on in this exhibit.  I am going to try to -- I would

19   like to draw your attention to page 38.  I believe it is a

20   particular referral.

21   A.   I am sorry, information referral?

22   Q.   Information referral, yes.  Page 38.  Maybe it is

23   helpful to look on the screen.

24   A.   I see it on the screen.  I just haven't found the

25   hard copy that goes along with it.  I see it.

1   Q.   How does this referral appear -- this form appear in

2   format to the one that you recall receiving in the mail?

3   A.   Well, it reflects different alleged violations of

4   income tax law.  Some of them are the same, but he also

5   alleged organized crime, false altered documents.  And

6   under "other" --

7   Q.   Is this the same form?

8   A.   I think it is the same form, yes.

9   Q.   Slightly different alleged violations, then?

10  A.   Yes.

11  Q.   Can you read the comment section to us?

12  A.   "Failed to disclose any contractual obligation.

13  Failed to disclose funds borrowed.  Failed to pay taxation

14  on said funds.  Failed to return principle to the lender

15  as directed.

16  Q.   Do you have an understanding of the factual basis for

17  these allegations?

18  A.   I have no idea what he is talking about.

19  Q.   Do you see a part of the form -- who is the taxpayer

20  that is referenced?

21  A.   I am.  Karla J. Hansen.

22  Q.   Is there a part of the form where the person who

23  submits the form can characterize -- whether they can

24  state whether the taxpayer is dangerous or not?

25  A.   There.

1    Q.   What is checked?

2    A.   "Yes."

3    Q.   Do you have any reason to know why you are checked as

4    a being a dangerous taxpayer?

5    A.   Absolutely not.

6    Q.   Judge, did you ever see this form before?

7    A.   I don't think that I did.

8    Q.   So if it went to the IRS, you wouldn't know what

9    happened to it after it got there?

10   A.   That's correct.

11        MR. HARMON:  May I have a moment, Your Honor?

12        THE COURT:  You may.

13        MR. HARMON:  Thank you.  Your Honor, at this time I

14   have no further questions of the witness.

15        THE COURT:  Mr. Williams, any cross-examination?

16        (No response.)

17        THE COURT:  All right.  Thank you very much, Judge,

18   you are excused.  May she be excused?

19        MR. HARMON:  Yes, Your Honor.

20        THE COURT:  All right.  You are excused.

21        THE WITNESS:  Thank you.

22        (Further proceedings had but not transcribed per

23   request of ordering counsel.)

24

25

1
2              **R E P O R T E R ' S    C E R T I F I C A T E**
3
4          I, Darlene M. Martinez, Official Certified
5    Shorthand Reporter for the United States District Court,
6    District of Colorado, do hereby certify that the foregoing
7    is a true and accurate transcript of the proceedings had
8    as taken stenographically by me at the time and place
9    aforementioned.
10
11
12
13         Dated this <u>19th</u> day of <u>February</u>, 2014.
14
15
16
17         _____
18         s/Darlene M. Martinez
19         RMR, CRR
20
21
22
23
24
25

✎AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ COLORADO _____

UNITED STATES OF AMERICA
### V.

MICHAEL DESTRY WILLIAMS
a/k/a Will Williams

## JUDGMENT IN A CRIMINAL CASE

Case Number:        12-cr-00140-CMA-01

USM Number:        39714-013

Michael Destry Williams, Pro Se
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to Count(s) _____

☐ pleaded nolo contendere to Count(s) _____
   which was accepted by the Court.

☒ was found guilty on Counts    1 through 10 of the Superseding Indictment
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 01/11/08 | 1 |

The defendant is sentenced as provided in pages 2 through ___11___ of this judgment . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 4, 2014
Date of Imposition of Judgment

_Christine M Arguello_
Signature of Judge

Christine M. Arguello, U.S. District Judge
Name and Title of Judge

03/10/14
Date

AO 245B  (Rev. 06/05) Criminal Judgment
Sheet 1A

DEFENDANT:          MICHAEL DESTRY WILLIAMS
CASE NUMBER:     12-cr-00140-CMA-01

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 01/11/08 | 2 |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 04/15/08 | 3 |
| 31 U.S.C. 5324(a)(3) and (d); 31 C.F.R. 103.22 and 103.63; and 18 U.S.C. 2 | Structuring Transactions to Evade Reporting Requirements and Aiding and Abetting | 09/29/08 | 4 |
| 18 U.S.C. § 1344 and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | 11/09/09 | 5 |
| 18 U.S.C. § 1344 and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | 11/12/09 | 6 |
| 18 U.S.C. § 514(a)(2) and 18 U.S.C. § 2 | Fictitious Obligations and Aiding and Abetting | 11/09/09 | 7 |
| 18 U.S.C. § 514(a)(2) and 18 U.S.C. § 2 | Fictitious Obligations and Aiding and Abetting | 11/12/09 | 8 |
| 18 U.S.C. § 514(a)(2) and 18 U.S.C. § 2 | Fictitious Obligations and Aiding and Abetting | 02/03/10 | 9 |
| 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 | Interference with Administration of Internal Revenue Law and Aiding and Abetting | 12/15/10 | 10 |

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    3    of    11

DEFENDANT:          MICHAEL DESTRY WILLIAMS
CASE NUMBER:        12-cr-00140-CMA-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
         sixty (60) months as to each of Counts 1 through 4; seventy-one (71) months as to each of Counts 5 through 9; and
thirty-six (36) months as to Count 10, all such terms to run concurrently for a total term of seventy-one (71) months.

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐  a.m. ☐  p.m.   on   _____ .
   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 12 p.m. on _____ .
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
          Sheet 3 — Supervised Release

Judgment—Page    4    of    11

DEFENDANT:        MICHAEL DESTRY WILLIAMS
CASE NUMBER:      12-cr-00140-CMA-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  three (3) years on each of Counts 1 through 4; five (5) years on Counts 5 through 9; and one (1) year on Count 10, all such terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

☒  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

☒  The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall provide access to any requested financial information.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page ____5____ of ____11____

DEFENDANT:          MICHAEL DESTRY WILLIAMS
CASE NUMBER:        12-cr-00140-CMA-01

## SPECIAL CONDITIONS OF SUPERVISION

1.   Pursuant to 18 U.S.C. § 3583(d), it is ordered that the defendant make restitution to the
     victim, the Internal Revenue Service, in the amount of $60,597.80.

2.   Because this sentence imposes restitution, it is a condition of supervision that the defendant pay in accordance with the
     Schedule of Payment sheet set forth in the judgment and this order.

3.   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation
     officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's
     judgment and sentence.

4.   As directed by the probation officer, the defendant shall apply any monies, received from
     income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or
     unexpected financial gains to the outstanding court ordered financial obligation in this case.

5.   All employment must be approved in advance by the probation officer and the defendant shall not engage in any
     business activity unless approved by the probation officer. All approved business activity must operate under a formal,
     registered entity, and the defendant shall provide the probation office with the business entities and their registered
     agents. The defendant shall maintain business for any approved business activity and provide all documentation and
     records as restitution by the probation officer.

6.   The defendant shall maintain separate personal and business finances and shall not comingle personal and business
     funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

7.   The defendant shall document all income, compensation and financial support generated or
     received from any source and provide such information to the probation officer as
     requested.

8.   The defendant shall not cause or induce anyone to conduct any financial transaction on his
     behalf or maintain funds on his behalf.

9.   The defendant shall comply with all legal obligations associated with the Internal Revenue
     Service and any applicable state agency regarding federal and state income taxes. This
     includes resolution of any tax arrearage as well as continued compliance with federal and
     state laws regarding the filing of taxes.

10.  The defendant shall make payments on the restitution and fine obligations that remain
     unpaid at the commencement of supervised release. Within 60 days of commencement of
     supervision, the defendant shall meet with the probation officer to develop a plan for the
     payment of restitution and the fine. This plan will be based upon the defendant's income
     and expenses. The plan will be forwarded to the Court for review and approval.

11.  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse,
     as approved by the probation officer, until such time as the defendant is released from the program by the probation
     officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall
     pay the cost of treatment as directed by the probation officer.

12.  The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the
     probation officer, until such time as the defendant is released from the program by the probation officer. The defendant
     shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release
     to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

13.  The defendant shall submit his or her person, property, house, residence, papers, [computers (as defined in 18 U.S.C. §
     1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a
     United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant
     shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may
     conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a
     condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be
     conducted at a reasonable time and in a reasonable manner.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___6___ of ___11___

DEFENDANT:          MICHAEL DESTRY WILLIAMS
CASE NUMBER:        12-cr-00140-CMA-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|          | **Assessment** | **Fine** | **Restitution** |
|----------|------------|-----------|-------------|
| Count 1  | $ 100.00   | $ 10,000.00 | $ 60,597.80 |
| Count 2  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 3  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 4  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 5  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 6  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 7  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 8  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 9  | $ 100.00   | $ 0.00    | $ 0.00      |
| Count 10 | $ 100.00   | $ 0.00    | $ 0.00      |
| **TOTALS** | **$ 1,000.00** | **$ 10,000.00** | **$ 60,597.80** |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-------------|---------------------|------------------------|
| IRS - RACS<br>Attn. Mail Stop 6261,<br>Restitution<br>333 West Pershing Avenue<br>Kansas City, KS 64108 | $60,597.80 | $60,597.80 | |
| **TOTALS** | $ 60,597.80 | $ 60,597.80 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

DEFENDANT:           MICHAEL DESTRY WILLIAMS
CASE NUMBER:         12-cr-00140-CMA-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐  Lump sum payment of $ _____ due immediately, balance due

☐ not later than _____ , or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

**C** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒  Special instructions regarding the payment of criminal monetary penalties:

The special assessment, fine, and restitution obligations are due immediately. The defendant shall make payments on the restitution and fine obligations that remain unpaid at the commencement of supervised release. Within 60 days of commencement of supervision, the defendant shall meet with the probation officer to develop a plan for the payment of restitution and the fine. This plan will be based upon the defendant's income and expenses. The plan will be forwarded to the Court for review and approval.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following Court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.

AO 245B  (Rev. 09/08) Criminal Judgment
Attachment (Page 1) — Statement of Reasons

Judgment—Page ___8___ of ___11___

DEFENDANT:  **MICHAEL DESTRY WILLIAMS**
CASE NUMBER:  12-cr-00140-CMA-01

# STATEMENT OF REASONS

**I**  **COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A ☐  **The Court adopts the presentence investigation report without change.**

B ☒  **The Court adopts the presentence investigation report with the following changes.**

(Check all that apply and specify Court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)
(Use page 4 if necessary.)

1 ☐  **Chapter Two of the U.S.S.G. Manual** determinations by Court (including changes to base offense level, or specific offense characteristics):

2 ☐  **Chapter Three of the U.S.S.G. Manual** determinations by Court (including changes to victim-related adjustments,  role in the offense, obstruction of justice, multiple Counts, or acceptance of responsibility):

3 ☒  **Chapter Four of the U.S.S.G. Manual** determinations by Court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

The Court finds that two criminal history points pursuant to §§ 4A1.1(d) and 4A1.2(n) are warranted in this case, resulting in a criminal history category III.

4 ☐  **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

C ☐  **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II**  **COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

A ☒  No Count of conviction carries a mandatory minimum sentence.

B ☐  Mandatory minimum sentence imposed.

C ☐  One or more Counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the Court has determined that the mandatory minimum does not apply based on

☐  findings of fact in this case

☐  substantial assistance (18 U.S.C. § 3553(e))

☐  the statutory safety valve (18 U.S.C. § 3553(f))

**III**  **COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level:  ___23___
Criminal History Category:  ___III___
Imprisonment Range:  ___57___ to ___71___ months
Supervised Release Range:  ___1___ to ___3___ years as to Counts 1-4; 2 to 5 years as to Counts 5-9; and 1 year as to Count 10.
Fine Range: $ _10,000_ to  $ _2,000,000_
☐  Fine waived or below the guideline range because of inability to pay.

AO 245B    (Rev. 09/08) Criminal Judgment
Attachment (Page 2) — Statement of Reasons

DEFENDANT:          MICHAEL DESTRY WILLIAMS
CASE NUMBER:        12-cr-00140-CMA-01

# STATEMENT OF REASONS

**IV    ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

A    [X]    **The sentence is within an advisory guideline range that is not greater than 24 months, and the Court finds no reason to depart.**

B    [ ]    **The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.**
(Use page 4 if necessary.)

C    [ ]    **The Court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.**
(Also complete Section V.)

D    [ ]    **The Court imposed a sentence outside the advisory sentencing guideline system.**  (Also complete Section VI.)

**V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

A    **The sentence imposed departs** (Check only one.):
[ ] below the advisory guideline range
[ ] above the advisory guideline range

B    **Departure based on** (Check all that apply.):

1          **Plea Agreement** (Check all that apply and check reason(s) below.):
[ ] 5K1.1 plea agreement based on the defendant's substantial assistance
[ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
[ ] binding plea agreement for departure accepted by the Court
[ ] plea agreement for departure, which the Court finds to be reasonable
[ ] plea agreement that states that the government will not oppose a defense departure motion.

2          **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
[ ] 5K1.1 government motion based on the defendant's substantial assistance
[ ] 5K3.1 government motion based on Early Disposition or "Fast-track" program
[ ] government motion for departure
[ ] defense motion for departure to which the government did not object
[ ] defense motion for departure to which the government objected

3          **Other**
[ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C    **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | |
|---|---|---|---|---|---|
| [ ] 4A1.3 | Criminal History Inadequacy | [ ] 5K2.1 | Death | [ ] 5K2.11 | Lesser Harm |
| [ ] 5H1.1 | Age | [ ] 5K2.2 | Physical Injury | [ ] 5K2.12 | Coercion and Duress |
| [ ] 5H1.2 | Education and Vocational Skills | [ ] 5K2.3 | Extreme Psychological Injury | [ ] 5K2.13 | Diminished Capacity |
| [ ] 5H1.3 | Mental and Emotional Condition | [ ] 5K2.4 | Abduction or Unlawful Restraint | [ ] 5K2.14 | Public Welfare |
| [ ] 5H1.4 | Physical Condition | [ ] 5K2.5 | Property Damage or Loss | [ ] 5K2.16 | Voluntary Disclosure of Offense |
| [ ] 5H1.5 | Employment Record | [ ] 5K2.6 | Weapon or Dangerous Weapon | [ ] 5K2.17 | High-Capacity, Semiautomatic Weapon |
| [ ] 5H1.6 | Family Ties and Responsibilities | [ ] 5K2.7 | Disruption of Government Function | [ ] 5K2.18 | Violent Street Gang |
| [ ] 5H1.11 | Military Record, Charitable Service, Good Works | [ ] 5K2.8 | Extreme Conduct | [ ] 5K2.20 | Aberrant Behavior |
| | | [ ] 5K2.9 | Criminal Purpose | [ ] 5K2.21 | Dismissed and Uncharged Conduct |
| [ ] 5K2.0 | Aggravating or Mitigating Circumstances | [ ] 5K2.10 | Victim's Conduct | [ ] 5K2.22 | Age or Health of Sex Offenders |
| | | | | [ ] 5K2.23 | Discharged Terms of Imprisonment |
| | | | | [ ] | Other guideline basis (e.g., 2B1.1 commentary) |

D    **Explain the facts justifying the departure.**  (Use page 4 if necessary.)

AO 245B    (Rev. 09/08) Criminal Judgment
           Attachment (Page 3) — Statement of Reasons

Judgment—Page __10__ of __11__

DEFENDANT:          MICHAEL DESTRY WILLIAMS
CASE NUMBER:        12-cr-00140-CMA-01

# STATEMENT OF REASONS

**VI   COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

A    **The sentence imposed is** (Check only one.):
☐ below the advisory guideline range

☐ above the advisory guideline range

B    **Sentence imposed pursuant to** (Check all that apply.):

1    **Plea Agreement** (Check all that apply and check reason(s) below.):
☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the Court
☐ plea agreement for a sentence outside the advisory guideline system, which the Court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense motion to the Court to sentence outside the advisory guideline system

2    **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
☐ government motion for a sentence outside of the advisory guideline system
☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3    **Other**
☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (

C    **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)

☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))

☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))

☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))

☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))

☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))

☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D    **Explain the facts justifying a sentence outside the advisory guideline system.**  (Use page 4 if necessary.)

AO 245B    (Rev. 09/08) Criminal Judgment
           Attachment (Page 4) — Statement of Reasons

Judgment—Page    11    of    11

DEFENDANT:        MICHAEL DESTRY WILLIAMS
CASE NUMBER:      12-cr-00140-CMA-01

# STATEMENT OF REASONS

## VII  COURT DETERMINATIONS OF RESTITUTION

A ☐ Restitution Not Applicable.

B  Total Amount of Restitution:   $60,597.80

C  Restitution not ordered (Check only one.):

1 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of
     identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

2 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex
     issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree
     that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

3 ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not
     ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh
     the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

4 ☐ Restitution is not ordered for other reasons.  (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

## VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)

     Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. MICHAEL DESTRY WILLIAMS                    DKT. NO. 1:12CR00140-1

## PETITION FOR SUMMONS ON PERSON UNDER SUPERVISION

COMES NOW, Joel R. Nelson, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Michael Destry Williams, who was placed on supervision by the Honorable Christine M. Arguello, sitting in the United States District Court in Denver, Colorado, on March 4, 2014. The defendant was sentenced to seventy-one (71) months imprisonment and five (5) years supervised release for an offense of Tax Evasion and Aiding and Abetting (3 counts); Structuring Transactions to Evade Reporting Requirements and Aiding and Abetting; Bank Fraud and Aiding and Abetting (2 counts); Fictitious Obligations and Aiding and Abetting (3 counts); and Interference with Administration of Internal Revenue Law and Aiding and Abetting. Supervision commenced on August 22, 2018, and is set to expire on August 21, 2023. As noted in the judgment [Document 107], the Court ordered mandatory, special and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT FOR CAUSE AS FOLLOWS:

VIOLATION(S) ALLEGED:

1. **FAILURE TO REPORT TO THE PROBATION OFFICER AND SUBMIT WRITTEN REPORTS AS DIRECTED**

On or about October 30, 2018, the defendant was directed to complete written monthly reports and submit them to the probation office by the 5th day of each month. The defendant failed to submit written monthly reports as directed for May, June, and July, 2019, which constitutes a Grade C violation of supervised release.

The defendant initially complied with this condition of supervision and submitted his reports on a monthly basis. In April 2019, the defendant submitted a monthly written report. Attached to his report was a "Notice and Demand to Cease and Desist" letter, in which the defendant indicates that he is recognized as an "American National and not a US citizen". The defendant asks to be removed from the docket and registry and to "Cease and Desist all trespasses" upon him. Since that time, the defendant has failed to submit any written reports to the probation office.

### 2. FAILURE TO PAY FINE AND RESTITUTION AS DIRECTED

The defendant has failed to make payments toward his fine and restitution as directed by the Court and probation officer, which constitutes a Grade C violation of supervised release.

At his sentencing on March 4, 2014, the Court ordered the defendant to pay a $1,000 assessment, a $10,000 fine, and $60,597.80 in restitution. During his custodial time in the Bureau of Prisons, the defendant made three payments of $25 toward his assessment before informing BOP officials that he did not give the government permission to remove any funds. He refused to further participate in the Inmate Financial Responsibility Program.

On October 30, 2018, upon the defendant's release from custody, the probation officer reviewed the judgment with the defendant and explained the criminal monetary penalties. The defendant would not sign a payment plan or complete a financial statement until he reviewed all of the paperwork. The probation officer asked him to review the forms and complete them before returning them to the probation officer. The defendant failed to complete the requested financial forms.

On May 13, 2019, the probation officer again explained the criminal monetary penalties and directed him to make monthly payments toward his court ordered monetary penalties. The defendant has failed to make any payments toward his outstanding balances during his period of supervised release.

The defendant does not acknowledge that he has criminal monetary penalties and indicates on his written monthly reports that, "NO Lawful Bill Under Article 1 section 10 has been served upon me the Sole foreign Beneficiary".

### 3. FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to complete a substance abuse and mental health assessment in which the probation officer directed him to complete on July 13, 2019. This constitutes a Grade C violation of supervised release.

The defendant was referred to Recovery Unlimited, a licensed and contracted treatment agency, on May 13, 2019, to complete a mental health and substance abuse assessment. The defendant reported as directed; however, he signed the assessment paperwork in a manner that prevented the counselor from completing the assessment. The defendant agreed to sign the paperwork, but would only do so by adding the wording, "under threat, duress, coercion". The treatment provider would not provide services for someone under those circumstances.

The defendant exhausted all contracted treatment services, so the probation officer directed the defendant to complete a mental health and substance abuse assessment on his own within the next 60 days. The probation officer gave him a list of agencies that would provide services to him, but that it would be up to him to complete the assessment. The defendant failed to complete the assessment and/or provide the results to the probation office.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's alleged violations, the probation officer requests a summons.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a summons ordering the defendant to appear in court for a violation hearing, and that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*/s/ Joel R. Nelson*
Joel R. Nelson
United States Probation Officer
Place:   Colorado Springs
Date:    August 27, 2019

*/s/ Travis L. Cormaney*
Travis L. Cormaney
Supervisory United States Probation Officer
Place:   Colorado Springs
Date:    August 27, 2019

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class B felony, thus the maximum sentence allowed upon revocation is three (3) years imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history is a Category III, thus the advisory guideline range for revocation is 5 to 11 months.

## STATEMENT IN SUPPORT OF RELEASE AT INITIAL APPEARANCE:

The defendant is not viewed as presenting a risk of flight and danger to the community. In addition, he does not present a risk of non-appearance. Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:12CR00140-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL DESTRY WILLIAMS,

      Defendant.

---

### ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

---

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

_____    ORDERS the issuance of an arrest warrant.

_____    ORDERS the issuance of a summons.

_____    DENIES the request.

      DATED at Denver, Colorado, this _____ day of August, 2019.

                          BY THE COURT:

                          _____
                          Christine M. Arguello
                          United States District Judge

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

United States of America )
v. )
)
) Case No.
)
)
_____ )
Defendant )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ❑ Complaint

❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of Court

| Place: | Courtroom No.: |
|--------|----------------|
|        | Date and Time: |

This offense is briefly described as follows:

Date: _____

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

❑ Executed and returned this summons   ❑ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,

      Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

      This matter is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision. (Doc. # 115.) Having considered the probation officer's petition, the Court ORDERS the issuance of a summons for the reasons stated by the probation officer.

DATED: August 30, 2019

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge

Case No. 1:12-cr-00140-CMA Document 115-2 (Court only) Filed 08/27/19 USDC Colorado pg 1 of 1
Case 1:12-cr-00140-CMA Document 115-2 (Court only) Filed 08/30/19 USDC Colorado pg 54 of 91
Page 1 of 1

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.   1:12-cr-00140-CMA-01 |
| Michael Destry Williams | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint

❏ Probation Violation Petition          ☑ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of Court

| Place: Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.:   A402 |
|---|---|
| | Date and Time:   09/13/2019 10:00 am |

This offense is briefly described as follows:

Failure to Report to the Probation Officer and Submit Written Reports as Directed
Failure to Pay Fine and Restitution as Directed
Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer

Date:   _____08/30/2019_____

_____
Jeffrey P. Colwell, Clerk of Court
*Issuing officer's signature*

/S P. Glover, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons          ❏ Returned this summons unexecuted

Date:   _____

_____
*Server's signature*

_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,

Defendant.

---

**ORDER SETTING FINAL HEARING REGARDING
REVOCATION OF SUPERVISED RELEASE**

---

The Court hereby sets a Final Hearing re Revocation of Supervised Release for

**January 23, 2020**, at **3:00 PM** in Courtroom A 602 before Judge Christine M. Arguello.

Not later than 7 days before the Supervised Release Revocation Hearing, the

Defendant shall file a sentencing statement indicating whether he intends to admit or

deny the allegations and setting forth his sentencing position. The Government's

response to Defendant's sentencing statement must be filed not later than 5 days

before the Supervised Release Revocation Hearing. Failure to comply with this order

may result in a continuance of the Supervised Release Revocation Hearing. The

deadlines for filing such papers will be extended only upon the showing of good cause.

DATED: October 25, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

Corporate Commercial Case # 12-cr-00140-CMA-(1)

Certified mail # 7017 1450 0001 3913 3744

ALL WHO RECEIVE THIS WRIT ARE BOUND BY IT.

To: All nine men and women known as Justices for
the Supreme Court of the United States,
Including subordinates Scott S. Harris and Jacob Levitan
1 1st Street NE
Washington D.C. 20543-0001

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 21 2019
JEFFREY P. COLWELL
CLERK

From: James Frank, Family of Williams - In Propria Persona Sui Juris
Address: RFD
In Care Of: PO Box 11814
Pueblo Colorado [81001]

**RE:** Reply to letter concerning the Writ of Habeas Corpus for the release of diplomat Michael-destry, Family of Williams, permanently disabled, an American National/State Citizen as per the United States State Department, being held/incarcerated and/or under penal corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC}in a commercial case # 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc., (see Exhibit A). Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress and coercion.

Dear Justices and subordinates,

Again, the BAR association impugns my sacred honor with their return of my Lawful Writ and letter to me, dated October 24, 2019 in regard to said Writ, placed in your care on this same day. The fact that it was returned the same day as received, with what must be a standard letter of rejection, shows that it most likely was not read by any justice.

The contents of your letter are clearly addressed in sections I, II, III, IV of what you call an "Extraordinary" Writ of Habeas Corpus sent to you nine Justices, not low-level BAR members acting as clerks or any other man or woman working as clerks.

Under the original documents of this Constitutional Republic, I created your position and am not required to buy my way into your service.

If my words or the heading of this Writ ("In Common Law") were not clear enough, then here me now; I invoke all original Rights of a Sovereign man of this Republic and under your own rules, rule 17 (This Rule applies only to an action invoking the Court's original jurisdiction under Article III of the Constitution of the United States.), Invoke you nine Justices to act on your own rules and act as a lawful Article III court and judges, In Common Law, holding you to your oaths to serve this US State Department recognized American National/State Citizen.

Section 2 of Your rule 17 also says your rules may be taken as "guidelines," which again, I am not required to follow in anyway, as I am not a BAR member, government employee (corporate or not), nor any agent associated with either. I am the creator of lawful government and require your actions, under your Oaths, on my behalf.

As the fraudulent actions by the ABA against American National/State Citizen Michael-destry have been perpetrated at the federal level, my determination for this Writ of Habeas Corpus is also at the Federal level, being that you nine justices stand as their superiors.

I now return said Writ and demand action, invoking you nine justices as my lawful agents. I am also including a new attachment, the "Arrest Warrant" issued for the Fictional Entity MICHAEL DESTRY WILLIAMS. Even if this warrant had the actual living man's proper name on it, NO warrant can lawfully be signed by a clerk, and ALL must have an affidavit accompanying it, which was not the case. ALL law enforcement and involved BAR members acted Unlawfully and Unconstitutionally in this matter and I demand immediate actions against each of them!

My Flesh and Blood property Michael-destry, has once again, under Color of Law, lawlessly been assaulted and kidnapped by agents of the corporation US MARSHAL SERVICE on behalf of the BAR association, involved Parole Officers and the corporation known as USDC. and is being unlawfully incarcerated by this private corporation and its agents, without contract. I demand that my property be immediately released and returned to me as none of these corporate groups of agents have any jurisdiction over a United States State Department recognized American National/State Citizen!

An unlawful attack by one member of the ABA on one American of this Republic Nation, is an attack by all members of the ABA on all of the American People!

Attached:
1) Fraudulent Arrest Warrant for MICHAEL DESTRY WILLIAMS
2) Clerks reply to Writ

By: _James F. Williams_

James Frank, Family of Williams – Sui Juris
Recognized American National/State Citizen
RFD - c/o PO Box 11814, Pueblo Colorado

Notary Witness:
Colorado State        )
                      ) ss.
Pueblo County         )

Subscribed and sworn to, before me this 14th Day of November, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_

Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cc:

TO:    President Donald J. Trump
            1600 Pennsylvania Ave.
            Washington DC [20500]

TO:    Secret Service of the United States
            245 Murray Lane
            Washington DC [20223]

TO:    Attorney General William Barr
            US Department of Justice Room 4400
            950 Pennsylvania Avenue
            Washington D.C. [ 20530-0001]

TO:    Provost Marshal General
            2800 Army Pentagon
            Washington DC [20310-2800]

TO:    U.S. Department of State
            Office of Law Enforcement Liaison
            44132 Mercure Circle
            P.O. Box 1227
            Sterling, Virginia [20166]

TO:    UNITED STATES DISTRICT COURT OF COLORADO Inc.
            Attn: Justice Daniel Desmond Domenico
            901 19th Street
            Denver, Colorado [80294-3589]
            Corporate Commercial Case # 12-cr-00140-CMA-(1)

2019146453
Page: 1 of 1
D $0.00

10/21/2019 12:20 PM      R $13.00
City & County of Denver                AFF

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   12-cr-00140-CMA |
| | ) | |
| | ) | |
| MICHAEL DESTRY WILLIAMS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Destry Williams

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Failure to Appear on 9/13/2019.

Date:   09/13/2019

s/M. Ortiz, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

October 24, 2019

James Frank Williams
P.O. Box 11814
Pueblo, CO 81001

    RE: In Re Williams

Dear Mr. Williams:

    The above-entitled petition for an extraordinary writ of habeas corpus was received on October 24, 2019. The papers are returned for the following reason(s):

No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached. Rules 33.2(a) and 39.

No notarized affidavit or declaration of indigency is attached. Rule 39. You may use the enclosed form.

The petition does not follow the form prescribed by Rule 14 as required by Rule 20.2.

The petition does not show how the writ will be in aid of the Court's appellate jurisdiction, what exceptional circumstances warrant the exercise of the Court's discretionary powers, and why adequate relief cannot be obtained in any other form or from any other court. Rule 20.1.

The petition does not state the reasons for not making application to the district court of the district in which you are held. Rule 20.4(a) pertaining to petitions for writs of habeas corpus.

A copy of the corrected petition must be served on opposing counsel.

                            Sincerely,
                            Scott S. Harris, Clerk
                            By:

                            Jacob Levitan
                            (202) 479-3392

Enclosures

||||||||||||||||||||||||||||||||||||||||||||

2019146452
Page: 1 of 24
D $0.00

10/21/2019 12:20 PM    R $128.00
City & County of Denver                AFF

# Writ of Habeas Corpus

# In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America
**Not within the UNITED STATES Inc.**

To:       All nine men and women known as Justices for
the Supreme Court of the United States
1 1st Street NE
Washington D.C. 20543-0001

From:    James Frank, Family of Williams - In Propria Persona Sui Juris
Address:    RFD
In Care Of:   PO Box 11814
Pueblo Colorado [81001]
Herein known as Affiant.

**RE:**     Michael-destry Family of Williams, permanently disabled, an American National/State Citizen as per the United States State Department, is being held/incarcerated and/or under penal corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC}in a commercial case # 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc., (see Exhibit A). Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress and coercion.

**I.**     Jurisdiction arises under this Affiant's International Right of Self Determination of actions of Declarations/ Affidavits/Public Records, maintaining my sacred honor per my compact known as The Declaration of Independence 1776, Articles of Confederation and 1787/89/91 Constitution for The United States of America. I am not bound by any corporate Rules, Regulations, Statures or Codes in any manner.

**II.**    Venue is proper as per my International Right of Self Determination as an American National/State Citizen, as guaranteed in the VII Amendment (Bill of Rights) of the Constitution for The United States of America. Again, not by any corporate Rules, Regulations, Statutes or Codes.

**III.**    Parties are: 1. This Affiant, 2. Michael-destry, Family of Williams, 3. and all Nine Justice Individuals occupying the Supreme Court of the United States, plus their unknown and unnamed subordinates.

## Facts/Affidavit

**IV.**    The following Facts are Self-Evident,

1.    You nine individuals are by actual fact or open public pretension the deciders of the Law of the Land for The United States of America via this Affiant. Via one of your recent decisions in **"United States v. Haymond"** you bring into question the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty." That is NOT happening!

2.    You nine Justices, Office of Supreme Court and agents thereof, have created or ok'ed a **non-judicial**, foreign corporate special law jurisdiction, - 14th Amendment of the US constitution, federally zoned citizen with privileges, in contrast with the Constitution for The United States of America, Article 4 section 4, Republic State and State Zoned Citizen Rights, the latter of which applies to this Affiant and Michael-destry. The previous which you know or should know allows your subordinates, with impunity, to:
**A.** impeach our sacred Honor,
**B.** deny or ignore our Citizenship as an American National/State Citizen, (see exhibits C and C1) (as is again being done since Michael-destry's unlawful arrest on October 11, 2019) (see exhibit D – James Frank's Affidavit)
**C.** Trespass on Michael-destry's Unalienable Rights, specifically his Liberty Rights at the whims of a corporate agent Christina M. Arguello, ACTING as a lawfully seated judge.

3.    This Affiant's and Michael-destry's American National status, Unalienable and Equitable Rights have been taken for a number of years via the Nonfeasance, Misfeasance, Malfeasance committed via Color of Law, in violation of your own laws, specifically U.S. Code 18 sections 241 & 242, but not limited to, with the sanctions of the Supreme Court of The United States of America, and now you impeach my sacred honor.

4.    Michael-destry: Williams is unlawfully being held in **non judicial** custody of the corporate Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (exhibit E) by acting Judge Christine M. Arguello and acting Clerk of Court Jeffery P. Colwell, under special laws of a **foreign** corporation (Color of Law private codes and statutes), denying Michael-destry his Unalienable Rights from the Creator, including but not limited to, violation of XI Amendment, suits prosecuted by Citizens of Subjects of any Foreign State, being denied VII Amendment suits In Common Law, denied Due Process, and VI, V, IV Amendments of the Constitution for The United States of America.

5.    Acting public servants; Judge Christina M. Arguello, Clerk of Court Jeffery P. Colwell, UNITED STATES Attorneys Kenneth Harman, and John Walsh but not limited to, do not have a valid Oath of Office nor bonds filed with the City and County of Denver Clerk and Recorder or the Secretary of State of Colorado State, as required by Colorado State Constitution(1876), Article XII sections 8,9, and 10, and Article VI section 3 of the Constitution for The United States of America(1787/89/91), and the General Laws of Colorado, making all of their offices vacant and actions void.

6.     This Affiant's honor, duties and responsibilities as an American National/State Citizen, requires me to notify you of the wrongs being perpetrated upon American National/State Citizen Michael-destry. This has been done by this Writ of Habeas Corpus, but not limited to.

7.     If this matter is not corrected or openly denied, this will be Prima Facia Evidence to you admitting to the facts and accepting liability.

**V.**     If you wish to honor your duty to this Affiant and Michael-destry as well as your Oath of Office as required in the VI Amendment of the Constitution for The United States of America, the following is suggested by correcting the misjustice / trespasses upon this Affiant and Michael-destry by the foreign corporation and its corporate agencies as follows;

    **1.** Release Michael-destry this day from the federal corporate USDC alleged jurisdiction (Incarceration/Parole), with express written notification and orders.

    **2.** Vacate the judgment and sentence of the corporate Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO commercial case # 12-cr-00140-CMA-(1), all enacted under Color of Law.

    **3.** Recognize and correct Michael-destry's, Standing, Status and Citizenship (exhibit F) with all branches of the government of the United States.

### Exhibits

A     Entity details of corporation UNITED STATES OF AMERICA, Inc.

B     Letter from corporate DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO Confirming the all caps name MICHAEL DESTRY WILLIAMS is a fictional trust.

C     Certificate of Identity form DS-4240 with Request page and Photocopy of Passport card and passport. City and County of Denver Recorder # 2019043968. 3 - Pages.

C1     Photocopy of page inside passport showing request from Secretary of State that was ignored.

D     James Frank: Williams' Affidavit.

E     Proof of Entity Incorporation. 5 pages

F     Standing, Status and Citizenship Affidavit.
City and County of Denver Recorder # 2019057051. 3 - Pages.

G     Oath of Citizenship of Michael-destry, Family of Williams administered by Officer of the Nation, Lt. Cdr., USN, Retired, now deceased, David G. Anderson on 8th of May 2012. City and County of Denver Recorder # 2019043967. 2 - Pages.

H     Notice and arrest of UNITED STATES DISTRICT COURT Inc. commercial case # 12-cr-00140-CMA-(1) Indictment.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

**Notice**

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence.
All are without excuse
All Rights Reserved, Without Prejudice, Without Recourse.

**Affirmation**

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, flesh and blood man, as a living soul, Freeman/American National upon Planet Earth.

By: _James F. Williams_

James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State )
) ss.
Pueblo County )

Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank; Williams.

_Cynthia A. Ellingson_

Cynthia A. Ellingson, Notary Public
My Commission Expires: ___11|15|2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023

Cc:

TO:    Attorney General William Barr
       US Department of Justice Room 4400
       950 Pennsylvania Avenue
       Washington D.C. 20530-0001

TO:    UNITED STATES DISTRICT COURT OF COLORADO Inc.
       Attn: Clerk of Court Jeffery P. Colwell
       901 19th Street, Room A-105
       Denver, Colorado [80294-3589]
       Corporate Commercial Case # 12-cr-00140-CMA-(1)

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 4 of 4*



# EXHIBIT A

4

Exhibit 3

NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| **File Number:** | 2193946 | **Incorporation Date /(mm/dd/yyyy):** | 04/19/1989 |
| | | **Formation Date:** | |
| **Entity Name:** | UNITED STATES OF AMERICA, INC. | | |
| **Entity Kind:** | CORPORATION | **Entity Type:** | NON-PROFIT OR RELIGIOUS |
| **Residency:** | DOMESTIC | **State:** | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | THE COMPANY CORPORATION | | |
| **Address:** | 2711 CENTERVILLE ROAD SUITE 400 | | |
| **City:** | WILMINGTON | **County:** | NEW CASTLE |
| **State:** | DE | **Postal Code:** | 19808 |
| **Phone:** | (302)636-5449 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like Status Status,Tax & History Information

IRS000148

GJEX000050

# EXHIBIT B

| | |
|---|---|
| **DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO**<br>Court Address:<br>1437 Bannock Street, Room 230, Denver, CO, 80202<br><br>**In the Matter of the Trust:** MICHAEL DESTRY WILLIAMS | DATE FILED: July 22, 2019<br><br>△ **COURT USE ONLY** △ |
| | Case Number: 2019PR166<br>Division: 1    Courtroom: |

## ORDER

THIS MATTER is before the Court for review and consideration of filings presented by Michael Destry Williams on April 12, 2019, May 10, 2019, May 16, 2019, June 10, 2019, July 1, 2019 and July 15, 2019. The Court has reviewed the filings, finds them to be nonsensical and accordingly finds the filings fail to state a claim upon which relief may be granted.

To the extent necessary, the filings are denied. No further action shall be taken by the Court.

Issue Date: 7/22/2019

*Elizabeth D. Leith*

ELIZABETH DEMBERG LEITH
District Court Judge

# EXHIBIT C

**U.S. Department of State**

## CERTIFICATION OF IDENTITY



| | |
|---|---|
| 1. Full Name of Requester [1] *(Last, First, MI)*<br>*Williams: Michael destry* | 2. Date of Birth *(mm-dd-yyyy)*<br>*23rd May 1964* |
| 3. Full Name of Subject of Records<br>*Michael destry Williams* | 4. Citizenship Status [2]<br>*American National* |
| 5. Current Address *RR. 1, St Charles Mesa near Pueblo*<br>*Po 1024 1/2 E. Ash Street, Pueblo, Colorado* | 6. Place of Birth *Gunnison*<br>*Colorado State* |

**Third Party Authorization** *(Bloods)*
Complete this section if you are authorizing release of your records to another person.

I, *Michael destry W ....................................................*, pursuant to 5 U.S.C. Section 552a(b), *Judicial*

*Common law*
authorize the U.S. Department of State to release any and all information relating to me to *COURT, Inc / Commerce*

*and It*
Name of Third Party *Clerk of Court Jeffery P. Colwel   Article 3*

*CFR*
Address of Third Party *901 19th Street*

*Denver Colorado 30294*

*Article 3*
*Adm Party*
Type of Third Party (check one):  ☐ Parent   ☐ Custodial Guardian   ☐ Legal Representation   ☒ Other *Colorado Court*

*and please send a certified copy to me. Requester*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. *In Common law U.S. procedure*

*Without Prejudice Without Recourse, A Cont Recored*

Signature [3] *Michael destry Williams*   Date *(mm-dd-yyyy)* *04/11/2019*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S. C. Section 552a(i)(3).

*Michael destry Williams  American National*

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

*Certified mail #*

| | |
|---|---|
| DS-4240<br>05-2013   *7017 1000 0001 1073 5992* | **2019043968**<br>Page: 1 of 3<br>D $0.00 |
| 04/12/2019 10:29 AM<br>City & County of Denver | R $23.00<br>CTF |

# Request for
# Passport Records
# (2) Certified Copies

Date: _11th April 2019_

TO:   U.S. Department of State
      Office of Law Enforcement
      Liaison
      44132 Mercure Circle
      P.O. Box 1227
      Sterling, Virginia [20166]

Pursuant to The Privacy Act of 1974 and special law [5 USC 552 (2)].

| | |
|---|---|
| Name: | Michael destry: Williams |
| Date and Place of Birth: | 23rd May,1964, Gunnison, Colorado State |
| Mailing Address: | Rural Route 1, St. Charles Mesa |
| | Pueblo, Colorado |
| | C/o 1024 1/2 East Ash Street |
| | Pueblo, Colorado [81001] |
| Telephone: | (719) 544-5362 |
| Email Address: | none |
| Dates Passport Issued | 8th January 2019 |
| Passport number: | 592612813 |
| Passport Card number: | C 18850067 |

Enclosed copies:    Passport and Card, Exhibit 1. Postal Money order for $ 100.00.
                    Certification of Identity Form DS-4240. / # 255 378900 60

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

_Certified mail_                _Michael-destry: Williams_
_# 70171000 0001 1073 5492_
                                Michael-destry Family of Williams
                                Rural Route 1, St. Charles Mesa, Pueblo Colorado
                                In care of: 1024 1/2 East Ash Street,
                                Pueblo Colorado [81006]

Notary: CYNTHIA A. ELLINGSON
Colorado State:
                    ss.
Pueblo County:

Subscribed and Affirmed before this _11th_ of April 2019 by
Michael-destry Family of Williams

_Cynthia A. Ellingson_
My commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Exhibit 1
U.S. Department of State
Passport Records



# EXHIBIT C₁



...AND THAT GOVERNMENT OF THE PEOPLE, BY THE PEOPLE, FOR THE PEOPLE, SHALL NOT PERISH FROM THE EARTH.

*Abraham Lincoln.*

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultad y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

# EXHIBIT D

**Affidavit of American National/State Citizen**
**James Frank, Family of Williams**
**Concerning the arrest of American National/State Citizen**
**Michael-destry (Will), Family of Williams**

On October 11, 2019 at 10:58 am, this Affiant received a phone call from my mother, stating that armed agents of the corporations, THE PUEBLO COUNTY SHERIFF'S DEPARTMENT and the UNITED STATES MARSHALS SERVICE were at her home at 1024 East Ash Street in Pueblo Colorado. These Armed Agents were supposedly acting on a warrant to arrest Michael-destry (herein known as Will) for "Failure to Appear" in a corporate constructive trust case. This Affiant told her to order them off of her property, which I heard her doing over the phone and then immediately while still speaking to her, this Affiant left my property and traveled the few miles to my mother's house.

Upon arriving at this Affiant's mother's house, I observed my brother Will being cuffed into the backseat of one of the corporate agent's automobiles and then immediately being driven away by these corporate agents.

After filming the exodus of most of these agents, this Affiant noticed and recognized Charles Lee Gallegos, a friend and corporate agent for the PUEBLO COUNTY SHERIFF'S DEPARTMENT parole division.

This Affiant asked agent Gallegos to show me the "warrant," which agent Gallegos did, and this Affiant also asked to see the "verified affidavit" that is required to lawfully use a warrant. Agent Gallegos did not have an affidavit with his warrant and this Affiant did not see a judge's signature on the warrant.

This Affiant also observed that the warrant was for the Cestui Que Vie Trust entity MICHAEL DESTRY WILLIAMS, not the living man Will: Williams.

Agent Gallegos personally told this Affiant that Will clearly said that he was not the PERSON on the warrant.

Agent Gallegos also was in possession of Will's passport card, which Gallegos personally told me that neither he nor any other arresting agent ran to ascertain Will's actual identity. Agent Gallegos also held the US State Departments certified copy of the application that attests to Will's non corporate US citizen status.

I Affirm under God the Creator that this Document is true and correct to the best of Knowledge.

By: _James F. Williams_
James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State        )
                      ) ss.
Pueblo County         )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023



EXHIBIT E

2019057048
Page: 1 of 1
D $0.00

05/10/2019 10:40 AM
City & County of Denver          R $13.00          TST

# Us District Court (/c/mmjn778/us-district-court)

*Judiciary Courts Of The State Of Colorado*

901 19th Street # 105a

Denver, CO 80294

Phone: ☎ Show Number

(303) 844-4694 (tel:3038444694)

**A.k.A. - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc.,**

Web: www.coloradojudicialperformance.gov

(/api/v1/urlverify/http%3A%2F%2Fwww.coloradojudicialperformance.gov)

Ad

Search Public Records Now

Enter a Name and Select a State to View Public Records Now!

TruthFinder

Us District Court is a privately held company in Denver, CO .

> Own This Business?

Categorized under State Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

**Notice of: Constructive Trust(s) created by said US DISTRICT COURT inc., commercial case # 12-cr-00140-CMA- (1).**

**This public notice of incorporation was served upon, by personal presentment, to Joel Nelson Corporate US Probation Officer and on agent Ryan Jessie of Recovery Unlimited L.L.C.,** on 26th April 2019.

**Affirmation**

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Michael-destry Family of Williams, Rural Route 1, St. Charles Mesa, Pueblo Colorado

In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Notary: CYNTHIA A. ELLINGSON

Colorado State:

ss.

Pueblo County:

Subscribed and Affirmed before this 9th of MAY 2019 by

Michael-destry Family of Williams

*Cynthia Ellingson*

NOTARY PUBLIC

My commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023



State of Colorado Washington DC, 20001 – Manta.com

4/28/19, 2:18 PM

US (/mb) > Washington, DC (/mb_51_ALL_2Y5/washington_dc) > Government (/mb_53_F3_2Y5/government/washington_dc)
> General Government, NEC (/mb_54_F30C7_2Y5/general_government_nec/washington_dc)
> State Government-General Offices (/mb_55_F30C70B6_2Y5/general_government_administration/washington_dc) > State of Colorado



MAY 10 2019

# State of Colorado (/c/mh5ycm4/state-of-colorado)

444 North Capitol Street NW
Washington, DC 20001
Phone: (202) 624-7865 (tel:2026247865)
Ad

Public and Criminal Records

Intelius provides you access to billions of online public
Intelius.com

State of Colorado is a privately held company in Washington, DC .

---

Colorado Department Of State Denver CO, 80290 – Manta.com

4/28/19, 2:14 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F2FH/government/denver_co)
> General Government, NEC (/mb_54_F30C7_2FH/general_government_nec/denver_co)
> State Government-General Offices (/mb_55_F30C70B6_2FH/general_government_administration/denver_co) > Colorado Department Of State

# Colorado Department Of State (/c/mhhv9f0/colorado-department-of-state)

*Secretary Of State, Colorado*
1700 Broadway # 350
Denver, CO 80290
Phone: ☏ Show Number
Web: www.sos.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.sos.state.co.us)
Ad

Buy Meat Wholesale Online

Add us to your Weekly Orders & Save up to 50% on a '
More.
Colorado Department Of State is a privately held company in Denver, CO .
Categorized under State Government-General Offices.

2019057049
Page: 1 of 1
D $0.00
TST
R $13.00
05/10/2019 10:40 AM
City & County of Denver

### Certification of Authentication

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Willia...*

Michael-destry Family of Williams,          Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Witness Notary: CYNTHIA A ELLINGSON          Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©
Colorado State

ss.

Pueblo County:

Subscribed and Affirmed before this  9th  of  MAY          2019 by
Michael-destry Family of Williams

*Cynthia A Ellingson*
NOTARY PUBLIC

My commission Expires:  1/15/2023

> CYNTHIA A. ELLINGSON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20034001636
> MY COMMISSION EXPIRES     JANUARY 15, 2023



State Of Colorado Denver CO, 80206 – Manta.com                                                                      4/28/19, 2:20 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co) > Courts (/mb_54_F30D3_2FH/courts/denver_co)

> Courts (/mb_55_F30D3000_2FH/courts_federal_government/denver_co) > State Of Colorado

## State Of Colorado (/c/mhz96c4/state-of-colorado)

780 Elizabeth Street

Denver, CO 80206      [ Own This Business? ]

Phone: (303) 355-3546 (tel:3033553546)

Web: www.cde.state.co.us

(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)

Ad

View public records now

Intelius provides you access to billions of online public

intelius.com

State Of Colorado is a privately held company in Denver, CO .

Categorized under Courts.

*Exhibit "G"*

FILED IN COURT
MAY 10 2019

---

State Of Colorado Denver CO, 80203 – Manta.com                                                                      4/28/19, 2:17 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co)

> Executive Offices (/mb_54_F306F_2FH/executive_offices/denver_co) > Governors' Office (/mb_55_F306F05N_2FH/governors_office/denver_co) > State Of Colorado

## State Of Colorado (/c/mm2swt2/state-of-colorado)

200 East Colfax Avenue # 91

Denver, CO 80203      [ Own This Business? ]

Phone: ✆ Show Number

Web: www.cde.state.co.us

(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)

Ad

Search Public Records Now

Enter a Name and Select a State to View Public Recor

TruthFinder

State Of Colorado is a privately held company in Denver, CO and is a Headquarters

business.

Categorized under Governors' Office. Our records show it was established in 1876 and

incorporated in Colorado. Current estimates show this company has an annual revenue

of unknown and employs a staff of approximately 81349.

2019057050
Page: 1 of 1
D $0.00
R $13.00
05/10/2019 10:40 AM
City & County of Denver

**Certification of Authentication**

**Affirmation**

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth

*Michael-destry Family of Williams*

Michael-destry Family of Williams,                  Rural Route 1, St. Charles Mesa, Pueblo Colorado

In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State !

ss.

Pueblo County:

Subscribed and Affirmed before this ___ of ___ MAY ___ 2019 by

Michael-destry Family of Williams

*Cynthia Ellingson*

NOTARY PUBLIC

My commission Expires: ___1/15/2023___

```
CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023
```



# Pueblo County Sheriff's Office

## (/c/mmjw3ch/pueblo-county-sheriff-s-office)

*Pueblo County Government*

☆ ☆ ☆ ☆ ☆  0 customer reviews – add your review
(/c/mmjw3ch/pueblo-county-sheriff-s-office#reviews)

909 Court Street
Pueblo, CO 81003
Phone: (719) 583-6125
(tel:7195836125)
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d55&cb=66
29547&emid=mmjw3ch)

Own This Business? (/build/c/mmjw3ch)



Pueblo County Sheriff's Office is a privately held
company in Pueblo, CO .
Categorized under Sheriff. Current estimates show this
company has an annual revenue of unknown and
employs a staff of approximately 10 to 19.

---

📇 **Contact** *Is this your business? Claim This Profile*

(/build/c/mmjw3ch)

**Pueblo County Sheriff's
Office**
Phone: (719) 583-6125
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d55&cb=66
29548&emid=mmjw3ch)
Name: Kirk Taylor

Call Company     (tel:7195836125)

# US Marshal Department (/c/mttt1fc/us-marshal-department)

*Us Marshals Service*

☆ ☆ ☆ ☆ ☆   0 customer reviews - add your review
(/c/mttt1fc/us-marshal-department#reviews)

1929 Stout Street
Denver, CO 80294
Phone: (303) 844-2801
(tel:3038442801)

Own This Business? (/build/c/mttt1fc)

Additional fees apply
Rate excludes taxes
Speed may not be

US Marshal Department is a privately held company in
Denver, CO and is a Branch business.
Categorized under Services (Unclassified). Our records
show it was established in 2008 and incorporated in
Colorado. Current estimates show this company has an
annual revenue of unknown and employs a staff of
approximately 10 to 19.

## FIND QUALITY HOME IMPROVEMENT PROS

| Choose Your Project ⌄ | Select Project ⌄ | 80294 | Subm |

## 📇 Contact  *Is this your business? Claim This Profile*

(/build/c/mttt1fc)

**US Marshal Department**
Phone: (303) 844-2801

Call Company   (tel:3038442801)

Name: Dave Williams
Job Title: Principal

## You May Also Like

(http://bridge.lga1.admarketplace.net/ct?          ad
version=16.0.0&ci=1571089602043.11961&key=1571089602900600001.1)



# EXHIBIT F

## Standing, Status and Citizenship
## Affidavit

In God's Law and In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America

MAY 1 0 2019

Date: 25th April 2019

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado State Republic, In Care of: 1024 1/2 East Ash Street, Pueblo, Colorado [81001], being of sound mind and lawful age, do solemnly declare:

1. I am a Freeman-American National, State Zoned Citizen, born on the land of <u>Colorado</u> State Republic, of parents who were Citizen-Principals of <u>Colorado</u> State of the Republic Nation <u>The United States of America</u>. As an hereditament I acquired directly the status of Citizen-Principal-American National-creditor-obligee, of said <u>Colorado</u> State sharing equally in its sovereignty. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a free living man, born on the land of <u>Colorado</u> State, I am not a restricted by or a party to the contract stipulation known as the 14th Amendment of the UNITED STATES inc., constitution. I am not a UNITED STATES citizen and because I receive no protection from it, I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid State of my birth and derivative and mediate thereof, . I am a State Zoned Citizen, Citizen of one of the several union States/American National of <u>The United States of America</u> as contemplated in the Constitutional Contract of 1787, . INA Section 101(a)(29), Butler v. Farnsworth, federal case, Vol. 4, page 902 (1821).

4. I am not a UNITED STATES citizen, A.K.A. U.S. citizen, as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency and "alien" to the citizenship of the 14th Amendment and/or UNITED STATES citizen . United States v. Cruikshank, 92 U.S. 542 (1875), and K. Tashiro v. Jordan 256 P. 545, 549 (1927); affirmed 278 U.S. 123 (1928).

6. As the tax imposed in private corporate special laws - 26 U.S.C.1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me, State Zoned Citizen, as I am neither such a citizen or resident and or employee of the UNITED STATES inc.. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done without being given Full Disclosure of the alleged contract, under threat, duress, coercion, not knowing that such filings were and are mandated only on citizens and residents of the UNITED STATES. U.S., UNITED STATES OF AMERICA inc., as contemplated by the 14th Amendment.

7. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, powers of attorney, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence, including but not limited to SS-5 Social Security Administration form/contract that would grant me any privileges and thereby ascribe to me privileges, immunities and duties under a special law-private codes and statutes system of rules, other than that



of God the Creator and the Constitutional Contract of 1787/89, ratified 1791 for The United States of America, the Constitution for The united States of America, Articles of confederation and Declaration of Independents 1776, Judicial Law, Common Law (VII amendment). Constitution for Colorado State Republic and Substantive Law-Contract Law, Trust Law etc., and of the treaties for the several states of the Union.   Exclusive of the corporate U.S. Constitution, its 14th Amendment and substantive regulations.

8. Also notice and claim all Rights as the sole foreign beneficiary and Equity title holder of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust).  And, as the sole foreign beneficiary, I have moved into the Office of Executor of MDW Trust as the MDW Trust is being mismanaged and raped, on and before 26th of June 2013.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the Laws of the United States, Colorado State Republic Judicial Law or any of the several union states agreements, Lawfully enacted.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth.  Included but not limited to corporation known as UNITED STATES OF AMERICA  or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation.  I just want to live in peace.  I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

### Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application and or by and through its trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative, sub or constructive trust thereof.

### Notice

Notice to Agents is Notice Principal.  Notice to Principal is Notice to Agents.
Assignee and Assignor.     Silence is Acquiescence
All Rights Reserved. Without Prejudice.  Without Recourse.

### Standing and Status

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street Pueblo, Colorado [81001].  In Propria Persona Sui Juris, permanent physically disable American National, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, with Proof of Life as living man, under

*Affidavit of Standing and Status-Citizenship*

Page 2 of 3

God, of linage to David to Jacob to Adam, Freeman of God a living soul, beneficiary of this Planet Earth put into Trust by God. Thus, I claim and seize the Office of Executor of Gods Trust as said trust is being mismanaged and raped.

I am not the Executor of the Estate or trustee of MDW Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, obligee and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am _**Not**_ a U.S. citizen, not a 14th Amendment citizen, not a citizen or employee of the Federal Corporation – UNITED STATES OF AMERICA, A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

_Michael-destry Family of Williams_
Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State:

ss.

Pueblo County:

Subscribed and Affirmed before this 25th of _____APRIL_____ 2019 by Michael-destry Family of Williams

_Cynthia A Ellingson_
NOTARY PUBLIC
My commission Expires: ____1/15/2023____

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*Affidavit of Standing and Status-Citizenship*

Page 3 of 3

2019043967
Page: 1 of 2
D $0.00

04/12/2019 10:29 AM          R $18.00
City & County of Denver          CTF

# EXHIBIT G

# Declaration and Affirmation of National for The United States of America

I, Michael Destry Williams, promise to be without fear in the face of The United States of America's enemies, foreign or from within The United States of America. I will be brave and upright and do all righteous rulings, that Yahweh may love me. I promise to follow and uphold these three simple rules:

1: Love my neighbor as myself,

2: Do unto others as I would have them do unto me, and

3: I will seek first the kingdom of heaven with all of my heart, mind and soul, and

Furthermore, I will safeguard the helpless and ignorant and teach them to stand on their own. I speak these words in the name of Yahweh, not in conflict with his testimony yahshua, and before my neighbors, so that I shall have standing among all other Nations and States, The United States of America or otherwise. All these words I speak, I promise, and

So solemnly affirmed, declared and promised on the forty-ninth day, in the year of Yahweh, six thousand and fifteen, translation 8th day of May, two thousand and twelve,

*Michael-destry*

*Michael-destry*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*thomas robert* , Witness          _____ , Witness
                                    JOHN HAROLD

STATE OF COLORADO ) ss.
COUNTY OF PUEBLO )

Subscribed and Affirmed before me this 11th day of April, 2019 by
Michael-destry.

*Cynthia Ellingson*
NOTARY PUBLIC    My Commission expires 1/15/2023

Intellectual Property Rights Copyright 2012, page one of two

# CERTIFICATION OF ADMINISTERING AFFIRMATION

On this eighth day of the fifth month in the Year, two thousand twelve A. D., for the purpose of verification, I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., do certify that the American National for The United States of America, appeared before me with the following document **Declaration and Affirmation of National for The United States of America**. I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., personally administered the above affirmation to the living Man, Michael Destry Williams, for verification of status and political decision. The herein named affirmation was taken and administered to Michael Destry Williams without coercion, and of his own free will as a matter of right of self determination according to the Law of Nations, and with his left hand on The Scriptures and his right hand in the air.

WITNESS my hand.

David G. Anderson, LCDR, USN (Ret)
David G. Anderson. Lt. Cdr., USN, Ret.

Intellectual Property Rights Copyright@2012, page two of two

EXHIBIT H

20E3621 AFFI 03/03/2017 04:22:59 PM
Page: 1 of 3 R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



2063621  AFFI 03/03/2017 04:22:59 PM
Page: 2 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

PRESENTENCE INVESTIGATION REPORT

Docket No.: 1:12CR00140-1

MICHAEL DESTRY WILLIAMS

Prepared for:      The Honorable Christine M. Arguello
                   United States District Judge

Prepared by:       Katrina M. Devine
                   United States Probation Officer
                   Denver, CO
                   303-335-2456

Assistant U.S. Attorney                    Defense Counsel
Kenneth Mark Harmon                        Michael Destry Williams, Pro Se
1225 17th Street East                      c/o GEO Aurora Detention Facility
Denver, CO 80202                           3130 North Oakland Street
303-454-0100                               Aurora, CO 80010

Kevin F. Sweeney
601 D Street, N.W.
Washington, DC 20004
202-305-3637

Sentence Date:  March 4, 2014  3:00 PM

Offense:   Count 1:   Tax Evasion and Aiding and Abetting
                      26 U.S.C. § 7201 and 18 U.S.C. § 2
                      Not more than 5 years imprisonment/$250,000.00 fine
                      (Class D Felony)

           Count 2:   Tax Evasion and Aiding and Abetting
                      26 U.S.C. § 7201 and 18 U.S.C. § 2
                      Not more than 5 years imprisonment/$250,000.00 fine
                      (Class D Felony)

           Count 3:   Tax Evasion and Aiding and Abetting
                      26 U.S.C. § 7201 and 18 U.S.C. § 2
                      Not more than 5 years imprisonment/$250,000.00 fine
                      (Class D Felony)

DATE REPORT PREPARED: January 28, 2014  DATE REPORT REVISED: February 20, 2014

2063621  AFFI 03/03/2017 04:22:59 PM
Page: 3 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



LIEN

Case 1:12-cr-00140-CM  Document 107  Filed 03/10/17  Colorado  Page 8 of 11

AO 245B  (Rev. 06/05) Criminal Judgment
Attachment Page 11 — Statement of Reasons

DEFENDANT:      MICHAEL DESTRY WILLIAMS      Judgment Page ___ of ___ 11
CASE NUMBER:    12-cr-00140-CMA-00

STATEMENT OF REASONS

I  COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

☑ The Court adopts the presentence investigation report without change.

☑ The Court adopts the presentence investigation report with the following changes.
(Check all that apply and specify Court determination, finding, or comments referencing paragraph numbers in the presentence report, if applicable.)

☐ Chapter Two of the U.S.S.G. Manual determinations by Court (including changes to base offense level, specific offense characteristics)

☐ Chapter Three of the U.S.S.G. Manual determinations by Court (including changes to victim-related adjustment, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility)

☑ Chapter Four of the U.S.S.G. Manual determinations by Court (including changes to criminal history, career offender, or criminal livelihood determinations)

☐ The Court finds that two criminal history points pursuant to §§ 4A1.1(c)... are warranted...

☐ Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions)

☐ The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.

II  COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

☐ No count of conviction carries a mandatory minimum sentence.

☐ Mandatory minimum sentence imposed.

☐ One or more Counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum because the Court has determined that the mandatory minimum does not apply based on

☐ finding of fact in this case

☐ substantial assistance (18 U.S.C. § 3553(e))

☐ the statutory safety valve (18 U.S.C. § 3553(f))

State of _Co_  County of _Jefferson_
Signed before me on this _28th_ day
of _February_ 20_17_ by _Michael Williams_
Notary Public _Amanda L Vargas_

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104002392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

III  COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):

Total Offense Level:  23
Criminal History Category:  III
Imprisonment Range:  57  to  71  months
Supervised Release Range:  ___ years as to Counts 1-4; 2 to 5 years as to Counts 5-9; and 1 year as to Count 10.
Fine Range:  $ 10,000  to  $ 2,000,000

☐ Fine waived or below the guideline range because of inability to pay.

RFD - 4/6
PO Box 11814
Pueblo, Colorado
[81001]

ATTN: Justice Daniel Desmond Domenico

US District Court of Colorado
901 19TH Street
Denver Colorado [80294-3589]



7017 1450 0001 3913 3744



UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

          Defendants.

_____

**COUNSEL'S NOTICE AND RESPONSE TO ECF NO. 132**
_____

       Martha H. Eskesen of MARTHA H. ESKESEN, P.C., appointed counsel for

Michael Destry Williams who has directed that he be addressed as "Michael-destry

Family of Williams," and wishes to represent himself, submits the following response to

ECF No. 132.

       1.    ECF No. 132 is the Court's Order setting the Final Hearing Regarding

Revocation of Supervised Release.  The Order provides, in pertinent part, that  submits

the within Notice Regarding Representation and Scheduling, and states:  "Not later than

7 days before the Supervised Release Revocation Hearing, the Defendant shall file a

sentencing statement indicating whether he intends to admit or deny the allegations and

setting forth his sentencing position."

       2.    Ms. Eskesen is unable to comply with this Order for two reasons.  First, Ms.

Eskesen has been unable to successfully communicate with Mr. Williams.  Second,

pursuant to CMA Crim. Practice Standard 11(d)(1), "[t]he Probation Officer shall file the

Supervised Release Violation Report with the Court not later than 21 days prior to the Final Hearing on Supervised Release." It is one week before the scheduled hearing and the Supervised Release Violation Report has not been filed.

3.      Based on the foregoing,  counsel is not able to comply with ECF No. 132. Counsel understands that, based on CMA Crim. Practice Standard 11(d)(3), failure to comply with the Court's Practice Standard 11(d), a continuance of the Supervised Release Revocation hearing may result.  Counsel specifically requests that the Court **not** continue the hearing so that this case can be resolved without further delay.

Dated:  January 16, 2020          MARTHA H. ESKESEN, P.C.


s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:     (303) 573-4921
Email: meskesen@eskesenlaw.com

2

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 16, 2020, I electronically filed the foregoing **COUNSEL'S NOTICE AND RESPONSE TO ECF. NO. 132** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Andrea Surrat, Assistant U.S. Attorney
**Andrea.surrat@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael-destry Family of Williams          (via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-140-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHAEL DESTRY WILLIAMS,

     Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT

---

     The United States of America, by and through undersigned counsel, respectfully submits the following response to the defendant's sentencing statement (Dkt #135):

     1.     On August 27, 2019, the Probation Department filed a Petition alleging that the defendant violated the terms of his supervised release.  (Dkt #115).

     2.     The Government expects that the defendant will not admit any of the three specifications alleged in the Petition, and intends to call the Probation Officer as a witness at the January 23, 2020 hearing in this matter.

     3.     If the Court ultimately finds that the defendant violated his supervised release as alleged in the Petition, the Government intends to ask for a sentence of 11 months' incarceration, as recommended in the Violation Hearing Report.  (Dkt #136).

1

Respectfully submitted this 17th day of January, 2020.

JASON R. DUNN
United States Attorney

By:     s/ Andrea Surratt
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail:  Andrea.Surratt@usdoj.gov
        Attorney for the Government

CC: Michael Destry Williams, USMS# 39714-013

2