APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:12–cr–00140–CMA</u>–1

Case title: USA v. Williams

Date Filed: 03/22/2012
Date Terminated: 03/10/2014

Assigned to: Judge Christine M. Arguello

Appeals court case number: 20–1266 USCA

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Michael Destry Williams**<br>*TERMINATED: 03/10/2014*<br>*also known as*<br>Will Williams<br>*TERMINATED: 03/10/2014* | represented by | **Martha Horwitz Eskesen**<br>Martha H. Eskesen, P.C.<br>5445 DTC Parkway<br>Penthouse 4<br>Greenwood Village, CO 80111<br>303–486–6938<br>Fax: 303–573–4921<br>Email: <u>meskesen@eskesenlaw.com</u><br>*TERMINATED: 01/23/2020*<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment* |
| | | **Kelly Lynne Meilstrup**<br>Second–Chair<br>1600 Stout Street<br>Suite 1400<br>Denver, CO 80202<br>858–204–6375<br>Email: <u>KellyM@2nd–chair.com</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Robert William Pepin**<br>Robert W. Pepin, Attorney at Law<br>P.O. Box 2727<br>Port Angeles, WA 98362<br>303–324–4633<br>Email: <u>aticusbooradley@gmail.com</u><br>*TERMINATED: 07/02/2013*<br>*Designation: Public Defender or Community Defender Appointment* |

**<u>Pending Counts</u>**                                       **<u>Disposition</u>**

1

ATTEMPT TO EVADE OR
DEFEAT TAX
(1–2)                                              Dismissed

ATTEMPT TO EVADE OR
DEFEAT TAX
(1s–3s)

Defendant to be imprisoned for a total term of
sixty(60)months as to each of Counts 1 through 4;
seventy−one(71)months as to wach of Counts 5
through 9; and thirty−six(36)months as to Count 10,
all to run concurrently for a total term of
seventy−one(71)months; three(3)years Supervised
Release on each of counts 1–4; five(5)years on
counts 5–9; and one(1)year on Count 10, all to run
concurrently;$100 Assessment per count for a total
of $1,000; $10,000 fine on Count 1; $60,597.80 in
Restitution

ACTS AFFECTING PERSONAL
FINANCIAL INTEREST
(3)                                               Dismissed

STRUCTURING
TRANSACTIONS TO EVADE
REPORTING REQUIREMENTS
(4s)

Defendant to be imprisoned for a total term of
sixty(60)months as to each of Counts 1 through 4;
seventy−one(71)months as to wach of Counts 5
through 9; and thirty−six(36)months as to Count 10,
all to run concurrently for a total term of
seventy−one(71)months; three(3)years Supervised
Release on each of counts 1–4; five(5)years on
counts 5–9; and one(1)year on Count 10, all to run
concurrently;$100 Assessment per count for a total
of $1,000; $10,000 fine on Count 1; $60,597.80 in
Restitution

BANK FRAUD
(5s–6s)

Defendant to be imprisoned for a total term of
sixty(60)months as to each of Counts 1 through 4;
seventy−one(71)months as to wach of Counts 5
through 9; and thirty−six(36)months as to Count 10,
all to run concurrently for a total term of
seventy−one(71)months; three(3)years Supervised
Release on each of counts 1–4; five(5)years on
counts 5–9; and one(1)year on Count 10, all to run
concurrently;$100 Assessment per count for a total
of $1,000; $10,000 fine on Count 1; $60,597.80 in
Restitution

FICTITIOUS OBLIGATIONS
INTENDED TO DEFRAUD
(7s–9s)

Defendant to be imprisoned for a total term of
sixty(60)months as to each of Counts 1 through 4;
seventy−one(71)months as to wach of Counts 5
through 9; and thirty−six(36)months as to Count 10,
all to run concurrently for a total term of
seventy−one(71)months; three(3)years Supervised
Release on each of counts 1–4; five(5)years on
counts 5–9; and one(1)year on Count 10, all to run
concurrently;$100 Assessment per count for a total
of $1,000; $10,000 fine on Count 1; $60,597.80 in
Restitution

CORRUPT OR FORCIBLE
INTERFERENCE
(10s)

Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                                     **Disposition**

None

---

**Plaintiff**

USA                                                  represented by   **Kenneth (Former AUSA) Harmon**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0100
Fax: 454−0402
Email: USACO.ECFCriminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Andrea Lee Surratt**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0124
Email: andrea.surratt@usdoj.gov
*ATTORNEY TO BE NOTICED*

*Designation: Federal Agency Attorney*

**Kevin F. Sweeney**
U.S. Department of Justice–DC–601 D
Street
601 D Street, N.W.
Washington, DC 20004
202–305–3637
Fax: 202–514–9623
Email: kevin.f.sweeney@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/14/2020 | 152 | 6 | RESPONSE in Opposition by USA as to Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention (Surratt, Andrea) (Entered: 04/14/2020) |
| 04/16/2020 | 153 | 22 | REPLY TO RESPONSE to Motion by Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention (Meilstrup, Kelly) (Entered: 04/16/2020) |
| 04/16/2020 | 154 | 26 | REPLY by USA as to Michael Destry Williams to 153 Reply to Response (Surratt, Andrea) (Entered: 04/16/2020) |
| 04/21/2020 | 156 | 30 | STATEMENT Title 18 USC Crimes and criminal procedures by Defendant Michael Destry Williams (evana, ) (Entered: 04/21/2020) |
| 05/12/2020 | 158 | 38 | Joint STATEMENT re 157 Order, by Defendant Michael Destry Williams (Meilstrup, Kelly) (Entered: 05/12/2020) |
| 05/21/2020 | 160 | 40 | **STRICKEN** by 161 –– Verified AFFIDAVIT by Michael Destry Williams (Attachments: # 1 Writ of error, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Affidavit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(evana, ) Modified on 5/26/2020 (cmasec). (Entered: 05/21/2020) |
| 05/26/2020 | 161 | 106 | ORDER: Mr. Williams' 160 Verified Affidavit is hereby STRICKEN due to being filed pro se by a party who is currently represented by counsel. SO ORDERED by Judge Christine M. Arguello on 5/26/2020. Text Only Entry (cmasec) (Entered: 05/26/2020) |
| 06/15/2020 | 163 | 107 | NOTICE *of lack of expressed consent* re 162 Order,,,,, by Michael Destry Williams (Meilstrup, Kelly) (Entered: 06/15/2020) |
| 07/02/2020 | 167 | 109 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Surratt, Andrea) (Entered: 07/02/2020) |
| 07/14/2020 | 169 | 112 | JUDGMENT for Revocation of Supervised Release as to defendant Michael Destry Williams. SO ORDERED by Judge Christine M. Arguello on 7/14/2020. (cmasec) (Entered: 07/14/2020) |
| 07/23/2020 | 170 | 114 | NOTICE OF APPEAL re 168 Supervised Release – Final Revocation Hrg, Terminate Motions, Text Only Entry – Prompts, 169 Judgment for Revocation by Michael Destry Williams. (evana, ) (Entered: 07/24/2020) |

| 07/24/2020 | 171 | 120 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 170 Notice of Appeal as to Michael Destry Williams to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record)(evana, ) (Entered: 07/24/2020) |
|---|---|---|---|
| 07/24/2020 | 172 | 147 | USCA Case Number as to Michael Destry Williams 20–1266 for 170 Notice of Appeal filed by Michael Destry Williams. (evana, ) (Entered: 07/24/2020) |
| 09/02/2020 | 173 | 150 | NOTICE re 170 Notice of Appeal for Michael Destry Williams signed by Attorney Kelly Meilstrup, sent by the 10th circuit Court of Appeals to reflect counsel's signature (evana, ) (Entered: 09/02/2020) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00140-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL DESTRY WILLIAMS,

      Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR
## REVOCATION OF DETENTION ORDER

---

The United States of America (the "Government"), by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Andrea Surratt, Assistant United States Attorney, hereby submits its response to defendant Michael Destry Williams' Motion For Revocation of the Detention Order (the "Motion"). [Doc. No. 149]

In his Motion, the defendant (through his counsel, Kelly Meilstrup, with whom he refuses to communicate)[1] requests that the district court review the magistrate judge's

---

[1] On April 6, 2020, an individual named Jim Williams—who says he is the defendant's brother—emailed counsel for the Government, counsel for the defendant, and the Court stating that the defendant "WILL NOT accept 'representation' from ANY BAR member, and any attempt by any one of you involved in this action to try to represent him or assign representation to him WITHOUT his wet ink signature on a contract of representation is fraud." Mr. Williams also threatened that "This is now warning and Notice to all involved in this unlawful detention of American National Michael Destry: Williams,, if he contracts this Coronavirus while in the custody of the Marshal's Service while under orders from you or any one else involved in this case and does not recover from it, each and every one of you separately will be sued for wrongful death, but not limited to!" Mr. Williams attached various documents to his email.

On April 9, 2020, counsel for the defendant filed the instant Motion. Though the defendant claims, through Mr. Williams, that he does not wish to be represented by counsel, Ms. Meilstrup was appointed pursuant to the Criminal Justice Act and has not been relieved. However, as Ms. Meilstrup stated in the Motion, it appears that neither the defendant nor his family has been willing to communicate with Ms. Meilstrup about the subject of the Motion or anything else. Although it is not unreasonable to assume that the defendant would not mind being released from custody, none of the representations in the Motion—regarding the defendant's health or otherwise—have been confirmed by the defendant or his family.

detention determination pursuant to 18 U.S.C. § 3145, and release the defendant to home detention due to the global COVID-19 pandemic. The original order of detention in this matter, however, was on October 21, 2019—nearly six months ago. [Doc. No. 131]. Given the length of time between the original detention order and this "appeal," the fact that the motion purports to rely on new developments since the original order of detention, and Judge Arguello's referral of the Motion to the magistrate judge [Doc. No. 150], the defendant's Motion is more appropriately treated as a motion to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f)(2).

The defendant's request is based on the speculative prospect of a widespread COVID-19 outbreak at the facility where he is being detained pending his supervised release hearing. The defendant is being held at the GEO Detention Center in Aurora, CO ("GEO"), however, where not a single inmate has tested positive for the virus. Further, the Motion identifies no health issues particular to the defendant that would make him more susceptible to contracting COVID-19 if such an outbreak were to occur. In any event, the Motion fails to identify a change in circumstance impacting the factors the Court must consider under the Bail Reform Act. Finally, the defendant remains a risk of flight and danger to the community, as he did when initially detained in October 2019.

Accordingly, the Government respectfully requests that the Court deny the defendant's Motion.

## BACKGROUND

On November 5, 2013, following a six-day jury trial, the defendant, who appeared *pro se* and was disruptive throughout, was found guilty of ten counts of tax and fraud offenses. [Doc. No. 89]. On March 4, 2014, the defendant was sentenced to 71 months' imprisonment plus five years of supervised release. [Doc. Nos. 106, 107].

Prior to his 2013 trial, on motion of the Government, the defendant was evaluated for physical and mental competency. [Doc. No. 31]. After reviewing a competency evaluation prepared by the appointed doctor, the district court determined that the defendant was mentally competent to proceed and did not suffer from any physical impairments—despite his insistence that he suffered from "mercury poisoning"—that rendered him incompetent. [Doc. No. 55]. The court noted that the defendant's "bizarre filings and refusal to accept mail" is the "result of his belief that he is not subject to the rule of law of the United States of America or to the authority of this Court. . . ." [Doc. No. 55].

The defendant began his term of supervised release on August 22, 2018. [Doc. No. 115]. On August 27, 2019, the Probation Department filed a petition alleging three violations of the defendant's supervised release:

1. Failure to report to the probation officer and submit written reports and directed;

2. Failure to pay restitution as directed; and

3. Failure to participate in mental health treatment as directed by the probation officer.

[Doc. No. 115]. At bottom, each of the violations stems from the defendant's belief as a sovereign citizen that he is not subject to the jurisdiction of the Court or the supervision of the Probation Department. It is not an exaggeration to say that he made himself unsupervisable during the time that he was on supervised release.

On August 30, 2019, the court issued a summons for the defendant's appearance on the supervised release violations. [Doc. No. 117]. Probation officers attempted to serve the summons on the defendant on September 6, 2019. [Doc. No. 120]. The defendant refused to accept the summons because it was not "issued in the correct court."

3

[Doc. No. 136].  He claimed—as he has throughout these proceedings—that he is not a U.S. citizen, but rather is an "American National," which gives him "a lifetime right to bear arms."  [Doc. No. 136].  The defendant told probation officers that they were "trespassed" on his property and told them to leave.  [Doc. No. 136].   He threatened the officers that, if they returned, he would see to it that they would be charged with treason and publicly hung.  [Doc. No. 136].  As the officers were leaving, he threw the summons at them.

When the defendant did not appear on the summons, a warrant was issued for his arrest.  [Doc. No. 121].   He was arrested on October 15, 2019, and appeared in court that same day.  Contested preliminary and detention hearings were held on October 21, 2019 before Magistrate Judge S. Kato Crews; the Government presented evidence and called Probation Officer Travis Cormany to testify.  The defendant did not present any evidence.  Rather, despite being given many opportunities to speak on his own behalf, he refused to address anything relevant to the purpose of the hearings, electing instead to inform the court and the parties about his political beliefs and his displeasure at the situation in which he found himself. [Doc. No. 130].

At the conclusion of the hearing, Judge Crews detained the defendant.  In a written detention order, Judge Crews determined that the defendant "failed to establish by clear and convincing evidence that he will not flee or that he is not a danger to any other person or to the community."  [Doc. No. 131].  Judge Crews noted that the defendant refused to participate in the day's proceedings and that the defendant's conduct was "disruptive and has bordered on obstructionism."  Judge Crews continued:

> [The defendant] threatened this Court numerous times in his two appearances before the undersigned, twice tried to "serve" this Court with papers of some sort, and threatened law enforcement during the circumstances leading to his arrest in this matter.  He has further clung to his refrain and

4

> belief that he is not subject to the rule of law of the United States of America or to the authority of this Court, and has exhibited a consistent pattern of behavior to this effect when considering his identical conduct in his underlying proceedings, all of which leads this Court to the conclusion that there are no conditions or combination of conditions which would reasonably assure his appearance as required or reasonably assure the safety of another or the community.

[Doc. No. 131].

The defendant's final revocation hearing was scheduled for January 23, 2020. [Doc. No. 132]. The Government arrived at the hearing prepared to present evidence to the Court supporting the violations of supervised release, but the defendant was so disruptive that the hearing was continued. The defendant's counsel, Martha Eskesen, asked to be relieved. This request was granted, and new CJA counsel was appointed. In a minute order following the hearing, the Court noted that:

> If Defendant refuses to communicate or cooperate with counsel, counsel shall prepare for the Supervised Release Violation hearing to the best of his ability. Counsel shall be prepared to proceed as standby counsel at such hearing in the event Defendant continues to be disruptive, as he was during today's hearing, and the Court has to remove him from the hearing due to such disruptiveness.

[Doc. No. 138]. Subsequent to the January 23, 2020 hearing, Kelly Meilstrup was appointed to represent the defendant.

A new hearing was scheduled for April 1, 2020. [Doc. No. 146]. This hearing was subsequently vacated and reset for May 23, 2020. [Doc. No. 148]. The Government expects that, at this hearing, it will present evidence and call a witness in support of the supervised release violation allegations. Should the court determine that the Government has met its burden and established the violations, the Government intends to seek a sentence of incarceration of 11 months, which is at the top of the defendant's Guidelines

range.  By the time of the May hearing, the defendant will have been in custody for about

seven months.

The defendant filed the instant motion on April 9, 2020.  [Doc. No. 149].  Judge

Arguello referred it to Judge Crews for consideration on April 10, 2020.  [Doc. No. 150].

## **LEGAL STANDARD**

With respect to a defendant who has been alleged to have violated the terms of

his supervised release, Federal Rule of Criminal Procedure 32.1 states:

> The magistrate judge may release or detain the person under
> 18 U.S.C. § 3143(a)(1) pending further proceedings. The
> burden of establishing by clear and convincing evidence that
> the person will not flee or pose a danger to any other person
> or to the community rests with the person.

Fed. Rule. Crim. Pro. 32.1(a)(6).  Section 3143(a)(1) states, in part:

> [T]he judicial officer shall order that a person who has been
> found guilty of an offense and who is awaiting imposition or
> execution of sentence . . . be detained, unless the judicial
> officer finds by clear and convincing evidence that the person
> is not likely to flee or pose a danger to the safety of any other
> person or the community . . . .

Pursuant to 18 U.S.C. § 3142(f)(2), a detention hearing

> may be reopened . . . if the judicial officer finds that information
> exists that was not known to the movant at the time of the
> hearing and that has a material bearing on the issue [of]
> whether there are conditions of release that will reasonably
> assure the appearance of such person as required and the
> safety of any other person and the community.

"The purpose of [§ 3142(f)(2)] is to allow parties to present new information that increases

the likelihood a defendant would appear in court or decrease the potential danger a

defendant poses to an individual or the community."  *United States v. Zamorano*, 19-cr-

00531, Doc. No. 35 (D. Colo. April 10, 2020) (Crews, M.J.).  If the hearing is reopened,

the standard from Federal Rule of Criminal Procedure 32.1 and 18 U.S.C. § 3143(a)(1)

6

still applies, and the defendant must show by clear and convincing evidence that he is neither a risk of flight or danger to the community. *See United States v. Ross*, 2020 WL 1486055, at *2 (N.D. Okla. March 27, 2020).

Pursuant to 18 U.S.C. § 3145(b):

> If a person is ordered detained by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court, the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly.

*See also United States v. Norris*, 2019 WL 339900, at *2 (D. Colo Jan. 28, 2019). District court review of a magistrate judge's order is *de novo*. *United States v. Cisneros*, 328 F.3d 610, 616 n.1 (10th Cir. 2003). However, where, as here, "the only grounds for revocation of the detention order appear to be a recent change in circumstances, . . . . Congress provided a mechanism for review of new evidence that may have a material bearing on the issue of detention" via 18 U.S.C. § 3142(f). *United States v. Romero*, 2010 WL 11523871, at *2 (D. Colo. May 17, 2020).

## **ARGUMENT**

### I.    **The Court Should Characterize the Defendant's Motion as a Motion Under 18 U.S.C. § 3142(f)(2)**

The defendant styled his Motion as pursuant to 18 U.S.C. § 3145(b), purporting to seek the district court's review of the magistrate judge's detention decision. The Tenth Circuit has held that the text of § 3145(a)—which is similar to § 3145(b), but addresses the review of orders of release instead of detention—"supports the conclusion that a motion to revoke a magistrate judge's release order should be ruled on directly by a district judge." *United States v. Cisneros*, 328 F.3d 610, 616 (10th Cir. 2003). This is because the statute's reference to "a court having original jurisdiction

over the offense" must refer to "the district judge assigned to the case."  *Id.*  (internal

citations omitted).  Indeed, a magistrate judge *cannot* review a motion for revocation of

bond made pursuant to § 3145; it must be reviewed in the "*first instance* by a district

court judge in the court of original jurisdiction."  *Id.* at 616 (emphasis added).  The same

logic holds equally true for § 3145(b) as it does for § 3145(a).

 The original order of detention in this case was entered by Judge Crews on

October 21, 2019—nearly six months ago.  It is plain that any attempt by the defendant

to characterize the instant motion as pursuant to 18 U.S.C. § 3145(b) is an effort to

evade 18 U.S.C. § 3142(f)(2)'s requirement that the movant present evidence of a

changed circumstance to reopen the detention hearing.  Though the passage of time

does not preclude the district court from addressing the instant Motion as an appeal of

the magistrate judge's original order, the facts and circumstances of this case, including

the immediate referral by the district court to the magistrate judge, coupled with the

defendant's argument make 18 U.S.C. § 3142(f)(2) the more appropriate vehicle for the

defendant's challenge to his order of detention.  *See United States v. Romero*, 2010 WL

11523871, at *2 (D. Colo. May 17, 2020).

 In *Romero*, the defendant waived his right to a detention hearing on December

28, 2009 before the magistrate judge because he was, at the time, also serving a state

sentence.  The magistrate judge accepted the waiver, and ordered the defendant

detained as a danger to the community based on the offense conduct and his criminal

history.  *Id.* at *1.  The defendant filed a "Motion for Bail" before the district court four

months later, on May 1, 2020, in which he stated that his state sentence had been

commuted.  *Id.*  The district court then contemplated whether the defendant's motion

should be considered under § 3142(f) or § 3145(b).  *Id.*

The district court noted that "four months [had] passed since the detention order
was issued and in which the only grounds for revocation of the detention order appear
to be a recent change of circumstance." *Id.* at 2.  The court continued:

> Through 18 U.S.C. § 3142(f), Congress provided a
> mechanism for review of new evidence that may have a
> material bearing on the issue of detention. There is no
> impediment to [the defendant] using this avenue for
> reconsidering the detention order in this case. . . . It is far less
> efficient for a district judge to review a magistrate judge's
> detention order under § 3145(b) when such review is based
> on new information within the meaning of § 3142(f).

*Id.* Ultimately, the district court declined to review the new evidence, and simply reviewed
the magistrate judge's original detention order *de novo*, and denied the motion for bail.
*Id.*

Here, Judge Arguello already referred the defendant's Motion to Judge Crews—
the magistrate judge who entered the original detention order.  Had Judge Arguello
wished to review the record—with or without the newly-proffered evidence regarding the
pandemic—*de novo* pursuant to § 3145(b), she could have done so.  *See United States
v. Doby*, 928 F.3d 1199, 1202 (10th Cir. 2019) (holding that § 3145(a) is not subject to
time limitations).  But Judge Arguello's referral, coupled with § 3142(f)(2)'s clear
statutory mechanism to consider new evidence in the detention context, should lead this
court to construe the defendant's motion as pursuant to 18 U.S.C. § 3142(f)(2).[2]

## II.  The COVID-19 Pandemic is Not a Changed Circumstance Pursuant to 18 U.S.C. § 3142(f)(2)

The only fact asserted in his Motion that could be characterized as information
"that was not known to the movant at the time of the hearing," 18 U.S.C. § 3142(f)(2), is

---

[2] Of course, should the defendant which to subsequently appeal the magistrate judge's decision, the
review mechanism will still exist pursuant to § 3145(b), so no substantive loss of rights will result from
construing the defendant's motion in this way.

the defendant's generalized references to the COVID-19 pandemic. More specifically, in his Motion, the defendant mentions (1) how his age (55 years old) puts him at risk for COVID-19 as an "older adult," (2) largely unspecified health concerns, including the debunked notion that the defendant suffers from "mercury poisoning," and (3) the potential of a COVID-19 outbreak at GEO, where the defendant is currently being detained.

This court has already held that it is "not convinced" that "the COVID-19 pandemic is a material change of circumstances warranting a renewed evaluation of a prior detention order without more." *Zamorano*, 19-cr-00531, Doc. No. 35. This conclusion should hold particularly true in the instant case. First, the CDC classifies "older adults" who are at increased risk of death from COVID-19 as those 65 and older. *See* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html (last visited April 13, 2020). The defendant is only 55.

Second, in his Motion, the defendant's counsel assumes with no support that the defendant suffers from unspecified health problems, including "mercury poisoning." There is no suggestion whatsoever that whatever health problems may befall the defendant that GEO is ill-equipped to deal with them. Moreover, with respect to health concerns related to COVID-19 specifically, at least two other U.S. Magistrate Judges in the District of Colorado have already reviewed and rejected release arguments on this basis in cases where the defendants—unlike the instant defendant—faced severe, specific health conditions. In *United States v. Moon*, Magistrate Judge Scott T. Varholak ruled that COVID-19 did not provide a basis for release of an inmate with Stage I tonsillar cancer, holding: "[w]hile the Court is sympathetic to those unique concerns, the Motion fails to identify any changed circumstances that would undermine the Court's earlier

10

conclusion that there were no conditions or combination of conditions that the Court could impose that would insure the safety of the community." *United States v.* Moon, 20-CR-00061-RBJ, Doc No. 19 (D. Colo. March 17, 2020). Similarly, in *United States v. Seltzer*, Magistrate Judge Gordon P. Gallagher ruled that COVID-19 did not provide a basis for temporary release for a 55-year old inmate who is diabetic, explaining that while the motion "argues that the Court should reopen the detention hearing due to the nationwide COVID-19 outbreak and the unique concerns that this outbreak poses to individuals held in pretrial detention—particularly those with age or health concerns that may place them in a higher risk category[,]" the motion failed to identify changed circumstances. *United States v. Seltzer*, 18-CR-00201-MSK and 18-CR-00202-GPG, Doc. No. 157 (D. Colo. March 20, 2020). The same conclusions apply to this defendant's vague and speculative health concerns.

Finally, the defendant refers in his Motion to confirmed cases of COVID-19 among the staff at GEO. According to the U.S. Marshals Service—which contacts every facility where it houses federal detainees for daily updates—as of April 13, 2020, there are no confirmed cases of COVID-19 among the inmates at GEO. Specifically, there are no prisoners that have tested positive for COVID-19 at GEO and no inmates that are symptomatic and in quarantine. They have had no positive cases since tracking began at the very beginning of this pandemic.

There were two employees of GEO/ICE who tested positive for COVID-19 and have been at home since March 13. The ICE side of the facility is completely separate from where the District's federal prisoners are housed. In any event, neither employee had access to or contact with inmates, so those two employees did not pose a risk of exposure for any inmate. According to GEO, there are currently no inmates that are

symptomatic at this time and no reports of any ill employees.

GEO is conscientiously working to minimize the risk of a COVID-19 outbreak within the detention facility. According to correspondence between GEO and the U.S. Marshals Service, they are employing the following measures to control the potential spread of COVID-19 through members of the staff at GEO:

- All staff, contractors, and attorneys entering the facility are screened for potential COVID-19 symptoms. A health survey form and temperature check are required. If a high temperature 100.4 or higher is read, or staff are reporting any signs or symptoms, they are sent home. Staff returning to work must coordinate with Human Resources to ensure risk of exposure protocols are followed.

- In all areas possible, staff are following social distancing of at least 6 feet separation between individuals. Roll calls are not held in group settings. Staff are briefed by the supervisor as they clock in for shifts. Weekly Department head meetings have been relocated to the larger training room for social distancing.

- GEO works closely with Tri-County Health Department, which has been a resource on providing the latest information and guidance from the State Health Department and Center for Disease Control. The Facility Administrator is sending phone messages to all staff to improve communication as needed. Informational posters are posted in all areas of the facility.

In order to control the potential spread of COVID-19 amongst detainees, the facility is employing the following procedures:

- All detainees are screened when they get off the transport vehicles for signs of COVID-19.

- New detainees are housed at an annex for 14 days as a COVID-19 exposure precaution.

- Any detainees showing signs or symptoms of COVID-19 will be moved to medical negative pressure rooms for evaluation for strep, flu, and COVID-19, if needed. The State Health Department has quick turnaround on tests (recently 24 hours).

- All detainees in the precautionary cohort receive a medical screening and temperature check twice a day to identify any symptoms.

- Medical staff has adequate personal protective equipment (PPE) on hand at this time.

In order to control the potential spread of COVID-19 through visitation with detainees, social visitation has been suspended and detainees are using tablets and telephones.

In order to comply with direction from the Governor of Colorado's Office on detention facilities, only 10 detainees at a time are allowed access to the dayrooms and recreation yards. During the out of cell rotation, detainees have access to tablets, phones, showers, recreation yards, and microwaves.

Detainee meals are being served in the detainee cells. Detainees on cohort receive meals on disposable trays to limit exposure. High touch areas (*e.g.*, phones, tablets, door knobs, dayroom tables, etc.) are disinfected frequently. Overall sanitation and disinfecting of all areas is occurring more frequently. Inventories of detainee hygiene items is adequate at this time. The facility continues to focus on social distancing for detainees and staff, while limiting groups of individuals to no more than 10, and maintaining the 6-foot spacing directive.

GEO is maintaining open communication with Tri-County Health Department using conference call and email communication to remain abreast of information. Detainee phone calls are being monitored for potential mental health issues or serious detainee concern.

Taken together, these comprehensive measures sharply mitigate the risk of COVID-19 transmission while the defendant is in detention. The presence of COVID-19 should not be permitted to overwhelm the careful balance of factors prescribed by Congress in determining whether a defendant is properly subject to detention while

13

awaiting sentencing and it does not constitute exceptional reasons why the defendant's detention is not appropriate.

### III.    Even Assuming it is a Changed Circumstance, the COVID-19 Pandemic Does not Bear on the Defendant's Risk of Flight and the Danger to the Community

Even assuming the COVID-19 pandemic does constitute a changed circumstance, the defendant does not even attempt to connect the pandemic to 18 U.S.C. § 3143(f)(2)'s requirement that the new information "has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."  And nor could he.  Any argument that the COVID-19 pandemic somehow constitutes evidence that the defendant is not a flight risk or a danger to the community rings entirely hollow.

Simply put, nothing has changed since the time of the October 21, 2019 detention hearing.  At that hearing, the defendant did not even attempt to meet his burden to establish, by clear and convincing evidence, that he is not a risk of flight or danger to the community.  He made no arguments, and presented no evidence.  On this basis alone, the court could have detained the defendant under Federal Rule of Criminal Procedure 32.1(a)(6).  But the Government did present evidence to the Court.  And based on this evidence, there is no question that the defendant was—and still is—a serious risk of flight. He is a sovereign citizen and believes that he is not subject to supervision by the probation department or the jurisdiction of the court.  It is not a surprise, then, that he refused to appear on the summons in this case and instead had to be arrested.  During every court appearance in this case—including his jury trial—the defendant has been disruptive, rude, and threatening to the court, attorneys, and staff.  He refuses to communicate with his court-appointed attorney, but also refuses to participate in the court's proceedings when

14

he is allowed to represent himself.  There is zero chance that, if released on bond, that the defendant would voluntarily appear for his next court appearance.  And there is also no chance that, if released, the defendant would conform to the conditions of his release, which would undoubtedly include compliance with his already-imposed (and already-violated) conditions of supervised release.

In his Motion, the defendant argues that because he was arrested at his home, he is not a risk of flight.  But, the defendant's counsel also acknowledges in the Motion that she has not actually spoken with the defendant or his family, and only "presumes" that he would be permitted to return to the family home in Pueblo.  [Doc. No. 149 ¶ 9].  She also "presumes" that this family home would be amenable to the technology required for GPS monitoring.[3]  If the defendant even has a place to live with his family, given that the defendant's family also apparently subscribes to the sovereign citizen philosophy, it is unlikely that they would consent to the U.S. Probation Department installing equipment at their home.  It is equally unlikely that the defendant would consent to having a U.S. government-owned GPS device affixed to his body.  In any event, if GPS monitoring is a possibility, it is an option that was available at the time that Judge Crews originally detained the defendant, and does not constitute a changed circumstance now.

The defendant is also a danger to the community.  When probation officers served the summons on the defendant on August 30, 2019, he tried to eject them from his property for "trespassing," alluded to his "lifetime" right to bear arms, and threatened to hang them should they return.  Since then, the defendant's family has been aggressive

---

[3] It is also worth noting that the defendant's proposal of consenting to GPS ankle monitoring and/or in-home confinement with supervision is not conducive to effective social distancing, as it subjects employees of the U.S. Probation Office to close contact with the defendant and his family in an environment which is less controlled than the one in which she currently resides.

in "serving" papers on the parties—including on the Assistant U.S. Attorney while she was sitting at counsel table—in this case. If the defendant is released on bond, he will surely have to be arrested before his next court appearance. Given the defendant's posture toward law enforcement, execution of an arrest warrant places any arresting officer in danger.

The defendant does not identify how the COVID-19 pandemic impacts these factors, or in any way mitigates the risk of flight or danger to the community posed by his release. While COVID-19 has disrupted normal functioning at all levels of society, it simply does not bear on the considerations of the Bail Reform Act with regard to whether the defendant is likely to flee or pose a danger to the safety of any other person or the community.

## **CONCLUSION**

For the reasons set forth above, the Government respectfully requests that the Court deny the defendant's Motion and order that the defendant remain detained pending his hearing in this matter.

Respectfully submitted this 14th day of April, 2020.

JASON R. DUNN
United States Attorney


*s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Andrea.Surratt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-140-CMA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

　　1.  MICHAEL DESTRY WILLIAMS

　　　　　Defendant.

---

### REPLY TO THE GOVERNMENT'S RESPONSE TO THE MOTION FOR REVOCATION OF THE DETENTION ORDER

---

Counsel appointed on behalf of Mr. Williams, has reviewed the response in opposition filed by the Government (ECF Doc. #152) and consistent with Judge Arguello's minute order (ECF Doc. #151) files the following brief reply.

1.  Defense counsel filed, on behalf of Mr. Williams, a reconsideration of detention on April 9, 2020. (ECF Doc. #149). Judge Arguello referred the request for reconsideration to Magistrate Crews. (ECF Doc. #150).

**A.  _18 U.S.C. § 3145 and 18 USC § 3143 controls review of a detention order pending a hearing for revocation of supervised release._**

2.  The Government puts forth that because Judge Arguello referred the request to reconsider detention to Magistrate Crews for review, that the standard of review is controlled by 18 U.S.C. § 3142 (f)(2), which notably requires a changed circumstance.

3.  However, in _United States v. Norris,_ 2019 WL 339900 and _United States v. Cordova,_ 2015 WL 13729646, judges from the District of Colorado ruled that 18

U.S.C. § 3145(b) governs a detention order issued under the authority of 18

U.S.C. § 3143 for violation of supervised release.

4.  Recently, on April 14, 2020, Magistrate Judge Mitchell out of the United States

District of Kansas ruled that detention pending a revocation hearing is governed

by 18 U.S.C. § 3143 which is thereby governed by 18 U.S.C. § 3145.

Specifically, reasoning:

> "[t]he provisions of 18 U.S.C. §§ 3142 and 3144 govern *pretrial release*." FED. R. CRIM. P. 46(a) (emphasis added). In contrast, Federal Rule of Criminal Procedure 32.1(a)(6) governs release pending a hearing on probation or supervised release violations. FED. R. CRIM. P. 46(d). According to that rule, the magistrate judge "may release or detain the person under 18 U.S.C. § 3143(a)(1) pending further proceedings." FED. R. CRIM. P. 32.1(a)(6). Review of a detention order under § 3143 is governed by § 3145(b), which allows "a motion for revocation or amendment" of the detention order. § 3145(b).

UNITED STATES OF AMERICA, Plaintiff, v. CHRISTIAN M. WOODRUFF, Defendant., 16-40020-DDC, 2020 WL 1862568, at *2 (D. Kan. Apr. 14, 2020).

5.  18 U.S.C. § 3145(b) states that

> If a person is ordered detained by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court, the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly.

6.  If 18 U.S.C. § 3145 controls review of a detention order then no changed

circumstances are required as they would be if 18 U.S.C. § 3142 controlled. The

fact that Mr. Williams is awaiting a revocation hearing rather than in pre-trial

status encourages this distinction of authority. Further, under the authority of 18

U.S.C. § 3145 the review belongs to the judge of original jurisdiction of the

offense which would be Judge Arguello rather than Magistrate Crews. Finally, under the authority of 18 USC § 3143 (a)(1) controls the consideration for review, stating the presumption is for detention unless it can be shown "by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community."  See also Federal Rule of Criminal Procedure 32.1.

7.  To the issue of community safety, defense counsel relies on the fact that underlying convictions for Mr. Williams are financial and non-violent. Further, that the allegation for violation of supervised release is non-compliance and non-violent.

8.  It is undeniably difficult to put forth a release plan and a "return to court" plan without communication with the client. Efforts to communicate with client's family have proven unsuccessful.  Counsel is torn and can't help but identify that the ideal situation, in light of these exceptional circumstances, would involve an expedited hearing on the revocation, with the court to consider a time served sentence if Mr. Destry-Williams is to be found in violation of supervised release.

9.  For the foregoing reasons and in light of the exceptional circumstances that exists at this time, defense counsel requests this court reconsider the previous order for detention.

<div style="margin-left:40%">

Respectfully submitted,

*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
1600 Stout Street #1400
Denver CO 80202
858-204-6375
KellyM@2nd-chair.com
Attorney for Defendant

</div>

## **CERTIFICATE OF SERVICE**

I, hereby certify that on April 16, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interest parties and the following:

Andrea Surratt
Assistant United States Attorney
Andrea.Surratt@usdoj.gov

Service will also be provided by mail to
Mr. Destry-Williams
at the GEO Facility.

*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
Attorney for the Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00140-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHAEL DESTRY WILLIAMS,

     Defendant.

---

## GOVERNMENT'S SUR-REPLY TO DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER

---

In his reply to the Government's response to his motion for revocation of the detention order in the above-captioned case, defendant Michael Destry Williams argues that 18 U.S.C. § 3142(f)(2) does not apply to bail determinations made in the supervised release violation context. In support of this, he points to one relevant opinion out of the District of Kansas in which a magistrate judge held that § 3142(f)(2) does not apply to the issue of detention pending a final revocation hearing.[1] *See United States v. Woodruff*, 2020 WL 1862568 (D. Kan. Apr. 14, 2020). In that case, after referral of the defendant's motion by the district court judge, the magistrate judge determined that "[r]eview of a detention order under § 3143 is governed by § 3145(b)." *Id.* at *2. Accordingly, the magistrate judge went on to review the original detention order, purportedly under § 3145(b). As noted in the Government's Response [Doc. No. 152], however, only a "court having original jurisdiction over the offense"—that is, the district court—may conduct a

---

[1] This District of Kansas opinion was filed on April 14, 2020—the same day that the Government filed its Response in this matter. The other two cases cited by the defendant are cases in which the district court conducted review under § 3145(b) without addressing whether § 3142(f)(2) could also apply.

review pursuant to § 3145(b), raising the question of under what authority the magistrate judge in *Woodruff* reviewed the already-entered detention order.

In any event, other courts have evaluated motions to revoke detention orders in the supervised release context under § 3142(f)(2). In *United States v. Ross*, 2020 WL 1486055 (N.D. Okla. Mar. 27, 2020), the defendant was arrested for violating his conditions of supervised release and detained on consent. He admitted the violations pending against him and his case was set for sentencing. Prior to sentencing, the defendant again violated his supervised release, so his sentencing was continued and his case set for a final revocation hearing. The defendant then moved for revocation of the order of detention set by the magistrate judge based on the COIVD-19 pandemic. *Id.* at *1.

The defendant in *Ross* did not cite to any statutory basis for the revocation of his detention order, so the magistrate judge construed the motion as "one to reopen detention pursuant to 18 U.S.C. § 3142(f)(2), because the motion is based on new developments occurring after Defendant waived his detention hearing." *Id.* at 2. The magistrate judge explained that this construction of the motion was "consistent with [the district court judge's] referral of the motion to the" magistrate judge, since a motion pursuant to § 3145 would have to be heard by the district judge. *Id.* The magistrate judge then denied the defendant's motion on the basis that, among other things, the COVID-19 pandemic "does not warrant[] reopening the detention issue in this case." *Id.* at *3. *See also United States v. Stephens*, 2020 WL 1295155 (S.D.N.Y. Mar. 19, 2020) (re-opening detention hearing in advance of final supervised release revocation hearing pursuant to § 3142(f)(2), based on changed circumstances).

The court's reasoning in *Ross* is applicable here, where the defendant moved for

2

revocation of his detention order based on purportedly changed circumstances, and Judge Arguello referred the motion to the magistrate judge. Section 3143(a)(1), by its terms, applies to post-conviction defendants awaiting trial, but the heightened *standard* from § 3143(a)(1) also applies to defendants awaiting a final supervised release revocation hearing, by cross-reference from Federal Rule of Criminal Procedure 32.1(a)(6). It is also true that courts have held that § 3142(f)(2) does not apply to post-plea defendants because that section allows for the reopening of a detention hearing "at any time before trial," and post-plea defendants are no longer *before trial*. *See, e.g.*, *United States v. Morris*, 2020 WL 1694301, at *2-3 (N.D. Tex. Apr. 6, 2020). But a defendant in the instant situation is more akin to a defendant awaiting trial than a defendant awaiting sentencing. That is, in the parlance of § 3142(f)(2), a defendant awaiting his day in court on alleged supervised release violations is more like a pre-plea defendant awaiting trial, than a post-plea defendant awaiting sentencing.

Judge Arguello could have chosen to review the defendant's order of detention *de novo* pursuant to § 3145(b). But because she chose instead to refer the motion to the magistrate judge, and because the motion is based entirely on the notion that COVID-19 is a changed circumstance, this court should consider the defendant's motion under § 3142(f)(2) and deny it.

Respectfully submitted this 16th day of April, 2020.

JASON R. DUNN
United States Attorney

*s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Andrea.Surratt@usdoj.gov

Clerk of Court,

Please record this document into case # 12-cr-00140-CMA-1

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2020

JEFFREY P. COLWELL
CLERK

Biffle v Morton Rubber Indus., Inc 785 S.W.2d 143, 144 (Tex1990) - An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file-marked.

Title 18 USC - Crimes and Criminal Procedures

Part 1 - Crimes
Chapter 101 Records and Reports
Section 2071 - Concealment, removal
a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or
attempts to do so, or, with intent to do so **takes and carries away** any record, proceeding, map, book, paper, **document**, or other thing, **filed or deposited with any clerk or officer of any court of the United States**, or in any public office, **or with any judicial or public officer of the United States**, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or
other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
**Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court**, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
**If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws**, or to injure him or his property for lawfully enforcing, or

attempting to enforce, **the right of any person**, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See §§ 1977-1991, 2004-2010, 5506-5510.1

SEC. 5408. (**Destroying record by officer in charge**.)
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

Writ of Error (# A )
Notice & Order
In Common Law- 7th Amendment; Judicial Law
The United States of America

Date: 9th April 2020          Corporate Commercial
                             Case # 12-cr-00140-CMA-1

TO: UNITED STATES DISTRICT COURT OF COLORADO Inc.
ATN: Trustee: Christina M. Arguello- Acting corporate Judg
Clerk of Corporate Court: Jeffery P. Colwell
Officers, agents, subsidiaries, and Principal thereof.
901 19th Street, rm A-105, Denver, Colorado [80294-0001] herein USDC

From: Michael-destry Family of Williams- sole foreign beneficia
Inpropria Persona Sui Juris.(Not a U.S. citizen)
American National-# 2334622-04
RFD
c/o P.O. Box 11814
Pueblo, Colorado [81001]
and



2020052038
Page: 1 of 5
04/15/2020 02:22 PM    R $33.00    D $0.00
City & County of Denver            ODR

My Common Law lawyer- P.O.A.: James-frank: Williams
RE: Denying me and my Common Law lawyer- Counsel, access
to the Admiralty Corporate Court USDC. Refusing our filings
of lawful document, by personel service or mailed documents
Denying my VI Amendment Right (Bill of Rights), to choice of
counsel- P.O.A. James-frank: Williams -(Not a Bar Attorney)
The illegal, unlawful, unConstitutional, without my aggreement,
appointment of a foreign agent- Attorney Kelly Meilstrip (sic).
as alledged defense counsel by Admiralty Corporate court USDC

USDC Admiralty corporate court and acting
Arguello-have suspended Habeas Corp.
hearing at cause.

CERTIFICATION
The Clerk and Recorder for the
CITY AND COUNTY OF DENVER State
of Colorado does hereby certify this
document to be a full, true and
correct copy of the original
document recorded in my office.

Writ of Error
page 1 of 5

Clerk and Recorder
by Dominque Wattor
Deputy County Clerk
Date 4/16/2020

32

Case No. Case 1:11-cv-00140-CMA-... Document 15-1 Filed 18/4/21/06 Page 33 of
City & County of Denver                                                      2 of 5
1031052038

Facts

USDC Admiralty corporate court and clerk of the court
Jeffery P. Colwell, his agents and legal representitive,
Attorney, (unknown 1-50) are denying access to the USDC
court docket. Refusing our, me, my counsel and agent
to file lawful documents into the record of the
Commercial corporate case - 12-cr-00140-CMA-(1). By
personel service at their windows (office) and by
lawful documents mailed to their office, by and through
Post Office of the United States.

More than three times, a Writ of Habeaus Corpus has
been served upon USDC Admiralty corporate court.
Acting Judge-Trustee Arguello has suspended Habeaus
Corpus. Without any lawful statement and cause.

USDC Admiralty corporate court refuses to docket our lawful
documents and set hearing of the issues.

USDC Admiralty corporate court has denied me, my VII
Amendment Right (Bill of Rights), to suits in Common Law.

USDC Admiralty corporate court has denied me Due
Process Rights, including but not limited to VI Amendment
Choice of counsel.

USDC has, without authority, approvel or aggrement,
appointed a foreign agent - an Attorney, Kelly Meilstrup (sic),
who carries a title of nobility - Esquire to unlawfully
represent the alleged defendant. All agent attornies
have all ready been fired. They do not represent
the alleged defendant, or me, - American National.

Writ of Error (A)
page 2 of 5

## Notice

I have claimed and liened this corporate commercial case # 12-cr-00140-CMA-(1) of the USDC Admiralty corporate court, the corporate court, it's principal, subsidiaries, corporate agencies, officers, agents, commircial documents, liens and bonds thereof of this commercial case. Per their willfull trespasses, injuries, violations of the American National-sole foreign beneficiary - Michael-destry Family of Williams by and through their corporate special low-color of Law in direct violation of this Republic Nation-The United States of America, Constitution- Judicial Law- Common Law (7th Amendment). See recorded Common Law Administrative Procedures and Judgment, Public record - Denver County Recorder.

## Assesment / Judgment

Common Law Administrative Judgment - perfected states 1,000,000.00 · one million silver species (species is 1 oz of pure silver, .999 pure) per trespass, injury, violation, per day each and seperatly including any and all interveners.

## Demand / Prayer and Relief

USDC Admiralty corporate court and agents are hereby, again, Noticed and Ordered, by the authority of the American National- sole foreign beneficiary- Executor of the Office of Executor to cease and desist their Color of Low commercial case # 12-cr-00140-CMA-(1)
1) To release Michael-destry: Williams this day from federal corporate USDC Color of Law jurisdiction (Incarceration/Parole/Supervised Release), with express-written Notification and orders.

## Writ of Error (A)
## Page 3 of 5

cont- Demand/Prayer for Relief

2). Vacate your corporate commercial Judgment and Sentance of your USDC Admiralty corporate court Color of Law Commercial case # 12-cr-00140-CMA-(1)

3) Recognize and correct your records of Michael- destry Family of Williams - Standing, Status - Citizenship as a American National (Not a U.s. citizen), by and through all branches of goverment of the United States, with lawful travel documet

## Notice

Notice to agent is notice to Principal
Notice to principal is notice to agents
Assignees and Assignors. Silience is Acquiescence
All Rights Reserved, Without Prejudice, Without Recourse

## Affirmation

I affirm under God the Creator that this document is True and Correct to the best of my knowledge as a living flesh and blood man, a living soul, Freeman, American National upon Planet Earth. (Not a U.S. citizen)

Writ of Error (A)
Page 4 of 5

by: *Michael-destry: Executor*
Michael-destry: Williams
Sole foreign beneficiary
Executor of the Office
    Executor of he trust known
as MICHAEL DESTRY WILLIAMS©

*Michael-destry: Williams*
Michael-destry Family of William
American National-# 233 46 22-04
Living Man, Colorado State
Citizen. (Not a U.S. citizen)

**BRIDGET YOLANDA JACKSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20144005872
My Commission Expires February 5, 2022

and or

**BRIDGET YOLANDA JACKSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20144005872
My Commission Expires February 5, 2022

4-09-2020

4-09-2020

James-frank Family of Williams
Living man- American National,
Colorado State Citizen
(Not a U.S. citizen)
Power of Atterney for Michael.
destry: Williams and Common
Law Lawyer 6th Amendment
counsel - (Not a foreign Attorney)

COLORADO STATE )
                              ) ss.
PUEBLO COUNTY )

Subscribed and sworn to before me this 15th day
of April, 2020 by ~~Michael~~ James frank: Williams.

**CYNTHIA A. ELLINGSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cynthia A Ellingson
NOTARY PUBLIC
My Commission Expires 4/15/2023

Writ of Error ( A )
page 5 of 5



CYNTHIA ELLINGSON
C/O 525 E FOUNTAIN BLVD. #120
COLO SPGS., CO 80903

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 1640 0002 1493 4081

UNITED STATES DISTRICT COURT OF COLORADO
ATTN: DISTRICT COURT CLERK'S OFFICE
901 19th STREET
DENVER, CO 80294-3589



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-140-CMA
UNITED STATES OF AMERICA,

      Plaintiff,

v.

  1.  MICHAEL DESTRY WILLIAMS

      Defendant.

---

**JOINT STATEMENT REGARDING DELAY OF
REVOCATION OF SUPERVISED RELEASE**

---

In response to Court Order #157.

1. Unfortunately, without Mr. Williams' consent to video teleconference pursuant to the CARES ACT[1], this hearing cannot occur by video teleconference. Defense counsel has been unable to obtain Mr. Williams' consent despite multiple attempts.

2. If this hearing continues to be delayed due to the COVID-19 pandemic, defense counsel is prepared to present an interest of justice argument outlining the prejudice especially if the detention exceeds what is called for under the guidelines, in combination with good time reductions, or any other circumstances that give rise to additional prejudice.

Respectfully submitted

                        *s/ Kelly Meilstrup*
                        KELLY L. MEILSTRUP
                        1600 Stout Street #1400

---

[1] H.R. 748-249 Video teleconferencing or telephone conferencing authorized under paragraph (1) or (2) may only take place with the consent of the defendant, or the juvenile, after consultation with counsel.

Denver CO 80202
858-204-6375
KellyM@2nd-chair.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on May 12, 2020, I electronically filed the foregoing with the
clerk of the court by using the CM/ECF system which will send a notice of electronic
filing to all interested parties and the following:

Andrea Surratt
Assistant United States Attorney
Andrea.Surratt@usdoj.gov

Service will also be provided by mail to
Mr. Destry-Williams
at the GEO Facility.

_s/ Kelly Meilstrup_____
KELLY L. MEILSTRUP
Attorney for the Defendant

03/24/2020 12:19 PM                    R $49.00      AFF
City & County of Denver

2020042238
Page: 1 of 8
D $0.00

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*12:39 pm, May 21, 2020*
JEFFREY P. COLWELL, CLERK

## Verified affidavit

## of four complaining witnesses

## of High Crimes, Felonies, Treason and Piracy committed

## by B.A.R. members Christine M. Arguello, Andrea Lee Surratt, Martha H.

## Eskesen, Kelly L. Meilstrup, Probation Officer Joel Nelson and United States

## Marshals Service, in Denver County Colorado.

**TO:**   President Donald J. Trump
*The White House*
Office of President
1600 Pennsylvania Avenue, N.W.
Washington D.C. [20500]

Congressman Scott Tipton
House of Representatives
Attn: Brian McCain
503 North Main Street #653
*Pueblo Colorado [81001]*

1. We demand their immediate capture and prosecution.
2. We demand the immediate rescue of Michael Destry Williams.
3. And we petition congress and the president for a Letter of Marque and Reprisal.

In conformity with:
**Crimes act of 1790 and U.S.A. Constitution, Article 3, Section 3 Treason**: (Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.) **and Constitution of the State of Colorado, Article 2, section 9, Treason:** (Treason against the State, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.)

**Crimes act of 1790 and 18 U.S. Code § 2382 Misprision of treason**
Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.
And...

**Crimes act of 1790 and 18 U.S. Code § 4 - Misprision of felony**
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the
United States, conceals and does not as soon as possible make known the same to some judge or
other person in civil or military authority under the United States, shall be fined under this title or
imprisoned not more than three years, or both.

### Who we are:

1.  **It is a fact:** That we James Frank Williams, Jeffrey Walter Terzian, Jessica Given Thomas
and Troy Jerome Strack, are natural born State Citizens of the Several States of the Union. We
are "We the people".  We are not a part of any admiralty or maritime contracts, and we are
standing on dry land. We are not U.S. citizens, PERSONS or any other legal fictions. Our birth
certificates and/or passports are proof of these facts.

2.  **It is a fact:** That we retain all rights and due process secured by the dejure constitution for
The United States of America and the dejure constitution of the State of Colorado. We are not
subject to admiralty, military, commercial or copyrighted law, including the Uniform
Commercial Code (also see UCC 1-308) or the copyrighted Colorado Revised Statutes. Nor are
we subject to the courts established by the foregoing. Our silence does not waive any rights nor
perfect any contracts. We will not Submit to a Subject Matter, Statutory Jurisdiction Court, or
Secret Law known only to Judges and Attorneys.

### Facts of treason

1.  **It is a fact: U.S.A. constitution, Article 3, Section 3:** Treason against the United States,
*shall consist only in levying war against them*, or in adhering to their enemies, giving
them aid and comfort. No person shall be convicted of treason unless on the testimony of
<u>two witnesses</u> to the same overt act, or on confession in open court.
Also see… **Constitution of the State of Colorado, article two, section 9, Treason.**
2.  **It is a fact:** Warring and treason is:
    *   Tucker's Blackstone Vol. 1 Appendix Note B [Section 3] 1803 – "If in a limited
government the **public functionaries exceed the limits which the constitution
prescribes to their powers, every such act is an act of usurpation in the
government, and, as such, treason against the sovereignty of the people."**
    *   Black's Law 6th Edition – **"A breach of allegiance to one's government**, usually
committed through levying of war against such government or by giving aid or
comfort to the enemy."
    *   Bouvier's Law Dictionary 1856- TREASON, crim. law. **This word imports a
betraying, treachery, or breach of allegiance. 4 Bl. Com. 75."**
    *   Mirriam-Webster Learner's: "Involved in **war, conflict or disagreement"**

### Facts of Law

Verified Affidavit of four

1. **It is a fact:** "US Supreme Court held that state officials acting by "color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted."; Scheuer v. Rhodes, 416 US 232 (1974), 94 S. Ct. 1683, 1687 (1974), "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."; Warnock v Pecos County, Texas, 116 F. 3d 776 – No.96-50869 Summary Calendar. July 3, 1997.

2. **It is a fact: "United States v. Haymond"** questioned the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty."

3. **It is a fact:** That an action in REM cannot be against people. In Latin, in rem means "against or about a thing". It derives from the word "res", which means "the thing".

4. **It is a fact:** The dejure Constitution for The United States of America only establishes common law and equity courts. VII Amendment (Bill of Rights) of the Constitution for The United States of America.

5. **It is a fact:** that the Colorado Revised Statutes and the Uniform Commercial Code are copyrighted commercial law. And is for the purpose of the overthrow of the Republic, and the enslavement of "We the people".

### Event

At the time of this signing, acting Judge Christine M. Arguello, prosecutor Andrea Lee Surratt, as well as B.A.R. members Martha H. Eskesen and Kelly Lynne Meilstrup, Probation officer Joel Nelson and the UNITED STATES MARSHAL SERVICE are colluding and trespassing on the Liberty Rights of United States Secretary of State recognized American National Michael Destry Williams, holding him hostage in the Aurora ICE Detention Facility in Aurora Colorado since on or around October 10, 2019. They are using his captivity as threat, duress and coercion, to force Michael into their unconstitutional, Color of Law commercial jurisdiction against his will.

### Acts of High Crime, Treason and Piracy

1. **It is a fact:** Michael Destry Williams is being deprived of **Due Process; Double Jeopardy; Bail; Habeas Corpus** guaranteed by the **Constitution for The United States of America.**

   No person shall be held to answer for a criminal offense without due process of law, and no person shall be put twice in jeopardy of punishment for the same offense, nor be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or property without due process of law. All persons before conviction shall be bailable by sufficient sureties, except for capital offenses when the proof is evident or the presumption great. The privilege of the writ of habeas corpus shall not be suspended unless the public safety requires it in case of rebellion or invasion.

2.  **It is a fact:** Michael Destry Williams is being held without a common law bail by Arguello, Surratt, Eskesen, Meilstrup, and Nelson. See the **8th amendment** and **Article one section ten** of the **Constitution for the United States of America**

3.  **It is a fact:** Michael Destry: Williams is being held for the purpose of forcing him to contract against his will, in exchange for his freedom, because lawful money, gold and silver coin are not available. See **Constitution for the United States of America, article one section 10 and Eight amendment. Excessive bail or punishment prohibited — Witnesses — Detention. Excessive bail shall not be required; nor shall excessive fines be imposed; nor shall cruel or unusual punishments be inflicted; nor witnesses be unreasonably detained.**

4.  **It is a fact:** Michael Destry Williams is being held without a common law warrant by Arguello, Surratt, Eskesen, Meilstrup, and Nelson and United States Marshals, as mandated by the **4th amendment** of the **Constitution for the United States of America,**

5.  **It is a fact:** Michael Destry Williams is being held without a common law grand jury indictment by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals. See the **5th amendment** of the **Constitution for The United States of America.**

6.  **It is a fact:** Michael Destry Williams is being held without being informed as to the <u>common law</u> nature and cause of the accusation by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals, as mandated by the **6th amendment** of the **Constitution for the United States of America.**

7.  **It is a fact:** Michael Destry Williams is being conspired against under Color of Law by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals. See Conspiracy Against Rights - U.S.C. 18 Section 241.

8.  **It is a fact:** Michael Destry Williams is being Deprived of his Rights under Color of Law by Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals. See Deprivation of Rights – U.S.C. 18 Section 242.

9.  **It is a fact:** On January 23, 2020, Arguello and Surratt, in the US District Court of Colorado courthouse in Denver Colorado, were served personally and/or through the Clerk of Court with a Writ of Habeas Corpus and Certification of Nationality as well as several other documents.

10. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, Arguello interrupted Michael Destry: Williams numerous times as he tried to inform her of his nationality and non-consent to her corporate court, as well as ask if Arguello was suspending Habeas Corpus.

11. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, Arguello refused to answer *Michael Destry Williams'* question as to whether she was suspending Habeas Corpus.

12. **It is a fact:** On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, Michael Destry: Williams refused representation of a BAR member as counsel and would not accept any

appointments of counsel by Arguello. Arguello tries to ignore this as is indicated in the case Docket Report, number 138, page 5.

13. **It is a fact:**   On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, BAR member Martha Horwitz Eskesen replied to Arguello that she had not had any contact what-so-ever with Michael Destry Williams because he refused to meet with her.

14. **It is a fact:**   On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, after Michael Destry Williams asked Arguello if she was suspending Habeas Corpus, Arguello, without answering Michael Destry Williams' question, quickly said that court would be set for another day until Michael Destry Williams' representation could be addressed and then adjourned court as she left her seat, abandoning the courtroom. This was in direct contradiction to Michael Destry Williams' refusal to accept any representation.

15. **It is a fact:**   On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, we four witnesses observed no other "orders" by Arguello other than her saying a future date would be set during this session of the hearing.

16. **It is a fact:**   On January 23, 2020, in open court in the US District Court of Colorado courthouse, room A602, 901 19th Street in Denver Colorado, that after Arguello abandoned the courtroom, Michael Destry Williams was immediately escorted out of the courtroom.

17. **It is a fact:**   On January 23, 2020, in the US District Court of Colorado courthouse, hallway next to room A602, 901 19th Street in Denver Colorado, that we witnesses observed that the doors to courtroom A602 had been locked behind us as we left the courtroom, with no others other than we four and several other witnesses to this court hearing exiting the courtroom. All court officers and marshals remained in the courtroom.

18. **It is a fact:**   On March 12, 2020, in the US District Court of Colorado courthouse, room A105, Clerk of Court, 901 19th Street in Denver Colorado, we witnesses obtained a Certified true copy of the Docket Report for case # 1:12-cr-00140-CMA-1 from a deputy clerk.

19. **It is a fact:**   On March 12, 2020, in the US District Court of Colorado courthouse, room A105, Clerk of Court, 901 19th Street in Denver Colorado, we witnesses observed on pages 4 and 5 of the Docket Report for case # 1:12-cr-00140-CMA-1, that orders (see docket numbers 146 and 138), now appeared on the docket that were not given in open court while Michael Destry Williams, we 4 witnesses or any of the other public witnesses were in the courtroom on January 23, 2020. Some of the "orders" by Arguello are in direct contradiction to what Michael Destry Williams declared and refused in open court, on the record and in front of witnesses on January 23, 2020.

20. **It is a fact:**   That Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States Marshals have violated their oaths of office, have and are still committing Treason. 18 USC 2381 Treason with arms warring against us, "We the people" and the Federal and State Constitutions. Violation of both the U.S.A. and Colorado Constitutions. Denial of our guaranteed Republican form of government. (U.S.A. constitution Article IV, Section 4), Bill of rights, no lawful search warrants, no constitutional arrest warrants, using unlawful

money for discharge of citations and other private commercial UCC convictions, (article
one section 10), no common law court, no common law jury and no due process. In so
doing of the foregoing, have violated their oaths of office.

21. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup, Nelson and United States
Marshals have and are still committing Piracy. Fraudulent use of admiralty or maritime
jurisdiction on dry land, against a State Citizen is robbery ashore, and/or also, to do with
their cohorts, in vessel (Law Enforcement Automobiles) outfitted for the purpose of piracy.
See U.S.C. 18 section 1661 – Robbery Ashore. Whoever, being engaged in any piratical
cruise or enterprise, or being of the crew of any piratical vessel, lands from such vessel and
commits robbery on shore, is a pirate and shall be imprisoned for life. See also U.S.C. 18
*section 1654* – arming or serving on privateers.

22. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup Nelson and United States Marshals
are involved in the falsification of court records. See the **Crimes Act of 1790, Corruption
of Judicial records**. "I]f any person shall feloniously steal, take away, alter, falsify, or
otherwise avoid any record, **Writ**, process or other proceedings in any of the courts…"
"…shall be fined not exceeding five thousand dollars, or be imprisoned not exceeding
seven years and be whipped not exceeding thirty-nine stripes."

23. **It is a fact:** That Arguello, Surratt, Eskesen, Meilstrup and United States Marshals as well
as the commercial corporations known as the UNITED STATES OF AMERICA, the
UNITED STATES DISTRICT COURT OF COLORADO, UNITED STATES MARSHAL
SERVICE, STATE OF COLORADO and CITY AND COUNTY OF DENVER are crime
organizations and in violation of their own RICO Statutes.

24. **It is a fact:** That *"Where rights secured by the Constitution are involved, there can be
rule making or legislation which would abrogate them." Miranda v Arizona, 384 US 436,
491.*

25. **It is a fact:** That all parties involved with Michael Destry Williams' captivity /
imprisonment are and have committed acts of treason, are warring and participating in the
overthrow of the Republic as well as working to prevent its restoration. They are pirates
and enemies of the Republic.

**Remedy sought**

1. We, James Frank Williams, Jeffrey Walter Terzian, Jessica Given Thomas and Troy
Jerome Strack petition for the immediate capture and prosecution of Christine M.
Arguello, Andrea Lee Surratt, Martha Horwitz Eskesen, Kelly Lynne Meilstrup and all
Marshal's Deputies involved as well as all others involved in the forgoing piracy, crimes
and treason involving Michael Destry Williams. And,

2. The immediate rescue of Michael Destry Williams. And,

3. Because we are without our Constitutionally guaranteed Republic form of government, or
any Constitutional protection and remedy as well as continually being the victems of
unceasing treason, piracy and other harassments by the de-facto authorities throughout
Colorado, we petition Congress and the President of the United States for a letter of
Marque and Reprisal, for use within the borders of The State of Colorado on the land, air
and sea/waters, with the authority to deputize. Also, to use said Letter; A) against any and

all officials and their minions, who aid and abet them, B) who violate their Oaths of
Office, C) who violate the dejure Constitutions, D) Who use Admiralty jurisdiction, E)
Who use undisclosed / silent contracts. For those are all acts of treason and piracy on dry
land, air and the seas/water ways of the dejure Colorado State, a Union State, for they are
pirates and enemies of the Republic. See **U.S. Constitution, Article 1, section 8, clause
10 and 11.**

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Assigners and Assignors.
All are without excuse.
All Rights Reserved, Without Prejudice, Without Recourse**

**We the undersigned swear that all is true and correct to the best of our knowledge.**

James Frank Williams

By: _____ Date: _3/24/2C_ All rights explicitly reserved

Jeffrey Walter Terzian

By: _____ Date: _3/24/202_ All rights explicitly reserved

Jessica Given Thomas

By: _____ Date: _3/24/2020_ All rights explicitly reserved

Troy Jerome Strack

By: _____ Date: _3/24/20_ All rights explicitly reserved

### Notary Public

Colorado State        )
                      )ss.
Denver County         )

On this 24 day of March 2020, before me the undersigned officer,

<u>James Frank Williams, Jeffrey Walter Terzian, Jessica Given Thomas and Troy Jerome Strack</u>,
personally appeared and are known to me (or satisfactorily proven) to be the person whose name
is/are subscribed to the within instrument and acknowledged that he/she/they executed the same
for the purposes therein contained. In witness whereof I hereunto set my hand and official seal.

Cynthia A. Ellingson - Notary Public
My Commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cc:

TO:    Kevin Vereen - Provost Marshal General
       2800 Army Pentagon
       Washington D.C. [20310-5066]

TO:    Attorney General William Barr
       US Department of Justice Room 4400
       950 Pennsylvania Avenue
       Washington D.C. [ 20530-0001]

TO:    Secret Service of the United States
       245 Murray Lane
       Washington D.C. [20223]

TO:    Office of Inspector General
       12345 W. Alameda Pkwy Ste. 300
       Lakewood Colorado [80228]

TO:    U.S. Department of State
       Office of Law Enforcement Liaison
       44132 Mercure Circle
       P.O. Box 1227
       Sterling, Virginia [20166]

TO:    UNITED STATES DISTRICT COURT OF COLORADO Inc.
       Attn: Daniel Desmond Domenico, Christine M. Arguello, Andrea L. Surratt
       901 19th Street
       Denver, Colorado [80294-3589]

TO:    US Senator Michael Bennet
       129 B Street
       Pueblo Colorado [81003]

Writ of Error (# _A_ )
Notice + Order

In Common Law. 7th Amendment, Judicial Law
The United States of America

Date: 9th April 2020               Corporate Commercial
                                   Case # 12-cr-00140-CMA-1


TO: UNITED STATES DISTRICT COURT OF COLORADO Inc.
ATTN: Trustee: Christina M. Arguello- Acting corporate Judg
    Clerk of Corporate Court: Jeffery P. Colwell
    Officers, agents subsidiaries, and Principal thereof
    901 19th street, rm A-105, Denver, Colorado [80294-0001] (herein USDC

From: Michael-destry Family of Williams- sole foreign beneficia
    Inpropria persona Sui Juris.(Not a U.S. citizen)
    American National-# 2334622-04
    RFD
    c/o P.O. Box 11814
    Pueblo, Colorado [81001]
          and

My Common Law lawyer- P.O.A.: James-frank: Williams
RE: Denying me and my Common Law lawyer-Counsel access
to the Admiralty corporate court USDC. Refusing our filings
of lawful document. by personel service or mailed documents
Denying my VI Amendment Right(Bill of Rights), to choice of
counsel- P.O.A. James-frank: Williams -(Not a Bar Attorney)
The illegal, unlawful, unConstitutional, without my aggreement,
appointment of a foreign agent- Attorney Kelly Meilstrip (sic),
as alledged defense counsel by Admiralty Corporate court USDC

USDC Admiralty corporate court and acting Judge-Trustee
Arguello. have suspended Habeas Corpus and without a
hearing or cause.

          Writ of Error ( _A_ )
          Page 1 of 5

2020065203E
Page 1 of 5
04 15 2020 02 22 PM          R $33.00      ODR
City & County of Denver                   D $0.00

USDC Admiralty corporate court and clerk of the court Jeffery P. Colwell, his agents and legal representitive, Attorney, (unknown 1-50) are denying access to the USDC court docket. Refusing our, me, my counsel and agent to file lawful documents into the record of the commercial corporate case - 12-cr-00140-CMA-(1). By personel service at their windows (office) and by lawful documents mailed to their office, by and through Post Office of the United States.

More than three times, a writ of Habeaus Corpus has been served upon USDC Admiralty corporate court. Acting Judge-Trustee Arguello has suspended Habeaus Corpus. Without any lawful statement and cause.

USDC Admiralty corporate court refuses to docket our lawful documents and set hearing of the issues.

USDC Admiralty corporate court has denied me, my VII Amendment Right (Bill of Rights). to suits in Common Law.

USDC Admiralty corporate court has denied me Due Process Rights, including but not limited to VI Amendment Choice of counsel.

USDC has, without authority, approvel or aggerement, appointed a foreign agent · an Attorney, Kelly Meilstrup (sic), who carries a title of nobility - Esquire to unlawfully represent the alleged defendant. All agent attornies have all ready been fired. They do not represent the alleged defendant, or me, - American National.

Writ of Error ( <u>A</u> )
page 2 of 5

## Notice

I have claimed and liened this corporate commercial case # 12-cr-00140-CMA-(1) of the USDC Admiralty corporate court, the corporate court, it's principal, subsidiaries, corporate agencies, officers, agents, commercial documents, liens and bonds thereof of this commercial case. Per their willfull trespasses, injuries, violations of the American National-Sole foreign beneficiary - Michael-destry Family of Williams by and through their corporate special low-color of law in direct violation of this Republic Nation. The United States of America, Constitution- Judicial Law- Common Law (7th Amendment). See recorded Common Law Administrative Procedures and Judgment, public record- Denver County Recorder.

## Assesment / Judgment

Common Law Administrative Judgment- perfected states 1,000,000.00 · one million silver species (species is $1^{oz}$ of pure silver, .999 pure) per trespass, injury, violation, per day each and seperatly including any and all interveners.

## Demand / Prayer and Relief

USDC Admiralty corporate court and agents are hereby again, Noticed and ordered, by the authority of the American National- Sole foreign beneficiary- Executor of the office of Executor to cease and desist their Color of Law commercial case # 12-cr-00140-CMA-(1)

1) To release Michael-destry: Williams this day from federal corporate USDC Color of Law jurisdiction (Incarceration/Parole/Supervised Release), with express- written notification and orders.

Writ of Error (A)
Page 3 of 5

## Cont- Demand/Prayer for Relief

2) Vacate your corporate commercial Judgment and Sentance of your USDC Admiralty corporate court Color of Law Commercial case # 12-cr-00140-CMA-(1)

3) Recognize and correct your records of Michael-destry Family of Williams - Standing, Status - Citizenship as a American National (Not a U.S. Citizen), by and through all branches of goverment of the United States, with lawful travel documet

## Notice

Notice to agent is notice to Principal
Notice to principal is notice to agents
Assignees and Assignors. Silience is Acquiescence
All Rights Reserved, without Prejudice, Without Recourse

## Affirmation

I affirm under God the Creator that this document is True and Correct to the best of my knowledge as a living flesh and blood man, a living Soul, Freeman, American National upon Planet Earth. (Not a U.S. citizen)

Writ of Error (A)
Page 4 of 5

by: *Michael-destry: Executor*
Michael-destry: Williams
Sole foreign beneficiary
Executor of the Office
 Executor of he trust known
as MICHAEL DESTRY WILLIAMS©

BRIDGET YOLANDA JACKSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144006672
My Commission Expires February 5, 2022

4-09-2020

*Michael-destry: Williams*
Michael-destry Family of William
American National-# 233 4622-04
Living Man, Colorado State
Citizen. (Not a U.S. citizen)

BRIDGET YOLANDA JACKSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144006672
My Commission Expires February 5, 2022

4-09-2020

and or

James-frank Family of Williams
Living man- American National,
Colorado State Citizen
(Not a U.S. citizen)
Power of Atterney for Michael
destry: Williams and Common
Law Lawyer 6th Amendment
Counsel- (Nota foreign Attorney)

COLORADO STATE )
                        } SS
PUEBLO COUNTY )

Subscribed and sworn to before me this 15th day
of April, 2020 by James frank: Williams

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054X1538
MY COMMISSION EXPIRES   JANUARY 15, 2023

Cynthia A Ellingson
NOTARY PUBLIC
My Commission Expires 1/15/2023

Writ of Error (A)
page 5 of 5

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DISTRICT COURT of COLORADO
ATTN DISTRICT COURT CLERK
901 19th STREET
DENVER, CO 80294-3589

9590 9402 5704 9346 9474 08

2. Article Number *(Transfer from service label)*

7019 1640 0002 1493 4081

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☑ Agent
                    ☑ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                   4/21/2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

53

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2020

JEFFREY P. COLWELL
CLERK

Clerk of Court,

Please record this document into case # 12-cr-00140-CMA-1

Biffle v Morton Rubber Indus., Inc 785 S.W.2d 143, 144 (Tex1990) - An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file-marked.

Title 18 USC - Crimes and Criminal Procedures

Part 1 - Crimes
Chapter 101 Records and Reports
Section 2071 - Concealment, removal
a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or

attempts to do so, or, with intent to do so **takes and carries away** any record, proceeding, map, book, paper, **document**, or other thing, **filed or deposited with any clerk or officer of any court of the United States**, or in any public office, **or with any judicial or public officer of the United States**, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or

other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
**Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court**, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
**If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws**, or to injure him or his property for lawfully enforcing, or

attempting to enforce, **the right of any person**, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See §§ 1977-1991, 2004-2010, 5506-5510.1

SEC. 5408. (**Destroying record by officer in charge**.)
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

USA 7¢
BIG BEND

USA DOLLAR

MAR 18 2020

81008-9098

United States District Court of Colorado

Attn: Clerk of Court

901 19th Street

Denver Colorado [80294-3589]

CERTIFIED MAIL

7019 1640 0002 1493 3893

Williams
RFD - c/o PO Box 11814
Pueblo Colorado

## NOTICE AND DEMAND



TO:     Acting Director, Federal Bureau of Investigation
        FBI Headquarters
        935 Pennsylvania Avenue NW
        Washington DC 20535-0001

TO:     Elena Latarola – FBI, Special Agent in charge
        8000 E. 36th Avenue
        Denver Colorado [80238]

RE:     **Detainment via Unlawful/Unconstitutional "supervised release" of Michael-destry,
        Family of Williams (herein known as Michael-destry), permanently disabled, an American
        *National/State Citizen registered as such with the United States State Department. Michael-destry, is*
        being unlawfully incarcerated under penal corporate Color of Law, by a commercial claim of the
        corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
        COLORADO Inc., in a commercial Constructive Trust case # 12-cr-00140-CMA -(1), with the principal
        corporation as plaintiff, known as UNITED STATES OF AMERICA Inc., (** (see attached). **Named
        defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. (**see attached exhibit ﹙ﹾ-﹚**).
        **Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry as
        the unwilling compulsory surety, under threat, duress and coercion.**

I, James Frank, family of Williams, an American National/State Citizen registered as such with
the United States State Department and lawful Power of Attorney in all legal matters, for Michael-destry
does hereby bring Notice to the above names public servants of the fraud, coercion, extortion, threats,
*unlawful actions as well as physical and mental torture of Michael-destry, while currently in the custody*
of the corporation known as US MARSHAL DEPARTMENT, detained at the GEO/ICE Detention Center in
Aurora Colorado, since October 2019.

Based on a fraudulent and unlawful corporation arrest warrant (**see attached**) Michael-destry
*was kidnapped in October 2019, from his residence in Pueblo Colorado, by US MARSHAL DEPARTMENT*
armed agents accompanied by agents of the PUEBLO COUNTY SHERIFF corporation, without properly
investigating the Identification presented by American National Michael-destry.

Since this time, Michael-destry was moved to the Aurora Detention Center, he has been
purposely poisoned with food that he is allergic to without any assessment of his health. His physical
and nutritional needs are well documented with the Bureau of Prisons, but current agents of the BOP,
including Warden Johnny Choate, Case worker Mr. Jones, DHO Ms. Shook and physician Dr. Serafini and
assistants Byrne, Dunn, and Gardner, but not limited to, at this facility are purposely ignoring assessing
his physical needs, leading to physical and mental torture of Michael-destry. This a violation of the basic
human rights of any man or woman being held under force as well as against GEO/ICE's own corporate
rules. They also completely endanger Michael-destry's life by holding him because of the verified cases
of Coronavirus at this facility.

The corporation known as the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLORADO and its agents, have and continue to operate outside of all Constitutional Law including, but

not limited to suspending Habeas Corpus (see attached), acting without consent and jurisdiction of an American National. They have exceeded Michael-destry's Right to speedy trial. They unlawfully under Color of Law, act where the US Supreme Court has declared in **Haymond v US** that no one except a jury of one's peers can take away a man's Liberty, referring to the unlawful extended sentences of "Supervised Release." The USDC has tried to refuse legal documents for recording into the case by this POA. They continue to push one of their foreign agents of the BAR upon Michael-destry as his representation, when he has clearly stated in writing (see attached Writ of Error) and in open "court" that he will not and never has, accepted representation by the foreign agents of the BAR. Having observed each of the "court" actions since Michael-destry's unlawful kidnapping, it is obvious that they are trying to take jurisdiction over this American National by fraudulent representation of him by a colluding fellow BAR member Kelly Meilstrup in order to remove him from the courtroom and pass an unlawful sentence upon him through this misrepresentation by this BAR member.

Michael-destry has personally informed me through our weekly legal calls that the operators of the detention facility understand that they are holding an American National unlawfully but because they have a "contract" with the US MARSHAL DEPARTMENT corporation, they will not act to release him.

This is why Notice is now brought to each of you public servants and Demand your immediate actions to stop this unlawful and un-Constitutional detention by these corporations, placing it upon your liability to act to secure the immediate release of American National Michael-destry upon receipt of this Notice and Demand, to end the Trespass perpetrated on his Liberty Rights.

Respectfully,

BY: _James Frank: Williams_

James Frank, Family of Williams-Sui Juris
American National
RFD -In care of: PO Box 11814
Pueblo Colorado

We the undersigned American Nationals, witness the autograph of James Frank: Williams as well as petition the above-named Special Agents of the Federal Bureau of Investigation, to immediately act upon this Notice and Demand for the release of fellow American National Michael-destry: Williams.

Cynthia Ann: Ellingson

Signed _Cynthia Ann Ellingson_ Date: 5/16/20 All rights explicitly reserved

Michael Paul: Marshall

Signed _Michael Paul CP_ Date: 5/16/20 All rights explicitly reserved

Jeffrey Walter: Terzian

Signed _Jeffrey-Walter: Terzian_ Date: 5/16/20 All rights explicitly reserved

**Bill of Lading**

**All Attachments for the Notice and Demand to the FBI.**

1.   Writ of Habeas Corpus to the United States and their subordinates (Inferior Courts), including Exhibits:
   A:  Incorporation document – UNITED STATES OF AMERICA, Inc.
   B:  Probate Court Document- acknowledging MICHAEL DESTRY WILLIAMS as a Trust.
   C:  Certificate of Identity
   C1: Passport Directive by US Secretary of State.
   D:  Affidavit of James Frank: Williams concerning arrest of Michael-destry.
   E:  USDC/COLORADO/PUEBLO SHERIFF/US MARSHAL corporation documents.
   F:  Standing, Status and Citizenship Affidavit of Michael-destry.
   G:  Declaration and Affirmation of National for The United States of America.
   H:  Arrest Warrant for USDC Documents by Michael-destry.

2.   Arrest Warrant for Trust Fiction MICHAEL DESTRY WILLIAMS.

3.   Affidavit of Service – Notice of Surrendering Defendant (MICHAEL DESTRY WILLIAMS)

4.   Verified Affidavit of 4 Complaining Witnesses.

5.   Writ of Error by Michael-destry.

6.   Arrest of USDC Documents by POA James Frank: Williams.

7.   Written note and "Medical Kite" (copy) from Michael-destry to POA James Frank sent 5/01/2020

8.   Westworld article proving COVID-19 at GEO/ICE detention center.

I certify that all documents listed in this Bill of Lading are true, correct and included in this mailing as listed.

By: _James Frank Williams_

James Frank, Family of Williams-Sui Juris
American National
RFD -In care of:  PO Box 11814
Pueblo Colorado

Cc:


TO:     Attorney General William Barr
          US Department of Justice Room 4400
          950 Pennsylvania Avenue
          Washington D.C. 20530-0001


TO:     Secret Service of the United States
          245 Murray Lane
          Washington D.C. 20223


TO:     U.S. Department of State
          Office of Law Enforcement Liaison
          44132 Mercure Circle
          P.O. Box 1227
          Sterling Virginia [20166]


TO:     Office of Inspector General
          12345 W. Alameda Pkwy Ste. 300
          Lakewood Colorado [80228]


TO:     UNITED STATES DISTRICT COURT OF COLORADO, Inc.
          Attn: Clerk of Court
          901 19th Street
          Denver Colorado [80294-3589]



60

CASE #12CR-00140 CMA



4TH SUBMISSION
Habeas Corpus



2019146452
Page: 1 of 24
D $0.00

10/21/2019 12:20 PM    R $128.00
City & County of Denver    AFF

## Writ of Habeas Corpus

## In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America
**Not within the UNITED STATES Inc.**

To:    All nine men and women known as Justices for
the Supreme Court of the United States
1 1st Street NE
Washington D.C. 20543-0001

From:    James Frank, Family of Williams - In Propria Persona Sui Juris
Address:    RFD
In Care Of:    PO Box 11814
Pueblo Colorado [81001]
Herein known as Affiant.

**RE**:    Michael-destry Family of Williams, permanently disabled, an American National/State
Citizen as per the United States State Department, is being held/incarcerated and/or under penal
corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC}in a commercial case
# 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as UNITED STATES OF
AMERICA Inc., (see Exhibit A). Named defendant Cestui Que Vie Trust known as MICHAEL
DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign beneficiary of said trust, American
National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress
and coercion.

**I.**    Jurisdiction arises under this Affiant's International Right of Self Determination of actions of
Declarations/ Affidavits/Public Records, maintaining my sacred honor per my compact known as The
Declaration of Independence 1776, Articles of Confederation and 1787/89/91 Constitution for The
United States of America. I am not bound by any corporate Rules, Regulations, Statures or Codes in any
manner.

**II.**    Venue is proper as per my International Right of Self Determination as an American
National/State Citizen, as guaranteed in the VII Amendment (Bill of Rights) of the Constitution for The
United States of America. Again, not by any corporate Rules, Regulations, Statutes or Codes.

**III.**    Parties are: 1. This Affiant, 2. Michael-destry, Family of Williams, 3. and all Nine Justice
Individuals occupying the Supreme Court of the United States, plus their unknown and unnamed
subordinates.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 23 2020**

JEFFREY P. COLWELL
CLERK

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 1 of 4*

61

## Facts/Affidavit

**IV.**   The following Facts are Self-Evident,

1.   You nine individuals are by actual fact or open public pretension the deciders of the Law of the Land for The United States of America via this Affiant. Via one of your recent decisions in **"United States v. Haymond"** you bring into question the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty." That is NOT happening!

2.   You nine Justices, Office of Supreme Court and agents thereof, have created or ok'ed a **non-judicial**, foreign corporate special law jurisdiction, - 14th Amendment of the US constitution, federally zoned citizen with privileges, in contrast with the Constitution for The United States of America, Article 4 section 4, Republic State and State Zoned Citizen Rights, the latter of which applies to this Affiant and Michael-destry. The previous which you know or should know allows your subordinates, with impunity, to:

   **A.** impeach our sacred Honor,

   **B.** deny or ignore our Citizenship as an American National/State Citizen, (see exhibits C and C1) (as is again being done since Michael-destry's unlawful arrest on October 11, 2019) (see exhibit D – James Frank's Affidavit)

   **C.** Trespass on Michael-destry's Unalienable Rights, specifically his Liberty Rights at the whims of a corporate agent Christina M. Arguello, ACTING as a lawfully seated judge.

3.   This Affiant's and Michael-destry's American National status, Unalienable and Equitable Rights have been taken for a number of years via the Nonfeasance, Misfeasance, Malfeasance committed via Color of Law, in violation of your own laws, specifically U.S. Code 18 sections 241 & 242, but not limited to, with the sanctions of the Supreme Court of The United States of America, and now you impeach my sacred honor.

4.   Michael-destry: Williams is unlawfully being held in **non judicial** custody of the corporate Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (exhibit E) by acting Judge Christine M. Arguello and acting Clerk of Court Jeffery P. Colwell, under special laws of a **foreign** corporation (Color of Law private codes and statutes), denying Michael-destry his Unalienable Rights from the Creator, including but not limited to, violation of XI Amendment, suits prosecuted by Citizens of Subjects of any Foreign State, being denied VII Amendment suits In Common Law, denied Due Process, and VI, V, IV Amendments of the Constitution for The United States of America.

5.   Acting public servants; Judge Christina M. Arguello, Clerk of Court Jeffery P. Colwell, UNITED STATES Attorneys Kenneth Harman, and John Walsh but not limited to, do not have a valid Oath of Office nor bonds filed with the City and County of Denver Clerk and Recorder or the Secretary of State of Colorado State, as required by Colorado State Constitution(1876), Article XII sections 8,9, and 10, and Article VI section 3 of the Constitution for The United States of America(1787/89/91), and the General Laws of Colorado, making all of their offices vacant and actions void.

6. This Affiant's honor, duties and responsibilities as an American National/State Citizen, requires me to notify you of the wrongs being perpetrated upon American National/State Citizen Michael-destry. This has been done by this Writ of Habeas Corpus, but not limited to.

7. If this matter is not corrected or openly denied, this will be Prima Facia Evidence to you admitting to the facts and accepting liability.

V. If you wish to honor your duty to this Affiant and Michael-destry as well as your Oath of Office as required in the VI Amendment of the Constitution for The United States of America, the following is suggested by correcting the misjustice / trespasses upon this Affiant and Michael-destry by the foreign corporation and its corporate agencies as follows;

1. Release Michael-destry this day from the federal corporate USDC alleged jurisdiction (Incarceration/Parole), with express written notification and orders.

2. Vacate the judgment and sentence of the corporate Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO commercial case # 12-cr-00140-CMA-(1), all enacted under Color of Law.

3. Recognize and correct Michael-destry's, Standing, Status and Citizenship (exhibit F) with all branches of the government of the United States.

## Exhibits

A   Entity details of corporation UNITED STATES OF AMERICA, Inc.

B   Letter from corporate DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO Confirming the all caps name MICHAEL DESTRY WILLIAMS is a fictional trust.

C   Certificate of Identity form DS-4240 with Request page and Photocopy of Passport card and passport. City and County of Denver Recorder # 2019043968. 3 - Pages.

C1  Photocopy of page inside passport showing request from Secretary of State that was ignored.

D   James Frank: Williams' Affidavit.

E   Proof of Entity Incorporation. 5 pages

F   Standing, Status and Citizenship Affidavit. City and County of Denver Recorder # 2019057051. 3 - Pages.

G   Oath of Citizenship of Michael-destry, Family of Williams administered by Officer of the Nation, Lt. Cdr., USN, Retired, now deceased, David G. Anderson on 8th of May 2012. City and County of Denver Recorder # 2019043967. 2 - Pages.

H   Notice and arrest of UNITED STATES DISTRICT COURT Inc. commercial case # 12-cr-00140-CMA-(1) Indictment.

## Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 3 of 4*

## Notice

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence.
All are without excuse
All Rights Reserved, Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, flesh and blood man, as a living soul, Freeman/American National upon Planet Earth.

By: _James F. Will_____

James Frank, Family of Williams – sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State          )
                        ) ss.
Pueblo County           )

Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank; Williams.

_Cynthia A. Ellingson_____
Cynthia A. Ellingson, Notary Public
My Commission Expires: ____1/15/2023____

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES   JANUARY 15, 2023

Cc:

TO:   Attorney General William Barr
      US Department of Justice Room 4400
      950 Pennsylvania Avenue
      Washington D.C. 20530-0001

TO:   UNITED STATES DISTRICT COURT OF COLORADO Inc.
      Attn: Clerk of Court Jeffery P. Colwell
      901 19th Street, Room A-105
      Denver, Colorado [80294-3589]
      Corporate Commercial Case # 12-cr-00140-CMA-(1)

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 4 of 4*



EXHIBIT  A

4

Exhibit 3

NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

2193946                       04/19/1989
                              (mm/dd/yyyy)

UNITED STATES OF AMERICA, INC.

CORPORATION          Entity Type: NON-PROFIT OR RELIGIOUS

DOMESTIC             State: DE

### REGISTERED AGENT INFORMATION

Name:        THE COMPANY CORPORATION

Address:     2711 CENTERVILLE ROAD SUITE 400

City: WILMINGT        County: NEW CASTLE
     ON

     DE          Postal Code: 19808

Phone: (302)636-5440

Additional information is available for a fee  You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like Status Status,Tax & History Information

IRS00011s

GJEX00J050

# EXHIBIT B

| DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO | |
|---|---|
| Court Address:<br>1437 Bannock Street, Room 230, Denver, CO, 80202 | |
| In the Matter of the Trust: MICHAEL DESTRY WILLIAMS | DATE FILED: July 22, 2019<br><br>△ COURT USE ONLY △ |
| | Case Number: 2019PR166<br>Division: 1     Courtroom: |
| **ORDER** | |

THIS MATTER is before the Court for review and consideration of filings presented by Michael Destry Williams on April 12, 2019, May 10, 2019, May 16, 2019, June 10, 2019, July 1, 2019 and July 15, 2019. The Court has reviewed the filings, finds them to be nonsensical and accordingly finds the filings fail to state a claim upon which relief may be granted.

To the extent necessary, the filings are denied. No further action shall be taken by the Court.

Issue Date: 7/22/2019

*Elizabeth D. Leith*

ELIZABETH DEMBERG LEITH
District Court Judge

1907880046 2231 239-1003 2
1908080078 1085 13-1012 4

# EXHIBIT C



U.S. Department of State

## CERTIFICATION OF IDENTITY

| 1. Full Name of Requester¹ (Last, First, MI) | 2. Date of Birth (mm-dd-yyyy) |
|---|---|
| Williams Michael destry Jr | |
| 3. Full Name of Subject of Records | 4. Citizenship Status² |
| Michael destry williams | |
| 5. Current Address MR. 2. En Charles Way | 6. Place of Birth Guam |
| 01132 E LA street Pueblo Colorado | Colorado |

### Third Party Authorization (Optional)
Complete this section if you are authorizing release of your records to another person.

I, _____, pursuant to 5 U.S.C. Section 552a(b), _____

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party _____

Address of Third Party _____

Type of Third Party (check one): ☐ Parent  ☐ Custodial Guardian  ☐ Legal Representation  ☒ Other _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Without prejudice _____

Signature³ _Michael destry Williams_ Date (mm-dd-yyyy) _04/11/2019_

## PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171, 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Michael _____ Mr. Jr.

¹ Name of individual who is the subject of the record(s) sought.
² Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Name of individual who is the subject of the record(s) sought.

Cert.fied mail #

7017 1000 0001 1073 5492

DS-4240
06-2013

04/12/2019 10:28 AM    R $23.00
City & County of Denver    CTF

2019043968
Page: 1 of 3
D 90.00

U.S. Department of State

## CERTIFICATION OF IDENTITY

| 1. Full Name of Requester [1] *(Last, First, MI)* | 2. Date of Birth *(mm-dd-yyyy)* |
|---|---|
| 3. Full Name of Subject of Records | 4. Citizenship Status |
| 5. Current Address | 6. Place of Birth |

### Third Party Authorization
Complete this section if you are authorizing release of your records to another person.

_____ pursuant to 5 U.S.C. Section 552a(b),
authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party

Address of Third Party

Type of Third Party (check one)  [ ] Parent  [ ] Custodial Guardian  [ ] Legal Representation  [ ] Other

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature _____  Date *(mm-dd-yyyy)* _____

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171, 5 U.S.C. Section 552a (the Privacy Act of 1974), 5 U.S.C 552 (Freedom of Information Act)

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3)

[1] Name of individual who is the subject of the record(s) sought
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence
[3] Name of individual who is the subject of the record(s) sought

DS-4240
05-2013

04/12/2019 10:29 AM
City & County of Denver
R $23.00
CTF

2019043968
Page 1 of 3
D $0.00

# Request for
# Passport Records
# (2) Certified Copies

Date: *11th April 2019*

TO:    U.S. Department of State
       Office of Law Enforcement
       Liaison
       44132 Mercure Circle
       P.O. Box 1227
       Sterling, Virginia [20166]

Pursuant to The Privacy Act of 1974 and special law [5 USC 552 (2)].

| | |
|---|---|
| Name: | Michael destry: Williams |
| Date and Place of Birth: | 23rd May, 1964, Gunnison, Colorado State |
| Mailing Address: | Rural Route 1, St. Charles Mesa |
| | Pueblo, Colorado |
| | C/o 1024 1/2 East Ash Street |
| | Pueblo, Colorado [81001] |
| Telephone: | (719) 544-5362 |
| Email Address: | none |
| Dates Passport Issued | 8th January 2019 |
| Passport number: | 592612813 |
| Passport Card number: | C 18850067 |

Enclosed copies:    Passport and Card, Exhibit 1. Postal Money order for $ 100.00.
                    Certification of Identity Form DS-4240 / # 255 3189006 60

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Certified mail*
*# 7017 1000 0001 1073 5492*

*Michael-destry: Williams*

Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81006]

Notary: CYNTHIA A. ELLINGSON
Colorado State:
                ss.
Pueblo County:

Subscribed and Affirmed before this _11th_ of April 2019 by
Michael-destry Family of Williams

*Cynthia A Ellingson*

My commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES    JANUARY 15, 2023

City & County of Denver

20191404452









*American National*

*All Rights Reserved*
*Without Prejudice*
*Michael-destry: Williams*
*Beneficiary*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo    Code / Codigo    Passport No / No du passeport
P     5926128133

Surname / Nom / Apellidos
WILLIAMS

Given Names / Prénoms / Nombres
MICHAEL DESTRY

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
23 May 1964

Place of birth / Lieu de naissance / Lugar de nacimiento
COLORADO, U.S.A.

Date of issue / Date de délivrance / Fecha de expedicion
08 Jan 2019

Date of expiration / Date d'expiration / Fecha de caducidad
07 Jan 2029

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

**USA**

P<USAWILLIAMS<<MICHAEL<DESTRY<<<<<<<<<<<<<<<
5926128133USA6405238M2901075293175589<109562

3 of 3

EXHIBIT C1



# EXHIBIT D

**Affidavit of American National/State Citizen**
**James Frank, Family of Williams**
**Concerning the arrest of American National/State Citizen**
**Michael-destry (Will), Family of Williams**

On October 11, 2019 at 10:58 am, this Affiant received a phone call from my mother, stating that armed agents of the corporations, THE PUEBLO COUNTY SHERIFF'S DEPARTMENT and the UNTITED STATES MARSHALS SERVICE were at her home at 1024 East Ash Street in Pueblo Colorado. These Armed Agents were supposedly acting on a warrant to arrest Michael-destry (herein known as Will) for "Failure to Appear" in a corporate constructive trust case. This Affiant told her to order them off of her property, which I heard her doing over the phone and then immediately while still speaking to her, this Affiant left my property and traveled the few miles to my mother's house.

Upon arriving at this Affiant's mother's house, I observed my brother Will being cuffed into the backseat of one of the corporate agent's automobiles and then immediately being driven away by these corporate agents.

After filming the exodus of most of these agents, this Affiant noticed and recognized Charles Lee Gallegos, a friend and corporate agent for the PUEBLO COUNTY SHERIFF'S DEPARTMENT parole division.

This Affiant asked agent Gallegos to show me the "warrant," which agent Gallegos did, and this Affiant also asked to see the "verified affidavit" that is required to lawfully use a warrant. Agent Gallegos did not have an affidavit with his warrant and this Affiant did not see a judge's signature on the warrant.

This Affiant also observed that the warrant was for the Cestui Que Vie Trust entity MICHAEL DESTRY WILLIAMS, not the living man Will: Williams.

Agent Gallegos personally told this Affiant that Will clearly said that he was not the PERSON on the warrant.

Agent Gallegos also was in possession of Will's passport card, which Gallegos personally told me that neither he nor any other arresting agent ran to ascertain Will's actual identity. Agent Gallegos also held the US State Departments certified copy of the application that attests to Will's non corporate US citizen status.

I Affirm under God the Creator that this Document is true and correct to the best of Knowledge.

By: _James F: Williams_

James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State      )
              ) ss.
Pueblo County      )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_

Cynthia A. Ellingson, Notary Public
My Commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES   JANUARY 16, 2023

73





EXHIBIT E

2019057048
Page: 1 of 1
05/10/2019 10:40 AM   R $13.00
City & County of Denver   TST
D $0.00

# Us District Court (/c/mmjn778/us-district-court)

*Judiciary Courts Of The State Of Colorado*

901 19th Street # 105a

Denver, CO 80294

Phone: ☎ Show Number

(303) 844-4694 (tel:3038444694)

**A.k.A.** - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc.,

Web: www.coloradojudicialperformance.gov

(/api/v1/urlverify/http%3A%2F%2Fwww.coloradojudicialperformance.gov)

Ad

~~Search Public Records Now~~

Enter a Name and Select a State to View Public Records Now!

~~TruthFinder~~

Us District Court is a privately held company in Denver, CO .

| Own This Business? |
|---|

Categorized under State Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

**Notice of:** Constructive Trust(s) created by said US DISTRICT COURT inc., commercial case # 12-cr-00140-CMA- (1). This public notice of incorporation was served upon, by personal presentment, to Joel Nelson Corporate US Probation Officer and on agent Ryan Jessie of Recovery Unlimited L.L.C. on 24th April 2019.

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Michael-destry Family of Williams,  Rural Route 1, St. Charles Mesa, Pueblo Colorado

In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Notary: CYNTHIA A. ELLINGSON

Colorado State:

      ss.

Pueblo County:

Subscribed and Affirmed before this ___9th___ of ___MAY___ _____ 2019 by Michael-destry family of Williams

*Cynthia Ellingson*

NOTARY PUBLIC

My commission Expires: ___1/15/2023___

| CYNTHIA A. ELLINGSON |
|---|
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20034001636 |
| MY COMMISSION EXPIRES   JANUARY 15, 2023 |

State of Colorado Washington DC, 20001 - Manta.com

4/28/19, 2:16 PM

US (/mb) > Washington, DC (/mb_51_ALL_2YS/washington_dc) > Government (/mb_53_F3_2YS/government/washington_dc)
> General Government, NEC (/mb_54_F30C7_2YS/general_government_nec/washington_dc)
> State Government-General Offices (/mb_55_F30C7088_2YS/general_government_administration/washington_dc) > State of Colorado

MAR 1 0 2019

## State of Colorado (/c/mh5ycm4/state-of-colorado)

444 North Capitol Street NW
Washington, DC 20001
Phone: (202) 624-7865 (tel:2026247865)
Ad
Public and Criminal Records
Intelius provides you access to billions of online public
Intelius.com
State of Colorado is a privately held company in Washington, DC .

Own This Business?

---

Colorado Department Of State Denver CO, 80290 - Manta.com

4/28/19, 2:14 PM

2019057049
Page: 1 of 1
D $0.00

U.S. (/mb) > Denver, CO (/mb_51_ALL_2YS/denver_co) > Government (/mb_53_F3_2YS/government/denver_co)
> General Government, NEC (/mb_54_F30C7_2YS/general_government_nec/denver_co)
> State Government-General Offices (/mb_55_F30C7088_2YS/general_government_administration/denver_co) > Colorado Department Of State

## Colorado Department Of State (/c/mhhv9f0/colorado-department-of-state)

Secretary Of State, Colorado
1700 Broadway # 350
Denver, CO 80290
Phone: ☎ Show Number
Web: www.sos.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.sos.state.co.us)
Ad
Buy Meat Wholesale Online
Add us to your Weekly Orders & Save up to 50% on a '
More.
Colorado Department Of State is a privately held company in Denver, CO .
Categorized under State Government-General Offices.

Own This Business?

R 813.00

08/10/2019 10:40 AM
City & County of Denver

TST

Certification of Authentication

Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Willia*

Michael-destry Family of Williams,
Rural Route 1, St. Charles Mesa, Pueblo
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Witness Notary  CYNTHIA A ELLINGSON
Colorado State

Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

ss.

Pueblo County:

Subscribed and Affirmed before this ___9th___ of ___MAY_____ 2019 by
Michael-destry Family of Williams

CYNTHIA ELLINGSON
NOTARY PUBLIC

My commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023



State Of Colorado Denver CO, 80206 - Manta.com

4/26/19, 2:20 PM

U.S. (/mb) > Denver, CO (/mb_61_ALL_2FH/denver_co) > Government (/mb_63_F3_2FH/government/denver_co) > Courts (/mb_64_F3D3_2FH/courts/denver_co)
> Courts (/mb_66_F3D3D0D_2FH/courts_federal_government/denver_co) > State Of Colorado

## State Of Colorado (/c/mhz96c4/state-of-colorado)

780 Elizabeth Street
Denver, CO 80206
Phone: (303) 355-3546 (tel:3033553546)
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

Own This Business?

*Exhibit "9"*

MAY 1 0 2019

View public records now
Intelius provides you access to billions of online public
Intelius.com
State Of Colorado is a privately held company in Denver, CO .
Categorized under Courts.

---

State Of Colorado Denver CO, 80203 - Manta.com

4/26/19, 2:17 PM

U.S. (/mb) > Denver, CO (/mb_61_ALL_2FH/denver_co) > Government (/mb_63_F3_2FH/government/denver_co)
> Executive Offices (/mb_64_F308F_2FH/executive_offices/denver_co) > Governor Office (/mb_56_F308F05N_2FH/governors_office/denver_co) > State Of Colorado

## State Of Colorado (/c/mm2swt2/state-of-colorado)

200 East Colfax Avenue # 91
Denver, CO 80203
Phone: ✆ Show Number
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

Own This Business?

Search Public Records Now
Enter a Name and Select a State to View Public Recon
TruthFinder
State Of Colorado is a privately held company in Denver, CO and is a Headquarters
business.
Categorized under Governors' Office. Our records show it was established in 1876 and
incorporated in Colorado. Current estimates show this company has an annual revenue
of unknown and employs a staff of approximately 81349.

*(vertical text on right margin):* 2019067050 Page: 1 of 1 D $0.00 T&T R $13.00 06/10/2019 10:40 AM City & County of Denver

**Certification of Authentication**

*Affirmation*

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth...

*Michael-destry Family of Willia...*

Michael-destry Family of Williams,        Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado (81006)
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON
Colorado State :
                                ss.
Pueblo County:

Subscribed and Affirmed before this ___9th___ of ___MAY___ 2019 by
Michael-destry Family of Williams
*Cynthia Ellingson*
NOTARY PUBLIC

My commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001838
MY COMMISSION EXPIRES   JANUARY 15, 2023

# Pueblo County Sheriff's Office

## (/c/mmjw3ch/pueblo-county-sheriff-s-office)

*Pueblo County Government*

☆ ☆ ☆ ☆ ☆  0 customer reviews - add your review
(/c/mmjw3ch/pueblo-county-sheriff-s-office&reviews)

909 Court Street
Pueblo, CO 81003
Phone: (719) 583-6125
(tel:7195836125)
Web: www.pueblo.org
(/url/verify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebccad4
ce49bf7722096443d55&cb=66
29547&emid=mmjw3ch)

Own This Business? (/build/c/mmjw3ch)

Pueblo County Sheriff's Office is a privately held
company in Pueblo, CO .
Categorized under Sheriff. Current estimates show this
company has an annual revenue of unknown and
employs a staff of approximately 10 to 19.

## Contact *is this business? Claim This Profile*

(/build/c/mmjw3ch)

**Pueblo County Sheriff's
Office**
Phone: (719) 583-6125
Web: www.pueblo.org
(/url/verify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebccad4
ce49bf7722096443d55&cb=66
29548&emid=mmjw3ch)

Call Company    (tel:7195836125)

Name: Kirk Taylor

# US Marshal Department (/c/mttt1fc/us-marshal-department)

*Us Marshals Service*

☆ ☆ ☆ ☆ ☆  0 customer reviews - add your review
(/c/mttt1fc/us-marshal-department#reviews)

1929 Stout Street
Denver, CO 80294
Phone: (303) 844-2801
(tel:3038442801)

Own This Business? (/build/c/mttt1fc)

▷

Additional fees apply
Rate matches listed
Speed may not be

US Marshal Department is a privately held company in
Denver, CO and is a Branch business.
Categorized under Services (Unclassified). Our records
show it was established in 2008 and incorporated in
Colorado. Current estimates show this company has an
annual revenue of unknown and employs a staff of
approximately 10 to 19.

## FIND QUALITY HOME IMPROVEMENT PROS

| Choose Your Project | ∨ | Select Project | ∨ | 80294 | Submit |

🪪 **Contact** *Is this your business? Claim This Profile*

(/build/c/mttt1fc)

**US Marshal Department**
Phone: (303) 844-2801

Call Company  (tel:3038442801)

Name: Dave Williams
Job Title: Principal

## You May Also Like

(http://bridge.lga1.admarketplace.net/ct?           ad
version=16.0.0&ci=1571089602043.11981&key=1571089602900600001.1)

City & County of Denver

# EXHIBIT F

## Standing, Status and Citizenship
## Affidavit

In God's Law and in Common Law
7th Amendment (Bill of Rights) of the Constitution for The United States of America

Date: 25th /April/ 2019

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado State Republic, In Care of: 1024 1/2 East Ash Street, Pueblo, Colorado [81001], being of sound mind and lawful age, do solemnly declare:

1. I am a Freeman-American National, State Zoned Citizen, born on the land of <u>Colorado</u> State Republic, of parents who were Citizen-Principals of <u>Colorado</u> State of the Republic Nation <u>The United States of America</u>. As an hereditament I acquired directly the status of Citizen-Principal-American National-creditor-obligee, of said <u>Colorado</u> State sharing equally in its sovereignty. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a free living man, born on the land of <u>Colorado</u> State. I am not a restricted by or a party to the contract stipulation known as the 14th Amendment of the UNITED STATES inc., constitution. I am not a UNITED STATES citizen and because I receive no protection from it. I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid State of my birth and derivative and mediate thereof, , I am a State Zoned Citizen, Citizen of one of the several union States/American National of <u>The United States of America</u> as contemplated in the Constitutional Contract of 1787, . INA Section 101(a)(29), Butler v. Farnsworth, federal case, Vol. 4, page 902 (1821).

4. I am not a UNITED STATES citizen, A.K.A. U.S. citizen, as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency of the 14th Amendment and/or UNITED STATES citizen . United States v. Cruikshank, 92 U.S. 542 (1875), and K. Tashiro v. Jordan 256 P. 545, 549 (1927); affirmed 278 U.S. 123 (1928).

6. As the tax imposed in private corporate special laws - 26 U.S.C.1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment. it is not an applicable Internal Revenue Law to me. State Zoned Citizen, as I am neither such a citizen or resident and or employee of the UNITED STATES inc.. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done without being given Full Disclosure of the alleged contract. under threat, duress, coercion, not knowing that such filings were and are mandated only on citizens and residents of the UNITED STATES, U.S., UNITED STATES OF AMERICA inc.. as contemplated by the 14th Amendment.

7. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, powers of attorney, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence, including but not limited to SS-5 Social Security Administration form/contract that would grant me any privileges and thereby ascribe to me privileges, immunities and duties under a special law-private codes and statutes system of rules, other than that

2019067061
Page: 1 of 3
D $0.00

Page 1 of 3

05/10/2019 10:00 AM          R $22.00
City & County of Denver                    AFF

of God the Creator and the Constitutional Contract of 1787/89, ratified 1791 for <u>The United States of America</u>, the Constitution for The United States of America. Articles of confederation and Declaration of Independents 1776, Judicial Law, Common Law (VII amendment), Constitution for Colorado State Republic and Substantive Law-Contract Law, Trust Law etc., and of the treaties for the several states of the Union. Exclusive of the corporate U.S. Constitution, its 14th Amendment and substantive regulations.

8. Also notice and claim all Rights as the sole foreign beneficiary and Equity title holder of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust). And, as the sole foreign beneficiary, I have moved into the Office of Executor of MDW Trust as the MDW Trust is being mismanaged and raped, on and before 26th of June 2013.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the Laws of the United States, Colorado State Republic Judicial Law or any of the several union states agreements, Lawfully enacted.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

### Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application and or by and through its trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative, sub or constructive trust thereof.

### Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence
All Rights Reserved, Without Prejudice. Without Recourse.

### Standing and Status

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris, permanent physically disable American National, a Citizen of <u>Colorado</u> State Republic of the Republic Nation <u>The United States of America</u> (usa), an, American National, one of the Citizens of the several union States, with Proof of Life as living man, under

*Affidavit of Standing and Status-Citizenship*

Page 2 of 3

God, of linage to David to Jacob to Adam, Freeman of God a living soul, beneficiary of this Planet Earth put into Trust by God. Thus, I claim and seize the Office of Executor of Gods Trust as said trust is being mismanaged and raped.

I am not the Executor of the Estate or trustee of MDW Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, obligee and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -

MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am _Not_ a U.S. citizen, not a 14th Amendment citizen, not a citizen or employee of the Federal Corporation – UNITED STATES OF AMERICA, A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

_Michael-destry Family of Williams_
Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State:

ss.

Pueblo County:

Subscribed and Affirmed before this 25th of APRIL _____ 2019 by
Michael-destry Family of Williams

_Cynthia A. Ellingson_
NOTARY PUBLIC
My commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES   JANUARY 15, 2023

_Affidavit of Standing and Status-Citizenship_

Page 3 of 3

2019043967
Page: 1 of 2

04/12/2019 10:29 AM          R $18.00
City & County of Denver          D $0.00          CTF

EXHIBIT G

# Declaration and Affirmation of National for The United States of America

I, Michael Destry Williams, promise to be without fear in the face of The United States of America's enemies, foreign or from within The United States of America. I will be brave and upright and do all righteous rulings, that Yahweh may love me. I promise to follow and uphold these three simple rules:

1: Love my neighbor as myself,
2: Do unto others as I would have them do unto me, and
3: I will seek first the kingdom of heaven with all of my heart, mind and soul, and

Furthermore, I will safeguard the helpless and ignorant and teach them to stand on their own. I speak these words in the name of Yahweh, not in conflict with his testimony yahshua, and before my neighbors, so that I shall have standing among all other Nations and States, The United States of America or otherwise. All these words I speak, I promise, and

So solemnly affirmed, declared and promised on the forty-ninth day, in the year of Yahweh, six thousand and fifteen, translation 8th day of May, two thousand and twelve,

*Michael-destry*
*Michael-destry*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 16, 2023

*thomas robert* , Witness          ( , Witness
JOHN HAROLD

STATE OF COLORADO ) ss.
COUNTY OF PUEBLO )

Subscribed and Affirmed before me this 11th day of April, 2019 by
Michael-destry.

*Cynthia M Winsler*
NOTARY PUBLIC    My Commission Expires 1/16/2023
Intellectual Property Rights Copyright © 2012, page one of two



# CERTIFICATION OF ADMINISTERING AFFIRMATION

On this eighth day of the fifth month in the Year, two thousand twelve A. D., for the purpose of verification, I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., do certify that the American National for The United States of America, appeared before me with the following document Declaration and Affirmation of National for The United States of America. I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., personally administered the above affirmation to the living Man, Michael Destry Williams, for verification of status and political decision. The herein named affirmation was taken and administered to Michael Destry Williams without coercion, and of his own free will as a matter of right of self determination according to the Law of Nations, and with his left hand on The Scriptures and his right hand in the air.

WITNESS my hand.

David G. Anderson. Lt. Cdr., USN, Ret.

Intellectual Property Rights Copyright 2012, page two of two

Mar 16 17 09:14a

EXHIBIT H

p.10

20E3621  AFFI 03/03/2017 04:22:58 PM
Page: 1 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co







Mar 16 17 09:15a

p.11

2063821   AFFI 03/03/2017 04:22:50 PM
Page: 2 of 3   R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

PRESENTENCE INVESTIGATION REPORT

MICHAEL DESTRY WILLIAMS

Docket No.: 1:12CR00140-1

Prepared for: The Honorable Christine M. Arguello
United States District Judge

Prepared by: Karina M. Devine
United States Probation Office
Denver, CO
303-335-2456

Assistant U.S. Attorney
Kenneth Mark Harmon
1225 17th Street East
Denver, CO 80202
303-454-0100

Kevin F. Sweeney
501 D Street, N.W.
Washington, DC 20004
202-335-3637

Defense Counsel
Michael Destry Williams, Pro Se
c/o GEO Aurora Detention Facility
3130 North Oakland Street
Aurora, CO 85010

Sentence Date: March 4, 2014 3:00 PM

Offense: Count 1:
Tax Evasion and Aiding and Abetting
26 U.S.C. § 7201 and 18 U.S.C. § 2
Not more than 5 years imprisonment/$250,000.00 fine
(Class D Felony)

Count 2:
Tax Evasion and Aiding and Abetting
26 U.S.C. § 7201 and 18 U.S.C. § 2
Not more than 5 years imprisonment/$250,000.00 fine
(Class D Felony)

Count 3:
Tax Evasion and Aiding and Abetting
26 U.S.C § 7201 and 18 U.S.C. § 2
Not more than 5 years imprisonment/$250,000.03 fine
(Class D Felony)

DATE REPORT PREPARED: January 28, 2014   DATE REPORT REVISED: February 20, 2014





2019146453
Page. 1 of 1
D $0.00

10/21 2019 12.20 PM                    R $13.00
City & County of Denver                    AFF

# UNITED STATES DISTRICT COURT

MICHAEL DESTRY WILLIAMS

## ARREST WARRANT

**YOU ARE COMMANDED**

☐           ☐           ☐           ☐           ☐

☐           ☐           ☐           ☐           ☑

### Return

# Affidavit of Service

**RECEIVED**
...D STATES DISTRICT COURT
DENVER, COLORADO

## Notice of Surrendering of Defendant

JAN 2 3 2019



**2020009908**
Page: 1 of 6
D $0.00

01/23/2020 12:21 PM    R $38.00
City & County of Denver    AFF

JEFFREY P. COLWELL
CLERK

Date: January 22, 2020

I James Frank, Family of Williams, Sui Juris in Propia Persona, an American National and as lawful Power of Attorney for Michael-destry, Family of Williams (see attached POA),also an American National, do hereby surrender this alleged defendant: Security/Bond, Certificate of Birth, MICHAEL DESTRY WILLIAMS, State File Number 1051964016457.

To: Clerk of Court: Jeffrey P. Colwell Esq., and all agents and officers thereof of the corporate ADMIALTY UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO. 901 19th Street, Denver, Colorado [80294-3589]. Commercial Constructive Trust case # 12-cr-00140-CMA-1, For:

Settlement, closure and payment/discharge of the Payment Bond, Bid Bond, Performance Bond, Lien and any and all other obligations of the commercial Constructive Trust case #12-cr -00140-CMA-1. Thus immediate release of the unwilling compulsory surety - sole foreign beneficiary, living man, American State National - Michael-destry Family of Williams having been unlawfully incarcerated as a prisoner at Aurora Contract Detention Facility – Aurora Colorado and/or Federal Correctional Institution Englewood Colorado debtors prison, know being detained by corporate agency UNITED STATES PROBATION OFFICE, Officer Joel Nelson and superiors, including other foreign officers unknown 1 0f 10 and agency Attorneys 1 of 10 also unknown foreign agents, 212 N. Wahsatch Avenue suite 300, Colorado Springs Colorado [80903-3476]. In direct violation of their own United States Supreme Court ruling of United States v. Haymond 139 S. Ct. 2369 (2010).

As stated by special laws of the corporation 18 UNITED STATES CODE section 951, foreign agents, Attorneys, IRS agents and other corporate agents. Anyone working for a foreign corporation or government A.K.A. (UNITED STATES OF AMERICA corporation government and its corporate agencies and subsidiaries must be registered.

Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents, Assignee and Assignor. All are without excuse.
Silence is Acquiescence
All Rights Reserved, Without Prejudice, Without Recourse.

<div align="center">

**Page 1 of 2**
**Affidavit**
Surrender of certificate of Birth/security

</div>

**Affirmation**

I affirm under God or Creator that this Document is true and correct to the best of my knowledge.

BY *James F. Williams*

James Frank, Family of Williams- American National

RFD – c/o PO Box 11814

Pueblo Colorado

Power of Attorney for Michael-destry, Family of

Williams – American National

**Notary Witness:**

Colorado State:                    )
                                   ) ss.
Pueblo County:                     )

Subscribed and Affirmed before me this 22 day of January, 2020

By James Frank, Family of Williams

*Cynthia Ellingson*

Cynthia A. Ellingson – Notary Public

My commission Expires: _____1/15/2023_____

> CYNTHIA A. ELLINGSON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20034001638
> MY COMMISSION EXPIRES    JANUARY 15, 2023

Attached: 1) Surrendered defendant MICHAEL DESTRY WILLIAMS/CERTIFICATE OF LIVE BIRTH
State File Number - 1051964016457, Registrar Number - 009123639

2) Recorded copy of original CERTIFIED COPY OF BIRTH RECORD

3) Power of Attorney

Cc:

Office of Commissioner of the Internal Revenue Service

77 K Street North East

Washington, DC 20002

A. Alex Quintana

State Registrar Director of Vital Records,

CHED CO Dept. of Public Health and Environment

4300 Cherry Creek Drive South - CHED-HS-A1

Denver, Colorado 80246-1530



# STATE OF COLORADO
## CERTIFICATION OF A VITAL RECORD

### CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER**
1051964016457

**NAME OF REGISTRANT**
MICHAEL    DESTRY    WILLIAMS

**DATE AND TIME OF BIRTH**
MAY 23, 1964 05:47 AM

**SEX OF REGISTRANT**
MALE

**CITY OF BIRTH**
GUNNISON

**COUNTY OF BIRTH**
GUNNISON

**MOTHER'S NAME PRIOR TO FIRST MARRIAGE**
ESTHER    JEAN    TRUJILLO

**MOTHER'S PLACE OF BIRTH**
COLORADO

**MOTHER'S AGE AT TIME OF BIRTH**
24

**FATHER'S NAME**
FRANK    RALPH    WILLIAMS

**FATHER'S PLACE OF BIRTH**
COLORADO

**FATHER'S AGE AT TIME OF BIRTH**

**DATE RECORD FILED**
JUNE 02, 1964

**DATE ISSUED**  **DECEMBER 19, 2018**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS
RECORDED IN THIS OFFICE. Do not accept unless prepared on
security paper with high resolution border displaying the Colorado seal
and seal signature of the Registrar. PENALTY BY LAW, Section 25-2-118,
Colorado Revised Statutes, 1982, if a person alters, uses, attempts to
use of forge this certificate for deceptive use any vital statistics record.
NOT VALID IF PHOTOCOPIED.
REV 04/16

A. Alex Quintana
A. ALEX QUINTANA
STATE REGISTRAR

* 008123639 *

City & County of Denver

RYAN ____ ____ JALLIA   El Paso County, CO
09/22/2005   10:30:39 AM
Doc  $0.00        Page
Rec  $0.00        1 of 1     205149044
2020009908

4 of 6

**Identification of the Natural American Native born Sovereign: Michael Destry; Williams. Living soul legal and correct identification document of proper legal name.**



Signed this 22 day of September, 2005, under the pain and penalty of Perjury.

by/ Michael Destry Will

**Michael Williams**

)ss:
**Pueblo county** )
**Colorado State** )

**Sworn and subscribed before me this** 22ⁿᵈ **day of**
September , 2005

Cherul L. Clark
**Notary Public**

**My commission expires:** July 17, 2008

# STATE OF COLORADO

### Office of the Local Registrar of Vital Statistics

Gunnison          , Colorado

## CERTIFIED COPY OF BIRTH RECORD

**Warning:** This copy is not valid if it does not bear the raised seal of the local registrar of vital statistics. Any reproduction or alteration of this copy is prohibited.

| Name of child | Sex |
|---|---|
| Michael Les ... Williams | ...le |
| **Place of birth** | **Date of birth** |
| Gunnison, Gunnison County, Colorado | ... 23, 1964 |

| Name of father | Age | Place of birth |
|---|---|---|
| ... Ralph Williams | 26 | Colorado |

| Name of mother | Age | Place of birth |
|---|---|---|
| ... ... Vitalio | 24 | Colorado |

| Date record filed | Local registration number |
|---|---|
| June 2, 1964 | ... 67 ... 139 in 1964 |

I hereby certify that I hold the office of Local Registrar of Vital Statistics in ___Gunnison___, Colorado, and have custody of the birth records required by law to be kept by said office and that the information set forth above was correctly copied from a record of birth in my office.

Witness my hand and seal of Local Registrar

on this ___24th___ day of ___...ember___ 19 64

*Sylvia R. Carroll*

Local Registrar of Vital Statistics

Registration District Number ___3 2___

___Gunnison, Gunnison County___ ..., Colorado

No. ___One hundred fourteen___

RS 15B (1-64-100)

# Power of Attorney

Date: MARCH 23, 2019

I, Michael-destry Family of Williams,  In Propria Persona Sui Juris, American National, a Citizen of several union States of The United States of America - Colorado State Republic, and as the sole foreign beneficiary, Equity title holder and Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c) - Rural Free Deliver -Rural Route 1, St, Charles Mesa, Pueblo Colorado; In care of: 1735 Cortner Road, Pueblo Colorado [81006].

Hereby grant Limited Power of Attorney to James Frank Family of Williams to perform as a Lawyer and/or Counsel as stated in VI Amendment of the Constitution of the United States, the Republic. For the living man Michael-destry Family of Williams and the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c), upon incarceration, arrest and or detention of Michael-destry Family of Williams.

Including the authority to arrest, claim, seize, settle, close, access charges and defend against any and all legal and lawful, National, Federal, State, corporate, commercial entities and their indictments, cases, claims, negotiable instruments, charging instruments, liens, bonds, true bills, contract, docket sheets, commercial paper and to protect all interest, property of Michael-destry Family of Williams and Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c).

All actions must be for the True Benefit of the living man - Michael-destry Family of Williams and Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c).

### Notice of Revoke/Removal of Power of Attorney

All Powers of Attorney, knowingly and unknowingly granted to any and all Government Agencies, Offices, Departments, etc.  and/or by the Quasi SS-5 contract by or through the Social security Administration Office and or all U.S. government corporate, federal and state agencies, offices, departments and all officers and agents thereof, hereby notice again, of revocation of any and all Powers of Attorney, nunc pro tunc and ensuing.

### Peace Notice

I am not at war with anyone or any entity upon Planet  Earth.  Included but not limited to corporation known as UNITED STATES OF AMERICA  or its agencies or subsidiary STATE OF COLORADO corporation.   I just want to live in peace.  I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

### Notice
### Page 1 of 2
### Power of Attorney JFW

City & County of Denver                                                             2020009908

Notice to Agents is Notice Principal.  Notice to Principal is Notice to Agents.
Assignee and Assignor.                    Silence is Acquiescence
All Rights Reserved, Without Prejudice,  Without Recourse.

### Standing and Status

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1735
Cortner Road, Pueblo Colorado [81006].  In Propria Persona Sui Juris, a Citizen of Colorado State
Republic of the Republic Nation The United States of America  (usa), an, American National, one of
the Citizens of the several union States, under God, of linage to Jacob to David to Adam, free man of
God, permanent physically disable individual.

Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges,
and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA
393427640 US.  I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder.  I am,
sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth
position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui
Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and
Raped.  I, the sole foreign Beneficiary, having never received any true Benefit from said SS-Trust.
Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust,
an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign
beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and
Amendment VII of the Constitution for the United States.

I am Not a US citizen, not a 14th Amendment citizen, not a citizen of the Federal Corporation –
UNITED STATES OF AMERICA A.K.A. UNITED STATES -  U.S.  and/or its Subsidiary – STATE OF
COLORADO corporation, not a Federal zoned citizen.

### Affirmation

I affirm under God or Creator that this Document is true and correct to the best of my knowledge.

_Michael-destry Family of Willi_

                                               Michael-destry Family of Willi
                                               Rural Route 1, St. Charles Mesa, Pueblo Color
                                               In care of : 1735 Cortner Road Pueblo Colorado [81006]

Notary:

Colorado State:
                        ss.
Pueblo County:

Subscribed and Affirmed before this __23__ of March 2019 by
Michael-destry Family of williams

_Cynthia A Ellington_

My commission Expires:  __4/15/2023__

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001639
MY COMMISSION EXPIRES    JANUARY 15, 2023

**Page 2 of 2
Power of Attorney JFW**





# Westword

*The independent voi
Denver since 1977*

CONOR MCCORMICK-CAVANAGH · APRIL 8, 2020 · 10:57AM

Three more people who work at the immigrant detention facility in Aurora have tested positive for COVID-19. They're all employees of private prison company GEO Group, which runs the facility through a contract with Immigration and Customs Enforcement, and are quarantining at home, according to the company.

"Based on a contact investigation conducted in partnership with the Tri-County Health Department, none of the employees who tested positive appear to have had any interactions with detainees that would have left them exposed to the coronavirus," says GEO Group spokesperson Pablo Paez.

The positive tests for the three GEO Group employees brings the number of workers at the ICE facility who have tested positive for COVID-19 to five. Earlier, two ICE employees who work at the facility, including one whose job involves contact with detainees, tested positive for COVID-19.

Jim

_date_

please [illegible] ... 9th Mailing

1) Medical kite dated 22th April 2020

2) 5 pages of my Log front and back # 32-39

3) 2 pages of Grievance dated 6th February 2020 of Cell doors being Locked 24-7 [illegible] Grievance with [illegible] Answer

4) Appeal pink prisoner [illegible] doors being Locked during [illegible] 13th February 2020

GEO has never give me written response to this appeal Capt Knight (in Log) stated he was answering for Warden Jonny Choate. Violation of their procedures. Not to said Capt. Warden [illegible]

5) GEO food Ticket for E 1 unit 4/28/2020 Tuesday Dinner.

6) Six kites returned with answer & GEO staff signature

① 6th April 2020 - Notary Service /② 16th April 2020 refusal of batteries /③ 16th April 2020 7th Legal mailing to I [illegible] / ④ 8th legal mailing to I [illegible] /⑤ 21st April 2020 refusal of weekly batteries /⑥ 4/23/2020 - kite written by Mr Jones for batteries for me without [illegible] authority.

7) 1-page Administration [illegible] - GEO's on me. I never Sign them give them authorization to [illegible] me.

96

request for treatment of my pristant. Having Civil right
Rights as a Physical permanent Disabled American National
with food allergies
Dietbetic.

WILLIAMS

GEO
The GEO Group, Inc.

"Medical Kite"

### ~~REQUEST FOR HEALTH SERVICES~~
### ~~SOLICITUD PARA SERVICIOS MEDICOS~~

Request for additional accessment of basic prisoner living Conditions

- [ ] ~~Psychological Complaint~~ / ~~Queja Psicologica~~
- [ ] ~~Medical Complaint~~ / **Queja Medica**
- [ ] ~~Dental Complaint~~ / **Queja Dental**  At GEO.

Michael-destry Family of Williams

Print: American National - 742334622-04   E-1   N/A   Rm. 212

**Inmate/Detainee/Resident's (I/D/R) Name** / Nombre de Identificación — American National
**Number** / Numero
**Housing Location** / Lugar de Vivienda
**Duty Hours** / Horas de Trabajo  for

and written given

Verbal request to GEO staff and Medical have been ignored-Accessment

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record. Medical diet stopped on 9th April 2020, without new Assessment of prisoner by GEO staff and Medical

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

**PROBLEM/QUEJA:** I, Michael-destry am permanent physically Disabled, including being highly allergic to processed foods. Pasturization, gluten, processed breads, Margarine, processed meats, refined sugar - Dietbetic, etc. Request diet - food that I am not allergic to, - which poisons me, making me deathly sick. Headaces, migraines, sinus-head, throat, ear congestion, stomach pain, Gut pain, runs, shits to blood in my stool, gas, muscle and nerve - pain and craping.     26th April 2020 ⊕

**I/D/R's Signature/Firma** _____    **Date of Request / Fecha de Solicitud**

---

→ **STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA** ←

Date/Time Received: 4/26/2020
Date/Time Triaged: 4/26/2020

- [ ] ROUTINE
- [x] URGENT **

- [ ] Written Response (see below)
- [x] Referred To: Nsc
- [ ] Appointment Made

Recived Basic 8 4/28/20 10:17pm

Triage Nurse: (Signature/Title Stamp) _____ T.Nanangol8/

**ACTION TAKEN:** As far as medical care goes - Medical can assess when you sign medical consent. As far as your diet goes you need to speak with your case manager.

Medical Staff Signature/Stamp _____    Date _____

Michael-death: Family of Williams
American National #233462-04
RFD
c/o C-EO Detention Center
3130 N. Oakland Street [Seal]
Aurora, Colorado [Seal]
BOP's # 39714-c13

James-frank Family of Williams
P.O.A. 14th Amendment Counsel
RFD
c/o R.C. Box 11514 [Seal]
Pueblo, Colorado [Seal]

*Arrest of Court Documents JAN 17*

*- Notice of Lien -*

## ADMINISTRATIVE DETENTION ORDER

### U.S. DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF PRISONS

ENGLEWOOD FCI
Institution

Date/Time: 10-15-2019 16:56

TO: Special Housing Unit Officer

FROM: JACKSON, LIEUTENANT _____ (Name/Title)

SUBJECT : Placement of _____ WILLIAMS, MICHAEL DESTRY _____ Reg. No. 39714-013 _____ in Administrative Detention

___✓___ (a) Is pending an investigation for a violation of Bureau regulations;

_____ (b) Is pending an SIS investigation.

_____ (c) Is pending investigation or trial for a criminal act;

_____ (d) Is to be admitted to Administrative Detention

_____ (f) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____ (e) Is pending transfer or is in holdover status during transfer.

_____ (f) Is pending classification; or

_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution by his/her interfering with staff in performance of duties.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) 10/15/19 5:55PM

Staff Witness Signature/Printed Name R STEVENS R Ste_____ Date 10/15/19

Supervisor 24 hour review of placement: Signature/Printed name _____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Central File (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor Copy - Psychology; Copy - Central File

RECEIVED UNITED STATES DISTRICT COURT DENVER, COLORADO JAN 23 2020 JEFFREY P. COLWELL CLERK

PDF

Prescribed by P5270

(Replaces BP-A0308 of JAN 88.)



01/23/2020 12:21 PM    R $43.00
City & County of Denver    L

2020009909
Page: 1 of 7
D $0.00



99

Case No. Case cr-12-140-CMA-CMA Document 185-31 6ile 1 iled/06/2U/3 DCPage 2do7 pg 100 of
Case 1:12-cr-00140-CMA   Document 115 (Court only)    Filed 08/27/19   USDC Colorado
Page 4 of 4

## STATEMENT IN SUPPORT OF RELEASE AT INITIAL APPEARANCE:

The defendant is not viewed as presenting a risk of flight and danger to the community. In addition, he does not present a risk of non-appearance.  Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.

January 22, 2020

James F. Williams

January
22

James F. Williams

Cynthia A Ellingson
1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES  JANUARY 15, 2023

Case No. Case-cr-12-0140-CMA-CMA Document185-3160ed 11/68/06/21/SDCPagerado7pg 101 of
151
Case 1:12-cr-00140-CMA   Document 119   Filed 09/12/19   USDC Colorado   Page 1 of 1
Case 1:12-cr-00140-CMA   Document 117(Court only)   Filed 08/30/19   USDC Colorado
Page 1 of 1

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.  1:12-cr-00140-CMA-01 |
| Michael Destry Williams | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CRIMINAL CASE

   **YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| | |
|---|---|
| Place:  Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.:  A402<br>Date and Time:  09/13/2019 10:00 am |

   This offense is briefly described as follows:
Failure to Report to the Probation Officer and Submit Written Reports as Directed
Failure to Pay Fine and Restitution as Directed
Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer

Date:        08/30/2019

                                        Jeffrey P. Colwell, Clerk of Court
                                        _Issuing officer's signature_

                                        /s/ S P. Glover, Deputy Clerk
                                        _Printed name and title_

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:   9/6/19

                                        _Server's signature_

                                        Joel Nelson  United States Probation Officer
                                        _Printed name and title_

Case No. 1:12-cr-00140-CMA-CMA Document 185-31 filed 11/06/21 USDC Colorado pg 102 of
Case 1:12-cr-00140-CMA   Document 115 (Court only)   Filed 08/27/19   USDC Colorado
Page 3 of 4

The defendant exhausted all contracted treatment services, so the probation officer
directed the defendant to complete a mental health and substance abuse assessment
on his own within the next 60 days.  The probation officer gave him a list of agencies
that would provide services to him, but that it would be up to him to complete the
assessment.  The defendant failed to complete the assessment and/or provide the
results to the probation office.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's alleged violations, the probation officer requests
a summons.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a summons ordering the defendant to appear in court for a violation
hearing, and that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.



__/s/ Joel R. Nelson__
   Joel R. Nelson
   United States Probation Officer
   Place:   Colorado Springs
   Date:    August 27, 2019

__/s/ Travis L. Cormaney__
   Travis L. Cormaney
   Supervisory United States Probation Officer
   Place:   Colorado Springs
   Date:    August 27, 2019



## PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION

The defendant was originally convicted of a Class B felony, thus the maximum sentence
allowed upon revocation is three (3) years imprisonment, pursuant to 18 U.S.C. §
3583(e).  Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious
conduct alleged as a violation of supervision is considered a Grade C violation.  The
defendant's criminal history is a Category III, thus the advisory guideline range for
revocation is 5 to 11 months.

Case No. Case 1:12-cr-00140-CMA Document 185-31 60ed 11/06/21/19 Pageado 7 pg 103 of
Case 1:12-cr-00140-CMA   Document 115 (Court only)   Filed 08/27/19   USDC Colorado
Page 2 of 4

Petition for Summons
Page 2

August 27, 2019

## 2. FAILURE TO PAY FINE AND RESTITUTION AS DIRECTED

The defendant has failed to make payments toward his fine and restitution as directed by the Court and probation officer, which constitutes a Grade C violation of supervised release.

At his sentencing on March 4, 2014, the Court ordered the defendant to pay a $1,000 assessment, a $10,000 fine, and $60,597.80 in restitution. During his custodial time in the Bureau of Prisons, the defendant made three payments of $25 toward his assessment before informing BOP officials that he did not give the government permission to remove any funds. He refused to further participate in the Inmate Financial Responsibility Program.

On October 30, 2018, upon the defendant's release from custody, the probation officer reviewed the judgment with the defendant and explained the criminal monetary penalties. The defendant would not sign a payment plan or complete a financial statement until he reviewed all of the paperwork. The probation officer asked him to review the forms and complete them before returning them to the probation officer. The defendant failed to complete the requested financial forms.

On May 13, 2019, the probation officer again explained the criminal monetary penalties and directed him to make monthly payments toward his court ordered monetary penalties. The defendant has failed to make any payments toward his outstanding balances during his period of supervised release.

The defendant does not acknowledge that he has criminal monetary penalties and indicates on his written monthly reports that, "NO Lawful Bill Under Article 1 section 10 has been served upon me the Sole foreign Beneficiary".

## 3. FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to complete a substance abuse and mental health assessment in which the probation officer directed him to complete on July 13, 2019. This constitutes a Grade C violation of supervised release.

The defendant was referred to Recovery Unlimited, a licensed and contracted treatment agency, on May 13, 2019, to complete a mental health and substance abuse assessment. The defendant reported as directed; however, he signed the assessment paperwork in a manner that prevented the counselor from completing the assessment. The defendant agreed to sign the paperwork, but would only do so by adding the wording, "under threat, duress, coercion". The treatment provider would not provide services for someone under those circumstances.



CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. MICHAEL DESTRY WILLIAMS          DKT. NO. 1:12CR00140-1

## PETITION FOR SUMMONS ON PERSON UNDER SUPERVISION

COMES NOW, Joel R. Nelson, United States Probation Officer, presenting an official
report upon the conduct and attitude of defendant Michael Destry Williams, who was
placed on supervision by the Honorable Christine M. Arguello, sitting in the United
States District Court in Denver, Colorado, on March 4, 2014. The defendant was
sentenced to seventy-one (71) months imprisonment and five (5) years supervised
release for an offense of Tax Evasion and Aiding and Abetting (3 counts); Structuring
Transactions to Evade Reporting Requirements and Aiding and Abetting; Bank Fraud
and Aiding and Abetting (2 counts); Fictitious Obligations and Aiding and Abetting (2
counts); and Interference with Administration of Internal Revenue Law and Aiding and
Abetting. Supervision commenced on August 22, 2018, and is set to expire on August
21, 2023. As noted in the judgment [Document 107], the Court ordered mandatory,
special and standard conditions of supervision. The probation officer alleges the
defendant has violated the following terms and conditions of supervised release as set
forth herein.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT FOR CAUSE AS FOLLOWS:

VIOLATION(S) ALLEGED:

1. **FAILURE TO REPORT TO THE PROBATION OFFICER AND SUBMIT WRITTEN
   REPORTS AS DIRECTED**

On or about October 30, 2018, the defendant was directed to complete written monthly
reports and submit them to the probation office by the 5th day of each month. The
defendant failed to submit written monthly reports as directed for May, June, and July,
2019, which constitutes a Grade C violation of supervised release.

The defendant initially complied with this condition of supervision and submitted his
reports on a monthly basis. In April 2019, the defendant submitted a monthly written
report. Attached to his report was a "Notice and Demand to Cease and Desist" letter, in
which the defendant indicates that he is recognized as an "American National and not a
US citizen". The defendant asks to be removed from the docket and registry and to
"Cease and Desist all trespasses" upon him. Since that time, the defendant has failed
to submit any written reports to the probation office.

BP-A0288
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

**INCIDENT REPORT**

**FEDERAL BUREAU OF PRISONS**

**Part I – Incident Report**

| 1. Institution: FCI ENGLEWOOD | | | Incident Report Number: | |
|---|---|---|---|---|
| 2. Inmate's Name: WILLIAMS, DESTRY | 3. Register Number: 39714-013 | 4. Date of Incident: 10/15/2019 | | 5. Time: 4:30 PM |
| 6. Place of Incident: FDC RECEIVING AND DISCHARGE | 7. Assignment: UNASSGN | | | 8. Unit: FDC |
| 9. Incident: REFUSING TO PROGRAM/REFUSING AN ORDER | 10. Prohibited Act Code (s): 306/307 | | | |

11. Description of Incident (Date: 10/15/2019 _____ Time: 4:30 PM _____ Staff became aware of incident):

On October 15, 2019 at approximately 4:30 pm, I responded to the FDC Receiving and Discharge area due to an uncooperative inmate. Upon arrival R&D staff informed me inmate Williams, Destry Reg. No. 39714-013 was refusing to submit to the intake screening process. Specifically, inmate Williams was refusing to have his photo taken, answer screening questions, submit his fingerprints or allow medical to complete intake assessment. I advised inmate Williams intake screening was required by Bureau Policy and ordered him to comply. He refused, stating, "I'm not going to. I will passively resist. You can take me to SHU." The order to follow the intake screening procedures was presented to inmate Williams numerous times by R&D staff, Unit Team staff and myself however, inmate Williams refused to comply each time.

| 12. Typed Name/Signature of Reporting Employee: E. QUEZADA/ | 13. Date And Time: 10/15/2019 8:00 PM | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): A Staraber | 15. Date Incident Report Delivered: 10/16/19 | 16. Time Incident Report Delivered: |

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
- [ ] Committed the Prohibited Act as charged:
- [ ] Did not Commit a Prohibited Act.
- [ ] Committed Prohibited Act Code (s). _____

B. [ ] The Committee is referring the charge(s) to the DHO for further Hearing.
C. [ ] The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

| Chairman (Typed Name/Signature): | Member (Typed Name): | Member (Typed Name): |
|---|---|---|

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF

Prescribed by P5270

Replaces BP-A0288 of AUG 11

105

Case No. 1:12-cr-00140-CMA   Document 185-3   filed 11/13/20   USDC Colorado   pg 106 of
151
Case 1:12-cr-140     NEF for Docket Entry 161     Filed 05/26/2020     Page 1 of 1

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Kenneth (Former AUSA) Harmon (andrea.hough@usdoj.gov,
caseview.ecf@usdoj.gov, kenneth.harmon@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Kelly
Lynne Meilstrup (kellym@2nd-chair.com, kmeilstrup@gmail.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Kevin F. Sweeney (dane.ellingson@usdoj.gov,
kevin.f.sweeney@usdoj.gov, kevin.sweeney3@usdoj.gov, western.taxcriminal@usdoj.gov), Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: jkoza (justine_kozak@cod.uscourts.gov), Probation-General
(cod_efiling@cod.uscourts.gov), USM-Criminal Division (gregorio.rivera@usdoj.gov,
jason.brackett@usdoj.gov, justin.kellogg@usdoj.gov, katrina.crouse@usdoj.gov,
royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7583096@cod.uscourts.gov
Subject:Activity in Case 1:12-cr-00140-CMA USA v. Williams Order
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 5/26/2020 at 6:33 AM MDT and filed on 5/26/2020

| | |
|---|---|
| **Case Name:** | USA v. Williams |
| **Case Number:** | 1:12–cr–00140–CMA |
| **Filer:** | |
| **Document Number:** | 161(No document attached) |

**Docket Text:**
 **ORDER: Mr. Williams' [160] Verified Affidavit is hereby STRICKEN due to being filed pro se by a party who is currently represented by counsel. SO ORDERED by Judge Christine M. Arguello on 5/26/2020. Text Only Entry (cmasec)**


**1:12–cr–00140–CMA–1 Notice has been electronically mailed to:**

Kenneth (Former AUSA) Harmon     USACO.ECFCriminal@usdoj.gov, Andrea.Hough@usdoj.gov,
CaseView.ECF@usdoj.gov, CaseView.ecf@usdoj.gov, kenneth.harmon@usdoj.gov

Kevin F. Sweeney     kevin.f.sweeney@usdoj.gov, Dane.Ellingson@usdoj.gov,
Western.Taxcriminal@usdoj.gov, kevin.sweeney3@usdoj.gov

Kelly Lynne Meilstrup     KellyM@2nd–chair.com, KMeilstrup@gmail.com

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov,
USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:12–cr–00140–CMA–1 Notice has been mailed by the filer to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-140-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

  1.  MICHAEL DESTRY WILLIAMS

      Defendant.

---

**NOTICE REGARDING VIDEO CONFERENCE**

---

Counsel appointed on behalf of Mr. Williams, provides the following notice.

1.  Defense tried to call Mr. Destry Williams at the ICE facility in Aurora to discuss video conference and expressed waiver. Mr. Destry Williams refused the attempted communication.

2.  Defense counsel contacted a family member via email to see if he could provide assistance in communication with Mr. Destry Williams regarding expressed consent. In that email, defense counsel mistakenly expressed a concern that the July 10, 2020, hearing would be continued again without the expressed consent for video conferencing. Regardless, the family member was not willing to cooperate and indicated as much for Mr. Destry Williams.

3.  As a result, defense counsel is unable to obtain Mr. Destry Williams' expressed consent for video conferencing and requests that the revocation of supervised release hearing be conducted in person on July 10, 2020, as scheduled.

           Respectfully submitted,

s/ Kelly Meilstrup
KELLY L. MEILSTRUP
1600 Stout Street #1400
Denver CO 80202
858-204-6375
KellyM@2nd-chair.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on June 15, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interest parties and the following:

Andrea Surratt
Assistant United States Attorney
Andrea.Surratt@usdoj.gov

Service will also be provided by mail to
Mr. Destry-Williams
at the GEO Facility.

s/ Kelly Meilstrup
KELLY L. MEILSTRUP
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-140-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL DESTRY WILLIAMS,

      Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT**

---

      The United States of America, by and through undersigned counsel, respectfully submits the following response to the defendant's sentencing statement (Dkt #166):

      1.      On August 27, 2019, the Probation Department filed a Petition alleging that the defendant violated the terms of his supervised release. (Dkt #115).

      2.      The Government expects that the defendant will not admit any of the three specifications alleged in the Petition, and intends to call the Probation Officer as a witness at the July 9, 2020 hearing in this matter.

      3.      If the Court ultimately finds that the defendant violated his supervised release as alleged in the Petition, the Government intends to ask for a sentence of 11 months' incarceration, as recommended in the Violation Hearing Report. (Dkt #136). The Government does not intend to ask for an additional term of supervised release.

      4.      Counsel for the defendant indicates that she intends to seek a sentence of time served for the defendant, which amounts to approximately 8½ months in custody.

1

(Dkt #166, ¶ 8).  The defendant acknowledges that he has not be deterred, but instead seeks a sentence of time served based primarily on the risk posed by COVID-19.  As explained in the Government's response to the defendant's motion for reconsideration of his detention order, which was also based on COVID-19, the defendant has not presented any evidence of health issues that make him particularly susceptible to the virus.  (Dkt #152).  Moreover, the facility at which the defendant is being held—GEO, in Aurora—has only one reported case of COVID-19 among federal prisoners as of July 2, 2020.  Though additional cases have been reported among ICE and state prisoners (four, as of July 2, 2020), those prisoners do not have contact with federal prisoners such as the defendant.  The COVID-19 pandemic should not serve as a basis for leniency in sentencing for this defendant.

5.      Counsel for the defendant also argues that no additional term of supervised release should be imposed because "of the significant time spent in prison and also the burden Mr. Destry-Williams would create for U.S. Probation as he is likely to reject Probation's authority." (Dkt #166, ¶ 8).  The Government reluctantly agrees with the sentiment that the defendant will continue to refuse the authority of the Probation Department, as he continues to do with respect to the Court.  Though the Government is loath to reward poor behavior, there is no conceivable set of circumstances in which the Government believes that the defendant will abide by the terms of his supervised release, if sentenced to an additional term.  The Probation Department's resources should be conserved for defendants who have some chance of benefiting from Probation's time and attention.  Instead, the Government seeks a sentence of 11

months incarceration, and will not ask the Court to re-impose a term of supervised release.

Respectfully submitted this 2nd day of July, 2020.

JASON R. DUNN
United States Attorney

By:    _s/ Andrea Surratt_____
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail:  Andrea.Surratt@usdoj.gov
       Attorney for the Government

3

AO 245D (Rev. CO 09/19)     Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

### District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br>MICHAEL DESTRY WILLIAMS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Judgment in a Criminal Case**

(For **Revocation** of Supervised Release)

Case Number:     1:12-cr-00140-CMA-01

USM Number:     39714-013

Pro Se
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation(s) <u>1-3 of the Petition for Summons on Person Under Supervision</u>

☐ was found guilty of violation(s)_____
    after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer and Submit Written Reports as Directed | July 2019 |
| 2 | Failure to Pay Fine and Restitution as Directed | 05/13/2019 |
| 3 | Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer | 07/13/2019 |

    The defendant is sentenced as provided in pages 2 through _____2_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:     0608

Defendant's Year of Birth:     1964

City and State of Defendant's Residence:
    Pueblo, CO

July 9, 2020
Date of Imposition of Judgment

_Christine M Arguello_
Signature of Judge

Christine M. Arguello, United States District Judge
Name and Title of Judge

7/14/2020
Date

AO 245D (Rev. CO 09/19) Judgment in Criminal Case

DEFENDANT: **MICHAEL DESTRY WILLIAMS**
CASE NUMBER: 1:12-cr-00140-CMA-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Twenty-Four (24) months. No term of supervised release to follow term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

USDC

Clerk of Court,

Please record this document (NOTICE OF APPEAL) into case # 12-cr-00140-CMA-1

Biffle v Morton Rubber Indus., Inc 785 S.W.2d 143, 144 (Tex1990) - An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file-marked.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2020
JEFFREY P. COLWELL
CLERK

Title 18 USC - Crimes and Criminal Procedures

Part 1 - Crimes
Chapter 101 Records and Reports
Section 2071 - Concealment, removal
a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or
attempts to do so, or, with intent to do so **takes and carries away** any record, proceeding, map, book, paper, **document**, or other thing, **filed or deposited with any clerk or officer of any court of the United States**, or in any public office, **or with any judicial or public officer of the United States**, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or
other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
**Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court**, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
**If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws**, or to injure him or his property for lawfully enforcing, or

Notice to Clerk                    Page **1** of **2**

attempting to enforce, **the right of any person**, or class of persons, to the equal protection
of the laws, each of such persons shall be punished by a fine of not less than five hundred
nor more than five thousand dollars, or by imprisonment, with or without hard labor, not
less than six months nor more than six years, or by both such fine and imprisonment. See §
§ 1977-1991, 2004-2010, 5506-5510.1

SEC. 5408. (**Destroying record by officer in charge**.)
Every officer, having the custody of any record, document, paper, or proceeding specified in section
fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such
record, document, paper, or proceeding filed in his office or deposited with him or in his custody,
shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not
more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward
disqualified from holding any office under the Government of the United States.


I, _Michael : Marshall_____, did witness James Frank: Williams place this
page and a _29_ page document titled _NOTICE OF APPEAL_____into a USPS
envelope and deposit it with the USPS on this day_ _7-22 -20_____.


By: _____

Print: _Michael Marshall_____

All Rights Reserved, Without Prejudice

## NOTICE OF APPEAL
### and Fraud under Color of Law
#### standing In Common Law

TO:     The United States Court of Appeals
          for the Tenth Circuit
        Byron White Court House
        1823 Stout Street
        Denver, CO 80257
        Clerk's Office: 303-844-3157

From:   James Frank, Family of Williams, Sui Juris, in Propria Persona
        Recognized as an American National by the U.S. State Department
        Lawful Power of Attorney for:
        Michael-destry, Family of Williams, Sui Juris, in Propria Persona
        Permanently Disabled
        Recognized as an American National by the U.S. State Department

RE:     **Notice of Appeal for Michael-destry Family of Williams,** (herein known as Michael-destry)
permanently disabled and indigent, and **moving In Forma Pauperis,** an American National/State Citizen
as per the United States State Department, is being held/incarcerated and/or under penal corporate
Parole,  by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO Inc, in a **commercial case # 12-cr-00140-CMA -(1),** with the
principal corporation as plaintiff,  known as UNITED STATES OF AMERICA Inc. Named defendant Cestui
Que Vie Trust known as MICHAEL DESTRY WILLIAMS.  Holding the sole foreign beneficiary of said trust,
American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under
threat, duress and coercion.

This document is not only a "Notice of Appeal" and to move In Forma Pauperis, for
Michael-destry, but also a notice to their superiors, of the lawlessness, fraud and torture,
perpetrated under Color of Law, in violation of US. Code 18, sections 241 and 242, and without
jurisdiction in violation of U.S. Code 18 section 1545, but not limited to, in the corporation
known as the UNITED STATES DISTRICT COURT OF COLORADO, against Michael-destry.  These
actions are perpetrated by BAR member Phillip Brimmer, acting as chief judge.  BAR member
Steven Crews acting as a Magistrate.  BAR member Christine M. Arguello, acting as a lawfully
seated judge.  BAR member Andrea L. Surratt acting as a prosecutor and bringing charges under
Color of Law.  BAR member Kelly L. Meilstrup, fraudulently acting as counsel for the accused
without lawful authority or contract. BAR member Martha H. Eskesen, who fraudulently acted
as counsel for the accused without lawful authority or contract.  BAR member Jeffrey Colwell
acting as Clerk of Court, fraudulently altering the accused's name into a fictitious entity and Joel
Nelson, acting U.S. Probation Officer for the UNITED STATES DISTRICT COURT OF COLORADO.
Also, United States Marshal David A. Weaver, acting outside his Oath, represented by
numerous deputies under his command, in collusion with afore mentioned BAR members, to
perpetrate the kidnapping, detainment and torture of the accused Under Color of Law and

without lawful warrant. Aurora GEO Contract Detention Facility Warden Johnny Choate colluding with the above mentioned peoples and his staff as well as other workers inside the GOE Facility including Major Garcia and other guards, case worker David Jones and the medical staff all ignoring the accused's Nationality, disabilities, allergies and as of July 17, 2020 holding him in medical isolation without physical assessment as per their own handbook in order to coerce a signature for contract.

I James Frank: Williams am writing and submitting this Notice, on behalf of Michael-destry, as his P.O.A. because since his kidnapping in October of 2019, Michael-destry has been without access to a law library and a properly working word processor. His communications are with me and I act as to his wishes. I am the ONLY man or woman who he has given this authority to in this Commercial Case.

## Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor. All are without excuse. Silence is Acquiescence.
All Rights Reserved, Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

BY: _James F : Williams_

James Frank: Family of Williams-Sui Juris
American National
RFD -In care of: PO Box 11814
Pueblo Colorado

Colorado State    )
                  ) ss.
Pueblo County     )

Subscribed and sworn to before me this 21 Day of July,
2020, by James Frank: Williams

_signature_

Cynthia A. Ellingson, Notary Public
My commission expires _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

CC:    UNITED STATES DISTRICT COURT OF COLORADO Inc.
       Attn: Clerk of Court
       901 19th Street
       Denver, Colorado [80294-3589]



UNITED STATES POSTAL SERVICE

**EXPRESS MAIL**

**EXTREMELY URGENT**   *Please Rush To Addressee*

Flat Rate
Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*





**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 7/24/2020

☒Pro Se ☐Retained ☐CJA ☐FPD ☐USA or other Federal Agency (Appeal Fee Exempt)

Case No: 12-cr-140 CMA

Date Filed: 7/23/2020

Appellant: Michael Destry Williams

☐Amended Notice of Appeal
☐Other pending appeals
☐Transferred Successive §2254 or §2255
☐Supplemental Record

Pro Se Appellant:
☐IFP forms mailed/given ☐Motion IFP pending ☐IFP denied ☐Appeal fee paid ☒Appeal fee not paid

Retained Counsel:
☐Appeal fee paid ☐Appeal fee not paid ☐Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by: s/E. Van Alphen,
Deputy Clerk

Rev. 8/17/2017

cc:     Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

APPEAL,TERMED

# U.S. District Court − District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:12−cr−00140−CMA All Defendants

Case title: USA v. Williams

Date Filed: 03/22/2012
Date Terminated: 03/10/2014

Assigned to: Judge Christine M.
Arguello

**Defendant (1)**

**Michael Destry Williams**
*TERMINATED: 03/10/2014*
*also known as*
Will Williams
*TERMINATED: 03/10/2014*

represented by **Michael Destry Williams**
RFD−C/O
P.O. Box 11814
Pueblo, CO 81001
PRO SE

**Martha Horwitz Eskesen**
Martha H. Eskesen, P.C.
5445 DTC Parkway
Penthouse 4
Greenwood Village, CO 80111
303−486−6938
Fax: 303−573−4921
Email: meskesen@eskesenlaw.com
*TERMINATED: 01/23/2020*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Kelly Lynne Meilstrup**
Second−Chair
1600 Stout Street
Suite 1400
Denver, CO 80202
858−204−6375
Email: KellyM@2nd−chair.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert William Pepin**
Robert W. Pepin, Attorney at Law
P.O. Box 2727
Port Angeles, WA 98362
303−324−4633
Email: aticusbooradley@gmail.com
*TERMINATED: 07/02/2013*
*Designation: Public Defender or Community
Defender Appointment*

**Pending Counts**

ATTEMPT TO EVADE OR
DEFEAT TAX
(1−2)

ATTEMPT TO EVADE OR
DEFEAT TAX
(1s−3s)

**Disposition**

Dismissed

Defendant to be imprisoned for a total term of
sixty(60)months as to each of Counts 1 through 4;
seventy−one(71)months as to wach of Counts 5
through 9; and thirty−six(36)months as to Count 10,
all to run concurrently for a total term of
seventy−one(71)months; three(3)years Supervised

|  |  |
|---|---|
|  | Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| ACTS AFFECTING PERSONAL FINANCIAL INTEREST (3) | Dismissed |
| STRUCTURING TRANSACTIONS TO EVADE REPORTING REQUIREMENTS (4s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| BANK FRAUD (5s−6s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| FICTITIOUS OBLIGATIONS INTENDED TO DEFRAUD (7s−9s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |
| CORRUPT OR FORCIBLE INTERFERENCE (10s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | | **Disposition** |
|---|---|---|
| None | | |

**Plaintiff**

| **USA** | represented by | **Kenneth (Former AUSA) Harmon** |
|---|---|---|
| | | U.S. Attorney's Office−Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303−454−0100 |
| | | Fax: 454−0402 |
| | | Email: USACO.ECFCriminal@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Agency Attorney* |
| | | |
| | | **Andrea Lee Surratt** |
| | | U.S. Attorney's Office−Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303−454−0124 |
| | | Email: andrea.surratt@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Agency Attorney* |
| | | |
| | | **Kevin F. Sweeney** |
| | | U.S. Department of Justice−DC−601 D Street |
| | | 601 D Street, N.W. |
| | | Washington, DC 20004 |
| | | 202−305−3637 |
| | | Fax: 202−514−9623 |
| | | Email: kevin.f.sweeney@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2012 | 1 | INDICTMENT as to Michael Destry Williams (1) count(s) 1−2, 3. (Attachments: # 1 Criminal Information Sheet) (lygsl, ) (Entered: 03/23/2012) |
| 03/22/2012 | 2 | Arrest Warrant Issued in case as to Michael Destry Williams. (lygsl, ) (Entered: 03/23/2012) |
| 03/22/2012 | 3 | MOTION to Restrict Case, by USA as to Michael Destry Williams. (lygsl, ) (Entered: 03/23/2012) |
| 03/22/2012 | 4 | ORDER. The Indictment and Arrest Warrant, as well as the Motion to Restrict, are restricted until arrest of the defendant re 3 Motion for Leave to Restrict as to Michael Destry Williams (1), by Magistrate Judge Kristen L. Mix on 3/22/102. (lygsl, ) (Entered: 03/23/2012) |
| 03/23/2012 | 5 | Memorandum Returning Case in case as to Michael Destry Williams. Case reassigned to Judge Christine M. Arguello for all further proceedings by Judge Lewis T. Babcock on 03/23/12. (jjhsl, ) Modified on 3/27/2012 to correct type of order (jjhsl, ). (Entered: 03/23/2012) |

| 07/26/2012 | 6 | MOTION to Restrict Case, by USA as to Michael Destry Williams. (sgrim) (Entered: 07/27/2012) |
|---|---|---|
| 07/26/2012 | 7 | ORDER. The Superseding Indictment and Arrest Warrant, as well as the Motion to Restrict, are restricted at Level 3 until the arrest of the defendant, by Magistrate Judge Kathleen M. Tafoya on 7/26/12. (sgrim) (Entered: 07/27/2012) |
| 07/26/2012 | 8 | Superseding INDICTMENT as to Michael Destry Williams (1) count(s) 1s−3s, 4s, 5s−6s, 7s−9s, 10s. (Attachments: # 1 Criminal Information Sheet) (dkals, ). (Entered: 07/27/2012) |
| 07/26/2012 | 9 | Arrest Warrant Issued in case as to Michael Destry Williams. (dkals, ) (Entered: 07/27/2012) |
| 06/27/2013 | 10 | Arrest of Michael Destry Williams on Superseding Indictment. Initial Appearance set for 6/27/2013 at 02:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (Text Only Entry)(nmmsl, ) (Entered: 06/27/2013) |
| 06/27/2013 | 11 | COURTROOM MINUTES for Initial Appearance as to Michael Destry Williams held on 6/27/2013 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody without counsel. Defendant advised and Federal Public Defender appointed. Arraignment, Discovery, and Detention Hearing set for 7/2/2013 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. (Total time: 7 mins, Hearing time: 2:45−2:52)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Darren Streich on behalf of Pretrial. FTR: S. Grimm. (sgrim) Text Only Entry (Entered: 06/28/2013) |
| 06/27/2013 | 13 | CJA 23 Financial Affidavit by Michael Destry Williams. (bnbcd, ) (Entered: 06/28/2013) |
| 06/28/2013 | 12 | NOTICE OF ATTORNEY APPEARANCE: Robert William Pepin appearing for Michael Destry Williams (Pepin, Robert) (Entered: 06/28/2013) |
| 07/02/2013 | 14 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment, Discovery, and Detention Hearing as to Michael Destry Williams held on 7/2/2013. Defendant present in custody. Mr. Pepin moves to withdraw as counsel. The Government has no objection to the oral motion to withdraw. Defendant has no objection to the oral motion to withdraw. Defendant states that he wishes to represent himself in this matter. Discussion regarding Defendant's request to represent himself and Magistrate Judge Tafoya's previous findings regarding Defendant's competency to represent himself. ORDERED: Robert Pepin's oral motion to withdraw as counsel is GRANTED, and the Court appoints Criminal Justice Act counsel to represent the defendant. Arraignment, Discovery, and Detention Hearing reset for 7/5/2013 1:30 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Status Conference set for 7/5/2013 1:30 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. (Total time: 17 minutes, Hearing time: 2:16−2:33)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Robert Pepin on behalf of the defendant, Paige Meador on behalf of Pretrial Services. Text Only Entry. FTR: CRIMINAL PM −− Courtroom A−501. (mehcd) (Entered: 07/03/2013) |
| 07/03/2013 | 15 | CJA 20/30 Appointment of Martha Horwitz Eskesen for Michael Destry Williams by Magistrate Judge Michael E. Hegarty on 7/3/2013. (smatl, ) (Entered: 07/03/2013) |
| 07/03/2013 | 16 | NOTICE OF ATTORNEY APPEARANCE: Martha Horwitz Eskesen *court−appointed counsel* appearing for Michael Destry Williams (Eskesen, Martha) (Entered: 07/03/2013) |
| 07/03/2013 | 17 | Unopposed MOTION for Order *to Reset Arraignment, Discovery and Detention Hearing* by Michael Destry Williams. (Eskesen, Martha) (Entered: 07/03/2013) |
| 07/03/2013 | 18 | ORDER GRANTING 17 Motion for Order as to Michael Destry Williams (1). The arraignment, discovery and detention hearing for Defendant Williams, currently set for 07/05/2013 before Magistrate Judge Michael E. Hegarty is VACATED and RESET to 07/08/2013 at 2:00 PM, in Courtroom A602, BEFORE JUDGE CHRISTINE M. ARGUELLO. SO ORDERED BY Judge Christine M. Arguello on 07/03/13. Text Only Entry (cmasec) (Entered: 07/03/2013) |

| 07/08/2013 | 19 | RESTRICTED BAIL REPORT − Level 4: as to Michael Destry Williams. (cesco, ) (Entered: 07/08/2013) |
|---|---|---|
| 07/08/2013 | 20 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Arraignment, Discovery, Detention Hearing held on 7/8/2013. Defendant present in custody. NOT GUILTY Plea entered by Michael Destry Williams on all counts. Discovery memorandum executed. ORDERED Defendant detained. MOTION: Defendant's Oral Motion to Withdraw as Attorney is granted. Martha Eskesen is allowed to withdraw as attorney and is appointed as stand−by counsel. HEARINGS AND DEADLINES: Motions are due 7/26/2013. Responses 8/6/2013. A 10−day Jury Trial is set for 8/19/2013 at 8:00 AM in Courtroom A−602. Final Pretrial Conference is set for 8/12/2013 at 1:00 PM in Courtroom A−602. Jury Selection is set for 8/12/2013 at 1:30 PM in Courtroom A−602. Defendant remanded. (Total time: 01:35, Hearing time: 2:01−3:36)<br><br>**APPEARANCES:** Kenneth Harmon on behalf of the Government, Matha Eskesen on behalf of the defendant, Darren Streich on behalf of probation. Court Reporter: Darlene Martinez. (cmacd) Text Only Entry Modified on 7/10/2013 to include language regarding appointment of stand−by counsel (cmacd). (Entered: 07/09/2013) |
| 07/08/2013 | 21 | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 10 days as to Michael Destry Williams. By Judge Christine M. Arguello on 7/8/2013. (cmacd) (Entered: 07/09/2013) |
| 07/10/2013 | 22 | NOTICE of Change of Address/Contact Information (Eskesen, Martha) (Entered: 07/10/2013) |
| 07/15/2013 | 23 | (MOTION) Demanding Transfer and Invoking Article III Common Law Court of Competent Jurisdiction by Michael Destry Williams. (dkals, ) (Entered: 07/15/2013) |
| 07/15/2013 | 24 | NOTICE re: arrest, seizure and claim by Michael Destry Williams (dkals, ) (Entered: 07/15/2013) |
| 07/15/2013 | 25 | LETTER re: beneficiary status by Michael Destry Williams (dkals, ) (Entered: 07/15/2013) |
| 07/16/2013 | 26 | ORDER DENYING 23 Motion for Change of Venue as to Michael Destry Williams (1), by Judge Christine M. Arguello on 07/16/13. Text Only Entry (cmasec) (Entered: 07/16/2013) |
| 07/16/2013 | 27 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Michael Destry Williams. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 07/16/2013) |
| 07/16/2013 | 28 | ORDER granting 27 Motion to Disclose Grand Jury Material to Defendant, as to Michael Destry Williams (1), by Judge Christine M. Arguello on 7/16/13. (dkals, ) (Entered: 07/16/2013) |
| 07/23/2013 | 29 | ORDER OF DETENTION as to Michael Destry Williams by Judge Christine M. Arguello on 7/23/13. (dkals, ) (Entered: 07/23/2013) |
| 07/24/2013 | 30 | NOTICE *of Clarification by Advisory Counsel* by Michael Destry Williams (Eskesen, Martha) (Entered: 07/24/2013) |
| 07/29/2013 | 31 | MOTION for Medical Exam/Treatment *PHYSICAL EXAMINATION OF* by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 07/29/2013) |
| 07/29/2013 | 32 | MOTION for Extension of Time to File *MOTION TO EXTEND FILING AND SUBMISSION DEADLINES BY THREE BUSINESS DAYS* by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 07/29/2013) |
| 07/29/2013 | 33 | Notice of Rule 404b by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 07/29/2013) |
| 07/30/2013 | 34 | ORDER GRANTING 32 Motion for Extension of Time to File as to Michael Destry Williams (1). The parties shall have an extension of three business days to make the following required filings and submissions in this case: Proposed jury instructions shall be submitted to Chambers NO LATER THAN 08/01/2013; witness and exhibit lists, and proposed voir dire questions shall be submitted to Chambers NO LATER |

| | | |
|---|---|---|
| | | THAN 08/08/2013. SO ORDERED BY Judge Christine M. Arguello on 7/30/13. Text Only Entry (cmasec) (Entered: 07/30/2013) |
| 07/30/2013 | 35 | SUPPLEMENT to 31 MOTION for Medical Exam/Treatment *PHYSICAL EXAMINATION OF* by USA as to Michael Destry Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Harmon, Kenneth) (Entered: 07/30/2013) |
| 07/31/2013 | 36 | MOTION for Hearing *Motion for Status Conference* by Michael Destry Williams. (Eskesen, Martha) (Entered: 07/31/2013) |
| 08/02/2013 | 37 | ORDER granting 31 Motion for Physical Examination as to Michael Destry Williams (1) by Judge Christine M. Arguello on 8/2/13. The Final Trial Preparation Conference and Jury Trial are vacated. (dkals, ) (Entered: 08/02/2013) |
| 08/08/2013 | 38 | ORDER GRANTING 36 Motion for Hearing as to Michael Destry Williams (1). A status conference to address Advisory/Standby counsel's role in this matter, as well as Defendant's medical evaluation issues, is set for 08/22/2013 at 1:30 PM, in Courtroom A602, before Judge Christine M. Arguello. SO ORDERED BY Judge Christine M. Arguello on 08/08/13. Text Only Entry (cmasec) (Entered: 08/08/2013) |
| 08/12/2013 | 39 | TRANSCRIPT of Arraignment Hearing as to Michael Destry Williams held on 7/8/13 before Judge Arguello. Pages: 1−71. <br><br> NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 11/15/2013. (Martinez, Darlene) (Entered: 08/12/2013) |
| 08/14/2013 | 40 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/14/2013) |
| 08/22/2013 | 41 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/22/2013) |
| 08/22/2013 | 42 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/22/2013) |
| 08/22/2013 | 43 | CJA 24 Transcript Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 08/22/2013) |
| 08/22/2013 | 44 | Affidavit re: Commercial Presentments by Michael Destry Williams (dkals, ) (Entered: 08/22/2013) |
| 08/22/2013 | 45 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference as to Michael Destry Williams held on 8/22/2013. Defendant present in custody but was removed from the courtroom and placed in the holding cell after becoming disruptive. Martha Eskesen's attorney status as to the Defendant has been changed from stand−by counsel to advisory counsel. Ms. Eskesen is to represent the Defendant's interest regarding competency issues only. The Court has ordered a physical and mental evaluation of the Defendant. A written Order will follow. Defendant remanded. (Total time: 00:25, Hearing time: 1:36−2:01) **APPEARANCES**: Kenneth Harmon on behalf of the Government, Martha Eskensen, on behalf of the defendant (advisory counsel). Court Reporter: Janet Coppock. (cmacd) Text Only Entry (Entered: 08/23/2013) |
| 08/28/2013 | 46 | MOTION for Leave to File *Advisory Counsel's Objection to Government's Proposed Order* by Michael Destry Williams. (Attachments: # 1 Exhibit A)(Eskesen, Martha) (Entered: 08/28/2013) |
| 08/28/2013 | 47 | Order Directing Examinations as to Michael Destry Williams by Judge Christine M. Arguello on 8/28/13. (dkals, ) (Entered: 08/28/2013) |

| 08/28/2013 | 48 | Letter re: rights violations by Michael Destry Williams (dkals, ) (Entered: 08/29/2013) |
|---|---|---|
| 09/04/2013 | 63 | CJA 24 Payment Authorization as to Michael Destry Williams by Judge Christine M. Arguello on 9/4/2013. (smatl, ) (Entered: 09/27/2013) |
| 09/05/2013 | 49 | TRANSCRIPT of Status Conference as to Michael Destry Williams held on August 22, 2013 before Judge Christine M. Arguello. Pages: 1−19. <br>**<br> NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/9/2013. (Coppock, Janet) (Entered: 09/05/2013) |
| 09/09/2013 | 50 | Mail Returned as Undeliverable: 47 Order addressed to Michael Destry Williams. (dkals, ) (Entered: 09/10/2013) |
| 09/10/2013 | 51 | MOTION for Hearing *by Advisory Counsel* by Michael Destry Williams. (Eskesen, Martha) (Entered: 09/10/2013) |
| 09/12/2013 | 52 | TRANSCRIPT of Arraignment/Discovery/Detention Hearing as to Michael Destry Williams held on July 2, 2013 before Magistrate Judge Hegarty. Pages: 1−18.<br><br>**NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/16/2013. (Avery Woods Reporting, ) (Entered: 09/12/2013) |
| 09/12/2013 | 53 | TRANSCRIPT of Initial Appearance as to Michael Destry Williams held on 6−27−13 before Magistrate Judge Tafoya. Pages: 1−9.<br><br>**NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/16/2013. (Avery Woods Reporting, ) (Entered: 09/12/2013) |
| 09/12/2013 | 64 | CJA 24 Payment Authorization as to Michael Destry Williams by Judge Christine M. Arguello on 9/12/2013. (smatl, ) (Entered: 09/27/2013) |
| 09/13/2013 | 54 | RESTRICTED DOCUMENT − Level 1 as to Michael Destry Williams. (dkals, ) (Entered: 09/13/2013) |
| 09/16/2013 | 55 | ORDER Regarding Mental Competency as to Michael Destry Williams by Judge Christine M. Arguello on 9/16/13. (dkals, ) (Entered: 09/17/2013) |
| 09/16/2013 | 69 | CJA 24 Payment Authorization as to Michael Destry Williams by Magistrate Judge Michael E. Hegarty on 9/16/2013. (smatl, ) (Entered: 10/09/2013) |

| 09/16/2013 | 70 | CJA 24 Payment Authorization as to Michael Destry Williams by Magistrate Judge Kathleen M. Tafoya on 9/16/2013. (smatl, ) (Entered: 10/09/2013) |
|---|---|---|
| 09/17/2013 | 56 | NOTICE re 55 Order by Michael Destry Williams (Eskesen, Martha) (Entered: 09/17/2013) |
| 09/17/2013 | 57 | Certificate of Service: 55 Regarding Mental Competency sent via mail by Clerk to Michael Destry Williams, #39714−013, at FCI ENGLEWOOD, Inmate Mail/Parcels, 9595 WEST QUINCY AVENUE, LITTLETON, CO 80123. Text Only Entry (dkals, ) (Entered: 09/17/2013) |
| 09/20/2013 | 58 | MOTION for Hearing *(Scheduling Conference) and Incorporated Speedy Trial Report* by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 09/20/2013) |
| 09/23/2013 | 59 | ORDER GRANTING 58 Motion for Hearing as to Michael Destry Williams (1). A Status/Scheduling Conference is set for 9/24/2013 at 3:30 PM, in Courtroom A602 before Judge Christine M. Arguello, at which time trial dates will be set. SO ORDERED BY Judge Christine M. Arguello on 09/23/13. Text Only Entry (cmasec) (Entered: 09/23/2013) |
| 09/24/2013 | 60 | NOTICE *OF LEGAL AUTHORITY RE: STANDBY COUNSEL* by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 09/24/2013) |
| 09/24/2013 | 61 | ORDER DENYING AS MOOT 46 Motion for Leave to File as to Michael Destry Williams (1) by Judge Christine M. Arguello on 09/24/13. Text Only Entry (cmasec) (Entered: 09/24/2013) |
| 09/24/2013 | 62 | MINUTE ENTRY for Scheduling Conference proceedings held before Judge Christine M. Arguello on 9/24/2013 as to Michael Destry Williams. Defendant present in custody. The Court notes that the Defendant refused to respond to any of its questions and remained silent the entire hearing. The Court also notes that the Defendant has refused to accept any mail and/communications from Ms. Eskesen. The Court finds there is no basis to continue with stand−by counsel and relieves Ms. Eskesen of this appointment. Defendant is instructed by the Court to file a motion if he finds stand−by counsel is necessary. DEADLINES: Motions due by 10/7/2013; Responses due by 10/15/2013; Jury Trial set for 10/28/2013 08:30 AM; Trial Preparation Conference set for 10/21/2013 at 03:00 PM. All hearings to be held in Courtroom A 602 before Judge Christine M. Arguello. Defendant is REMANDED. (Total time: 8 minutes; Hearing time: 3:32 p.m. − 3:40 p.m.) Court Reporter: Darlene Martinez. (babia)Text Only Entry APPEARANCES: Ken Harmon on behalf of the Government; Also present, Special Agent, Clayton Knabb − U.S. Treasury Department Inspector General. Defendant present in custody. Martha Eskesen, present as stand−by counsel to Defendant. (Entered: 09/26/2013) |
| 09/29/2013 | 65 | CJA 20/30 Payment Request as to Michael Destry Williams. (Eskesen, Martha) (Entered: 09/29/2013) |
| 10/02/2013 | 66 | MOTION to Modify 28 Order on Motion to Disclose Grand Jury Material by USA as to Michael Destry Williams. (Attachments: # 1 Exhibit 1)(Harmon, Kenneth) (Entered: 10/02/2013) |
| 10/02/2013 | 77 | CJA 20/30 Payment Authorization as to Michael Destry Williams by Judge Christine M. Arguello on 10/2/2013. (smatl, ) (Entered: 10/21/2013) |
| 10/03/2013 | 67 | ORDER granting 66 Motion to Modify Grant Jury Disclosure Order, as to Michael Destry Williams (1), by Judge Christine M. Arguello on 10/3/13. (dkals, ) (Entered: 10/03/2013) |
| 10/07/2013 | 68 | Notice of Rule 404b by USA as to Michael Destry Williams *Supplemental* (Harmon, Kenneth) (Entered: 10/07/2013) |
| 10/15/2013 | 71 | Mail Returned as Undeliverable: 67 Order addressed to Michael Destry Williams. (dkals, ) (Entered: 10/16/2013) |
| 10/18/2013 | 72 | MINUTE ORDER as to Michael Destry Williams: This matter is before the Court sua sponte. Because a conflict has arisen on the Court's docket, the time of the Final Trial Preparation Conference, currently set for 10/21/2013 at 3:00 PM, is RESET to 9:00 AM. SO ORDERED BY Judge Christine M. Arguello on 10/18/13. Text Only Entry (cmasec) (Entered: 10/18/2013) |

| 10/18/2013 | 73 | Mail Returned as Undeliverable: 55 Order addressed to Michael Destry Williams. (dkals, ) (Entered: 10/18/2013) |
|---|---|---|
| 10/19/2013 | 74 | Notice of Rule 404b by USA as to Michael Destry Williams *Second Supplemental* (Harmon, Kenneth) (Entered: 10/19/2013) |
| 10/21/2013 | 75 | NOTICE OF ATTORNEY APPEARANCE Kevin F. Sweeney appearing for USA. (Sweeney, Kevin) (Entered: 10/21/2013) |
| 10/21/2013 | 76 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Trial Preparation Conference as to Michael Destry Williams held on 10/21/2013. APPEARANCES: Kenneth Harmon on behalf of the Government; Also present at Government table: Trista Merz, IRS CI Special Agent and Klaton Knabb, TIGTA Special Agent; Defendant present pro se and in custody. ORDERS: Witnesses shall be sequestered aside from expert witnesses. Counsel shall remain behind the podium. Defendant shall let the Court know in advance if he wishes to call witnesses. MOTIONS: Granting Government's Motion to Have Both Case Agents at Counsel Table. Granting Government's Request to Excuse Mr. Knabb from Thursday's afternoon session. DEADLINE: Unusual names shall be given to the court reporter no later than 4:00 p.m. on 10/25/13. Defendant remanded. (Total time in court: 00:38 − Hearing time: 9:08 − 9:46) Court Reporter: Mary George. (eseam) Text Only Entry (Entered: 10/21/2013) |
| 10/28/2013 | 78 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial−DAY ONE held on 10/28/2013 as to Michael Destry Williams. Defendant present in custody. Voir Dire. Jury of 12 plus 1 alternate impaneled and sworn. Opening Statement. Trial continued. Defendant remanded. (Total time: 4:32, Hearing time: 8:29−2:39)

**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government. Michael Destry Williams, pro se, on behalf of the defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (cma) Text Only Entry (Entered 10/29/2013) (Entered: 10/29/2013) |
| 10/29/2013 | 79 | Mail Returned as Undeliverable: 76 Minute Entry addressed to Michael Destry Williams. (dkals, ) (Entered: 10/29/2013) |
| 10/29/2013 | 80 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial−DAY TWO held on 10/29/2013 as to Michael Destry Williams. Defendant present in custody. WITNESSES SWORN AND TESTIFIED: Kristy Morgan, Debra Grasmick, Kristin Hocker, Tami Cornelison, and Jeffrey Gorman. EXHIBITS RECEIVED: 101, 102, 102c, 103, 103c, 104a, 105a, 108a, 114a, 115, 116, 117, 121, 122, 123, 124, 137, 138, 139a, 142a, 149, 149c, 150a, 153a, 156a, 156b, 157, 158, 159, 159c, 160, 161, 162, 163, 164b, 169, 170, 171, 172, 173, 174, 175, 176, 177, 182, 183, 184, 185, 186, 187, 188, 189, 311 [conditionally admitted], 517a−j, 518a−o, 519a−m, 530c, 530d, 530f, 530i, 530j, 530k, 530l, 530s, 530t, 602a−c, 603a−d, 604a−d, 631a, 631b, 909, 910, 911. Jury excused for the day. Trial continued. Defendant remanded. (Total time: 5:40, Hearing time: 8:02−2:29)APPEARANCES: Ken Harmon and Kevin Sweeney on behalf of the Government; Michael Destry Williams, pro se on behalf of the Defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (rmcd) Text Only Entry (Entered: 10/30/2013). (Entered: 10/30/2013) |
| 10/30/2013 | 81 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial−DAY THREE held on 10/30/2013 as to Michael Destry Williams. Defendant present in custody. WITNESSES SWORN AND TESTIFIED: Jeffrey Gorman (continued from 10/29), Kelly Weis, Rodger McKlem, Patty Dalton. EXHIBITS RECEIVED: 178, 400, 401, 402a, 402b, 403a, 403b, 404, 406, 406a, 406b, 408, 408a, 409, 409a, 410, 410a, 411, 411a, 412, 412a, 413, 420, 423, 423a, 424, 424a, 425, 425a, 426, 426a, 427, 427a, 427b, 428, 428a, 429, 429a, 430, 430a, 431, 432, 432a, 433, 433a, 434, 434a, 435, 436, 437, 437a, 438, 438a, 439, 439a, 440, 441, 442, 443, 444, 445, 446a, 446b, 446c, 447a, 447b, 447c, 447d, 457b, 611a−c, 612a−c, 618, 619, 620, 1003, 1004, 1005. Jury excused for the day. Trial continued. Defendant remanded. (Total time: 5:32, Hearing time: 8:07−2:27)BR>
**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government. Michael Destry Williams, Pro Se, on behalf of the defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: |

| | | |
|---|---|---|
| | | Darlene Martinez. (rmcd) Text Only Entry (Entered: 10/31/2013) |
| 10/31/2013 | 83 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial (DAY FOUR) as to Michael Destry Williams held on 10/31/2013. Defendant present, in custody. WITNESSES SWORN AND TESTIFIED: Janice Weisenhorn, Tara Durrant, Trista Merz, Sean McCarthy, Robert Root, Michelle Bass, Dana RaNay Cascio−Weldon. EXHIBITS RECEIVED: 403d, 217, 203, 204, 205, 210, 211, 213, 215, 207d, 503a, 503b, 505, 508a, 508b, 508c, 508d, 508e, 508f, 507, 478, 501a, 501b, 501c, 501d, 520a, 520b, 520c, 520d, 520e, 520f, 520g, 450, 451, 452, 457, 459, 460, 461, 462b, 462e, 462f, 462g, 463a, 463b, 464, 465, 473b, 474, 475, 476, 477. Jury excused for the day. Trial continued. Defendant remanded. Trial Time: 5:06 (8:04 a.m.−1:59 p.m.) APPEARANCES: Kenneth M. Harmon and Kevin F. Sweeney on behalf of the Government; Michael Destry Williams, Pro Se, on behalf of Defendant. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (wydcd, rrk) Text Only Entry (Entered: 11/01/2013) |
| 11/01/2013 | 82 | ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS as to Michael Destry Williams. By Judge Christine M. Arguello on 11/1/2013. (cmacd) (Entered: 11/01/2013) |
| 11/01/2013 | 84 | RESTRICTED BAIL REPORT − Level 4: as to Michael Destry Williams. (cesco, ) (Entered: 11/01/2013) |
| 11/04/2013 | 85 | AFFIDAVIT by Michael Destry Williams (dkals, ) (Entered: 11/05/2013) |
| 11/04/2013 | 86 | NOTICE entitled "Order RE: Commercial Presentment" by Michael Destry Williams (dkals, ) (Entered: 11/05/2013) |
| 11/04/2013 | 88 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial DAY FIVE as to Michael Destry Williams held on 11/4/2013,Defendant present in custody.WITNESSES SWORN AND TESTIFIED: Judge Victor Reyes, Mary Perry,Judge Karla Hansen,Wayne Everett,Evan Garrett,Jonathan Lynch. EXHIBITS ADMITTED AND ENTERED: 306,307,308,310,311[admitted without condition] 312,313,314a,315, 325,326,330,331,332,333,334,336,337,353,901,902,903,904, 905,906,907,908,920,921. Jury excused for the day. Trial continued. Defendant remanded. (Total time: 05:46, Hearing time: 8:01−2:39)<br><br>**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government, Michael Destry Williams, Pro Se, on behalf of the defendant. ALSO PRESENT: Clayton Knabb and Trista Merz,representing the Government. Court Reporter: Darlene Martinez. (cmacd) Text Only Entry Modified on 11/6/2013 (cmacd, ). Modified on 11/6/2013 to correct syntax (kweck). (Entered: 11/06/2013) |
| 11/05/2013 | 87 | AFFIDAVIT by Michael Destry Williams (dkals, ) (Entered: 11/05/2013) |
| 11/05/2013 | 89 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial DAY SIX as to Michael Destry Williams held on 11/5/2013. Defendant present in custody. WITNESS SWORN AND TESTIFIED. Jonathan Lynch. EXHIBIT RECEIVED: 492 (page 3 only). Charging conference. Jury Instructions. Closing arguments. Jury deliberations. JURY VERDICT: Guilty as to counts 1 through 10. Sentencing set for 1/27/2014 at 3:30 PM before Judge Christine M. Arguello. The US Probation Office shall prepare a Presentence Report in accordance with Federal Rule of Criminal Procedure 32(c). Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than seven days before the sentencing date. Any post−trial motions are to be submitted in accordance with the Federal Rules of Criminal Procedure. Defendant remanded. (Total time: 02:25, Hearing time: 8:02−2:23)<br><br>**APPEARANCES**: Ken Harmon and Kevin Sweeney on behalf of the Government, Michael Destry Williams, Pro Se, on behalf of the defendant, Katrina Devine on behalf of probation. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (cmacd) Text Only Entry (Entered: 11/06/2013) |
| 11/05/2013 | 90 | Proposed Jury Instructions. (cmacd) (Entered: 11/06/2013) |

| 11/05/2013 | 91 | Changes to Jury Instructions from Friday to Today (cmacd) (Entered: 11/06/2013) |
| 11/05/2013 | 92 | FINAL Jury Instructions as to Michael Destry Williams (cmacd) (Entered: 11/06/2013) |
| 11/05/2013 | 93 | Jury Notes as to Michael Destry Williams (Attachments: # 1 Court Note # 2 (cmacd) (Entered: 11/06/2013) |
| 11/05/2013 | 94 | REDACTED JURY VERDICT as to Michael Destry Williams (1) Guilty on Count 1−2,1s−3s,3,4s,5s−6s,7s−9s,10s. (cmacd) (Entered: 11/06/2013) |
| 11/12/2013 | 95 | AFFIDAVIT by Michael Destry Williams (Attachments: # 1 Proof of Service)(dkals, ) (Entered: 11/12/2013) |
| 11/12/2013 | 96 | Mail Returned as Undeliverable: 83 Minute Entry addressed to Michael Destry Williams. (dkals, ) (Entered: 11/12/2013) |
| 12/17/2013 | 97 | MINUTE ORDER as to Michael Destry Williams: This matter is before the Court sua sponte. It has been brought to the Court's attention that the Government has failed to timely file the sentencing statement in this case. The Government is DIRECTED to file the required sentencing statement NO LATER THAN NOON 12/24/2013. FURTHER, IT IS ORDERED that the Sentencing as to Defendant Williams set for 01/27/2014 is VACATED and RESET for 03/04/2014 at 3:00 PM, in Courtroom A602. SO ORDERED BY Judge Christine M. Arguello on 12/17/13. Text Only Entry (cmasec) (Entered: 12/17/2013) |
| 12/24/2013 | 98 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 12/24/2013) |
| 01/24/2014 | 99 | NOTICE Re: Commercial Presentment by Michael Destry Williams (dkals, ) (Entered: 01/24/2014) |
| 01/30/2014 | 100 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Michael Destry Williams (srich, ) (Entered: 01/30/2014) |
| 02/14/2014 | 101 | OBJECTION/RESPONSE to Presentence Report 100 by USA as to Michael Destry Williams (Harmon, Kenneth) (Entered: 02/14/2014) |
| 02/14/2014 | 102 | MOTION for Departure by USA as to Michael Destry Williams. (Harmon, Kenneth) (Entered: 02/14/2014) |
| 02/21/2014 | 103 | RESTRICTED PRESENTENCE REPORT as to Michael Destry Williams (Attachments: # 1 Exhibit A)(srich, ) (Entered: 02/21/2014) |
| 02/21/2014 | 104 | RESTRICTED ADDENDUM to Presentence Report 103 as to Michael Destry Williams (srich, ) (Entered: 02/21/2014) |
| 02/27/2014 | 105 | SUPPLEMENT to 101 Objection/Response to Presentence Report by USA as to Michael Destry Williams (Attachments: # 1 Ex A, # 2 Ex B)(Harmon, Kenneth) (Entered: 02/27/2014) |
| 03/04/2014 | 106 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Defendant present in custody. MOTION and RULING: Government's Motion for an Upward Sentencing Variance from the Defendant's Calculated Advisory Sentencing Guideline Range 102 is denied. Defendant sentenced as reflected on the record. Defendant remanded. (Total time: 00:24, Hearing time: 2:59−3:23)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, Michael Williams, pro se on behalf of the defendant, Katrina Devine on behalf of probation. ALSO PRESENT: Clayton Knabb and Trista Merz, representing the Government. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 03/05/2014) |
| 03/10/2014 | 107 | JUDGMENT as to defendant Michael Destry Williams (1), Count(s) 1−2, 3, Dismissed; Count(s) 1−10 of the Superseding Indictment, Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to each of Counts 5 through 9; and thirty−six(36) months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5) years on counts 5−9; and one(1)year on Count 10, all to run concurrently; $100 Assessment per count for a |

| | | |
|---|---|---|
| | | total of $1,000; $10,000 fine ; $60,597.80 in Restitution; by Judge Christine M. Arguello on 3/10/2014. (evana, ) (Entered: 03/11/2014) |
| 11/21/2016 | 108 | STRICKEN by Doc. 110 − Affidavit of Service of Complaint, Affidavit, Bill, Notice, Claim Deed and Title by Esther Jean Williams as to Michael Destry Williams (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit A, # 4 Envelope) (athom, ) Modified on 8/20/2018 (cmasec). (Entered: 11/21/2016) |
| 08/15/2018 | 109 | STRICKEN by Doc. 110 − Common Law Writ of Error by Michael Destry Williams (Attachments: # 1 Envelope) (athom, ) Modified on 8/20/2018 (cmasec). (Entered: 08/17/2018) |
| 08/20/2018 | 110 | ORDER as to Michael Destry Williams: Defendant's 108 Affidavit of Service of Complaint and 109 Common Law Writ of Error are STRICKEN as inappropriate filings in a criminal case that has been closed since 3/10/2014. SO ORDERED by Judge Christine M. Arguello on 8/20/2018. Text Only Entry (cmasec) (Entered: 08/20/2018) |
| 08/28/2018 | 111 | Mail Returned as Undeliverable re: 110 Order, Addressed to Michael Destry Williams. (athom, ) (Entered: 08/30/2018) |
| 07/01/2019 | 112 | Letter of Instruction from Michael Destry Williams (evana, ) (Entered: 07/08/2019) |
| 07/01/2019 | 113 | Conventionally Submitted Material : Coin re Letter of Instruction 112 taped to the last page of the documents filed. by Defendant Michael Destry Williams. (Placed in the vault) Text Only Entry (evana, ) (Entered: 07/08/2019) |
| 07/18/2019 | 114 | Mail Returned as Undeliverable re: 112 Letter Addressed to Michael Destry Williams. (evana, ) (Entered: 07/18/2019) |
| 08/27/2019 | 115 | Petition for Summons of Offender Under Supervision as to Michael Destry Williams. (Attachments: # 1 Proposed Order (PDF Only), # 2 Summons); (Judgment 107 ) (ldohm) (Entered: 08/27/2019) |
| 08/30/2019 | 116 | ORDER granting in part and taking under advisement 115 Petition for Warrant/Summons of Offender Under Supervision as to Michael Destry Williams as to Michael Destry Williams (1) by Judge Christine M. Arguello on 8/30/19. (pglov) (Entered: 08/30/2019) |
| 08/30/2019 | 117 | Probation Summons Issued as to Michael Destry Williams Initial Appearance on Revocation Proceedings set for 9/13/2019 10:00 AM in Courtroom A 402 before Honorable Duty Magistrate Judge. (pglov) (Entered: 08/30/2019) |
| 09/05/2019 | 118 | NOTICE OF ATTORNEY APPEARANCE Andrea Lee Surratt appearing for USA. Attorney Andrea Lee Surratt added to party USA(pty:pla) (Surratt, Andrea) (Entered: 09/05/2019) |
| 09/12/2019 | 119 | Summons Returned Executed on 09/06/2019 as to Michael Destry Williams. (ldohm) (Entered: 09/12/2019) |
| 09/13/2019 | 120 | MINUTE ENTRY for Initial Appearance re Revocation of Supervised Release as to Michael Destry Williams held before Magistrate Judge Scott T. Varholak on 9/13/2019. Defendant not present. The Court notes for the record that the Summons directing the Defendant to appear in court today was returned executed at [Doc. No. 119]. Due to the Defendant's failure to comply with the Summons, the government is requesting a warrant be issued for the Defendant's arrest. ORDERED: A warrant will be issued for the Defendant's arrest. Hearing concluded. (Total time: 2 minutes, Hearing time: 10:29−10:31) **APPEARANCES**: Andrea Surratt on behalf of the Government, Joel Nelson on behalf of probation. FTR: 402. (morti, ) Text Only Entry (Entered: 09/13/2019) |
| 09/13/2019 | 121 | Arrest Warrant Issued in case as to Michael Destry Williams. (morti, ) (Entered: 09/13/2019) |
| 10/15/2019 | 122 | Arrest of Michael Destry Williams. Initial Appearance on Revocation Proceedings set for 10/15/2019 02:00 PM in Courtroom C204 before Magistrate Judge S. Kato Crews. (Text Only entry)(tsher, ) (Entered: 10/15/2019) |

| 10/15/2019 | 123 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance re Revocation of Supervised Release as to Michael Destry Williams held on 10/15/2019. Defendant present in custody. Objection by defendant regarding this Court's jurisdiction. Defendant advised. Defendant advises that he does not to be represented by counsel. The Court appoints counsel. Ms. Surratt asks the Court to set the next hearings more than three days out. Request is granted. Preliminary Revocation and Detention Hearing set for 10/21/2019 02:00 PM in Courtroom C201 before Magistrate Judge S. Kato Crews. Defendant remanded. (Total time: 14 minutes, Hearing time: 2:35−2:49 p.m.)<br><br>**APPEARANCES**: Andrea Surratt on behalf of the Government, Laura Suelau on behalf of the defendant, Stephanie Hartz on behalf of probation. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 10/15/2019) |
|---|---|---|
| 10/15/2019 | 124 | ORDER APPOINTING COUNSEL as to Michael Destry Williams by Magistrate Judge S. Kato Crews on 10/15/19. Text Only Entry (amont, ) (Entered: 10/15/2019) |
| 10/15/2019 | 125 | CJA 23 Financial Affidavit by Michael Destry Williams. (amont, ) (Entered: 10/15/2019) |
| 10/15/2019 | 126 | NOTICE OF ATTORNEY APPEARANCE: Martha Horwitz Eskesen *court−appointed counsel* appearing for Michael Destry Williams (Eskesen, Martha) (Entered: 10/15/2019) |
| 10/15/2019 | 127 | Arrest Warrant Returned Executed on 10/11/2019 in case as to Michael Destry Williams. (evana, ) (Entered: 10/16/2019) |
| 10/17/2019 | 128 | NOTICE *Regarding Representation and Scheduling* by Michael Destry Williams (Eskesen, Martha) (Entered: 10/17/2019) |
| 10/18/2019 | 129 | Writ of Habeas Corpus by Michael Destry Williams. (Attachments: # 1 Envelope)(evana, ) (Entered: 10/21/2019) |
| 10/21/2019 | 130 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Preliminary Revocation and Detention Hearing as to Michael Destry Williams held on 10/21/2019. Defendant present in custody. Ms. Eskesen advises that the defendant intends to represent himself. Opening remarks by the Court. The Court attempts to advise the defendant regarding self representation. The Court notes the defendant's multiple attempts to obstruct the advisement. The Court defers to the transcript on the docket from District Judge Arguello's Faretta advisement from a previous hearing. Ms. Eskesen's oral motion to withdraw as counsel is granted. Ms. Eskesen is withdrawn as full counsel, but will remain as standby counsel. The Court proceeds to the Preliminary Revocation hearing. The government calls Probation Officer Travis Cormaney. Witness sworn. Direct examination. The Court takes judicial notice of the petition filed in the case. Defendant advises the Court that he will not be participating in today's court proceedings and presents no evidence on the issue of preliminary revocation. Argument by the government regarding preliminary revocation. The Court determines probable cause has been established. The government rests on their earlier arguments in regards to detention. Defendant does not present any evidence or argument regarding detention. Defendant is ORDERED detained. Defendant remanded. Counsel is directed to chambers. (Total time: 40 minutes, Hearing time: 3:36−4:16 p.m.)<br><br>**APPEARANCES**: Andrea Surratt on behalf of the Government, Marth Eskesen and Pro se on behalf of the defendant, Travis Cormaney on behalf of probation. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 10/22/2019) |
| 10/21/2019 | 131 | ORDER OF DETENTION as to Michael Destry Williams by Magistrate Judge S. Kato Crews on 10/21/19. (amont, ) (Entered: 10/22/2019) |
| 10/25/2019 | 132 | SETTING FINAL HEARING REGARDING REVOCATION OF SUPERVISED RELEASE as to Michael Destry Williams. The Court hereby sets a Final Hearing re Revocation of Supervised Release for January 23, 2020, at 3:00 PM in Courtroom A 602 before Judge Christine M. Arguello. Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position. The Government's response to Defendant's sentencing statement must be |

| | | filed not later than 5 days before the Supervised Release Revocation Hearing. Failure to comply with this order may result in a continuance of the Supervised Release Revocation Hearing. The deadlines for filing such papers will be extended only upon the showing of good cause, by Judge Christine M. Arguello on 10/25/2019. (evana, ) (Entered: 10/25/2019) |
|---|---|---|
| 11/12/2019 | 133 | Mail Returned as Undeliverable re: 132 Order, Addressed to Michael Destry Williams. (evana, ) (Entered: 11/13/2019) |
| 11/21/2019 | 134 | REPLY to letter Concerning to 129 Writ of Habeas Corpus by Michael Destry Williams Order (evana, ) (Entered: 11/24/2019) |
| 01/16/2020 | 135 | NOTICE *Counsel's Notice and Response to ECF No. 132* by Michael Destry Williams (Eskesen, Martha) (Entered: 01/16/2020) |
| 01/16/2020 | 136 | RESTRICTED VIOLATION HEARING REPORT as to Michael Destry Williams. (Presentence Report 103 , Violation Petition 115 ). (pmcdo) (Entered: 01/16/2020) |
| 01/17/2020 | 137 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Surratt, Andrea) (Entered: 01/17/2020) |
| 01/23/2020 | 138 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Hearing Re Revocation of Supervised Release as to Michael Destry Williams held on 1/23/2020. **ORDERED**: GRANTING Oral Motion to Withdraw as Attorney. Martha Eskesen is permitted to withdraw as counsel for Defendant Michael Destry Williams. The Clerk of the Court is DIRECTED to delete Ms. Eskesen's email address from future ECF filings and electronic notifications in this case. **FURTHER ORDERED: that conflict−free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant. If Defendant refuses to communicate or cooperate with counsel, counsel shall prepare for the Supervised Release Violation hearing to the best of his ability. Counsel shall be prepared to proceed as standby counsel at such hearing in the event Defendant continues to be disruptive, as he was during today's hearing, and the Court has to remove him from the hearing due to such disruptiveness. FURTHER ORDERED: that the Final Hearing Re Revocation of Supervised Release is continued. Newly appointed defense counsel is to contact chambers, in conjunction with government's counsel, to reset the hearing. Defendant present in custody, Defendant remanded. (Total time: 4 Minutes, Hearing time: 3:02 p.m. — 3:06 p.m.)**<br><br>**APPEARANCES: Andrea Surratt on behalf of the Government; Martha Eskesen on behalf of the Defendant; Joel Nelson on behalf of Probation. Court Reporter: Terri Lindblom. (swest) Text Only Entry (Entered: 01/23/2020)** |
| 01/23/2020 | 139 | Tendered NOTICE by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 140 | Tendered NOTICE by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 141 | NOTICE of Writ of Habeas Corpus by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 142 | Tendered NOTICE of Certification of Identity by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 143 | NOTICE of Documents by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 144 | Tendered NOTICE of Surrendering of Defendant by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/31/2020 | 145 | NOTICE OF ATTORNEY APPEARANCE: Kelly Lynne Meilstrup appearing for Michael Destry WilliamsAttorney Kelly Lynne Meilstrup added to party Michael Destry Williams(pty:dft) (Meilstrup, Kelly) (Entered: 01/31/2020) |
| 02/06/2020 | 146 | ORDER Setting Hearing as to Michael Destry Williams. Pursuant to email correspondence between counsel and Chambers staff, a Final Hearing re Revocation of Supervised Release is set for 4/1/2020 at 3:30 PM in Courtroom A 602 before Judge Christine M. Arguello. Not later than 7 days before the Supervised Release Revocation Hearing, the Defendant shall file a sentencing statement indicating whether he intends to admit or deny the allegations and setting forth his sentencing position. The |

| | | |
|---|---|---|
| | | Governments response to Defendants sentencing statement must be filed not later than 5 days before the Supervised Release Revocation Hearing. Failure to comply with this order may result in a continuance of the Supervised Release Revocation Hearing. The deadlines for filing such papers will be extended only upon the showing of good cause. SO ORDERED by Judge Christine M. Arguello on 2/6/2020. Text Only Entry (cmalc2) (Entered: 02/06/2020) |
| 03/13/2020 | 147 | ORDER as to Michael Destry Williams: the Final Hearing re Revocation of Supervised Release currently set for 4/1/2020 is hereby VACATED. Counsel are DIRECTED to e−mail Chambers at arguello_chambers@cod.uscourts.gov on or before **April 6, 2020,** in order to reset the hearing. SO ORDERED by Judge Christine M. Arguello on 3/13/2020. Text Only Entry (cmalc2) (Entered: 03/13/2020) |
| 04/06/2020 | 148 | ORDER as to Michael Destry Williams: Pursuant to email correspondence between counsel and Chambers staff, the Final Hearing re Revocation of Supervised Release in this case is RESET for 5/26/2020 at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 4/6/2020. Text Only Entry (cmalc2) (Entered: 04/06/2020) |
| 04/09/2020 | 149 | MOTION for Reconsideration re 131 Order of Detention by Michael Destry Williams. (Meilstrup, Kelly) (Entered: 04/09/2020) |
| 04/10/2020 | 150 | MEMORANDUM regarding 149 MOTION for Reconsideration re 131 Order of Detention filed by Michael Destry Williams. Motion(s) referred to Magistrate Judge S. Kato Crews. by Judge Christine M. Arguello on 4/10/2020. Text Only Entry (evana, ) (Entered: 04/10/2020) |
| 04/13/2020 | 151 | MINUTE ORDER as to Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention filed by Michael Destry Williams. The government shall file a response to the motion no later than 5:00 p.m. on 4/15/2020. A reply shall be filed no later than 5:00 p.m. on 4/16/2020. The Court may rule without conducting a hearing, therefore, the parties should be sure to present all relevant information in their filings. SO ORDERED by Magistrate Judge S. Kato Crews on 4/13/2020. Text Only Entry (amont, ) (Entered: 04/13/2020) |
| 04/14/2020 | 152 | RESPONSE in Opposition by USA as to Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention (Surratt, Andrea) (Entered: 04/14/2020) |
| 04/16/2020 | 153 | REPLY TO RESPONSE to Motion by Michael Destry Williams re 149 MOTION for Reconsideration re 131 Order of Detention (Meilstrup, Kelly) (Entered: 04/16/2020) |
| 04/16/2020 | 154 | REPLY by USA as to Michael Destry Williams to 153 Reply to Response (Surratt, Andrea) (Entered: 04/16/2020) |
| 04/18/2020 | 155 | ORDER denying 149 Motion for Reconsideration as to Michael Destry Williams: District Judge Arguello referred the Motion to this Court on 04/10/2020 150 . The Motion is fully briefed. [*See* 149, 152, 153, 154.] The Motion seeks relief under 18 U.S.C. § 3145 to revoke or amend this Court's Order of Detention entered on 10/21/2019 131 . The Court ordered Defendant detained pending his final revocation hearing after a detention hearing in which he failed his burden to establish "by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community...." Fed. R. Crim. P. 32.1(a)(6). By its plain language, 18 U.S.C. § 3145(b) does not provide a mechanism for a magistrate judge to review a detention order; it allows a district judge to review a magistrate judge's detention order *de novo. See United States v. Platt*, No. 18−CR−195−WJM, 2018 WL 4698616, at *2 (D. Colo. Oct. 1, 2018); *United States v. Cordova*, No. 04−CR−00514−WYD, 2015 WL 13729646, at *2 (D. Colo. June 18, 2015). So, the Court construes the Motion as seeking relief under 18 U.S.C. § 3142(f), and in the alternative, under § 3142(i). *See, e.g., United States v. Romero*, No. 09−CR−00426−PAB, 2010 WL 11523871, at *2 (D. Colo. May 17, 2010).The Motion fails to raise sufficient changed circumstances or compelling reasons to suggest there are now conditions which may be imposed to reasonably assure Defendant will not flee or pose a danger to the community if released pending his final revocation hearing. Indeed, the Motion literally "presumes" that Defendant has family members to whom he could be temporarily released. And because of Defendant's sovereign citizen views, which his family members appear to share, neither he nor his family have spoken to Defendant's attorney about the relief sought by the Motion; in fact, they apparently refuse to speak to the attorney. This |

| | | |
|---|---|---|
| | | merely highlights that the Motion presents no changed circumstances at all other than the existence of the COVID−19 pandemic. While the Court is sympathetic to the unique concerns posed by COVID−19, the Court remains duty−bound to evaluate detention decisions under the particulars of the Bail Reform Act. Given that the Motion fails to raise sufficient changed circumstances or compelling reasons besides generalized concerns over COVID−19, the Court does not find a hearing is necessary to decide the Motion. The Motion is DENIED. The Parties are further ADVISED of their right to file objections to this Order within 14 days pursuant to Fed. R. Crim. P. 59(a). By Magistrate Judge S. Kato Crews on 04/18/2020. Text Only Entry (skc) (Entered: 04/18/2020) |
| 04/21/2020 | 156 | STATEMENT Title 18 USC Crimes and criminal procedures by Defendant Michael Destry Williams (evana, ) (Entered: 04/21/2020) |
| 05/07/2020 | 157 | ORDER as to Michael Destry Williams: On or before 5/12/2020, the parties are DIRECTED to submit a joint filing indicating whether the Revocation of Supervised Release Hearing ("the Hearing") cannot be further delayed without serious harm to the interests of justice. If the Hearing can be delayed, the joint filing may simply state the same. In that case, the Court will vacate the Hearing, and the parties shall contact Chambers, at arguello_chambers@cod.uscourts.gov, on or before 5/13/2020, in order to reset an in−person hearing. However, if the Hearing cannot be delayed, the joint filing shall detail the reasons why that is the case so that the Court may consider whether to conduct the Hearing, at the currently scheduled time, by video teleconference, or by telephone conference if video teleconferencing is not reasonably available. SO ORDERED by Judge Christine M. Arguello on 5/7/2020. Text Only Entry (cmasec) (Entered: 05/07/2020) |
| 05/12/2020 | 158 | Joint STATEMENT re 157 Order, by Defendant Michael Destry Williams (Meilstrup, Kelly) (Entered: 05/12/2020) |
| 05/13/2020 | 159 | ORDER as to Michael Destry Williams: Pursuant to email correspondence between counsel and Chambers staff, the Revocation of Supervised Release Hearing set for 5/26/2020 is VACATED and RESET to 7/10/2020, at 11:00 AM in Courtroom A602 before Judge Christine M. Arguello. All deadlines relating to this Hearing shall be adjusted accordingly. SO ORDERED by Judge Christine M. Arguello on 5/13/2020. Text Only Entry (cmasec) (Entered: 05/13/2020) |
| 05/21/2020 | 160 | **STRICKEN** by 161 — Verified AFFIDAVIT by Michael Destry Williams (Attachments: # 1 Writ of error, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Affidavit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(evana, ) Modified on 5/26/2020 (cmasec). (Entered: 05/21/2020) |
| 05/26/2020 | 161 | ORDER: Mr. Williams' 160 Verified Affidavit is hereby STRICKEN due to being filed pro se by a party who is currently represented by counsel. SO ORDERED by Judge Christine M. Arguello on 5/26/2020. Text Only Entry (cmasec) (Entered: 05/26/2020) |
| 06/10/2020 | 162 | ORDER as to Michael Destry Williams re Revocation of Supervised Release Hearing set for 7/10/2020: In an effort to slow the spread of COVID−19, to promote public health and safety, and to minimize the risk of exposure to the virus for all parties, the Court will hold as many hearings by video conference or teleconference as practicable during the month of July. The Court may hold the instant hearing by video conference or teleconference only with the express consent of Defendant. *See* United States v. Thompson, 599 F.3d 595, 599600 (7th Cir. 2010). Accordingly, Defense Counsel is to consult with Defendant and file, on or before 6/17/2020, a notice in CM/ECF advising the Court as to whether Defendant voluntarily waives his right to be physically present at the instant hearing and consents to appear instead by video conference or teleconference. If Defendant wishes to waive his right to appear in person, Counsel are directed to contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) on or before 6/24/2020 for instructions on how to proceed with the VTC. If Defendant does not wish to waive his right to appear in person, the Revocation of Supervised Release hearing will proceed in person and as scheduled. SO ORDERED by Judge Christine M. Arguello on 6/10/2020. Text Only Entry (cmasec) (Entered: 06/10/2020) |

| 06/15/2020 | 163 | NOTICE *of lack of expressed consent* re 162 Order,,,,, by Michael Destry Williams (Meilstrup, Kelly) (Entered: 06/15/2020) |
|---|---|---|
| 06/17/2020 | 164 | ORDER as to Michael Destry Williams re 163 Notice: In an effort to slow the spread of COVID−19, to promote public health and safety, and to minimize the risk of exposure to the virus for all parties, the Court is limiting access in the courtroom to the parties and their attorneys. Family members or other persons will be limited to phone access and should contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) at least a day before the hearing for instructions on how to proceed telephonically. SO ORDERED by Judge Christine M. Arguello on 6/17/2020. Text Only Entry (cmasec) (Entered: 06/17/2020) |
| 06/24/2020 | 165 | ORDER as to Michael Destry Williams: Pursuant to email correspondence between counsel and Chambers staff, the Revocation of Supervised Release Hearing set for 7/10/2020 is VACATED and RESET to 7/9/2020, at 10:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 6/24/2020. Text Only Entry (cmasec) (Entered: 06/24/2020) |
| 07/02/2020 | 166 | SENTENCING STATEMENT by Michael Destry Williams (Meilstrup, Kelly) (Entered: 07/02/2020) |
| 07/02/2020 | 167 | SENTENCING STATEMENT by USA as to Michael Destry Williams (Surratt, Andrea) (Entered: 07/02/2020) |
| 07/09/2020 | 168 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Hearing re Revocation of Supervised Release as to Michael Destry Williams held on 7/9/2020. WITNESS SWORN AND TESTIFIED: Joel Nelson. EXHIBITS RECEIVED: 1−4. **ORDERED:** Supervised Release is revoked. **FURTHER ORDERED:** counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 52 Minutes; Hearing time: 9:57 a.m. — 10:29 a.m.; 10:33 a.m. — 10:45 a.m.)<br><br>**APPEARANCES**: Andrea Surrat on behalf of the Government; Kelly Meilstrup on behalf of the Defendant; Joel Nelson on behalf of Probation. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 07/09/2020) |
| 07/14/2020 | 169 | JUDGMENT for Revocation of Supervised Release as to defendant Michael Destry Williams. SO ORDERED by Judge Christine M. Arguello on 7/14/2020. (cmasec) (Entered: 07/14/2020) |
| 07/23/2020 | 170 | NOTICE OF APPEAL re 168 Supervised Release − Final Revocation Hrg, Terminate Motions, Text Only Entry − Prompts, 169 Judgment for Revocation by Michael Destry Williams. (evana, ) (Entered: 07/24/2020) |

AO 245D (Rev. CO 09/19)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Judgment in a Criminal Case** |
| **v.** | ) | (For **Revocation** of Supervised Release) |
|  | ) |  |
| MICHAEL DESTRY WILLIAMS | ) | Case Number:    1:12-cr-00140-CMA-01 |
|  | ) | USM Number:    39714-013 |
|  | ) |  |
|  | ) | Pro Se |
|  | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation(s)   1-3 of the Petition for Summons on Person Under Supervision

☐ was found guilty of violation(s)
    after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer and Submit Written Reports as Directed | July 2019 |
| 2 | Failure to Pay Fine and Restitution as Directed | 05/13/2019 |
| 3 | Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer | 07/13/2019 |

    The defendant is sentenced as provided in pages 2 through _____2_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:    0608

Defendant's Year of Birth:    1964

City and State of Defendant's Residence:
Pueblo, CO

July 9, 2020
Date of Imposition of Judgment

*Christine M Arguello*
Signature of Judge

Christine M. Arguello, United States District Judge
Name and Title of Judge

7/14/2020
Date

AO 245D (Rev. CO 09/19) Judgment in Criminal Case

DEFENDANT:      MICHAEL DESTRY WILLIAMS
CASE NUMBER:     1:12-cr-00140-CMA-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Twenty-Four (24) months. No term of supervised release to follow term of imprisonment.**

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.  on  _____

    ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on  _____  .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  , with a certified copy of this judgment.

_____
                   UNITED STATES MARSHAL

By _____
            DEPUTY UNITED STATES MARSHAL

USDC

Clerk of Court,

Please record this document (NOTICE OF APPEAL) into case # 12-cr-00140-CMA-1

Biffle v Morton Rubber Indus., Inc 785 S.W.2d 143, 144 (Tex1990) - An instrument is
deemed in law filed at the time it is delivered to the clerk, regardless of whether the
instrument is file-marked.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2020

JEFFREY P. COLWELL
CLERK

Title 18 USC - Crimes and Criminal Procedures

Part 1 - Crimes
Chapter 101 Records and Reports
Section 2071 - Concealment, removal
a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys,
or
attempts to do so, or, with intent to do so **takes and carries away** any record, proceeding,
map, book, paper, **document**, or other thing, **filed or deposited with any clerk or officer
of any court of the United States**, or in any public office, **or with any judicial or public
officer of the United States**, shall be fined under this title or imprisoned not more than
three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document,
paper, or
other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or
destroys the same, shall be fined under this title or imprisoned not more than three years,
or both; and shall forfeit his office and be disqualified from holding any office under the
United States. As used in this subsection, the term "office" does not include the office held
by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
**Every person who willfully destroys or attempts to destroy, or, with intent to steal or
destroy, takes and carries away any record, paper, or proceeding of a court of justice,
filed or deposited with any clerk or officer of such court**, or any paper, or document, or
record filed or deposited in any public office, or with any judicial or public officer, shall,
without reference to the value of the record, paper, document, or proceeding so taken, pay
a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not
more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
**If two or more persons in any State or Territory conspire for the purpose of
impeding, hindering, obstructing, or defeating, in any manner, the due course of
justice in any State or Territory, with intent to deny to any citizen the equal
protection of the laws**, or to injure him or his property for lawfully enforcing, or

Notice to Clerk                    Page **1** of **2**

attempting to enforce, **the right of any person**, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 2004-2010, 5506-5510.1

SEC. 5408. (**Destroying record by officer in charge.**)
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

I, *Michael : Marshall*, did witness James Frank: Williams place this page and a *24* page document titled *NOTICE OF APPEAL* into a USPS envelope and deposit it with the USPS on this day *7-22-20*.

By: _____
Print: *Michael Marshall*
All Rights Reserved, Without Prejudice

# NOTICE OF APPEAL
## and Fraud under Color of Law
### standing In Common Law

TO:    The United States Court of Appeals
        for the Tenth Circuit
        Byron White Court House
        1823 Stout Street
        Denver, CO 80257
        Clerk's Office: 303-844-3157

From:  James Frank, Family of Williams, Sui Juris, in Propria Persona
        Recognized as an American National by the U.S. State Department
        Lawful Power of Attorney for:
        Michael-destry, Family of Williams, Sui Juris, in Propria Persona
        Permanently Disabled
        Recognized as an American National by the U.S. State Department

RE:    **Notice of Appeal for Michael-destry Family of Williams,** (herein known as Michael-destry) permanently disabled and indigent, and **moving In Forma Pauperis,** an American National/State Citizen as per the United States State Department, is being held/incarcerated and/or under penal corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc, in a **commercial case # 12-cr-00140-CMA -(1),** with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc. Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. Holding the sole foreign beneficiary of said trust, American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress and coercion.

      This document is not only a "Notice of Appeal" and to move In Forma Pauperis, for Michael-destry, but also a notice to their superiors, of the lawlessness, fraud and torture, perpetrated under Color of Law, in violation of US. Code 18, sections 241 and 242, and without jurisdiction in violation of U.S. Code 18 section 1545, but not limited to, in the corporation known as the UNITED STATES DISTRICT COURT OF COLORADO, against Michael-destry. These actions are perpetrated by BAR member Phillip Brimmer, acting as chief judge. BAR member Steven Crews acting as a Magistrate. BAR member Christine M. Arguello, acting as a lawfully seated judge. BAR member Andrea L. Surratt acting as a prosecutor and bringing charges under Color of Law. BAR member Kelly L. Meilstrup, fraudulently acting as counsel for the accused without lawful authority or contract. BAR member Martha H. Eskesen, who fraudulently acted as counsel for the accused without lawful authority or contract. BAR member Jeffrey Colwell acting as Clerk of Court, fraudulently altering the accused's name into a fictitious entity and Joel Nelson, acting U.S. Probation Officer for the UNITED STATES DISTRICT COURT OF COLORADO. Also, United States Marshal David A. Weaver, acting outside his Oath, represented by numerous deputies under his command, in collusion with afore mentioned BAR members, to perpetrate the kidnapping, detainment and torture of the accused Under Color of Law and

without lawful warrant. Aurora GEO Contract Detention Facility Warden Johnny Choate colluding with the above mentioned peoples and his staff as well as other workers inside the GOE Facility including Major Garcia and other guards, case worker David Jones and the medical staff all ignoring the accused's Nationality, disabilities, allergies and as of July 17, 2020 holding him in medical isolation without physical assessment as per their own handbook in order to coerce a signature for contract.

I James Frank: Williams am writing and submitting this Notice, on behalf of Michael-destry, as his P.O.A. because since his kidnapping in October of 2019, Michael-destry has been without access to a law library and a properly working word processor. His communications are with me and I act as to his wishes. I am the ONLY man or woman who he has given this authority to in this Commercial Case.

## Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor. All are without excuse. Silence is Acquiescence.
All Rights Reserved, Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

By: _James F: Williams_
James Frank: Family of Williams-Sui Juris
American National
RFD -In care of: PO Box 11814
Pueblo Colorado

Colorado State            )
                          ) ss.
Pueblo County             )

Subscribed and sworn to before me this 21 Day of July,
2020, by James Frank: Williams

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My commission expires ____1/15/2023____

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

CC:    UNITED STATES DISTRICT COURT OF COLORADO Inc.
       Attn: Clerk of Court
       901 19th Street
       Denver, Colorado [80294-3589]

NOTICE OF APPEAL
2 of 2

UNITED STATES POSTAL SERVICE



# EXPRESS MAIL

**EXTREMELY URGENT**    *Please Rush To Addressee*

Flat Rate
Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*



EXPRESS MAIL
UNITED STATES POSTAL SERVICE

PLEASE PRESS FIRMLY

Print postage online - Go

Flat Rate
Mailing Envelope
For Domestic and International Use

$26.35

FROM: (PLEASE PRINT)    PHONE ( )

Williams
RFO - c/o Po Box 11814
Pueblo Colorado
[81001]

TO: (PLEASE PRINT)    PHONE ( )

US District Court of Colorado
Attn's clerk of court
901 19th Street
Denver Colorado 80294-3589

8 0 2 9 4

PRIORITY
MAIL
EXPRESS

Visit us at usps.com    We Deliver!

PEEL FROM THIS CORNER

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert | | Jane K. Castro |
| Clerk of Court | July 24, 2020 | Chief Deputy Clerk |

Kelly Lynne Meilstrup
1600 Stout Street, Suite 1400
Denver, CO 80202

**RE:**    **20-1266, United States v. Williams**
         Dist/Ag docket: 1:12-cr-00140-CMA-1

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above.
Copies of the Tenth Circuit Rules, effective January 1, 2020, and the Federal Rules of
Appellate Procedure, effective December 1, 2019, may be obtained by contacting this
office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note
all counsel are required to file pleadings via the court's Electronic Case Filing (ECF)
system. *See* 10th Cir. R. 25.3. You will find information regarding registering for and
using ECF on the court's website. We invite you to contact us with any questions you
may have about our operating procedures. Please note that all court forms are now
available on the court's web site.

Attorneys must complete and file an entry of appearance form within 14 days of the date
of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form
within thirty days of the date of this letter. An attorney who fails to enter an appearance
within that time frame will be removed from the service list for this case, and there may
be other ramifications under the rules. If an appellee does not wish to participate in the
appeal, a notice of non-participation should be filed via ECF as soon as possible. The
notice should also indicate whether counsel wishes to continue receiving notice or service
of orders issued in the case.

Although attorneys who file a notice of appeal have technically entered an appearance,
and may not withdraw without the court's permission, counsel must still file a separate
entry of appearance form. For criminal appeals, please note the court will require trial
counsel to continue the representation whether retained or appointed, until an order issues
allowing withdrawal. This is the case even if you did not sign the notice of appeal. *See*
10th Cir. R. 46.3(A). This initial continuity of counsel ensures that any criminal
defendant who wishes to appeal has that appeal perfected.

Generally, the court will not allow counsel to withdraw until an entry of appearance form and the docketing statement are filed. *See* 10th Cir. R. 46.3(A). If there is an issue regarding the defendant's eligibility for the appointment of counsel, an appropriate motion must be filed in the district court. Where this is the case, it may be appropriate to file a motion seeking to extend the time for filing the motion to appoint or withdraw under the court's Criminal Justice Act plan.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under 10th Cir. R. 3.4(B), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. The court's docketing statement form was updated on January 1, 2019; please make sure you use the current form. It may be found at http://www.ca10.uscourts.gov/clerk/forms.

In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

As appointed counsel, you are required to file a designation of record with the district court. You must also file a copy with this court. Under 10th Cir. R. 10.3(A)(1), that designation must be filed within 14 days of filing the notice of appeal. If you have not done so already, you should file the designation immediately.

In addition, and also within 14 days of filing the notice of appeal, all appointed counsel must file *either* a motion to continue the CJA appointment or a motion to withdraw. *See* 10th Cir. R. 46.3(B). Any motion to withdraw must comply with 10th Cir. R. 46.4(A).

Under 10th Cir. R. 10.3(A)(2), the government may file an additional designation within 14 days after service of appellant's designation. Once that time passes, the district court will complete assembly of the record. The district court clerk will transmit the record to this court and will notify the parties. *See* Fed. R. App. P. 11(b)(2); 10th Cir. R. 11.2(A).

The opening brief is due forty days after the appellate record is filed. *See* Fed. R. App. P. 31(a)(1); *see also* 10th Cir. R. 31.1(A).

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32, as well as 31.3 when applicable. As applicable, we encourage all counsel to be familiar with 10th Cir. R. 46.4(B). Seven hard copies of briefs must be provided to the court within five business days of the court issuing notice that the electronic brief has been accepted for filing. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Counsel are encouraged to utilize the court's Briefing & Appendix checklist when compiling their briefs.

Motions for extension of time to file briefs must comply with 10th Cir. R. 27.1 and 27.6. These motions are not favored.

Thank you very much for your service to the court in your role as appointed counsel. If you are unfamiliar with the court's procedures or have questions, please call this office. In addition, you might also call the Appellate Division, created by the court to handle appeals circuit-wide, of the Office of the Federal Public Defender in Denver. That number is 303-294-7002. One of the appellate assistants will be happy to help you.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court


cc:      Andrea L. Surratt
         Michael Destry Williams


CMW/jjh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-140CMA

**UNITED STATES OF AMERICA**,

     Plaintiff- Respondent,

v.

**Michael Destry-Williams**

    Defendant- Movant

---

### NOTICE OF APPEAL

---

Notice is hereby given that Michael Destry Williams, in the above-named case, hereby

appeals to the United States Court of Appeals for the Tenth Circuit from this Court's

Judgement from July 14, 2020. (ECF#169). This notice is intended to cure the

untimeliness required by Rule 4 of the Federal Rules of Appellate Procedure and to

cure the lack of signature as required by 10th Cir.R.3.1. Defense counsel respectfully

apologizes for failure to promptly cure these issues created by the current pro se filings.

DATED this 1st day of September, 2020.

                            Respectfully submitted,
                            By: s/Kelly Meilstrup

                            Kelly Meilstrup
                            2nd-Chair, LLC
                            1600 Stout Street Suite 1400
                            Denver, CO 80202
                            Telephone: 858-204-6375
                            KellyM@2nd-chair.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties. I also emailed the AUSA a courtesy copy:

Michael Conrad Johnson
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0134
303-454-0408 (fax)
michael.johnson2@usdoj.gov

I further certify that a copy of this Notice will be placed in the U.S. Mail, postage pre-paid and addressed to the following:


Michael Destry Williams

#39714-013

Oklahoma City FTC




                              s/Kelly Meilstrup
                              Kelly Meilstrup
                              2nd-Chair, LLC
                              Denver, Colorado